# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACK STONE,<br>*Plaintiff*,<br>v.<br>U.S. EMBASSY TOKYO, *et al.*,<br>*Defendants*. | Civil Action No. 19-3273 (RC) |

**DECLARATION OF PAUL PEEK**

I, Paul Peek, declare as follows:

1. I am the Director of the Office of Adjudications within the Passport Services Directorate of the U.S. Department of State's Bureau of Consular Affairs. My duties include oversight of policy development and implementation, regulations and manuals, including the Foreign Affairs Manual, and adjudications procedures. The matters contained in this declaration are based on my personal knowledge or on information provided to me in my official capacity.

2. Congress enacted Pub L. 106-113, div. B, § 1000(a)(7) on November 29, 1999, requiring the Secretary of State to enact regulations to carry into effect the requirement that both parents or legal guardians consent to the issuance of a passport for any child under age 14 (which was subsequently amended to age 16), and provided that the Secretary may allow for certain narrow exceptions to this requirement including for "special family circumstances" and/or "exigent circumstances." Those regulations are found at 22 C.F.R. § 51.28(a) and give effect to the express will of Congress that the default rule be for both parents to consent to the issuance of a passport for a minor unless one of the narrow

exceptions applies. The exceptions to the two-parent consent requirement are applied narrowly to ensure that the important anti-fraud and anti-international child abduction concerns underlying the two-parent consent requirement are not undermined.

3. The Foreign Affairs Manual (FAM) and associated Handbooks (FAHs) are a single, comprehensive, and authoritative source for the U.S. Department of State's policies and procedures that govern the operations of the Department, including the Foreign Service. The Foreign Affairs Manual, Volume 8 relates to Passports and Consular Reports of Birth Abroad ("8 FAM").

4. On June 4, 2019, the date Plaintiff's passport application was denied, 8 FAM 502.5 was the U.S. Department of State's internal guidance covering both the special family and exigent circumstances exceptions to the two-parent consent requirement.

5. Certain portions of the FAM, including specific sections of 8 FAM, are publicly available. *See* https://fam.state.gov/FAM/FAM.aspx?ID=08FAM. The sections of 8 FAM concerning the special family and exigent circumstances exceptions to the two-parent consent requirement,[1] however, are not publicly available and some portions are marked "Sensitive But Unclassified."

6. What constitutes "Sensitive But Unclassified" information is defined in Volume 12 of the FAM at section 13, which is publicly available, as "information which, either alone or in aggregate" meets one or more of several criteria. *See* https://fam.state.gov/FAM/12FAM/12FAM0010.html. As pertinent here, some of the information in this section of the FAM "could be manipulated to commit fraud."

[1] Subsequent to the date that Plaintiff's passport application was denied, 8 FAM 502.5 was broken out into two separate sections within 8 FAM—502.4 and 502.5. Neither of these sections are publicly available. *See id.*

7. The redacted Sensitive But Unclassified sections of 8 FAM relevant to this litigation—which include examples to guide the U.S. Department of State's determination of whether the special family or exigent circumstances exceptions were met—if made public, could provide a roadmap for the public to circumvent the two-parent consent requirement by making false or misleading statements designed to increase the chances that the Department will determine an exception applies, and impede the U.S. Department of State's need to ensure all custodial parents consent to the issuance of a U.S. passport to a minor child unless one of the narrow exceptions are proven by the applying parent.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on this 21st day of May 2020

By: ___/s/ Paul Peek______
**Paul Peek**
**Director**
**Office of Passport Adjudications, Passport Services**
**United States Department of State**