**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JACK STONE,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF STATE CA/OCS/CI, AND U.S. EMBASSY TOKYO,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. CV 19-3273 |

**PLAINTIFF DEMANDS DEFENDANT IMMEDIATELY PROVIDE EMERGENCY FINANCIAL SUPPORT DUE TO FINANCIAL CIRCUMSTANCES DEFENDANTS ALONE ARE RESPONSIBLE FOR CREATING**

Defendants have intentionally placed Plaintiff in dire and dangerous circumstances, including causing circumstances where Plaintiff's minor child is suffering from hunger, and lack of adequate living conditions.

This Court is aware Plaintiff has been unable to pay rent since March of 2019, and is under repeated and continued threat to vacate Plaintiff and his firstborn child's current dwelling place. This Court is also aware Plaintiff DOES NOT have permission to obtain employment in Japan, due to his current visa status.

Defendants post numerous website statements regarding assisting U.S. citizens who are in "temporary destitute" circumstances, including:

> "U.S. consular officers, in certain situations, can assist Americans abroad who are temporarily destitute because of unforeseen circumstances. Americans who find themselves in these circumstances should contact the U.S. Embassy… the U.S. Consulates Genera…, or the State Department's Office of Overseas Citizens Services at 1-888-407-4747 (during business hours) or 202-647-5225 (after hours)."

Plaintiff has repeatedly contacted the telephone numbers provided above, but Defendants have not provided financial support.

If the U.S. officials can pay 1500.00 USD, for a single hammer, and dole out trillions of dollars to their corporate buddies, Defendants can pay the finances necessary to prevent Plaintiff's child from suffering further harm, above that which Defendants are already responsible for.

Plaintiff demands Defendants immediately pay 9600.00 USD, money to be used to pay back rent, so rent can be made current, and so the threat of eviction, which is escalating, can be removed.

Plaintiff demands Defendant immediately provide funds necessary for Plaintiff's child's educational purposes, and furnishings, so Plaintiff and his child can live with dignity, as a human being.

Plaintiff demands Defendants immediately pay additional funds, including paying future costs of rent, transportation, food, and utilities which have been threatened to be turned off, and which have factually been turned off.

Plaintiff demands an additional 20,000.00 USD to be turned over to Plaintiff immediately to cover these current, and future costs.

**Failure for Defendants to provide such funds voluntarily, or compelled to do so through this Court's order, will result in an immediately Writ of Mandamus filed with the Appellate Court.**

Finally, Japan's Immigration Bureau is yet again demanding Plaintiff surrender, or be arrested for "remaining" in Japan illegally. Currently, Plaintiff's permission to remain in Japan, under Human Rights terms, expires June 27th 2020.

**DEMAND**

For the reasons stated above Plaintiff DEMANDS, Defendants immediately provide emergency financial assistance in the amount of 29,600.00 USD.

Filed,

June 5th 2020

Jack Stone
/s/ Jack Stone
Maison Sato 101
2-2-15 Tsunogoro
Aoba, Sendai, Miyagi
Japan 980-0874
Email: mail@stackjones.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 5th 2020, I served a copy of this Emergency Filing, via CM/ECF on the following persons, Katherine B. Palmer-Ball, Assistant United States Attorney, at katherine.palmer-ball@usdoj.gov.

/s/ Jack Stone