UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACK STONE,<br><br>          *Plaintiff*,<br><br>          v.<br><br>U.S. EMBASSY TOKYO, *et al.*,<br><br>          *Defendants*. | Civil Action No. 19-3273 (RC) |

### [PROPOSED] ORDER

Upon consideration of Defendants' motion for summary judgment and Plaintiff's partial motion for summary judgment and the memoranda in support thereof and in opposition thereto, it is hereby **ORDERED** that Defendants' motion is GRANTED and Plaintiff's motion is DENIED.

It is further **ORDERED** that final JUDGMENT is awarded to Defendants on all claims in this action.

**SO ORDERED** this _____ day of _____, 2020.

_____
RUDOLPH CONTRERAS
United States District Judge