UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Jack Stone,<br><br>Plaintiff,<br><br>v.<br><br>United States Embassy, Tokyo, *et al.*,<br><br>Defendants. | Civil Action No. 19-cv-3273 (RC) |

**CERTIFICATION OF THE INDEX OF THE ADMINISTRATIVE RECORD**

Pursuant to 28 U.S.C. § 1746, I, Scott Renner, do hereby declare and state as follows:

1. I am the Acting Managing Director of the Office of Overseas Citizens Services within the U.S. Department of State's Bureau of Consular Affairs. The Directorate of Overseas Citizens Services includes the Office of American Citizens Services and Crisis Management, which assists U.S. citizens overseas directly and through support to U.S. Embassies and Consulates abroad. My duties include ensuring that the Directorate of Overseas Citizens Services provides consistent and timely guidance to our overseas posts on issues affecting U.S. citizens overseas, including the provision of emergency services, the adjudication of passports, and the documentation of births and deaths of U.S. citizens overseas. Based on my professional skills, training, experience, responsibilities and personal knowledge, I have been designated to provide this declaration.

2. I am the primary employee responsible for the certification of the Administrative Record in the above captioned case with respect to Jack Stone and the minor child M.S.

3. I certify that the attached index is a true and accurate list of all documents relating to the denial of Jack Stone's passport application on behalf of his minor child, M.S., executed at the U.S. Embassy in Tokyo on February 13, 2019 and denied on June 4, 2019.

Executed on this 27th day of May, 2020, in Washington, DC.

SCOTT RENNER
Acting Managing Director
Office of Overseas Citizen Services

**INDEX TO CERTIFIED ADMINISTRATIVE RECORD**
***Jack Stone v. Department of State*, 19-cv-3273 (DDC)**

| **Document Group** | **Document Title** | **Description** | **Date** | **STATE-####** |
|---|---|---|---|---|
| **2014 Consular Report of Birth Abroad Application for M.S. and supporting documents** | | | | |
| | DS-2029 | Application for a CRBA | 9/5/14 | 0001-6 |
| | Affidavit of Child's Name | | 9/5/14 | 0007 |
| | Household Register and Extract | Japanese Government Document describing members of a household and certified translation | 8/19/14 (original), 9/5/14 (translation) | 0008-10 |
| **2014 Passport Application for M.S. and supporting documents** | | | | |
| | DS-11 | Application for a U.S. Passport | 9/5/14 | 0011-12 |
| | Consular Report of Birth Abroad | CRBA issued to M.S. on 9/5/14 | 9/5/14 | 0013 |
| | "Exact Translation of Japanese Driver's License" | Translation of Miyuki Suzuki's Driver's License | 9/5/14 | 0014 |
| | Copies of Driver's Licenses | Photocopies of parents' photo identification submitted with Passport Application | 9/5/14 | 0015 |
| | DS-11 | Copy of Passport Application First Page, Dated with Passport Issuance Date | 11/4/14 | 0016 |
| **American Citizen Services System (ACS+) Notes and Information Sheets** | | | | |
| | Welfare and Whereabouts Detail | Notes re: M.S. W/W Service, documenting call from M.S.'s mother | 1/4/19 | 0017-18 |

| | | | | |
|---|---|---|---|---|
| | Welfare and Whereabouts (W/W) Detail | Notes re: M.S. W/W Service, documenting call from Plaintiff | 1/4/19 | 0019-20 |
| | Subject Summary, Masayuki Stone | Summary of information known to the Embassy re: M.S. | 10/29/14 (last edited) | 0021-23 |
| | Proof of Citizenship Details | Information related to M.S. citizenship | 1/4/19 (last edited) | 0024-25 |
| | Welfare and Whereabouts Service Summary | Information related to Embassy service for M.S. | 1/7/19 (last edited) | 0026-35 |
| | Activity Log | Notations by Consular Officers documenting Welfare and Whereabouts case re: M.S. | Various | 0036-41 |
| | Welfare and Whereabouts Service Summary | Information related to Embassy service for M.S. | 1/7/19 (last edited) | 0042-51 |
| | Proof of Citizenship Details | Information related to M.S. Passport application service | 6/18/19 (last edited) | 0052-53 |
| | Activity Log | Notations by Consular Officers documenting Passport Application re: M.S. | Various | 0054-68 |
| | Citizenship Passport U.S. Full Details | Information related to M.S. Passport application service | 6/18/19 (last edited) | 0069-73 |

| **2019 Passport Application for M.S. and supporting documents** | | | | |
|---|---|---|---|---|
| | DS-11 | Application for a U.S. Passport and attachments (Numbers [all items below up to the IRL]) | 2/8/19 | 0074-75 |
| | Copy of U.S. Passport Number 505805335 | Photocopy of M.S.'s U.S. Passport, Issued 11/4/14 | 2/8/19 | 0076 |
| | Copy of Consular Report of Birth Abroad | Photocopy of CRBA issued to M.S. on 9/5/14 | 9/5/14 | 0077 |
| | DS-64 | Statement Regarding A Lost or Stolen U.S. Passport | 1/25/19 | 0078 |
| | DS-5525 | Statement of Exigent/Special Family Circumstances for Issuance of a U.S. Passport to a Minor Under Age 16 | 1/25/19 | 0079 |
| | Copy of U.S. Passport Number 561286907 | Photocopy of Jack Stone's U.S. Passport Issued 11/28/17 | 2/8/19 | 0080 |
| | DS-5505 | Privacy Act Waiver by Jack Stone authorizing U.S. Embassy Tokyo to Contact Miyuki Suzuki | 2/8/19 | 0081-82 |
| | E-Mail | E-Mail from U.S. Embassy Tokyo to Jack Stone Regarding M.S.'s Passport Application | 5/9/19 | 0083 |

| | | | | |
|---|---|---|---|---|
| | United States Citizenship and Immigration Services Documents | Various Documents Submitted by Jack Stone Regarding Miyuki Suzuki's Immigration Status in the United States | Various | 0084-90 |
| | Copy of Japanese Passport Number TR3583572 | Miyuki Suzuki's Japanese Passport Issued 4/14/15 and Visa Stamps | (undated) | 0091-93 |
| | CheapTickets Booking Confirmation | Flight Information For Jack Stone for Round-trip Travel From Florida to Japan | (undated) | 0094-96 |
| | E-Mail with HTML Header Displayed | E-Mail Purporting to be from Miyuki Suzuki to Jack Stone Attaching "Consent to Family Law Jurisdiction of the United States" with Attachment | 11/9/18 | 0097-100 |
| | Attachment to 11/9/18 E-Mail | Letter Purporting to be from Miyuki Suzuki Waiving Japanese Court Jurisdiction | 11/9/18 | 0101 |
| | E-Mail with HTML Header Displayed | E-Mail Purporting to be from Miyuki Suzuki to Jack Stone Stating Mr. Stone "should leave Japan with [M.S.]" | 1/15/19 | 0102 |

| | | | | |
|---|---|---|---|---|
| | E-Mail | E-Mail Exchange Between Jack Stone and Yohei Suda, a Japanese Attorney | (undated) | 0103 |
| | 18 U.S.C. § 1204 | International parental kidnapping statute submitted by Jack Stone | (undated) | 0104 |
| | E-Mail | E-Mail from Jack Stone to Miyuki Suzuki entitled "DEMAND NOTICE" | 1/10/19 | 0105 |
| | Exhibits A – D | Submitted Photocopy of M.S.'s U.S. Passport (with redactions) and Photographs with Captions Provided by Jack Stone | (undated) | 0106-0114 |
| | Child Abandonment | Unsourced Definition Statement of "Child Abandonment" Submitted by Jack Stone | (undated) | 0115 |
| | Information Request Letter | Letter from U.S. Embassy Tokyo to Jack Stone requesting additional documentation for M.S.'s passport application | 2/15/19 | 0116 |

| | | | | |
|---|---|---|---|---|
| | Denial Letter | Letter from U.S. Embassy Tokyo to Jack Stone Denying Passport to M.S. | 6/4/19 | 0117 |
| **November 2018 Email Communications** | | | | **0118** |
| **December 2018 Email Communications** | | | | **0119-0121** |
| **January 2019 Email Communications** | | | | **0122-266** |
| **February 2019 Email Communications** | | | | **0267-478** |
| **March 2019 Email Communications** | | | | **0478-529** |
| **April 2019 Email Communications** | | | | **0530-531** |
| **May 2019 Email Communications** | | | | **0532-548** |
| **P-2017-12315 FOIA Response** | | | | **0549-1259** |
| **Relevant Section of the Foreign Affairs Manual (Some Sensitive but Unclassified Portions Redacted)** | | | | |
| | 8 FAM 502.5: Exigent or Special Family Circumstances | Internal policy guidance for adjudicators on determining if Exigent Circumstances and Special Family Circumstances exist – Not Publicly Available | | 1260-1276 |