10/29/2014

U.S. Department of State

OMB NO. 1405-0011
EXPIRES: 02/28/2016
Estimated Burden: 20 minutes

# APPLICATION FOR CONSULAR REPORT OF BIRTH ABROAD OF A CITIZEN OF THE UNITED STATES OF AMERICA

A. THIS SECTION TO BE COMPLETED BY THE CHILD'S PARENT(S) OR GUARDIAN(S) OR THE CHILD *(USE SECTION D CONTINUATION SHEET)*

Unauthorized Reproduction or Disclosure Prohibited

## INFORMATION ABOUT THE CHILD

[redacted]

1. Name of Child in Full
[redacted] [redacted] [redacted]
*(Last/Surname)* *(First)* *(Middle)*

2. Sex
☒ M ☐ F

3. Date of Birth
[redacted]
*(month) (day) (year)*

4. Place of Birth
[redacted] [redacted]
*(City)* *(Country)*

***NOTE:** (If the U.S. citizen parent transmitting citizenship to the child is not present, he or she may complete State Department Form DS 5507 Affidavit of Parentage Physical Presence and Support and submit it separately. The parent completing this application should provide as much information on the parent completing the Form DS 5507 as he or she has.)*

## INFORMATION ON MOTHER/FATHER/PARENT

5. Full Name
[redacted] [redacted]
*(Last/Surname)* *(First)* *(Middle)*

6. All Previous Legal Names Used
*(Last/Surname)* *(First)* *(Middle)*
*(Last/Surname)* *(First)* *(Middle)*

7. Sex
☐ M ☒ F

8. Date of Birth
[redacted]
*(month) (day) (year)*

9. Place of Birth
[redacted] [redacted]
*(City)* *(State/Province)* *(Country)*

10. Current Physical Address *(Do not list P.O. Box)* *(A.P.O. Address Permitted)*
[redacted]
*(Address Line 1)*
[redacted]
*(City, State/Province, Country, Postal Code)* [redacted]
[redacted]
*(Phone Number(s))*
*(Email Address)*

Use this address if Consular Report of Birth will be mailed? ☒ Yes ☐ No

## INFORMATION ON MOTHER/FATHER/PARENT

11. Full Name
[redacted] [redacted]
*(Last/Surname)* *(First)* *(Middle)*

12. All Previous Legal Names Used
*(Last/Surname)* *(First)* *(Middle)*
*(Last/Surname)* *(First)* *(Middle)*

13. Sex
☒ M ☐ F

14. Date of Birth
[redacted]
*(month) (day) (year)*

15. Place of Birth
[redacted]
*(City)* *(State/Province)* *(Country)*

16. Current Physical Address *(Do not list P.O. Box)* *(A.P.O. Address Permitted)*
[redacted]
*(Address Line 1)*
[redacted]
*(City, State/Province, Country, Postal Code)* [redacted]
[redacted]
*(Phone Numbers)*
*(Email Address)*

Use this address if Consular Report of Birth will be mailed? ☒ Yes ☐ No

17. Mailing Address *(If different from Current Physical Address) (Do not list a P.O. Box.)* *(You may list an A.P.O. address)*
*(Address Line 1)* *(City, State/Province, Country and Postal Code)*

| (Continued) INFORMATION ON MOTHER/FATHER/PARENT | (Continued) INFORMATION ON MOTHER/FATHER/PARENT |
|---|---|
| 18. Citizenship<br>Are you a U.S. Citizen or U.S. Non-Citizen National?<br>☒ Yes ☐ No (father) | 19. Citizenship<br>Are you a U.S. Citizen or U.S. Non-Citizen National?<br>☐ Yes ☒ No (mother) |

## MARITAL STATUS OF THE PARENTS

20. Were you married to the child's other biological parent when the child was born? ☐ Yes ☒ No

21. Date and Place of Marriage to the child's other biological parent and current status

☒ Still Married ☐ Divorced [redacted] *(month) (day) (year)* ☐ Death __ / __ / ____ *(month) (day) (year)*

[redacted] *(month) (day) (year)* [redacted] *(City)* [redacted] *(State/Province)* [redacted] *(Country)*

| (Continued) INFORMATION ON MOTHER/FATHER/PARENT | (Continued) INFORMATION ON MOTHER/FATHER/PARENT |
|---|---|
| 22. Please list all marriages *(Show Name(s) of Spouse(s), Dates and Current Status)* if applicable *(Death, Divorce, Still Married)*. If you have never been married, enter "None." *(If additional space is needed, please use the Section D Continuation Sheet.)*<br><br>None | 23. Please list all marriages *(Show Name(s) of Spouse(s), Dates and Current Status)* if applicable *(Death, Divorce, Still Married)*. If you have never been married, enter "None." *(If additional space is needed, please use the Section D Continuation Sheet.)*<br><br>None |

24. Precise Periods of Time in United States
*(If additional space is needed, please use the Section D Continuation Sheet)*

| Place *(City, State)* | Date *(month-day-year)* | Date *(month-day-year)* |
|---|---|---|
| Miami, Florida | From 10/14/1998 | To 05/14/2007 |
| | From | To |
| | From | To |
| | From | To |
| | From | To |
| | From | To |
| | From | To |
| | From | To |
| | From | To |
| | From | To |

25. Precise Periods of Time in United States
*(If additional space is needed, please use the Section D Continuation Sheet)*

| Place *(City, State)* | Date *(month-day-year)* | Date *(month-day-year)* |
|---|---|---|
| NA ~~[illegible], Japan~~ | From ~~[illegible]~~ | To |
| | From | To |
| | From | To |
| | From | To |
| | From | To |
| | From | To |
| | From | To |
| | From | To |
| | From | To |
| | From | To |

Unauthorized Reproduction or Disclosure Prohibited

*(Continued)*

## INFORMATION ON MOTHER/FATHER/PARENT

26. Precise Periods Abroad in U.S. Armed Forces, in other U.S. Government Employment, with Qualifying International Organization, or as a dependent child of a person so employed *(Specify) (If additional space is needed please use the Section D Continuation Sheet)*

| Branch/Agency/Org. | Date (month-day-year) | Date (month-day-year) |
|---|---|---|
| None | From | To |
| | From | To |
| | From | To |
| | From | To |
| | From | To |
| | From | To |
| | From | To |
| | From | To |
| | From | To |
| | From | To |

*(Continued)*

## INFORMATION ON MOTHER/FATHER/PARENT

27. Precise Periods Abroad in U.S. Armed Forces, in other U.S. Government Employment, with Qualifying International Organization, or as a dependent child of a person so employed *(Specify) (If additional space is needed please use the Section D Continuation Sheet)*

| Branch/Agency/Org. | Date (month-day-year) | Date (month-day-year) |
|---|---|---|
| None | From | To |
| | From | To |
| | From | To |
| | From | To |
| | From | To |
| | From | To |
| | From | To |
| | From | To |
| | From | To |
| | From | To |

## B. THIS SECTION TO BE COMPLETED BEFORE/BY CONSULAR OFFICER, NOTARY PUBLIC, OR OTHER PERSON QUALIFIED TO ADMINISTER OATH

NOTE: If a U.S. citizen parent transmitting citizenship to the child born out of wedlock is not present, he or she may complete State Department Form DS 5507 Affidavit of Parentage Physical Presence and Support and submit separately. Only the U.S. citizen father of a child born abroad out of wedlock must complete the acknowledgement of paternity and agreement to provide financial support.

28. I, J [redacted] S [redacted] do solemnly swear (or affirm) *(check all that apply)*

*(Name)*

☒ I am a U.S. citizen or non-citizen national. ☐ I am the father of M [redacted] S [redacted]

*(Name of Child)*

who was born on [redacted] in [redacted] ☒ My child was born out of wedlock, and I am the

*(Date of Birth)* *(Place of Birth)*

the father through whom he/she is claiming U.S. citizenship. ☒ I agree to provide financial support for this child until he/she reaches the age of eighteen.

[redacted]

*(Signature of Affiant)*

SUBSCRIBED AND SWORN TO *(AFFIRMED)* before me this 9/5/2014 day of

*(Signature and Title of Administering Officer)*

EMBASSY OF THE UNITED STATES OF AMERICA TOKYO, JAPAN

Page 3 of 7

DS-2029

STATE-0003

Unauthorized Reproduction or Disclosure Prohibited

*(Continued)*

**THIS SECTION TO BE COMPLETED BEFORE/BY CONSULAR OFFICER, NOTARY PUBLIC, OR OTHER PERSON QUALIFIED TO ADMINISTER OATHS**

29. Affirmation: I SOLEMNLY SWEAR (OR AFFIRM) THAT THE STATEMENTS MADE ON THIS APPLICATION ARE TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

| Name of Person(s) Providing information | Relationship to the Child (Parent, Legal Guardian, Other (Specify)) | Signature of Person(s) Providing information |
| --- | --- | --- |
| K M S | mother | M S |
| S | father | S |

| Type Name and Title of Official | Signature of Official | City | Date (month) (day) (year) |
| --- | --- | --- | --- |
| | | Japan | 1 5 2014 |

Subscribed to: (SEAL)

30. Approval of [redacted]

Vice Consul of the United States of America
*(Printed Name of Consular Officer)*

[redacted]
*(Signature of Consular Officer)*

Tokyo
*(Approving Post)*

10 29 2014
*(month) (day) (year)*
*(Date of Approval)*

*(Registration Number)*

Unauthorized Reproduction or Disclosure Prohibited

00054487-0341

C. THIS SECTION TO BE COMPLETED BY CONSULAR OFFICER

31. Documents Presented - Please mark accordingly and provide date of document (If more space is required, list on separate page)

[X] Child's Birth Certificate [redacted] (month) (day) (year) (City) ____ (Province) [redacted] (Country)

[ ] Marriage Certificate [redacted] (month) (day) (year) (File Date) (month) (day) (year) (Date of Issuance) ____ (City) ____ (State) NA

____ (Province) [redacted] (Country)

[ ] Divorce Decree(s) (a) __/__/__ __/__/__ (month) (day) (year) (File Date) (month) (day) (year) (Date of Issuance) ____ (City) ____ (State)

____ (Province) ____ (Country)

(b) __/__/__ __/__/__ (month) (day) (year) (File Date) (month) (day) (year) (Date of Issuance) ____ (City) ____ (State)

____ (Province) ____ (Country)

(c) __/__/__ __/__/__ (month) (day) (year) (File Date) (month) (day) (year) (Date of Issuance) ____ (City) ____ (State)

____ (Province) ____ (Country)

[ ] Death Certificate(s) (a) __/__/__ (month) (day) (year) ____ (City) ____ (State)

(b) __/__/__ (month) (day) (year) ____ (City) ____ (State)

[X] Mother/Father/Parent's Passport [redacted] (Passport Number) (month) (day) (year) (Date of Issuance) USA (Nationality)

[ ] Mother/Father/Parent's Passport ____ (Passport Number) __/__/__ (month) (day) (year) (Date of Issuance) ____ (Nationality)

[X] Other Citizenship Document of Mother/Father/Parent (e.g. Naturalization Certificate) Driver's Licence (Name of the Citizenship Document) [redacted] (Document Number) (month) (day) (year) (Date of Issuance)

[ ] Other Citizenship Document of Mother/Father/Parent (e.g. Naturalization Certificate) ____ (Name of the Citizenship Document) ____ (Document Number) __/__/__ (month) (day) (year) (Date of Issuance)

[ ] Other Identity Document of Mother/Father/Parent (e.g. Driver's License) ____ (Name of the Identity Document) ____ (Document Number) __/__/__ (month) (day) (year) (Date of Issuance)

[ ] Other Identity Document of Mother/Father/Parent (e.g. Driver's License) ____ (Name of the Identity Document) ____ (Document Number) __/__/__ (month) (day) (year) (Date of Issuance)

[X] Other (Legal Guardianship, Power of Attorney, etc.) Child's name Affidavit (Name of the Document) ____ (Document Number) __/__/__ (month) (day) (year) (Date of Issuance)

Unauthorized Reproduction or Disclosure Prohibited

## PRIVACY ACT STATEMENT

AUTHORITY: The information solicited on this form is requested pursuant to provisions in Titles 8 and 22 of the United States Code (U.S.C.), whether or not codified, including specifically 22 U.S.C. 2705 and predecessor statutes, and by regulations issued pursuant to E.O. 11295 (August 5, 1966), including Part 50, Title 22 Code of Federal Regulations (CFR).

PURPOSE: The primary purpose for soliciting the information is to establish citizenship, identity, and entitlement to issuance of a Consular Report of Birth and to properly administer and enforce the laws pertaining thereto. The information may also be used in connection with issuing other evidence of citizenship, and in furtherance of the Secretary's responsibility for the protection of U.S. nationals abroad.

ROUTINE USES: The information solicited on this form may be made available as a routine use to other government agencies, to assist the U.S. Department of State in adjudicating passport applications and requests for related services, and for law enforcement and administrative purposes. It may also be disclosed pursuant to court order. The information may be made available to foreign government agencies to fulfill passport control and immigration duties. The information may also be provided to foreign government agencies, international organizations and, in limited cases, private persons and organizations to investigate, prosecute, or otherwise address possible violations of law or to further the Secretary's responsibility for the protection of U.S. nationals abroad. The information may be made available to private U.S. citizen 'wardens' designated by the U.S. embassies and consulates. More information on the Routine Uses for the form can be found in the System of Records Notice, Public Notice 6209 for May 2, 2008. The title of this notice is Overseas Citizens Services Records.

DISCLOSURE: Providing the information requested on this form is voluntary. Failure to provide the information requested on this form may result in the denial of a Consular Report of Birth, related document or service to the individual seeking such report, document or service.

## PAPERWORK REDUCTION ACT (PRA) STATEMENT

Public reporting burden for this collection of information is estimated to average 20 minutes per response, including time required for searching existing data sources, gathering the necessary documentation, providing the information and/or documents required, and reviewing the final collection. You do not have to supply this information unless this collection displays a currently valid OMB control number. If you have comments on the accuracy of this burden estimate and/or recommendations for reducing it, please send them to: CA/OCS/L, SA-29, 4th Floor, U.S. Department of State, Washington, DC 20037-3202.

Unauthorized Reproduction or Disclosure Prohibited

00054487-0343

JAPAN )
CITY OF TOKYO ) SS:
EMBASSY OF THE UNITED STATES OF AMERICA )

Unauthorized Reproduction or Disclosure Prohibited

## AFFIDAVIT OF CHILD'S NAME

My/Our child was born on [redacted] at
(child's date of birth)

[redacted], Japan.
(child's city of birth)

Although the evidence of birth issued by the Japanese authorities show his/her

name as M[redacted] S[redacted], I wish this child's
(child's name in Japan, in ro-ma ji)

name to be listed as M[redacted] S[redacted]
(child's name you would like in the U.S.)

on all of his/her U.S. citizenship documents.

Signature of parent : J[redacted] S[redacted] JS

Signing parent's name : J[redacted] S[redacted]

Subscribed and sworn to before me on ~~10/29/2014~~ 9/5/2014

Consul of the United States of America at Tokyo, Japan
holding an indefinite comission

# TRANSLATION OF AN EXTRACT OF A HOUSEHOLD REGISTER

| | |
|---|---|
| **NAME (HOUSEHOLDER)** | M [redacted] S [redacted] |
| **PERMANENT DOMICILE** | [redacted] |
| **DATE OF EXTRACT** | 2014. 8. 19 |
| **SUBJECT** | NAME : M [redacted] S [redacted] |
| | DATE OF BIRTH : [redacted] |
| | FATHER'S NAME : [redacted] |
| | MOTHER'S NAME : [redacted] |
| | SEX : F |
| **BIRTH** | DATE OF BIRTH : [redacted] |
| | PLACE OF BIRTH : [redacted] |
| | DATE OF BIRTH WAS REGISTERED : [redacted] |
| **MARRIAGE** | DATE OF MARRIAGE : [redacted] |
| | NAME OF SPOUSE : J [redacted] S [redacted] |
| | PLACE OF MARRIAGE : [redacted] |
| **DIVORCE** | DATE OF DIVORCE : |
| | NAME OF FORMER SPOUSE : |
| **OTHER RELEVANT INFORMATION** | |
| **SUBJECT** | NAME : M [redacted] S [redacted] |
| | DATE OF BIRTH : [redacted] |
| | FATHER'S NAME : J. [redacted] S. [redacted] |
| | MOTHER'S NAME : M [redacted] S. [redacted] |
| | SEX : M |
| **BIRTH** | DATE OF BIRTH : [redacted] |
| | PLACE OF BIRTH : [redacted] |
| | DATE OF BIRTH WAS REGISTERED : [redacted] |
| **OTHER RELEVANT INFORMATION** | |

Issue # : 00030363 - 20140819 - 00000003

This is to duly certify that the foregoing is a true and correct copy of the original family register.

Date : 2014. 8. 19

Title : Zenbujikōshōmei

Name : Sanjūrō Abe

seal

I certify that the foregoing is a correct translation.

Translator's Name : M [redacted] S [redacted]

Date : 2014. 9. 5

Translator's Signature : M [redacted] S [redacted]

STATE-0008

Unauthorized Reproduction or Disclosure Prohibited

（2の1） 全 部 事 項 証 明

00054487-0345

[redacted]

00054487-0346

（２の２） 全 部 事 項 証 明

以下余白

[redacted]
United States Consul

…ED AND FOUND TO
…TRUE COPY OF THE
…INAL EXHIBIT.

Unauthorized Reproduction or Disclosure Prohibited

発行番号 00030363-20140819-00000003-山形県米沢市

これは，戸籍に記録されている事項の全部を証明した書面である。

平成２６年８月１９日

山形県米沢市長 安部 三十郎

STATE-0010

11/4

## APPLICATION FOR A U.S. PASSPORT

*Please Print Legibly Using Black Ink Only*

OMB CONTROL NO. 1405-0004
OMB EXPIRATION DATE: 01-31-2017
ESTIMATED BURDEN: 85 MIN

Attention: Read WARNING on page 1 of instructions
**Please select the document(s) for which you are applying:**

☒ U.S. Passport Book ☐ U.S. Passport Card ☐ Both

☒ 28 Page Book (Standard) ☐ 52 Page Book (Non-Standard)

7 5 77 34

End. # Exp. 11/3/19

**1. Name** Last: S [redacted]

First: M [redacted] Middle: [redacted]

**2. Date of Birth** *(mm/dd/yyyy)* [redacted] **3. Sex** M X **4. Place of Birth** *(City & State if in the U.S. or City & Country as it is presently known)* [redacted]

**5. Social Security Number** [redacted] **6. Email Address** *(e.g., my_email@domain.com)* email @ stackjones.com **7. Primary Contact Phone Number** [redacted]

**8. Mailing Address:** Line 1: Street/RFD#, P.O. Box, or URB. [redacted]

Address Line 2: Clearly label Apartment, Company, Suite, Unit, Building, Floor, In Care Of or Attention if applicable. *(e.g., In Care Of - Jane Doe, Apt # 100)* [redacted]

City [redacted] State [redacted] Zip Code [redacted] Country, if outside the United States [redacted]

**9. List all other names you have used.** *(Examples: Birth Name, Maiden, Previous Marriage, Legal Name Change. Attach additional pages if needed)*
A. [redacted] B.



☐ Acceptance Agent ☐ Passport Staff Agent

(Seal)

**STOP! CONTINUE TO PAGE 2**

**DO NOT SIGN APPLICATION UNTIL REQUESTED TO DO SO BY AUTHORIZED AGENT**

**Identifying Documents - Applicant or Mother/Father/Parent on Second Signature Line (if identifying minor)**

☐ Driver's License ☐ State Issued ID Card ☐ Passport ☐ Military ☐ Other

Name [redacted]

Issue Date (mm/dd/yyyy) [redacted] Exp. Date (mm/dd/yyyy) [redacted] State of Issuance

ID No. [redacted] Country of Issuance [redacted]

**Identifying Documents - Applicant or Mother/Father/Parent on Third Signature Line (if identifying minor)**

☐ Driver's License ☐ State Issued ID Card ☐ Passport ☐ Military ☐ Other

Name [redacted]

Issue Date (mm/dd/yyyy) [redacted] Exp. Date (mm/dd/yyyy) [redacted] State of Issuance

ID No. [redacted] Country of Issuance [redacted]

I declare under penalty of perjury all of the following: 1) I am a citizen or non-citizen national of the United States and have not, since acquiring U.S. citizenship or nationality, performed any of the acts listed under "Acts or Conditions" on page four of the instructions of this application (unless explanatory statement is attached); 2) the statements made on the application are true and correct; 3) I have not knowingly and willfully made false statements or included false documents in support of this application; 4) the photograph attached to this application is a genuine, current photograph of me; and 5) I have read and understood the warning on page one of the instructions to the application form.

Name of courier company (if applicable) Facility ID Number

x Applicant's Legal Signature - age 16 and older
M [redacted] S [redacted]

Facility Name/Location Agent ID Number

Mother/Father/Parent/Legal Guardian's Signature (if identifying minor)
x [redacted]

Signature of person authorized to accept application Date 9/[illegible]

Mother/Father/Parent/Legal Guardian's Signature (if identifying minor)

For Issuing Office Only → Bk Card EF Postage Execution Other

DS 11 C 09 2013 1

DS-11 09-2013 Page 1 of 2

STATE-0011

Name of Applicant (Last, First, & Middle): M [redacted] S [redacted]
Date of Birth (mm/dd/yyyy): 00054723-10[illegible]3/2014

**10. Parental Information**

Mother/Father/Parent - First & Middle Name: J [redacted]
Last Name (at Parent's Birth): S [redacted]
Date of Birth (mm/dd/yyyy): [redacted]
Place of Birth: [redacted]
Sex: X Male  Female
U.S. Citizen? X Yes  No

Mother/Father/Parent - First & Middle Name: M [redacted]
Last Name (at Parent's Birth): S [redacted]
Date of Birth (mm/dd/yyyy): [redacted]
Place of Birth: [redacted]
Sex: Male X Female
U.S. Citizen? Yes ✓ No

**11. Have you ever been married?** Yes X No *If yes, complete the remaining items in #11.*
Full Name of Current Spouse or Most Recent Spouse | Date of Birth (mm/dd/yyyy) | Place of Birth
U.S. Citizen? Yes No | Date of Marriage (mm/dd/yyyy) | Have you ever been widowed or divorced? Yes No | Widow/Divorce Date (mm/dd/yyyy)

**12. Additional Contact Phone Number** Home Cell Work
**13. Occupation** *(if age 16 or older)*
**14. Employer or School** *(if applicable)*

**15. Height:** 68cm **16. Hair Color:** brown **17. Eye Color:** brown
**18. Travel Plans** Departure Date (mm/dd/yyyy) Return Date (mm/dd/yyyy) Countries to be Visited

**19. Permanent Address** - *If P.O. Box is listed under Mailing Address or if residence is different from Mailing Address.*
Street/RFD # or URB (*No P.O. Box*): [redacted] Apartment/Unit
City: [redacted] State Zip Code: [redacted]

**20. Emergency Contact** - *Provide the information of a person not traveling with you to be contacted in the event of an emergency.*
Name: [redacted] Address: Street/RFD # or P.O. Box: [redacted] Apartment/Unit
City: [redacted] State Zip Code Phone Number Relationship: [redacted]

**21. Have you ever applied for or been issued a U.S. Passport Book or Passport Card?** Yes ✓ No *If yes, complete the remaining items in #21.*
Name as printed on your most recent passport book | Most recent passport book number | Most recent passport book issue date (mm/dd/yyyy)
Status of your most recent passport book: Submitting with application Stolen Lost In my possession (if expired)
Name as printed on your most recent passport card | Most recent passport card number | Most recent passport card issue date (mm/dd/yyyy)
Status of your most recent passport card: Submitting with application Stolen Lost In my possession (if expired)

**PLEASE DO NOT WRITE BELOW THIS LINE - FOR ISSUING OFFICE ONLY**

Name as it appears on citizenship evidence: SAME
☐ Birth Certificate SR CR City Filed: Issued:
☐ Nat. / Citz. Cert. USCIS USDC Date/Place Acquired: A#
X Report of Birth Filed/Place: [redacted] TKY
☐ Passport C/R S/R Per PIERS #/DOI
☐ Other:
X Attached: CRBA
✓ P/C of ID ☐ DS-3053 ☐ DS-4 ☐ DS-5 ☐ S-5 ☐ Citz W
☐ P/C of Citz ☐ DS-10 ☐ DS-6 ☐ DS-71 ☐ IRL ☐ Other

[redacted]
Vice Consul of the
United States of America
[redacted]

* DS 11 C 09 2013 2 *

DS-11 09-2013 Page 2 of 2

Unauthorized Reproduction or Disclosure Prohibited



00054723-1014

UNITED STATES OF AMERICA DEPARTMENT OF STATE

[redacted]

# Consular Report of Birth Abroad

OF A CITIZEN OF THE UNITED STATES OF AMERICA

This is to certify that:

M[redacted] S[redacted]

Sex MALE, born at [redacted]

On [redacted]

Acquired United States CITIZENSHIP at birth as established by documentary evidence

Presented to the Consular Service of the United States at

TOKYO, JAPAN

On [redacted]

MOTHER/FATHER/PARENTS

| | |
|---|---|
| J[redacted] S[redacted] | M[redacted] S[redacted] |
| Date of Birth: [redacted] | Date of Birth [redacted] |

Michele Thoren Bond
Acting Assistant Secretary for Consular Affairs
Date of Issuance [redacted]

[redacted]

* 00-20151-22**

Unauthorized Reproduction or Disclosure Prohibited

00054723-1015

Extract Translation of Japanese Driver's License

Unauthorized Reproduction or Disclosure Prohibited

Name: M[redacted] S[redacted]

Date of Birth: [redacted]

Present Address: [redacted]

Date of Issue: [redacted]

Expires: [redacted]

License #: [redacted]

Issued by Public Safety Commission of [redacted]

---

I certify that the foregoing is a correct translation.

Translator's Signature: M[redacted] S[redacted]

Translator's Name & Date: 2014 9. 5

Translation of Japanese Driver. doc

Unauthorized Reproduction or Disclosure Prohibited

[redacted]
United States Consul

COMPARED AND FOUND TO BE A TRUE COPY OF THE ORIGINAL EXHIBIT.

# APPLICATION FOR A U.S. PASSPORT

*Please Print Legibly Using Black Ink Only* Approved By TKY Tokyo

OMB CONTROL NO
OMB EXPIRATION [
ESTIMATED BURDE
04-Nov-2014

User ID [redacted]

Attention: Read WARNING on page 1 of instructions
**Please select the document(s) for which you are applying:**

☒ U.S. Passport Book ☐ U.S. Passport Card ☐ Both

The U.S. passport card is not valid for international air travel. For more information see page 1 of instructions.

☒ 28 Page Book (Standard) ☐ 52 Page Book (Non-Standard)

Note: The 52 page option is for those who frequently travel abroad during the passport valid period, and recommended for applicants who have previously required the addition of visa pages.

☐ D ☐ O ☐ Dep DOTS ____
End. # ____ Exp. ____

**1. Name Last**
S [redacted]

First
M [redacted]

Middle
S [redacted]

**2. Date of Birth** *(mm/dd/yyyy)*
[redacted]

**3. Sex** M F
X

**4. Place of Birth** *(City & State if in the U.S., or City & Country as it is presentl*
[redacted]

**5. Social Security Number**

**6. Email Address** *(e.g., my_email@domain.com)*
email @ stackjones.com

**7. Primary Contact Phone Nu**
[redacted]

**8. Mailing Address: Line 1: Street/RFD#, P.O. Box, or URB.**
[redacted]

Address Line 2: Clearly label Apartment, Company, Suite, Unit, Building, Floor, In Care Of or Attention if applicable. *(e.g., In Care Of - Jane Doe,*
[redacted]

City State Zip Code Country, if outside the United Stat
[redacted]

**9. List all other names you have used.** *(Examples: Birth Name, Maiden, Previous Marriage, Legal Name Change. Attach additional pages if ne*

A. [redacted] B.




## STOP! CONTINUE TO PAGE 2

**DO NOT SIGN APPLICATION UNTIL REQUESTED TO DO SO BY AUTHORIZE**

**Identifying Documents - Applicant or Mother/Father/Parent on Second Signature Line (If identif**

☐ Driver's License ☐ State Issued ID Card ☒ Passport ☐ Military ☐ Other ____

Name [redacted]

Issue Date *(mm/dd/yyyy)* [redacted] Exp. Date *(mm/dd/yyyy)* [redacted] State Issuar

ID No [redacted] Country of Issuance [redacted]

**Identifying Documents - Applicant or Mother/Father/Parent on Third Signature Line (If identifyi**

☐ Driver's License ☐ State Issued ID Card ☐ Passport ☐ Military ☐ Other ____

Name [redacted]

Issue Date *(mm/dd/yyyy)* [redacted] Exp. Date *(mm/dd/yyyy)* [redacted] State Issuer

ID No [redacted] Country of Issuance [redacted]

☐ Acceptance Agent ☐ (Vice) Consul USA
☐ Passport Staff Agent

(Seal)

I declare under penalty of perjury all of the following: 1) I am a citizen or non-citizen national of the Unite have not, since acquiring U.S. citizenship or nationality, performed any of the acts listed under "Acts or Co page four of the instructions of this application (unless explanatory statement is attached); 2) the statements application are true and correct; 3) I have not knowingly and willfully made false statements or included false in support of this application; 4) the photograph attached to this application is a genuine, current photograph 5) I have read and understood the warning on page one of the instructions to the application form.

Name of courier company *(if applicable)*

Facility ID Number

x
**Applicant's Legal Signature - age 16 and older**

Mr M [redacted] S [redacted]

Mother/Father/Parent/Legal Guardian's Signature (if identifying

Facility Name/Location

Agent ID Number

x [redacted]

Unauthorized Disclosure Prohibited



[redacted] 6/27/2019

***The United States Department of State - Bureau of Consular Affairs***

# *ACS Welfare/Whereabouts Detail*

*Report by* [redacted] *on October , 23RD 2019 14:00 ET*

***Sensitive But Unclassified (SBU) - Information Protected under The Privacy Act of 1974 (5 USC 552a as amended)***

## Case Information

| | | | |
|---|---|---|---|
| **Case ID:** | TKY201900475692572 | **Subject ID:** | TKY201424845831819 |
| **Case Status:** | Open | **Case Create Date:** | 04-JAN-2019 |
| **Subject Name:** | S[redacted], M[redacted] | **Other Names:** | S[redacted], M[redacted] |
| **Gender:** | Male | **Nationality:** | United States of America (USA) |
| **US Citizenship Status:** | Unknown | **Recorded By:** | |
| **SSN:** | [redacted] | **Date of Birth:** | [redacted] |
| **City of Birth:** | [redacted] | **State of Birth:** | |
| **Place of Birth:** | [redacted] | | |
| **Comments:** | | | |
| **Last Update:** | 07-JAN-2019 | **Last Update User:** | [redacted] |
| **Post:** | Tokyo (TKY) | | |

## Addresses

| | | | |
|---|---|---|---|
| **Overseas Home Address:** | [redacted] | | |
| **City:** | [redacted] | | |
| **State:** | [redacted] | **Postal:** | [redacted] |
| **Country:** | Japan (JPN) | | |
| **Last Updated:** | 03-JUN-2019 | | |

| | | | |
|---|---|---|---|
| **Overseas Home Address:** | [redacted] | | |
| **City:** | [redacted] | | |
| **State:** | | **Postal:** | [redacted] |
| **Country:** | Japan (JPN) | | |
| **Last Updated:** | 29-OCT-2014 | | |
| **Home Phone:** | [redacted] | | |
| **Home Phone:** | [redacted] | | |
| **Home Email:** | EMAIL@STACKJONES.COM | | |

## Case Comments

**W/W Comments:**

Also see J[redacted] S[redacted] (father, DOB: [redacted])) WW case. On January 4, 2019, we received a call from the mother, M[redacted] S[redacted], who lives in Yamagata. According to Ms. S[redacted], her husband, J[redacted] S[redacted], left her on January 2 and moved to Sendai with the son, M[redacted] S[redacted]. When asked, Ms. S[redacted] said that she did not want to let the son go with her husband but had no choice. Ms. S[redacted] said that the family moved to the U.S. in March 2018 and Mr. S[redacted] came back to Yamagata on October 2018 to renew his spouse visa. Ms. S[redacted] and M[redacted] also returned to Yamagata in November 2018. Mr. S[redacted]

found a job in Sendai and the company arranged a place to stay so he and his son moved to Sendai. Ms. S[redacted] called the Embassy to seek options to prevent Mr. S[redacted] to leave Japan with the son. Ms. S[redacted] said that Mr. S[redacted] had not clearly mentioned that he would take the son to the U.S. but hinted her in the past that he may take his son to the U.S. Ms. S[redacted] and Mr. S[redacted] are still married. Ms. S[redacted] has M[redacted]s U.S. passport. Mr. S[redacted] told her that he had misplaced M[redacted]s Japanese passport when they were in the U.S., and M[redacted] entered Japan with his U.S. passport with a stamp issued by a Japanese consulate which indicates that he also has Japanese citizenship (?). Post explained about the two parent consent to obtain a U.S. passport and referred her to the U.S. passport alert program. Post also encouraged her to consult with a Japanese lawyer if she wanted to take any actions about M[redacted]s custody. Post informed her of the Hague Convention Division at MOFA in case she wants to consult about the Hague Convention. Child: M[redacted] S[redacted], DPOB: [redacted], JPN Mother (LBP): M[redacted] S[redacted] ([redacted]) Father (TP): J[redacted] S[redacted], DOB: 1[redacted] (Ms. S[redacted] does not have Mr. S[redacted]s phone number)

Contact Information   Name Checks   Activity Log

*The United States Department of State - Bureau of Consular Affairs*

## *ACS Welfare/Whereabouts Detail*

*Report by* [redacted] *on October , 23RD 2019 14:07 ET*

***Sensitive But Unclassified (SBU) - Information Protected under The Privacy Act of 1974 (5 USC 552a as amended)***

### Case Information

| | | | |
|---|---|---|---|
| **Case ID:** | SPP201900412893032 | **Subject ID:** | TKY201329439561102 |
| **Case Status:** | Closed | **Case Create Date:** | 04-JAN-2019 |
| **Subject Name:** | S[redacted] J[redacted] | | |
| **Gender:** | Male | **Nationality:** | |
| **US Citizenship Status:** | Unknown | **Recorded By:** | |
| **SSN:** | [redacted] | **Date of Birth:** | [redacted] |
| **City of Birth:** | [redacted] | **State of Birth:** | [redacted] |
| **Place of Birth:** | United States of America | | |
| **Comments:** | | | |
| **Last Update:** | 22-AUG-2019 | **Last Update User:** | [redacted] |
| **Post:** | Sapporo (SPP) | | |

### Addresses

| | | | |
|---|---|---|---|
| **Other Address:** | [redacted] | | |
| **City:** | [redacted] | | |
| **State:** | | **Postal:** | 253-0052 |
| **Country:** | Japan (JPN) | | |
| **Last Updated:** | 04-DEC-2017 | | |
| | | | |
| **U.S. Home Address:** | [redacted] | | |
| **City:** | [redacted] | | |
| **State:** | [redacted] | **Postal:** | 33165 |
| **Country:** | United States of America (USA) | | |
| **Last Updated:** | 02-FEB-2017 | | |

### Case Comments

**W/W Comments:**

Subject contacted ACS Sapporo via the phone. Over the course of the phone call with Conoff, subject indicated he has concerns about the welfare and safety of his AMCIT son (S[redacted] M[redacted] DOB: [redacted]), and concerns about his wife taking his son away from him. Mr. S[redacted] indicates he is a AMCIT married to a Japanese national with a dual-national son. He and his family were living in the US for some time, and he returned to Japan in Oct 2018 to renew his residency permit. His wife returned to Japan with their son in Nov 2018 against the father's will. Mr. S[redacted] desires to remain married to his wife and in custody of his son, so found work in Sendai teaching English, but it is his desire to return to the US. His wife does not wish to return to the US, and has left the family household to stay with her parents. Mr. S[redacted] says he has no money at this time, and his son has no money or food. There were several other details in the story that changed over the course of the conversation (whether he had been tortured by the Japanese police, whether he was a lawyer, whether his wife is a

member of a cult). Conoff was able to determine Mr. S[redacted]'s primay request was to obtain an emergency passport for his son in order to remove him from Japan. Conoff explained this passport cannot be issued without the mother's consent. Conoff asked about urgent needs such as food or warmth. Conoff suggested calling a family member in America for help with funds. Subject said he could accomplish that without consulate assistance. Subject became emotional and appeared angry. He indicated he was recording the call and planned to report all the information to the international media. He then hung up the call.

## Privacy Act Waivers

| | | | |
|---|---|---|---|
| **Date:** | 24-MAR-2017 | **Waiver Level:** | Limited Waiver |
| **Delivery:** | Written | | |
| **Type:** | Media Waiver (All), Friend Waiver (Unknown), Congress Waiver (All), Family Waiver (All) | | |
| **Comments:** | Yes to [redacted] | | |
| **Date:** | 06-DEC-2013 | **Waiver Level:** | Limited Waiver |
| **Delivery:** | Written | | |
| **Type:** | | | |
| **Comments:** | SECTION A: [redacted] | | |
| **Date:** | 21-OCT-2013 | **Waiver Level:** | Full Waiver |
| **Delivery:** | Written | | |
| **Type:** | Media Waiver (All), Friend Waiver (All), Congress Waiver (All), Family Waiver (All) | | |
| **Comments:** | SECTION A: [redacted] | | |

Activity Log

# Subject Summary

This report provides details about the selected subject record.

United States Department of State
Bureau of Consular Affairs

**S[redacted], M[redacted] [redacted]**

| Birth Date | SSN | Age | Gender | Place of Birth |
|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | Male | [redacted] |

| Height | Hair Color | Eye Color |
|---|---|---|
| [redacted] | [redacted] | [redacted] |

| Current Occupation | Current Employer/School |
|---|---|
| | |

**Aliases**

S[redacted], M[redacted]
[redacted]

**Nationality**

United States Of America

**Passports**

| Type | Number | Issue Date | Expiration Date | Issue Place |
|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | | [redacted] |

**Privacy Act**

| Taken Date \| By | Delivery Method \| Level \| Statement | Waiver Type \| Granted |
|---|---|---|
| | | |

## Address

Overseas Home
[redacted]

Overseas Home
[redacted]

United States Department of State
Bureau of Consular Affairs

# Subject Summary

This report provides details about the selected subject record.

**S , M**

**Phone**

**Home**

**Home**

**Email**

**Home**
EMAIL@STACKJONES.COM

**Contacts**

| Name - Organization | Phone | Relationship Type |
|---|---|---|

| Spouse Name | Date of Birth | Place of Birth | U.S. Citizen |
|---|---|---|---|

| Date of Marriage | Marital Status | Marriage End Date |
|---|---|---|

**Related Subjects**

| Name | Relationship Type | Relationship Description |
|---|---|---|
| S , M | | Mother |

| Primary Contact | Member of Household | Next of Kin | Emergency Contact |
|---|---|---|---|
| No | No | No | No |

| Name | Relationship Type | Relationship Description |
|---|---|---|
| S , J | Family | Father |

| Primary Contact | Member of Household | Next of Kin | Emergency Contact |
|---|---|---|---|
| No | Yes | No | No |

Sensitive But Unclassified (SBU) - Information protected under INA 222(f) and 9 FAM 40.4.

# Subject Summary

This report provides details about the selected subject record.

United States Department of State
Bureau of Consular Affairs

**S M**

## Case/Service Summary

| Case Name (Owning Post - Status) | Service Type (Create Date - Status) |
|---|---|
| 3 - TKY 2019-Jan-04(Tokyo - Open) | W/W(04-Jan-2019 - Open) |
| 4 - TKY 2019-Feb-13(Tokyo - Closed) | Citizenship(13-Feb-2019 - Closed) |
| CCD CRBA Service(Tokyo - Closed) | Citizenship(29-Oct-2014 - Closed) |
| 1 - TKY 2014-Oct-29(Tokyo - Closed) | Citizenship(29-Oct-2014 - Closed) |

## CLASS Lookout

| Reason Code | Source Code | Request Date | Expiration Date |
|---|---|---|---|

## Local Lookout

**Reason Code** **Requesting Officer** **Removal Officer - Reason**

**Post**

**Details**

Child Custody

Tokyo

possible child custody dispute.

Mother, M S contacted the Embassy on 1/4/19. see WW.

## Subject Record Information

| Subject ID | Subject Status | Owning Post | |
|---|---|---|---|
| TKY201424845831819 | Active | Tokyo | |
| **Create Date** | **Created By** | **Date Last Edited** | **Last Edited By** |
| 05-Sep-2014 | [redacted] | 29-Oct-2014 | [redacted] |

**Sensitive But Unclassified (SBU) - Information protected under INA 222(f) and 9 FAM 40.4.**

Generated: 23-Oct-2019 | OCS | [redacted]

# Proof of Citizenship Details

United States Department of State
Bureau of Consular Affairs

**S[redacted], M[redacted]**

| **Birth Date** | **Age** | **Passport Number** | **Place of Birth** |
|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] |

## Case Details

**Case Name (Owning Post - Status)**
3 - TKY 2019-Jan-04 (Tokyo - Open)

## Services in Case

| **Service Type** | **Service Status** | **Service Create Date** |
|---|---|---|
| W/W | Open | 04-Jan-2019 |

## Proof Of Citizenship

| **Document Type** | **Document Number** | **Issue Date** | **Expiration Date** | **Place of Issue** |
|---|---|---|---|---|

**Comments**

## Proof Of Identification

| **Document Type** | **Document Number** | **Issue Date** | **Place of Issue** |
|---|---|---|---|

| **Citizenship Status** | **Status Recorded By** |
|---|---|
| Unknown | |

## Privacy Act

| **Taken Date \| By** | **Delivery Method \| Level \| Statement** | **Waiver Type \| Granted** |
|---|---|---|

**Sensitive But Unclassified (SBU) - Information protected under INA 222(f) and 9 FAM 40.4.**

# Proof of Citizenship Details

United States Department of State
Bureau of Consular Affairs

S[redacted] M[redacted]

## Activity Log

| Name | Type | Source | Created By | Create Date | Due Date | Complete Date |
|---|---|---|---|---|---|---|
| Mr. S[redacted] - Department Telecor | Case Note | User | [redacted] | 07-Jan-2019 | | 07-Jan-2019 |
| Mr. S[redacted]- CI Email 1-5-19 | Attach File | User | [redacted] | 07-Jan-2019 | | 07-Jan-2019 |
| Waiver Of Japanese Jurisdictior | Attach File | User | [redacted] | 07-Jan-2019 | | 07-Jan-2019 |
| 1-4-19 Judicial Order Passport | Attach File | User | [redacted] | 07-Jan-2019 | | 07-Jan-2019 |
| Passport Information | Case Note | User | [redacted] | 07-Jan-2019 | | 07-Jan-2019 |
| Embassy - Mr. S[redacted] Telecomn | Attach File | User | [redacted] | 07-Jan-2019 | | 07-Jan-2019 |
| Duty Log 1-6-19 | Case Note | User | [redacted] | 07-Jan-2019 | | 07-Jan-2019 |
| Embassy - Mr. S[redacted] Email 1-7- | Case Note | User | [redacted] | 08-Jan-2019 | | 08-Jan-2019 |
| Email From Mr. S[redacted] 1-8-19 | Case Note | User | [redacted] | 08-Jan-2019 | | 08-Jan-2019 |
| Call From AMCIT Father | Case Note | User | [redacted] | 05-Apr-2019 | | 05-Apr-2019 |
| New WW Created | Status Update | System | [redacted] | 04-Jan-2019 | | 04-Jan-2019 |
| New Case | Status Update | System | [redacted] | 04-Jan-2019 | | 04-Jan-2019 |
| Subject Core Biographical Data | Status Update | System | [redacted] | 03-Jun-2019 | | 03-Jun-2019 |
| Name check executed 06/18/19 | Name Check Resu | System | [redacted] | 18-Jun-2019 | | 18-Jun-2019 |
| SSA Check not transmitted | Name Check Resu | System | [redacted] | 04-Jan-2019 | | |
| SSA Check not transmitted | Name Check Resu | System | [redacted] | 04-Jan-2019 | | |

## Case Summary

| Case Id | Case Created By | Case Create Date | Date Last Edited |
|---|---|---|---|
| TKY201900475692572 | [redacted] | 04-Jan-2019 | 04-Jan-2019 |

| Case Status | Last Edited By |
|---|---|
| Open | [redacted] |

**Sensitive But Unclassified (SBU) - Information protected under INA 222(f) and 9 FAM 40.4.**

Generated: 23-Oct-2019 | OCS | [redacted]

# Welfare and Whereabouts Service Summary

United States Department of State
Bureau of Consular Affairs

**S[redacted], M[redacted]**

| Birth Date | Age | Passport Number | Place of Birth |
| --- | --- | --- | --- |
| [redacted] | [redacted] | [redacted] | [redacted] |

## Welfare and Whereabouts Service Details

**Case Name (Owning Post - Status)**

**Reason for Service**
Possible Child Custody Dispute

**Comments**
Also see J[redacted] S[redacted] (father, DOB: [redacted])) WW case.

## Missing Person

**Last Contact**

**Last Sighting**

**Comments**

## Emergency Message

**Originator**

**Received - Delivered**

**Message**

**Distribution Posts**

## Victim's Assistance

**Crime Details**

**Victim Type**

**Purpose of Visit**

**Extent of Injury - Investigation Status**

**Hospital information**

**U.S. Residence**

**Law Enforcement**

**Judicial Contact**

**Law Enforcement/ Judicial Action**

| |

# Welfare and Whereabouts Service Summary

United States Department of State
Bureau of Consular Affairs

**S[redacted], M[redacted]**

## Medical Assistance

**Hospital** **Attending Physician** **Insurance Information**

**U.S. Medical Provider** **Local Medical Provider** **Known Medications**

**Medical Escort** **Release Date**

**Diagnosis**

## Medical Evacuation

**Evacuation** **Destiniation**

**Carrier** **Cost** **Payment Source**

**Itinerary**

## Medical Health

**Information Source of Treatment**

**Details of Treatment**

## Judicial Assistance

**Case Name** **Docket Number** **Deposition**

**Subpoena and Service of Process** **Host Country Clearance**

**Status Inquiry**

**Date** **Comments**

# Welfare and Whereabouts Service Summary

United States Department of State
Bureau of Consular Affairs

**S[redacted], M[redacted]**

## Extradition

| **Case Name** | **Initiating Court** | **Requesting U.S. Agency** |
|---|---|---|

**Embassy Inquiry**

| **Date** | **Comments** |
|---|---|

**Provisional Arrest Information**

**Dates:**

| | | | |
|---|---|---|---|
| **Arrest** | No Arrest | **Court Decision** | No Court Decision |
| **Notification** | No Notification | **Extradition** | No Extradition |
| **Due Date** | No Due Date | **Request Sent** | No Request Sent |
| **Notification of Extraditability** | No Notification of Extraditability | | |

| **Charges** | **Request Dipnote Number** |
|---|---|

**Evidence Sent to Sate**

| **Date** | **Description of Evidence** |
|---|---|

## Federal Benefits

| **Assistance Date** | **Benefit Type** |
|---|---|

## Denial of Freedom to Travel

| **Nature of Denial** | **Prohibiting Travel** | **Relationship** | **Protest Information** |
|---|---|---|---|

| **Attorney Representing Client** | **Actions Taken** |
|---|---|
| No Attorney | |

## Contacts

| **Name \| Organization \| Phone** | **Relationship Type \| Description** |
|---|---|

**Sensitive But Unclassified (SBU) - Information protected under INA 222(f) and 9 FAM 40.4.**

# Welfare and Whereabouts Service Summary

United States Department of State
Bureau of Consular Affairs

**S[redacted], M[redacted]**

## Proof Of Citizenship

| Document Type | Document Number | Issue Date | Expiration Date | Place of Issue |
|---|---|---|---|---|

## Proof Of Identification

| Document Type | Document Number | Issue Date | Place of Issue |
|---|---|---|---|

## Privacy Act

| Taken Date \| By | Delivery Method \| Level \| Statement | Waiver Type \| Granted |
|---|---|---|

# Welfare and Whereabouts Service Summary

United States Department of State
Bureau of Consular Affairs

**S[redacted], M[redacted]**

## Activity Log

| Name | Type | Source | Created By | Create Date | Due Date | Complete Date |
|---|---|---|---|---|---|---|
| Mr. Stone - Department Telecor | Case Note | User | [redacted] | 07-Jan-2019 | | 07-Jan-2019 |
| Mr. S[redacted] - CI Email 1-5-19 | Attach File | User | | 07-Jan-2019 | | 07-Jan-2019 |
| Waiver Of Japanese Jurisdictior | Attach File | User | | 07-Jan-2019 | | 07-Jan-2019 |
| 1-4-19 Judicial Order Passport | Attach File | User | | 07-Jan-2019 | | 07-Jan-2019 |
| Passport Information | Case Note | User | | 07-Jan-2019 | | 07-Jan-2019 |
| Embassy - Mr. S[redacted] Telecomm | Attach File | User | | 07-Jan-2019 | | 07-Jan-2019 |
| Duty Log 1-6-19 | Case Note | User | | 07-Jan-2019 | | 07-Jan-2019 |
| Embassy - Mr. S[redacted] Email 1-7 | Case Note | User | | 08-Jan-2019 | | 08-Jan-2019 |
| Email From Mr. S[redacted] 1-8-19 | Case Note | User | | 08-Jan-2019 | | 08-Jan-2019 |
| Call From AMCIT Father | Case Note | User | | 05-Apr-2019 | | 05-Apr-2019 |
| New WW Created | Status Update | System | | 04-Jan-2019 | | 04-Jan-2019 |
| New Case | Status Update | System | | 04-Jan-2019 | | 04-Jan-2019 |
| Subject Core Biographical Data | Status Update | System | | 03-Jun-2019 | | 03-Jun-2019 |
| Name check executed 06/18/19 | Name Check Resu | System | | 18-Jun-2019 | | 18-Jun-2019 |
| SSA Check not transmitted | Name Check Resu | System | | 04-Jan-2019 | | |
| SSA Check not transmitted | Name Check Resu | System | | 04-Jan-2019 | | |

## Welfare and Whereabouts Service Status

**Service Id**
TKY201900475692576

**Service Created By**
TKY20052881395114M

**Service Create Date**
04-Jan-2019

**Date Last Edited**
07-Jan-2019

**Service Status**
Open

**Last Edited By**
[redacted]

**Birth Date**
[redacted]

**Age**
[redacted]

**Passport Number**
[redacted]

**Place of Birth**
[redacted]

# Welfare and Whereabouts Service Summary

United States Department of State
Bureau of Consular Affairs

**S[redacted], M[redacted]**

## Welfare and Whereabouts Service Details

**Case Name (Owning Post - Status)**

**Reason for Service**
Possible Child Custody Dispute

**Comments**
Also see J[redacted] S[redacted] (father, DOB: [redacted])) WW case.

## Missing Person

**Last Contact**

**Last Sighting**

**Comments**

## Emergency Message

**Originator**

**Received - Delivered**

**Message**

**Distribution Posts**

## Victim's Assistance

**Crime Details**

**Victim Type**

**Purpose of Visit**

**Extent of Injury - Investigation Status**

**Hospital information**

**U.S. Residence**

**Law Enforcement**

**Judicial Contact**

**Law Enforcement/ Judicial Action**

| |

# Welfare and Whereabouts Service Summary

United States Department of State
Bureau of Consular Affairs

**S[redacted], M[redacted]**

## Medical Assistance

**Hospital** **Attending Physician** **Insurance Information**

**U.S. Medical Provider** **Local Medical Provider** **Known Medications**

**Medical Escort** **Release Date**

**Diagnosis**

## Medical Evacuation

**Evacuation** **Destiniation**

**Carrier** **Cost** **Payment Source**

**Itinerary**

## Medical Health

**Information Source of Treatment**

**Details of Treatment**

## Judicial Assistance

**Case Name** **Docket Number** **Deposition**

**Subpoena and Service of Process** **Host Country Clearance**

**Status Inquiry**

**Date** **Comments**

# Welfare and Whereabouts Service Summary

United States Department of State
Bureau of Consular Affairs

**S[redacted], M[redacted]**

## Extradition

**Case Name** **Initiating Court** **Requesting U.S. Agency**

**Embassy Inquiry**

**Date** **Comments**

**Provisional Arrest Information**

**Dates:**

| | | | |
|---|---|---|---|
| **Arrest** | No Arrest | **Court Decision** | No Court Decision |
| **Notification** | No Notification | **Extradition** | No Extradition |
| **Due Date** | No Due Date | **Request Sent** | No Request Sent |
| **Notification of Extraditability** | No Notification of Extraditability | | |

**Charges** **Request Dipnote Number**

**Evidence Sent to Sate**

**Date** **Description of Evidence**

## Federal Benefits

**Assistance Date** **Benefit Type**

## Denial of Freedom to Travel

**Nature of Denial** **Prohibiting Travel** **Relationship** **Protest Information**

**Attorney Representing Client**
No Attorney

**Actions Taken**

## Contacts

**Name | Organization | Phone** **Relationship Type | Description**

# Welfare and Whereabouts Service Summary

United States Department of State
Bureau of Consular Affairs

**S[redacted], M[redacted]**

**Proof Of Citizenship**

| Document Type | Document Number | Issue Date | Expiration Date | Place of Issue |
|---|---|---|---|---|

**Proof Of Identification**

| Document Type | Document Number | Issue Date | Place of Issue |
|---|---|---|---|

**Privacy Act**

| Taken Date \| By | Delivery Method \| Level \| Statement | Waiver Type \| Granted |
|---|---|---|

# Welfare and Whereabouts Service Summary

United States Department of State
Bureau of Consular Affairs

**S[redacted], M[redacted]**

## Activity Log

| Name | Type | Source | Created By | Create Date | Due Date | Complete Date |
|---|---|---|---|---|---|---|
| Mr. S[redacted] - Department Telecor | Case Note | User | [redacted] | 07-Jan-2019 | | 07-Jan-2019 |
| Mr. S[redacted] - CI Email 1-5-19 | Attach File | User | | 07-Jan-2019 | | 07-Jan-2019 |
| Waiver Of Japanese Jurisdictior | Attach File | User | | 07-Jan-2019 | | 07-Jan-2019 |
| 1-4-19 Judicial Order Passport | Attach File | User | | 07-Jan-2019 | | 07-Jan-2019 |
| Passport Information | Case Note | User | | 07-Jan-2019 | | 07-Jan-2019 |
| Embassy - Mr. S[redacted] Telecomm | Attach File | User | | 07-Jan-2019 | | 07-Jan-2019 |
| Duty Log 1-6-19 | Case Note | User | | 07-Jan-2019 | | 07-Jan-2019 |
| Embassy - Mr. S[redacted] Email 1-7- | Case Note | User | | 08-Jan-2019 | | 08-Jan-2019 |
| Email From Mr. S[redacted] 1-8-19 | Case Note | User | | 08-Jan-2019 | | 08-Jan-2019 |
| Call From AMCIT Father | Case Note | User | | 05-Apr-2019 | | 05-Apr-2019 |
| New WW Created | Status Update | System | | 04-Jan-2019 | | 04-Jan-2019 |
| New Case | Status Update | System | | 04-Jan-2019 | | 04-Jan-2019 |
| Subject Core Biographical Data | Status Update | System | | 03-Jun-2019 | | 03-Jun-2019 |
| Name check executed 06/18/19 | Name Check Resu | System | | 18-Jun-2019 | | 18-Jun-2019 |
| SSA Check not transmitted | Name Check Resu | System | | 04-Jan-2019 | | |
| SSA Check not transmitted | Name Check Resu | System | | 04-Jan-2019 | | |

## Welfare and Whereabouts Service Status

**Service Id**
TKY201900475692576

**Service Created By**
TKY20052881395114M

**Service Create Date**
04-Jan-2019

**Date Last Edited**
07-Jan-2019

**Service Status**
Open

**Last Edited By**
[redacted]

United States Department of State
Bureau of Consular Affairs

# Activity Log

| Description | Type | Source | Created By | Create Date |
|---|---|---|---|---|
| New Case | Status Update | System | [redacted] | 04-Jan-2019 |
| A new case was created. - TKY201900475692572 | | | | |
| New WW Created | Status Update | System | [redacted] | 04-Jan-2019 |
| New WW Created. | | | | |
| SSA Check not transmitted | Name Check Results | System | [redacted] | 04-Jan-2019 |
| SSA Check was not transmitted due to an invalid social security number. | | | | |
| SSA Check not transmitted | Name Check Results | System | [redacted] | 04-Jan-2019 |
| SSA Check was not transmitted due to an invalid social security number. | | | | |
| Mr. Stone - Department Telecommunication 1-4-19 | Case Note | User | [redacted] | 07-Jan-2019 |
| I took a call from J[redacted] S[redacted], who¿s in Japan, (DPOB: [redacted]) this morning. He stated that he, his Japanese citizen wife and U.S. citizen son, M[redacted] (DOB: [redacted]) had been living in Miami for a year. He said while he was in Japan in November renewing his Japanese spouse visa, his wife took their son from Miami to Japan without his permission. He said he decided to stay in Japan because his son is there, and got employment and is living in company housing in Sendai. He said after a month or so in Tokyo, his wife and son came to him in Sendai and she was helping to look for permanent housing. One day while S[redacted] was at work, his wife took the child to her parents¿ residence in Yonezawa. Stone said that three days ago, he went to his in-laws home and he claims that his wife¿s family was violent toward him and tried to keep him from his son. He said he was able to leave the house with his son anyway, with only the clothes that the child was wearing. S[redacted] said his wife has taken all of their money and M[redacted]s passport. He said he contacted the Embassy to request a passport and was told he would need both parent¿s signatures. S[redacted] also stated that his wife is going to try to get a divorce and he is worried he will lose custody of his son and lose his spouse visa.<br><br>S[redacted] said he¿s a lawyer and has written a motion for an emergency order to get an EPDP from the Embassy in Tokyo (or maybe the Consulate in Sapporo) and wants to know of a federal judge who could rule on the motion. I asked if he had contacts with family lawyers in Japan or Miami and he said no. He said he believes that he will not be treated fairly by the Japanese legal system.<br><br>I am worried about the child¿s safety as S[redacted] sounds erratic. It¿s possible the wife or wife¿s family have already contacted the police. S[redacted] stated he¿s worried about his son¿s safety since his son has no ID at the moment.<br><br>Contact information:<br>Phone: [redacted]<br>Email: [redacted] | | | | |
| Mr. S[redacted] - CI Email 1-5-19 | Attach File | User | [redacted] | 07-Jan-2019 |
| see attachment | | | | |
| Walver Of Japanese Jurisdiction | Attach File | User | [redacted] | 07-Jan-2019 |
| See attached "Waiver of Japanese Jurisdiction" which was attached to Mr. S[redacted]'s email sent to CI on 1-5-19. | | | | |
| 1-4-19 Judicial Order Passport | Attach File | User | [redacted] | 07-Jan-2019 |
| Attached document was sent to CI along with Mr. S[redacted]'s email of 1-5-19. | | | | |

**Sensitive But Unclassified (SBU) - Information protected under INA 222(f) and 9 FAM 40.4.**

United States Department of State
Bureau of Consular Affairs

# Activity Log

| Description | Type | Source | Created By | Create Date |
|---|---|---|---|---|
| Passport Information | Case Note | User | [redacted] | 07-Jan-2019 |
| Mr. S attached a copy of M s US passport to his email to CI dated 1-5-19 but the volume was large and could not attach to ACS+. Please M s passport record for details. | | | | |
| Embassy - Mr. S Telecommunication 1-7-19 | Attach File | User | [redacted] | 07-Jan-2019 |
| see attachment | | | | |
| Duty Log 1-6-19 | Case Note | User | [redacted] | 07-Jan-2019 |
| Mr. J S (phone: ) called yesterday (1/6) via State Ops at 5:40pm to discuss the passport and custody of his minor son, M S (DOB: ).<br><br>Mr. S reported that he, his wife, and son have all been living in the U.S. but that he came to Japan alone in October to renew his Japanese residency. While he was in Japan by himself, his wife took his son to Japan ¿ without his permission or knowledge, he says ¿ and the three of them have been here ever since. However, he reports his wife has stopped communicating with him as of about 5 days ago and he now wants to return to the United States with his son. Mr. S talked at length about IPCA, Hague, divorce/custody issues, etc in general and said he thinks this will become a ¿nasty divorce case.¿ He wants the embassy¿s help to issue a passport to his son so the two of them can return to the United States. Mr. S reported that he and his son have no money but that they are OK and residing in the apartment that his employer (an eikaiwa in Sendai) provided to him.<br><br>Duty Officer suggested that Mr. S call the embassy during business hours and ask to speak to American Citizen Services and that this section was best placed to discuss the two parent consent for a minor¿s passport application (a subject Mr. S seemed to be fairly familiar with already). | | | | |
| Embassy - Mr. S Email 1-7-19 | Case Note | User | [redacted] | 07-Jan-2019 |

United States Department of State
Bureau of Consular Affairs

# Activity Log

| Description | Type | Source | Created By | Create Date |
|---|---|---|---|---|

Dear Mr. S,

Thank you for taking the time to talk with me this morning about your situation. I understand that it has been very stressful for you. Below, I¿ve outlined some of the standard information regarding passports for minor children, followed by a brief recap of our discussion this morning regarding your son¿s passport.

As you are aware, U.S. law requires that children under sixteen (16) years of age must appear in person accompanied by BOTH parents. Please see our website at https://jp.usembassy.gov/u-s-citizen-services/passports/children-under-16/.

If one parent cannot be present, the appearing parent MUST provide an original copy of the notarized form DS-3053 Statement of Consent(must be filled out/signed and notarized), and a photocopy of the non-applying parent¿s ID. Unfortunately, no exceptions can be made due to government regulations. Please see Parental Consent for Minors for more information.

If the child has two parents or guardians, but one is absent, and cannot be located to provide parental consent in a timely manner, the applying parent must submit Form DS-5525: Statement of Exigent/Special Family Circumstances. The statement must explain in detail the non-applying parent's or guardian¿s unavailability and recent efforts made to contact the non-applying parent. The applying parent also may be required to provide evidence (e.g., custody order, incarceration order, restraining order) to document his/her claim of exigent or special circumstances.

As we discussed, no decision can be made about your minor son¿s passport without first submitting a DS-11 ¿Application for a U.S. Passport¿, along with the DS-64 ¿Statement Regarding a Lost or Stolen U.S. Passport¿, if applicable. If your wife is unable or unwilling to consent to issuance, you will also be required to submit the DS-5525 as noted above (and explained earlier). Please bear in mind that specific situations (such as you outlined this morning) cannot be approved without prior authorization from the Department in Washington, D.C. Just for your awareness, however, in my experience, issuance of a passport based on a DS-5525 appears to only rarely happen, as the legal threshold is quite high.

Sincerely,

American Citizen Services
U.S. Embassy Tokyo
Follow us on twitter: https://mobile.twitter.com/acstokyo
Like us on Facebook: https://www.facebook.com/ACSTokyo

| | | | | |
|---|---|---|---|---|
| Email From Mr. S 1-8-19 | Case Note | User | [redacted] | 07-Jan-2019 |

United States Department of State
Bureau of Consular Affairs

# Activity Log

| Description | Type | Source | Created By | Create Date |
|---|---|---|---|---|
| From: mail@stackjones.com [mailto:mail@stackjones.com]<br>Sent: Tuesday, January 08, 2019 8:33 AM<br>To: Tokyo, CCU<br>Subject: Re: Call from the U.S. Embassy in Tokyo about your son¿s passport<br><br>I may be dealing with an abandonment case.<br>I've attempted to contact my wife numerous times since Jan. 2nd, she is nearly entirely nonresponsive.<br>Finally, she was supposed to meet me on 1.7.19. at the train station at 7:40PM. She did not show up.<br>I have been going to work with my child, and I¿m not sure how long that will be permitted.<br>I want to reiterate, I had no intention of remaining in Japan, but only arrived in Japan to renew a visa.<br>The only reason I am currently in Japan is because my wife brought my child here without my knowledge, or consent.<br><br>J[redacted]S[redacted] | | | | |
| Call From AMCIT Father | Case Note | User | [redacted] | 05-Apr-2019 |

United States Department of State
Bureau of Consular Affairs

# Activity Log

| Description | Type | Source | Created By | Create Date |
| --- | --- | --- | --- | --- |

Mr. S[redacted] called Post to claim additional ¿or ¿stronger¿¿exigent circumstances as to why his son¿s passport should be issued immediately without the wife¿s consent.

He stated that he has had physical custody of the child since he forcibly took the child from the mother¿s residence on January 2nd, but that she ¿re-abducted¿ the child on March 29th. After going through their attorneys, he went to the wife¿s residence (with her parents) and she ¿let him go¿, along with a backpack that she had packed for him. He claimed that in the few hours he was gone, his skin was dry and peeling again, and that it was so cold at the in-law¿s house that he ¿had frostbite coming out of my mouth¿.

He further stated that she had voluntarily gone to the municipal building to submit the forms showing that the child was now residing with the caller (at his residence), which enabled him to get a replacement insurance card, and had helped them move into another apartment, including assisting with getting the utilities turned on (since it was all in Japanese).

He spoke at length about the job he would have upon returning to Hawaii, how his sister would support them initially (in their $1.5M home) and how much money he would make going forward. He felt that this ¿new information¿ constituted ¿stronger exigent circumstances¿ that should compel the issuance of his son¿s passport without the mother¿s consent.

During a previous phone call, he had advised that his wife and child had returned to Japan without his knowledge while he was personally visiting Japan for about a month to renew his spousal visa. He now claims that he ¿only has one shirt¿ and ¿one pair of sneakers¿, and did not bring more because he ¿only came to renew his visa.¿ He then contradictorily stated that his employer¿who was also a single father¿was ¿very supportive¿ and had offered to ¿ship all their belongings¿ to him in Hawaii once he is able to return.

He stated that he had learned from his attorney (through the wife¿s attorney) that she was considering allowing him to return to the U.S. with their son if he 1) agreed to divorce her, and 2) agreed not to hold her financially liable for ¿damages¿ and for monies lost or spent in this endeavor.

Conoff noted that if the wife was as amenable to his departure as it sounds, he may have several options available:

1) Obtain the original passport from the wife and depart immediately (best option).

2) Obtain the divorce domestically in Japan, get sole custody of the child, and reapply for a passport as sole custodial parent (second best option).

3) He could reapply with his new information, and see if Department Attorneys have a different opinion (not most clear-cut option).

4) He could continue with his lawsuit to compel the Department to issue the passport (most onerous, time-consuming, and expensive option).

He further stated that Japanese public school starts on Monday, April 8th, and that his wife had intended to attend the ¿first day of school ceremony¿ at their son¿s new school, but that he had thought he would be returning home soon and had not paid the fee for him to attend school.

INTERNAL NOTE: Despite his claim that the wife ¿re-abducted¿ the child, her return of the child with a full backpack, her helping him to get the forms and documentation they need for insurance and utilities, along with helping them to move, etc., it appears that she is accessible, engaged and supportive (although perhaps not to the degree he would prefer). It¿s unlikely that this new information would be sufficiently exigent to overcome the two-parent consent requirement.

| Description | Type | Source | Created By | Create Date |
| --- | --- | --- | --- | --- |
| Subject Core Biographical Data Updated | Status Update | System | [redacted] | 02-Jun-2019 |

United States Department of State
Bureau of Consular Affairs

# Activity Log

| Description | Type | Source | Created By | Create Date |
|---|---|---|---|---|
| Modified by user: [redacted]<br><br>Critical Field Added: Subject Nationality<br>Field Type Added: United States Of America<br><br>Critical Field Change: Subject Nationality<br>New Value: United States Of America<br>Old Value: No Previous Value<br><br>Critical Field Change: Subject SSN<br>New Value: [redacted]<br>Old Value: No Previous Value | | | | |
| Name check executed 06/18/19 12:18 PM (UTC+09:00) | Name Check Results | System | [redacted] | 17-Jun-2019 |
| Name Check batch 2 executed 6/18/2019 12:18:55 PM (UTC+09:00) by [redacted]<br>Results for Subject 'S[redacted], M[redacted], received 6/18/2019 12:19 PM (UTC+09:00):<br>[redacted]<br><br>Results for Alias 'S[redacted], M[redacted], received 6/18/2019 12:19 PM (UTC+09:00):<br>[redacted]<br><br>[redacted] | | | | |

# Welfare and Whereabouts Service Summary

United States Department of State
Bureau of Consular Affairs

**S[redacted], M[redacted]**

| Birth Date | Age | Passport Number | Place of Birth |
| --- | --- | --- | --- |
| [redacted] | [redacted] | [redacted] | [redacted] |

## Welfare and Whereabouts Service Details

**Case Name (Owning Post - Status)**

**Reason for Service**
Possible Child Custody Dispute

**Comments**
Also see J[redacted] S[redacted]s (father, DOB: 10-14-58)) WW case.

## Missing Person

**Last Contact**

**Last Sighting**

**Comments**

## Emergency Message

**Originator**

**Received - Delivered**

**Message**

**Distribution Posts**

## Victim's Assistance

**Crime Details**

**Victim Type**

**Purpose of Visit**

**Extent of Injury - Investigation Status**

**Hospital information**

**U.S. Residence**

**Law Enforcement**

**Judicial Contact**

**Law Enforcement/ Judicial Action**

| |

**Sensitive But Unclassified (SBU) - Information protected under INA 222(f) and 9 FAM 40.4.**

# Welfare and Whereabouts Service Summary

United States Department of State
Bureau of Consular Affairs

**S[redacted], M[redacted]**

## Medical Assistance

**Hospital** **Attending Physician** **Insurance Information**

**U.S. Medical Provider** **Local Medical Provider** **Known Medications**

**Medical Escort** **Release Date**

**Diagnosis**

## Medical Evacuation

**Evacuation** **Destiniation**

**Carrier** **Cost** **Payment Source**

**Itinerary**

## Medical Health

**Information Source of Treatment**

**Details of Treatment**

## Judicial Assistance

**Case Name** **Docket Number** **Deposition**

**Subpoena and Service of Process** **Host Country Clearance**

**Status Inquiry**

**Date** **Comments**

# Welfare and Whereabouts Service Summary

United States Department of State
Bureau of Consular Affairs

**S[redacted], M[redacted]**

## Extradition

**Case Name** **Initiating Court** **Requesting U.S. Agency**

**Embassy Inquiry**

**Date** **Comments**

**Provisional Arrest Information**

**Dates:**

| | | | |
|---|---|---|---|
| **Arrest Notification Due Date** | No Arrest No Notification No Due Date | **Court Decision** | No Court Decision |
| **Notification of Extraditability** | No Notification of Extraditability | **Extradition Request Sent** | No Extradition No Request Sent |

**Charges** **Request Dipnote Number**

**Evidence Sent to Sate**

**Date** **Description of Evidence**

## Federal Benefits

**Assistance Date** **Benefit Type**

## Denial of Freedom to Travel

**Nature of Denial** **Prohibiting Travel** **Relationship** **Protest Information**

**Attorney Representing Client**
No Attorney

**Actions Taken**

## Contacts

**Name | Organization | Phone** **Relationship Type | Description**

# Welfare and Whereabouts Service Summary

United States Department of State
Bureau of Consular Affairs

**S[redacted], M[redacted]**

## Proof Of Citizenship

| Document Type | Document Number | Issue Date | Expiration Date | Place of Issue |
|---|---|---|---|---|

## Proof Of Identification

| Document Type | Document Number | Issue Date | Place of Issue |
|---|---|---|---|

## Privacy Act

| Taken Date \| By | Delivery Method \| Level \| Statement | Waiver Type \| Granted |
|---|---|---|

# Welfare and Whereabouts Service Summary

United States Department of State
Bureau of Consular Affairs

**S[redacted], M[redacted]**

## Activity Log

| Name | Type | Source | Created By | Create Date | Due Date | Complete Date |
|---|---|---|---|---|---|---|
| Mr. S[redacted] - Department Telecor | Case Note | User | [redacted] | 07-Jan-2019 | | 07-Jan-2019 |
| Mr. S[redacted] - CI Email 1-5-19 | Attach File | User | [redacted] | 07-Jan-2019 | | 07-Jan-2019 |
| Waiver Of Japanese Jurisdictior | Attach File | User | [redacted] | 07-Jan-2019 | | 07-Jan-2019 |
| 1-4-19 Judicial Order Passport | Attach File | User | [redacted] | 07-Jan-2019 | | 07-Jan-2019 |
| Passport Information | Case Note | User | [redacted] | 07-Jan-2019 | | 07-Jan-2019 |
| Embassy - Mr. [redacted] Telecomm | Attach File | User | [redacted] | 07-Jan-2019 | | 07-Jan-2019 |
| Duty Log 1-6-19 | Case Note | User | [redacted] | 07-Jan-2019 | | 07-Jan-2019 |
| Embassy - Mr. S[redacted] Email 1-7- | Case Note | User | [redacted] | 08-Jan-2019 | | 08-Jan-2019 |
| Email From Mr. S[redacted] 1-8-19 | Case Note | User | [redacted] | 08-Jan-2019 | | 08-Jan-2019 |
| Call From AMCIT Father | Case Note | User | [redacted] | 05-Apr-2019 | | 05-Apr-2019 |
| New WW Created | Status Update | System | [redacted] | 04-Jan-2019 | | 04-Jan-2019 |
| New Case | Status Update | System | [redacted] | 04-Jan-2019 | | 04-Jan-2019 |
| Subject Core Biographical Data | Status Update | System | [redacted] | 03-Jun-2019 | | 03-Jun-2019 |
| Name check executed 06/18/19 | Name Check Resu | System | [redacted] | 18-Jun-2019 | | 18-Jun-2019 |
| SSA Check not transmitted | Name Check Resu | System | [redacted] | 04-Jan-2019 | | |
| SSA Check not transmitted | Name Check Resu | System | [redacted] | 04-Jan-2019 | | |

## Welfare and Whereabouts Service Status

| Service Id | Service Created By | Service Create Date | Date Last Edited |
|---|---|---|---|
| TKY201900475692576 | TKY20052881395114M | 04-Jan-2019 | 07-Jan-2019 |

| Service Status | Last Edited By |
|---|---|
| Open | [redacted] |

| Birth Date | Age | Passport Number | Place of Birth |
|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] |

**Sensitive But Unclassified (SBU) - Information protected under INA 222(f) and 9 FAM 40.4.**

Generated: 23-Oct-2019 | OCS | [redacted]

# Welfare and Whereabouts Service Summary

United States Department of State
Bureau of Consular Affairs

**S[redacted], M[redacted]**

## Welfare and Whereabouts Service Details

**Case Name (Owning Post - Status)**

**Reason for Service**
Possible Child Custody Dispute

**Comments**
Also see J[redacted] S[redacted]s (father, DOB: [redacted])) WW case.

## Missing Person

**Last Contact**

**Last Sighting**

**Comments**

## Emergency Message

**Originator**

**Received - Delivered**

**Message**

**Distribution Posts**

## Victim's Assistance

**Crime Details**

**Victim Type**

**Purpose of Visit**

**Extent of Injury - Investigation Status**

**Hospital information**

**U.S. Residence**

**Law Enforcement**

**Judicial Contact**

**Law Enforcement/ Judicial Action**

# Welfare and Whereabouts Service Summary

United States Department of State
Bureau of Consular Affairs

**S, M**

## Medical Assistance

**Hospital** **Attending Physician** **Insurance Information**

**U.S. Medical Provider** **Local Medical Provider** **Known Medications**

**Medical Escort** **Release Date**

**Diagnosis**

## Medical Evacuation

**Evacuation** **Destiniation**

**Carrier** **Cost** **Payment Source**

**Itinerary**

## Medical Health

**Information Source of Treatment**

**Details of Treatment**

## Judicial Assistance

**Case Name** **Docket Number** **Deposition**

**Subpoena and Service of Process** **Host Country Clearance**

**Status Inquiry**

**Date** **Comments**

# Welfare and Whereabouts Service Summary

United States Department of State
Bureau of Consular Affairs

**S[redacted], M[redacted]**

## Extradition

**Case Name** | **Initiating Court** | **Requesting U.S. Agency**

**Embassy Inquiry**

**Date** | **Comments**

**Provisional Arrest Information**

**Dates:**

| | | | |
|---|---|---|---|
| **Arrest** | No Arrest | **Court Decision** | No Court Decision |
| **Notification** | No Notification | **Extradition** | No Extradition |
| **Due Date** | No Due Date | **Request Sent** | No Request Sent |
| **Notification of Extraditability** | No Notification of Extraditability | | |

**Charges** | **Request Dipnote Number**

**Evidence Sent to Sate**

**Date** | **Description of Evidence**

## Federal Benefits

**Assistance Date** | **Benefit Type**

## Denial of Freedom to Travel

**Nature of Denial** | **Prohibiting Travel** | **Relationship** | **Protest Information**

**Attorney Representing Client**
No Attorney

**Actions Taken**

## Contacts

**Name | Organization | Phone** | **Relationship Type | Description**

# Welfare and Whereabouts Service Summary

United States Department of State
Bureau of Consular Affairs

**S[redacted], M[redacted]**

## Proof Of Citizenship

| Document Type | Document Number | Issue Date | Expiration Date | Place of Issue |
|---|---|---|---|---|

## Proof Of Identification

| Document Type | Document Number | Issue Date | Place of Issue |
|---|---|---|---|

## Privacy Act

| Taken Date \| By | Delivery Method \| Level \| Statement | Waiver Type \| Granted |
|---|---|---|

# Welfare and Whereabouts Service Summary

United States Department of State
Bureau of Consular Affairs

**S[redacted], M[redacted]**

## Activity Log

| Name | Type | Source | Created By | Create Date | Due Date | Complete Date |
|---|---|---|---|---|---|---|
| Mr. S[redacted] - Department Telecor | Case Note | User | [redacted] | 07-Jan-2019 | | 07-Jan-2019 |
| Mr. S[redacted] - CI Email 1-5-19 | Attach File | User | [redacted] | 07-Jan-2019 | | 07-Jan-2019 |
| Waiver Of Japanese Jurisdictior | Attach File | User | [redacted] | 07-Jan-2019 | | 07-Jan-2019 |
| 1-4-19 Judicial Order Passport | Attach File | User | [redacted] | 07-Jan-2019 | | 07-Jan-2019 |
| Passport Information | Case Note | User | [redacted] | 07-Jan-2019 | | 07-Jan-2019 |
| Embassy - Mr. S[redacted] Telecomm | Attach File | User | [redacted] | 07-Jan-2019 | | 07-Jan-2019 |
| Duty Log 1-6-19 | Case Note | User | [redacted] | 07-Jan-2019 | | 07-Jan-2019 |
| Embassy - Mr. S[redacted] Email 1-7- | Case Note | User | [redacted] | 08-Jan-2019 | | 08-Jan-2019 |
| Email From Mr. S[redacted] 1-8-19 | Case Note | User | [redacted] | 08-Jan-2019 | | 08-Jan-2019 |
| Call From AMCIT Father | Case Note | User | [redacted] | 05-Apr-2019 | | 05-Apr-2019 |
| New WW Created | Status Update | System | [redacted] | 04-Jan-2019 | | 04-Jan-2019 |
| New Case | Status Update | System | [redacted] | 04-Jan-2019 | | 04-Jan-2019 |
| Subject Core Biographical Data | Status Update | System | [redacted] | 03-Jun-2019 | | 03-Jun-2019 |
| Name check executed 06/18/19 | Name Check Resu | System | [redacted] | 18-Jun-2019 | | 18-Jun-2019 |
| SSA Check not transmitted | Name Check Resu | System | [redacted] | 04-Jan-2019 | | |
| SSA Check not transmitted | Name Check Resu | System | [redacted] | 04-Jan-2019 | | |

## Welfare and Whereabouts Service Status

| Service Id | Service Created By | Service Create Date | Date Last Edited |
|---|---|---|---|
| TKY201900475692576 | TKY20052881395114M | 04-Jan-2019 | 07-Jan-2019 |

| Service Status | Last Edited By |
|---|---|
| Open | [redacted] |

**Sensitive But Unclassified (SBU) - Information protected under INA 222(f) and 9 FAM 40.4.**

Generated: 23-Oct-2019 | OCS | [redacted]

# Proof of Citizenship Details

United States Department of State
Bureau of Consular Affairs

**ST[redacted] MA[redacted]**

| **Birth Date** | **Age** | **Passport Number** | **Place of Birth** |
|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] |

## Case Details

**Case Name (Owning Post - Status)**
4 - TKY 2019-Feb-13 (Tokyo - Closed)

## Services in Case

| **Service Type** | **Service Status** | **Service Create Date** |
|---|---|---|
| Citizenship | Closed | 13-Feb-2019 |

## Proof Of Citizenship

| **Document Type** | **Document Number** | **Issue Date** | **Expiration Date** | **Place of Issue** |
|---|---|---|---|---|

**Comments**

## Proof Of Identification

| **Document Type** | **Document Number** | **Issue Date** | **Place of Issue** |
|---|---|---|---|

| **Citizenship Status** | **Status Recorded By** |
|---|---|
| Unknown | |

## Privacy Act

| **Taken Date \| By** | **Delivery Method \| Level \| Statement** | **Waiver Type \| Granted** |
|---|---|---|

## Activity Log

| **Name** | **Type** | **Source** | **Created By** | **Create Date** | **Due Date** | **Complete Date** |
|---|---|---|---|---|---|---|

**Sensitive But Unclassified (SBU) - Information protected under INA 222(f) and 9 FAM 40.4.**

# Proof of Citizenship Details

United States Department of State
Bureau of Consular Affairs

**ST[redacted] MA[redacted]**

## Case Summary

| Case Id | Case Created By | Case Create Date | Date Last Edited |
|---|---|---|---|
| TKY201904477435435 | [redacted] | 13-Feb-2019 | 18-Jun-2019 |
| **Case Status** | **Last Edited By** | | |
| Closed | [redacted] | | |

**Sensitive But Unclassified (SBU) - Information protected under INA 222(f) and 9 FAM 40.4.**

United States Department of State
Bureau of Consular Affairs

# Activity Log

| Description | Type | Source | Created By | Create Date |
|---|---|---|---|---|
| New Case | Status Update | System | [redacted] | 13-Feb-2019 |
| A new case was created. - TKY201904477435435 | | | | |
| New Citizenship Service Created | Status Update | System | [redacted] | 13-Feb-2019 |
| New Citizenship Service Created. | | | | |
| SSA Check not transmitted | Name Check Results | System | [redacted] | 13-Feb-2019 |
| SSA Check was not transmitted due to an invalid social security number. | | | | |
| SSA Check not transmitted | Name Check Results | System | [redacted] | 13-Feb-2019 |
| SSA Check was not transmitted due to an invalid social security number. | | | | |
| Name check executed 02/13/19 03:29 PM (UTC+09:00) | Name Check Results | System | [redacted] | 13-Feb-2019 |
| Name Check batch 1 executed 2/13/2019 3:29:17 PM (UTC+09:00) by [redacted]<br>Results for Subject 'S[redacted], M[redacted], received 2/13/2019 3:29 PM (UTC+09:00):<br>CLASS-E: 2 hit(s) (Complete)<br>CLASP: 0 hit(s) (Complete)<br>IPDB: 1 hit(s) (Complete)<br>MIV: 1 hit(s) (Complete)<br>SSA: 0 hit(s) (Complete)<br><br>Results for Alias 'S[redacted] M[redacted], received 2/13/2019 3:29 PM (UTC+09:00):<br>CLASS-E: 2 hit(s) (Complete)<br>CLASP: 0 hit(s) (Complete)<br>IPDB: 1 hit(s) (Complete)<br>MIV: 1 hit(s) (Complete)<br>SSA: 0 hit(s) (Complete)<br><br>Total CLASS-E Hits: 4<br>Total CLASP Hits: 0<br>Total IPDB Hits: 2<br>Total MIV Hits: 2<br>Total SSA Hits: 0 | | | | |
| Photo Audit Scan Results | Status Update | System | [redacted] | 13-Feb-2019 |

Sensitive But Unclassified (SBU) - Information protected under INA 222(f) and 9 FAM 40.4.

United States Department of State
Bureau of Consular Affairs

# Activity Log

| Description | Type | Source | Created By | Create Date |
|---|---|---|---|---|
| <FQScores THRESH_ID="FQT000000003" VERSION="2"><Enrollable ID="0" SCORE="0"/><CompArtifacts ID="1" SCORE="-1"/><AlignConfidence ID="2" SCORE="0"/><HeadSize ID="3" SCORE="-1"/><Contrast ID="4" SCORE="-1"/><ScanArtifacts ID="5" SCORE="-1"/><Interlaced ID="6" SCORE="-1"/><SensorNoise ID="7" SCORE="-1"/><DigConfidence ID="8" SCORE="-1"/><Centered ID="9" SCORE="-1"/><Cropping ID="10" SCORE="-1"/><Exposure ID="11" SCORE="-1"/><ExposureIsOver ID="12" SCORE="-1"/><ExposureRatio ID="13" SCORE="-1"/><Focus ID="14" SCORE="-1"/><MotionBlur ID="15" SCORE="-1"/><UnnaturalColor ID="16" SCORE="-1"/><PhotoConfidence ID="17" SCORE="-1"/><EyesClear ID="18" SCORE="-1"/><GlareFree ID="19" SCORE="-1"/><SunGlasses ID="20" SCORE="-1"/><EyesOpen ID="21" SCORE="-1"/><ShadowInEyeSockets ID="22" SCORE="-1"/><UniLighting ID="23" SCORE="-1"/> <HotSpots ID="24" SCORE="-1"/> <FacialShadows ID="25" SCORE="-1"/><BkgrndUniformity ID="26" SCORE="-1"/><BkgrndBrightness ID="27" SCORE="-1"/><BkgrndShadows ID="28" SCORE="-1"/><FrontalPose ID="29" SCORE="-1"/><SceneQConfidence ID="30" SCORE="-1"/><Faceness ID="31" SCORE="-1"/><Texture ID="32" SCORE="-1"/><AlgoQConfidence ID="33" SCORE="-1"/><EyeDistance ID="34" SCORE="0"/><Tilt ID="35" SCORE="0"/><Yaw ID="36" SCORE="38"/><OverAll ID="37" SCORE="-1"/></FQScores> | | | | |
| Email Sent To Dept By JD | Case Note | User | [redacted] | 13-Feb-2019 |

United States Department of State
Bureau of Consular Affairs

# Activity Log

| Description | Type | Source | Created By | Create Date |
|---|---|---|---|---|

Dear PPT colleagues,

Post requests concurrence in the denial of a DS-11 minor passport application executed by the father with a DS-5525. The father, J S, is well-known to the ACS unit here in Tokyo and has previously filed legal complaints against the Department for a variety of reasons, so we want to make sure that we check all the boxes before moving forward.

All of Mr. S s submitted documentation is attached to this email. The situation is as follows:

Mr. S came to Japan by himself to renew his spousal visa. He planned to be here for a month. His Japanese national wife and dual national child (M S, the applicant in this case) came to Japan from the United States without his knowledge during this time. Mr. S discovered their presence in Japan, and canceled his return flight to CONUS. He got a job in Japan and has remained here since.

At some point afterwards, apparently towards the end of December/beginning of January, Mr. S took physical custody of M . M has lived with him since then. Mr. S claims that he has had no contact with his mother, but also contradicts himself and indicates that the mother had stayed with them in his home as recently as last month. After Mr. S s interview on Friday, he stated that he and M were on the way to visit the mother in her hometown.

Mr. S claims that the mother has ceded custody to him, and provides an email purported to be from her to this effect. However, the mother has repeatedly called and emailed Post to tell us that she does not consent to the issuance of a passport and does not/not want M to leave Japan. She has possession of M s valid U.S. passport, as well as his Japanese passport.

Mr. S s DS-5525 indicates that he has tried to contact the mother over 200 times without success, but as mentioned this contradicts his statements to the officer about how frequently he has seen/spoken to the mother. He also indicated that the needs a U.S. passport issued in order to facilitate M s enrollment in school/in order to obtain medical care. In previous cases, post has determined that this is not necessarily true, and that other avenues exist. We find that the burden of proof for issuance under exigent/special family circumstances has not been met.

Based on the mother¿s express wishes against passport issuance, as well as a failure to meet the burden of proof for a DS-5525, we plan to deny the passport. Does PPT concur?

Please let me know if you have any questions or need any assistance.

Thanks!
[redacted]

[redacted]
Deputy Chief, ACS

| | | | | |
|---|---|---|---|---|
| Response From PPT | Case Note | User | [redacted] | 15-Feb-2019 |

United States Department of State
Bureau of Consular Affairs

# Activity Log

| Description | Type | Source | Created By | Create Date |
|---|---|---|---|---|
| Greetings,<br><br>Thank you for the extensive and helpful breakdown of the situation. Based on the extreme lack of credibility of the DS-5525 and the mother¿s express concerns to issuance, we concur with the denial. Not seeing your child for a month would not be considered abandonment, especially when there is evidence that there is still contact between the parents, and the ¿transfer of legal rights¿ submitted is not from a court of competent jurisdiction so it would not be acceptable for our purposes.<br><br>We recommend referring the mother to OCS/CI Prevention Matters for a possible C hold to prevent the father from trying to circumvent 2PC in the future and vice versa since she originally brought the child to Japan. There is a public-facing page on IPCA for prevention matters: https://travel.state.gov/content/travel/en/International-Parental-Child-Abduction.html | | | | |
| Adjudication Notes: PEND | Case Note | User | [redacted] | 15-Feb-2019 |
| Conoff finds that DS-5525 burden not met, two parent consent still required. Case is pended for two parent consent. | | | | |
| Pending Sheet | Attach File | User | [redacted] | 15-Feb-2019 |
| Pending: Two parent consent | | | | |
| Email Sent To Father | Case Note | User | [redacted] | 15-Feb-2019 |
| Dear Mr. S[redacted],<br>Greetings from U.S. Embassy Tokyo¿s American Citizen Services section. Thank you for submitting your son¿s passport application with us last week. Unfortunately, it has been determined that we are unable to process M[redacted] S[redacted]s passport application without receiving consent from M[redacted]s mother. We are sorry that this is not the news you were hoping to hear.<br>In order to move forward, please submit the following documents:<br>1. Notarized parental consent document DS-3053 and a photocopy of the mother¿s identification.<br><br>We must have the original notarized document before we can issue Masayuki¿s passport. It can be mailed to the following address:<br><br>U.S. Embassy Tokyo, Passport Unit<br>1-10-5 Akasaka, Minato-ku<br>Tokyo 107-8420<br><br>Please note that failure to submit the requested documents within 90 days from the day we accepted the application may result in the denial of your application(s). For your records, we have also attached a scanned copy of our request letter. Thank you in advance for your prompt attention to this matter. We look forward to hearing from you.<br><br>Sincerely,<br><br>American Citizen Services<br>U.S. Embassy Tokyo<br>Follow us on twitter: https://mobile.twitter.com/acstokyo<br>Like us on Facebook: https://www.facebook.com/ACSTokyo | | | | |
| SSA Check not transmitted | Name Check Results | System | [redacted] | 24-Feb-2019 |
| SSA Check was not transmitted due to an invalid social security number. | | | | |

United States Department of State
Bureau of Consular Affairs

# Activity Log

| Description | Type | Source | Created By | Create Date |
|---|---|---|---|---|
| SSA Check not transmitted | Name Check Results | System | [redacted] | 24-Feb-2019 |
| SSA Check was not transmitted due to an invalid social security number. | | | | |
| Name check executed 02/25/19 09:01 AM (UTC+09:00) | Name Check Results | System | [redacted] | 24-Feb-2019 |
| Name Check batch 2 executed 2/25/2019 9:01:21 AM (UTC+09:00) by [redacted]<br>Results for Subject 'S[redacted] M[redacted], received 2/25/2019 9:01 AM (UTC+09:00):<br>CLASS-E: 2 hit(s) (Complete)<br>CLASP: 0 hit(s) (Complete)<br>IPDB: 2 hit(s) (Complete)<br>MIV: 1 hit(s) (Complete)<br>SSA: 0 hit(s) (Complete)<br><br>Results for Alias 'S[redacted] M[redacted], received 2/25/2019 9:01 AM (UTC+09:00):<br>CLASS-E: 2 hit(s) (Complete)<br>CLASP: 0 hit(s) (Complete)<br>IPDB: 2 hit(s) (Complete)<br>MIV: 1 hit(s) (Complete)<br>SSA: 0 hit(s) (Complete)<br><br>Total CLASS-E Hits: 4<br>Total CLASP Hits: 0<br>Total IPDB Hits: 4<br>Total MIV Hits: 2<br>Total SSA Hits: 0 | | | | |
| SSA Check not transmitted | Name Check Results | System | [redacted] | 03-Mar-2019 |
| SSA Check was not transmitted due to an invalid social security number. | | | | |
| SSA Check not transmitted | Name Check Results | System | [redacted] | 03-Mar-2019 |
| SSA Check was not transmitted due to an invalid social security number. | | | | |
| Name check executed 03/04/19 08:41 AM (UTC+09:00) | Name Check Results | System | [redacted] | 03-Mar-2019 |

United States Department of State
Bureau of Consular Affairs

# Activity Log

| Description | Type | Source | Created By | Create Date |
| --- | --- | --- | --- | --- |
| Name Check batch 3 executed 3/4/2019 8:41:32 AM (UTC+09:00) by [redacted]<br>Results for Subject 'S[redacted], M[redacted], received 3/4/2019 8:41 AM (UTC+09:00):<br>CLASS-E: 2 hit(s) (Complete)<br>CLASP: 0 hit(s) (Complete)<br>IPDB: 2 hit(s) (Complete)<br>MIV: 1 hit(s) (Complete)<br>SSA: 0 hit(s) (Complete)<br><br>Results for Alias 'S[redacted], M[redacted], received 3/4/2019 8:41 AM (UTC+09:00):<br>CLASS-E: 2 hit(s) (Complete)<br>CLASP: 0 hit(s) (Complete)<br>IPDB: 2 hit(s) (Complete)<br>MIV: 1 hit(s) (Complete)<br>SSA: 0 hit(s) (Complete)<br><br>Total CLASS-E Hits: 4<br>Total CLASP Hits: 0<br>Total IPDB Hits: 4<br>Total MIV Hits: 2<br>Total SSA Hits: 0 | | | | |
| SSA Check not transmitted | Name Check Results | System | [redacted] | 10-Mar-2019 |
| SSA Check was not transmitted due to an invalid social security number. | | | | |
| SSA Check not transmitted | Name Check Results | System | [redacted] | 10-Mar-2019 |
| SSA Check was not transmitted due to an invalid social security number. | | | | |
| Name check executed 03/11/19 11:12 AM (UTC+09:00) | Name Check Results | System | [redacted] | 10-Mar-2019 |

United States Department of State
Bureau of Consular Affairs

# Activity Log

| Description | Type | Source | Created By | Create Date |
|---|---|---|---|---|
| Name Check batch 4 executed 3/11/2019 11:12:51 AM (UTC+09:00) by SA[redacted]<br>Results for Subject 'S , M ', received 3/11/2019 11:13 AM (UTC+09:00):<br>CLASS-E: 2 hit(s) (Complete)<br>CLASP: 0 hit(s) (Complete)<br>IPDB: 2 hit(s) (Complete)<br>MIV: 1 hit(s) (Complete)<br>SSA: 0 hit(s) (Complete)<br><br>Results for Alias 'S , M ', received 3/11/2019 11:13 AM (UTC+09:00):<br>CLASS-E: 2 hit(s) (Complete)<br>CLASP: 0 hit(s) (Complete)<br>IPDB: 2 hit(s) (Complete)<br>MIV: 1 hit(s) (Complete)<br>SSA: 0 hit(s) (Complete)<br><br>Total CLASS-E Hits: 4<br>Total CLASP Hits: 0<br>Total IPDB Hits: 4<br>Total MIV Hits: 2<br>Total SSA Hits: 0 | | | | |
| SSA Check not transmitted | Name Check Results | System | [redacted] | 24-Mar-2019 |
| SSA Check was not transmitted due to an invalid social security number. | | | | |
| SSA Check not transmitted | Name Check Results | System | [redacted] | 24-Mar-2019 |
| SSA Check was not transmitted due to an invalid social security number | | | | |
| Name check executed 03/25/19 08:32 AM (UTC+09:00) | Name Check Results | System | [redacted] | 24-Mar-2019 |

United States Department of State
Bureau of Consular Affairs

# Activity Log

| Description | Type | Source | Created By | Create Date |
|---|---|---|---|---|
| Name Check batch 5 executed 3/25/2019 8:32:07 AM (UTC+09:00) by [redacted]<br>Results for Subject 'S[redacted], M[redacted], received 3/25/2019 8:32 AM (UTC+09:00):<br>CLASS-E: 2 hit(s) (Complete)<br>CLASP: 0 hit(s) (Complete)<br>IPDB: 2 hit(s) (Complete)<br>MIV: 1 hit(s) (Complete)<br>SSA: 0 hit(s) (Complete)<br><br>Results for Alias 'S[redacted] M[redacted], received 3/25/2019 8:32 AM (UTC+09:00):<br>CLASS-E: 2 hit(s) (Complete)<br>CLASP: 0 hit(s) (Complete)<br>IPDB: 2 hit(s) (Complete)<br>MIV: 1 hit(s) (Complete)<br>SSA: 0 hit(s) (Complete)<br><br>Total CLASS-E Hits: 4<br>Total CLASP Hits: 0<br>Total IPDB Hits: 4<br>Total MIV Hits: 2<br>Total SSA Hits: 0 | | | | |
| Call From AMCIT Father | Case Note | User | [redacted] | 05-Apr-2019 |

United States Department of State
Bureau of Consular Affairs

# Activity Log

| Description | Type | Source | Created By | Create Date |
|---|---|---|---|---|

Mr. S[redacted] called Post to claim additional ¿or ¿stronger¿¿exigent circumstances as to why his son¿s passport should be issued immediately without the wife¿s consent.

He stated that he has had physical custody of the child since he forcibly took the child from the mother¿s residence on January 2nd, but that she ¿re-abducted¿ the child on March 29th. After going through their attorneys, he went to the wife¿s residence (with her parents) and she ¿let him go¿, along with a backpack that she had packed for him. He claimed that in the few hours he was gone, his skin was dry and peeling again, and that it was so cold at the in-law¿s house that he ¿had frostbite coming out of my mouth¿.

He further stated that she had voluntarily gone to the municipal building to submit the forms showing that the child was now residing with the caller (at his residence), which enabled him to get a replacement insurance card, and had helped them move into another apartment, including assisting with getting the utilities turned on (since it was all in Japanese).

He spoke at length about the job he would have upon returning to Hawaii, how his sister would support them initially (in their $1.5M home) and how much money he would make going forward. He felt that this ¿new information¿ constituted ¿stronger exigent circumstances¿ that should compel the issuance of his son¿s passport without the mother¿s consent.

During a previous phone call, he had advised that his wife and child had returned to Japan without his knowledge while he was personally visiting Japan for about a month to renew his spousal visa. He now claims that he ¿only has one shirt¿ and ¿one pair of sneakers¿, and did not bring more because he ¿only came to renew his visa.¿ He then contradictorily stated that his employer¿who was also a single father¿was ¿very supportive¿ and had offered to ¿ship all their belongings¿ to him in Hawaii once he is able to return.

He stated that he had learned from his attorney (through the wife¿s attorney) that she was considering allowing him to return to the U.S. with their son if he 1) agreed to divorce her, and 2) agreed not to hold her financially liable for ¿damages¿ and for monies lost or spent in this endeavor.

Conoff noted that if the wife was as amenable to his departure as it sounds, he may have several options available:

1) Obtain the original passport from the wife and depart immediately (best option).

2) Obtain the divorce domestically in Japan, get sole custody of the child, and reapply for a passport as sole custodial parent (second best option).

3) He could reapply with his new information, and see if Department Attorneys have a different opinion (not most clear-cut option).

4) He could continue with his lawsuit to compel the Department to issue the passport (most onerous, time-consuming, and expensive option).

He further stated that Japanese public school starts on Monday, April 8th, and that his wife had intended to attend the ¿first day of school ceremony¿ at their son¿s new school, but that he had thought he would be returning home soon and had not paid the fee for him to attend school.

INTERNAL NOTE: Despite his claim that the wife ¿re-abducted¿ the child, her return of the child with a full backpack, her helping him to get the forms and documentation they need for insurance and utilities, along with helping them to move, etc., it appears that she is accessible, engaged and supportive (although perhaps not to the degree he would prefer). It¿s unlikely that this new information would be sufficiently exigent to overcome the two-parent consent requirement.

| Description | Type | Source | Created By | Create Date |
|---|---|---|---|---|
| SSA Check not transmitted<br>SSA Check was not transmitted due to an invalid social security number. | Name Check Results | System | [redacted] | 09-Apr-2019 |
| SSA Check not transmitted<br>SSA Check was not transmitted due to an invalid social security number. | Name Check Results | System | [redacted] | 09-Apr-2019 |

**Sensitive But Unclassified (SBU) - Information protected under INA 222(f) and 9 FAM 40.4.**

United States Department of State
Bureau of Consular Affairs

# Activity Log

| Description | Type | Source | Created By | Create Date |
|---|---|---|---|---|
| Name check executed 04/09/19 01:09 PM (UTC+09:00) | Name Check Results | System | [redacted] | 09-Apr-2019 |
| Name Check batch 6 executed 4/9/2019 1:09:51 PM (UTC+09:00) by [redacted]<br>Results for Subject 'S[redacted], M[redacted]', received 4/9/2019 1:10 PM (UTC+09:00):<br>CLASS-E: 2 hit(s) (Complete)<br>CLASP: 0 hit(s) (Complete)<br>IPDB: 2 hit(s) (Complete)<br>MIV: 1 hit(s) (Complete)<br>SSA: 0 hit(s) (Complete)<br><br>Results for Alias 'S[redacted], M[redacted]', received 4/9/2019 1:09 PM (UTC+09:00):<br>CLASS-E: 2 hit(s) (Complete)<br>CLASP: 0 hit(s) (Complete)<br>IPDB: 2 hit(s) (Complete)<br>MIV: 1 hit(s) (Complete)<br>SSA: 0 hit(s) (Complete)<br><br>Total CLASS-E Hits: 4<br>Total CLASP Hits: 0<br>Total IPDB Hits: 4<br>Total MIV Hits: 2<br>Total SSA Hits: 0 | | | | |
| SSA Check not transmitted | Name Check Results | System | [redacted] | 14-Apr-2019 |
| SSA Check was not transmitted due to an invalid social security number. | | | | |
| SSA Check not transmitted | Name Check Results | System | [redacted] | 14-Apr-2019 |
| SSA Check was not transmitted due to an invalid social security number. | | | | |
| Name check executed 04/15/19 12:18 PM (UTC+09:00) | Name Check Results | System | [redacted] | 14-Apr-2019 |

United States Department of State
Bureau of Consular Affairs

# Activity Log

| Description | Type | Source | Created By | Create Date |
|---|---|---|---|---|
| Name Check batch 7 executed 4/15/2019 12:18:22 PM (UTC+09:00) by [redacted]<br>Results for Subject 'S[redacted], M[redacted]', received 4/15/2019 12:18 PM (UTC+09:00):<br>CLASS-E: 2 hit(s) (Complete)<br>CLASP: 0 hit(s) (Complete)<br>IPDB: 2 hit(s) (Complete)<br>MIV: 1 hit(s) (Complete)<br>SSA: 0 hit(s) (Complete)<br><br>Results for Alias 'S[redacted] M[redacted]', received 4/15/2019 12:18 PM (UTC+09:00):<br>CLASS-E: 2 hit(s) (Complete)<br>CLASP: 0 hit(s) (Complete)<br>IPDB: 2 hit(s) (Complete)<br>MIV: 1 hit(s) (Complete)<br>SSA: 0 hit(s) (Complete)<br><br>Total CLASS-E Hits: 4<br>Total CLASP Hits: 0<br>Total IPDB Hits: 4<br>Total MIV Hits: 2<br>Total SSA Hits: 0 | | | | |
| EMAIL SENT - PEND 90 DAYS | Attach File | User | [redacted] | 09-May-2019 |
| SEE ATTACHED | | | | |
| Cover Letter (Returned Service) | Attach File | User | [redacted] | 12-May-2019 |
| Child's father sent handwritten notice of service to the Embassy re: his court case. Per 19 STATE 44664, documents are being returned with the attached cover letter. | | | | |
| LETTER SENT BY REGISTERED MAIL | Case Note | User | [redacted] | 13-May-2019 |
| JAPAN POST REGISTER NUMBER, 541-30-90116-0. | | | | |
| Incoming Call From Father J[redacted] S[redacted] | Case Note | User | [redacted] | 30-May-2019 |
| Conoff spoke with Mr. S[redacted] by telephone the incoming call came from the 202 area code. To summarize: Mr. S[redacted] demanded that we issue his son a passport. Conoff told him in no uncertain terms that we were unable to issue his son a passport. Conoff reiterated that we require 2 parent consent. He was very difficult to talk to and used several expletives. | | | | |
| Subject Core Biographical Data Updated | Status Update | System | [redacted] | 02-Jun-2019 |

United States Department of State
Bureau of Consular Affairs

# Activity Log

| Description | Type | Source | Created By | Create Date |
|---|---|---|---|---|
| Modified by user: [redacted]<br><br>Critical Field Added: Subject Nationality<br>Field Type Added: United States Of America<br><br>Critical Field Change: Subject Nationality<br>New Value: United States Of America<br>Old Value: No Previous Value<br><br>Critical Field Change: Subject SSN<br>New Value: [redacted]<br>Old Value: No Previous Value | | | | |
| Name check executed 06/03/19 04:33 PM (UTC+09:00) | Name Check Results | System | [redacted] | 03-Jun-2019 |
| Name Check batch 8 executed 6/3/2019 4:33:43 PM (UTC+09:00) by [redacted]<br>Results for Subject 'S[redacted], M[redacted], received 6/3/2019 4:33 PM (UTC+09:00):<br>CLASS-E: 2 hit(s) (Complete)<br>CLASP: 0 hit(s) (Complete)<br>IPDB: 2 hit(s) (Complete)<br>MIV: 1 hit(s) (Complete)<br>SSA: 1 hit(s) (Error)<br><br>Results for Alias 'S[redacted], M[redacted], received 6/3/2019 4:33 PM (UTC+09:00):<br>CLASS-E: 2 hit(s) (Complete)<br>CLASP: 0 hit(s) (Complete)<br>IPDB: 2 hit(s) (Complete)<br>MIV: 1 hit(s) (Complete)<br>SSA: 1 hit(s) (Error)<br><br>Total CLASS-E Hits: 4<br>Total CLASP Hits: 0<br>Total IPDB Hits: 4<br>Total MIV Hits: 2<br>Total SSA Hits: 2 | | | | |
| Product Status Changed | Status Update | System | [redacted] | 03-Jun-2019 |
| The Passport US Full : Book's Product Status was changed to Recommended For Denial. | | | | |
| Product Deny Recommendation Comments | Status Update | System | [redacted] | 03-Jun-2019 |
| failed to respond within 90 days to a request for additional information | | | | |

United States Department of State
Bureau of Consular Affairs

# Activity Log

| Description | Type | Source | Created By | Create Date |
|---|---|---|---|---|
| Denial notes | Case Note | User | [redacted] | 04-Jun-2019 |
| Father has not provided two parent consent, and has not provided evidence of sufficient exigent circumstances to justify issuing without. He has sent much mail, which conoff has reviewed, but based on all available information, including statements of the mother requesting that we do not issue a passport, inconsistencies with father's statements as to location of child, welfare of child, and relationship with mother, and all provided documentation, conoff finds that passport should be denied. More than 90 days was given to father to respond to request for 2 parent consent. Father has at times claimed that he has had no contact with mother since arrival in Japan, however at time of interview with conoff had seen her a few weeks prior, and was leaving Embassy to go to her town for a visit. Deny. | | | | |
| Snapshot Generated On: 04-Jun-2019 | Snapshot | System | [redacted] | 04-Jun-2019 |

United States Department of State
Bureau of Consular Affairs

# Activity Log

| Description | Type | Source | Created By | Create Date |
|---|---|---|---|---|
| Subject Information:<br>==================<br>Name: S[redacted], M[redacted]<br><br>Personal Information:<br>Aliases:<br>Alias: S[redacted], M[redacted]<br>Passport Information:<br>Passport Number: [redacted] Issue Date: [redacted] Expiration Date: [redacted] Place of Issue: TKY Passport Type: [redacted]<br>SSN: [redacted]<br>Gender: Male<br>DOB: [redacted]<br>Age: [redacted]<br>POB: [redacted]<br>Mother's Maiden Name: S[redacted]<br>Primary Household Contact: Yes<br>Emergency Contact Provided: No<br>Subject is Warden: No<br><br>Decision Information:<br>==================<br>Recommendation Date: 03-Jun-2019<br>Recommended Denial By: [redacted]<br>Recommended Denial Comments/Overrides: failed to respond within 90 days to a request for additional information<br><br>Decision Date: 04-Jun-2019<br>Decision Denial By: [redacted]<br>Decision Denial Comments/Overrides: Did not satisfactorily respond after 90 days, did not provide 2 parent consent or sufficient evidence of exigent circumstances.<br><br>Passport Product Information:<br>==================<br>Place of Birth to Appear on Passport: Japan<br>Endorsements: | | | | |
| Product Denied Decision Comments | Status Update | System | [redacted] | 04-Jun-2019 |
| Did not satisfactorily respond after 90 days, did not provide 2 parent consent or sufficient evidence of exigent circumstances. | | | | |
| Product Status Changed | Status Update | System | [redacted] | 04-Jun-2019 |
| The Passport US Full : Book's Product Status was changed to Denied. | | | | |
| DENIAL LETTER | Attach File | User | [redacted] | 04-Jun-2019 |

Sensitive But Unclassified (SBU) - Information protected under INA 222(f) and 9 FAM 40.4.

United States Department of State
Bureau of Consular Affairs

# Activity Log

| Description | Type | Source | Created By | Create Date |
|---|---|---|---|---|
| see attached. the letter sent to Mr. S[redacted] ([redacted]) on 6/5/2019. | | | | |
| Case Closed | Status Update | System | [redacted] | 04-Jun-2019 |
| Closed Case: TKY201904477435435 - Citizenship Service was closed by [redacted] on 6/5/2019 12:28:46 PM | | | | |
| Citizenship Service Closed | Status Update | System | [redacted] | 04-Jun-2019 |
| Citizenship Service was closed on 2/13/2019 3:28:52 PM by [redacted]<br>Citizenship Service was closed by [redacted] on 6/5/2019 12:28:46 PM | | | | |
| Citizenship Service Re-opened | Status Update | System | [redacted] | 05-Jun-2019 |
| Re-opened Citizenship Service Created on: 2/13/2019 3:28:52 PM Service ID was: : TKY201904477435439 - need to enter reg # for denial letter | | | | |
| Case Re-opened | Status Update | System | [redacted] | 05-Jun-2019 |
| Re-opened Case: TKY201904477435435 - need to enter reg # for denial letter | | | | |
| DENIAL LETTER SENT BY REG. MAIL | Case Note | User | [redacted] | 05-Jun-2019 |
| REG. #541-30-91855-3 | | | | |
| Citizenship Service Closed | Status Update | System | [redacted] | 05-Jun-2019 |
| Citizenship Service was closed on 2/13/2019 3:28:52 PM by [redacted]<br>Citizenship Service was closed by [redacted] on 6/6/2019 9:29:52 AM | | | | |
| Case Closed | Status Update | System | [redacted] | 05-Jun-2019 |
| Closed Case: TKY201904477435435 - Citizenship Service was closed by [redacted] on 6/6/2019 9:29:52 AM | | | | |
| Citizenship Service Re-opened | Status Update | System | [redacted] | 17-Jun-2019 |
| Re-opened Citizenship Service Created on: 2/13/2019 3:28:52 PM Service ID was: : TKY201904477435439 - reopening to attach scanned documents | | | | |
| Case Re-opened | Status Update | System | [redacted] | 17-Jun-2019 |
| Re-opened Case: TKY201904477435435 - reopening to attach scanned documents | | | | |
| Cover Letter Returning Notice Of Service | Attach File | User | [redacted] | 17-Jun-2019 |
| Cover Letter Returning Notice Of Service to Applicant's father | | | | |
| Citizenship Service Closed | Status Update | System | [redacted] | 17-Jun-2019 |
| Citizenship Service was closed on 2/13/2019 3:28:52 PM by [redacted]<br>Citizenship Service was closed by [redacted] on 6/18/2019 8:31:38 AM | | | | |
| Case Closed | Status Update | System | [redacted] | 17-Jun-2019 |
| Closed Case: TKY201904477435435 - Citizenship Service was closed by [redacted] on 6/18/2019 8:31:38 AM | | | | |

**Sensitive But Unclassified (SBU) - Information protected under INA 222(f) and 9 FAM 40.4.**

# Citizenship Passport U.S. Full Details

United States Department of State
Bureau of Consular Affairs

**S[redacted], M[redacted]**

## Citizenship U.S. Passport Full Details

**Case Name (Owning Post - Status)**
4 - TKY 2019-Feb-13(Tokyo - Closed)

**Product Status**
Denied as of 04-Jun-2019

**Production Status**
Not Applicable

**Method Application Received**

**Signatures**
Signatures: Applicant, Parent, Officer

**Issue Date**
04-Jun-2019

**Expiration Date**
03-Jun-2024

| | |
|---|---|
| **Product to be produced:** | Passport |
| **Submitted passport number:** | |
| **Name:** | S[redacted], M[redacted] |
| **Known as name:** | |
| **Gender:** | Male |
| **DOB:** | [redacted] |
| **POB to appear on passport:** | Japan |
| **Citizenship:** | Unknown |

## Endorsements

| Endorsement Code | Text |
|---|---|

## Recommendation Approval/Denial

| Date | Recommended By | Comments |
|---|---|---|
| 03-Jun-2019 | [redacted] | failed to respond within 90 days to a request for additional information |

## Approval/Denial

| Date | Approved By | Comments |
|---|---|---|
| 04-Jun-2019 | [redacted] | Did not satisfactorily respond after 90 days, did not provide 2 parent consent or sufficient evidence of exigent circumstances. |

| Barcode Number | Book Number | Tracking Number |
|---|---|---|

# Citizenship Passport U.S. Full Details

United States Department of State
Bureau of Consular Affairs

**S[redacted], M[redacted]**

**Delivery Method** **Date** **Comments**

**Mailing Address**

## Proof Of Citizenship

| Document Type | Document Number | Issue Date | Expiration Date | Place of Issue |
| --- | --- | --- | --- | --- |

## Proof Of Identification

| Document Type | Document Number | Issue Date | Place of Issue |
| --- | --- | --- | --- |

## Privacy Act

| Taken Date \| By | Delivery Method \| Level \| Statement | Waiver Type \| Granted |
| --- | --- | --- |

**Sensitive But Unclassified (SBU) - Information protected under INA 222(f) and 9 FAM 40.4.**

# Citizenship Passport U.S. Full Details

United States Department of State
Bureau of Consular Affairs

**S[redacted], M[redacted]**

## Activity Log

| Name | Type | Source | Created By | Create Date | Due Date | Complete Date |
|---|---|---|---|---|---|---|
| SSA Check not transmitted | Name Check Resu | System | [redacted] | 25-Feb-2019 | | |
| SSA Check not transmitted | Name Check Resu | System | [redacted] | 25-Feb-2019 | | |
| Name check executed 02/25/19 | Name Check Resu | System | [redacted] | 25-Feb-2019 | | 25-Feb-2019 |
| SSA Check not transmitted | Name Check Resu | System | [redacted] | 03-Mar-2019 | | |
| SSA Check not transmitted | Name Check Resu | System | [redacted] | 03-Mar-2019 | | |
| Name check executed 03/04/19 | Name Check Resu | System | [redacted] | 03-Mar-2019 | | 03-Mar-2019 |
| Response From PPT | Case Note | User | [redacted] | 15-Feb-2019 | | 15-Feb-2019 |
| Adjudication Notes: PEND | Case Note | User | [redacted] | 15-Feb-2019 | | 15-Feb-2019 |
| Pending Sheet | Attach File | User | [redacted] | 15-Feb-2019 | | 15-Feb-2019 |
| Email Sent To Father | Case Note | User | [redacted] | 15-Feb-2019 | | 15-Feb-2019 |
| SSA Check not transmitted | Name Check Resu | System | [redacted] | 11-Mar-2019 | | |
| SSA Check not transmitted | Name Check Resu | System | [redacted] | 11-Mar-2019 | | |
| Name check executed 03/11/19 | Name Check Resu | System | [redacted] | 11-Mar-2019 | | 11-Mar-2019 |
| SSA Check not transmitted | Name Check Resu | System | [redacted] | 24-Mar-2019 | | |
| SSA Check not transmitted | Name Check Resu | System | [redacted] | 24-Mar-2019 | | |
| Name check executed 03/25/19 | Name Check Resu | System | [redacted] | 24-Mar-2019 | | 24-Mar-2019 |
| New Case | Status Update | System | [redacted] | 13-Feb-2019 | | 13-Feb-2019 |
| New Citizenship Service Create | Status Update | System | [redacted] | 13-Feb-2019 | | 13-Feb-2019 |
| SSA Check not transmitted | Name Check Resu | System | [redacted] | 13-Feb-2019 | | |
| SSA Check not transmitted | Name Check Resu | System | [redacted] | 13-Feb-2019 | | |
| Name check executed 02/13/19 | Name Check Resu | System | [redacted] | 13-Feb-2019 | | 13-Feb-2019 |

# Citizenship Passport U.S. Full Details

United States Department of State
Bureau of Consular Affairs

**S , M**

| | | | | | |
|---|---|---|---|---|---|
| Photo Audit Scan Results | Status Update | System | [redacted] | 13-Feb-2019 | 13-Feb-2019 |
| Call From AMCIT Father | Case Note | User | [redacted] | 05-Apr-2019 | 05-Apr-2019 |
| SSA Check not transmitted | Name Check Resu | System | [redacted] | 09-Apr-2019 | |
| SSA Check not transmitted | Name Check Resu | System | [redacted] | 09-Apr-2019 | |
| Name check executed 04/09/19 | Name Check Resu | System | [redacted] | 09-Apr-2019 | 09-Apr-2019 |
| SSA Check not transmitted | Name Check Resu | System | [redacted] | 15-Apr-2019 | |
| SSA Check not transmitted | Name Check Resu | System | [redacted] | 15-Apr-2019 | |
| Name check executed 04/15/19 | Name Check Resu | System | [redacted] | 15-Apr-2019 | 15-Apr-2019 |
| Incoming Call From Father J | Case Note | User | [redacted] | 30-May-2019 | 30-May-2019 |
| LETTER SENT BY REGISTEF | Case Note | User | [redacted] | 14-May-2019 | 14-May-2019 |
| Subject Core Biographical Data | Status Update | System | [redacted] | 03-Jun-2019 | 03-Jun-2019 |
| Denial notes | Case Note | User | [redacted] | 04-Jun-2019 | 04-Jun-2019 |
| Snapshot Generated On: 04-Jun | Snapshot | System | [redacted] | 04-Jun-2019 | 04-Jun-2019 |
| Product Denied Decision Comn | Status Update | System | [redacted] | 04-Jun-2019 | 04-Jun-2019 |
| Product Status Changed | Status Update | System | [redacted] | 04-Jun-2019 | 04-Jun-2019 |
| Citizenship Service Closed | Status Update | System | [redacted] | 17-Jun-2019 | 17-Jun-2019 |
| Case Closed | Status Update | System | [redacted] | 17-Jun-2019 | 17-Jun-2019 |
| Cover Letter (Returned Service) | Attach File | User | [redacted] | 13-May-2019 | 13-May-2019 |
| Name check executed 06/03/19 | Name Check Resu | System | [redacted] | 03-Jun-2019 | 03-Jun-2019 |
| Citizenship Service Re-opened | Status Update | System | [redacted] | 17-Jun-2019 | 17-Jun-2019 |
| Case Re-opened | Status Update | System | [redacted] | 17-Jun-2019 | 17-Jun-2019 |
| Cover Letter Returning Notice ( | Attach File | User | [redacted] | 17-Jun-2019 | 17-Jun-2019 |

**Sensitive But Unclassified (SBU) - Information protected under INA 222(f) and 9 FAM 40.4.**

# Citizenship Passport U.S. Full Details

United States Department of State
Bureau of Consular Affairs

**S[redacted], M[redacted]**

| | | | | | |
|---|---|---|---|---|---|
| Email Sent To Dept By JD | Case Note | User | [redacted] | 13-Feb-2019 | 13-Feb-2019 |
| EMAIL SENT - PEND 90 DAY | Attach File | User | [redacted] | 09-May-2019 | 09-May-2019 |
| Product Status Changed | Status Update | System | [redacted] | 03-Jun-2019 | 03-Jun-2019 |
| Product Deny Recommendation | Status Update | System | [redacted] | 03-Jun-2019 | 03-Jun-2019 |
| DENIAL LETTER | Attach File | User | [redacted] | 05-Jun-2019 | 05-Jun-2019 |
| Case Closed | Status Update | System | [redacted] | 05-Jun-2019 | 05-Jun-2019 |
| Citizenship Service Closed | Status Update | System | [redacted] | 05-Jun-2019 | 05-Jun-2019 |
| Citizenship Service Re-opened | Status Update | System | [redacted] | 06-Jun-2019 | 06-Jun-2019 |
| Case Re-opened | Status Update | System | [redacted] | 06-Jun-2019 | 06-Jun-2019 |
| DENIAL LETTER SENT BY R | Case Note | User | [redacted] | 06-Jun-2019 | 06-Jun-2019 |
| Case Closed | Status Update | System | [redacted] | 06-Jun-2019 | 06-Jun-2019 |
| Citizenship Service Closed | Status Update | System | [redacted] | 06-Jun-2019 | 06-Jun-2019 |

## Citizenship Service Status

| Service Id | Service Created By | Service Create Date | Date Last Edited |
|---|---|---|---|
| TKY201904477435439 | [redacted] | 13-Feb-2019 | 18-Jun-2019 |
| **Service Status** | **Last Edited By** | | |
| Closed | [redacted] | | |

6/4/2019 N.I.

# APPLICATION FOR A U.S. PASSPORT

*Please Print Legibly Using Black Ink Only*

OMB CONTROL NO. 1405-0004
OMB EXPIRATION DATE: 08-31-2019
ESTIMATED BURDEN: 85 MIN

Attention: Read WARNING on page 1 of instructions

**Please select the document(s) for which you are applying:**

☑ U.S. Passport Book ☐ U.S. Passport Card ☐ Both

The U.S. passport card is not valid for international air travel. For more information see page 1 of instructions.

☑ Regular Book (Standard) ☐ Large Book (Non-Standard)

Note: The large book option is for those who frequently travel abroad during the passport validity period, and is recommended for applicants who have previously required the addition of visa pages.

Denial

☐ D ☐ O ☐ Dep DOTS ______
End. # ______ Exp. ______

**1. Name Last**
S[redacted]

**First**
M[redacted]

**Middle**
S[redacted]

**2. Date of Birth** *(mm/dd/yyyy)*
[redacted]

**3. Sex** M ✓ F

**4. Place of Birth** *(City & State if in the U.S., or City & Country as it is presently known.)*
[redacted]

**5. Social Security Number**
[redacted]

**6. Email** *(Info alerts offered at travel.state.gov)*
mail@stackjones.com

**7. Primary Contact Phone Number**
[redacted]

**8. Mailing Address: Line 1: Street/RFD#, P.O. Box, or URB.**
[redacted]

**Address Line 2: Clearly label Apartment, Company, Suite, Unit, Building, Floor, In Care Of or Attention if applicable.** *(e.g., In Care Of - Jane Doe, Apt # 100)*

**City** [redacted] **State** **Zip Code** [redacted] **Country, if outside the United States** [redacted]

**9. List all other names you have used.** *(Examples: Birth Name, Maiden, Previous Marriage, Legal Name Change. Attach additional pages if needed)*

A. B.



## STOP! CONTINUE TO PAGE 2

**DO NOT SIGN APPLICATION UNTIL REQUESTED TO DO SO BY AUTHORIZED AGENT**

**Identifying Documents - Applicant or Mother/Father/Parent on Second Signature Line (if identifying minor)**

☐ Driver's License ☐ State Issued ID Card ☑ Passport ☐ Military ☐ Other ______

Name [redacted]

Issue Date (mm/dd/yyyy) [redacted] Exp. Date (mm/dd/yyyy) [redacted] State of Issuance

ID No [redacted] Country of Issuance [redacted]

**Identifying Documents - Applicant or Mother/Father/Parent on Third Signature Line (if identifying minor)**

☐ Driver's License ☐ State Issued ID Card ☐ Passport ☐ Military ☐ Other ______

Name ______

Issue Date (mm/dd/yyyy) Exp. Date (mm/dd/yyyy) State of Issuance

ID No Country of Issuance

☐ Acceptance Agent ☐ (Vice) Consul USA

☐ Passport Staff Agent

Jacob Dyer
Deputy American Citizen Services Chief
Embassy of the United States of America

I declare under penalty of perjury all of the following: 1) I am a citizen or non-citizen national of the United States and have not, since acquiring U.S. citizenship or nationality, performed any of the acts listed under "Acts or Conditions" on page four of the instructions of this application (unless explanatory statement is attached); 2) the statements made on the application are true and correct; 3) I have not knowingly and willfully made false statements or included false documents in support of this application; 4) the photograph attached to this application is a genuine, current photograph of me; and 5) I have read and understood the warning on page one of the instructions to the application form.

X ______ Applicant's Legal Signature - age 16 and older

X [redacted] Mother/Father/Parent/Legal Guardian's Signature (if identifying minor)

X ______ Mother/Father/Parent/Legal Guardian's Signature (if identifying minor)

Name of courier company (if applicable) ______ Facility ID Number ______

Facility Name/Location ______ Agent ID Number ______

Signature of person authorized to accept applications ______ Date ______

For Issuing Office Only ⟶ Bk ______ Card ______ EF ______ Postage ______ Execution ______ Other ______

* DS 11 C 09 2013 1 *

**Name of Applicant** *(Last, First, & Middle)*: S[redacted], M[redacted]

**Date of Birth** *(mm/dd/yyyy)*: [redacted]

**10. Parental Information**

Mother/Father/Parent - First & Middle Name: S[redacted] J[redacted]

Last Name *(at Parent's Birth)*:

Date of Birth *(mm/dd/yyyy)* / Place of Birth: [redacted]

Sex: ✓ Male / Female — U.S. Citizen? ✓ Yes / No

Mother/Father/Parent - First & Middle Name: S[redacted] M[redacted]

Last Name *(at Parent's Birth)*:

Date of Birth *(mm/dd/yyyy)* / Place of Birth: [redacted]

Sex: Male / ✓ Female — U.S. Citizen? Yes / ✓ No

**11. Have you ever been married?** ✓ Yes No *If yes, complete the remaining items in #11.*

Full Name of Current Spouse or Most Recent Spouse: S[redacted] M[redacted]

Date of Birth (mm/dd/yyyy): [redacted]

Place of Birth: [redacted]

U.S. Citizen? Yes ✓ No

Date of Marriage *(mm/dd/yyyy)*: 07/14/2014

Have you ever been widowed or divorced? Yes ✓ No

Widow/Divorce Date *(mm/dd/yyyy)*:

**12. Additional Contact Phone Number** — Home / Cell / Work

**13. Occupation** *(if age 16 or older)*: Education

**14. Employer or School** *(if applicable)*:

**15. Height**: 3' 4"

**16. Hair Color**: Brown

**17. Eye Color**: Brown

**18. Travel Plans** — Departure Date *(mm/dd/yyyy)*: — Return Date *(mm/dd/yyyy)*: — Countries to be Visited:

**19. Permanent Address** - *If P.O. Box is listed under Mailing Address* ***or*** *if residence is different from Mailing Address.*

Street/RFD # or URB (*No P.O. Box*): — Apartment/Unit:

City: — State: — Zip Code:

**20. Emergency Contact** - *Provide the information of a person not traveling with you to be contacted in the event of an emergency.*

Name: [redacted] — Address: Street/RFD # or P.O. Box: [redacted] — Apartment/Unit:

City / State / Zip Code / Phone Number / Relationship: [redacted]

**21. Have you ever applied for or been issued a U.S. Passport Book or Passport Card?** ✓ Yes No *If yes, complete the remaining items in #21.*

Name as printed on your most recent passport book: S[redacted], M[redacted]

Most recent passport book number: [redacted]

Most recent passport book issue date *(mm/dd/yyyy)*: [redacted]

Status of your most recent passport book: Submitting with application / Stolen / Lost / In my possession *(if expired)*

Name as printed on your most recent passport card:

Most recent passport card number:

Most recent passport card issue date *(mm/dd/yyyy)*:

Status of your most recent passport card: Submitting with application / Stolen / Lost / In my possession *(if expired)*

## PLEASE DO NOT WRITE BELOW THIS LINE - FOR ISSUING OFFICE ONLY

Name as it appears on citizenship evidence

☐ Birth Certificate SR CR City Filed: Issued:

☐ Nat. / Citz. Cert. USCIS USDC Date/Place Acquired: A#

☐ Report of Birth Filed/Place:

☐ Passport C/R S/R Per PIERS #/DOI:

☐ Other:

☐ Attached:

Tokyo, Japan

☐ P/C of Citz ☐ P/C of ID ☐ DS-71 ☐ DS-3053 ☐ DS-64 ☐ DS-5520 ☐ DS-5525 ☐ PAW ☐ NPIC ☐ IRL ☐ Citz W/S

* DS 11 C 09 2013 2 *


PASSPORT
United States of America
SIGNATURE OF BEARER
PASSPORT
PASSEPORT
PASAPORTE
USA
P
UNITED STATES OF AMERICA
JAPAN
M
United States Department of State
SEE PAGE 51
USA
P<USAS[redacted]<<M[redacted]<[redacted]<<<<<<<<<<<<<<<<<<
[redacted]

COPY

UNITED STATES OF AMERICA

DEPARTMENT OF STATE

[redacted]

# Consular Report of Birth Abroad

OF A CITIZEN OF THE UNITED STATES OF AMERICA

This is to certify that

M[redacted] S[redacted]

Sex MALE born at [redacted]

On [redacted]

Acquired United States CITIZENSHIP at birth as established by documentary evidence

Presented to the Consular Service of the United States at

TOKYO, JAPAN

On [redacted]

MOTHER/FATHER/PARENTS

[redacted] S[redacted]

Date of Birth [redacted]

M[redacted] S[redacted]

Date of Birth [redacted]

Michele Thoren Bond

Acting Assistant Secretary for Consular Affairs

Date of Issuance OCTOBER 29, 2014

*002015[illegible]22*

[redacted]

COPY

U.S. Department of State

*Please Print Legibly Using Black Ink Only*

OMB CONTROL NO. 1405-0014
OMB EXPIRATION DATE: 11-30-2021
ESTIMATED BURDEN: 5 Minutes

# STATEMENT REGARDING A LOST OR STOLEN U.S. PASSPORT BOOK AND/OR CARD

## IMPORTANT NOTICE

A U.S. national may not normally bear more than one valid or potentially valid U.S. passport book and/or card at a time. Therefore, a statement is required when applying for a new U.S. passport if the previously valid or potentially valid passport is not submitted. Your statement must detail why the previous U.S. passport cannot be presented. The information you provide on this form will be placed into the Consular Lost and Stolen Passport System, which is designed to prevent the misuse of all reported lost or stolen passports. If more than one U.S. passport previously issued to you was lost or stolen, your replacement passport may be limited in validity. Once reported, the lost or stolen passport is electronically cancelled and MUST NOT BE USED FOR TRAVEL. Anyone (including the bearer) traveling on a reported lost or stolen passport may be detained upon entering the United States. Should you locate the passport after reporting it lost or stolen, submit it for cancellation to the Consular Lost and Stolen Passport Unit (CLASP). See page one of this form for contact information.

**Please select the document (or documents) that you are reporting and its status.**

**U.S. Passport Book** ☑ Lost ☐ Stolen

**U.S. Passport Card** ☐ Lost ☐ Stolen

## 1. IDENTIFYING INFORMATION OF PASSPORT HOLDER: Type or print legibly in black ink in white areas only.

Last Name: S[redacted]

First Name: M[redacted]

Middle Name:

Has your name changed since the passport was issued? If yes, state the name in which the lost or stolen passport was issued.
No

Sex: ☐ Female ☑ Male

Date of Birth *(mm-dd-yyyy)*: [redacted]

Place of Birth *(City & State if in U.S. or City & Country)*: [redacted]

Social Security Number: [redacted]

Current Address (*Street, City, State, and ZIP Code or Country, if outside the U.S.)*: [redacted]

Telephone Number: ( [redacted]

Alternative Telephone Number: (    )

E-mail Address: mail@stackjones.com

## 2. LOST OR STOLEN U.S. PASSPORT BOOK/CARD INFORMATION: Answer all questions completely. If you do not know the answer in detail, be as exact as possible.

Are you submitting this form in connection with an application for a new U.S. passport book and/or card? ☑ Yes ☐ No

Explain how your U.S. passport book/card was lost or stolen.
Passport is for minor child brought to Japan in violation of 18 U.S.C. § 1204.
Minor child's U.S. passport was used to enter Japan.
Father is guardian, biological father, and sole financial provider.

Explain where the loss or theft occurred. Provide the address, if known *(City and State, if in the U.S., or City and Country as it is presently known)*
Mother abandoned child on January 2nd, 2019. Father needs minor child's for identification purposes, and for passport to return to the U.S. Mother either refuses to return the passport, or has intentionally destroyed it.

On what date was your U.S. passport book/card lost or stolen *(mm-dd-yyyy)*? If unknown, when was the last time you remember it being in your possession?
November 11th, 2018.

**List your lost or stolen U.S. Passport Book, if known:** Number [redacted] Issue Date *(mm/dd/yyyy)* [redacted]

**List your lost or stolen U.S. Passport Card, if known:** Number Issue Date *(mm/dd/yyyy)*

Have you had any other U.S. passport book/card lost or stolen? ☐ Yes ☑ No

If yes, how many passports? ______ Approximate date(s)? ______

Did you file a police report? ☐ Yes ☑ No
*(If yes and the report is available, please submit a copy.)*

## 3. YOU MUST SIGN AND DATE THE APPLICATION IN THE DESIGNATED AREA BELOW

I, the undersigned, declare under penalty of perjury all of the following: 1) that I have read and understood the warning on page one of this form; 2) the information provided herein is correct and complete; 3) I have not given my U.S. passport book and/or passport card to another person or disposed of it in an unauthorized manner; 4) I understand that the U.S. passport(s) I report as missing will be invalidated and cannot be used; and 5) if I subsequently find and recover it, I will immediately return the passport and/or passport card to Passport Services at the address on page one of this form or to the nearest U.S. passport agency, U.S. embassy or U.S. consulate, if abroad, and I will not attempt to use it.

____________________ Date *(mm/dd/yyyy)*

Legal Signature - age 16 or older or Parent/Guardian if under age 16

[redacted] 01/25/2019

Legal Signature - Parent/Guardian if under age 16 Date *(mm/dd/yyyy)*

__Both parents or guardians of a child younger than 16 years old must sign and provide photocopy of ID when submitting this form__ on the child's behalf unless one parent or guardian has sole custody. If there is sole custody, include a copy of a supporting document, such as a court order, with this form.

**U.S. Department of State**

**STATEMENT OF EXIGENT/SPECIAL FAMILY CIRCUMSTANCES FOR ISSUANCE OF A U.S. PASSPORT TO A MINOR UNDER AGE 16**

OMB CONTROL NO. 1405-0216
OMB EXPIRATION DATE: 08-31-2019
ESTIMATED BURDEN: 30 Minutes

| 1. Minor's Name *(Last, First, Middle)* | 2. Minor's Date of Birth *(mm/dd/yyyy)* |
|---|---|
| S[redacted], M[redacted] | [redacted] |

**3. Applying Parent/Guardian's Name** *(Last, First, Middle)*

S[redacted] J[redacted]

**4. Non-Applying Parent/Guardian's Information**

| | | | |
|---|---|---|---|
| Last Name | S[redacted] | First & Middle Name | M[redacted] |
| Date of Birth *(mm/dd/yyyy)* | [redacted] | Other Names They May Have Used | |
| Street | [redacted] | Apartment No. | |
| City [redacted] | State [redacted] | ZIP Code [redacted] | Country [redacted] |

Telephone Number: (______)______________ E-mail Address: ______________

**5. Has any court, either in the United States or abroad, ever issued an order/decree that references the custody or travel of the minor child in question? (Examples include a divorce decree, custody order, protection order, stay away order, restraining order, etc.)** ☐ Yes ☑ No

*If yes, you **must** submit a complete, signed, and dated copy of the most recent order(s)/decree(s) with this form.*

**6. Is the non-applying parent/guardian currently incarcerated?** ☐ Yes ☑ No

*If yes, submit evidence of incarceration with this form, such as a letter from the convicting criminal court, a copy of the incarceration court order, or a copy of the on-line inmate locator page.*

**7. Describe your attempts to contact the Non-Applying Parent.** *(If you need more space, continue on a separate paper.)*

| Method | Number of times | Approximate Dates | Result |
|---|---|---|---|
| **By Mail** | | | |
| **Phone** | 200+ | 11/08/2018-01/25/2019 | Nonresponsive |
| **E-mail** | 200+ | 11/08/2018-01/25/2019 | Nonresponsive |
| **Social Media** | | | |

**Other** Have you attempted to contact through a friend or relative? If so, please fill out the information below.

Name: __________ *(Ex: John Smith)* How they know the non-applying parent: __________ *(Ex: Works with Non-Applying Parent)*

Address: __________ *(Street)* __________ *(City)* __________ *(State or Country)*

Phone: __________ Approximate Dates: __________ Result: __________

Name: __________ *(Ex: John Smith)* How they know the non-applying parent: __________ *(Ex: Works with Non-Applying Parent)*

Address: __________ *(Street)* __________ *(City)* __________ *(State or Country)*

Phone: __________ Approximate Dates: __________ Result: __________

**8. Please explain in detail the reason for your request to issue a U.S. passport book and/or card without the non-applying parent/guardian's consent.** *(If you need more space, please continue on a separate paper.)*

Minor child brought to Japan in violation of 18 U.S.C. § 1204.
Mother destroyed, or refuses to return minor child's passport, after numerous attempts to obtain it.
Mother sent email Monday, 14 Jan. 2019 21:12:50, "[Y]ou should leave Japan with Masa then our problem will be solved. I can't live together."
On January 12th 2019, mother shipped all minor child's property to father's temporary residence. Father paid for shipment, and retains receipt as factual proof. Father, legal guardian and sole financial provider minor child's entire life, wants to return to U.S. ASAP.

**OATH: I declare under penalty of perjury that all statements made in this supporting document are true and correct.**

**Signature of Parent or Legal Guardian:** J[redacted] S[redacted] **Date** *(mm/dd/yyyy)*: [redacted]




[redacted]

**Deputy American Citizen Services Chief**
**Embassy of the United States of America**

特定の個人・団体に対しプライバシー保護の
権利を放棄することを示す用紙

U.S. Department of State

CONSULAR OFFICES OF THE UNITED STATES OF AMERICA

# AUTHORIZATION FOR THE RELEASE OF INFORMATION UNDER THE PRIVACY ACT

In accordance with the Privacy Act (PL 93-579) passed by Congress in 1974, a U.S. Consular Office cannot release any information regarding you to anyone without your written consent except as set forth in the Act. Please complete the authorization below, specifying whom a U.S. Consular Office may contact and to whom to release information with regard to your case. Please return the completed authorization to a U.S. Consular Office. Local language translations are acceptable to facilitate completion of the form in English.

**The U.S. Government, by providing the Authorization for the Release of Information Under the Privacy Act Form, cannot under any circumstances compel an individual to complete and submit the form. PLEASE CAREFULLY CONSIDER TO WHOM, AND WHAT INFORMATION IS BEING DISCLOSED.**

**IMPORTANT: You are not obliged to grant anyone access to information regarding you but failure to provide the information requested on this form may make it more difficult, or impossible, for the Department of State or the U.S. Consular Office to assist you.**

Your Full Name *(Last, First, MI)*: S[redacted], J[redacted]

Born At: Place of Birth *(City, State/Province, Country)*: U.S.A.

On: Date of Birth: [redacted]

## SECTION A

I hereby authorize the U.S. Consular Office of the United States of America and the U.S. Department of State to release information regarding me to the following individuals :

| Name *(Last, First)* | Telephone Number | Address | Relationship |
|---|---|---|---|
| S[redacted], M[redacted] | [redacted] | | |
| | | | |
| | | | |
| | | | |
| | | | |

IN THE EVENT OTHER PERSONS REQUEST INFORMATION REGARDING MY CASE, INFORMATION CAN BE RELEASED TO THE FOLLOWING:

| YES | NO | |
|---|---|---|
| ☐ | ☐ | Family (Other than Those Listed Under Section A) |
| ☐ | ☐ | Friends (Other than Those Listed Under Section A) |
| ☐ | ☐ | Individual Members of Congress and Staff |
| ☐ | ☐ | Members of the Media |
| ☐ | ☐ | The General Public |
| ☐ | ☐ | Employer |

Please review the form before signing. Information will only be released under Section A if requested and if we have your signed authorization.

[redacted]

Signature of the Applicant
*(Please Sign In Black or Blue Ink)*

Tokyo

City, Country

[redacted]

Print Your Name

[illegible]

Date *(mm-dd-yyyy)*

## PRIVACY ACT STATEMENT

**This information is needed to assist you in your present need for consular services. The primary purpose for soliciting this information is to establish your citizenship, identity, and entitlement to welfare protection services offered by the U.S. Government.**

**The U.S. Department of State is committed to ensuring that any personal information received is safeguarded against unauthorized disclosure. The data you provide is subject to the provisions of the Privacy Act (5 U.S.C. 552a). This means that the U.S. Department of State will not disclose the information you provide unless you have given us written authorization to do so, or unless the disclosure is otherwise permitted under the provisions of the Act or in accordance with our routine uses published in Title 22 of the Code of Federal Regulations. The information solicited on this form may be made available as a routine use to other government agencies for law enforcement and administrative purposes. For further information on routine uses, please visit http://www.state.gov/documents/organization/102787.pdf.**

UNCLASSIFIED
Official

[redacted]

**From:** U.S. Embassy Tokyo Passport
**Sent:** Thursday, May 09, 2019 2:24 PM
**To:** 'mail@stackjones.com'
**Subject:** Message from the U.S. Embassy Tokyo Passport Unit

Dear Mr. S[redacted],

Greetings from U.S. Embassy Tokyo's Passport Unit. This message is to notify that your child's Passport application has been pending for more than three months (since February 8 2019). Please note that you have 90 days from the date the applications were accepted to submit the requested documents or ask for additional time to prepare the documents. Failure to respond can result in the denial of your child's application.

Please let us know by replying to tokyoccu@state.gov if you wish to proceed with your child's application. **If you have not responded to this message by May 16 2019, we will deny the applications and close out the cases.**

Thank you for your consideration. We hope to hear from you at your earliest convenience.

Sincerely,

American Citizen Services
U.S. Embassy Tokyo
Follow us on twitter: https://mobile.twitter.com/acstokyo
Like us on Facebook: https://www.facebook.com/ACSTokyo

**PLEASE DO NOT RESPOND TO THIS EMAIL.** This email is provided for your information only. For questions regarding information that is not on our website or listed in our Frequently Asked Questions, please contact us via http://japan2.usembassy.gov/e/acs/tacs-form-inquiries.html. We only respond to inquiries generated through our inquiry form on the website.

このメールには返信しないで下さい。このメールは、お客様に情報をご提供する為に使用しております。大使館のウェブサイト、またはよくある質問に掲載していないご質問については、こちらのお問い合わせフォームよりお問い合わせください。お客様へのご返答は、大使館のウェブサイトにあるお問い合わせフォームからのご質問に限らせて頂きます。

Official
UNCLASSIFIED

Department of Homeland Security
U.S. Citizenship and Immigration Services

# Form I-797C, Notice of Action

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| | | |
|---|---|---|
| NOTICE TYPE<br>Receipt | | NOTICE DATE<br>January 12, 2018 |
| CASE TYPE<br>I-130, Petition for Alien Relative | | USCIS ALIEN NUMBER |
| RECEIPT NUMBER<br>[redacted] | RECEIVED DATE<br>October 20, 2017 | PAGE<br>1 of 1 |
| PRIORITY DATE<br>October 20, 2017 | PREFERENCE CLASSIFICATION<br>201 B INA SPOUSE OF USC | DATE OF BIRTH<br>[redacted] |

[redacted]

APPLICANT/PETITIONER NAME AND MAILING ADDRESS

**PAYMENT INFORMATION:**

| | |
|---|---|
| **Application/Petition Fee:** | $535.00 |
| **Biometrics Fee:** | $0.00 |
| **Total Amount Received:** | $535.00 |
| **Total Balance Due:** | $0.00 |

The I-130, Petition for Alien Relative has been received by our office for the following beneficiaries and is in process:

Please verify your personal information listed above and immediately notify the USCIS National Customer Service Center at the phone number listed below if there are any changes.

Please note that if a priority date is printed on this notice, the priority does not reflect earlier retained priority dates.

If you have questions about possible immigration benefits and services, filing information, or USCIS forms, please call the USCIS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**. Please also refer to the USCIS website: www.uscis.gov.

If you have any questions or comments regarding this notice or the status of your case, please contact our customer service number.

You will be notified separately about any other case you may have filed.

**USCIS Office Address:**

USCIS
Nebraska Service Center
P.O. Box 82521
Lincoln, NE 68501-2521

**USCIS Customer Service Number:**

(800)375-5283
APPLICANT COPY

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.

Form I-797C 07/11/14

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| | | |
|---|---|---|
| NOTICE TYPE<br>Receipt | | NOTICE DATE<br>August 09, 2018 |
| CASE TYPE<br>I-485, Application to Register Permanent Residence or Adjust Status | | USCIS ALIEN NUMBER<br>[redacted] |
| RECEIPT NUMBER<br>[redacted] | RECEIVED DATE<br>August 02, 2018 | PAGE<br>1 of 1 |
| PRIORITY DATE<br>October 20, 2017 | PREFERENCE CLASSIFICATION<br>Family Based Immediate | DATE OF BIRTH<br>[redacted] |

M[redacted] S[redacted]
C/O J[redacted] S[redacted]
[redacted]

4 00000815

NAME AND MAILING ADDRESS

**PAYMENT INFORMATION:**

| | |
|---|---|
| Application/Petition Fee: | [illegible] |
| Biometrics Fee: | [illegible] |
| Total Amount Received: | [illegible] |
| Total Balance Due: | [illegible] |

The above application/petition has been received by our office and is in process. Please verify your personal information listed above and immediately notify the USCIS National Customer Service Center at the phone number listed below if there are any changes. Please note that if a priority date is printed on this notice, the priority does not reflect earlier retained priority dates.

Next Steps:

- USCIS will schedule a biometrics appointment for you to have your biometrics electronically captured at a USCIS Application Support Center (ASC). You will be receiving a biometrics appointment notice by mail with the specific date, time, and place where you will have your fingerprints and/or photographs taken.
- You must wait to receive your biometrics appointment notice before going to the ASC for biometrics processing.
- This notice does not serve as your biometrics appointment notice.

If you have questions about possible immigration benefits and services, filing information, or USCIS forms, please call the USCIS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**. Please also refer to the USCIS website: [illegible]. If you have any questions or comments regarding this notice or the status of your case, please contact our customer service number.

You will be notified separately about any other case you may have filed.

**USCIS Office Address:**
USCIS
National Benefits Center
P.O. Box 648003
Lee's Summit, MO 64002

**USCIS Customer Service Number:**
(800)375-5283

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.

| | | |
|---|---|---|
| Receipt Number<br>[redacted] | | Case Type<br>I130 - PETITION FOR ALIEN RELATIVE |
| Received Date<br>10/20/2017 | Priority Date<br>[illegible] | Petitioner<br>S[redacted] J[redacted] |
| Notice Date<br>05/30/2018 | Page<br>1 of 1 | Beneficiary<br>S[redacted] M[redacted] |

J[redacted] S[redacted]
[redacted]

**Notice Type: Approval Notice**
Section: Husband or wife of U.S. Citizen, 201(b) INA

The above petition has been approved. As the petitioner requests, we have sent the petition to the U.S. Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909. The NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

The NVC will contact the beneficiary of this petition with further information about immigrant visa processing steps.

You should allow a minimum of 30 days for U.S. Department of State processing before contacting the NVC. If you have not received any correspondence from the NVC within 30 days, you may contact the NVC by e-mail at NVCINQUIRY@state.gov. You will need to enter the USCIS receipt number from this approval notice in the subject line. In order to receive information about your petition, you will need to include in the body of the e-mail your name and date of birth, and the Applicant's (beneficiary's) name and date of birth.

**THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.**

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

**NOTICE:** Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Nebraska Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 82521
Lincoln NE 68501-2521

Customer Service Telephone: 800-375-5283

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| ASC Appointment Notice | APPLICATION/PETITION/REQUEST NUMBER<br>[redacted] | | NOTICE DATE<br>08/17/2018 |
|---|---|---|---|
| CASE TYPE<br>I485 I765 | SOCIAL SECURITY NUMBER | USCIS A# [redacted] | CODE<br>3 |
| ACCOUNT NUMBER | TCR | SERVICE CENTER<br>NBC | PAGE<br>1 of 1 |

M [redacted] S [redacted]
c/o J [redacted] S [redacted]
[redacted]

To process your application, petition, or request, the U.S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER (ASC) AT THE DATE AND TIME SPECIFIED.
IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION, PETITION, OR REQUEST WILL BE CONSIDERED ABANDONED.

APPLICATION SUPPORT CENTER
USCIS KENDALL
[illegible] Southwest [illegible] Street
Miami FL 33[illegible]

PLEASE READ THIS ENTIRE NOTICE CAREFULLY.
DATE AND TIME OF APPOINTMENT
[illegible]
[illegible] PM

WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:
1. THIS APPOINTMENT NOTICE and
2. PHOTO IDENTIFICATION. Naturalization applicants must bring their Alien Resident Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, you will not be fingerprinted.

CELL PHONES, CAMERAS, OR OTHER RECORDING DEVICES ARE NOT PERMITTED.

NOTE: USCIS will use your fingerprints to check the criminal history records of the FBI. You may obtain a copy of your own FBI identification record using the procedures outlined within Title 28 C.F.R. Section 16.32. The procedures to change, correct, or update your FBI identification record are outlined [illegible] 28 C.F.R. Section 16.34.

NOTE: If the USCIS ASC is closed due to inclement weather or for other unforeseen circumstances, USCIS will automatically reschedule your appointment for the next available appointment date and mail you a notice with the new date and time.

REQUEST FOR RESCHEDULING

☐ Please reschedule my appointment. Once USCIS receives your request, you will be sent a new appointment notice. Make a copy of this notice for your records, then mail the original with your request to BPU Alexandria ASC, Suite [illegible] Richmond Hwy, Alexandria, VA 22[illegible] [illegible]

APPLICATION NUMBER
I485 MSC1891529[illegible]

APPLICATION NUMBER 2
I765 MSC189152967[illegible]

If you have any questions regarding this notice, please call 1-800-375-5283.

WARNING: [illegible]

If this is an interview or biometrics appointment notice, please see the back of this notice for important information. Form I-797C 07/11/14 Y

Login or Sign up

FORMS NEWS CITIZENSHIP GREEN CARD TOOLS LEGAL RESOURCES

X

## Case Was Sent To The Department of State

On June 7, 2018, we sent your case, Receipt Number LIN1890040534, to the Department of State for visa processing. You can find general information on Consular Processing by visiting our website at www.uscis.gov . The website will provide information on what to do next, who to contact, and how to inform us of any changes in your situation or address.

Enter Another Receipt Number ?

CHECK STATUS

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| ASC Appointment Notice | APPLICATION/PETITION/REQUEST NUMBER [redacted] | | NOTICE DATE 08/17/2018 |
|---|---|---|---|
| CASE TYPE I485 I765 | SOCIAL SECURITY NUMBER | USCIS A# [redacted] | CODE 3 |
| ACCOUNT NUMBER | HCR | SERVICE CENTER NBC | PAGE 1 of 1 |

M[redacted] S[redacted]
c/o J[redacted] S[redacted]
[redacted]

To process your application, petition, or request, the U.S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER (ASC) AT THE DATE AND TIME SPECIFIED.
IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION, PETITION, OR REQUEST WILL BE CONSIDERED ABANDONED.

APPLICATION SUPPORT CENTER
USCIS KENDALL
13675 Southwest 120th Street
Miami FL 33186

PLEASE READ THIS ENTIRE NOTICE CAREFULLY.
DATE AND TIME OF APPOINTMENT
09/05/2018
02:00PM

WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:
1. THIS APPOINTMENT NOTICE and
2. PHOTO IDENTIFICATION. Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, you will not be fingerprinted.

CELL PHONES, CAMERAS, OR OTHER RECORDING DEVICES ARE NOT PERMITTED.

NOTE: USCIS will use your fingerprints to check the criminal history records of the FBI. You may obtain a copy of your own FBI identification record using the procedures outlined within Title 28 C.F.R., Section 16.32. The procedures to change, correct, or update your FBI identification record are outlined within Title 28 C.F.R., Section 16.34.

NOTE: If the USCIS ASC is closed due to inclement weather or for other unforeseen circumstances, USCIS will **automatically reschedule** your appointment for the next available appointment date and mail you a notice with the new date and time.

**REQUEST FOR RESCHEDULING:**

☐ **Please reschedule my appointment.** Once USCIS receives your request, you will be sent a new appointment notice. Make a copy of this notice for your records, then mail the original with your request to BPU - Alexandria ASC, Suite 100, 8850 Richmond Hwy, Alexandria VA 22309-1586.

APPLICATION NUMBER
I485 - MSC1891525971

APPLICATION NUMBER 2
I765 - MSC1891525973

**If you have any questions regarding this notice, please call 1-800-375-5283.**

**WARNING:** *Due to limited seating availability in our lobby areas, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you. If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is [illegible] your injuries will interfere with taking your biometrics.*

**If this is an interview or biometrics appointment notice, please see the back of this notice for important information.** Form I-797C 07/11/14 Y

An official website of the Department of Homeland Security

U.S. Citizenship and Immigration Services

Explore Resources

❮ Back to schedule an appointment

Download PDF

## Your appointment is confirmed

Click here to print your appointment letter

### Appointment Details

Customer: J[redacted] S[redacted]

| Your USCIS office | Date | Time |
|---|---|---|
| Kendall Field Office [redacted] | 07/26/2018 | 01:30 PM |

**This is the only time that we will provide you with your Personal Identification Number (PIN). Keep your PIN and confirmation letter in a safe place in case you have to reschedule or cancel your appointment.**

Confirmation Number: [redacted]

PIN: [redacted]

Attention • It is recommended that InfoPass appointments be scheduled with the field office that serves the customer's jurisdiction. While we strive to accommodate you at any field office, some services may be limited if you schedule an appointment with an office outside of your jurisdiction. • Do not come earlier than 15 minutes prior to your appointment. • If you need to cancel or reschedule your appointment please visit my.uscis.gov/appointment to manage your appointment. 5925


日本国
旅券
JAPAN
PASSPORT

[redacted]

日本国 JAPAN

[redacted]

旅券 PASSPORT



P JPN

Surname
S[redacted]

Given name
M[redacted]

Nationality
JAPAN

Date of birth
[redacted]

Sex
F

Registered Domicile
[redacted]

Date of issue
[redacted]

Date of expiry
[redacted]

Authority
MINISTRY OF FOREIGN AFFAIRS

Signature of bearer
[redacted]

P<JPNS[redacted]<<M[redacted]<<<<<<<<<<<<<<<<<<<<<<<<<<<<

[redacted]<<<<<<<<<<<<<<<02

WT/WB

JUN 08 2018

CheapTickets
Cheap is good

"This is to confirm that the reservation is booked and confirmed. Thank you."

**Travel dates**
Oct 11, 2018 - Nov 11, 2018
Itinerary # 7385217309984
Confirmation MOSFIJ (American Airlines)
Booking ID PNIBSI

Orlando - Tokyo
Oct 11, 2018 - Nov 11, 2018

E-ticket: This email can be used as an E-ticket.
All passengers traveling to the US must provide valid travel documents and details of their full US destination address for US Immigration.
Proof of citizenship is required for international travel. Be sure to bring all necessary documentation (e.g. passport, visa, transit permit). To learn more, visit our Visa and Passport page .

Remember to bring your itinerary and government-issued photo ID for airport check-in and security.
Contact the airline to confirm:

Departure Thu, Oct 11
American Airlines 2673
Orlando (MCO)
5:56am
Terminal: B
Gate 50

Dallas (DFW)
7:52am
Terminal: D
Gate 21
Cabin: Economy / Coach (Q)
Included

- 2 Free Bags
- Snacks
- Alcoholic Drinks
- Carry On Bag
- Miles Earned

2h 56m duration
3h 3m stop Dallas (DFW)

American Airlines 175
Dallas (DFW)
10:55am
Terminal: D
Gate 33

Tokyo (NRT)
2:20pm +1 day
Terminal: 2
Arrives on Oct 12, 2018
MAIN CABIN

Cabin: Economy / Coach (Q)
Included

- 2 Free Bags
- Snacks
- Alcoholic Drinks
- Carry On Bag
- Miles Earned

13h 25m duration
Total Duration 19h 24m

**Return Sun, Nov 11**
American Airlines 154
Tokyo (NRT)
6:25pm
Terminal: 2

Chicago (ORD)
3:10pm
Terminal: 5
Cabin: Economy / Coach (O)
Included

- 2 Free Bags
- Snacks
- Alcoholic Drinks
- Carry On Bag
- Miles Earned

11h 45m duration
3h 41m stop Chicago (ORD)

American Airlines 154
Chicago (ORD)
6:51pm
Terminal: 3

Orlando (MCO)
10:32pm
Cabin: Economy / Coach (O)
Included

- 2 Free Bags
- Snacks
- Alcoholic Drinks
- Carry On Bag
- Miles Earned

2h 41m duration
Total Duration 18h 7m

Traveler(s)
J[redacted] S[redacted]

Price summary
Traveler 1: Adult $995.95
Flight $647.00
Taxes & Fees $348.95
CheapTickets Booking Fee $32.35

Subtotal $1,028.30

Total $1,028.30

All prices are quoted in USD.
Call CheapTickets customer care at 844-700-1006For faster service, mention itinerary #7385217309984

HEADERS

**me_u_kis@yahoo.co.jp**

Re:

To: mail@stackjones.com
Envelope-To: mail@stackjones.com
X-Yahoo-Newman-Id: 132626.819.bm@omp505.mail.kks.yahoo.co.jp
Domainkey-Signature: a=rsa-sha1; q=dns; c=nofws; s=yj20110701; d=yahoo.co.jp; h=Date:From:Message-ID:In-Reply-To:References:MIME-Version:Content-Type:Content-Transfer-Encoding; b=unGR03tnw96Mt/
McpGtvWVKHe5OD6v3OEQDNOYfQDbh4RU814vCMbErzk2hyLu/g
OXPA14+xSckITyKCjgGHrizyFrYTiM+Yjdp1kGCIs87MHp9MPmhjDrAU09awMT9LOI
j X3H7IFWWb32FTymFUTFH1zYP3OCPsnDXVvieAoM0=;
<4593A7BD-597B-43B7-B382-8A1251E5918E@stackjones.com>
X-Spam-Bar: /
Return-Path: <me_u_kis@yahoo.co.jp>
Return-Path: <me_u_kis@yahoo.co.jp>
Mime-Version: 1.0
X-Yahoo-Newman-Property: ymail-5
Content-Length: 159
X-Ymail-Osg:
UBqyJwsVM1nGINtII7I8Y_Ijan8GROjWzJXvyr3TCorutbVmLAkdQcfIXp9g.zV
HHGGI4xkISf8oom.XxDRckmDB7G56hY.UOT1IFAzIMN5vJnpaO_0fJT4iKs40ohnJb
483uCCsAxL
hjhTNhqkZTMx6rTnAypto6WvRp02Se3qkWvvjUPhKeaPrqwQn1EZRti7H5SS_hdAIt
hqt1Kpmvxv
iCEdomsqmejOoqXtBb4LQ3a.tltKgzJftvVYAxE1XFI97y6wuvIb0gEx4A1F5KYYFWW
2Z7t.ISt5 _CBfAK8EioeOvuTBemReO.hiqIfkXHjloTFrAnHDm_ZXhk09FWg4Hhnt.
56NjrvJR5RyjP7919CU
47vgrjAx.RkpSU1In7oBM8zc4AriNITL9JpqeAYSAAv6bEQSODf_xIbBrdAX87Hg5A_
kVpFGCfhm
Q2ubh7rcjGKpoT1c9.xo5QGYwb.I9_LGcOQ4bFKdjtd8yNnkQ_PePWiDSY30uwsK4
Rmcqvr7f3oV
GwGKz4xKczYE1ugACkME_fKGS0IWxuFIaGUKfFWnJrMSDAH7J2nJ8wxSm9vrDN
d7Pu_0VvVNvYXQ
tJS88UYH1FurIkMY7V2GoOK1DGe_vT644X6k5U1DXUxpChISynMgicfPV45LEmd8
E
Content-Transfer-Encoding: 7bit
Delivery-Date: Fri, 09 Nov 2018 08:28:49 -0600
Dkim-Signature: v=1; a=rsa-sha256; q=dns/txt; c=relaxed/relaxed; t=1541773716; s=yj20110701; d=yahoo.co.jp; h=Date:From:To:Message-ID:In-Reply-To:References:Subject:MIME-Version:Content-Type:Content-Transfer-Encoding; bh=ohUBt3/zAAGsw04mi/Ai9VJNIaqk9Ekmcd7Eo8bjYG0=;
b=LE1jiE1k4An+4DpFKwfX1fMQ4UJ52E2EPhPfoDYAjNKN/
PL1MLtwSbmLixoqT3nG HGunZgPNN/
NSdrWuYhLGhrF8V2JB3lq5jPcnjYf3Ah88iQa3wWDyHS3vTD8KYDhgveC eE/
ROby6IQFSEayiqdbwRxae9Dv3U6AbMUpOnSqE=
<613015579.877378.1541773715360.JavaMail.yahoo@mail.yahoo.co.jp>
<4593A7BD-597B-43B7-B382-8A1251E5918E@stackjones.com>

X-Spam-Status: No, score=-0.6
X-Spam-Score: -5
Content-Type: text/plain; charset=UTF-8
X-Spam-Flag: NO
Delivered-To: mail@stackjones.com
Received: from box2035.bluehost.com by box2035.bluehost.com with LMTP id uOtpC6GZ5VudTg4AilphMQ for <mail@stackjones.com>; Fri, 09 Nov 2018 08:28:49 -0600
Received: from ns504-vm11.bullet.mail.kks.yahoo.co.jp ([183.79.57.129]:47918) by box2035.bluehost.com with smtp (Exim 4.91) (envelope-from <me_u_kis@yahoo.co.jp>) id 1gL7mC-003vwp-5U for mail@stackjones.com; Fri, 09 Nov 2018 08:28:49 -0600
Received: from [183.79.100.140] by ns504.bullet.mail.kks.yahoo.co.jp with NNFMP; 09 Nov 2018 14:28:36 -0000
Received: from [183.79.100.136] by t503.bullet.mail.kks.yahoo.co.jp with NNFMP; 09 Nov 2018 14:28:36 -0000
Received: from [127.0.0.1] by omp505.mail.kks.yahoo.co.jp with NNFMP; 09 Nov 2018 14:28:36 -0000
Received: from jws700001.mail.kks.yahoo.co.jp by sendmailws506.mail.kks.yahoo.co.jp; Fri, 09 Nov 2018 23:28:35 +0000; 1541773715.655

RAW SOURCE
Return-Path: <me_u_kis@yahoo.co.jp>
Delivered-To: mail@stackjones.com
Received: from box2035.bluehost.com
    by box2035.bluehost.com with LMTP id uOtpC6GZ5VudTg4AilphMQ
    for <mail@stackjones.com>; Fri, 09 Nov 2018 08:28:49 -0600
Return-path: <me_u_kis@yahoo.co.jp>
Envelope-to: mail@stackjones.com
Delivery-date: Fri, 09 Nov 2018 08:28:49 -0600
Received: from ns504-vm11.bullet.mail.kks.yahoo.co.jp ([183.79.57.129]:47918)
    by box2035.bluehost.com with smtp (Exim 4.91)
    (envelope-from <me_u_kis@yahoo.co.jp>)
    id 1gL7mC-003vwp-5U
    for mail@stackjones.com; Fri, 09 Nov 2018 08:28:49 -0600
Received: from [183.79.100.140] by ns504.bullet.mail.kks.yahoo.co.jp with NNFMP; 09 Nov 2018 14:28:36 -0000
Received: from [183.79.100.136] by t503.bullet.mail.kks.yahoo.co.jp with NNFMP; 09 Nov 2018 14:28:36 -0000
Received: from [127.0.0.1] by omp505.mail.kks.yahoo.co.jp with NNFMP; 09 Nov 2018 14:28:36 -0000
X-Yahoo-Newman-Property: ymail-5
X-Yahoo-Newman-Id: 132626.819.bm@omp505.mail.kks.yahoo.co.jp
X-YMail-OSG:
UBqyJwsVM1nGlNtlI7l8Y_ljan8GROjWzJXvyr3TCorutbVmLAkdQcflXp9g.zV

HHGGl4xklSf8oom.XxDRckmDB7G56hY.UOT1lFAzlMN5vJnpaO_0fJT4iKs40ohnJb
483uCCsAxL

hjhTNhqkZTMx6rTnAypto6WvRp02Se3qkWvvjUPhKeaPrqwQn1EZRti7H5SS_hdAlt
hqt1Kpmvxv

iCEdomsqmejOoqXtBb4LQ3a.tltKgzJftvVYAxE1XFl97y6wuvlb0gEx4A1F5KYYFWW
2Z7t.lSt5
_CBfAK8EioeOvuTBemReO.hiqlfkXHjloTFrAnHDm_ZXhk09FWg4Hhnt.
56NjrvJR5RyjP7919CU

47vgrjAx.RkpSU1In7oBM8zc4AriNlTL9JpqeAYSAAv6bEQSODf_xlbBrdAX87Hg5A_
kVpFGCfhm

Q2ubh7rcjGKpoT1c9.xo5QGYwb.I9_LGcOQ4bFKdjtd8yNnkQ_PePWiDSY30uwsK4
Rmcqvr7f3oV

GwGKz4xKczYE1ugACkME_fKGS0lWxuFlaGUKfFWnJrMSDAH7J2nJ8wxSm9vrDN
d7Pu_0VvVNvYXQ

tJS88UYH1FurlkMY7V2GoOK1DGe_vT644X6k5U1DXUxpChlSynMgicfPV45LEmd8
E
Received: from jws700001.mail.kks.yahoo.co.jp by
sendmailws506.mail.kks.yahoo.co.jp; Fri, 09 Nov 2018 23:28:35 +0000;
1541773715.655
DKIM-Signature: v=1; a=rsa-sha256; q=dns/txt; c=relaxed/relaxed; t=1541773716;
s=yj20110701; d=yahoo.co.jp;
h=Date:From:To:Message-ID:In-Reply-To:References:Subject:MIME-Version:Content-Type:Content-Transfer-Encoding;
bh=ohUBt3/zAAGsw04mi/Ai9VJNlaqk9Ekmcd7Eo8bjYG0=;
b=LE1jiE1k4An+4DpFKwfX1fMQ4UJ52E2EPhPfoDYAjNKN/
PL1MLtwSbmLixoqT3nG
HGunZgPNN/
NSdrWuYhLGhrF8V2JB3lq5jPcnjYf3Ah88iQa3wWDyHS3vTD8KYDhgveC
eE/ROby6IQFSEayiqdbwRxae9Dv3U6AbMUpOnSqE=
DomainKey-Signature: a=rsa-sha1; q=dns; c=nofws; s=yj20110701; d=yahoo.co.jp;
h=Date:From:Message-ID:In-Reply-To:References:MIME-Version:Content-Type:Content-Transfer-Encoding;
b=unGR03tnw96Mt/
McpGtvWVKHe5OD6v3OEQDNOYfQDbh4RU814vCMbErzk2hyLu/g

OXPA14+xSckITyKCjgGHrizyFrYTiM+Yjdp1kGCIs87MHp9MPmhjDrAU09awMT9LOI
j
X3H7IFWWb32FTymFUTFH1zYP3OCPsnDXVvieAoM0=;
Date: Fri, 9 Nov 2018 23:28:35 +0900 (JST)
From: <me_u_kis@yahoo.co.jp>
To: <mail@stackjones.com>
Message-ID:
<613015579.877378.1541773715360.JavaMail.yahoo@mail.yahoo.co.jp>
In-Reply-To: <4593A7BD-597B-43B7-B382-8A1251E5918E@stackjones.com>
References: <4593A7BD-597B-43B7-B382-8A1251E5918E@stackjones.com>
Subject: Re:

MIME-Version: 1.0
Content-Type: text/plain; charset=UTF-8
Content-Transfer-Encoding: 7bit
Content-Length: 159
X-Spam-Status: No, score=-0.6
X-Spam-Score: -5
X-Spam-Bar: /
X-Spam-Flag: NO

I M[redacted] S[redacted] agree to the terms of the enclosed document, and have provided my attached electronic signature as proof of this agreement.

s/ M[redacted] S[redacted]