**Sent:** Thursday, January 10, 2019 11:15 AM
**To:** Tokyo, CCU
**Subject:** Re: 1.10.19. Wife Communication

Ccd: アネスティ法律事務所 勝田 直子 <n.katsuta@honesty-lawoffice.com>, suda@suda-law.net

EMAIL TO MY WIFE TODAY. (I have sent similar communications every day since January 2nd, 2019)

——

1.10.19.

You were contacted today, via telephone at 10:36AM, so as to address your failure to act accordingly in the matter of your parental duties to my minor child, M[redacted] S[redacted].

Your phone was turned off, which reflects that you continue to refuse to discuss this matter properly.

I have given you instructions to follow if you wish to continue to have parental rights. You have IGNORED those instructions numerous times.

DEMAND NOTICE:

1. Ship via COD, all of the property of J[redacted] S[redacted], and the property of my son, which is currently located at your parent's Yonezawa address. I, J[redacted] S[redacted], have communicated in regards to this matter with you numerous times, which you IGNORE. Your failure to address this matter is IMPROPER. ALL COSTS will be covered by J[redacted] S[redacted], so there is no reason you are not complying with this request.

2. You MUST provide the addresses and telephone numbers of family members Sakiko, and Saiyuri, your sisters. This information is REQUIRED because you have hidden my son at their homes in the past, including most recently Nov. - Dec. of 2018, after entering Japan with my son, unlawfully, and without my permission. The addresses and phone numbers will be verified, so as to ensure that what you provide is accurate.

3. You MUST immediately mail to my current address, my son's U.S. Passport, so he has proper identification, as is required by Japanese law, U.S. law, and international law. If you have destroyed my son's passport, you must tell me, so I can get a replacement issued by the U.S. Embassy in Tokyo.

As well, you have not seen your son since January 2nd 2019. Due to this fact, I have to bring my son to work every day, which causes great stress for my son, and for my company. I leave work at 9:00PM, and thereafter I have to take a train, and a bus, and then walk to the company housing I currently reside at. All week, my son gets home at almost 11PM, and then had to eat dinner, and take a bath. Under such circumstances, he cannot get to bed before midnight. Your actions amount to child endangerment and gross child neglect.

I have asked you to return the the company house, and be a caregiver for your minor child, and I have communicated this to you numerous times. You have FAILED to do so, including, several times, stating you would, setting appointment times for us to meet you, yet, you FAILED to show up, each and every time, which costs my son great pain and emotional suffering.

If you FAIL to follow the aforementioned instructions, I will be forced to file child abandonment proceedings, and have your parental rights REMOVED, in accordance to U.S. law, Japanese law, and International Law.

Let me make it CLEAR that I do not wish to file abandonment charges against you, but instead, wish to resolve this matter for the benefit of my son. Regardless, I will do file said charges, if you DO NOT initiate the steps required of you which are stated above.

J[redacted] S[redacted]

On Jan 9, 2019, at 1:38 PM, アネスティ法律事務所 勝田 直子 <n.katsuta@honesty-lawoffice.com> wrote:

Dear J[redacted]

Thank you for your e-mail.
I called Mr.SUDA(lawyer) and told him your story.
I am expecting him to be on your side.
He is a good lawyer and a reliable person.

The home Page of his office is as follows;
http://www.suda-law.net/english00.html

Please check it and call him or send to him e-mail.
His call number and e-mail address are as follws;
03-6300-4452
suda@suda-law.net

Sincerely Naoko

~~~~~~~~~~~~~~~~
アネスティ法律事務所
事務局 井上直子
電話022-714-6153
mail n.katsuta@honesty-lawoffice.com
~~~~~~~~~~~~~~~~

〒980-0014仙台市青葉区本町1-9-5
五城ビル502
~~~~~~~~~~~~~~~~
~~~~~~~~~~~~~~~~

**From:** [redacted]
**To:** [redacted]
**Cc:** [redacted]
**Subject:** FW: 1.26.19. Emergency Order Filed To Obtain Passport for Minor Child
**Date:** Sunday, January 27, 2019 7:30:08 PM
**Attachments:** 1.26.19. Emergency Order Passport for Minor Child.pdf
DS11.pdf
DS64.pdf
DS5525.pdf

---

Hi [redacted]

Attached are the documents received from Mr. S . I imagine the course of action (as we don't pre-adjudicate) would be:

1) tell him he should apply for a passport for his son at an Embassy or Consulate in Japan, as that would start the process of reviewing exigent circumstances; and
2) forward the documents to Dept. CI FYSA ahead of our receiving any application

[redacted] is drafting a reply for CCU.

--[redacted]

**Official - Privacy/PII**
**UNCLASSIFIED**

---

**From:** [redacted]
**Sent:** Monday, January 28, 2019 9:08 AM
**To:** [redacted]
**Subject:** FW: 1.26.19. Emergency Order Filed To Obtain Passport for Minor Child

[redacted] san, please see email from Mr. S .
I just forwarded to [redacted] san as well.

[redacted]

**Official - Privacy/PII**
**UNCLASSIFIED**

---

**From:** Tokyo, CCU
**Sent:** Monday, January 28, 2019 9:04 AM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** FW: 1.26.19. Emergency Order Filed To Obtain Passport for Minor Child

[redacted] san,

Good morning. Forwarded ppt application for Mr. S , M .

V/r,
[redacted]

-----Original Message-----
From: mail@stackjones.com [mailto:mail@stackjones.com]
Sent: Sunday, January 27, 2019 11:37 AM
To: Tokyo, CCU
Cc: PreventAbduction1
Subject: 1.26.19. Emergency Order Filed To Obtain Passport for Minor Child

1.26.19.

Emergency order filed in U.S. District Court, Hawaii, to compel U.S. Dept. of State, and U.S. Embassy Tokyo to reissue minor child's passport, due to exigent circumstances.

Copy of said ruling is attached, as well, the resistance of the required forms for the issuance of minor child's U.S. passport.

J S

**Official - Privacy/PII**
**UNCLASSIFIED**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF HAWAII**

| | | |
|---|---|---|
| J[redacted] S[redacted] | ) | |
| Plaintiff, | ) | Case No.: |
| | ) | |
| vs. | ) | |
| UNITED STATES DEPARTMENT OF STATE, ET AL. | ) | |
| Defendant | ) | |
| | ) | |

**PETITIONER SEEKS EMERGENCY ORDER TO COMPEL THE U.S. DEPARTMENT OF STATE, AND THE U.S. EMBASSY IN TOKYO IN JAPAN TO ISSUE REPLACEMENT PASSPORT FOR PETITIONER'S MINOR CHILD WHO WAS BROUGHT TO JAPAN IN VIOLATION OF 18 U.S.C. § 1204**

## I. PARTIES TO THE COMPLAINT

### A. Plaintiff

J[redacted] S[redacted]
Teraoka 4-chome, 16-6 Izumi
Miyagi-ken, Japan 981-3204
Telephone: 81 022-267-4911
Email: stack.jones@mail.com

### B. Defendant

U.S. Embassy Tokyo
1-10-5 Akasaka Minato-ku,
Tokyo, Japan 107-8420
Telephone: 81 033-224-5000
Email: TokyoCCU@state.gov

United States Department of State
CA/OCS/CI
2201 C. St., NW

SA-17; 9th Floor
Washington, DC 20522-1709
Telephone: 888-407-4747
Email: PreventAbduction1@state.gov

**II. JURISDICTION AND VENUE**

This case is brought under Federal Statute 18 U.S.C. § 1204, where the petitioner's minor child was brought to Japan, a foreign nation, without petitioner's knowledge, or consent. 18 U.S.C. § 1204 is a United States Federal Statute, which provides this Court Jurisdiction, and Venue to hear this matter. The defendants are United States government agencies, which are engaged in conduct that violates the petitioner's right to have in his possession, a U.S. issued passport as a form of identification for petitioner's minor child, and which is to be used for the purpose of returning said minor child to the U.S, where the child was domiciled prior to being abducted to Japan.

**III. STATEMENT OF FACT**

**A. <u>FEDERAL LAW PROHIBITS THE REMOVAL OF A U.S. CITIZEN'S MINOR CHILD FROM THE UNITED STATES, WITHOUT PARENTAL PERMISSION UNDER 18 U.S.C. § 1204</u>**

Federal law prohibits a parent from removing a child from the United States or retaining a child in another country with intent to obstruct another parent´s custodial rights. See: 18 U.S.C. § 1204. As well, the United States, and Japan, the nation said minor child was abducted to, are both signatories to The Hague Convention on Child Kidnapping.

U.S. citizen J[redacted] S[redacted] (petitioner), is married to M[redacted] S[redacted] (S[redacted] a Japanese citizen. The petitioner and S[redacted] gave birth to a child born in [redacted]. The petitioner and family had been residing in the U.S. when the minor child was brought to

Japan, without petitioner's knowledge, or consent. The conduct of S[redacted] amounts to child abduction, in violation of, 18 U.S.C. § 1204, and The Hague Convention on Child Kidnapping.

The aforementioned minor child, is a United States citizen, has a United States issued Social Security Number, and has a United States issued Birth Certificate, which was issued by the United States Consulate in Tokyo, Japan. The minor child had a valid United States issued Passport, issuance No. [redacted], which was valid until November of 2019. See: Exhibits A, which is a scanned copy of the pertinent pages of the minor child's U.S. Passport.

The petitioner is the child's legal guardian, has parental authority, and has been the sole financial provider of the minor child since birth. S[redacted] has been unemployed since November of 2013, which is a period of more than five years and three months. S[redacted] is currently unemployed.

Since April of 2018, the petitioner, S[redacted] and minor child were domiciled in the U.S. S[redacted] was in the U.S. awaiting final interview for her visa, USCIS Receipt No. LIN1890040534. The purpose of S[redacted]'s visa was for family, employment, and travel purposes. S[redacted] had been waiting for more than fifteen months, with the final interview set at some point within the "next year", as quoted by USCIS. The lengthy period of approval for said visa is unreasonable, and caused great stress, and financial harm to the petitioner's family, which includes loss of employment opportunities for S[redacted] As well, S[redacted] was not permitted to travel to her home country while awaiting the application process to be finalized.

The petitioner was studying for, and preparing to take the Hawaii Bar Exam. As well, the petitioner had applied for, and had been offered several interviews for employment with the Hawaii Judiciary, and the Hawaii Attorney General's Office.

The petitioner has family who reside in Maui, and has a support system available to protect, and safeguard the minor child upon return to the U.S. Upon return, the petitioner will immediately

seek employment, housing, schooling for minor child, and return to studying for the Hawaii bar exam, so as to obtain a law license in the state of Hawaii.

Visas are required for international families to travel to host nations without issue. On October 11th 2018, the petitioner had flown to Japan, via round trip ticket, for the sole purpose of renewing his Japanese spouse visa, as the visa was to expire on October 12th 2018. Due to the unreasonable conditions imposed on S[redacted]'s visa by USCIS, she was not permitted to leave the U.S.

The petitioner had intended to return to the U.S. on November 11th 2018, after his visa was renewed. The visa was renewed on November 7th 2018, and petitioner prepared to return to the U.S. on November 11th 2018.

On November 8th 2018, the petitioner discovered from his sister that S[redacted] had obtained one way tickets to Japan, for herself and the petitioner's minor child. S[redacted]'s flight was scheduled to depart on November 11th 2018. S[redacted]'s flight was on the same date, and time, the petitioner was scheduled to return to the U.S. S[redacted] had not notified the petitioner of her plans to return to Japan, and the petitioner's minor child. S[redacted]'s parents, who had paid for the tickets, did not notify the petitioner about the matter, even though the petitioner was residing at S[redacted]'s parents home, while petitioner's visa renewal was being processed.

Upon discovering the violation of 18 U.S.C. § 1204, the petitioner immediately contacted the U.S. Dept. of State, Parental Child Abduction Division, PRIOR to S[redacted]'s departure from the U.S.

Contact with the U.S. State Department was initiated for the sole purpose of barring petitioner's minor child from being taken out of the U.S. without the petitioner's permission. The petitioner quickly discovered the ineffectiveness, and incompetence of the U.S. Dept. of State's Parental Child Abduction Division, as no system is implemented to prevent the abduction of U.S. citizen minor children from the United States, especially under emergency circumstances, where time is of the essence, and where a minor

child is being abducted in violation of 18 U.S.C. § 1204, and, The Hague Convention on Child Kidnapping, as is the case in regards to the petitioner's minor child.

The lack of an effective system implemented to prevent abductions, especially in emergency situations, such as the one the petitioner currently faces is unconscionable, especially where the U.S. Dept. of State is aware that thousands of children are kidnapped annually, and where there are currently several hundred U.S. citizens, minor children, who have been, and are currently abducted into Japan. No action whatsoever has been taken to ensure abducted children are returned to the U.S. from Japan.

For many years, several congressmen, including Chris Smith, have called for sanctions against Japan in regards to the nation's unwillingness to cooperate with U.S. officials, and return abducted children, even after Japan became a signatory to The Hague Convention on Child Kidnapping in April of 2014.

The Court should take Judicial Notice that as of this date, NO AMERICAN CHILD KIDNAPPED TO JAPAN HAS EVER BEEN RETURNED TO THE UNITED STATES.

Upon discovering S[redacted]'s plan to bring the minor child to Japan, the petitioner immediately sought and obtained employment in Japan. Employment began on November 12th 2018. The purpose of obtaining employment was to provide financially for the minor child, purchase return flights to the U.S., and mitigate damages.

Upon arrival in Japan, on November 11th 2018, S[redacted] and petitioner's minor child remained at an undisclosed location. S[redacted] refused to provide the address or telephone number where the minor child was located. This caused the petitioner great stress, and emotional suffering. Petitioner's minor child was held at said location until December of 2018, when S[redacted] brought petitioner's minor child to her parent's home in Yonezawa, Japan for the holiday.

The petitioner went to S[redacted]'s parents home during the holiday, discovered the minor child covered in frostbite and

suffering other issues due to neglect, and brought the child to his current place of residence. The petitioner asked S[redacted] to go with him, but she refused.

The petitioner currently has possession of the minor child. The minor child showed signs of neglect, including frostbite, which was entirely preventable. The minor child had severely peeling feet, and sores throughout much of the minor child's body, including chest, arms, legs, and face. It took the petitioner more than two weeks to heal the minor child's injuries, through the use of proper soaps, shampoo, lotions, and food.

S[redacted] has not seen the minor child since January 2nd of 2019, and is non-responsive to numerous communications initiated by the petitioner.

On January 14th 2019, S[redacted] sent the petitioner an email communication stating as follows:

> "[Y]ou should leave Japan with [child's name redacted] then our problem will be solved. I can't live together."

On January 20th, 2019, S[redacted] shipped via Sagawa Transport Company, all of the minor child's personal property to the current temporary residence of the petitioner. The petitioner paid the fee, which amounted to more than 18,000 ¥ (164.40 USD).

The petitioner has made daily attempts at resolving the breakdown of the family unit. S[redacted] remains nonresponsive. On January 26th 2019, via telephone communication S[redacted] promised to meet the petitioner and said minor child in Sendai, Japan to discuss repairing the family. S[redacted] was to meet at 3:00PM, but did not show up. Petitioner made several phone calls during the day, seeking to meet, but S[redacted]'s cell phone was turned off.

S[redacted]'s aforementioned communication, shipment of minor child's personal property, and failure to keep appointments show she has no intention of retaining parental, or spousal relations. S[redacted] is nonresponsive to the daily communications initiated by the petitioner, who has been attempting to resolve the matter since

S[redacted] first arrived in Japan.

The petitioner is in Japan under circumstances of duress. The petitioner, and minor child are virtually hostages, desiring nothing more than to leave Japan ASAP.

The petitioner's current employment situation is "part-time." The petitioner goes to work every day with said minor child. On January 25th 2019, the petitioner was told by his employer, the minor child can no longer be brought to the workplace. As well, the petitioner has been asked to leave the company if S[redacted] will not make arrangements to locate family housing, and take proper care of said minor child. The loss of petitioner's temporary employment will result in the loss of temporary housing as well.

The petitioner has asked S[redacted] who is in possession of the minor child's passport to return it. She is either intentionally withholding the passport, or has destroyed it. The petitioner and minor child have been placed in a position of peril, and must return to the United States immediately.

**B. U.S. EMBASSY IN TOKYO REFUSES TO PROVIDE PASSPORT FOR PETITIONER'S MINOR CHILD**

Beginning January 2nd 2019, the petitioner sought to obtain a replacement passport for the minor child from the U.S. Embassy in Tokyo. The petitioner needs this replacement passport for identification purposes, and to return to the U.S. with the minor child. **The petitioner seeks this Court to ORDER THE U.S. EMBASSY IN TOKYO TO ISSUE A REPLACEMENT PASSPORT FOR THE PETITIONER'S MINOR CHILD IMMEDIATELY.**

The U.S. Dept. of State, and the U.S. Embassy in Tokyo have refused to issue a replacement passport for the minor child, and unreasonably demand the foreign mother's "consent" for the issuance of a replacement U.S. passport, even where the embassy in Tokyo already has on file the mother's consent for the issuance of said minor child's passport, which was initially issued by the U.S. Embassy in Tokyo, in 2014.

Obtaining consent from the mother is a legal impossibility, as S[redacted] is nonresponsive to petitioner's communications, and S[redacted] herself is the party that either destroyed the minor child's U.S. issued passport, or refuses to return it to the petitioner, even upon numerous requests to obtain said passport.

As well, S[redacted] had flown the minor child to Japan using the minor child's U.S. issued passport.

The petitioner filled out, and submitted to the U.S. Dept. of State, and the U.S Embassy in Tokyo, Forms DS11, DS64 and DS5525, all pertinent forms required to obtain a replacement passport. DS64 is a form for lost or stolen passports, and DS5525 is a form for "exigent" circumstances. Certainly, the circumstances the petitioner and minor child are in are exigent in nature. Regardless, the U.S. State Department, and the U.S. Embassy in Tokyo have not issued a replacement passport.

The actions of the U.S. Dept. of State, and the U.S. Embassy in Tokyo is unreasonable, unconscionable, and endangers the petitioner's U.S. citizen, minor child. **The number one priority of the U.S. Department of State, and the U.S. Embassy in Tokyo is the protection of, and safeguarding of U.S. citizens abroad. This should be especially so for minor children.**

The circumstances for the petitioner are terrifying, as Japan is considered by the United Nations, the U.S. Dept. of State, and every respected human rights organization, a black hole for child abductions.

Given the facts presented herein, it is unreasonable for the U.S. Dept. of State, and the U.S. Embassy in Tokyo to not recognize the emergency, and dire circumstances of the petitioner, and petitioner's minor child. Refusing to provide an emergency passport for petitioner's minor child, especially where the embassy in Tokyo had previously issued the minor child's passport, and where the embassy in Tokyo is aware the minor child was brought to Japan in violation of 18 U.S.C. § 1204, is unreasonable, and unlawful.

The petitioner prefers to return to the U.S. with his entire family intact, but under the current circumstances that does not seem likely.

**IV. DEMAND**

The petitioner, a U.S. citizen, father, legal guardian, and sole financial provider of petitioner's minor child, a U.S. citizen, seeks this EMERGENCY ORDER TO COMPEL THE UNITED STATES DEPARTMENT OF STATE, AND THE UNITED STATES EMBASSY IN TOKYO TO ISSUE A REPLACEMENT PASSPORT FOR PETITIONER'S MINOR CHILD IMMEDIATELY. Justice requires this ORDER to be GRANTED, and for the U.S. Embassy in Tokyo to comply with this Order IMMEDIATELY.

The petitioner seeks this Court to COMPEL, the United States Department of State, and the United States Embassy in Tokyo to take appropriate action in regards to their civic duties, in regards to the rights of the petitioner and petitioner's minor child, and intervene with Japanese authorities, so as to ensure the petitioner leaves Japan without issue.

Respectfully submitted on behalf of the petitioner, and petitioner's minor child, this January 26th, 2019.

J[redacted] S[redacted]
S/ J[redacted] S[redacted]
[redacted]
Telephone: [redacted]
Email: stack.jones@mail.com

## CERTIFICATE OF SERVICE

**I CERTIFY** that a true and correct copy of the foregoing Complaint, was served via email, and regular mail service to the United States Department of State, and the United States Embassy in Tokyo, Japan, on this 26th day of January, 2019.

U.S. Embassy Tokyo
1-10-5 Akasaka Minato-ku,
Tokyo, Japan 107-8420
Telephone: 81 033-224-5000
Email: TokyoCCU@state.gov

United States Department of State
CA/OCS/CI
2201 C. St., NW
SA-17; 9th Floor
Washington, DC 20522-1709
Telephone: 888-407-4747
Email: PreventAbduction1@state.gov

J[redacted] S[redacted]
[redacted]
Telephone: [redacted]
Email: stack.jones@mail.com

S/ J[redacted] S[redacted]
January 26th, 2019

# U.S. PASSPORT APPLICATION

PLEASE DETACH AND RETAIN THIS INSTRUCTION SHEET FOR YOUR RECORDS

## FOR INFORMATION AND QUESTIONS

Visit the official Department of State website at **travel.state.gov** or contact the National Passport Information Center (NPIC) via toll-free at 1-877-487-2778 (TDD: 1-888-874-7793) and **NPIC@state.gov**. Customer Service Representatives are available Monday-Friday 8:00a.m.-10:00p.m. Eastern Time (excluding federal holidays). Automated information is available 24 hours a day, 7 days a week.

**WHAT TO SUBMIT WITH THIS FORM:**

1. **PROOF OF U.S. CITIZENSHIP:** Evidence of U.S. citizenship **AND a photocopy** of the front (and back, if there is printed information) must be submitted with your application. The photocopy must be on 8 ½ inch by 11 inch paper, black and white ink, legible, and clear. Evidence that is not damaged, altered, or forged will be returned to you. **Note:** Lawful permanent resident cards submitted with this application will be forwarded to U.S. Citizenship and Immigration Services, if we determine that you are a U.S. citizen.
2. **PROOF OF IDENTITY:** You must present your original identification **AND submit a photocopy** of the front and back with your passport application.
3. **RECENT COLOR PHOTOGRAPH:** Photograph must meet passport requirements – full front view of the face and 2x2 inches in size.
4. **FEES:** Please visit our website at **travel.state.gov** for current fees.

**HOW TO SUBMIT THIS FORM:**

Complete and submit this application in person to a designated acceptance agent: a clerk of a federal or state court of record or a judge or clerk of a probate court accepting applications; a designated municipal or county official; a designated postal employee at an authorized post office; an agent at a passport agency (by appointment only); or a U.S. consular official at a U.S. Embassy or Consulate, if abroad. To find your nearest acceptance facility, visit **travel.state.gov** or contact the National Passport Information Center at 1-877-487-2778.

**Follow the instructions on Page 2 for detailed information to completion and submission of this form.**

## REQUIREMENTS FOR CHILDREN

- **AS DIRECTED BY PUBLIC LAW 106-113 AND 22 CFR 51.28:**

**To submit an application for a child under age 16 both parents or the child's legal guardian(s) must appear and present the following:**

- Evidence of the child's U.S. citizenship;
- Evidence of the child's relationship to parents/guardian(s); **AND**
- Original parental/guardian government-issued identification **AND a photocopy** of the front and back side of presented identification.

**IF ONLY ONE PARENT APPEARS, YOU MUST ALSO SUBMIT ONE OF THE FOLLOWING:**

- Second parent's notarized written statement or DS-3053 (including the child's full name and date of birth) consenting to the passport issuance for the child. The notarized statement cannot be more than **three** months old and must be signed and notarized on the same day, and must come with a photocopy of the front and back side of the second parent's government-issued photo identification; **OR**
- Second parent's death certificate if second parent is deceased; **OR**
- Primary evidence of sole authority to apply, such as a court order; **OR**
- A written statement or DS-5525 (made under penalty of perjury) explaining in detail the second parent's unavailability.

- **AS DIRECTED BY REGULATION 22 C.F.R. 51.21 AND 51.28:**
- Each minor child applying for a U.S. passport book and/or passport card must appear in person.

## PASSPORT VALIDITY LENGTH

**If you are 16 years of age or older**: Your U.S. passport will be valid for 10 years from the date of issue except where limited by the Secretary of State to a shorter period.

**If you are under 16 years of age**: Your U.S. passport will be valid for five years from the date of issue except where limited by the Secretary of State to a shorter period.

## APPLICANTS WHO HAVE HAD A PREVIOUS U.S. PASSPORT BOOK AND/OR PASSPORT CARD

**LOST OR STOLEN** - If you cannot submit your valid or potentially valid U.S. passport book and/or passport card with this application and you have not previously submitted Form DS-64, Statement Regarding a Lost or Stolen U.S. Passport, you are required to fill out and submit a DS-64 with this application.

**IN MY POSSESSION** - If your most recent U.S.passport book and/or passport card was issued less than 15 years ago, and you were over the age of 16 at the time of issuance, you may be eligible to use Form DS-82 to renew your passport by mail.

**FAILURE TO PROVIDE INFORMATION REQUESTED ON THIS FORM, INCLUDING YOUR SOCIAL SECURITY NUMBER, MAY RESULT IN SIGNIFICANT PROCESSING DELAYS AND/OR THE DENIAL OF YOUR APPLICATION.**

**WARNING: False statements made knowingly and willfully in passport applications, including affidavits or other documents submitted to support this application, are punishable by fine and/or imprisonment under U.S. law including the provisions of 18 U.S.C. 1001, 18 U.S.C. 1542, and/or 18 U.S.C. 1621. Alteration or mutilation of a passport issued pursuant to this application is punishable by fine and/or imprisonment under the provisions of 18 U.S.C. 1543. The use of a passport in violation of the restrictions contained herein or of the passport regulations is punishable by fine and/or imprisonment under 18 U.S.C. 1544. All statements and documents are subject to verification.**

STATE-0218

## PROOF OF U.S. CITIZENSHIP

**APPLICANTS BORN IN THE UNITED STATES:** Submit a previous U.S. passport or **certified** birth certificate. Passports that are limited in validity will need to be supplemented by other evidence. A birth certificate must include your full name, date and place of birth, sex, date the birth record was filed, the seal or other certification of the official custodian of such records (state, county, or city/town office), and the full names of your parent(s).

- If the birth certificate was filed more than 1 year after the birth: It must be supported by evidence described in the next paragraph.
- If no birth record exists: Submit a registrar's notice to that effect. Also, submit a combination of the evidence listed below, which should include your given name and surname, date and/or place of birth, and the seal or other certification of the office (if customary), and the signature of the issuing official.
  - A hospital birth record;
  - An early baptismal or circumcision certificate;
  - Early census, school, medical, or family Bible records;
  - Insurance files or published birth announcements (such as a newspaper article); and
  - Notarized affidavits (or DS-10, Birth Affidavit) of older blood relatives having knowledge of your birth may be submitted **in addition** to some of the records listed above.

**APPLICANTS BORN OUTSIDE THE UNITED STATES**: Submit a previous U.S. passport, Certificate of Naturalization, Certificate of Citizenship, Consular Report of Birth Abroad, or evidence described below:

- If you claim citizenship through naturalization of parent(s): Submit the Certificate(s) of Naturalization of your parent(s), your foreign birth certificate (and official translation if the document is not in English), proof of your admission to the United States for permanent residence, **and** your parents' marriage/certificate and/or evidence that you were in the legal and physical custody of your U.S. citizen parent, if applicable.
- If you claim citizenship through birth abroad to at least one U.S. citizen parent: Submit a Consular Report of Birth (Form FS-240), Certification of Birth (Form DS-1350 or FS-545), or your foreign birth certificate (and official translation if the document is not in English), proof of U.S. citizenship of your parent, your parents' marriage certificate, **and** an affidavit showing all of your U.S. citizen parents' periods and places of residence/physical presence in the United States and abroad before your birth.
- If you claim citizenship through adoption by a U.S. citizen parent(s): Submit evidence of your permanent residence status, full and final adoption, **and** your U.S. citizen parent(s) evidence of legal and physical custody. (**NOTE**: Acquisition of U.S. citizenship for persons born abroad and adopted only applies if the applicant was born on or after 02/28/1983.)

**ADDITIONAL EVIDENCE: You must establish your citizenship to the satisfaction of the acceptance agent and Passport Services. We may ask you to provide additional evidence to establish your claim to U.S. citizenship. Visit travel.state.gov for details.**

## PROOF OF IDENTITY

You may submit items such as the following containing your signature AND a photograph that is a good likeness of you: previous or current U.S. passport book; previous or current U.S. passport card; driver's license (not temporary or learner's license); Certificate of Naturalization; Certificate of Citizenship; military identification; or federal, state, or municipal government employee identification card. Temporary or altered documents are not acceptable.

You must establish your identity to the satisfaction of the acceptance agent and Passport Services. We may ask you to provide additional evidence to establish your identity. If you have changed your name, please see **travel.state.gov** for instructions.

IF YOU CANNOT PROVIDE DOCUMENTARY EVIDENCE OF IDENTITY as stated above, you must appear with an IDENTIFYING WITNESS, who is a U.S. citizen, non-citizen U.S. national, or permanent resident alien that has known you for at least two years. Your witness must prove his or her identity and complete and sign an Affidavit of Identifying Witness (Form DS-71) before the acceptance agent. You must also submit some identification of your own.

## COLOR PHOTOGRAPH

Submit a color photograph of you alone, sufficiently recent to be a good likeness of you (taken within the last six months), and 2x2 inches in size. The image size measured from the bottom of your chin to the top of your head (including hair) should not be less than 1 inch, and not more than 1 3/8 inches. The photograph must be in color, clear, with a full front view of your face. The photograph must be taken with a neutral facial expression (preferred) or a natural smile, and with both eyes open and be printed on photo quality paper with a plain light (white or off-white) background. The photograph must be taken in normal street attire, without a hat, or head covering unless a signed statement is submitted by the applicant verifying that the hat or head covering is part of recognized, traditional religious attire that is customarily or required to be worn continuously when in public or a signed doctor's statement is submitted verifying the item is used daily for medical purposes. Headphones, "bluetooth", or similar devices must not be worn in the passport photograph. Glasses or other eyewear are not acceptable unless you provide a signed statement from a doctor explaining why you cannot remove them due to medical reasons (e.g., during the recovery period from eye surgery). Any photograph retouched so that your appearance is changed is unacceptable. A snapshot, most vending machine prints, hand-held self portraits, and magazine or full-length photographs are unacceptable. A digital photo must meet the previously stated qualifications, and will be accepted for use at the discretion of Passport Services. Visit our website at **travel.state.gov** for details and information.

## FEES

*FEES ARE LISTED ON OUR WEBSITE AT **TRAVEL.STATE.GOV**. BY LAW, THE PASSPORT FEES ARE NON-REFUNDABLE.*

- **The passport application fee, security surcharge, and expedite fee may be paid in any of the following forms:** Checks (personal, certified, or traveler's) with the applicant's full name and date of birth printed on the front; major credit card (Visa, Master Card, American Express, and Discover); bank draft or cashier's check; money order (U.S. Postal, international, currency exchange), or if abroad, the foreign currency equivalent, or a check drawn on a U.S. bank. All fees should be payable to the "U.S. Department of State" or if abroad, the appropriate U.S. Embassy or U.S. Consulate. When applying at a designated acceptance facility, the execution fee will be paid separately and should be made payable to the acceptance facility. **NOTE: Some designated acceptance facilities do not accept credit cards as a form of payment.**

- **For faster processing**, you may request expedited service. Please include the expedite fee in your payment. Our website contains updated information regarding fees and processing times for expedited service. Expedited service is only available for passports mailed in the United States and Canada.

- **OVERNIGHT DELIVERY SERVICE** is only available for passport book mailings in the United States. Please include the appropriate fee with your payment.

- An additional fee will be charged when, upon your request, the U.S. Department of State verifies issuance of a previous U.S. passport or Consular Report of Birth Abroad because you are unable to submit evidence of U.S. citizenship.

- **For applicants with U.S. government or military authorization for no-fee passports**, no fees are charged except the execution fee when applying at a designated acceptance facility.

STATE-0217

## NOTE REGARDING MAILING OF YOUR PASSPORT(S)

Passport Services will not mail a U.S. passport to a private address outside the United States or Canada. If you do not live at the address listed in the "mailing address", then you must put the name of the person and mark it as "In Care Of" in item # 8. If your mailing address changes prior to receipt of your new passport, please contact the National Passport Information Center.

If you choose to provide your email address in Item #6 on this application, Passport Services may use that information to contact you in the event there is a problem with your application or if you need to provide information to us.

You may receive your newly issued passport book and/or card and your returned citizenship evidence in **two separate mailings**. If you are applying for both a U.S. passport book and passport card, **you may receive three separate mailings**; one with your returned citizenship evidence, one with your newly issued passport book, and one with your newly issued passport card.

## FEDERAL TAX LAW

Section 6039E of the Internal Revenue Code (26 U.S.C. 6039E) and 22 U.S.C 2714a(f) require you to provide your Social Security number (SSN), if you have one, when you apply for or renew a U.S. passport. If you have never been issued a SSN, you must enter zeros in box #5 of this form. If you are residing abroad, you must also provide the name of the foreign country in which you are residing. The U.S. Department of State must provide your SSN and foreign residence information to the U.S. Department of the Treasury. If you fail to provide the information, your application may be denied and you are subject to a $500 penalty enforced by the IRS. All questions on this matter should be referred to the nearest IRS office.

## NOTICE TO CUSTOMERS APPLYING OUTSIDE A DEPARTMENT OF STATE FACILITY

If you send us a check, it will be converted into an electronic funds transfer (EFT). This means we will copy your check and use the account information on it to electronically debit your account for the amount of the check. The debit from your account will usually occur within 24 hours and will be shown on your regular account statement.

You will not receive your original check back. We will destroy your original check, but we will keep the copy of it. If the EFT cannot be processed for technical reasons, you authorize us to process the copy in place of your original check. If the EFT cannot be completed because of insufficient funds, we may try to make the transfer up to two times, and we will charge you a one-time fee of $25, which we will also collect by EFT.

## FEE REMITTANCE

Passport service fees are established by law and regulation (see 22 U.S.C. 214, 22 C.F.R. 22.1, and 22 C.F.R. 51.50-56), and are collected at the time you apply for the passport service. If the Department fails to receive full payment of the applicable fees because, for example, your check is returned for any reason or you dispute a passport fee charge to your credit card, the U.S. Department of State will take action to collect the delinquent fees from you under 22 C.F.R. Part 34, and the Federal Claims Collection Standards (see 31 C.F.R. Parts 900-904). In accordance with the Debt Collection Improvement Act (Pub.L. 104-134), if the fees remain unpaid after 180 days and no repayment arrangements have been made, the Department will refer the debt to the U.S. Department of Treasury for collection. Debt collection procedures used by U.S. Department of Treasury may include referral of the debt to private collection agencies, reporting of the debt to credit bureaus, garnishment of private wages and administrative offset of the debt by reducing, or withholding eligible federal payments (e.g., tax refunds, social security payments, federal retirement, etc.) by the amount of your debt, including any interest penalties or other costs incurred. In addition, non-payment of passport fees may result in the invalidation of your passport. An invalidated passport cannot be used for travel.

## USE OF SOCIAL SECURITY NUMBER

Your Social Security number will be provided to U.S. Department of Treasury, used in connection with debt collection and checked against lists of persons ineligible or potentially ineligible to receive a U.S. passport, among other authorized uses.

## NOTICE TO APPLICANTS FOR OFFICIAL, DIPLOMATIC, OR NO-FEE PASSPORTS

You may use this application if you meet all of the provisions listed on Instruction Page 2; however, you must CONSULT YOUR SPONSORING AGENCY FOR INSTRUCTIONS ON PROPER ROUTING PROCEDURES BEFORE FORWARDING THIS APPLICATION. Your completed passport will be released to your sponsoring agency for forwarding to you.

## PROTECT YOURSELF AGAINST IDENTITY THEFT!
## REPORT YOUR LOST OR STOLEN PASSPORT BOOK OR PASSPORT CARD!

For more information regarding reporting a lost or stolen U.S. passport book or passport card (Form DS-64), or to determine your eligibility for a passport renewal (Form DS-82), call NPIC at 1-877-487-2778 or visit **travel.state.gov**.

## NOTICE TO U.S. PASSPORT CARD APPLICANTS

The maximum number of letters provided for your given name (first and middle) on the U.S. passport card is 24 characters. The 24 characters may be shortened due to printing restrictions. If both your given names are more than 24 characters, you must shorten one of your given names you list on item 1 of this form.

U.S. passports, either in book or card format, are only issued to U.S. citizens or non-citizen U.S. nationals. Each person must obtain his or her own U.S. passport book or U.S. passport card. The passport card is a U.S. passport issued in card format. Like the traditional U.S. passport book, it reflects the bearer's origin, identity, and nationality, and is subject to existing passport laws and regulations. **Unlike the U.S. passport book, the U.S. passport card is valid only for entry at land border crossings and sea ports of entry when traveling from Canada, Mexico, the Caribbean, and Bermuda.** The U.S. passport card is **not** valid for international air travel.

STATE-0218

## ELECTRONIC PASSPORT STATEMENT

The U.S. Department of State now issues an "Electronic Passport" book, which contains an embedded electronic chip. The electronic passport book continues to be proof of the bearer's U.S. citizenship/nationality and identity, and looks and functions in the same way as a passport without a chip. The addition of an electronic chip in the back cover enables the passport book to carry a duplicate electronic copy of all information from the data page. The electronic passport book is usable at all ports-of-entry, including those that do not yet have electronic chip readers.

Use of the electronic format provides the traveler the additional security protections inherent in chip technology. Moreover, when used at ports-of-entry equipped with electronic chip readers, the electronic passport book provides for faster clearance through some of the port-of-entry processes.

The electronic passport book does not require special handling or treatment, but like previous versions should be protected from extreme heat, bending, and from immersion in water. The electronic chip must be read using specially formatted readers, which protects the data on the chip from unauthorized reading.

The cover of the electronic passport book is printed with a special symbol representing the embedded chip. The symbol will appear in port-of-entry areas where the electronic passport book can be read.

## ACTS OR CONDITIONS

If any of the below-mentioned acts or conditions have been performed by or apply to the applicant, the portion which applies should be lined out, and a supplementary explanatory statement under oath (or affirmation) by the applicant should be attached and made a part of this application.

I have not, since acquiring United States citizenship/nationality, been naturalized as a citizen of a foreign state; taken an oath or made an affirmation or other formal declaration of allegiance to a foreign state; entered or served in the armed forces of a foreign state; accepted or performed the duties of any office, post, or employment under the government of a foreign state or political subdivision thereof; made a formal renunciation of nationality either in the United States, or before a diplomatic or consular officer of the United States in a foreign state; or been convicted by a court or court martial of competent jurisdiction of committing any act of treason against, or attempting by force to overthrow, or bearing arms against, the United States, or conspiring to overthrow, put down, or to destroy by force, the government of the United States.

Furthermore, I have not been convicted of a federal or state drug offense or convicted of a "sex tourism" crimes statute, and I am not the subject of an outstanding federal, state, or local warrant of arrest for a felony; a criminal court order forbidding my departure from the United States; a subpoena received from the United States in a matter involving federal prosecution for, or grand jury investigation of, a felony.

## PRIVACY ACT STATEMENT

**AUTHORITIES:** Collection of this information is authorized by 22 U.S.C. 211a et seq.; 8 U.S.C. 1104; 26 U.S.C. 6039E, 22 U.S.C. 2714a(f), Section 236 of the Admiral James W. Nance and Meg Donovan Foreign Relations Authorization Act, Fiscal Years 2000 and 2001; Executive Order 11295 (August 5, 1966); and 22 C.F.R. parts 50 and 51.

**PURPOSE:** We are requesting this information in order to determine your eligibility to be issued a U.S. passport. Your Social Security number is used to verify your identity.

**ROUTINE USES:** This information may be disclosed to another domestic government agency, a private contractor, a foreign government agency, or to a private person or private employer in accordance with certain approved routine uses. These routine uses include, but are not limited to, law enforcement activities, employment verification, fraud prevention, border security, counterterrorism, litigation activities, and activities that meet the Secretary of State's responsibility to protect U.S. citizens and non-citizen nationals abroad. More information on the Routine Uses for the system can be found in System of Records Notices State-05, Overseas Citizen Services Records and State-26, Passport Records.

**DISCLOSURE:** Providing information on this form is voluntary. Be advised, however, that failure to provide the information requested on this form may cause delays in processing your U.S. passport application and/or could result in the refusal or denial of your application.

Failure to provide your Social Security number may result in the denial of your application (consistent with 22 U.S.C. 2714a(f)) and may subject you to a penalty enforced by the Internal Revenue Service, as described in the Federal Tax Law section of the instructions to this form. Your Social Security number will be provided to the Department of the Treasury and may be used in connection with debt collection, among other purposes authorized and generally described in this section.

## PAPERWORK REDUCTION ACT STATEMENT

Public reporting burden for this collection of information is estimated to average 85 minutes per response, including the time required for searching existing data sources, gathering the necessary data, providing the information and/or documents required, and reviewing the final collection. You do not have to supply this information unless this collection displays a currently valid OMB control number. If you have comments on the accuracy of this burden estimate and/or recommendations for reducing it, please send them to: U.S. Department of State, Bureau of Consular Affairs, Passport Services, Office of Legal Affairs and Law Enforcement Liaison, 44132 Mercure Cir, P.O. Box 1227, Sterling, Virginia 20166-1227

# APPLICATION FOR A U.S. PASSPORT

*Please Print Legibly Using Black Ink Only*

OMB CONTROL NO. 1405-0004
OMB EXPIRATION DATE: 08-31-2019
ESTIMATED BURDEN: 85 MIN

Attention: Read WARNING on page 1 of instructions

**Please select the document(s) for which you are applying:**

☑ U.S. Passport Book ☐ U.S. Passport Card ☐ Both

The U.S. passport card is not valid for international air travel. For more information see page 1 of instructions.

☑ Regular Book (Standard) ☐ Large Book (Non-Standard)

**Note:** The large book option is for those who frequently travel abroad during the passport validity period, and is recommended for applicants who have previously required the addition of visa pages.

☐ D ☐ O ☐ Dep **DOTS** ____

**End. #** ____ **Exp.** ____

**1. Name** Last

[redacted]

First [redacted] Middle

**2. Date of Birth** *(mm/dd/yyyy)* [redacted]

**3. Sex** M ✓ F

**4. Place of Birth** *(City & State if in the U.S., or City & Country as it is presently known.)* [redacted]

**5. Social Security Number** [redacted]

**6. Email** *(Info alerts offered at travel.state.gov)* mail@stackjones.com

**7. Primary Contact Phone Number** [redacted]

**8. Mailing Address:** Line 1: Street/RFD#, P.O. Box, or URB.

[redacted]

Address Line 2: **Clearly label** Apartment, Company, Suite, Unit, Building, Floor, In Care Of or Attention if applicable. *(e.g., In Care Of - Jane Doe, Apt # 100)*

**City** **State** **Zip Code** **Country**, if outside the United States

[redacted]

**9. List all other names you have used.** *(Examples: Birth Name, Maiden, Previous Marriage, Legal Name Change. Attach additional pages if needed)*

A. B.

STAPLE 2" x 2" STAPLE FROM 1" TO 1 3/8" STAPLE 2" x 2" STAPLE

Attach a color photograph taken within the last six months

☐ Acceptance Agent ☐ (Vice) Consul USA

☐ Passport Staff Agent

(Seal)

## STOP! CONTINUE TO PAGE 2

**DO NOT SIGN APPLICATION UNTIL REQUESTED TO DO SO BY AUTHORIZED AGENT**

**Identifying Documents - Applicant or Mother/Father/Parent on Second Signature Line (if identifying minor)**

☐ Driver's License ☐ State Issued ID Card ☐ Passport ☐ Military ☐ Other ____

Name ____

Issue Date *(mm/dd/yyyy)* ____ Exp. Date *(mm/dd/yyyy)* ____ State of Issuance ____

ID No ____ Country of Issuance ____

**Identifying Documents - Applicant or Mother/Father/Parent on Third Signature Line (if identifying minor)**

☐ Driver's License ☐ State Issued ID Card ☐ Passport ☐ Military ☐ Other ____

Name ____

Issue Date *(mm/dd/yyyy)* ____ Exp. Date *(mm/dd/yyyy)* ____ State of Issuance ____

ID No ____ Country of Issuance ____

I declare under penalty of perjury all of the following: 1) I am a citizen or non-citizen national of the United States and have not, since acquiring U.S. citizenship or nationality, performed any of the acts listed under "Acts or Conditions" on page four of the instructions of this application (unless explanatory statement is attached); 2) the statements made on the application are true and correct; 3) I have not knowingly and willfully made false statements or included false documents in support of this application; 4) the photograph attached to this application is a genuine, current photograph of me; and 5) I have read and understood the warning on page one of the instructions to the application form.

Name of courier company (*if applicable*) ____ Facility ID Number ____

X ____ **Applicant's Legal Signature - age 16 and older**

Facility Name/Location ____ Agent ID Number ____

X ____ **Mother/Father/Parent/Legal Guardian's Signature** (if identifying minor)

X ____ **Mother/Father/Parent/Legal Guardian's Signature** (if identifying minor)

Signature of person authorized to accept applications ____ Date ____

For Issuing Office Only → Bk ____ Card ____ EF ____ Postage ____ Execution ____ Other ____

STATE-0220

* DS 11 C 09 2013 1 *

**Name of Applicant** *(Last, First, & Middle)* [redacted]

**Date of Birth** *(mm/dd/yyyy)* [redacted]

**10. Parental Information**

Mother/Father/Parent - First & Middle Name [redacted]

Last Name *(at Parent's Birth)*

Date of Birth *(mm/dd/yyyy)* — Place of Birth [redacted]

Sex: [x] Male [ ] Female — U.S. Citizen? [x] Yes [ ] No

Mother/Father/Parent - First & Middle Name [redacted]

Last Name *(at Parent's Birth)*

Date of Birth *(mm/dd/yyyy)* — Place of Birth [redacted]

Sex: [ ] Male [x] Female — U.S. Citizen? [ ] Yes [x] No

**11. Have you ever been married?** [x] Yes [ ] No *If yes, complete the remaining items in #11.*

Full Name of Current Spouse or Most Recent Spouse [redacted]

Date of Birth (mm/dd/yyyy) — Place of Birth [redacted]

U.S. Citizen? [ ] Yes [x] No

Date of Marriage *(mm/dd/yyyy)* 07/14/2014

Have you ever been widowed or divorced? [ ] Yes [x] No

Widow/Divorce Date *(mm/dd/yyyy)*

**12. Additional Contact Phone Number** [ ] Home [ ] Cell [ ] Work

**13. Occupation** *(if age 16 or older)*

**14. Employer or School** *(if applicable)*

**15. Height** 3' 4"

**16. Hair Color** Brown

**17. Eye Color** Brown

**18. Travel Plans**

Departure Date *(mm/dd/yyyy)* — Return Date *(mm/dd/yyyy)* — Countries to be Visited

**19. Permanent Address -** *If P.O. Box is listed under Mailing Address* ***or*** *if residence is different from Mailing Address.*

Street/RFD # or URB (***No P.O. Box***) — Apartment/Unit

City — State — Zip Code

**20. Emergency Contact -** *Provide the information of a person not traveling with you to be contacted in the event of an emergency.*

Name — Address: Street/RFD # or P.O. Box — Apartment/Unit

[redacted]

City — State — Zip Code — Phone Number [redacted]

Relationship: Sister

**21. Have you ever applied for or been issued a U.S. Passport Book or Passport Card?** [ ] Yes [ ] No *If yes, complete the remaining items in #21.*

Name as printed on your most recent passport book [redacted]

Most recent passport book number — Most recent passport book issue date *(mm/dd/yyyy)* [redacted]

Status of your most recent passport book: [ ] Submitting with application [ ] Stolen [ ] Lost [ ] In my possession *(if expired)*

Name as printed on your most recent passport card

Most recent passport card number — Most recent passport card issue date *(mm/dd/yyyy)*

Status of your most recent passport card: [ ] Submitting with application [ ] Stolen [ ] Lost [ ] In my possession *(if expired)*

## PLEASE DO NOT WRITE BELOW THIS LINE - FOR ISSUING OFFICE ONLY

Name as it appears on citizenship evidence ____________________

[ ] Birth Certificate SR CR City Filed: Issued:

[ ] Nat. / Citz. Cert. USCIS USDC Date/Place Acquired: A#

[ ] Report of Birth Filed/Place:

[ ] Passport C/R S/R Per PIERS #/DOI:

[ ] Other:

[ ] Attached:

[ ] P/C of Citz [ ] P/C of ID [ ] DS-71 [ ] DS-3053 [ ] DS-64 [ ] DS-5520 [ ] DS-5525 [ ] DAW [ ] NPIC [ ] IRL [ ] Citz W/S

STATE-0221

* DS 11 C 09 2013 2 *

U.S. Department of State

# STATEMENT REGARDING A LOST OR STOLEN U.S. PASSPORT BOOK AND/OR CARD

## HOW TO REPORT A LOST OR STOLEN PASSPORT BOOK AND/OR CARD

**To report a lost or stolen passport, please choose ONE of the following options:**

**1. To apply for a new U.S. passport book and/or card please submit this form with a new DS-11, *Application for a U.S. Passport*, to any designated acceptance facility, U.S. passport agency, U.S. embassy, or U.S. consulate abroad.**

**OR**

**2. Report a lost or stolen U.S. passport online by visiting our website at travel.state.gov.**

**OR**

**3. Report a lost or stolen U.S. passport by phone by calling 1-877-487-2778 (TDD: 1-888-874-7793) and following the representative's instructions.**

**OR**

**4. Submit this form by mail AND a photocopy of a government-issued photo identification (such as a driver's license or state-issued identification) to the following address* ONLY IF you are NOT applying for a new U.S. passport book and/or card:**

**ATTN: CLASP**
**U.S. Department of State**
**CA/PPT/S/L/LE**
**44132 Mercure Cir**
**P.O. Box 1227**
**Sterling, VA 20166-1227**

** Only use this address to submit this form or other correspondence about lost/stolen passports. For general inquiries, call the National Passport Information Center at 1-877-487-2778.*

**Protect yourself against identity theft! Report a lost or stolen U.S. passport!**
**For more information, please visit our website: travel.state.gov**

## WARNING

False statements made knowingly and willfully on this form, in U.S. passport applications, or in affidavits or other supporting documents submitted therewith are punishable by fine and/or imprisonment under U.S. law, including the provisions of 18 U.S.C. 1001 and/or 18 U.S.C. 1542. Alteration or mutilation of a U.S. passport is punishable by fine and/or imprisonment under the provisions of 18 U.S.C. 1543. The use of a U.S. passport in violation of the restrictions contained therein or of the passport regulations is punishable by fine and/or imprisonment under 18 U.S.C. 1544. All statements and documents submitted are subject to verification.

## PRIVACY ACT STATEMENT

**AUTHORITIES:** We are authorized to collect this information by 22 U.S.C. 211a et seq.; 8 U.S.C. 1104; 8 U.S.C. 1737; Executive Order 11295 (August 5, 1966); and 22 C.F.R. Parts 50 and 51.

**PURPOSE:** We are requesting the information to ensure that no one has more than one valid U.S. passport book and one valid U.S. passport card at any one time, except as authorized by the U.S. Department of State, and to combat passport fraud and misuse.

The collection of the Social Security number will be used to verify the identity of the person reporting the lost or stolen passport and to identify the passport being reported lost or stolen. There is no other purpose unless authorized by law.

**ROUTINE USES:** This information may be disclosed to another domestic government agency, a private contractor, a foreign government agency, or to a private person or private employer in accordance with certain approved routine uses. These routine uses include, but are not limited to, law enforcement activities, employment verification, fraud prevention, border security, counterterrorism, litigation activities, and activities that meet the Secretary of State's responsibility to protect U.S. citizens and non-citizen nationals abroad.

More information on the routine uses for the information can be found in System of Records Notices State-05, Overseas Citizen Services Records and Other Overseas Records and State-26, Passport Records.

**DISCLOSURE:** Providing your Social Security number and other information on this form is voluntary, but failure to provide the information on this form may, given the form's purpose of verification of your identity, result in processing delays.

## PAPERWORK REDUCTION ACT STATEMENT

Public reporting burden for this collection of information is estimated to average five minutes per response, including time required for searching existing data sources, gathering the necessary data, providing the information and/or documents required, and reviewing the final collection. You do not have to supply this information unless this collection displays a currently valid OMB control number. If you have comments on the accuracy of this burden estimate and/or recommendations for reducing it, please send them to: U.S. Department of State, Bureau of Consular Affairs, Passport Services, Office of Legal Affairs, Attn: Passport Forms Officer, 44132 Mercure Cir., P.O. Box 1227, Sterling, VA 20166-1227.

U.S. Department of State

*Please Print Legibly Using Black Ink Only*

**OMB CONTROL NO. 1405-0014**
**OMB EXPIRATION DATE: 11-30-2021**
**ESTIMATED BURDEN: 5 Minutes**

# STATEMENT REGARDING A LOST OR STOLEN U.S. PASSPORT BOOK AND/OR CARD

## IMPORTANT NOTICE

A U.S. national may not normally bear more than one valid or potentially valid U.S. passport book and/or card at a time. Therefore, a statement is required when applying for a new U.S. passport if the previously valid or potentially valid passport is not submitted. Your statement must detail why the previous U.S. passport cannot be presented. The information you provide on this form will be placed into the Consular Lost and Stolen Passport System, which is designed to prevent the misuse of all reported lost or stolen passports. If more than one U.S. passport previously issued to you was lost or stolen, your replacement passport may be limited in validity. Once reported, the lost or stolen passport is electronically cancelled and MUST NOT BE USED FOR TRAVEL. Anyone (including the bearer) traveling on a reported lost or stolen passport may be detained upon entering the United States. Should you locate the passport after reporting it lost or stolen, submit it for cancellation to the Consular Lost and Stolen Passport Unit (CLASP). See page one of this form for contact information.

**Please select the document (or documents) that you are reporting and its status.**

**U.S. Passport Book** ☑ Lost ☐ Stolen  **U.S. Passport Card** ☐ Lost ☐ Stolen

## 1. IDENTIFYING INFORMATION OF PASSPORT HOLDER: Type or print legibly in black ink in white areas only.

| Last Name | First Name | Middle Name |
|---|---|---|
| [redacted] | [redacted] | |

Has your name changed since the passport was issued? If yes, state the name in which the lost or stolen passport was issued.

No

| Sex | Date of Birth (*mm-dd-yyyy*) | Place of Birth (*City & State if in U.S. or City & Country*) | Social Security Number |
|---|---|---|---|
| ☐ Female ☑ Male | [redacted] | | |

Current Address (*Street, City, State, and ZIP Code **or** Country, if outside the U.S.*)

[redacted]

| Telephone Number | Alternative Telephone Number | E-mail Address |
|---|---|---|
| [redacted] | ( ) | mail@stackjones.com |

## 2. LOST OR STOLEN U.S. PASSPORT BOOK/CARD INFORMATION: Answer all questions completely. If you do not know the answer in detail, be as exact as possible.

Are you submitting this form in connection with an application for a new U.S. passport book and/or card? ☑ Yes ☐ No

Explain how your U.S. passport book/card was lost or stolen.

Passport is for minor child brought to Japan in violation of 18 U.S.C. § 1204.
Minor child's U.S. passport was used to enter Japan.
Father is guardian, biological father, and sole financial provider.

Explain where the loss or theft occurred. Provide the address, if known *(City and State, if in the U.S., or City and Country as it is presently known)*

Mother abandoned child on January 2nd, 2019. Father needs minor child's for identification purposes, and for passport to return to the U.S. Mother either refuses to return the passport, or has intentionally destroyed it.

On what date was your U.S. passport book/card lost or stolen *(mm-dd-yyyy)*? If unknown, when was the last time you remember it being in your possession?

November 11th, 2018.

| **List your lost or stolen U.S. Passport <u>Book</u>, if known:** | **List your lost or stolen U.S. Passport <u>Card</u>, if known:** |
|---|---|
| [redacted] | Number / Issue Date *(mm/dd/yyyy)* |

Have you had any other U.S. passport book/card lost or stolen? ☐ Yes ☑ No

**If yes,** how many passports? _____ Approximate date(s)? _____ Did you file a police report? ☐ Yes ☑ No
*(If yes and the report is available, please submit a copy.)*

## 3. YOU MUST SIGN AND DATE THE APPLICATION IN THE DESIGNATED AREA BELOW

I, the undersigned, declare under penalty of perjury all of the following: 1) that I have read and understood the warning on page one of this form; 2) the information provided herein is correct and complete; 3) I have not given my U.S. passport book and/or passport card to another person or disposed of it in an unauthorized manner; 4) I understand that the U.S. passport(s) I report as missing will be invalidated and cannot be used; and 5) if I subsequently find and recover it, I will immediately return the passport and/or passport card to Passport Services at the address on page one of this form or to the nearest U.S. passport agency, U.S. embassy or U.S. consulate, if abroad, and I will not attempt to use it.

Legal Signature - age 16 or older or Parent/Guardian if under age 16 — Date *(mm/dd/yyyy)*

[redacted] — 01/25/2019

Legal Signature - Parent/Guardian if under age 16 — Date *(mm/dd/yyyy)*

**<u>Both parents or guardians of a child younger than 16 years old must sign and provide photocopy of ID when submitting this form</u>** on the child's behalf unless one parent or guardian has sole custody. If there is sole custody, include a copy of a supporting document, such as a court order, with this form.

STATE-0223

U.S. Department of State

# STATEMENT OF EXIGENT/SPECIAL FAMILY CIRCUMSTANCES FOR ISSUANCE OF A U.S. PASSPORT TO A MINOR UNDER AGE 16

## USE OF THIS FORM

Passport applications for minors under the age of 16 require both custodial parents/legal guardians' signatures unless a notarized, written statement of consent from the non-applying custodial parent/legal guardian is provided.

**If you have a current court order reflecting full/sole custody or granting permission to obtain a passport, it is likely you will not need to fill out this form.** Court orders must be submitted with the minor's passport application.

**Use this form only if the notarized, written consent of a parent or legal guardian with custody of the minor applicant under 16 cannot be obtained.** Your statement in the form must explain the reason why you cannot obtain the notarized statement of consent. You must justify that there are exigent or special family circumstances that make two parent/guardian consent unobtainable. Please note completion of this form does not guarantee passport issuance.

Your request may qualify as a exigent circumstance if there is a time-sensitive emergency and the inability of the minor to obtain a passport would jeopardize the minor's health or welfare and safety or welfare of the minor or would result in the minor being separated from the rest of his or her traveling party.

Your request may qualify as a special family circumstance if the minor's family situation makes it exceptionally difficult or impossible for one or both of the minor's custodial parents/legal guardians to provide the notarized, written consent.

## FORM INSTRUCTIONS

1. **Please complete the questions on this form to the best of your knowledge.** Generally, the more information you are able to provide, the faster we may be able to process your minor child's U.S. passport application. For example, if you are unsure of an exact address, please provide the city, state, or street name if you can recall them. Passport Services will consider all the information derived from the form in its entirety.

2. If you need more space to respond to a question, please write the rest of your response on a separate sheet of paper.

## FOR MORE INFORMATION AND/OR QUESTIONS

For passport and travel information, please visit our website at **travel.state.gov.** In addition, contact the National Passport Information Center (NPIC) toll-free at 1-877-487-2778 (TDD 1-888-874-7793) or by e-mail at **NPIC@state.gov.** Customer Service Representatives are available Monday-Friday, 8:00a.m.-10:00p.m. Eastern Standard Time (excluding federal holidays). Automated information is available 24/7.

For information on International Parental Child Abduction, please visit **www.travel.state.gov/childabduction** or contact the Office of Children's Issues by telephone at 1-888-407-4747 or by e-mail at **PreventAbduction1@state.gov.**

## WARNING

**False statements made knowingly and willfully on passport applications, including affidavits or other supporting documents submitted therewith, may be punishable by fine and/or imprisonment under U.S. law, including the provisions of 18 U.S.C. 1001, 18 U.S.C. 1542, and/or 18 U.S.C. 1621.**

## PRIVACY ACT STATEMENT

**AUTHORITIES:** We are authorized to collect this information by 22 U.S.C. 211a et seq.; 8 U.S.C. 1104; 26 U.S.C. 6039E; Executive Order 11295 (August 5, 1966); and 22 C.F.R. parts 50 and 51.

**PURPOSE:** The primary purpose for soliciting this information is to establish a possible exigent/special family circumstance exception to Public Law 106-113, Section 236, requiring two parent consent for a minor's passport application.

**ROUTINE USES:** This information may be disclosed to another domestic government agency, a private contractor, a foreign government agency, or to a private person or private employer in accordance with certain approved routine uses. These routine uses include, but are not limited to, law enforcement activities, employment verification, fraud prevention, border security, counterterrorism, litigation activities, and activities that meet the Secretary of State's responsibility to protect U.S. citizens and non-citizen nationals abroad.

More information on the Routine Uses for the system can be found in System of Records Notices State-05, Overseas Citizen Services Records and State-26, Passport Records.

**DISCLOSURE:** Failure to provide the information requested on this form may result in the refusal or denial of a U.S. passport application.

## PAPERWORK REDUCTION ACT STATEMENT

Public reporting burden for this collection of information is estimated to average 30 minutes per response, including the time required for searching existing data sources, gathering the necessary data, providing the information and/or documents required, and reviewing the final collection. Responding to this collection of information is required to obtain a benefit. You do not have to supply this information unless this collection displays a currently valid OMB control number. If you have comments on the accuracy of this burden estimate and/or recommendations for reducing it, please send them to: U.S. Department of State, Bureau of Consular Affairs, Passport Services, Office of Legal Affairs and Law Enforcement Liaison, Attn: Forms Officer, 44132 Mercure Cir, P.O. Box 1227, Sterling, Virginia 20166-1227.

OMB CONTROL NO. 1405-0216
OMB EXPIRATION DATE: 08-31-2019
ESTIMATED BURDEN: 30 Minutes

## U.S. Department of State

## STATEMENT OF EXIGENT/SPECIAL FAMILY CIRCUMSTANCES FOR ISSUANCE OF A U.S. PASSPORT TO A MINOR UNDER AGE 16

**1. Minor's Name** *(Last, First, Middle)*: [redacted] [redacted]

**2. Minor's Date of Birth** *(mm/dd/yyyy)*: [redacted]

**3. Applying Parent/Guardian's Name** *(Last, First, Middle)*: [redacted] [redacted]

**4. Non-Applying Parent/Guardian's Information**

Last Name: [redacted]
First & Middle Name: [redacted]

Date of Birth *(mm/dd/yyyy)*: [redacted]
Other Names They May Have Used:

Street: [redacted]
Apartment No.

[redacted]
ZIP Code: 992-0039
Country: Japan

Telephone Number: (_______) ________________ E-mail Address: ________________

**5. Has any court, either in the United States or abroad, ever issued an order/decree that references the custody or travel of the minor child in question? (Examples include a divorce decree, custody order, protection order, stay away order, restraining order, etc.)** ☐ Yes ☑ No

*If yes, you **must** submit a complete, signed, and dated copy of the most recent order(s)/decree(s) with this form.*

**6. Is the non-applying parent/guardian currently incarcerated?** ☐ Yes ☑ No

*If yes, submit evidence of incarceration with this form, such as a letter from the convicting criminal court, a copy of the incarceration court order, or a copy of the on-line inmate locator page.*

**7. Describe your attempts to contact the Non-Applying Parent.** *(If you need more space, continue on a separate paper.)*

| | Number of times | Approximate Dates | Result |
|---|---|---|---|
| **By Mail** | | | |
| **Phone** | 200+ | 11/08/2018-01/25/2019 | Nonresponsive |
| **E-mail** | 200+ | 11/08/2018-01/25/2019 | Nonresponsive |
| **Social Media** | | | |

**Other** Have you attempted to contact through a friend or relative? If so, please fill out the information below.

Name: ________________ (*Ex: John Smith*) How they know the non-applying parent: ________________ (*Ex: Works with Non-Applying Parent*)
Address: ________ (*Street*) ________ (*City*) ________ (*State or Country*)
Phone: ________ Approximate Dates: ________ Result: ________

Name: ________________ (*Ex: John Smith*) How they know the non-applying parent: ________________ (*Ex: Works with Non-Applying Parent*)
Address: ________ (*Street*) ________ (*City*) ________ (*State or Country*)
Phone: ________ Approximate Dates: ________ Result: ________

**8. Please explain in detail the reason for your request to issue a U.S. passport book and/or card without the non-applying parent/guardian's consent.** *(If you need more space, please continue on a separate paper.)*

[redacted]

**OATH: I declare under penalty of perjury that all statements made in this supporting document are true and correct.**

**Signature of Parent or Legal Guardian:** [redacted] STATE-0225 **Date** *(mm/dd/yyyy)*: 01/25/2019

**From:** [redacted]
**To:** [redacted]
**Cc:** [redacted]
**Subject:** RE: 1.26.19. Emergency Order Filed To Obtain Passport for Minor Child
**Date:** Sunday, January 27, 2019 7:47:18 PM

---

[redacted]

Below please find my draft response:

[redacted]

---

Dear Mr. S,

We are in receipt of your emails dated 27 January, 2019.

As explained in our email that was sent to you on the 7th of January following your call with the consular officer, passport applications for minors under the age of sixteen (16) years of age must be submitted in person, and accompanied by both parents, unless other supporting documentation has been prepared for submission.

If you have not already done so, please use the following link to schedule your in-person appointment in Tokyo or Sapporo: https://jp.usembassy.gov/u-s-citizen-services/appointment-system-acs/.

U.S. law requires that children under sixteen (16) years of age must appear in person accompanied by BOTH parents. Please see our website at https://jp.usembassy.gov/u-s-citizen-services/passports/children-under-16/.

If one parent cannot be present, the appearing parent must provide an original copy of the completed and notarized DS-3053 Statement of Consent, and a photocopy of the non-applying parent's ID. Unfortunately, government regulations do not allow for exceptions. Please see Parental Consent for Minors for more information.

If the child has two parents or guardians, but one is absent, and cannot be located to provide parental consent in a timely manner, the applying parent must submit Form DS-5525: Statement of Exigent/Special Family Circumstances. The statement must explain in detail the non-applying parent's or guardian's unavailability and recent efforts made to contact the non-applying parent. The applying parent also may be required to provide evidence (e.g., custody order, incarceration order, restraining order) to document his/her claim of exigent or special circumstances.

No decision can be made about your minor son's passport without first making an appointment to submit the DS-11 "Application for a U.S. Passport", along with the DS-64 "Statement Regarding a Lost or Stolen U.S. Passport", if applicable. If your wife is unable or unwilling to consent to issuance, you will also be required to submit the DS-5525 as noted above. Under most exigent circumstances,

passports applications can only be approved for issuance after the Department in Washington, D.C. has authorized us to do so.

Sincerely,

American Citizen Services
U.S. Embassy Tokyo

**Official - SBU (Deliberative Process)**
**UNCLASSIFIED**

---

**From:** [redacted]
**Sent:** Monday, January 28, 2019 9:30 AM
**To:** [redacted]
**Cc:** [redacted] [redacted] [redacted]
**Subject:** FW: 1.26.19. Emergency Order Filed To Obtain Passport for Minor Child

Hi [redacted]

Attached are the documents received from Mr. S . I imagine the course of action (as we don't pre-adjudicate) would be:

1) tell him he should apply for a passport for his son at an Embassy or Consulate in Japan, as that would start the process of reviewing exigent circumstances; and
2) forward the documents to Dept. CI FYSA ahead of our receiving any application

[redacted] is drafting a reply for CCU.

--[redacted]

**Official - Privacy/PII**
**UNCLASSIFIED**

---

**From:** [redacted]
**Sent:** Monday, January 28, 2019 9:08 AM
**To:** [redacted]
**Subject:** FW: 1.26.19. Emergency Order Filed To Obtain Passport for Minor Child

[redacted] san, please see email from Mr. S .
I just forwarded to [redacted] san as well.

[redacted]

**Official - Privacy/PII**
**UNCLASSIFIED**

---

**From:** Tokyo, CCU
**Sent:** Monday, January 28, 2019 9:04 AM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** FW: 1.26.19. Emergency Order Filed To Obtain Passport for Minor Child

[redacted] san,

Good morning. Forwarded ppt application for Mr. S[redacted], M[redacted].

V/r,
[redacted]

-----Original Message-----
From: mail@stackjones.com [mailto:mail@stackjones.com]
Sent: Sunday, January 27, 2019 11:37 AM
To: Tokyo, CCU
Cc: PreventAbduction1
Subject: 1.26.19. Emergency Order Filed To Obtain Passport for Minor Child

1.26.19.

Emergency order filed in U.S. District Court, Hawaii, to compel U.S. Dept. of State, and U.S. Embassy Tokyo to reissue minor child's passport, due to exigent circumstances.

Copy of said ruling is attached, as well, the resistance of the required forms for the issuance of minor child's U.S. passport.

J[redacted] S[redacted]

**Official - Privacy/PII**
**UNCLASSIFIED**

**From:** [redacted]
**To:** [redacted]
**Subject:** FW: Phone call with S[redacted], J[redacted] re: issuance of child"s passport with single parent signature claiming exigent/special circumstances
**Date:** Sunday, January 27, 2019 8:58:09 PM

---

[redacted]

For your reference, here's a copy of my notes from the phone call on 01/07/19. Interspersed with the call notes are internal deliberative notes/comments and relevant FAM references (*in red*).

Sapporo was also included since he's within their consular district and most likely to schedule his interview there.

[redacted]

**Official - Privacy/PII**
**UNCLASSIFIED**

---

**From:** [redacted]
**Sent:** Monday, January 07, 2019 1:05 PM
**To:** Tokyo Consular ACS SCS DL; Tokyo Consular ACS Officers DL; [redacted]
**Cc:** [redacted]
**Subject:** Phone call with S[redacted], J[redacted] re: issuance of child's passport with single parent signature claiming exigent/special circumstances

S[redacted], J[redacted]
DPOB [redacted]
SSN [redacted]
Email: mail@stackjones.com

Recent correspondence with Mr. S[redacted] contained two possible phone numbers: [redacted] and [redacted].

I contacted him at the first number, which was answered by a female. Initially, I was concerned that I had called his place of employment, but he later stated that this was the number of the house provided by his employer, and that the woman had come by to do a little housekeeping.

Consistent with his recent communications with others, he stated that he had previously lived in Japan and had moved to Florida. in March 2018 to live there with his family. In October, he returned to Japan alone to renew his visa, while his wife and child remained in the Florida. He planned to return circa Nov 11, but immediately prior to departing, he learned from his sister that his wife had purchased one-way tickets to return to Japan with their son. Concerned that

his wife may divorce him and cancel his visa, he cancelled his flight, and immediately sought employment with an "eikawa" (English conversation school) in Sendai. He reiterated that his wife had lived with her sister in Tokyo (at an unknown address with unknown phone number) for about a month before moving to her parents' house in Yamagata.

He states that she was not totally incommunicado the entire time, as she had come up to visit him in Sendai to help him find more permanent accommodations. At that time, he had given her his first paycheck (minus some money for his Suica card), as had been his practice throughout their marriage. It is unclear whether their son had come with her when she visited. He claims that instead of helping him find an apartment, she took the money and left him with nothing. Although the pay isn't much, conoff understood him to say that he also earns money by doing legal work (remotely), presumably for an entity in the U.S.

He further stated that he travelled to his in-laws house in Yamagata in early January and stayed there for two days, during which time they "were rude" to him (he states that the family was never supportive of them during the ten years that they have been together). He alleged that the house was "filthy", that fuel containers "were stacked in the entryway", that the house was unheated (all wore multiple layers of clothing and "you could see your breath" indoors), that his son was coughing and his (the son's) skin was "raw" from the harsh "chemical soaps" they use. He stated that he "took pictures" and decided to leave with his son and return to Sendai. He claimed that the family struggled with him, hit him, and pulled his son's arm when he tried to leave. He was ultimately able to leave with his son, albeit without his or his son's jackets or gloves, and they walked in the cold to the train station.

He states that the child is now safe in his house in Sendai, which is clean and warm, and that his employer is supportive. He states that his employer is also a single father with sole custody of his child, and has promised to "protect [his] son and not turn him over to the mother."

He also stated that the employer gave him some money (~$250) to buy food and other necessities until his next paycheck, and will allow him to remain in the "temporary housing" at no expense. Also, the mother shipped a box of the son's clothing for him to use there. He has no current concerns at this time about his son's safety or wellbeing.

He advised that he had filed a motion with the District Court in Hawaii to compel issuance of his son's passport. The motion (a copy of which was previously forwarded to the Embassy from OCS/CI) states his intention is to "return to the U.S. with his child". He also stated that he intends to file a similar motion with the 9th Circuit District Court.

He verbally claimed that he did not have any intention of returning to the U.S. "right away" but repeatedly stated that he "needed" the passport as "identification for his son".

[redacted]

He also stated that the child's birthday was Jan 4th, and the mother sent "a box of clothing" and not "a birthday cake", which he felt was a clear sign that she had "abandoned the child".

[redacted]

[redacted]

[redacted]

[redacted]

He asked when he would "get a decision" on his son's passport, and conoff stated that "decisions" could not made without submission of a DS-11 passport application and accompanying DS-5525 "*Statement of Exigent/Special Family Circumstances for Issuance of a Passport to a Minor Under Age 16*", or equivalent statement. Conoff also noted that any claimed special circumstances regarding his specific claim (needing an ID, presumably to obtain benefits), per 8 FAM 502.5-3d(9) would require prior authorization from AskPPTAdjudication@state.gov (as would any claim under d(8)).

He stated that he understood that particular decision could not be made at post and would need approval from Washington.

[ACTION] Although it's not likely to qualify as an exigent or special family circumstance after reviewing the FAM, as noted above, we can't preadjudicate. Since the passport was neither lost nor cancelled in error, and he does not qualify for a no-fee reissuance. Let's send an email to Mr. S explaining the DS-11 and DS-5525 process.

**Official - Privacy/PII**
**UNCLASSIFIED**

**From:** [redacted]
**To:** Tokyo, CCU; [redacted] Tokyo Consular ACS SCS DL; Sapporo, ACS; [redacted]
**Cc:** [redacted]
**Subject:** RE: Email from S -- "1.26.19. Emergency Order Filed To Obtain Passport for Minor Child"
**Date:** Sunday, January 27, 2019 9:36:08 PM
**Attachments:** 1.26.19. Emergency Order Passport for Minor Child.pdf
DS11.pdf
DS64.pdf
DS5525.pdf

---

@CCU, please send the following reply to Mr. S, and bcc: SapporoACS@state.gov, TokyoACS@state.gov, [redacted] san, [redacted] san, [redacted] san, and me.

I'm sharing this with the wider group for their awareness re this ongoing domestic issue.

Thank you,

[redacted]

---

Dear Mr. S,

Thank you for your email.

We have not yet had the opportunity to consider your minor son's circumstances, as his DS-11 passport application must first be submitted in person. At that time he will be seen by a consular officer and you will have the opportunity to provide additional documentation, as needed.

If you have not yet scheduled your son's in-person appointment in Tokyo or Sapporo, please use the following link: https://jp.usembassy.gov/u-s-citizen-services/appointment-system-acs/ to schedule it at your convenience. Currently, most appointments are available within one or two business days.

More specific instructions are included below:

> U.S. law requires that children under sixteen (16) years of age must appear in person accompanied by one or both parents. Please review our website at https://jp.usembassy.gov/u-s-citizen-services/passports/children-under-16/ which lists the supporting documentation required for the DS-11 passport application.
>
> If one parent cannot be present, the appearing parent must provide an original copy of the completed and notarized DS-3053 Statement of Consent, and a photocopy of the non-applying parent's ID. Please see Parental Consent for Minors for more information.
>
> If the child has two parents or guardians, but one is absent, and cannot be located to provide parental consent in a timely manner, the applying parent must submit Form DS-5525:

Statement of Exigent/Special Family Circumstances. The statement must explain in detail the non-applying parent's or guardian's unavailability and recent efforts made to contact the non-applying parent. The applying parent also may be required to provide evidence (e.g., custody order, incarceration order, restraining order) to document his/her claim of exigent or special circumstances.

No decision can be made about your son's passport without first making an appointment to submit the DS-11 "Application for a U.S. Passport", along with the DS-64 "Statement Regarding a Lost or Stolen U.S. Passport", and DS-5525 "Statement of Exigent/Special Family Circumstances," if applicable. Please note that nearly every exigent circumstance requires the Department in Washington, D.C. to authorize issuance of the passport.

Additionally, we understand that you have been in communication with the Office of Children's Issues in Washington, D.C. Given your statements that your son was abducted from the U.S. to Japan without your knowledge or permission, you may wish to also file a Hague Application, if you have not already done so. For more information about International Parental Child Abduction, please visit https://travel.state.gov/content/travel/en/International-Parental-Child-Abduction.html.

Sincerely,

American Citizen Services
U.S. Embassy Tokyo

**Official - Privacy/PII**
**UNCLASSIFIED**

-----Original Message-----
From: mail@stackjones.com [mailto:mail@stackjones.com]
Sent: Sunday, January 27, 2019 11:37 AM
To: Tokyo, CCU
Cc: PreventAbduction1
Subject: 1.26.19. Emergency Order Filed To Obtain Passport for Minor Child

1.26.19.

Emergency order filed in U.S. District Court, Hawaii, to compel U.S. Dept. of State, and U.S. Embassy Tokyo to reissue minor child's passport, due to exigent circumstances.

Copy of said ruling is attached, as well, the resistance of the required forms for the issuance of minor child's U.S. passport.

J[redacted] S[redacted]
**Official - Privacy/PII**
**UNCLASSIFIED**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF HAWAII**

J[redacted] S[redacted] )
Plaintiff, ) Case No.:
)
vs. )
UNITED STATES DEPARTMENT OF)
STATE, ET AL.
Defendant )
)

**PETITIONER SEEKS EMERGENCY ORDER TO COMPEL THE U.S. DEPARTMENT OF STATE, AND THE U.S. EMBASSY IN TOKYO IN JAPAN TO ISSUE REPLACEMENT PASSPORT FOR PETITIONER'S MINOR CHILD WHO WAS BROUGHT TO JAPAN IN VIOLATION OF 18 U.S.C. § 1204**

## I. PARTIES TO THE COMPLAINT

### A. Plaintiff

J[redacted] S[redacted]
Teraoka 4-chome, 16-6 Izumi
Miyagi-ken, Japan 981-3204
Telephone: 81 022-267-4911
Email: stack.jones@mail.com

### B. Defendant

U.S. Embassy Tokyo
1-10-5 Akasaka Minato-ku,
Tokyo, Japan 107-8420
Telephone: 81 033-224-5000
Email: TokyoCCU@state.gov

United States Department of State
CA/OCS/CI
2201 C. St., NW

SA-17; 9th Floor
Washington, DC 20522-1709
Telephone: 888-407-4747
Email: PreventAbduction1@state.gov

## II. JURISDICTION AND VENUE

This case is brought under Federal Statute 18 U.S.C. § 1204, where the petitioner's minor child was brought to Japan, a foreign nation, without petitioner's knowledge, or consent. 18 U.S.C. § 1204 is a United States Federal Statute, which provides this Court Jurisdiction, and Venue to hear this matter. The defendants are United States government agencies, which are engaged in conduct that violates the petitioner's right to have in his possession, a U.S. issued passport as a form of identification for petitioner's minor child, and which is to be used for the purpose of returning said minor child to the U.S, where the child was domiciled prior to being abducted to Japan.

## III. STATEMENT OF FACT

### A. <u>FEDERAL LAW PROHIBITS THE REMOVAL OF A U.S. CITIZEN'S MINOR CHILD FROM THE UNITED STATES, WITHOUT PARENTAL PERMISSION UNDER 18 U.S.C. § 1204</u>

Federal law prohibits a parent from removing a child from the United States or retaining a child in another country with intent to obstruct another parent´s custodial rights. See: 18 U.S.C. § 1204. As well, the United States, and Japan, the nation said minor child was abducted to, are both signatories to The Hague Convention on Child Kidnapping.

U.S. citizen J[redacted] S[redacted] (petitioner), is married to M[redacted] S[redacted] (S[redacted] a Japanese citizen. The petitioner and S[redacted] gave birth to a child born in January of 2014. The petitioner and family had been residing in the U.S. when the minor child was brought to

Japan, without petitioner's knowledge, or consent. The conduct of S[redacted] amounts to child abduction, in violation of, 18 U.S.C. § 1204, and The Hague Convention on Child Kidnapping.

The aforementioned minor child, is a United States citizen, has a United States issued Social Security Number, and has a United States issued Birth Certificate, which was issued by the United States Consulate in Tokyo, Japan. The minor child had a valid United States issued Passport, issuance No. [redacted], which was valid until November of 2019. See: Exhibits A, which is a scanned copy of the pertinent pages of the minor child's U.S. Passport.

The petitioner is the child's legal guardian, has parental authority, and has been the sole financial provider of the minor child since birth. S[redacted] has been unemployed since November of 2013, which is a period of more than five years and three months. S[redacted] is currently unemployed.

Since April of 2018, the petitioner, S[redacted] and minor child were domiciled in the U.S. S[redacted] was in the U.S. awaiting final interview for her visa, USCIS Receipt No. LIN1890040534. The purpose of S[redacted]'s visa was for family, employment, and travel purposes. S[redacted] had been waiting for more than fifteen months, with the final interview set at some point within the "next year", as quoted by USCIS. The lengthy period of approval for said visa is unreasonable, and caused great stress, and financial harm to the petitioner's family, which includes loss of employment opportunities for S[redacted] As well, S[redacted] was not permitted to travel to her home country while awaiting the application process to be finalized.

The petitioner was studying for, and preparing to take the Hawaii Bar Exam. As well, the petitioner had applied for, and had been offered several interviews for employment with the Hawaii Judiciary, and the Hawaii Attorney General's Office.

The petitioner has family who reside in Maui, and has a support system available to protect, and safeguard the minor child upon return to the U.S. Upon return, the petitioner will immediately

seek employment, housing, schooling for minor child, and return to studying for the Hawaii bar exam, so as to obtain a law license in the state of Hawaii.

Visas are required for international families to travel to host nations without issue. On October 11th 2018, the petitioner had flown to Japan, via round trip ticket, for the sole purpose of renewing his Japanese spouse visa, as the visa was to expire on October 12th 2018. Due to the unreasonable conditions imposed on S[redacted]'s visa by USCIS, she was not permitted to leave the U.S.

The petitioner had intended to return to the U.S. on November 11th 2018, after his visa was renewed. The visa was renewed on November 7th 2018, and petitioner prepared to return to the U.S. on November 11th 2018.

On November 8th 2018, the petitioner discovered from his sister that S[redacted] had obtained one way tickets to Japan, for herself and the petitioner's minor child. S[redacted]'s flight was scheduled to depart on November 11th 2018. S[redacted]'s flight was on the same date, and time, the petitioner was scheduled to return to the U.S. S[redacted] had not notified the petitioner of her plans to return to Japan, and the petitioner's minor child. S[redacted]'s parents, who had paid for the tickets, did not notify the petitioner about the matter, even though the petitioner was residing at S[redacted]'s parents home, while petitioner's visa renewal was being processed.

Upon discovering the violation of 18 U.S.C. § 1204, the petitioner immediately contacted the U.S. Dept. of State, Parental Child Abduction Division, PRIOR to S[redacted]'s departure from the U.S.

Contact with the U.S. State Department was initiated for the sole purpose of barring petitioner's minor child from being taken out of the U.S. without the petitioner's permission. The petitioner quickly discovered the ineffectiveness, and incompetence of the U.S. Dept. of State's Parental Child Abduction Division, as no system is implemented to prevent the abduction of U.S. citizen minor children from the United States, especially under emergency circumstances, where time is of the essence, and where a minor

child is being abducted in violation of 18 U.S.C. § 1204, and, The Hague Convention on Child Kidnapping, as is the case in regards to the petitioner's minor child.

The lack of an effective system implemented to prevent abductions, especially in emergency situations, such as the one the petitioner currently faces is unconscionable, especially where the U.S. Dept. of State is aware that thousands of children are kidnapped annually, and where there are currently several hundred U.S. citizens, minor children, who have been, and are currently abducted into Japan. No action whatsoever has been taken to ensure abducted children are returned to the U.S. from Japan.

For many years, several congressmen, including Chris Smith, have called for sanctions against Japan in regards to the nation's unwillingness to cooperate with U.S. officials, and return abducted children, even after Japan became a signatory to The Hague Convention on Child Kidnapping in April of 2014.

<u>The Court should take Judicial Notice that as of this date, NO AMERICAN CHILD KIDNAPPED TO JAPAN HAS EVER BEEN RETURNED TO THE UNITED STATES.</u>

Upon discovering S[redacted]'s plan to bring the minor child to Japan, the petitioner immediately sought and obtained employment in Japan. Employment began on November 12th 2018. The purpose of obtaining employment was to provide financially for the minor child, purchase return flights to the U.S., and mitigate damages.

Upon arrival in Japan, on November 11th 2018, S[redacted] and petitioner's minor child remained at an undisclosed location. S[redacted] refused to provide the address or telephone number where the minor child was located. This caused the petitioner great stress, and emotional suffering. Petitioner's minor child was held at said location until December of 2018, when S[redacted] brought petitioner's minor child to her parent's home in Yonezawa, Japan for the holiday.

The petitioner went to S[redacted]'s parents home during the holiday, discovered the minor child covered in frostbite and

suffering other issues due to neglect, and brought the child to his current place of residence. The petitioner asked S[redacted] to go with him, but she refused.

The petitioner currently has possession of the minor child. The minor child showed signs of neglect, including frostbite, which was entirely preventable. The minor child had severely peeling feet, and sores throughout much of the minor child's body, including chest, arms, legs, and face. It took the petitioner more than two weeks to heal the minor child's injuries, through the use of proper soaps, shampoo, lotions, and food.

S[redacted] has not seen the minor child since January 2nd of 2019, and is non-responsive to numerous communications initiated by the petitioner.

On January 14th 2019, S[redacted] sent the petitioner an email communication stating as follows:

> "[Y]ou should leave Japan with [child's name redacted] then our problem will be solved. I can't live together."

On January 20th, 2019, S[redacted] shipped via Sagawa Transport Company, all of the minor child's personal property to the current temporary residence of the petitioner. The petitioner paid the fee, which amounted to more than 18,000 ¥ (164.40 USD).

The petitioner has made daily attempts at resolving the breakdown of the family unit. S[redacted] remains nonresponsive. On January 26th 2019, via telephone communication S[redacted] promised to meet the petitioner and said minor child in Sendai, Japan to discuss repairing the family. S[redacted] was to meet at 3:00PM, but did not show up. Petitioner made several phone calls during the day, seeking to meet, but S[redacted]'s cell phone was turned off.

S[redacted]'s aforementioned communication, shipment of minor child's personal property, and failure to keep appointments show she has no intention of retaining parental, or spousal relations. S[redacted] is nonresponsive to the daily communications initiated by the petitioner, who has been attempting to resolve the matter since

S[redacted] first arrived in Japan.

The petitioner is in Japan under circumstances of duress. The petitioner, and minor child are virtually hostages, desiring nothing more than to leave Japan ASAP.

The petitioner's current employment situation is "part-time." The petitioner goes to work every day with said minor child. On January 25th 2019, the petitioner was told by his employer, the minor child can no longer be brought to the workplace. As well, the petitioner has been asked to leave the company if S[redacted] will not make arrangements to locate family housing, and take proper care of said minor child. The loss of petitioner's temporary employment will result in the loss of temporary housing as well.

The petitioner has asked S[redacted] who is in possession of the minor child's passport to return it. She is either intentionally withholding the passport, or has destroyed it. The petitioner and minor child have been placed in a position of peril, and must return to the United States immediately.

**B. U.S. EMBASSY IN TOKYO REFUSES TO PROVIDE PASSPORT FOR PETITIONER'S MINOR CHILD**

Beginning January 2nd 2019, the petitioner sought to obtain a replacement passport for the minor child from the U.S. Embassy in Tokyo. The petitioner needs this replacement passport for identification purposes, and to return to the U.S. with the minor child. **The petitioner seeks this Court to ORDER THE U.S. EMBASSY IN TOKYO TO ISSUE A REPLACEMENT PASSPORT FOR THE PETITIONER'S MINOR CHILD IMMEDIATELY.**

The U.S. Dept. of State, and the U.S. Embassy in Tokyo have refused to issue a replacement passport for the minor child, and unreasonably demand the foreign mother's "consent" for the issuance of a replacement U.S. passport, even where the embassy in Tokyo already has on file the mother's consent for the issuance of said minor child's passport, which was initially issued by the U.S. Embassy in Tokyo, in 2014.

Obtaining consent from the mother is a legal impossibility, as S[redacted] is nonresponsive to petitioner's communications, and S[redacted] herself is the party that either destroyed the minor child's U.S. issued passport, or refuses to return it to the petitioner, even upon numerous requests to obtain said passport.

As well, S[redacted] had flown the minor child to Japan using the minor child's U.S. issued passport.

The petitioner filled out, and submitted to the U.S. Dept. of State, and the U.S Embassy in Tokyo, Forms DS11, DS64 and DS5525, all pertinent forms required to obtain a replacement passport. DS64 is a form for lost or stolen passports, and DS5525 is a form for "exigent" circumstances. Certainly, the circumstances the petitioner and minor child are in are exigent in nature. Regardless, the U.S. State Department, and the U.S. Embassy in Tokyo have not issued a replacement passport.

The actions of the U.S. Dept. of State, and the U.S. Embassy in Tokyo is unreasonable, unconscionable, and endangers the petitioner's U.S. citizen, minor child. **The number one priority of the U.S. Department of State, and the U.S. Embassy in Tokyo is the protection of, and safeguarding of U.S. citizens abroad. This should be especially so for minor children.**

The circumstances for the petitioner are terrifying, as Japan is considered by the United Nations, the U.S. Dept. of State, and every respected human rights organization, a black hole for child abductions.

Given the facts presented herein, it is unreasonable for the U.S. Dept. of State, and the U.S. Embassy in Tokyo to not recognize the emergency, and dire circumstances of the petitioner, and petitioner's minor child. Refusing to provide an emergency passport for petitioner's minor child, especially where the embassy in Tokyo had previously issued the minor child's passport, and where the embassy in Tokyo is aware the minor child was brought to Japan in violation of 18 U.S.C. § 1204, is unreasonable, and unlawful.

The petitioner prefers to return to the U.S. with his entire family intact, but under the current circumstances that does not seem likely.

**IV. DEMAND**

The petitioner, a U.S. citizen, father, legal guardian, and sole financial provider of petitioner's minor child, a U.S. citizen, seeks this EMERGENCY ORDER TO COMPEL THE UNITED STATES DEPARTMENT OF STATE, AND THE UNITED STATES EMBASSY IN TOKYO TO ISSUE A REPLACEMENT PASSPORT FOR PETITIONER'S MINOR CHILD IMMEDIATELY. Justice requires this ORDER to be GRANTED, and for the U.S. Embassy in Tokyo to comply with this Order IMMEDIATELY.

The petitioner seeks this Court to COMPEL, the United States Department of State, and the United States Embassy in Tokyo to take appropriate action in regards to their civic duties, in regards to the rights of the petitioner and petitioner's minor child, and intervene with Japanese authorities, so as to ensure the petitioner leaves Japan without issue.

Respectfully submitted on behalf of the petitioner, and petitioner's minor child, this January 26th, 2019.

J[redacted] S[redacted]
S/ J[redacted] S[redacted]
Teraoka 4-chome, 16-6 Izumi, Japan
Telephone: 81 022-267-4911
Email: stack.jones@mail.com

## CERTIFICATE OF SERVICE

**I CERTIFY** that a true and correct copy of the foregoing Complaint, was served via email, and regular mail service to the United States Department of State, and the United States Embassy in Tokyo, Japan, on this 26th day of January, 2019.

U.S. Embassy Tokyo
1-10-5 Akasaka Minato-ku,
Tokyo, Japan 107-8420
Telephone: 81 033-224-5000
Email: TokyoCCU@state.gov

United States Department of State
CA/OCS/CI
2201 C. St., NW
SA-17; 9th Floor
Washington, DC 20522-1709
Telephone: 888-407-4747
Email: PreventAbduction1@state.gov

J[redacted] S[redacted]
Teraoka 4-chome, 16-6 Izumi
Miyagi-ken, Japan 981-3204
Telephone: (81) 022-772-0161
Email: stack.jones@mail.com

S/ J[redacted] S[redacted]
January 26th, 2019

# U.S. PASSPORT APPLICATION

PLEASE DETACH AND RETAIN THIS INSTRUCTION SHEET FOR YOUR RECORDS

## FOR INFORMATION AND QUESTIONS

Visit the official Department of State website at **travel.state.gov** or contact the National Passport Information Center (NPIC) via toll-free at 1-877-487-2778 (TDD: 1-888-874-7793) and **NPIC@state.gov**. Customer Service Representatives are available Monday-Friday 8:00a.m.-10:00p.m. Eastern Time (excluding federal holidays). Automated information is available 24 hours a day, 7 days a week.

**WHAT TO SUBMIT WITH THIS FORM:**

1. **PROOF OF U.S. CITIZENSHIP:** Evidence of U.S. citizenship **AND a photocopy** of the front (and back, if there is printed information) must be submitted with your application. The photocopy must be on 8 ½ inch by 11 inch paper, black and white ink, legible, and clear. Evidence that is not damaged, altered, or forged will be returned to you. **Note:** Lawful permanent resident cards submitted with this application will be forwarded to U.S. Citizenship and Immigration Services, if we determine that you are a U.S. citizen.
2. **PROOF OF IDENTITY:** You must present your original identification **AND submit a photocopy** of the front and back with your passport application.
3. **RECENT COLOR PHOTOGRAPH:** Photograph must meet passport requirements – full front view of the face and 2x2 inches in size.
4. **FEES:** Please visit our website at **travel.state.gov** for current fees.

**HOW TO SUBMIT THIS FORM:**

Complete and submit this application in person to a designated acceptance agent: a clerk of a federal or state court of record or a judge or clerk of a probate court accepting applications; a designated municipal or county official; a designated postal employee at an authorized post office; an agent at a passport agency (by appointment only); or a U.S. consular official at a U.S. Embassy or Consulate, if abroad. To find your nearest acceptance facility, visit **travel.state.gov** or contact the National Passport Information Center at 1-877-487-2778.

**Follow the instructions on Page 2 for detailed information to completion and submission of this form.**

## REQUIREMENTS FOR CHILDREN

- **AS DIRECTED BY PUBLIC LAW 106-113 AND 22 CFR 51.28:**

**To submit an application for a child under age 16 both parents or the child's legal guardian(s) must appear and present the following:**

- Evidence of the child's U.S. citizenship;
- Evidence of the child's relationship to parents/guardian(s); **AND**
- Original parental/guardian government-issued identification **AND a photocopy** of the front and back side of presented identification.

**IF ONLY ONE PARENT APPEARS, YOU MUST ALSO SUBMIT ONE OF THE FOLLOWING:**

- Second parent's notarized written statement or DS-3053 (including the child's full name and date of birth) consenting to the passport issuance for the child. The notarized statement cannot be more than **three** months old and must be signed and notarized on the same day, and must come with a photocopy of the front and back side of the second parent's government-issued photo identification; **OR**
- Second parent's death certificate if second parent is deceased; **OR**
- Primary evidence of sole authority to apply, such as a court order; **OR**
- A written statement or DS-5525 (made under penalty of perjury) explaining in detail the second parent's unavailability.

- **AS DIRECTED BY REGULATION 22 C.F.R. 51.21 AND 51.28:**

- Each minor child applying for a U.S. passport book and/or passport card must appear in person.

## PASSPORT VALIDITY LENGTH

**If you are 16 years of age or older**: Your U.S. passport will be valid for 10 years from the date of issue except where limited by the Secretary of State to a shorter period.

**If you are under 16 years of age**: Your U.S. passport will be valid for five years from the date of issue except where limited by the Secretary of State to a shorter period.

## APPLICANTS WHO HAVE HAD A PREVIOUS U.S. PASSPORT BOOK AND/OR PASSPORT CARD

**LOST OR STOLEN** - If you cannot submit your valid or potentially valid U.S. passport book and/or passport card with this application and you have not previously submitted Form DS-64, Statement Regarding a Lost or Stolen U.S. Passport, you are required to fill out and submit a DS-64 with this application.

**IN MY POSSESSION** - If your most recent U.S.passport book and/or passport card was issued less than 15 years ago, and you were over the age of 16 at the time of issuance, you may be eligible to use Form DS-82 to renew your passport by mail.

**FAILURE TO PROVIDE INFORMATION REQUESTED ON THIS FORM, INCLUDING YOUR SOCIAL SECURITY NUMBER, MAY RESULT IN SIGNIFICANT PROCESSING DELAYS AND/OR THE DENIAL OF YOUR APPLICATION.**

**WARNING: False statements made knowingly and willfully in passport applications, including affidavits or other documents submitted to support this application, are punishable by fine and/or imprisonment under U.S. law including the provisions of 18 U.S.C. 1001, 18 U.S.C. 1542, and/or 18 U.S.C. 1621. Alteration or mutilation of a passport issued pursuant to this application is punishable by fine and/or imprisonment under the provisions of 18 U.S.C. 1543. The use of a passport in violation of the restrictions contained herein or of the passport regulations is punishable by fine and/or imprisonment under 18 U.S.C. 1544. All statements and documents are subject to verification.**

STATE-0245

## PROOF OF U.S. CITIZENSHIP

**APPLICANTS BORN IN THE UNITED STATES:** Submit a previous U.S. passport or **certified** birth certificate. Passports that are limited in validity will need to be supplemented by other evidence. A birth certificate must include your full name, date and place of birth, sex, date the birth record was filed, the seal or other certification of the official custodian of such records (state, county, or city/town office), and the full names of your parent(s).

- If the birth certificate was filed more than 1 year after the birth: It must be supported by evidence described in the next paragraph.
- If no birth record exists: Submit a registrar's notice to that effect. Also, submit a combination of the evidence listed below, which should include your given name and surname, date and/or place of birth, and the seal or other certification of the office (if customary), and the signature of the issuing official.
  - A hospital birth record;
  - An early baptismal or circumcision certificate;
  - Early census, school, medical, or family Bible records;
  - Insurance files or published birth announcements (such as a newspaper article); and
  - Notarized affidavits (or DS-10, Birth Affidavit) of older blood relatives having knowledge of your birth may be submitted **in addition** to some of the records listed above.

**APPLICANTS BORN OUTSIDE THE UNITED STATES**: Submit a previous U.S. passport, Certificate of Naturalization, Certificate of Citizenship, Consular Report of Birth Abroad, or evidence described below:

- If you claim citizenship through naturalization of parent(s): Submit the Certificate(s) of Naturalization of your parent(s), your foreign birth certificate (and official translation if the document is not in English), proof of your admission to the United States for permanent residence, **and** your parents' marriage/certificate and/or evidence that you were in the legal and physical custody of your U.S. citizen parent, if applicable.
- If you claim citizenship through birth abroad to at least one U.S. citizen parent: Submit a Consular Report of Birth (Form FS-240), Certification of Birth (Form DS-1350 or FS-545), or your foreign birth certificate (and official translation if the document is not in English), proof of U.S. citizenship of your parent, your parents' marriage certificate, **and** an affidavit showing all of your U.S. citizen parents' periods and places of residence/physical presence in the United States and abroad before your birth.
- If you claim citizenship through adoption by a U.S. citizen parent(s): Submit evidence of your permanent residence status, full and final adoption, **and** your U.S. citizen parent(s) evidence of legal and physical custody. (**NOTE**: Acquisition of U.S. citizenship for persons born abroad and adopted only applies if the applicant was born on or after 02/28/1983.)

**ADDITIONAL EVIDENCE: You must establish your citizenship to the satisfaction of the acceptance agent and Passport Services. We may ask you to provide additional evidence to establish your claim to U.S. citizenship. Visit travel.state.gov for details.**

## PROOF OF IDENTITY

You may submit items such as the following containing your signature AND a photograph that is a good likeness of you: previous or current U.S. passport book; previous or current U.S. passport card; driver's license (not temporary or learner's license); Certificate of Naturalization; Certificate of Citizenship; military identification; or federal, state, or municipal government employee identification card. Temporary or altered documents are not acceptable.

You must establish your identity to the satisfaction of the acceptance agent and Passport Services. We may ask you to provide additional evidence to establish your identity. If you have changed your name, please see **travel.state.gov** for instructions.

IF YOU CANNOT PROVIDE DOCUMENTARY EVIDENCE OF IDENTITY as stated above, you must appear with an IDENTIFYING WITNESS, who is a U.S. citizen, non-citizen U.S. national, or permanent resident alien that has known you for at least two years. Your witness must prove his or her identity and complete and sign an Affidavit of Identifying Witness (Form DS-71) before the acceptance agent. You must also submit some identification of your own.

## COLOR PHOTOGRAPH

Submit a color photograph of you alone, sufficiently recent to be a good likeness of you (taken within the last six months), and 2x2 inches in size. The image size measured from the bottom of your chin to the top of your head (including hair) should not be less than 1 inch, and not more than 1 3/8 inches. The photograph must be in color, clear, with a full front view of your face. The photograph must be taken with a neutral facial expression (preferred) or a natural smile, and with both eyes open and be printed on photo quality paper with a plain light (white or off-white) background. The photograph must be taken in normal street attire, without a hat, or head covering unless a signed statement is submitted by the applicant verifying that the hat or head covering is part of recognized, traditional religious attire that is customarily or required to be worn continuously when in public or a signed doctor's statement is submitted verifying the item is used daily for medical purposes. Headphones, "bluetooth", or similar devices must not be worn in the passport photograph. Glasses or other eyewear are not acceptable unless you provide a signed statement from a doctor explaining why you cannot remove them due to medical reasons (e.g., during the recovery period from eye surgery). Any photograph retouched so that your appearance is changed is unacceptable. A snapshot, most vending machine prints, hand-held self portraits, and magazine or full-length photographs are unacceptable. A digital photo must meet the previously stated qualifications, and will be accepted for use at the discretion of Passport Services. Visit our website at **travel.state.gov** for details and information.

## FEES

*FEES ARE LISTED ON OUR WEBSITE AT **TRAVEL.STATE.GOV**. BY LAW, THE PASSPORT FEES ARE NON-REFUNDABLE.*

- **The passport application fee, security surcharge, and expedite fee may be paid in any of the following forms:** Checks (personal, certified, or traveler's) with the applicant's full name and date of birth printed on the front; major credit card (Visa, Master Card, American Express, and Discover); bank draft or cashier's check; money order (U.S. Postal, international, currency exchange), or if abroad, the foreign currency equivalent, or a check drawn on a U.S. bank. All fees should be payable to the "U.S. Department of State" or if abroad, the appropriate U.S. Embassy or U.S. Consulate. When applying at a designated acceptance facility, the execution fee will be paid separately and should be made payable to the acceptance facility. **NOTE: Some designated acceptance facilities do not accept credit cards as a form of payment.**

- **For faster processing**, you may request expedited service. Please include the expedite fee in your payment. Our website contains updated information regarding fees and processing times for expedited service. Expedited service is only available for passports mailed in the United States and Canada.

- **OVERNIGHT DELIVERY SERVICE** is only available for passport book mailings in the United States. Please include the appropriate fee with your payment.

- An additional fee will be charged when, upon your request, the U.S. Department of State verifies issuance of a previous U.S. passport or Consular Report of Birth Abroad because you are unable to submit evidence of U.S. citizenship.

- **For applicants with U.S. government or military authorization for no-fee passports**, no fees are charged except the execution fee when applying at a designated acceptance facility.

STATE-0246

## NOTE REGARDING MAILING OF YOUR PASSPORT(S)

Passport Services will not mail a U.S. passport to a private address outside the United States or Canada. If you do not live at the address listed in the "mailing address", then you must put the name of the person and mark it as "In Care Of" in item # 8. If your mailing address changes prior to receipt of your new passport, please contact the National Passport Information Center.

If you choose to provide your email address in Item #6 on this application, Passport Services may use that information to contact you in the event there is a problem with your application or if you need to provide information to us.

You may receive your newly issued passport book and/or card and your returned citizenship evidence in **two separate mailings**. If you are applying for both a U.S. passport book and passport card, **you may receive three separate mailings**; one with your returned citizenship evidence, one with your newly issued passport book, and one with your newly issued passport card.

## FEDERAL TAX LAW

Section 6039E of the Internal Revenue Code (26 U.S.C. 6039E) and 22 U.S.C 2714a(f) require you to provide your Social Security number (SSN), if you have one, when you apply for or renew a U.S. passport. If you have never been issued a SSN, you must enter zeros in box #5 of this form. If you are residing abroad, you must also provide the name of the foreign country in which you are residing. The U.S. Department of State must provide your SSN and foreign residence information to the U.S. Department of the Treasury. If you fail to provide the information, your application may be denied and you are subject to a $500 penalty enforced by the IRS. All questions on this matter should be referred to the nearest IRS office.

## NOTICE TO CUSTOMERS APPLYING OUTSIDE A DEPARTMENT OF STATE FACILITY

If you send us a check, it will be converted into an electronic funds transfer (EFT). This means we will copy your check and use the account information on it to electronically debit your account for the amount of the check. The debit from your account will usually occur within 24 hours and will be shown on your regular account statement.

You will not receive your original check back. We will destroy your original check, but we will keep the copy of it. If the EFT cannot be processed for technical reasons, you authorize us to process the copy in place of your original check. If the EFT cannot be completed because of insufficient funds, we may try to make the transfer up to two times, and we will charge you a one-time fee of $25, which we will also collect by EFT.

## FEE REMITTANCE

Passport service fees are established by law and regulation (see 22 U.S.C. 214, 22 C.F.R. 22.1, and 22 C.F.R. 51.50-56), and are collected at the time you apply for the passport service. If the Department fails to receive full payment of the applicable fees because, for example, your check is returned for any reason or you dispute a passport fee charge to your credit card, the U.S. Department of State will take action to collect the delinquent fees from you under 22 C.F.R. Part 34, and the Federal Claims Collection Standards (see 31 C.F.R. Parts 900-904). In accordance with the Debt Collection Improvement Act (Pub.L. 104-134), if the fees remain unpaid after 180 days and no repayment arrangements have been made, the Department will refer the debt to the U.S. Department of Treasury for collection. Debt collection procedures used by U.S. Department of Treasury may include referral of the debt to private collection agencies, reporting of the debt to credit bureaus, garnishment of private wages and administrative offset of the debt by reducing, or withholding eligible federal payments (e.g., tax refunds, social security payments, federal retirement, etc.) by the amount of your debt, including any interest penalties or other costs incurred. In addition, non-payment of passport fees may result in the invalidation of your passport. An invalidated passport cannot be used for travel.

## USE OF SOCIAL SECURITY NUMBER

Your Social Security number will be provided to U.S. Department of Treasury, used in connection with debt collection and checked against lists of persons ineligible or potentially ineligible to receive a U.S. passport, among other authorized uses.

## NOTICE TO APPLICANTS FOR OFFICIAL, DIPLOMATIC, OR NO-FEE PASSPORTS

You may use this application if you meet all of the provisions listed on Instruction Page 2; however, you must CONSULT YOUR SPONSORING AGENCY FOR INSTRUCTIONS ON PROPER ROUTING PROCEDURES BEFORE FORWARDING THIS APPLICATION. Your completed passport will be released to your sponsoring agency for forwarding to you.

## PROTECT YOURSELF AGAINST IDENTITY THEFT!
## REPORT YOUR LOST OR STOLEN PASSPORT BOOK OR PASSPORT CARD!

For more information regarding reporting a lost or stolen U.S. passport book or passport card (Form DS-64), or to determine your eligibility for a passport renewal (Form DS-82), call NPIC at 1-877-487-2778 or visit **travel.state.gov**.

## NOTICE TO U.S. PASSPORT CARD APPLICANTS

The maximum number of letters provided for your given name (first and middle) on the U.S. passport card is 24 characters. The 24 characters may be shortened due to printing restrictions. If both your given names are more than 24 characters, you must shorten one of your given names you list on item 1 of this form.

U.S. passports, either in book or card format, are only issued to U.S. citizens or non-citizen U.S. nationals. Each person must obtain his or her own U.S. passport book or U.S. passport card. The passport card is a U.S. passport issued in card format. Like the traditional U.S. passport book, it reflects the bearer's origin, identity, and nationality, and is subject to existing passport laws and regulations. **Unlike the U.S. passport book, the U.S. passport card is valid only for entry at land border crossings and sea ports of entry when traveling from Canada, Mexico, the Caribbean, and Bermuda.** The U.S. passport card is **not** valid for international air travel.

STATE-0247

## ELECTRONIC PASSPORT STATEMENT

The U.S. Department of State now issues an "Electronic Passport" book, which contains an embedded electronic chip. The electronic passport book continues to be proof of the bearer's U.S. citizenship/nationality and identity, and looks and functions in the same way as a passport without a chip. The addition of an electronic chip in the back cover enables the passport book to carry a duplicate electronic copy of all information from the data page. The electronic passport book is usable at all ports-of-entry, including those that do not yet have electronic chip readers.

Use of the electronic format provides the traveler the additional security protections inherent in chip technology. Moreover, when used at ports-of-entry equipped with electronic chip readers, the electronic passport book provides for faster clearance through some of the port-of-entry processes.

The electronic passport book does not require special handling or treatment, but like previous versions should be protected from extreme heat, bending, and from immersion in water. The electronic chip must be read using specially formatted readers, which protects the data on the chip from unauthorized reading.

The cover of the electronic passport book is printed with a special symbol representing the embedded chip. The symbol will appear in port-of-entry areas where the electronic passport book can be read.

## ACTS OR CONDITIONS

If any of the below-mentioned acts or conditions have been performed by or apply to the applicant, the portion which applies should be lined out, and a supplementary explanatory statement under oath (or affirmation) by the applicant should be attached and made a part of this application.

I have not, since acquiring United States citizenship/nationality, been naturalized as a citizen of a foreign state; taken an oath or made an affirmation or other formal declaration of allegiance to a foreign state; entered or served in the armed forces of a foreign state; accepted or performed the duties of any office, post, or employment under the government of a foreign state or political subdivision thereof; made a formal renunciation of nationality either in the United States, or before a diplomatic or consular officer of the United States in a foreign state; or been convicted by a court or court martial of competent jurisdiction of committing any act of treason against, or attempting by force to overthrow, or bearing arms against, the United States, or conspiring to overthrow, put down, or to destroy by force, the government of the United States.

Furthermore, I have not been convicted of a federal or state drug offense or convicted of a "sex tourism" crimes statute, and I am not the subject of an outstanding federal, state, or local warrant of arrest for a felony; a criminal court order forbidding my departure from the United States; a subpoena received from the United States in a matter involving federal prosecution for, or grand jury investigation of, a felony.

## PRIVACY ACT STATEMENT

**AUTHORITIES:** Collection of this information is authorized by 22 U.S.C. 211a et seq.; 8 U.S.C. 1104; 26 U.S.C. 6039E, 22 U.S.C. 2714a(f), Section 236 of the Admiral James W. Nance and Meg Donovan Foreign Relations Authorization Act, Fiscal Years 2000 and 2001; Executive Order 11295 (August 5, 1966); and 22 C.F.R. parts 50 and 51.

**PURPOSE:** We are requesting this information in order to determine your eligibility to be issued a U.S. passport. Your Social Security number is used to verify your identity.

**ROUTINE USES:** This information may be disclosed to another domestic government agency, a private contractor, a foreign government agency, or to a private person or private employer in accordance with certain approved routine uses. These routine uses include, but are not limited to, law enforcement activities, employment verification, fraud prevention, border security, counterterrorism, litigation activities, and activities that meet the Secretary of State's responsibility to protect U.S. citizens and non-citizen nationals abroad. More information on the Routine Uses for the system can be found in System of Records Notices State-05, Overseas Citizen Services Records and State-26, Passport Records.

**DISCLOSURE:** Providing information on this form is voluntary. Be advised, however, that failure to provide the information requested on this form may cause delays in processing your U.S. passport application and/or could result in the refusal or denial of your application.

Failure to provide your Social Security number may result in the denial of your application (consistent with 22 U.S.C. 2714a(f)) and may subject you to a penalty enforced by the Internal Revenue Service, as described in the Federal Tax Law section of the instructions to this form. Your Social Security number will be provided to the Department of the Treasury and may be used in connection with debt collection, among other purposes authorized and generally described in this section.

## PAPERWORK REDUCTION ACT STATEMENT

Public reporting burden for this collection of information is estimated to average 85 minutes per response, including the time required for searching existing data sources, gathering the necessary data, providing the information and/or documents required, and reviewing the final collection. You do not have to supply this information unless this collection displays a currently valid OMB control number. If you have comments on the accuracy of this burden estimate and/or recommendations for reducing it, please send them to: U.S. Department of State, Bureau of Consular Affairs, Passport Services, Office of Legal Affairs and Law Enforcement Liaison, 44132 Mercure Cir, P.O. Box 1227, Sterling, Virginia 20166-1227

# APPLICATION FOR A U.S. PASSPORT

*Please Print Legibly Using Black Ink Only*

OMB CONTROL NO. 1405-0004
OMB EXPIRATION DATE: 08-31-2019
ESTIMATED BURDEN: 85 MIN

Attention: Read WARNING on page 1 of instructions

**Please select the document(s) for which you are applying:**

☑ U.S. Passport Book ☐ U.S. Passport Card ☐ Both

The U.S. passport card is **not** valid for international air travel. For more information see page 1 of instructions.

☑ Regular Book (Standard) ☐ Large Book (Non-Standard)

**Note:** The large book option is for those who frequently travel abroad during the passport validity period, and is recommended for applicants who have previously required the addition of visa pages.

☐ D ☐ O ☐ Dep **DOTS** ______

**End. #** ______ **Exp.** ______

**1. Name** Last [redacted]

First [redacted] Middle

**2. Date of Birth** *(mm/dd/yyyy)* [redacted]

**3. Sex** M ✔ F

**4. Place of Birth** *(City & State if in the U.S., or City & Country as it is presently known.)* [redacted]

**5. Social Security Number** [redacted]

**6. Email** *(Info alerts offered at travel.state.gov)* mail@stackjones.com

**7. Primary Contact Phone Number** [redacted]

**8. Mailing Address:** Line 1: Street/RFD#, P.O. Box, or URB.

[redacted]

Address Line 2: **Clearly label** Apartment, Company, Suite, Unit, Building, Floor, In Care Of or Attention if applicable. *(e.g., In Care Of - Jane Doe, Apt # 100)*

**City** **State** **Zip Code** **Country**, if outside the United States

[redacted]

**9. List all other names you have used.** *(Examples: Birth Name, Maiden, Previous Marriage, Legal Name Change. Attach additional pages if needed)*

A. B.

STAPLE 2" x 2" STAPLE




STAPLE 2" x 2" STAPLE

Attach a color photograph taken within the last six months

☐ Acceptance Agent ☐ (Vice) Consul USA

☐ Passport Staff Agent

(Seal)

## STOP! CONTINUE TO PAGE 2

## DO NOT SIGN APPLICATION UNTIL REQUESTED TO DO SO BY AUTHORIZED AGENT

**Identifying Documents - Applicant or Mother/Father/Parent on Second Signature Line (if identifying minor)**

☐ Driver's License ☐ State Issued ID Card ☐ Passport ☐ Military ☐ Other ______

Name ______

Issue Date *(mm/dd/yyyy)* Exp. Date *(mm/dd/yyyy)* State of Issuance

ID No Country of Issuance

**Identifying Documents - Applicant or Mother/Father/Parent on Third Signature Line (if identifying minor)**

☐ Driver's License ☐ State Issued ID Card ☐ Passport ☐ Military ☐ Other ______

Name ______

Issue Date *(mm/dd/yyyy)* Exp. Date *(mm/dd/yyyy)* State of Issuance

ID No Country of Issuance

I declare under penalty of perjury all of the following: 1) I am a citizen or non-citizen national of the United States and have not, since acquiring U.S. citizenship or nationality, performed any of the acts listed under "Acts or Conditions" on page four of the instructions of this application (unless explanatory statement is attached); 2) the statements made on the application are true and correct; 3) I have not knowingly and willfully made false statements or included false documents in support of this application; 4) the photograph attached to this application is a genuine, current photograph of me; and 5) I have read and understood the warning on page one of the instructions to the application form.

Name of courier company (*if applicable*) ______ Facility ID Number

x ______ **Applicant's Legal Signature - age 16 and older**

Facility Name/Location ______ Agent ID Number

x ______ **Mother/Father/Parent/Legal Guardian's Signature** (if identifying minor)

x ______ **Mother/Father/Parent/Legal Guardian's Signature** (if identifying minor)

Signature of person authorized to accept applications ______ Date ______

For Issuing Office Only → Bk ______ Card ______ EF ______ Postage ______ Execution ______ Other ______

STATE-0249

* DS 11 C 09 2013 1 *

**Name of Applicant** *(Last, First, & Middle)* [redacted] [redacted]

**Date of Birth** *(mm/dd/yyyy)* [redacted]

**10. Parental Information**

Mother/Father/Parent - First & Middle Name: [redacted] [redacted]

Last Name *(at Parent's Birth)*:

Date of Birth *(mm/dd/yyyy)* Place of Birth: [redacted]

Sex: ✓ Male / Female U.S. Citizen? ✓ Yes / No

Mother/Father/Parent - First & Middle Name: [redacted] [redacted]

Last Name *(at Parent's Birth)*:

Date of Birth *(mm/dd/yyyy)* Place of Birth: [redacted]

Sex: Male / ✓ Female U.S. Citizen? Yes / ✓ No

**11. Have you ever been married?** ✓ Yes No *If yes, complete the remaining items in #11.*

Full Name of Current Spouse or Most Recent Spouse: [redacted] [redacted]

Date of Birth (mm/dd/yyyy) Place of Birth: [redacted]

U.S. Citizen? Yes ✓ No

Date of Marriage *(mm/dd/yyyy)*: 07/14/2014

Have you ever been widowed or divorced? Yes ✓ No

Widow/Divorce Date *(mm/dd/yyyy)*:

**12. Additional Contact Phone Number** Home Cell Work

**13. Occupation** *(if age 16 or older)*

**14. Employer or School** *(if applicable)*

**15. Height**: 3' 4"

**16. Hair Color**: Brown

**17. Eye Color**: Brown

**18. Travel Plans** Departure Date *(mm/dd/yyyy)* Return Date *(mm/dd/yyyy)* Countries to be Visited

**19. Permanent Address -** *If P.O. Box is listed under Mailing Address **or** if residence is different from Mailing Address.*

Street/RFD # or URB (***No P.O. Box***) Apartment/Unit

City State Zip Code

**20. Emergency Contact -** *Provide the information of a person not traveling with you to be contacted in the event of an emergency.*

Name Address: Street/RFD # or P.O. Box Apartment/Unit

[redacted]

City State Zip Code Phone Number

[redacted]

Relationship: Sister

**21. Have you ever applied for or been issued a U.S. Passport Book or Passport Card?** Yes No *If yes, complete the remaining items in #21.*

Name as printed on your most recent passport book: [redacted] [redacted]

Most recent passport book number / Most recent passport book issue date *(mm/dd/yyyy)*: [redacted]

Status of your most recent passport book: Submitting with application Stolen Lost In my possession *(if expired)*

Name as printed on your most recent passport card

Most recent passport card number Most recent passport card issue date *(mm/dd/yyyy)*

Status of your most recent passport card: Submitting with application Stolen Lost In my possession *(if expired)*

## PLEASE DO NOT WRITE BELOW THIS LINE - FOR ISSUING OFFICE ONLY

Name as it appears on citizenship evidence ______

☐ Birth Certificate SR CR City Filed: Issued:

☐ Nat. / Citz. Cert. USCIS USDC Date/Place Acquired: A#

☐ Report of Birth Filed/Place:

☐ Passport C/R S/R Per PIERS #/DOI:

☐ Other:

☐ Attached:

☐ P/C of Citz ☐ P/C of ID ☐ DS-71 ☐ DS-3053 ☐ DS-64 ☐ DS-5520 ☐ DS-5525 ☐ DAVO ☐ NPIC ☐ IRL ☐ Citz W/S

STATE-02530

* DS 11 C 09 2013 2 *

U.S. Department of State

# STATEMENT REGARDING A LOST OR STOLEN U.S. PASSPORT BOOK AND/OR CARD

## HOW TO REPORT A LOST OR STOLEN PASSPORT BOOK AND/OR CARD

**To report a lost or stolen passport, please choose ONE of the following options:**

**1. To apply for a new U.S. passport book and/or card please submit this form with a new DS-11, *Application for a U.S. Passport*, to any designated acceptance facility, U.S. passport agency, U.S. embassy, or U.S. consulate abroad.**

**OR**

**2. Report a lost or stolen U.S. passport online by visiting our website at travel.state.gov.**

**OR**

**3. Report a lost or stolen U.S. passport by phone by calling 1-877-487-2778 (TDD: 1-888-874-7793) and following the representative's instructions.**

**OR**

**4. Submit this form by mail AND a photocopy of a government-issued photo identification (such as a driver's license or state-issued identification) to the following address* ONLY IF you are NOT applying for a new U.S. passport book and/or card:**

**ATTN: CLASP**
**U.S. Department of State**
**CA/PPT/S/L/LE**
**44132 Mercure Cir**
**P.O. Box 1227**
**Sterling, VA 20166-1227**

** Only use this address to submit this form or other correspondence about lost/stolen passports. For general inquiries, call the National Passport Information Center at 1-877-487-2778.*

**Protect yourself against identity theft! Report a lost or stolen U.S. passport!**
**For more information, please visit our website: travel.state.gov**

## WARNING

False statements made knowingly and willfully on this form, in U.S. passport applications, or in affidavits or other supporting documents submitted therewith are punishable by fine and/or imprisonment under U.S. law, including the provisions of 18 U.S.C. 1001 and/or 18 U.S.C. 1542. Alteration or mutilation of a U.S. passport is punishable by fine and/or imprisonment under the provisions of 18 U.S.C. 1543. The use of a U.S. passport in violation of the restrictions contained therein or of the passport regulations is punishable by fine and/or imprisonment under 18 U.S.C. 1544. All statements and documents submitted are subject to verification.

## PRIVACY ACT STATEMENT

**AUTHORITIES:** We are authorized to collect this information by 22 U.S.C. 211a et seq.; 8 U.S.C. 1104; 8 U.S.C. 1737; Executive Order 11295 (August 5, 1966); and 22 C.F.R. Parts 50 and 51.

**PURPOSE:** We are requesting the information to ensure that no one has more than one valid U.S. passport book and one valid U.S. passport card at any one time, except as authorized by the U.S. Department of State, and to combat passport fraud and misuse.

The collection of the Social Security number will be used to verify the identity of the person reporting the lost or stolen passport and to identify the passport being reported lost or stolen. There is no other purpose unless authorized by law.

**ROUTINE USES:** This information may be disclosed to another domestic government agency, a private contractor, a foreign government agency, or to a private person or private employer in accordance with certain approved routine uses. These routine uses include, but are not limited to, law enforcement activities, employment verification, fraud prevention, border security, counterterrorism, litigation activities, and activities that meet the Secretary of State's responsibility to protect U.S. citizens and non-citizen nationals abroad.

More information on the routine uses for the information can be found in System of Records Notices State-05, Overseas Citizen Services Records and Other Overseas Records and State-26, Passport Records.

**DISCLOSURE:** Providing your Social Security number and other information on this form is voluntary, but failure to provide the information on this form may, given the form's purpose of verification of your identity, result in processing delays.

## PAPERWORK REDUCTION ACT STATEMENT

Public reporting burden for this collection of information is estimated to average five minutes per response, including time required for searching existing data sources, gathering the necessary data, providing the information and/or documents required, and reviewing the final collection. You do not have to supply this information unless this collection displays a currently valid OMB control number. If you have comments on the accuracy of this burden estimate and/or recommendations for reducing it, please send them to: U.S. Department of State, Bureau of Consular Affairs, Passport Services, Office of Legal Affairs, Attn: Passport Forms Officer, 44132 Mercure Cir., P.O. Box 1227, Sterling, VA 20166-1227.

**U.S. Department of State**

*Please Print Legibly Using Black Ink Only*

**OMB CONTROL NO. 1405-0014**
**OMB EXPIRATION DATE: 11-30-2021**
**ESTIMATED BURDEN: 5 Minutes**

# STATEMENT REGARDING A LOST OR STOLEN U.S. PASSPORT BOOK AND/OR CARD

## IMPORTANT NOTICE

A U.S. national may not normally bear more than one valid or potentially valid U.S. passport book and/or card at a time. Therefore, a statement is required when applying for a new U.S. passport if the previously valid or potentially valid passport is not submitted. Your statement must detail why the previous U.S. passport cannot be presented. The information you provide on this form will be placed into the Consular Lost and Stolen Passport System, which is designed to prevent the misuse of all reported lost or stolen passports. If more than one U.S. passport previously issued to you was lost or stolen, your replacement passport may be limited in validity. Once reported, the lost or stolen passport is electronically cancelled and MUST NOT BE USED FOR TRAVEL. Anyone (including the bearer) traveling on a reported lost or stolen passport may be detained upon entering the United States. Should you locate the passport after reporting it lost or stolen, submit it for cancellation to the Consular Lost and Stolen Passport Unit (CLASP). See page one of this form for contact information.

**Please select the document (or documents) that you are reporting and its status.**

**U.S. Passport Book** ☑ **Lost** ☐ **Stolen**

**U.S. Passport Card** ☐ **Lost** ☐ **Stolen**

## 1. IDENTIFYING INFORMATION OF PASSPORT HOLDER: Type or print legibly in black ink in white areas only.

| Last Name | First Name | Middle Name |
|---|---|---|
| [redacted] | [redacted] | |

Has your name changed since the passport was issued? If yes, state the name in which the lost or stolen passport was issued.

No

Sex ☐ Female ☑ Male [redacted]

Current Address (*Street, City, State, and ZIP Code **or** Country, if outside the U.S.*)

[redacted]

| Telephone Number | Alternative Telephone Number | E-mail Address |
|---|---|---|
| [redacted] | ( ) | mail@stackjones.com |

## 2. LOST OR STOLEN U.S. PASSPORT BOOK/CARD INFORMATION: **Answer all questions completely. If you do not know the answer in detail, be as exact as possible.**

Are you submitting this form in connection with an application for a new U.S. passport book and/or card? ☑ **Yes** ☐ **No**

Explain how your U.S. passport book/card was lost or stolen.

Passport is for minor child brought to Japan in violation of 18 U.S.C. § 1204.
Minor child's U.S. passport was used to enter Japan.
Father is guardian, biological father, and sole financial provider.

Explain where the loss or theft occurred. Provide the address, if known (*City and State, if in the U.S., or City and Country as it is presently known*)

Mother abandoned child on January 2nd, 2019. Father needs minor child's for identification purposes, and for passport to return to the U.S. Mother either refuses to return the passport, or has intentionally destroyed it.

On what date was your U.S. passport book/card lost or stolen (*mm-dd-yyyy*)? If unknown, when was the last time you remember it being in your possession?

November 11th, 2018.

**List your lost or stolen U.S. Passport Book, if known:** [redacted]

**List your lost or stolen U.S. Passport Card, if known:** Number ____ Issue Date (*mm/dd/yyyy*) ____

Have you had any other U.S. passport book/card lost or stolen? ☐ **Yes** ☑ **No**

**If yes**, how many passports? ____ Approximate date(s)? ____

Did you file a police report? ☐ **Yes** ☑ **No**
*(If yes and the report is available, please submit a copy.)*

## 3. YOU MUST SIGN AND DATE THE APPLICATION IN THE DESIGNATED AREA BELOW

I, the undersigned, declare under penalty of perjury all of the following: 1) that I have read and understood the warning on page one of this form; 2) the information provided herein is correct and complete; 3) I have not given my U.S. passport book and/or passport card to another person or disposed of it in an unauthorized manner; 4) I understand that the U.S. passport(s) I report as missing will be invalidated and cannot be used; and 5) if I subsequently find and recover it, I will immediately return the passport and/or passport card to Passport Services at the address on page one of this form or to the nearest U.S. passport agency, U.S. embassy or U.S. consulate, if abroad, and I will not attempt to use it.

Legal Signature - age 16 or older or Parent/Guardian if under age 16 ____ Date (*mm/dd/yyyy*) ____

[redacted] / Legal Signature - Parent/Guardian if under age 16 ____ 01/25/2019 Date (*mm/dd/yyyy*)

**Both parents or guardians of a child younger than 16 years old must sign and provide photocopy of ID when submitting this form** on the child's behalf unless one parent or guardian has sole custody. If there is sole custody, include a copy of a supporting document, such as a court order, with this form.

STATE-0252

U.S. Department of State

# STATEMENT OF EXIGENT/SPECIAL FAMILY CIRCUMSTANCES FOR ISSUANCE OF A U.S. PASSPORT TO A MINOR UNDER AGE 16

## USE OF THIS FORM

Passport applications for minors under the age of 16 require both custodial parents/legal guardians' signatures unless a notarized, written statement of consent from the non-applying custodial parent/legal guardian is provided.

**If you have a current court order reflecting full/sole custody or granting permission to obtain a passport, it is likely you will not need to fill out this form.** Court orders must be submitted with the minor's passport application.

**Use this form only if the notarized, written consent of a parent or legal guardian with custody of the minor applicant under 16 cannot be obtained.** Your statement in the form must explain the reason why you cannot obtain the notarized statement of consent. You must justify that there are exigent or special family circumstances that make two parent/guardian consent unobtainable. Please note completion of this form does not guarantee passport issuance.

Your request may qualify as a exigent circumstance if there is a time-sensitive emergency and the inability of the minor to obtain a passport would jeopardize the minor's health or welfare and safety or welfare of the minor or would result in the minor being separated from the rest of his or her traveling party.

Your request may qualify as a special family circumstance if the minor's family situation makes it exceptionally difficult or impossible for one or both of the minor's custodial parents/legal guardians to provide the notarized, written consent.

## FORM INSTRUCTIONS

1. **Please complete the questions on this form to the best of your knowledge.** Generally, the more information you are able to provide, the faster we may be able to process your minor child's U.S. passport application. For example, if you are unsure of an exact address, please provide the city, state, or street name if you can recall them. Passport Services will consider all the information derived from the form in its entirety.

2. If you need more space to respond to a question, please write the rest of your response on a separate sheet of paper.

## FOR MORE INFORMATION AND/OR QUESTIONS

For passport and travel information, please visit our website at **travel.state.gov**. In addition, contact the National Passport Information Center (NPIC) toll-free at 1-877-487-2778 (TDD 1-888-874-7793) or by e-mail at **NPIC@state.gov**. Customer Service Representatives are available Monday-Friday, 8:00a.m.-10:00p.m. Eastern Standard Time (excluding federal holidays). Automated information is available 24/7.

For information on International Parental Child Abduction, please visit **www.travel.state.gov/childabduction** or contact the Office of Children's Issues by telephone at 1-888-407-4747 or by e-mail at **PreventAbduction1@state.gov**.

## WARNING

**False statements made knowingly and willfully on passport applications, including affidavits or other supporting documents submitted therewith, may be punishable by fine and/or imprisonment under U.S. law, including the provisions of 18 U.S.C. 1001, 18 U.S.C. 1542, and/or 18 U.S.C. 1621.**

## PRIVACY ACT STATEMENT

**AUTHORITIES:** We are authorized to collect this information by 22 U.S.C. 211a et seq.; 8 U.S.C. 1104; 26 U.S.C. 6039E; Executive Order 11295 (August 5, 1966); and 22 C.F.R. parts 50 and 51.

**PURPOSE:** The primary purpose for soliciting this information is to establish a possible exigent/special family circumstance exception to Public Law 106-113, Section 236, requiring two parent consent for a minor's passport application.

**ROUTINE USES:** This information may be disclosed to another domestic government agency, a private contractor, a foreign government agency, or to a private person or private employer in accordance with certain approved routine uses. These routine uses include, but are not limited to, law enforcement activities, employment verification, fraud prevention, border security, counterterrorism, litigation activities, and activities that meet the Secretary of State's responsibility to protect U.S. citizens and non-citizen nationals abroad.

More information on the Routine Uses for the system can be found in System of Records Notices State-05, Overseas Citizen Services Records and State-26, Passport Records.

**DISCLOSURE:** Failure to provide the information requested on this form may result in the refusal or denial of a U.S. passport application.

## PAPERWORK REDUCTION ACT STATEMENT

Public reporting burden for this collection of information is estimated to average 30 minutes per response, including the time required for searching existing data sources, gathering the necessary data, providing the information and/or documents required, and reviewing the final collection. Responding to this collection of information is required to obtain a benefit. You do not have to supply this information unless this collection displays a currently valid OMB control number. If you have comments on the accuracy of this burden estimate and/or recommendations for reducing it, please send them to: U.S. Department of State, Bureau of Consular Affairs, Passport Services, Office of Legal Affairs and Law Enforcement Liaison, Attn: Forms Officer, 44132 Mercure Cir, P.O. Box 1227, Sterling, Virginia 20166-1227.

**U.S. Department of State**

OMB CONTROL NO. 1405-0216
OMB EXPIRATION DATE: 08-31-2019
ESTIMATED BURDEN: 30 Minutes

# STATEMENT OF EXIGENT/SPECIAL FAMILY CIRCUMSTANCES FOR ISSUANCE OF A U.S. PASSPORT TO A MINOR UNDER AGE 16

**1. Minor's Name** *(Last, First, Middle)*: [redacted] [redacted]

**2. Minor's Date of Birth** *(mm/dd/yyyy)*: [redacted]

**3. Applying Parent/Guardian's Name** *(Last, First, Middle)*: [redacted] [redacted]

**4. Non-Applying Parent/Guardian's Information**

Last Name: [redacted]

First & Middle Name: [redacted]

Date of Birth *(mm/dd/yyyy)*: [redacted]

Other Names They May Have Used:

Street: 2-1-8 Monto-machi

Apartment No.:

[redacted]

Telephone Number: (_______) ________________ E-mail Address: ____________________

**5. Has any court, either in the United States or abroad, ever issued an order/decree that references the custody or travel of the minor child in question? (Examples include a divorce decree, custody order, protection order, stay away order, restraining order, etc.)** ☐ Yes ☑ No

*If yes, you **must** submit a complete, signed, and dated copy of the most recent order(s)/decree(s) with this form.*

**6. Is the non-applying parent/guardian currently incarcerated?** ☐ Yes ☑ No

*If yes, submit evidence of incarceration with this form, such as a letter from the convicting criminal court, a copy of the incarceration court order, or a copy of the on-line inmate locator page.*

**7. Describe your attempts to contact the Non-Applying Parent.** *(If you need more space, continue on a separate paper.)*

| | Number of times | Approximate Dates | Result |
|---|---|---|---|
| **By Mail** | | | |
| **Phone** | 200+ | 11/08/2018-01/25/2019 | Nonresponsive |
| **E-mail** | 200+ | 11/08/2018-01/25/2019 | Nonresponsive |
| **Social Media** | | | |

**Other** Have you attempted to contact through a friend or relative? If so, please fill out the information below.

Name: __________ *Ex: John Smith* How they know the non-applying parent: __________ *Ex: Works with Non-Applying Parent*

Address: __________ *Street* __________ *City* __________ *State or Country*

Phone: __________ Approximate Dates: __________ Result: __________

Name: __________ *Ex: John Smith* How they know the non-applying parent: __________ *Ex: Works with Non-Applying Parent*

Address: __________ *Street* __________ *City* __________ *State or Country*

Phone: __________ Approximate Dates: __________ Result: __________

**8. Please explain in detail the reason for your request to issue a U.S. passport book and/or card without the non-applying parent/guardian's consent.** *(If you need more space, please continue on a separate paper.)*

[redacted]

**OATH: I declare under penalty of perjury that all statements made in this supporting document are true and correct.**

**Signature of Parent or Legal Guardian:** [redacted] STATE-0254

**Date** *(mm/dd/yyyy)*: 01/25/2019

**From:** Tokyo, CCU
**To:** mail@stackjones.com
**Cc:** PreventAbduction1
**Subject:** RE: 1.26.19. Emergency Order Filed To Obtain Passport for Minor Child
**Date:** Sunday, January 27, 2019 9:52:17 PM

Dear Mr. S[redacted],

Thank you for your email.

We have not yet had the opportunity to consider your minor son's circumstances, as his DS-11 passport application must first be submitted in person. At that time he will be seen by a consular officer and you will have the opportunity to provide additional documentation, as needed.

If you have not yet scheduled your son's in-person appointment in Tokyo or Sapporo, please use the following link: https://jp.usembassy.gov/u-s-citizen-services/appointment-system-acs/ to schedule it at your convenience. Currently, most appointments are available within one or two business days.

More specific instructions are included below:

> U.S. law requires that children under sixteen (16) years of age must appear in person accompanied by one or both parents. Please review our website at https://jp.usembassy.gov/u-s-citizen-services/passports/children-under-16/ which lists the supporting documentation required for the DS-11 passport application.
>
> If one parent cannot be present, the appearing parent must provide an original copy of the completed and notarized DS-3053 Statement of Consent, and a photocopy of the non-applying parent's ID. Please see Parental Consent for Minors for more information.
>
> If the child has two parents or guardians, but one is absent, and cannot be located to provide parental consent in a timely manner, the applying parent must submit Form DS-5525: Statement of Exigent/Special Family Circumstances. The statement must explain in detail the non-applying parent's or guardian's unavailability and recent efforts made to contact the non-applying parent. The applying parent also may be required to provide evidence (e.g., custody order, incarceration order, restraining order) to document his/her claim of exigent or special circumstances.

No decision can be made about your son's passport without first making an appointment to submit the DS-11 "Application for a U.S. Passport", along with the DS-64 "Statement Regarding a Lost or Stolen U.S. Passport", and DS-5525 "Statement of Exigent/Special Family Circumstances," if applicable. Please note that nearly every exigent circumstance requires the Department in Washington, D.C. to authorize issuance of the passport.

Additionally, we understand that you have been in communication with the Office of Children's Issues in Washington, D.C. Given your statements that your son was abducted from the U.S. to Japan without your knowledge or permission, you may wish to also file a Hague Application, if you

have not already done so. For more information about International Parental Child Abduction, please visit https://travel.state.gov/content/travel/en/International-Parental-Child-Abduction.html.

Sincerely,

American Citizen Services
U.S. Embassy Tokyo

-----Original Message-----
From: mail@stackjones.com [mailto:mail@stackjones.com]
Sent: Sunday, January 27, 2019 11:37 AM
To: Tokyo, CCU
Cc: PreventAbduction1
Subject: 1.26.19. Emergency Order Filed To Obtain Passport for Minor Child

1.26.19.

Emergency order filed in U.S. District Court, Hawaii, to compel U.S. Dept. of State, and U.S. Embassy Tokyo to reissue minor child's passport, due to exigent circumstances.

Copy of said ruling is attached, as well, the resistance of the required forms for the issuance of minor child's U.S. passport.

J S

Privacy/PII
This email is UNCLASSIFIED.

**From:** Tokyo, CCU
**To:** [redacted] Tokyo, CCU; [redacted] Tokyo Consular ACS SCS DL; Sapporo, ACS; [redacted]
**Cc:** [redacted]
**Subject:** RE: Email from S -- "1.26.19. Emergency Order Filed To Obtain Passport for Minor Child"
**Date:** Sunday, January 27, 2019 9:54:37 PM

---

[redacted] san,

Thank you for your email. Bcc'd all listed below and responded to Mr. S.

V/r,

[redacted]

This email is UNCLASSIFIED.

---

**From:** [redacted]
**Sent:** Monday, January 28, 2019 11:36 AM
**To:** Tokyo, CCU; [redacted] Tokyo Consular ACS SCS DL; Sapporo, ACS; [redacted]
**Cc:** [redacted]
**Subject:** RE: Email from S -- "1.26.19. Emergency Order Filed To Obtain Passport for Minor Child"

@CCU, please send the following reply to Mr. S, and bcc: SapporoACS@state.gov, TokyoACS@state.gov, [redacted] san, [redacted] san, [redacted] san, and me.

I'm sharing this with the wider group for their awareness re this ongoing domestic issue.

Thank you,

[redacted]

---

Dear Mr. S,

Thank you for your email.

We have not yet had the opportunity to consider your minor son's circumstances, as his DS-11 passport application must first be submitted in person. At that time he will be seen by a consular officer and you will have the opportunity to provide additional documentation, as needed.

If you have not yet scheduled your son's in-person appointment in Tokyo or Sapporo, please use the following link: https://jp.usembassy.gov/u-s-citizen-services/appointment-system-acs/ to schedule it

at your convenience. Currently, most appointments are available within one or two business days.

More specific instructions are included below:

> U.S. law requires that children under sixteen (16) years of age must appear in person accompanied by one or both parents. Please review our website at https://jp.usembassy.gov/u-s-citizen-services/passports/children-under-16/ which lists the supporting documentation required for the DS-11 passport application.
>
> If one parent cannot be present, the appearing parent must provide an original copy of the completed and notarized DS-3053 Statement of Consent, and a photocopy of the non-applying parent's ID. Please see Parental Consent for Minors for more information.
>
> If the child has two parents or guardians, but one is absent, and cannot be located to provide parental consent in a timely manner, the applying parent must submit Form DS-5525: Statement of Exigent/Special Family Circumstances. The statement must explain in detail the non-applying parent's or guardian's unavailability and recent efforts made to contact the non-applying parent. The applying parent also may be required to provide evidence (e.g., custody order, incarceration order, restraining order) to document his/her claim of exigent or special circumstances.

No decision can be made about your son's passport without first making an appointment to submit the DS-11 "Application for a U.S. Passport", along with the DS-64 "Statement Regarding a Lost or Stolen U.S. Passport", and DS-5525 "Statement of Exigent/Special Family Circumstances," if applicable. Please note that nearly every exigent circumstance requires the Department in Washington, D.C. to authorize issuance of the passport.

Additionally, we understand that you have been in communication with the Office of Children's Issues in Washington, D.C. Given your statements that your son was abducted from the U.S. to Japan without your knowledge or permission, you may wish to also file a Hague Application, if you have not already done so. For more information about International Parental Child Abduction, please visit https://travel.state.gov/content/travel/en/International-Parental-Child-Abduction.html.

Sincerely,

American Citizen Services
U.S. Embassy Tokyo

**Official - Privacy/PII**
**UNCLASSIFIED**

-----Original Message-----

From: mail@stackjones.com [mailto:mail@stackjones.com]
Sent: Sunday, January 27, 2019 11:37 AM
To: Tokyo, CCU
Cc: PreventAbduction1
Subject: 1.26.19. Emergency Order Filed To Obtain Passport for Minor Child

1.26.19.

Emergency order filed in U.S. District Court, Hawaii, to compel U.S. Dept. of State, and U.S. Embassy Tokyo to reissue minor child's passport, due to exigent circumstances.

Copy of said ruling is attached, as well, the resistance of the required forms for the issuance of minor child's U.S. passport.

J[redacted] S[redacted]

**Official - Privacy/PII**

**UNCLASSIFIED**

**From:** [redacted]
**To:** [redacted]
**Subject:** RE: Phone call with S , J re: issuance of child"s passport with single parent signature claiming exigent/special circumstances
**Date:** Sunday, January 27, 2019 9:56:05 PM

---

Excellent notes, thanks!

**Official - Transitory**
**UNCLASSIFIED**

---

**From:** [redacted]
**Sent:** Monday, January 28, 2019 10:58 AM
**To:** [redacted]
**Subject:** FW: Phone call with S , J re: issuance of child's passport with single parent signature claiming exigent/special circumstances

[redacted]

For your reference, here's a copy of my notes from the phone call on 01/07/19. Interspersed with the call notes are internal deliberative notes/comments and relevant FAM references (*in red*).

Sapporo was also included since he's within their consular district and most likely to schedule his interview there.

[redacted]

**Official - Privacy/PII**
**UNCLASSIFIED**

---

**From:** [redacted]
**Sent:** Monday, January 07, 2019 1:05 PM
**To:** Tokyo Consular ACS SCS DL; Tokyo Consular ACS Officers DL; [redacted]
**Cc:** [redacted]
**Subject:** Phone call with S , J re: issuance of child's passport with single parent signature claiming exigent/special circumstances

S , J
DPOB
SSN
Email: mail@stackjones.com

Recent correspondence with Mr. S contained two possible phone numbers: and .

I contacted him at the first number, which was answered by a female. Initially, I was

concerned that I had called his place of employment, but he later stated that this was the number of the house provided by his employer, and that the woman had come by to do a little housekeeping.

Consistent with his recent communications with others, he stated that he had previously lived in Japan and had moved to Florida. in March 2018 to live there with his family. In October, he returned to Japan alone to renew his visa, while his wife and child remained in the Florida. He planned to return circa Nov 11, but immediately prior to departing, he learned from his sister that his wife had purchased one-way tickets to return to Japan with their son. Concerned that his wife may divorce him and cancel his visa, he cancelled his flight, and immediately sought employment with an "eikawa" (English conversation school) in Sendai. He reiterated that his wife had lived with her sister in Tokyo (at an unknown address with unknown phone number) for about a month before moving to her parents' house in Yamagata.

He states that she was not totally incommunicado the entire time, as she had come up to visit him in Sendai to help him find more permanent accommodations. At that time, he had given her his first paycheck (minus some money for his Suica card), as had been his practice throughout their marriage. It is unclear whether their son had come with her when she visited. He claims that instead of helping him find an apartment, she took the money and left him with nothing. Although the pay isn't much, conoff understood him to say that he also earns money by doing legal work (remotely), presumably for an entity in the U.S.

He further stated that he travelled to his in-laws house in Yamagata in early January and stayed there for two days, during which time they "were rude" to him (he states that the family was never supportive of them during the ten years that they have been together). He alleged that the house was "filthy", that fuel containers "were stacked in the entryway", that the house was unheated (all wore multiple layers of clothing and "you could see your breath" indoors), that his son was coughing and his (the son's) skin was "raw" from the harsh "chemical soaps" they use. He stated that he "took pictures" and decided to leave with his son and return to Sendai. He claimed that the family struggled with him, hit him, and pulled his son's arm when he tried to leave. He was ultimately able to leave with his son, albeit without his or his son's jackets or gloves, and they walked in the cold to the train station.

He states that the child is now safe in his house in Sendai, which is clean and warm, and that his employer is supportive. He states that his employer is also a single father with sole custody of his child, and has promised to "protect [his] son and not turn him over to the mother."

He also stated that the employer gave him some money (~$250) to buy food and other necessities until his next paycheck, and will allow him to remain in the "temporary housing" at no expense. Also, the mother shipped a box of the son's clothing for him to use there. He has

no current concerns at this time about his son's safety or wellbeing.

He advised that he had filed a motion with the District Court in Hawaii to compel issuance of his son's passport. The motion (a copy of which was previously forwarded to the Embassy from OCS/CI) states his intention is to "return to the U.S. with his child". He also stated that he intends to file a similar motion with the 9th Circuit District Court.

He verbally claimed that he did not have any intention of returning to the U.S. "right away" but repeatedly stated that he "needed" the passport as "identification for his son".

[redacted]

He also stated that the child's birthday was Jan 4th, and the mother sent "a box of clothing" and not "a birthday cake", which he felt was a clear sign that she had "abandoned the child".

[redacted]

[redacted]

[redacted]

[redacted]

He asked when he would "get a decision" on his son's passport, and conoff stated that "decisions" could not made without submission of a DS-11 passport application and accompanying DS-5525 "*Statement of Exigent/Special Family Circumstances for Issuance of a Passport to a Minor Under Age 16*", or equivalent statement. Conoff also noted that any claimed special circumstances regarding his specific claim (needing an ID, presumably to obtain benefits), per 8 FAM 502.5-3d(9) would require prior authorization from AskPPTAdjudication@state.gov (as would any claim under d(8)).

He stated that he understood that particular decision could not be made at post and would need approval from Washington.

[ACTION] Although it's not likely to qualify as an exigent or special family circumstance after reviewing the FAM, as noted above, we can't preadjudicate. Since the passport was neither lost nor cancelled in error, and he does not qualify for a no-fee reissuance. Let's send an email to Mr. S explaining the DS-11 and DS-5525 process.

**Official - Privacy/PII**
**UNCLASSIFIED**

**From:** Tokyo, CCU
**To:** [redacted]
**Cc:** [redacted] U.S. Embassy Tokyo ACS; Sapporo, ACS; [redacted]
**Subject:** RE: 1.26.19. Emergency Order Filed To Obtain Passport for Minor Child
**Date:** Tuesday, January 29, 2019 7:10:23 PM
**Attachments:** image001.png

---

[redacted]-san,

Thank you very much for clarification. We continue to forward relevant emails to you.

V/r,
CCU

**From:** [redacted]
**Sent:** Tuesday, January 29, 2019 6:17 PM
**To:** Tokyo, CCU
**Cc:** [redacted] U.S. Embassy Tokyo ACS; Sapporo, ACS; [redacted]
**Subject:** RE: 1.26.19. Emergency Order Filed To Obtain Passport for Minor Child

Update for clarity:

It appears from the subject line that Mr. S sent the message to the Senator's office over the weekend, and then forwarded their response to us earlier this morning.

My apologies for any confusion,

[redacted]

---
Sent from Workspace ONE Boxer

On January 29, 2019 12:54:56 JST, [redacted]@state.gov> wrote:

> [redacted]-san, thank you for forwarding this. It looks like he sent it over the weekend, before we provided additional instructions reminding him that he needs to actually apply in person.
>
> **@CCU**, no response at this time. Please continue to forward all communications from Mr. S to us. Thank you! ☺
>
> [redacted]
>
> [redacted]
>
> American Citizens Services
>
> U.S. Embassy Tokyo | Tokyo, Japan
>
> ☎ - [redacted] | ✉ - [redacted]@state.gov
>
> **Official - Privacy/PII**
>
> **UNCLASSIFIED**
>
> **Official**
> **UNCLASSIFIED**

**From:** Tokyo, CCU
**Sent:** Tuesday, January 29, 2019 12:42 PM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** FW: 1.26.19. Emergency Order Filed To Obtain Passport for Minor Child

[redacted]-san,

We received following email to TokyoCCU account.

V/r,

[redacted]

**Official - Privacy/PII**

**UNCLASSIFIED**

**From:** mail@stackjones.com [mailto:mail@stackjones.com]
**Sent:** Tuesday, January 29, 2019 10:35 AM
**To:** Tokyo, CCU
**Cc:** PreventAbduction1
**Subject:** RE: 1.26.19. Emergency Order Filed To Obtain Passport for Minor Child

Dear Mr. S :

Thank you for contacting Senator Brian Schatz regarding your efforts to obtain a replacement US passport for your son who was abducted to Japan by his mother. I understand from your email that the US Consulate ("Consulate") in Japan has refused to issue your son's passport because his mother has not consented to the replacement. It also appears that you have filed a lawsuit in Hawaii Federal District Court that would compel the Consulate to issue the passport without your wife's consent. We regret the adversity that you are facing because of the abduction and hope that we may be able to be helpful by improving communication with the Consulate.

Please note that our office is limited in the type of assistance that we can offer. Members of Congress are unable to overrule agency decisions and we cannot be involved in court matters. However, we can submit an inquiry to the Consulate if you have questions or need additional guidance about how to prove that your wife's consent to the passport cannot be obtained and therefore a passport can be issued without her consent. In order for our office to submit an inquiry with the Consulate, please provide us with the following materials:

(1) Request Letter. A written letter (or email) to Senator Schatz that explains the situation and your specific request.

(2) Privacy Release Form. A manually signed Privacy Release Form (PRF) (attached). This form can be completed on a computer or handwritten in ink. To avoid delays, please fill in all sections and print clearly. You are PERSON 1 and your son is PERSON 2. Please manually sign the form in ink.

(3) Supporting Documents. Copies of any relevant documents including correspondence from the Consulate.

Please return these materials to our Honolulu office via mail or email (the contact information is below). Once we receive these items we will be able to submit our inquiry to the agency.

Additionally, if you have not yet done so, you may wish to contact the Department of State to learn more about filing a Hague Application for your son's international abduction. You can also read about this process at https://travel.state.gov/content/travel/en/International-Parental-Child-Abduction/abductions/hague-app-wizard.html.

Should you have any questions please contact me at (808) 523-2061 or at casework@schatz.senate.gov.

Sincerely,

Jennifer Wooton
Director of Constituent Services

---

OFFICE OF U.S. SENATOR BRIAN SCHATZ
300 Ala Moana Blvd., Room 7-212 | Honolulu, HI 96850 | PH: (808)523-2061
| casework@schatz.senate.gov

**From:** Tokyo, CCU
**To:** me_u_kis@yahoo.co.jp
**Subject:** ACS Inquiry
**Date:** Wednesday, February 06, 2019 10:59:38 PM

S[redacted] 様

[redacted]

[redacted]

[redacted]

[redacted]

Sincerely,

**Consular Communication Unit**
**American Citizen Services**
U.S. Embassy Tokyo
Follow us on twitter: https://mobile.twitter.com/acstokyo
Like us on Facebook: https://www.facebook.com/ACSTokyo

**PLEASE DO NOT RESPOND TO THIS EMAIL.** This email is provided for your information only. For questions regarding information that is not on our website or listed in our Frequently Asked Questions, please contact us via https://japan2.usembassy.gov/e/acs/tacs-form-inquiries.html . We only respond to inquiries generated through our inquiry form on the website.

-----Original Message-----
From: tacs-form-inquiries@server.japan2.usembassy.gov [mailto:tacs-form-inquiries@server.japan2.usembassy.gov]
Sent: Monday, February 04, 2019 2:06 PM
To: Tokyo, CCU
Subject: ACS Inquiry_SCS will respond via ACS account

birth-day ->
[redacted]

birth-month ->
[redacted]

birth-year ->
[redacted]

citizenship ->
US

email ->
me_u_kis@yahoo.co.jp

feedback ->
[redacted].

firstname ->
M[redacted] [redacted]

lastname ->
S[redacted]

phone ->
[redacted]

sender ->
tacs-form-inquiries

type ->
passport

**Official - Privacy/PII**
**UNCLASSIFIED**

**From:** [redacted]
**To:** AskPPTAdjudication
**Cc:** Tokyo Consular ACS Officers DL; [redacted]
**Subject:** Concurrence request: DS-11 minor denial
**Date:** Wednesday, February 13, 2019 12:53:00 AM
**Attachments:** M S .pdf

---

Dear PPT colleagues,

Post requests concurrence in the denial of a DS-11 minor passport application executed by the father with a DS-5525. The father, J S , is well-known to the ACS unit here in Tokyo and has previously filed legal complaints against the Department for a variety of reasons, so we want to make sure that we check all the boxes before moving forward.

All of Mr. S 's submitted documentation is attached to this email. The situation is as follows:

Mr. S came to Japan by himself to renew his spousal visa. He planned to be here for a month. His Japanese national wife and dual national child (M S , the applicant in this case) came to Japan from the United States without his knowledge during this time. Mr. S discovered their presence in Japan, and canceled his return flight to CONUS. He got a job in Japan and has remained here since.

At some point afterwards, apparently towards the end of December/beginning of January, Mr. S took physical custody of M . M has lived with him since then. Mr. S claims that he has had no contact with his mother, but also contradicts himself and indicates that the mother had stayed with them in his home as recently as last month. After Mr. S 's interview on Friday, he stated that he and M were on the way to visit the mother in her hometown.

Mr. S claims that the mother has ceded custody to him, and provides an email purported to be from her to this effect. However, the mother has repeatedly called and emailed Post to tell us that she does not consent to the issuance of a passport and does not/not want M to leave Japan. She has possession of M 's valid U.S. passport, as well as his Japanese passport.

Mr. S 's DS-5525 indicates that he has tried to contact the mother over 200 times without success, but as mentioned this contradicts his statements to the officer about how frequently he has seen/spoken to the mother. He also indicated that the needs a U.S. passport issued in order to facilitate M 's enrollment in school/in order to obtain medical care. In previous cases, post has determined that this is not necessarily true, and that other avenues exist. We find that the burden of proof for issuance under exigent/special family circumstances has not been met.

Based on the mother's express wishes against passport issuance, as well as a failure to meet the burden of proof for a DS-5525, we plan to deny the passport. Does PPT concur?

Please let me know if you have any questions or need any assistance.

Thanks!
[redacted]

[redacted]
Deputy Chief, ACS

# APPLICATION FOR A U.S. PASSPORT

*Please Print Legibly Using Black Ink Only*

OMB CONTROL NO. 1405-0004
OMB EXPIRATION DATE: 08-31-2019
ESTIMATED BURDEN: 85 MIN

Attention: Read WARNING on page 1 of instructions

**Please select the document(s) for which you are applying:**

☑ U.S. Passport Book ☐ U.S. Passport Card ☐ Both

The U.S. passport card is not valid for international air travel. For more information see page 1 of instructions.

☑ Regular Book (Standard) ☐ Large Book (Non-Standard)

**Note:** The large book option is for those who frequently travel abroad during the passport validity period, and is recommended for applicants who have previously required the addition of visa pages.

☐ D ☐ O ☐ Dep DOTS

End. # Exp.

**1. Name** Last

S [redacted]

First

M [redacted]

Middle

[redacted]

**2. Date of Birth** *(mm/dd/yyyy)*

[redacted]

**3. Sex** M F
✓ (M)

**4. Place of Birth** *(City & State if in the U.S., or City & Country as it is presently known.)*

[redacted]

**5. Social Security Number**

[redacted]

**6. Email** *(Info alerts offered at travel.state.gov)*

mail@stackjones.com

**7. Primary Contact Phone Number**

[redacted]

**8. Mailing Address:** Line 1: Street/RFD#, P.O. Box, or URB.

[redacted]

Address Line 2: **Clearly label Apartment, Company, Suite, Unit, Building, Floor, In Care Of or Attention if applicable.** *(e.g., In Care Of - Jane Doe, Apt # 100)*

City

[redacted]

State

Zip Code

[redacted]

**Country, if outside the United States**

**9. List all other names you have used.** *(Examples: Birth Name, Maiden, Previous Marriage, Legal Name Change. Attach additional pages if needed)*

A.

B.



## STOP! CONTINUE TO PAGE 2

**DO NOT SIGN APPLICATION UNTIL REQUESTED TO DO SO BY AUTHORIZED AGENT**

**Identifying Documents - Applicant or Mother/Father/Parent on Second Signature Line (if identifying minor)**

☐ Driver's License ☐ State Issued ID Card ☑ Passport ☐ Military ☐ Other

Name [redacted] [redacted]

Issue Date *(mm/dd/yyyy)* [redacted] Exp. Date *(mm/dd/yyyy)* [redacted] State of Issuance

ID No [redacted] Country of Issuance [redacted]

**Identifying Documents - Applicant or Mother/Father/Parent on Third Signature Line (if identifying minor)**

☐ Driver's License ☐ State Issued ID Card ☐ Passport ☐ Military ☐ Other

Name

Issue Date *(mm/dd/yyyy)* Exp. Date *(mm/dd/yyyy)* State of Issuance

ID No Country of Issuance

☐ Acceptance Agent ☐ (Vice) Consul USA

☐ Passport Staff Agent

(Seal)

I declare under penalty of perjury all of the following: 1) I am a citizen or non-citizen national of the United States and have not, since acquiring U.S. citizenship or nationality, performed any of the acts listed under "Acts or Conditions" on page four of the instructions of this application (unless explanatory statement is attached); 2) the statements made on the application are true and correct; 3) I have not knowingly and willfully made false statements or included false documents in support of this application; 4) the photograph attached to this application is a genuine, current photograph of me; and 5) I have read and understood the warning on page one of the instructions to the application form.

x Applicant's Legal Signature [redacted]

x Mother/Father/Parent/Legal Guardian's Signature (if identifying minor)

x Mother/Father/Parent/Legal Guardian's Signature (if identifying minor)

Name of courier company *(if applicable)*

Facility ID Number

Facility Name/Location

Agent ID Number

Signature of person authorized to accept applications

Date

STATE-0271

**Name of Applicant** *(Last, First, & Middle)*
S [redacted] M [redacted]

**Date of Birth** *(mm/dd/yyyy)*
[redacted]

**10. Parental Information**
Mother/Father/Parent - First & Middle Name
S [redacted], J [redacted]
Last Name *(at Parent's Birth)*

Date of Birth *(mm/dd/yyyy)*
[redacted]
Place of Birth
[redacted]
Sex: ✓ Male / Female — U.S. Citizen? ✓ Yes / No

Mother/Father/Parent - First & Middle Name
S [redacted] M [redacted]
Last Name *(at Parent's Birth)*

Date of Birth *(mm/dd/yyyy)*
[redacted]
Place of Birth
[redacted]
Sex: Male / ✓ Female — U.S. Citizen? Yes / ✓ No

**11. Have you ever been married?** ✓ Yes No *If yes, complete the remaining items in #11.*
Full Name of Current Spouse or Most Recent Spouse
S [redacted] M [redacted]
Date of Birth (mm/dd/yyyy)
[redacted]
Place of Birth
[redacted]

U.S. Citizen? Yes ✓ No
Date of Marriage *(mm/dd/yyyy)* 07/14/2014
Have you ever been widowed or divorced? Yes ✓ No
Widow/Divorce Date *(mm/dd/yyyy)*

**12. Additional Contact Phone Number**
Home Cell Work

**13. Occupation** *(if age 16 or older)*
Education

**14. Employer or School** *(if applicable)*

**15. Height** 3' 4"
**16. Hair Color** Brown
**17. Eye Color** Brown
**18. Travel Plans**
Departure Date *(mm/dd/yyyy)*
Return Date *(mm/dd/yyyy)*
Countries to be Visited

**19. Permanent Address -** *If P.O. Box is listed under Mailing Address **or** if residence is different from Mailing Address.*
Street/RFD # or URB (***No P.O. Box***)
Apartment/Unit
City
State
Zip Code

**20. Emergency Contact -** *Provide the information of a person not traveling with you to be contacted in the event of an emergency.*
Name
Address: Street/RFD # or P.O. Box
[redacted]
Apartment/Unit
City
[redacted]
State
Zip Code
Phone Number
[redacted]
Relationship
Sister

**21. Have you ever applied for or been issued a U.S. Passport Book or Passport Card?** ✓ Yes No *If yes, complete the remaining items in #21.*
Name as printed on your most recent passport book
S [redacted] M [redacted]
Most recent passport book number
[redacted]
Most recent passport book issue date *(mm/dd/yyyy)*
[redacted]

Status of your most recent passport book: Submitting with application Stolen Lost In my possession *(if expired)*

Name as printed on your most recent passport card
Most recent passport card number
Most recent passport card issue date *(mm/dd/yyyy)*

Status of your most recent passport card: Submitting with application Stolen Lost In my possession *(if expired)*

**PLEASE DO NOT WRITE BELOW THIS LINE - FOR ISSUING OFFICE ONLY**

Name as it appears on citizenship evidence

☐ Birth Certificate SR CR City Filed:
Issued:
☐ Nat. / Citz. Cert. USCIS USDC Date/Place Acquired:
A#
☐ Report of Birth Filed/Place:
☐ Passport C/R S/R Per PIERS #/DOI:
☐ Other:
☐ Attached:

Tokyo, Japan

STATE-0272

☐ P/C of Citz ☐ P/C of ID ☐ DS-71 ☐ DS-3053 ☐ DS-64 ☐ DS-5520 ☐ ...

**U.S. Department of State**

**STATEMENT OF EXIGENT/SPECIAL FAMILY CIRCUMSTANCES FOR ISSUANCE OF A U.S. PASSPORT TO A MINOR UNDER AGE 16**

OMB CONTROL NO. 1405-0216
OMB EXPIRATION DATE: 08-31-2019
ESTIMATED BURDEN: 30 Minutes

**1. Minor's Name** *(Last, First, Middle)*: S[redacted], M[redacted]

**2. Minor's Date of Birth** *(mm/dd/yyyy)*: [redacted]

**3. Applying Parent/Guardian's Name** *(Last, First, Middle)*: S[redacted], J[redacted]

**4. Non-Applying Parent/Guardian's Information**

Last Name: S[redacted]
First & Middle Name: M[redacted]
Date of Birth *(mm/dd/yyyy)*: [redacted]
Other Names They May Have Used:
Street: [redacted]
Apartment No.:
City: [redacted]
State: [redacted]
ZIP Code: [redacted]
Country: [redacted]
Telephone Number: (______) __________ E-mail Address: __________

**5. Has any court, either in the United States or abroad, ever issued an order/decree that references the custody or travel of the minor child in question? (Examples include a divorce decree, custody order, protection order, stay away order, restraining order, etc.)** ☐ Yes ☑ No

*If yes, you **must** submit a complete, signed, and dated copy of the most recent order(s)/decree(s) with this form.*

**6. Is the non-applying parent/guardian currently incarcerated?** ☐ Yes ☑ No

*If yes, submit evidence of incarceration with this form, such as a letter from the convicting criminal court, a copy of the incarceration court order, or a copy of the on-line inmate locator page.*

**7. Describe your attempts to contact the Non-Applying Parent.** *(If you need more space, continue on a separate paper.)*

| | Number of times | Approximate Dates | Result |
|---|---|---|---|
| **By Mail** | | | |
| **Phone** | 200+ | 11/08/2018-01/25/2019 | Nonresponsive |
| **E-mail** | 200+ | 11/08/2018-01/25/2019 | Nonresponsive |
| **Social Media** | | | |

**Other** Have you attempted to contact through a friend or relative? If so, please fill out the information below.

Name: __________ *Ex: John Smith* How they know the non-applying parent: __________ *Ex: Works with Non-Applying Parent*
Address: __________ *Street* __________ *City* __________ *State or Country*
Phone: __________ Approximate Dates: __________ Result: __________

Name: __________ *Ex: John Smith* How they know the non-applying parent: __________ *Ex: Works with Non-Applying Parent*
Address: __________ *Street* __________ *City* __________ *State or Country*
Phone: __________ Approximate Dates: __________ Result: __________

**8. Please explain in detail the reason for your request to issue a U.S. passport book and/or card without the non-applying parent/guardian's consent.** *(If you need more space, please continue on a separate paper.)*

Minor child brought to Japan in violation of 18 U.S.C. § 1204.
Mother destroyed, or refuses to return minor child's passport, after numerous attempts to obtain it.
Mother sent email Monday, 14 Jan. 2019 21:12:50, "[Y]ou should leave Japan with M[redacted] then our problem will be solved. I can't live together."
On January 12th 2019, mother shipped all minor child's property to father's temporary residence. Father paid for shipment, and retains receipt as factual proof. Father, legal guardian and sole financial provider minor child's entire life, wants to return to U.S. ASAP.

OATH: I declare under penalty of perjury that all statements made in this supporting document are true and correct.

**Signature of Parent or Legal Guardian:** [redacted]

U.S. Department of State

*Please Print Legibly Using Black Ink Only*

OMB CONTROL NO. 1405-0014
OMB EXPIRATION DATE: 11-30-2021
ESTIMATED BURDEN: 5 Minutes

# STATEMENT REGARDING A LOST OR STOLEN U.S. PASSPORT BOOK AND/OR CARD

## IMPORTANT NOTICE

A U.S. national may not normally bear more than one valid or potentially valid U.S. passport book and/or card at a time. Therefore, a statement is required when applying for a new U.S. passport if the previously valid or potentially valid passport is not submitted. Your statement must detail why the previous U.S. passport cannot be presented. The information you provide on this form will be placed into the Consular Lost and Stolen Passport System, which is designed to prevent the misuse of all reported lost or stolen passports. If more than one U.S. passport previously issued to you was lost or stolen, your replacement passport may be limited in validity. Once reported, the lost or stolen passport is electronically cancelled and MUST NOT BE USED FOR TRAVEL. Anyone (including the bearer) traveling on a reported lost or stolen passport may be detained upon entering the United States. Should you locate the passport after reporting it lost or stolen, submit it for cancellation to the Consular Lost and Stolen Passport Unit (CLASP). See page one of this form for contact information.

**Please select the document (or documents) that you are reporting and its status.**

**U.S. Passport Book** ☑ Lost ☐ Stolen **U.S. Passport Card** ☐ Lost ☐ Stolen

## 1. IDENTIFYING INFORMATION OF PASSPORT HOLDER: Type or print legibly in black ink in white areas only.

Last Name: S[redacted]

First Name: M[redacted]

Middle Name:

Has your name changed since the passport was issued? If yes, state the name in which the lost or stolen passport was issued.

No

Sex: ☐ Female ☑ Male

Date of Birth (*mm-dd-yyyy*) / Place of Birth (*City & State if in U.S. or City & Country*) / Social Security Number: [redacted]

Current Address (*Street, City, State, and ZIP Code* ***or*** *Country, if outside the U.S.*)

[redacted]

Telephone Number: [redacted]

Alternative Telephone Number: ( )

E-mail Address: mail@stackjones.com

## 2. LOST OR STOLEN U.S. PASSPORT BOOK/CARD INFORMATION: Answer all questions completely. If you do not know the answer in detail, be as exact as possible.

Are you submitting this form in connection with an application for a new U.S. passport book and/or card? ☑ Yes ☐ No

Explain how your U.S. passport book/card was lost or stolen.

Passport is for minor child brought to Japan in violation of 18 U.S.C. § 1204.
Minor child's U.S. passport was used to enter Japan.
Father is guardian, biological father, and sole financial provider.

Explain where the loss or theft occurred. Provide the address, if known *(City and State, if in the U.S., or City and Country as it is presently known)*

Mother abandoned child on January 2nd, 2019. Father needs minor child's for identification purposes, and for passport to return to the U.S. Mother either refuses to return the passport, or has intentionally destroyed it.

On what date was your U.S. passport book/card lost or stolen *(mm-dd-yyyy)*? If unknown, when was the last time you remember it being in your possession?

November 11th, 2018.

**List your lost or stolen U.S. Passport Book, if known:** Number [redacted] Issue Date *(mm/dd/yyyy)* [redacted]

**List your lost or stolen U.S. Passport Card, if known:** Number Issue Date *(mm/dd/yyyy)*

Have you had any other U.S. passport book/card lost or stolen? ☐ Yes ☑ No

If yes, how many passports? ________ Approximate date(s)? ________

Did you file a police report? ☐ Yes ☑ No
*(If yes and the report is available, please submit a copy.)*

## 3. YOU MUST SIGN AND DATE THE APPLICATION IN THE DESIGNATED AREA BELOW

I, the undersigned, declare under penalty of perjury all of the following: 1) that I have read and understood the warning on page one of this form; 2) the information provided herein is correct and complete; 3) I have not given my U.S. passport book and/or passport card to another person or disposed of it in an unauthorized manner; 4) I understand that the U.S. passport(s) I report as missing will be invalidated and cannot be used; and 5) if I subsequently find and recover it, I will immediately return the passport and/or passport card to Passport Services at the address on page one of this form or to the nearest U.S. passport agency, U.S. embassy or U.S. consulate, if abroad, and I will not attempt to use it.

Legal Signature - age 16 or older or Parent/Guardian if under age 16 ________ Date *(mm/dd/yyyy)* ________

[redacted] / Legal Signature - Parent/Guardian if under age 16 ________ Date *(mm/dd/yyyy)* 01/25/2019

STATE-0274

**Both parents or guardians of a child younger than 16 years old must sign and provide photocopy of ID when submitting this form** on the child's behalf unless one parent or guardian has sole custody. If there is sole custody, include a copy of a supporting document, such as a court order, with this form.

UNITED STATES OF AMERICA

DEPARTMENT OF STATE

[redacted]

# *Consular Report of Birth Abroad*

OF A CITIZEN OF THE UNITED STATES OF AMERICA

This is to certify that

M[redacted] S[redacted]

Sex MALE born at [redacted]

On [redacted]

Acquired United States CITIZENSHIP at birth as established by documentary evidence

Presented to the Consular Service of the United States at

TOKYO, JAPAN

On OCTOBER 29, 2014

MOTHER/FATHER/PARENTS

J[redacted] S[redacted]

Date of Birth: [redacted]

M[redacted] S[redacted]

Date of Birth: [redacted]

Michele Thoren Bond

Acting Assistant Secretary for Consular Affairs

Date of Issuance: OCTOBER 29, 2014

* 00-20151-22 *

[redacted]

COPY


SIGNATURE OF BEARER / SIGNATURE DU TITULAIRE / FIRMA DEL TITULAR
PASSPORT
PASAPORTE
USA
P
USA
S[redacted]
M[redacted]
UNITED STATES OF AMERICA
M
United States
Department of State
SEE PAGE 51
USA
P<USAS[redacted]<<M[redacted]<<<<<<<<<<<<
[redacted]
PASSPORT
United States
of America


We The People
Of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defence, promote the general Welfare, and secure the Blessings of Liberty to ourselves and our Posterity, do ordain and establish this Constitution for the United States of America.

[redacted] 3
SIGNATURE OF BEARER / SIGNATURE DU TITULAIRE / FIRMA DEL TITULAR

PASSPORT
PASSEPORT
PASAPORTE
USA

UNITED STATES OF AMERICA
Type / Type / Tipo P Code / Code / Código USA Passport No. / No. du Passeport / No. de Pasaporte [redacted]
[redacted]
Surname / Nom / Apellidos
S[redacted]
Given Names / Prénoms / Nombres
J[redacted]
Nationality / Nationalité / Nacionalidad
UNITED STATES OF AMERICA
Date of birth / Date de naissance / Fecha de nacimiento
[redacted]
Place of birth / Lieu de naissance / Lugar de nacimiento
[redacted]
Sex / Sexe / Sexo
M
Date of issue / Date de délivrance / Fecha de expedición
[redacted]
Authority / Autorité / Autoridad
United States Department of State
Date of expiration / Date d'expiration / Fecha de caducidad
[redacted]
Endorsements / Mentions Spéciales / Anotaciones
SEE PAGE 51
USA

P<USAS[redacted]<<J[redacted]<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<
[redacted]

**Jason Dyer**
**Deputy American Citizen Services Chief**
**Embassy of the United States of America**

Department of Homeland Security
U.S. Citizenship and Immigration Services

# Form I-797C, Notice of Action

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| | | |
|---|---|---|
| NOTICE TYPE<br>Receipt | | NOTICE DATE<br>January 12, 2018 |
| CASE TYPE<br>I-130, Petition for Alien Relative | | USCIS ALIEN NUMBER |
| RECEIPT NUMBER<br>[redacted] | RECEIVED DATE<br>October 20, 2017 | PAGE<br>1 of 1 |
| PRIORITY DATE<br>October 20, 2017 | PREFERENCE CLASSIFICATION<br>201 B INA SPOUSE OF USC | DATE OF BIRTH<br>[redacted] |

[redacted]

APPLICANT/PETITIONER NAME AND MAILING ADDRESS

**PAYMENT INFORMATION:**

| | |
|---|---|
| Application/Petition Fee: | $535.00 |
| Biometrics Fee: | $0.00 |
| Total Amount Received: | $535.00 |
| Total Balance Due: | $0.00 |

The I-130, Petition for Alien Relative has been received by our office for the following beneficiaries and is in process:

Please verify your personal information listed above and immediately notify the USCIS National Customer Service Center at the phone number listed below if there are any changes.

Please note that if a priority date is printed on this notice, the priority does not reflect earlier retained priority dates.

If you have questions about possible immigration benefits and services, filing information, or USCIS forms, please call the USCIS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**. Please also refer to the USCIS website: www.uscis.gov.

If you have any questions or comments regarding this notice or the status of your case, please contact our customer service number.

You will be notified separately about any other case you may have filed.

**USCIS Office Address:**
USCIS
Nebraska Service Center
P.O. Box 82521
Lincoln, NE 68501-2521

**USCIS Customer Service Number:**
(800)375-5283
APPLICANT COPY

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

[redacted]

[redacted] [illegible]

NAME AND MAILING ADDRESS

PAYMENT INFORMATION:

| | |
|---|---|
| Application/Petition Fee: | [illegible] |
| Biometrics Fee: | [illegible] |
| Total Amount Received: | [illegible] |
| Total Balance Due: | [illegible] |

The above application/petition has been received by our office and is in process. Please verify your personal information listed above and immediately notify the USCIS National Customer Service Center at the phone number listed below if there are any changes. Please note that if a priority date is printed on this notice, the priority does not reflect earlier retained priority dates.

Next Steps

- USCIS will schedule a biometrics appointment for you to have your biometrics electronically captured at a USCIS Application Support Center (ASC). You will be receiving a biometrics appointment notice by mail with the specific date, time and place where you will have your fingerprints and/or photographs taken.
- You must wait to receive your biometrics appointment notice before going to the ASC for biometrics processing.
- This notice does not serve as your biometrics appointment notice.

If you have questions about possible immigration benefits and services, filing information, or USCIS forms, please call the USCIS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**. Please also refer to the USCIS website: www.uscis.gov. If you have any questions or comments regarding this notice or the status of your case, please contact our customer service number.

You will be notified separately about any other cases you may have filed.

**USCIS Office Address:**

USCIS
National Benefits Center
P.O. Box 648005
Lee's Summit, MO 64002

**USCIS Customer Service Number:**

(800)375-5283

STATE-0279

**If this is an interview or biometrics appointment notice, please see the back of this notice for important information.**

Form I-797C [illegible]

**Notice Type:** Approval Notice
Section: Husband or wife of U.S. Citizen, 201(b) INA

The above petition has been approved. As the petitioner requests, we have sent the petition to the U.S. Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909. The NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

The NVC will contact the beneficiary of this petition with further information about immigrant visa processing steps.

You should allow a minimum of 30 days for U.S. Department of State processing before contacting the NVC. If you have not received any correspondence from the NVC within 30 days, you may contact the NVC by e-mail at NVCINQUIRY@state.gov. You will need to enter the USCIS receipt number from this approval notice in the subject line. In order to receive information about your petition, you will need to include in the body of the e-mail your name and date of birth, and the Applicant's (beneficiary's) name and date of birth.

**THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.**

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

**NOTICE:** Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Nebraska Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 82521
Lincoln NE 68501-2521

**Customer Service Telephone: 800-375-5283**

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.
IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION, PETITION, OR REQUEST WILL BE CONSIDERED ABANDONED.

APPLICATION SUPPORT CENTER

PLEASE READ THIS ENTIRE NOTICE CAREFULLY.
DATE AND TIME OF APPOINTMENT

WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:
1. THIS APPOINTMENT NOTICE
2. PHOTO IDENTIFICATION.

CELL PHONES, CAMERAS OR OTHER RECORDING DEVICES ARE NOT PERMITTED.

NOTE:

NOTE: ... automatically reschedule ...

REQUEST FOR RESCHEDULING

☐ Please reschedule my appointment

If you have any questions regarding this notice, please call 1-800-375-5283.

WARNING:

STATE-0281

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.

X

# Case Was Sent To The Department of State

On June 7, 2018, we sent your case, Receipt Number LIN1890040534, to the Department of State for visa processing. You can find general information on Consular Processing by visiting our website at www.uscis.gov . The website will provide information on what to do next, who to contact, and how to inform us of any changes in your situation or address.

Enter Another Receipt Number ?

CHECK STATUS

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

[redacted]

[redacted]

[illegible]
PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER (ASC) AT THE DATE AND TIME SPECIFIED.
IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION, PETITION, OR REQUEST WILL BE CONSIDERED ABANDONED.

APPLICATION SUPPORT CENTER
[illegible]

PLEASE READ THIS ENTIRE NOTICE CAREFULLY.
DATE AND TIME OF APPOINTMENT
[illegible]

WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:
1. THIS APPOINTMENT NOTICE [illegible]
2. PHOTO IDENTIFICATION [illegible]

CELL PHONES, CAMERAS, OR OTHER RECORDING DEVICES ARE NOT PERMITTED.

NOTE: [illegible]

NOTE: [illegible] automatically reschedule [illegible]

REQUEST FOR RESCHEDULING

☐ Please reschedule my appointment [illegible]

APPLICATION NUMBER [illegible]

APPLICATION NUMBER [illegible]

If you have any questions regarding this notice, please call 1-800-375-5283.

WARNING: [illegible]

STATE-0283

U.S. Citizenship and Immigration Services

Explore Resources

Back to schedule an appointment

# Your appointment is confirmed

Download PDF

Click here to print your appointment letter.

## Appointment Details

Customer: J[redacted] S[redacted]

| Your USCIS office | Date | Time |
|---|---|---|
| Kendall Field Office<br>11675 SW 120TH STREET<br>Kendall, FL 33186 | 07/26/2018 | 01:30 PM |

**This is the only time that we will provide you with your Personal Identification Number (PIN). Keep your PIN and confirmation letter in a safe place in case you have to reschedule or cancel your appointment.**

Confirmation Number

KND-18-14189

PIN

64100

• It is recommended that InfoPass appointments be scheduled with the field office that serves the customer's jurisdiction. While we strive to accommodate you at any field office, some services may be limited if you schedule an appointment with an office outside of your jurisdiction. • Do not come earlier than 15 minutes prior to your appointment. • If you need to cancel or reschedule your appointment please visit my.uscis.gov/appointment to manage your appointment. 5925




STATE-0285


[redacted]

日本国 JAPAN

旅券 PASSPORT

P JPN [redacted]

Surname

S[redacted]

Given name

M[redacted]

Nationality

JAPAN

Date of birth [redacted]

Sex

F

Registered Domicile [redacted]

Date of issue [redacted]

Signature of bearer [redacted]

Date of expiry [redacted]

Authority

MINISTRY OF FOREIGN AFFAIRS

P<JPNS[redacted]<<M[redacted]<<<<<<<<<<<<<<<<<<<<<<<<<<

[redacted]

[redacted]

FEB 08 2017

MAR 11 2018

WT/WB

JUN 08 2018

[redacted]

CheapTickets
Cheap is good.

"This is to confirm that the reservation is booked and confirmed. Thank you."

**Travel dates**
Oct 11, 2018 - Nov 11, 2018
Itinerary # 7385217309984
Confirmation MOSFIJ (American Airlines)
Booking ID PNIBSI

Orlando - Tokyo
Oct 11, 2018 - Nov 11, 2018

E-ticket: This email can be used as an E-ticket.
All passengers traveling to the US must provide valid travel documents and details of their full US destination address for US Immigration.
Proof of citizenship is required for international travel. Be sure to bring all necessary documentation (e.g. passport, visa, transit permit). To learn more, visit our Visa and Passport page .

Remember to bring your itinerary and government-issued photo ID for airport check-in and security.
Contact the airline to confirm:

Departure Thu, Oct 11
American Airlines 2673
Orlando (MCO)
5:56am
Terminal: B
Gate 50

Dallas (DFW)
7:52am
Terminal: D
Gate 21
Cabin: Economy / Coach (Q)
Included

- 2 Free Bags
- Snacks
- Alcoholic Drinks
- Carry On Bag
- Miles Earned

2h 56m duration
3h 3m stop Dallas (DFW)

American Airlines 175
Dallas (DFW)
10:55am
Terminal: D
Gate 33

Tokyo (NRT)
2:20pm +1 day
Terminal: 2
Arrives on Oct 12, 2018
MAIN CABIN

Cabin: Economy / Coach (Q)
Included

- 2 Free Bags
- Snacks
- Alcoholic Drinks
- Carry On Bag
- Miles Earned

13h 25m duration
Total Duration 19h 24m

**Return Sun, Nov 11**
American Airlines 154
Tokyo (NRT)
6:25pm
Terminal: 2

Chicago (ORD)
3:10pm
Terminal: 5
Cabin: Economy / Coach (O)
Included

- 2 Free Bags
- Snacks
- Alcoholic Drinks
- Carry On Bag
- Miles Earned

11h 45m duration
3h 41m stop Chicago (ORD)

American Airlines 154
Chicago (ORD)
6:51pm
Terminal: 3

Orlando (MCO)
10:32pm
Cabin: Economy / Coach (O)
Included

- 2 Free Bags
- Snacks
- Alcoholic Drinks
- Carry On Bag
- Miles Earned

2h 41m duration
Total Duration 18h 7m

Traveler(s)
J[redacted] S[redacted]

Price summary
Traveler 1: Adult $995.95
Flight $647.00
Taxes & Fees $348.95
CheapTickets Booking Fee $32.35

Subtotal $1,028.30

Total $1,028.30

All prices are quoted in USD.
Call CheapTickets customer care at 844-700-1006For faster service, mention itinerary #7385217309984

11.9.18.

RE: Consent to Family Law Jurisdiction of the United States, to the terms of The Hague Convention on Child Abduction, and Waiver of Rights in any Family Law Related matters within the Jurisdiction of Japan's Ministry of Justice; Family Court Division

My name is M[redacted] S[redacted], I'm a Japanese national, married to J[redacted] S[redacted] a U.S. citizen. We are both the biological, and legal parents, having equal custody of our minor child, M[redacted] S[redacted]

I M[redacted] S[redacted] will not engage in any activity that interferes with the parental rights of J[redacted] S[redacted]

In case of marital related disagreements, especially in regards to child custody, or where child abduction issues may arise, this document is to act as a waiver of rights to jurisdiction over marital, or child custody matters with Japanese officials, Japan's Ministry of Justice, including Japan's Family Court Division.

The reason for this waiver of rights is due to Japanese officials' undue prejudice toward non-Japanese parents and parental rights, and because of Japan's continuous violations of The Hague Convention on Child Abduction, and the rights of non-Japanese parents in regards to U.S. law.

M[redacted] S[redacted] agrees to consent to jurisdiction of both U.S. Family Court law, and the terms of the The Hague Convention on Child Abduction in case such matters arise during the course of marriage, or, until said child obtains the legal age status.

The ESIGN Act, provides electronic signatures the same legal status as handwritten signatures.

Signed,

s/M[redacted] S[redacted]
M[redacted]
[redacted]
Email: me_u_kis@yahoo.co.jp

HEADERS

**me_u_kis@yahoo.co.jp**

Re:

To: [redacted]

Envelope-To: mail@stackjones.com
X-Yahoo-Newman-Id: 132626.819.bm@omp505.mail.kks.yahoo.co.jp
Domainkey-Signature: a=rsa-sha1; q=dns; c=nofws; s=yj20110701; d=yahoo.co.jp; h=Date:From:Message-ID:In-Reply-To:References:MIME-Version:Content-Type:Content-Transfer-Encoding; b=unGR03tnw96Mt/
McpGtvWVKHe5OD6v3OEQDNOYfQDbh4RU814vCMbErzk2hyLu/g
OXPA14+xSckITyKCjgGHrizyFrYTiM+Yjdp1kGCIs87MHp9MPmhjDrAU09awMT9LOI
j X3H7IFWWb32FTymFUTFH1zYP3OCPsnDXVvieAoM0=;
<4593A7BD-597B-43B7-B382-8A1251E5918E@stackjones.com>
X-Spam-Bar: /
Return-Path: <me_u_kis@yahoo.co.jp>
Return-Path: <me_u_kis@yahoo.co.jp>
Mime-Version: 1.0
X-Yahoo-Newman-Property: ymail-5
Content-Length: 159
X-Ymail-Osg:
UBqyJwsVM1nGINtII7I8Y_Ijan8GROjWzJXvyr3TCorutbVmLAkdQcfIXp9g.zV
HHGGI4xkISf8oom.XxDRckmDB7G56hY.UOT1IFAzIMN5vJnpaO_0fJT4iKs40ohnJb
483uCCsAxL
hjhTNhqkZTMx6rTnAypto6WvRp02Se3qkWvvjUPhKeaPrqwQn1EZRti7H5SS_hdAIt
hqt1Kpmvxv
iCEdomsqmejOoqXtBb4LQ3a.tltKgzJftvVYAxE1XFI97y6wuvIb0gEx4A1F5KYYFWW
2Z7t.ISt5 _CBfAK8EioeOvuTBemReO.hiqlfkXHjloTFrAnHDm_ZXhk09FWg4Hhnt.
56NjrvJR5RyjP7919CU
47vgrjAx.RkpSU1In7oBM8zc4AriNITL9JpqeAYSAAv6bEQSODf_xIbBrdAX87Hg5A_
kVpFGCfhm
Q2ubh7rcjGKpoT1c9.xo5QGYwb.I9_LGcOQ4bFKdjtd8yNnkQ_PePWiDSY30uwsK4
Rmcqvr7f3oV
GwGKz4xKczYE1ugACkME_fKGS0IWxuFIaGUKfFWnJrMSDAH7J2nJ8wxSm9vrDN
d7Pu_0VvVNvYXQ
tJS88UYH1FurlkMY7V2GoOK1DGe_vT644X6k5U1DXUxpChISynMgicfPV45LEmd8
E
Content-Transfer-Encoding: 7bit
Delivery-Date: Fri, 09 Nov 2018 08:28:49 -0600
Dkim-Signature: v=1; a=rsa-sha256; q=dns/txt; c=relaxed/relaxed; t=1541773716; s=yj20110701; d=yahoo.co.jp; h=Date:From:To:Message-ID:In-Reply-To:References:Subject:MIME-Version:Content-Type:Content-Transfer-Encoding; bh=ohUBt3/zAAGsw04mi/Ai9VJNIaqk9Ekmcd7Eo8bjYG0=;
b=LE1jiE1k4An+4DpFKwfX1fMQ4UJ52E2EPhPfoDYAjNKN/
PL1MLtwSbmLixoqT3nG HGunZgPNN/
NSdrWuYhLGhrF8V2JB3lq5jPcnjYf3Ah88iQa3wWDyHS3vTD8KYDhgveC eE/
ROby6IQFSEayiqdbwRxae9Dv3U6AbMUpOnSqE=
<613015579.877378.1541773715360.JavaMail.yahoo@mail.yahoo.co.jp>
<4593A7BD-597B-43B7-B382-8A1251E5918E@stackjones.com>

X-Spam-Status: No, score=-0.6
X-Spam-Score: -5
Content-Type: text/plain; charset=UTF-8
X-Spam-Flag: NO
Delivered-To: mail@stackjones.com
Received: from box2035.bluehost.com by box2035.bluehost.com with LMTP id uOtpC6GZ5VudTg4AilphMQ for <mail@stackjones.com>; Fri, 09 Nov 2018 08:28:49 -0600
Received: from ns504-vm11.bullet.mail.kks.yahoo.co.jp ([183.79.57.129]:47918) by box2035.bluehost.com with smtp (Exim 4.91) (envelope-from <me_u_kis@yahoo.co.jp>) id 1gL7mC-003vwp-5U for mail@stackjones.com; Fri, 09 Nov 2018 08:28:49 -0600
Received: from [183.79.100.140] by ns504.bullet.mail.kks.yahoo.co.jp with NNFMP; 09 Nov 2018 14:28:36 -0000
Received: from [183.79.100.136] by t503.bullet.mail.kks.yahoo.co.jp with NNFMP; 09 Nov 2018 14:28:36 -0000
Received: from [127.0.0.1] by omp505.mail.kks.yahoo.co.jp with NNFMP; 09 Nov 2018 14:28:36 -0000
Received: from jws700001.mail.kks.yahoo.co.jp by sendmailws506.mail.kks.yahoo.co.jp; Fri, 09 Nov 2018 23:28:35 +0000; 1541773715.655

RAW SOURCE

Return-Path: <me_u_kis@yahoo.co.jp>
Delivered-To: mail@stackjones.com
Received: from box2035.bluehost.com
    by box2035.bluehost.com with LMTP id uOtpC6GZ5VudTg4AilphMQ
    for <mail@stackjones.com>; Fri, 09 Nov 2018 08:28:49 -0600
Return-path: <me_u_kis@yahoo.co.jp>
Envelope-to: mail@stackjones.com
Delivery-date: Fri, 09 Nov 2018 08:28:49 -0600
Received: from ns504-vm11.bullet.mail.kks.yahoo.co.jp ([183.79.57.129]:47918)
    by box2035.bluehost.com with smtp (Exim 4.91)
    (envelope-from <me_u_kis@yahoo.co.jp>)
    id 1gL7mC-003vwp-5U
    for mail@stackjones.com; Fri, 09 Nov 2018 08:28:49 -0600
Received: from [183.79.100.140] by ns504.bullet.mail.kks.yahoo.co.jp with NNFMP; 09 Nov 2018 14:28:36 -0000
Received: from [183.79.100.136] by t503.bullet.mail.kks.yahoo.co.jp with NNFMP; 09 Nov 2018 14:28:36 -0000
Received: from [127.0.0.1] by omp505.mail.kks.yahoo.co.jp with NNFMP; 09 Nov 2018 14:28:36 -0000
X-Yahoo-Newman-Property: ymail-5
X-Yahoo-Newman-Id: 132626.819.bm@omp505.mail.kks.yahoo.co.jp
X-YMail-OSG:
UBqyJwsVM1nGINtlI7l8Y_Ijan8GROjWzJXvyr3TCorutbVmLAkdQcflXp9g.zV

HHGGl4xklSf8oom.XxDRckmDB7G56hY.UOT1IFAzIMN5vJnpaO_0fJT4iKs40ohnJb
483uCCsAxL

hjhTNhqkZTMx6rTnAypto6WvRp02Se3qkWvvjUPhKeaPrqwQn1EZRti7H5SS_hdAlt
hqt1Kpmvxv

iCEdomsqmejOoqXtBb4LQ3a.tltKgzJftvVYAxE1XFl97y6wuvlb0gEx4A1F5KYYFWW
2Z7t.ISt5
_CBfAK8EioeOvuTBemReO.hiqlfkXHjloTFrAnHDm_ZXhk09FWg4Hhnt.
56NjrvJR5RyjP7919CU

47vgrjAx.RkpSU1In7oBM8zc4AriNITL9JpqeAYSAAv6bEQSODf_xlbBrdAX87Hg5A_
kVpFGCfhm

Q2ubh7rcjGKpoT1c9.xo5QGYwb.I9_LGcOQ4bFKdjtd8yNnkQ_PePWiDSY30uwsK4
Rmcqvr7f3oV

GwGKz4xKczYE1ugACkME_fKGS0lWxuFlaGUKfFWnJrMSDAH7J2nJ8wxSm9vrDN
d7Pu_0VvVNvYXQ

tJS88UYH1FurlkMY7V2GoOK1DGe_vT644X6k5U1DXUxpChlSynMgicfPV45LEmd8
E
Received: from jws700001.mail.kks.yahoo.co.jp by
sendmailws506.mail.kks.yahoo.co.jp; Fri, 09 Nov 2018 23:28:35 +0000;
1541773715.655
DKIM-Signature: v=1; a=rsa-sha256; q=dns/txt; c=relaxed/relaxed; t=1541773716;
s=yj20110701; d=yahoo.co.jp;
h=Date:From:To:Message-ID:In-Reply-To:References:Subject:MIME-
Version:Content-Type:Content-Transfer-Encoding;
bh=ohUBt3/zAAGsw04mi/Ai9VJNlaqk9Ekmcd7Eo8bjYG0=;
b=LE1jiE1k4An+4DpFKwfX1fMQ4UJ52E2EPhPfoDYAjNKN/
PL1MLtwSbmLixoqT3nG
HGunZgPNN/
NSdrWuYhLGhrF8V2JB3lq5jPcnjYf3Ah88iQa3wWDyHS3vTD8KYDhgveC
eE/RObyblQFSEayiqdbwRxae9Dv3U6AbMUpOnSqE=
DomainKey-Signature: a=rsa-sha1; q=dns; c=nofws; s=yj20110701; d=yahoo.co.jp;
h=Date:From:Message-ID:In-Reply-To:References:MIME-Version:Content-
Type:Content-Transfer-Encoding;
b=unGR03tnw96Mt/
McpGtvWVKHe5OD6v3OEQDNOYfQDbh4RU814vCMbErzk2hyLu/g

OXPA14+xSckITyKCjgGHrizyFrYTiM+Yjdp1kGCls87MHp9MPmhjDrAU09awMT9LOl
j
X3H7lFWWb32FTymFUTFH1zYP3OCPsnDXVvieAoM0=;
Date: Fri, 9 Nov 2018 23:28:35 +0900 (JST)
From: <me_u_kis@yahoo.co.jp>
To: <mail@stackjones.com>
Message-ID:
<613015579.877378.1541773715360.JavaMail.yahoo@mail.yahoo.co.jp>
In-Reply-To: <4593A7BD-597B-43B7-B382-8A1251E5918E@stackjones.com>
References: <4593A7BD-597B-43B7-B382-8A1251E5918E@stackjones.com>
Subject: Re:

MIME-Version: 1.0
Content-Type: text/plain; charset=UTF-8
Content-Transfer-Encoding: 7bit
Content-Length: 159
X-Spam-Status: No, score=-0.6
X-Spam-Score: -5
X-Spam-Bar: /
X-Spam-Flag: NO

I M[redacted] S[redacted] agree to the terms of the enclosed document, and have provided my attached electronic signature as proof of this agreement.

s/ M[redacted] S[redacted]

"<me_u_kis@yahoo.co.jp>" <me_u_kis@yahoo.co.jp>
Re:
To: mail@stackjones.com
Envelope-To: mail@stackjones.com
X-Yahoo-Newman-Id: 746079.4059.bm@omp508.mail.kks.yahoo.co.jp
Domainkey-Signature: a=rsa-sha1; q=dns; c=nofws; s=yj20110701; d=yahoo.co.jp; h=Date:From:Message-ID:In-Reply-To:References:MIME-Version:Content-Type:Content-Transfer-Encoding;
b=HCLLSauVoiwdBfua7fqlComBA+ORN1+cttemnM9BVGuF63N304pTWDXePV7wdl7i q9pxN/
ubUrEvNs27wPrT+dYVyfbFmHlSqD8Tq9Yf8nlA4BPIXa0cPHvbzHHDCh2/QRo
DWBQsRdYfO6PzOA1RJuaYw8ENwzdZpixdDYATSw4=;
<C289DB8C-50C1-419F-B94B-4DC7E293B00B@stackjones.com>
X-Spam-Bar: /
Return-Path: <me_u_kis@yahoo.co.jp>
Return-Path: <me_u_kis@yahoo.co.jp>
Mime-Version: 1.0
X-Yahoo-Newman-Property: ymail-3
Content-Length: 338
X-Ymail-Osg: rfgvNRYVM1kVXUbQB5oXleqCzJG5Z65IZDCAGbOQt8AKxTYGp9pJ9MAHT.IXPMj
0rCyZm53umRQEEmSUz_xD0rmH9taYntenR7LLrltq3fnQ3oU_7k9VyhZdHKeGhOpfsHWnJwPliku
8eeCo6sa7uJfdi51sCkY.XubeH1EPwksf3Wjvl8R4MgoNFuMOKhjsa8T0k9l8vN2kXAEMExebER.
upl8vClMfGIHWtqerwEmD9yh3hUSVN0thOPynT7wmo62FbT8qFSgl_AT59Gxel2afo6tRL0dVFPI
Pud8UvhHa3fvqemMiOriFXu2VDHpLXMcTEw_ld.y3X60m_TQJNw.flcTthXTpLsDvVkd34UBzDLb .erazhFj_FGO
ULMP_tZHeJPStZb0TwX1DrESz_byfwLwWlLxZysPWdt3X8rYv.DZvx6RDCYEBl8U
XOAHZ.qpk_OVYBxBdnh0h5HOUZTgi3CXLXK4iDZpDSlw0Rmjh7YdQpfDHmcrXmKTu95W2LnzbdaY
lTBoEXBXZ.qhDXWgdliHFYAUaMAhr8m0wwf1oWTMAuzgl0uYW37ZtZ1uWz6Q8OEDY8RfYDCgvKlV
wTZ65oXmxNt0v6tTNYkYLwc4St9ZYw7lTnAhayxBl
Content-Transfer-Encoding: 7bit
Delivery-Date: Mon, 14 Jan 2019 21:12:50 -0600
Dkim-Signature: v=1; a=rsa-sha256; q=dns/txt; c=relaxed/relaxed; t=1547521956; s=yj20110701; d=yahoo.co.jp; h=Date:From:To:Message-ID:In-Reply-To:References:Subject:MIME-Version:Content-Type:Content-Transfer-Encoding; bh=aLL2vh87Sbos2uNe/DXSfgCH6oSwej0HrgQQhP98YIE=;
b=gVQXUPrYoPfZZkrUMlu5jzXeRmfhKXLCP8tsGPruGmdYyFDJl/OjHU6H9YRNekDG
bmgzYDNtA8ztO0v5FLthz3UqibK3mqyEdTEe/xl8yn7eiNYOluVdT8vCC8R1yXPp5w6 sPEtM/
c4kjofzAvgN6AJ0Rb64637nlt633SxZtdg=
<88589650.1801317.1547521955086.JavaMail.yahoo@mail.yahoo.co.jp>
<C289DB8C-50C1-419F-B94B-4DC7E293B00B@stackjones.com>
X-Spam-Status: No, score=0.4
X-Spam-Score: 4
Content-Type: text/plain; charset=UTF-8
X-Spam-Flag: NO
Delivered-To: mail@stackjones.com
Received: from box2035.bluehost.com by box2035.bluehost.com with LMTP id OAWvBLJPPVwQmQUAilphMQ for <mail@stackjones.com>; Mon, 14 Jan 2019 21:12:50 -0600
Received: from nh502-vm2.bullet.mail.kks.yahoo.co.jp ([183.79.56.147]:42397) by box2035.bluehost.com with smtp (Exim 4.91) (envelope-from <me_u_kis@yahoo.co.jp>) id 1gjF9k-001Xc9-VP for mail@stackjones.com; Mon, 14 Jan 2019 21:12:50 -0600
Received: from [183.79.100.141] by nh502.bullet.mail.kks.yahoo.co.jp with NNFMP; 15 Jan 2019 03:12:36 -0000
Received: from [183.79.101.121] by t504.bullet.mail.kks.yahoo.co.jp with NNFMP; 15 Jan 2019 03:12:36 -0000
Received: from [127.0.0.1] by omp508.mail.kks.yahoo.co.jp with NNFMP; 15 Jan 2019 03:12:36 -0000
Received: from jws702105.mail.ssk.yahoo.co.jp by sendmailws612.mail.ssk.yahoo.co.jp; Tue, 15 Jan 2019 12:12:36 +0000; 1547521956.158

you should leave Japan with M[redacted] then our problem will be solved.
I can't live together.
I can't fix this.
I can not fix this problem.

弁護士　須田　洋平/Yohei Suda, Avocat
〒160-0023　東京都新宿区西新宿3-9-14　インタービル6階
須田洋平法律事務所
Le Cabinet d'avocat Yohei Suda
6ème étage, Inter Building,
3-9-14 Nishi-Shinjuku, Shinjuku-ku,
Tokyo, 160-0023 Japon
Tél: +81 (0)3 63 00 44 52/Fax: +81 (0)3 63 00 44 53
Courriel: suda@suda-law.net
Site internet: http://www.suda-law.net

**Yohei Suda <suda@suda-law.net>**

Re: Embassy Appointment: 1-8-2019

To: [redacted]

Dear Mr. S[redacted],

Thank you very much for your e-mails.

I suggest that you should show to the Embassy the e-mail sent from your spouse that you may take your son to the United States.

Sincerely yours,

Yohei Suda

**Yohei Suda <suda@suda-law.net>**

Re: Rissho Kosei-Kai: Cult Religions Undue Influence on My Wife and Her Family

To: [redacted]

Dear Mr. S[redacted]
Thank you very much for a series of e-mails.
Given that you have the physical custody of your son and that you have proof that she agreed that you can take him to the United States, there is no Hague Convention issue as to bringing him back to the United States.

As you have the waiver form to keep you away from the Japanese jurisdiction, the remaining issue will be whether the United States Embassy will issue a new passport. Is it possible for you to apply for the Japanese visa alternatively? That is the second best option, it seems.

Sincerely yours,
Yohei Suda

# Exhibit A

(Minor child's identifying information redacted to protect child's privacy.)



# Exhibits B



The entrance to the interior of the S[redacted] home is filled with work related hazardous items, including gasoline, and diesel fuel containers, which constantly emit toxic fumes.

Note: Petitioner's child's stroller placed adjacent to open diesel fuel containers.



The entrance to the interior of the S[redacted] home is filled with work related hazardous items, including gasoline, and diesel fuel containers, full and empty.

# Exhibits B (continued)



Hallway which is impassible, is a fire hazard.



Decades old tatami, filled with dust and dust mites, cause serious health issues for petitioner's minor child.