# Exhibits B (continued)



The condition of the interior of the S[redacted] home is not conducive for a child to reside in.



The S[redacted] home is a business location, filled with fire hazards, and dangerous items a minor child should have no contact with. Paper, boxes and other combustible items are located throughout the home, in close proximity to flammable liquids. Plaintiff does not want his child in this home for any purposes whatsoever, as the conditions are unsafe.

# Exhibits B (continued)



The entire interior of the home is stuffed with hoarded items.



The entire interior of the home is stuffed with hoarded items.

# Exhibits C



Petitioner's study area for minor child at Japan residence.



Hallway and stairs of petitioner's temporary housing.

# Exhibits C (continued)



Petitioner's kitchen at Japan residence.



Minor child's birthday at petitioner's temporary housing.
Mother did not come to the birthday event.

# Exhibits D

(Christmas 2018 at petitioner's residence.)



Christmas 2018 at petitioner's Japan residence.



Christmas 2018 at petitioner's Japan residence.

# Exhibits D (continued)



Christmas 2018 at petitioner's Japan residence.



Christmas 2018 at petitioner's Japan residence.

18 U.S. Code § 1204 – International parental kidnapping

(a) Whoever removes a child from the United States, or attempts to do so, or retains a child (who has been in the United States) outside the United States with intent to obstruct the lawful exercise of parental rights shall be fined under this title or imprisoned not more than 3 years, or both.

(b) As used in this section—

(1) the term "child" means a person who has not attained the age of 16 years; and

(2) the term "parental rights", with respect to a child, means the right to physical custody of the child—
(A) whether joint or sole (and includes visiting rights); and
(B) whether arising by operation of law, court order, or legally binding agreement of the parties.
(c) It shall be an affirmative defense under this section that—

(1) the defendant acted within the provisions of a valid court order granting the defendant legal custody or visitation rights and that order was obtained pursuant to the Uniform Child Custody Jurisdiction Act or the Uniform Child Custody Jurisdiction and Enforcement Act and was in effect at the time of the offense;

(2) the defendant was fleeing an incidence or pattern of domestic violence; or

(3) the defendant had physical custody of the child pursuant to a court order granting legal custody or visitation rights and failed to return the child as a result of circumstances beyond the defendant's control, and the defendant notified or made reasonable attempts to notify the other parent or lawful custodian of the child of such circumstances within 24 hours after the visitation period had expired and returned the child as soon as possible.
(d) This section does not detract from The Hague Convention on the Civil Aspects of International Parental Child Abduction, done at The Hague on October 25, 1980.

(Added Pub. L. 103–173, § 2(a), Dec. 2, 1993, 107 Stat. 1998; amended Pub. L. 108–21, title I, § 107, Apr. 30, 2003, 117 Stat. 655.)

**Child abandonment** is where a parent has left the child for a period of time without financial support or information regarding the parent's return.

State, and federal law set a minimum length of time that qualifies as abandonment.

Some laws also establish abandonment as a form of child neglect when the parent places the child in an unsafe situation with potential for serious harm.

M S has not seen her child since January 2nd 2019.

mail@stackjones.com
DEMAND NOTICE
To: "<me_u_kis@yahoo.co.jp>"
1.10.19.

You were contacted today, via telephone at 10:36AM, so as to address your failure to act accordingly in the matter of your parental duties to my minor child, M[redacted] S[redacted]. Your phone was turned off, which reflects that you continue to refuse to discuss this matter properly.

I have given you instructions to follow if you wish to continue to have parental rights. You have IGNORED those instructions numerous times.

DEMAND NOTICE:

1. Ship via COD, all of the property of J[redacted] S[redacted], and the property of my son, which is currently located at your parent's Yonezawa address. I, J[redacted] S[redacted] have communicated in regards to this matter with you numerous times, which you IGNORE. Your failure to address this matter is IMPROPER. ALL COSTS will be covered by J[redacted] S[redacted], so there is no reason you are not complying with this request.

2. You MUST provide the addresses and telephone numbers of family members [redacted], and [redacted], your sisters. This information is REQUIRED because you have hidden my son at their homes in the past, including most recently Nov. - Dec. of 2018, after entering Japan with my son, unlawfully, and without my permission. The addresses and phone numbers will be verified, so as to ensure that what you provide is accurate.

3. You MUST immediately mail to my current address, my son's U.S. Passport, so he has proper identification, as is required by Japanese law, U.S. law, and international law. If you have destroyed my son's passport, you must tell me, so I can get a replacement issued by the U.S. Embassy in Tokyo.

As well, you have not seen your son since January 2nd 2019. Due to this fact, I have to bring my son to work every day, which causes great stress for my son, and for my company. I leave work at 9:00PM, and thereafter I have to take a train, and a bus, and then walk to the company housing I currently reside at. All week, my son gets home at almost 11PM, and then had to eat dinner, and take a bath. Under such circumstances, he cannot get to bed before midnight. Your actions amount to child endangerment and gross child neglect.

I have asked you to return the the company house, and be a caregiver for your minor child, and I have communicated this to you numerous times. You have FAILED to do so, including, several times, stating you would, setting appointment times for us to meet you, yet, you FAILED to show up, each and every time, which costs my son great pain and emotional suffering.

If you FAIL to follow the aforementioned instructions, I will be forced to file child abandonment proceedings, and have your parental rights REMOVED, in accordance to U.S. law, Japanese law, and International Law.

Let me make it CLEAR that I do not wish to file abandonment charges against you, but instead, wish to resolve this matter for the benefit of my son. Regardless, I will do file said charges, if you DO NOT initiate the steps required of you which are stated above.

J[redacted] S[redacted]

**From:** [redacted]
**To:** PreventionMatters; [redacted] Ask PPT Legal
**Cc:** [redacted]
**Subject:** FW: Concurrence request: DS-11 minor denial
**Date:** Wednesday, February 13, 2019 1:01:04 AM
**Attachments:** M S .pdf
image001.png

---

For your awareness re: recent DS-11 application for minor child with possible custody dispute.

Thank you,

[redacted]

[redacted]
American Citizens Services
U.S. Embassy Tokyo | Tokyo, Japan
☎ - [redacted] | ✉ - [redacted]

**Official - Privacy/PII**
**UNCLASSIFIED**

---

**From:** [redacted]
**Sent:** Wednesday, February 13, 2019 2:53 PM
**To:** AskPPTAdjudication
**Cc:** Tokyo Consular ACS Officers DL; [redacted]
**Subject:** Concurrence request: DS-11 minor denial

Dear PPT colleagues,

Post requests concurrence in the denial of a DS-11 minor passport application executed by the father with a DS-5525. The father, J S , is well-known to the ACS unit here in Tokyo and has previously filed legal complaints against the Department for a variety of reasons, so we want to make sure that we check all the boxes before moving forward.

All of Mr. S 's submitted documentation is attached to this email. The situation is as follows:

Mr. S came to Japan by himself to renew his spousal visa. He planned to be here for a month. His Japanese national wife and dual national child (M S , the applicant in this case) came to Japan from the United States without his knowledge during this time. Mr. S discovered their presence in Japan, and canceled his return flight to CONUS. He got a job in Japan and has remained here since.

At some point afterwards, apparently towards the end of December/beginning of January, Mr. S

took physical custody of M[redacted]. M[redacted] has lived with him since then. Mr. S[redacted] claims that he has had no contact with his mother, but also contradicts himself and indicates that the mother had stayed with them in his home as recently as last month. After Mr. S[redacted]'s interview on Friday, he stated that he and M[redacted] were on the way to visit the mother in her hometown.

Mr. S[redacted] claims that the mother has ceded custody to him, and provides an email purported to be from her to this effect. However, the mother has repeatedly called and emailed Post to tell us that she does not consent to the issuance of a passport and does not/not want M[redacted] to leave Japan. She has possession of M[redacted]'s valid U.S. passport, as well as his Japanese passport.

Mr. S[redacted]'s DS-5525 indicates that he has tried to contact the mother over 200 times without success, but as mentioned this contradicts his statements to the officer about how frequently he has seen/spoken to the mother. He also indicated that the needs a U.S. passport issued in order to facilitate M[redacted]'s enrollment in school/in order to obtain medical care. In previous cases, post has determined that this is not necessarily true, and that other avenues exist. We find that the burden of proof for issuance under exigent/special family circumstances has not been met.

Based on the mother's express wishes against passport issuance, as well as a failure to meet the burden of proof for a DS-5525, we plan to deny the passport. Does PPT concur?

Please let me know if you have any questions or need any assistance.

Thanks!
[redacted]

[redacted]
Deputy Chief, ACS

# APPLICATION FOR A U.S. PASSPORT

*Please Print Legibly Using Black Ink Only*

OMB CONTROL NO. 1405-0004
OMB EXPIRATION DATE: 08-31-2019
ESTIMATED BURDEN: 85 MIN

Attention: Read WARNING on page 1 of instructions

**Please select the document(s) for which you are applying:**

☑ U.S. Passport Book ☐ U.S. Passport Card ☐ Both

The U.S. passport card is not valid for international air travel. For more information see page 1 of instructions.

☑ Regular Book (Standard) ☐ Large Book (Non-Standard)

Note: The large book option is for those who frequently travel abroad during the passport validity period, and is recommended for applicants who have previously required the addition of visa pages.

☐ D ☐ O ☐ Dep DOTS

End. # Exp.

**1. Name** Last

S[redacted]

First

M[redacted]

Middle

[redacted]

**2. Date of Birth** *(mm/dd/yyyy)*

[redacted]

**3. Sex** M F

✓ (M)

**4. Place of Birth** *(City & State if in the U.S., or City & Country as it is presently known.)*

[redacted]

**5. Social Security Number**

[redacted]

**6. Email** *(Info alerts offered at travel.state.gov)*

mail@stackjones.com

**7. Primary Contact Phone Number**

[redacted]

**8. Mailing Address:** Line 1: Street/RFD#, P O Box, or URB.

[redacted]

Address Line 2: Clearly label Apartment, Company, Suite, Unit, Building, Floor, In Care Of or Attention if applicable. *(e.g., In Care Of - Jane Doe, Apt # 100)*

City

[redacted]

State Zip Code

[redacted]

Country, if outside the United States

**9. List all other names you have used.** *(Examples: Birth Name, Maiden, Previous Marriage, Legal Name Change. Attach additional pages if needed)*

A. B.



## STOP! CONTINUE TO PAGE 2

**DO NOT SIGN APPLICATION UNTIL REQUESTED TO DO SO BY AUTHORIZED AGENT**

**Identifying Documents - Applicant or Mother/Father/Parent on Second Signature Line (if identifying minor)**

☐ Driver's License ☐ State Issued ID Card ☐ Passport ☐ Military ☐ Other

Name [redacted]

Issue Date *(mm/dd/yyyy)* [redacted]

Exp. Date *(mm/dd/yyyy)* [redacted]

State of Issuance

ID No [redacted]

Country of Issuance [redacted]

**Identifying Documents - Applicant or Mother/Father/Parent on Third Signature Line (if identifying minor)**

☐ Driver's License ☐ State Issued ID Card ☐ Passport ☐ Military ☐ Other

Name

Issue Date *(mm/dd/yyyy)*

Exp. Date *(mm/dd/yyyy)*

State of Issuance

ID No

Country of Issuance

☐ Acceptance Agent ☐ (Vice) Consul USA

☐ Passport Staff Agent

(Seal)

I declare under penalty of perjury all of the following: 1) I am a citizen or non-citizen national of the United States and have not, since acquiring U.S. citizenship or nationality, performed any of the acts listed under "Acts or Conditions" on page four of the instructions of this application (unless explanatory statement is attached); 2) the statements made on the application are true and correct; 3) I have not knowingly and willfully made false statements or included false documents in support of this application; 4) the photograph attached to this application is a genuine, current photograph of me; and 5) I have read and understood the warning on page one of the instructions to the application form.

Name of courier company *(if applicable)*

Facility ID Number

x Applicant's Legal Signature

[redacted]

x Mother/Father/Parent/Legal Guardian's Signature (if identifying minor)

Facility Name/Location

Agent ID Number

x Mother/Father/Parent/Legal Guardian's Signature (if identifying minor)

Signature of person authorized to accept applications

Date

STATE-0312

**Name of Applicant** *(Last, First, & Middle)*
S[redacted] M[redacted]

**Date of Birth** *(mm/dd/yyyy)*
[redacted]

**10. Parental Information**
Mother/Father/Parent - First & Middle Name
S[redacted], J[redacted]

Last Name *(at Parent's Birth)*

Date of Birth *(mm/dd/yyyy)*
[redacted]

Place of Birth
[redacted]

Sex: ✓ Male / Female
U.S. Citizen? ✓ Yes / No

Mother/Father/Parent - First & Middle Name
S[redacted], M[redacted]

Last Name *(at Parent's Birth)*

Date of Birth *(mm/dd/yyyy)*
[redacted]

Place of Birth
[redacted]

Sex: Male / ✓ Female
U.S. Citizen? Yes / ✓ No

**11. Have you ever been married?** ✓ Yes No *If yes, complete the remaining items in #11.*
Full Name of Current Spouse or Most Recent Spouse
S[redacted] M[redacted]

Date of Birth (mm/dd/yyyy)
[redacted]

Place of Birth
[redacted]

U.S. Citizen? Yes ✓ No

Date of Marriage *(mm/dd/yyyy)*
07/14/2014

Have you ever been widowed or divorced? Yes ✓ No

Widow/Divorce Date *(mm/dd/yyyy)*

**12. Additional Contact Phone Number**
Home / Cell / Work

**13. Occupation** *(if age 16 or older)*
Education

**14. Employer or School** *(if applicable)*

**15. Height**
3' 4"

**16. Hair Color**
Brown

**17. Eye Color**
Brown

**18. Travel Plans**
Departure Date *(mm/dd/yyyy)*
Return Date *(mm/dd/yyyy)*
Countries to be Visited

**19. Permanent Address -** *If P.O. Box is listed under Mailing Address or if residence is different from Mailing Address.*
Street/RFD # or URB (**No P.O. Box**)
Apartment/Unit
City
State
Zip Code

**20. Emergency Contact -** *Provide the information of a person not traveling with you to be contacted in the event of an emergency.*
Name
Address: Street/RFD # or P.O. Box
[redacted]
Apartment/Unit
City
[redacted]
State
Zip Code
Phone Number
[redacted]
Relationship
Sister

**21. Have you ever applied for or been issued a U.S. Passport Book or Passport Card?** ✓ Yes No *If yes, complete the remaining items in #21.*
Name as printed on your most recent passport book
S[redacted] M[redacted]

Most recent passport book number
[redacted]

Most recent passport book issue date *(mm/dd/yyyy)*
[redacted]

Status of your most recent passport book: Submitting with application / Stolen / Lost / In my possession *(if expired)*

Name as printed on your most recent passport card
Most recent passport card number
Most recent passport card issue date *(mm/dd/yyyy)*

Status of your most recent passport card: Submitting with application / Stolen / Lost / In my possession *(if expired)*

**PLEASE DO NOT WRITE BELOW THIS LINE - FOR ISSUING OFFICE ONLY**

Name as it appears on citizenship evidence

☐ Birth Certificate SR CR City Filed: Issued:
☐ Nat. / Citz. Cert. USCIS USDC Date/Place Acquired: A#
☐ Report of Birth Filed/Place:
☐ Passport C/R S/R Per PIERS #/DOI:
☐ Other:
☐ Attached:

STATE-0313

Tokyo, Japan

☐ P/C of Citz ☐ P/C of ID ☐ DS-71 ☐ DS-3053 ...

**U.S. Department of State**

**STATEMENT OF EXIGENT/SPECIAL FAMILY CIRCUMSTANCES FOR ISSUANCE OF A U.S. PASSPORT TO A MINOR UNDER AGE 16**

OMB CONTROL NO. 1405-0216
OMB EXPIRATION DATE: 08-31-2019
ESTIMATED BURDEN: 30 Minutes

**1. Minor's Name** *(Last, First, Middle)*
S[redacted], M[redacted]

**2. Minor's Date of Birth** *(mm/dd/yyyy)*
[redacted]

**3. Applying Parent/Guardian's Name** *(Last, First, Middle)*
S[redacted], J[redacted]

**4. Non-Applying Parent/Guardian's Information**

Last Name: S[redacted]
First & Middle Name: M[redacted]
Date of Birth *(mm/dd/yyyy)*: [redacted]
Other Names They May Have Used:
Street: [redacted]
Apartment No.:
City: [redacted] State: [redacted] ZIP Code: [redacted] Country: [redacted]
Telephone Number: (______)__________ E-mail Address: __________

**5. Has any court, either in the United States or abroad, ever issued an order/decree that references the custody or travel of the minor child in question? (Examples include a divorce decree, custody order, protection order, stay away order, restraining order, etc.)** ☐ Yes ☑ No

*If yes, you **must** submit a complete, signed, and dated copy of the most recent order(s)/decree(s) with this form.*

**6. Is the non-applying parent/guardian currently incarcerated?** ☐ Yes ☑ No

*If yes, submit evidence of incarceration with this form, such as a letter from the convicting criminal court, a copy of the incarceration court order, or a copy of the on-line inmate locator page.*

**7. Describe your attempts to contact the Non-Applying Parent.** *(If you need more space, continue on a separate paper.)*

| | Number of times | Approximate Dates | Result |
|---|---|---|---|
| **By Mail** | | | |
| **Phone** | 200+ | 11/08/2018-01/25/2019 | Nonresponsive |
| **E-mail** | 200+ | 11/08/2018-01/25/2019 | Nonresponsive |
| **Social Media** | | | |

**Other** Have you attempted to contact through a friend or relative? If so, please fill out the information below.

Name: __________ *(Ex: John Smith)* How they know the non-applying parent: __________ *(Ex: Works with Non-Applying Parent)*
Address: __________ *Street* __________ *City* __________ *State or Country*
Phone: __________ Approximate Dates: __________ Result: __________

Name: __________ *(Ex: John Smith)* How they know the non-applying parent: __________ *(Ex: Works with Non-Applying Parent)*
Address: __________ *Street* __________ *City* __________ *State or Country*
Phone: __________ Approximate Dates: __________ Result: __________

**8. Please explain in detail the reason for your request to issue a U.S. passport book and/or card without the non-applying parent/guardian's consent.** *(If you need more space, please continue on a separate paper.)*

Minor child brought to Japan in violation of 18 U.S.C. § 1204.
Mother destroyed, or refuses to return minor child's passport, after numerous attempts to obtain it.
Mother sent email Monday, 14 Jan. 2019 21:12:50, "[Y]ou should leave Japan with M[redacted] then our problem will be solved. I can't live together."
On January 12th 2019, mother shipped all minor child's property to father's temporary residence. Father paid for shipment, and retains receipt as factual proof. Father, legal guardian and sole financial provider minor child's entire life, wants to return to U.S. ASAP.

OATH: I declare under penalty of perjury that all statements made in this supporting document are true and correct

**Signature of Parent or Legal Guardian:** [redacted]

STATE-0314

**U.S. Department of State**

*Please Print Legibly Using Black Ink Only*

OMB CONTROL NO. 1405-0014
OMB EXPIRATION DATE: 11-30-2021
ESTIMATED BURDEN: 5 Minutes

# STATEMENT REGARDING A LOST OR STOLEN U.S. PASSPORT BOOK AND/OR CARD

## IMPORTANT NOTICE

A U.S. national may not normally bear more than one valid or potentially valid U.S. passport book and/or card at a time. Therefore, a statement is required when applying for a new U.S. passport if the previously valid or potentially valid passport is not submitted. Your statement must detail why the previous U.S. passport cannot be presented. The information you provide on this form will be placed into the Consular Lost and Stolen Passport System, which is designed to prevent the misuse of all reported lost or stolen passports. If more than one U.S. passport previously issued to you was lost or stolen, your replacement passport may be limited in validity. Once reported, the lost or stolen passport is electronically cancelled and MUST NOT BE USED FOR TRAVEL. Anyone (including the bearer) traveling on a reported lost or stolen passport may be detained upon entering the United States. Should you locate the passport after reporting it lost or stolen, submit it for cancellation to the Consular Lost and Stolen Passport Unit (CLASP). See page one of this form for contact information.

**Please select the document (or documents) that you are reporting and its status.**

**U.S. Passport Book** ☑ Lost ☐ Stolen **U.S. Passport Card** ☐ Lost ☐ Stolen

## 1. IDENTIFYING INFORMATION OF PASSPORT HOLDER: Type or print legibly in black ink in white areas only.

Last Name: S[redacted] | First Name: M[redacted] | Middle Name:

Has your name changed since the passport was issued? If yes, state the name in which the lost or stolen passport was issued.
No

Sex: ☐ Female ☑ Male | Date of Birth (*mm-dd-yyyy*) | Place of Birth (*City & State if in U.S. or City & Country*) | Social Security Number
[redacted]

Current Address (*Street, City, State, and ZIP Code or Country, if outside the U.S.*)
[redacted]

Telephone Number: [redacted] | Alternative Telephone Number: ( ) | E-mail Address: mail@stackjones.com

## 2. LOST OR STOLEN U.S. PASSPORT BOOK/CARD INFORMATION: Answer all questions completely. If you do not know the answer in detail, be as exact as possible.

Are you submitting this form in connection with an application for a new U.S. passport book and/or card? ☑ Yes ☐ No

Explain how your U.S. passport book/card was lost or stolen.
Passport is for minor child brought to Japan in violation of 18 U.S.C. § 1204.
Minor child's U.S. passport was used to enter Japan.
Father is guardian, biological father, and sole financial provider.

Explain where the loss or theft occurred. Provide the address, if known (*City and State, if in the U.S., or City and Country as it is presently known*)
Mother abandoned child on January 2nd, 2019. Father needs minor child's for identification purposes, and for passport to return to the U.S. Mother either refuses to return the passport, or has intentionally destroyed it.

On what date was your U.S. passport book/card lost or stolen (*mm-dd-yyyy*)? If unknown, when was the last time you remember it being in your possession?
November 11th, 2018.

**List your lost or stolen U.S. Passport Book, if known:** Number [redacted] Issue Date (*mm/dd/yyyy*) [redacted]

**List your lost or stolen U.S. Passport Card, if known:** Number Issue Date (*mm/dd/yyyy*)

Have you had any other U.S. passport book/card lost or stolen? ☐ Yes ☑ No

If yes, how many passports? ______ Approximate date(s)? ______ Did you file a police report? ☐ Yes ☑ No
*(If yes and the report is available, please submit a copy.)*

## 3. YOU MUST SIGN AND DATE THE APPLICATION IN THE DESIGNATED AREA BELOW

I, the undersigned, declare under penalty of perjury all of the following: 1) that I have read and understood the warning on page one of this form; 2) the information provided herein is correct and complete; 3) I have not given my U.S. passport book and/or passport card to another person or disposed of it in an unauthorized manner; 4) I understand that the U.S. passport(s) I report as missing will be invalidated and cannot be used; and 5) if I subsequently find and recover it, I will immediately return the passport and/or passport card to Passport Services at the address on page one of this form or to the nearest U.S. passport agency, U.S. embassy or U.S. consulate, if abroad, and I will not attempt to use it.

Legal Signature - age 16 or older or Parent/Guardian if under age 16 ______ Date (*mm/dd/yyyy*) ______

[redacted] Legal Signature - Parent/Guardian if under age 16 ______ Date (*mm/dd/yyyy*) 01/25/2019

STATE-0315

**Both parents or guardians of a child younger than 16 years old must sign and provide photocopy of ID when submitting this form** on the child's behalf unless one parent or guardian has sole custody. If there is sole custody, include a copy of a supporting document, such as a court order, with this form.

UNITED STATES OF AMERICA

DEPARTMENT OF STATE

[redacted]

# Consular Report of Birth Abroad

OF A CITIZEN OF THE UNITED STATES OF AMERICA

This is to certify that

M[redacted] S[redacted]

Sex MALE born at [redacted]

On [redacted]

Acquired United States CITIZENSHIP at birth as established by documentary evidence

Presented to the Consular Service of the United States at

TOKYO, JAPAN

On OCTOBER 29, 2014

MOTHER/FATHER/PARENTS

[redacted] S[redacted]

Date of Birth: [redacted]

M[redacted] S[redacted]

Date of Birth: [redacted]

Michele Thoren Bond

Acting Assistant Secretary for Consular Affairs

Date of Issuance: OCTOBER 29, 2014

* 00-20151-22**

[redacted]

COPY


PASSPORT
United States of America
SIGNATURE OF BEARER
UNITED STATES OF AMERICA
SEE PAGE 51
United States
Department of State
USA




**Jason Dyer**
**Deputy American Citizen Services Chief**
**Embassy of the United States of America**

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| NOTICE TYPE | | NOTICE DATE |
|---|---|---|
| Receipt | | January 12, 2018 |
| CASE TYPE | | USCIS ALIEN NUMBER |
| I-130, Petition for Alien Relative | | |
| RECEIPT NUMBER | RECEIVED DATE | PAGE |
| [redacted] | October 20, 2017 | 1 of 1 |
| PRIORITY DATE | PREFERENCE CLASSIFICATION | DATE OF BIRTH |
| October 20, 2017 | 201 B INA SPOUSE OF USC | [redacted] |

J [redacted] S [redacted]
[redacted]

APPLICANT/PETITIONER NAME AND MAILING ADDRESS

**PAYMENT INFORMATION:**

| | |
|---|---|
| **Application/Petition Fee:** | $535.00 |
| **Biometrics Fee:** | $0.00 |
| **Total Amount Received:** | $535.00 |
| **Total Balance Due:** | $0.00 |

The I-130, Petition for Alien Relative has been received by our office for the following beneficiaries and is in process:

Please verify your personal information listed above and immediately notify the USCIS National Customer Service Center at the phone number listed below if there are any changes.

Please note that if a priority date is printed on this notice, the priority does not reflect earlier retained priority dates.

If you have questions about possible immigration benefits and services, filing information, or USCIS forms, please call the USCIS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**. Please also refer to the USCIS website: www.uscis.gov.

If you have any questions or comments regarding this notice or the status of your case, please contact our customer service number.

You will be notified separately about any other case you may have filed.

**USCIS Office Address:**
USCIS
Nebraska Service Center
P.O. Box 82521
Lincoln, NE 68501-2521

**USCIS Customer Service Number:**
(800)375-5283
APPLICANT COPY

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.



Form I-797C 07/11/14

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

PAYMENT INFORMATION:

Application/Petition Fee: [illegible]
Biometrics Fee: [illegible]
Total Amount Received: [illegible]
Total Balance Due: [illegible]

NAME AND MAILING ADDRESS

The above application/petition has been received by our office and is in process. Please verify your personal information listed above and immediately notify the USCIS National Customer Service Center at the phone number listed below if there are any changes. Please note that if a priority date is printed on this notice, the priority does not reflect earlier retained priority dates.

Next Steps:

- USCIS will schedule a biometrics appointment for you to have your biometrics electronically captured at a USCIS Application Support Center (ASC). You will be receiving a biometrics appointment notice by mail with the specific date, time and place where you will have your fingerprints and/or photographs taken.
- You must wait to receive your biometrics appointment notice before going to the ASC for biometrics processing.
- This notice does not serve as your biometrics appointment notice.

If you have questions about possible immigration benefits and services, filing information, or USCIS forms, please call the USCIS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**. Please also refer to the USCIS website: [illegible]. If you have any questions or comments regarding this notice or the status of your case, please contact our customer service number.

You will be notified separately about any other cases you may have filed.

**USCIS Office Address:**
USCIS
National Benefits Center
P.O. Box [illegible]
Lee's Summit, MO [illegible]

**USCIS Customer Service Number:**
[illegible]

STATE-0320

**If this is an interview or biometrics appointment notice, please see the back of this notice for important information.**

**Notice Type:** Approval Notice
Section: Husband or wife of U.S. Citizen, 201(b) INA

The above petition has been approved. As the petitioner requests, we have sent the petition to the U.S. Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909. The NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

The NVC will contact the beneficiary of this petition with further information about immigrant visa processing steps.

You should allow a minimum of 30 days for U.S. Department of State processing before contacting the NVC. If you have not received any correspondence from the NVC within 30 days, you may contact the NVC by e-mail at NVCINQUIRY@state.gov. You will need to enter the USCIS receipt number from this approval notice in the subject line. In order to receive information about your petition, you will need to include in the body of the e-mail your name and date of birth, and the Applicant's (beneficiary's) name and date of birth.

**THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.**

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

**NOTICE:** Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Nebraska Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 82521
Lincoln NE 68501-2521

**Customer Service Telephone: 800-375-5283**

Department of Homeland Security
U.S. Citizenship and Immigration Services

# Form I-797C, Notice of Action

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

[redacted]

[redacted]

PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.
IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION, PETITION, OR REQUEST WILL BE CONSIDERED ABANDONED.

APPLICATION SUPPORT CENTER

PLEASE READ THIS ENTIRE NOTICE CAREFULLY.
DATE AND TIME OF APPOINTMENT

WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:
1. THIS APPOINTMENT NOTICE and
2. PHOTO IDENTIFICATION.

CELL PHONES, CAMERAS OR OTHER RECORDING DEVICES ARE NOT PERMITTED.

NOTE: [illegible]

NOTE: [illegible] automatically reschedule [illegible]

REQUEST FOR RESCHEDULING

☐ Please reschedule my appointment [illegible]

If you have any questions regarding this notice, please call 1-800-375-5283.

WARNING: [illegible]

STATE-0322

Official Website of the Department of Homeland Security

Español

Login or Sign up

U.S. Citizenship and Immigration Services

FORMS NEWS CITIZENSHIP GREEN CARD TOOLS LEGAL RESOURCES

X

## Case Was Sent To The Department of State

On June 7, 2018, we sent your case, Receipt Number LIN1890040534, to the Department of State for visa processing. You can find general information on Consular Processing by visiting our website at www.uscis.gov . The website will provide information on what to do next, who to contact, and how to inform us of any changes in your situation or address.

Enter Another Receipt Number ?

CHECK STATUS

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

[redacted]

[redacted]

[illegible]
PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER (ASC) AT THE DATE AND TIME SPECIFIED.
IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION, PETITION, OR REQUEST WILL BE CONSIDERED ABANDONED.

APPLICATION SUPPORT CENTER
[illegible]

PLEASE READ THIS ENTIRE NOTICE CAREFULLY.
DATE AND TIME OF APPOINTMENT
[illegible]

WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:
1. THIS APPOINTMENT NOTICE [illegible]
2. PHOTO IDENTIFICATION [illegible]

CELL PHONES, CAMERAS, OR OTHER RECORDING DEVICES ARE NOT PERMITTED.

NOTE: [illegible]

NOTE: [illegible] automatically reschedule [illegible]

REQUEST FOR RESCHEDULING

☐ Please reschedule my appointment [illegible]

APPLICATION NUMBER
[illegible]

APPLICATION NUMBER
[illegible]

If you have any questions regarding this notice, please call 1-800-375-5283.
WARNING: [illegible]

STATE-0324

Official website of the Department of Homeland Security

U.S. Citizenship and Immigration Services

Explore Resources

Back to schedule an appointment

# Your appointment is confirmed

Download PDF

Click here to print your appointment letter.

## Appointment Details

Customer: J[redacted] S[redacted]

**Your USCIS office**
Kendall Field Office
14675 SW 120TH STREET
Kendall, FL 33186

**Date**
07/26/2018

**Time**
01:30 PM

**This is the only time that we will provide you with your Personal Identification Number (PIN). Keep your PIN and confirmation letter in a safe place in case you have to reschedule or cancel your appointment.**

Confirmation Number
KND-18-14189

PIN
64100

• It is recommended that InfoPass appointments be scheduled with the field office that serves the customer's jurisdiction. While we strive to accommodate you at any field office, some services may be limited if you schedule an appointment with an office outside of your jurisdiction. • Do not come earlier than 15 minutes prior to your appointment. • If you need to cancel or reschedule your appointment please visit my.uscis.gov/appointment to manage your appointment. 0325




STATE-0326

[redacted]


日 本 国 JAPAN

旅券 PASSPORT

P JPN [redacted]

Surname

S[redacted]

Given name

M[redacted]

Nationality | Date of birth

JAPAN [redacted]

Sex | Registered Domicile

F [redacted]

Date of issue | Signature of bearer

[redacted]

Date of expiry

[redacted]

Authority

MINISTRY OF FOREIGN AFFAIRS

P<JPNS[redacted]<<M[redacted]<<<<<<<<<<<<<<<<<<<<<<<<<<

[redacted]

FEB 08 2017

MAR 11 2018

WT/WB

JUN 08 2018

CheapTickets
Cheap is good

"This is to confirm that the reservation is booked and confirmed. Thank you."

**Travel dates**
Oct 11, 2018 - Nov 11, 2018
Itinerary # 7385217309984
Confirmation MOSFIJ (American Airlines)
Booking ID PNIBSI

Orlando - Tokyo
Oct 11, 2018 - Nov 11, 2018

E-ticket: This email can be used as an E-ticket.
All passengers traveling to the US must provide valid travel documents and details of their full US destination address for US Immigration.
Proof of citizenship is required for international travel. Be sure to bring all necessary documentation (e.g. passport, visa, transit permit). To learn more, visit our Visa and Passport page .

Remember to bring your itinerary and government-issued photo ID for airport check-in and security.
Contact the airline to confirm:

Departure Thu, Oct 11
American Airlines 2673
Orlando (MCO)
5:56am
Terminal: B
Gate 50

Dallas (DFW)
7:52am
Terminal: D
Gate 21
Cabin: Economy / Coach (Q)
Included

- 2 Free Bags
- Snacks
- Alcoholic Drinks
- Carry On Bag
- Miles Earned

2h 56m duration
3h 3m stop Dallas (DFW)

American Airlines 175
Dallas (DFW)
10:55am
Terminal: D
Gate 33

Tokyo (NRT)
2:20pm +1 day
Terminal: 2
Arrives on Oct 12, 2018
MAIN CABIN

Cabin: Economy / Coach (Q)
Included

- 2 Free Bags
- Snacks
- Alcoholic Drinks
- Carry On Bag
- Miles Earned

13h 25m duration
Total Duration 19h 24m

**Return Sun, Nov 11**
American Airlines 154
Tokyo (NRT)
6:25pm
Terminal: 2

Chicago (ORD)
3:10pm
Terminal: 5
Cabin: Economy / Coach (O)
Included

- 2 Free Bags
- Snacks
- Alcoholic Drinks
- Carry On Bag
- Miles Earned

11h 45m duration
3h 41m stop Chicago (ORD)

American Airlines 154
Chicago (ORD)
6:51pm
Terminal: 3

Orlando (MCO)
10:32pm
Cabin: Economy / Coach (O)
Included

- 2 Free Bags
- Snacks
- Alcoholic Drinks
- Carry On Bag
- Miles Earned

2h 41m duration
Total Duration 18h 7m

Traveler(s)
J[redacted] S[redacted]

Price summary
Traveler 1: Adult $995.95
Flight $647.00
Taxes & Fees $348.95
CheapTickets Booking Fee $32.35

Subtotal $1,028.30

Total $1,028.30

All prices are quoted in USD.
Call CheapTickets customer care at 844-700-1006For faster service, mention itinerary #7385217309984

11.9.18.

RE: Consent to Family Law Jurisdiction of the United States, to the terms of The Hague Convention on Child Abduction, and Waiver of Rights in any Family Law Related matters within the Jurisdiction of Japan's Ministry of Justice; Family Court Division

My name is M[redacted] S[redacted]. I'm a Japanese national, married to J[redacted] S[redacted] a U.S. citizen. We are both the biological, and legal parents, having equal custody of our minor child, M[redacted] S[redacted]

I M[redacted] S[redacted] will not engage in any activity that interferes with the parental rights of J[redacted] S[redacted]

In case of marital related disagreements, especially in regards to child custody, or where child abduction issues may arise, this document is to act as a waiver of rights to jurisdiction over marital, or child custody matters with Japanese officials, Japan's Ministry of Justice, including Japan's Family Court Division.

The reason for this waiver of rights is due to Japanese officials' undue prejudice toward non-Japanese parents and parental rights, and because of Japan's continuous violations of The Hague Convention on Child Abduction, and the rights of non-Japanese parents in regards to U.S. law.

M[redacted] S[redacted] agrees to consent to jurisdiction of both U.S. Family Court law, and the terms of the The Hague Convention on Child Abduction in case such matters arise during the course of marriage, or, until said child obtains the legal age status.

The ESIGN Act, provides electronic signatures the same legal status as handwritten signatures.

Signed,

s/M[redacted] S[redacted]
M[redacted]
[redacted]
Email: me_u_kis@yahoo.co.jp

HEADERS

**me_u_kis@yahoo.co.jp**

Re:

To: [illegible]

Envelope-To: mail@stackjones.com
X-Yahoo-Newman-Id: 132626.819.bm@omp505.mail.kks.yahoo.co.jp
Domainkey-Signature: a=rsa-sha1; q=dns; c=nofws; s=yj20110701; d=yahoo.co.jp; h=Date:From:Message-ID:In-Reply-To:References:MIME-Version:Content-Type:Content-Transfer-Encoding; b=unGR03tnw96Mt/
McpGtvWVKHe5OD6v3OEQDNOYfQDbh4RU814vCMbErzk2hyLu/g
OXPA14+xSckITyKCjgGHrizyFrYTiM+Yjdp1kGCIs87MHp9MPmhjDrAU09awMT9LOI
j X3H7IFWWb32FTymFUTFH1zYP3OCPsnDXVvieAoM0=;
<4593A7BD-597B-43B7-B382-8A1251E5918E@stackjones.com>
X-Spam-Bar: /
Return-Path: <me_u_kis@yahoo.co.jp>
Return-Path: <me_u_kis@yahoo.co.jp>
Mime-Version: 1.0
X-Yahoo-Newman-Property: ymail-5
Content-Length: 159
X-Ymail-Osg:
UBqyJwsVM1nGINtlI7I8Y_Ijan8GROjWzJXvyr3TCorutbVmLAkdQcflXp9g.zV
HHGGl4xkISf8oom.XxDRckmDB7G56hY.UOT1IFAzIMN5vJnpaO_0fJT4iKs40ohnJb
483uCCsAxL
hjhTNhqkZTMx6rTnAypto6WvRp02Se3qkWvvjUPhKeaPrqwQn1EZRti7H5SS_hdAlt
hqt1Kpmvxv
iCEdomsqmejOoqXtBb4LQ3a.tltKgzJftvVYAxE1XFl97y6wuvlb0gEx4A1F5KYYFWW
2Z7t.lSt5 _CBfAK8EioeOvuTBemReO.hiqlfkXHjloTFrAnHDm_ZXhk09FWg4Hhnt.
56NjrvJR5RyjP7919CU
47vgrjAx.RkpSU1In7oBM8zc4AriNITL9JpqeAYSAAv6bEQSODf_xlbBrdAX87Hg5A_
kVpFGCfhm
Q2ubh7rcjGKpoT1c9.xo5QGYwb.I9_LGcOQ4bFKdjtd8yNnkQ_PePWiDSY30uwsK4
Rmcqvr7f3oV
GwGKz4xKczYE1ugACkME_fKGS0IWxuFlaGUKfFWnJrMSDAH7J2nJ8wxSm9vrDN
d7Pu_0VvVNvYXQ
tJS88UYH1FurIkMY7V2GoOK1DGe_vT644X6k5U1DXUxpChISynMgicfPV45LEmd8
E
Content-Transfer-Encoding: 7bit
Delivery-Date: Fri, 09 Nov 2018 08:28:49 -0600
Dkim-Signature: v=1; a=rsa-sha256; q=dns/txt; c=relaxed/relaxed; t=1541773716; s=yj20110701; d=yahoo.co.jp; h=Date:From:To:Message-ID:In-Reply-To:References:Subject:MIME-Version:Content-Type:Content-Transfer-Encoding; bh=ohUBt3/zAAGsw04mi/Ai9VJNIaqk9Ekmcd7Eo8bjYG0=;
b=LE1jiE1k4An+4DpFKwfX1fMQ4UJ52E2EPhPfoDYAjNKN/
PL1MLtwSbmLixoqT3nG HGunZgPNN/
NSdrWuYhLGhrF8V2JB3Iq5jPcnjYf3Ah88iQa3wWDyHS3vTD8KYDhgveC eE/
ROby6IQFSEayiqdbwRxae9Dv3U6AbMUpOnSqE=
<613015579.877378.1541773715360.JavaMail.yahoo@mail.yahoo.co.jp>
<4593A7BD-597B-43B7-B382-8A1251E5918E@stackjones.com>

X-Spam-Status: No, score=-0.6
X-Spam-Score: -5
Content-Type: text/plain; charset=UTF-8
X-Spam-Flag: NO
Delivered-To: mail@stackjones.com
Received: from box2035.bluehost.com by box2035.bluehost.com with LMTP id uOtpC6GZ5VudTg4AilphMQ for <mail@stackjones.com>; Fri, 09 Nov 2018 08:28:49 -0600
Received: from ns504-vm11.bullet.mail.kks.yahoo.co.jp ([183.79.57.129]:47918) by box2035.bluehost.com with smtp (Exim 4.91) (envelope-from <me_u_kis@yahoo.co.jp>) id 1gL7mC-003vwp-5U for mail@stackjones.com; Fri, 09 Nov 2018 08:28:49 -0600
Received: from [183.79.100.140] by ns504.bullet.mail.kks.yahoo.co.jp with NNFMP; 09 Nov 2018 14:28:36 -0000
Received: from [183.79.100.136] by t503.bullet.mail.kks.yahoo.co.jp with NNFMP; 09 Nov 2018 14:28:36 -0000
Received: from [127.0.0.1] by omp505.mail.kks.yahoo.co.jp with NNFMP; 09 Nov 2018 14:28:36 -0000
Received: from jws700001.mail.kks.yahoo.co.jp by sendmailws506.mail.kks.yahoo.co.jp; Fri, 09 Nov 2018 23:28:35 +0000; 1541773715.655

RAW SOURCE
Return-Path: <me_u_kis@yahoo.co.jp>
Delivered-To: mail@stackjones.com
Received: from box2035.bluehost.com
    by box2035.bluehost.com with LMTP id uOtpC6GZ5VudTg4AilphMQ
    for <mail@stackjones.com>; Fri, 09 Nov 2018 08:28:49 -0600
Return-path: <me_u_kis@yahoo.co.jp>
Envelope-to: mail@stackjones.com
Delivery-date: Fri, 09 Nov 2018 08:28:49 -0600
Received: from ns504-vm11.bullet.mail.kks.yahoo.co.jp ([183.79.57.129]:47918)
    by box2035.bluehost.com with smtp (Exim 4.91)
    (envelope-from <me_u_kis@yahoo.co.jp>)
    id 1gL7mC-003vwp-5U
    for mail@stackjones.com; Fri, 09 Nov 2018 08:28:49 -0600
Received: from [183.79.100.140] by ns504.bullet.mail.kks.yahoo.co.jp with NNFMP; 09 Nov 2018 14:28:36 -0000
Received: from [183.79.100.136] by t503.bullet.mail.kks.yahoo.co.jp with NNFMP; 09 Nov 2018 14:28:36 -0000
Received: from [127.0.0.1] by omp505.mail.kks.yahoo.co.jp with NNFMP; 09 Nov 2018 14:28:36 -0000
X-Yahoo-Newman-Property: ymail-5
X-Yahoo-Newman-Id: 132626.819.bm@omp505.mail.kks.yahoo.co.jp
X-YMail-OSG:
UBqyJwsVM1nGlNtlI7l8Y_Ijan8GROjWzJXvyr3TCorutbVmLAkdQcflXp9g.zV

HHGGl4xklSf8oom.XxDRckmDB7G56hY.UOT1IFAzlMN5vJnpaO_0fJT4iKs40ohnJb
483uCCsAxL

hjhTNhqkZTMx6rTnAypto6WvRp02Se3qkWvvjUPhKeaPrqwQn1EZRti7H5SS_hdAIt
hqt1Kpmvxv

iCEdomsqmejOoqXtBb4LQ3a.tltKgzJftvVYAxE1XFI97y6wuvlb0gEx4A1F5KYYFWW
2Z7t.lSt5
_CBfAK8EioeOvuTBemReO.hiqlfkXHjloTFrAnHDm_ZXhk09FWg4Hhnt.
56NjrvJR5RyjP7919CU

47vgrjAx.RkpSU1In7oBM8zc4AriNlTL9JpqeAYSAAv6bEQSODf_xlbBrdAX87Hg5A_
kVpFGCfhm

Q2ubh7rcjGKpoT1c9.xo5QGYwb.I9_LGcOQ4bFKdjtd8yNnkQ_PePWiDSY30uwsK4
Rmcqvr7f3oV

GwGKz4xKczYE1ugACkME_fKGS0lWxuFlaGUKfFWnJrMSDAH7J2nJ8wxSm9vrDN
d7Pu_0VvVNvYXQ

tJS88UYH1FurlkMY7V2GoOK1DGe_vT644X6k5U1DXUxpChlSynMgicfPV45LEmd8
E
Received: from jws700001.mail.kks.yahoo.co.jp by
sendmailws506.mail.kks.yahoo.co.jp; Fri, 09 Nov 2018 23:28:35 +0000;
1541773715.655
DKIM-Signature: v=1; a=rsa-sha256; q=dns/txt; c=relaxed/relaxed; t=1541773716;
s=yj20110701; d=yahoo.co.jp;
h=Date:From:To:Message-ID:In-Reply-To:References:Subject:MIME-
Version:Content-Type:Content-Transfer-Encoding;
bh=ohUBt3/zAAGsw04mi/Ai9VJNlaqk9Ekmcd7Eo8bjYG0=;
b=LE1jiE1k4An+4DpFKwfX1fMQ4UJ52E2EPhPfoDYAjNKN/
PL1MLtwSbmLixoqT3nG
HGunZgPNN/
NSdrWuYhLGhrF8V2JB3lq5jPcnjYf3Ah88iQa3wWDyHS3vTD8KYDhgveC
eE/ROby6lQFSEayiqdbwRxae9Dv3U6AbMUpOnSqE=
DomainKey-Signature: a=rsa-sha1; q=dns; c=nofws; s=yj20110701; d=yahoo.co.jp;
h=Date:From:Message-ID:In-Reply-To:References:MIME-Version:Content-
Type:Content-Transfer-Encoding;
b=unGR03tnw96Mt/
McpGtvWVKHe5OD6v3OEQDNOYfQDbh4RU814vCMbErzk2hyLu/g

OXPA14+xSckITyKCjgGHrizyFrYTiM+Yjdp1kGCIs87MHp9MPmhjDrAU09awMT9LOI
j
X3H7IFWWb32FTymFUTFH1zYP3OCPsnDXVvieAoM0=;
Date: Fri, 9 Nov 2018 23:28:35 +0900 (JST)
From: <me_u_kis@yahoo.co.jp>
To: <mail@stackjones.com>
Message-ID:
<613015579.877378.1541773715360.JavaMail.yahoo@mail.yahoo.co.jp>
In-Reply-To: <4593A7BD-597B-43B7-B382-8A1251E5918E@stackjones.com>
References: <4593A7BD-597B-43B7-B382-8A1251E5918E@stackjones.com>
Subject: Re:

MIME-Version: 1.0
Content-Type: text/plain; charset=UTF-8
Content-Transfer-Encoding: 7bit
Content-Length: 159
X-Spam-Status: No, score=-0.6
X-Spam-Score: -5
X-Spam-Bar: /
X-Spam-Flag: NO

I M[redacted] S[redacted] agree to the terms of the enclosed document, and have provided my attached electronic signature as proof of this agreement.

s/ M[redacted] S[redacted]

"<me_u_kis@yahoo.co.jp>" <me_u_kis@yahoo.co.jp>
Re:
To: mail@stackjones.com
Envelope-To: mail@stackjones.com
X-Yahoo-Newman-Id: 746079.4059.bm@omp508.mail.kks.yahoo.co.jp
Domainkey-Signature: a=rsa-sha1; q=dns; c=nofws; s=yj20110701; d=yahoo.co.jp; h=Date:From:Message-ID:In-Reply-To:References:MIME-Version:Content-Type:Content-Transfer-Encoding;
b=HCLLSauVoiwdBfua7fqlComBA+ORN1+cttemnM9BVGuF63N304pTWDXePV7wdl7i q9pxN/
ubUrEvNs27wPrT+dYVyfbFmHISqD8Tq9Yf8nIA4BPIXa0cPHvbzHHDCh2/QRo
DWBQsRdYfO6PzOA1RJuaYw8ENwzdZpixdDYATSw4=;
<C289DB8C-50C1-419F-B94B-4DC7E293B00B@stackjones.com>
X-Spam-Bar: /
Return-Path: <me_u_kis@yahoo.co.jp>
Return-Path: <me_u_kis@yahoo.co.jp>
Mime-Version: 1.0
X-Yahoo-Newman-Property: ymail-3
Content-Length: 338
X-Ymail-Osg: rfgvNRYVM1kVXUbQB5oXleqCzJG5Z65IZDCAGbOQt8AKxTYGp9pJ9MAHT.IXPMj
0rCyZm53umRQEEmSUz_xD0rmH9taYnlenR7LLrltq3fnQ3oU_7k9VyhZdHKeGhOpfsHWnJwPliku
8eeCo6sa7uJfdi51sCkY.XubeH1EPwksf3Wjvl8R4MgoNFuMOKhjsa8T0k9l8vN2kXAEMExebER.
upl8vCIMfGiHWtqerwEmD9yh3hUSVN0thOPynT7wmo62FbT8qFSgl_AT59Gxel2afo6tRL0dVFPI
Pud8UvhHa3fvqemMiOriFXu2VDHpLXMcTEw_ld.y3X60m_TQJNw.flcTihXTpLsDvVkd34UBzDLb .erazhFj_FGO
ULMP_tZHeJPStZb0TwX1DrESz_byfwLwWILxZysPWdt3X8rYv.DZvx6RDCYEBI8U
XOAHZ.qpk_OVYBxBdnh0h5HOUZTgi3CXLXK4iDZpDSIw0Rmjh7YdQpfDHmcrXmKTu95W2LnzbdaY
lTBoEXBXZ.qhDXWgdliHFYAUaMAhr8m0wwf1oWTMAuzgl0uYW37ZtZ1uWz6Q8OEDY8RfYDCgvKIV
wTZ65oXmxNt0v6tTNYkYLwc4St9ZYw7lTnAhayxBf
Content-Transfer-Encoding: 7bit
Delivery-Date: Mon, 14 Jan 2019 21:12:50 -0600
Dkim-Signature: v=1; a=rsa-sha256; q=dns/txt; c=relaxed/relaxed; t=1547521956; s=yj20110701; d=yahoo.co.jp; h=Date:From:To:Message-ID:In-Reply-To:References:Subject:MIME-Version:Content-Type:Content-Transfer-Encoding; bh=aLL2vh87Sbos2uNe/DXSfgCH6oSwej0HrgQQhP98YIE=;
b=gVQXUPrYoPfZZkrUMlu5jzXeRmfhKXLCP8tsGPruGmdYyFDJl/OjHU6H9YRNekDG
bmgzYDNtA8ztO0v5FLthz3UqibK3mqyEdTEe/xl8yn7eiNYOluVdT8vCC8R1yXPp5w6 sPEtM/
c4kjofzAvgN6AJ0Rb64637nlt633SxZtdg=
<88589650.1801317.1547521955086.JavaMail.yahoo@mail.yahoo.co.jp>
<C289DB8C-50C1-419F-B94B-4DC7E293B00B@stackjones.com>
X-Spam-Status: No, score=0.4
X-Spam-Score: 4
Content-Type: text/plain; charset=UTF-8
X-Spam-Flag: NO
Delivered-To: mail@stackjones.com
Received: from box2035.bluehost.com by box2035.bluehost.com with LMTP id OAWvBLJPPVwQmQUAilphMQ for <mail@stackjones.com>; Mon, 14 Jan 2019 21:12:50 -0600
Received: from nh502-vm2.bullet.mail.kks.yahoo.co.jp ([183.79.56.147]:42397) by box2035.bluehost.com with smtp (Exim 4.91) (envelope-from <me_u_kis@yahoo.co.jp>) id 1gjF9k-001Xc9-VP for mail@stackjones.com; Mon, 14 Jan 2019 21:12:50 -0600
Received: from [183.79.100.141] by nh502.bullet.mail.kks.yahoo.co.jp with NNFMP; 15 Jan 2019 03:12:36 -0000
Received: from [183.79.101.121] by t504.bullet.mail.kks.yahoo.co.jp with NNFMP; 15 Jan 2019 03:12:36 -0000
Received: from [127.0.0.1] by omp508.mail.kks.yahoo.co.jp with NNFMP; 15 Jan 2019 03:12:36 -0000
Received: from jws702105.mail.ssk.yahoo.co.jp by sendmailws612.mail.ssk.yahoo.co.jp; Tue, 15 Jan 2019 12:12:36 +0000; 1547521956.158

you should leave Japan with M[redacted] then our problem will be solved.
I can't live together.
I can't fix this.
I can not fix this problem.

弁護士 須田 洋平/Yohei Suda, Avocat
〒160-0023 東京都新宿区西新宿3-9-14 インタービル6階
須田洋平法律事務所
Le Cabinet d'avocat Yohei Suda
6ème étage, Inter Building,
3-9-14 Nishi-Shinjuku, Shinjuku-ku,
Tokyo, 160-0023 Japon
Tél: +81 (0)3 63 00 44 52/Fax: +81 (0)3 63 00 44 53
Courriel: suda@suda-law.net
Site internet: http://www.suda-law.net

**Yohei Suda <suda@suda-law.net>**

Re: Embassy Appointment: 1-8-2019

To: [redacted]

Dear Mr. S[redacted]

Thank you very much for your e-mails.

I suggest that you should show to the Embassy the e-mail sent from your spouse that you may take your son to the United States.

Sincerely yours,

Yohei Suda

**Yohei Suda <suda@suda-law.net>**

Re: Rissho Kosei-Kai: Cult Religions Undue Influence on My Wife and Her Family

To: [redacted]

Dear Mr. S[redacted]
Thank you very much for a series of e-mails.
Given that you have the physical custody of your son and that you have proof that she agreed that you can take him to the United States, there is no Hague Convention issue as to bringing him back to the United States.

As you have the waiver form to keep you away from the Japanese jurisdiction, the remaining issue will be whether the United States Embassy will issue a new passport. Is it possible for you to apply for the Japanese visa alternatively? That is the second best option, it seems.

Sincerely yours,
Yohei Suda

# Exhibit A

(Minor child's identifying information redacted to protect child's privacy.)



# Exhibits B



The entrance to the interior of the S home is filled with work related hazardous items, including gasoline, and diesel fuel containers, which constantly emit toxic fumes.

Note: Petitioner's child's stroller placed adjacent to open diesel fuel containers.



The entrance to the interior of the S home is filled with work related hazardous items, including gasoline, and diesel fuel containers, full and empty.

# Exhibits B (continued)



Hallway which is impassible, is a fire hazard.



Decades old tatami, filled with dust and dust mites, cause serious health issues for petitioner's minor child.

# Exhibits B (continued)



The condition of the interior of the S[redacted] home is not conducive for a child to reside in.



The S[redacted] home is a business location, filled with fire hazards, and dangerous items a minor child should have no contact with. Paper, boxes and other combustible items are located throughout the home, in close proximity to flammable liquids. Plaintiff does not want his child in this home for any purposes whatsoever, as the conditions are unsafe.

# Exhibits B (continued)



The entire interior of the home is stuffed with hoarded items.



The entire interior of the home is stuffed with hoarded items.

# Exhibits C



Petitioner's study area for minor child at Japan residence.



Hallway and stairs of petitioner's temporary housing.

# Exhibits C (continued)



Petitioner's kitchen at Japan residence.



Minor child's birthday at petitioner's temporary housing.
Mother did not come to the birthday event.

# Exhibits D

(Christmas 2018 at petitioner's residence.)



Christmas 2018 at petitioner's Japan residence.



Christmas 2018 at petitioner's Japan residence.

# Exhibits D (continued)



Christmas 2018 at petitioner's Japan residence.



Christmas 2018 at petitioner's Japan residence.

18 U.S. Code § 1204 - International parental kidnapping

(a) Whoever removes a child from the United States, or attempts to do so, or retains a child (who has been in the United States) outside the United States with intent to obstruct the lawful exercise of parental rights shall be fined under this title or imprisoned not more than 3 years, or both.

(b) As used in this section—

(1) the term "child" means a person who has not attained the age of 16 years; and

(2) the term "parental rights", with respect to a child, means the right to physical custody of the child—
(A) whether joint or sole (and includes visiting rights); and
(B) whether arising by operation of law, court order, or legally binding agreement of the parties.
(c) It shall be an affirmative defense under this section that—

(1) the defendant acted within the provisions of a valid court order granting the defendant legal custody or visitation rights and that order was obtained pursuant to the Uniform Child Custody Jurisdiction Act or the Uniform Child Custody Jurisdiction and Enforcement Act and was in effect at the time of the offense;

(2) the defendant was fleeing an incidence or pattern of domestic violence; or

(3) the defendant had physical custody of the child pursuant to a court order granting legal custody or visitation rights and failed to return the child as a result of circumstances beyond the defendant's control, and the defendant notified or made reasonable attempts to notify the other parent or lawful custodian of the child of such circumstances within 24 hours after the visitation period had expired and returned the child as soon as possible.
(d) This section does not detract from The Hague Convention on the Civil Aspects of International Parental Child Abduction, done at The Hague on October 25, 1980.

(Added Pub. L. 103-173, § 2(a), Dec. 2, 1993, 107 Stat. 1998; amended Pub. L. 108-21, title I, § 107, Apr. 30, 2003, 117 Stat. 655.)

**Child abandonment** is where a parent has left the child for a period of time without financial support or information regarding the parent's return.

State, and federal law set a minimum length of time that qualifies as abandonment.

Some laws also establish abandonment as a form of child neglect when the parent places the child in an unsafe situation with potential for serious harm.

M[redacted] S[redacted] has not seen her child since January 2nd 2019.

mail@stackjones.com
DEMAND NOTICE
To: "<me_u_kis@yahoo.co.jp>"
1.10.19.

You were contacted today, via telephone at 10:36AM, so as to address your failure to act accordingly in the matter of your parental duties to my minor child, M S . Your phone was turned off, which reflects that you continue to refuse to discuss this matter properly.

I have given you instructions to follow if you wish to continue to have parental rights. You have IGNORED those instructions numerous times.

DEMAND NOTICE:

1. Ship via COD, all of the property of J S , and the property of my son, which is currently located at your parent's Yonezawa address. I, J S , have communicated in regards to this matter with you numerous times, which you IGNORE. Your failure to address this matter is IMPROPER. ALL COSTS will be covered by J S , so there is no reason you are not complying with this request.

2. You MUST provide the addresses and telephone numbers of family members , and , your sisters. This information is REQUIRED because you have hidden my son at their homes in the past, including most recently Nov. - Dec. of 2018, after entering Japan with my son, unlawfully, and without my permission. The addresses and phone numbers will be verified, so as to ensure that what you provide is accurate.

3. You MUST immediately mail to my current address, my son's U.S. Passport, so he has proper identification, as is required by Japanese law, U.S. law, and international law. If you have destroyed my son's passport, you must tell me, so I can get a replacement issued by the U.S. Embassy in Tokyo.

As well, you have not seen your son since January 2nd 2019. Due to this fact, I have to bring my son to work every day, which causes great stress for my son, and for my company. I leave work at 9:00PM, and thereafter I have to take a train, and a bus, and then walk to the company housing I currently reside at. All week, my son gets home at almost 11PM, and then had to eat dinner, and take a bath. Under such circumstances, he cannot get to bed before midnight. Your actions amount to child endangerment and gross child neglect.

I have asked you to return the the company house, and be a caregiver for your minor child, and I have communicated this to you numerous times. You have FAILED to do so, including, several times, stating you would, setting appointment times for us to meet you, yet, you FAILED to show up, each and every time, which costs my son great pain and emotional suffering.

If you FAIL to follow the aforementioned instructions, I will be forced to file child abandonment proceedings, and have your parental rights REMOVED, in accordance to U.S. law, Japanese law, and International Law.

Let me make it CLEAR that I do not wish to file abandonment charges against you, but instead, wish to resolve this matter for the benefit of my son. Regardless, I will do file said charges, if you DO NOT initiate the steps required of you which are stated above.

J S

**From:** [redacted]
**To:** [redacted] PreventionMatters; [redacted] Ask PPT Legal
**Cc:** [redacted]
**Subject:** RE: Concurrence request: DS-11 minor denial
**Date:** Wednesday, February 13, 2019 8:07:21 AM
**Attachments:** image001.png

---

Thanks for the heads up [redacted] I'm just checking to make sure that when the mother called she was told she could enter the child into CPIAP?

**Official**
**UNCLASSIFIED**

**From:** [redacted] <[redacted]
**Sent:** Wednesday, February 13, 2019 1:01 AM
**To:** PreventionMatters <PreventionMatters@state.gov>; [redacted]; [redacted] <[redacted] Ask PPT Legal <AskPPTLegal@state.gov>
**Cc:** [redacted] <[redacted] <[redacted]
**Subject:** FW: Concurrence request: DS-11 minor denial

For your awareness re: recent DS-11 application for minor child with possible custody dispute.

Thank you,

[redacted]

[redacted]
American Citizens Services
U.S. Embassy Tokyo | Tokyo, Japan
☎ - [redacted] | ✉ - [redacted]

**Official - Privacy/PII**
**UNCLASSIFIED**

---

**From:** [redacted]
**Sent:** Wednesday, February 13, 2019 2:53 PM
**To:** AskPPTAdjudication
**Cc:** Tokyo Consular ACS Officers DL; [redacted]
**Subject:** Concurrence request: DS-11 minor denial

Dear PPT colleagues,

Post requests concurrence in the denial of a DS-11 minor passport application executed by the father with a DS-5525. The father, [redacted] [redacted], is well-known to the ACS unit here in Tokyo and has previously filed legal complaints against the Department for a variety of reasons, so we want to make sure that we check all the boxes before moving forward.

All of Mr. [redacted]'s submitted documentation is attached to this email. The situation is as follows:

Mr. [redacted] came to Japan by himself to renew his spousal visa. He planned to be here for a month. His Japanese national wife and dual national child ([redacted] [redacted], the applicant in this case) came to Japan from the United States without his knowledge during this time. Mr. [redacted] discovered their presence in Japan, and canceled his return flight to CONUS. He got a job in Japan and has remained here since.

At some point afterwards, apparently towards the end of December/beginning of January, Mr. [redacted] took physical custody of [redacted]. [redacted] has lived with him since then. Mr. [redacted] claims that he has had no contact with his mother, but also contradicts himself and indicates that the mother had stayed with them in his home as recently as last month. After Mr. [redacted]'s interview on Friday, he stated that he and [redacted] were on the way to visit the mother in her hometown.

Mr. [redacted] claims that the mother has ceded custody to him, and provides an email purported to be from her to this effect. However, the mother has repeatedly called and emailed Post to tell us that she does not consent to the issuance of a passport and does not/not want [redacted] to leave Japan. She has possession of [redacted]'s valid U.S. passport, as well as his Japanese passport.

Mr. [redacted]'s DS-5525 indicates that he has tried to contact the mother over 200 times without success, but as mentioned this contradicts his statements to the officer about how frequently he has seen/spoken to the mother. He also indicated that the needs a U.S. passport issued in order to facilitate [redacted]'s enrollment in school/in order to obtain medical care. In previous cases, post has determined that this is not necessarily true, and that other avenues exist. We find that the burden of proof for issuance under exigent/special family circumstances has not been met.

Based on the mother's express wishes against passport issuance, as well as a failure to meet the burden of proof for a DS-5525, we plan to deny the passport. Does PPT concur?

Please let me know if you have any questions or need any assistance.

Thanks!

[redacted]

[redacted]

Deputy Chief, ACS

**From:** AskPPTAdjudication
**To:** [redacted] AskPPTAdjudication
**Cc:** Tokyo Consular ACS Officers DL; [redacted]
**Subject:** RE: Concurrence request: DS-11 minor denial
**Date:** Wednesday, February 13, 2019 10:03:25 AM

---

Greetings,

Thank you for the extensive and helpful breakdown of the situation. Based on the extreme lack of credibility of the DS-5525 and the mother's express concerns to issuance, we concur with the denial. Not seeing your child for a month would not be considered abandonment, especially when there is evidence that there is still contact between the parents, and the "transfer of legal rights" submitted is not from a court of competent jurisdiction so it would not be acceptable for our purposes.

We recommend referring the mother to OCS/CI Prevention Matters for a possible C hold to prevent the father from trying to circumvent 2PC in the future and vice versa since she originally brought the child to Japan. There is a public-facing page on IPCA for prevention matters: https://travel.state.gov/content/travel/en/International-Parental-Child-Abduction.html

Best regards,
[redacted]

[redacted]
Program Analyst
U.S. Department of State
Bureau of Consular Affairs, Passport Services
Office of Adjudication- Policy Division
Office: [redacted]
BB: [redacted]
Email: [redacted]

Privacy/PII
This email is UNCLASSIFIED.

---

**From:** [redacted]
**Sent:** Wednesday, February 13, 2019 12:53 AM
**To:** AskPPTAdjudication
**Cc:** Tokyo Consular ACS Officers DL; [redacted]
**Subject:** Concurrence request: DS-11 minor denial

Dear PPT colleagues,

Post requests concurrence in the denial of a DS-11 minor passport application executed by the father with a DS-5525. The father, J[redacted] S[redacted], is well-known to the ACS unit here in Tokyo and has previously filed legal complaints against the Department for a variety of reasons, so we want to

make sure that we check all the boxes before moving forward.

All of Mr. S[redacted]'s submitted documentation is attached to this email. The situation is as follows:

Mr. S[redacted] came to Japan by himself to renew his spousal visa. He planned to be here for a month. His Japanese national wife and dual national child (M[redacted] S[redacted], the applicant in this case) came to Japan from the United States without his knowledge during this time. Mr. S[redacted] discovered their presence in Japan, and canceled his return flight to CONUS. He got a job in Japan and has remained here since.

At some point afterwards, apparently towards the end of December/beginning of January, Mr. S[redacted] took physical custody of M[redacted]. M[redacted] has lived with him since then. Mr. S[redacted] claims that he has had no contact with his mother, but also contradicts himself and indicates that the mother had stayed with them in his home as recently as last month. After Mr. S[redacted]'s interview on Friday, he stated that he and M[redacted] were on the way to visit the mother in her hometown.

Mr. S[redacted] claims that the mother has ceded custody to him, and provides an email purported to be from her to this effect. However, the mother has repeatedly called and emailed Post to tell us that she does not consent to the issuance of a passport and does not/not want M[redacted] to leave Japan. She has possession of M[redacted]'s valid U.S. passport, as well as his Japanese passport.

Mr. S[redacted]'s DS-5525 indicates that he has tried to contact the mother over 200 times without success, but as mentioned this contradicts his statements to the officer about how frequently he has seen/spoken to the mother. He also indicated that the needs a U.S. passport issued in order to facilitate M[redacted]'s enrollment in school/in order to obtain medical care. In previous cases, post has determined that this is not necessarily true, and that other avenues exist. We find that the burden of proof for issuance under exigent/special family circumstances has not been met.

Based on the mother's express wishes against passport issuance, as well as a failure to meet the burden of proof for a DS-5525, we plan to deny the passport. Does PPT concur?

Please let me know if you have any questions or need any assistance.

Thanks!
[redacted]

[redacted]
Deputy Chief, ACS

**From:** [redacted]
**To:** AskPPTAdjudication; [redacted]
**Cc:** Tokyo Consular ACS Officers DL; [redacted]
**Subject:** RE: Concurrence request: DS-11 minor denial
**Date:** Wednesday, February 13, 2019 4:09:00 PM

Hello [redacted]

Yes, we tell the mother about CPIAP each time she calls. We're wondering if she may be hesitant to pursue it due to limited English ability.

[redacted]

---
Sent from Workspace ONE Boxer

On February 14, 2019 0:03:26 JST, AskPPTAdjudication <AskPPTAdjudication@state.gov> wrote:

> Greetings,
>
> Thank you for the extensive and helpful breakdown of the situation. Based on the extreme lack of credibility of the DS-5525 and the mother's express concerns to issuance, we concur with the denial. Not seeing your child for a month would not be considered abandonment, especially when there is evidence that there is still contact between the parents, and the "transfer of legal rights" submitted is not from a court of competent jurisdiction so it would not be acceptable for our purposes.
>
> We recommend referring the mother to OCS/CI Prevention Matters for a possible C hold to prevent the father from trying to circumvent 2PC in the future and vice versa since she originally brought the child to Japan. There is a public-facing page on IPCA for prevention matters: https://travel.state.gov/content/travel/en/International-Parental-Child-Abduction.html
>
> Best regards,
>
> [redacted]
>
> [redacted]
>
> Program Analyst
>
> U.S. Department of State

Bureau of Consular Affairs, Passport Services

Office of Adjudication- Policy Division

Office: [redacted]

BB: [redacted]

Email: [redacted]

Privacy/PII

This email is UNCLASSIFIED.

---

**From:** [redacted]
**Sent:** Wednesday, February 13, 2019 12:53 AM
**To:** AskPPTAdjudication
**Cc:** Tokyo Consular ACS Officers DL; [redacted]
**Subject:** Concurrence request: DS-11 minor denial

Dear PPT colleagues,

Post requests concurrence in the denial of a DS-11 minor passport application executed by the father with a DS-5525. The father, J S , is well-known to the ACS unit here in Tokyo and has previously filed legal complaints against the Department for a variety of reasons, so we want to make sure that we check all the boxes before moving forward.

All of Mr. S 's submitted documentation is attached to this email. The situation is as follows:

Mr. S came to Japan by himself to renew his spousal visa. He planned to be here for a month. His Japanese national wife and dual national child (M S , the applicant in this case) came to Japan from the United States without his knowledge during this time. Mr. S discovered their presence in Japan, and canceled his return flight to CONUS. He got a job in Japan and has remained here since.

At some point afterwards, apparently towards the end of December/beginning of January, Mr. S took physical custody of M . M has lived with him since then. Mr. S claims that he has had no contact with his mother, but also contradicts himself and indicates that the mother had stayed with them in his home as recently as last month. After Mr. S 's interview on Friday, he stated that he and M were on the way to visit the mother in her hometown.

Mr. S claims that the mother has ceded custody to him, and provides an email purported to be from her to this effect. However, the mother has repeatedly called and emailed Post to tell us that she does not consent to the issuance of a passport and does not/not want M to leave Japan. She has possession of M 's valid U.S. passport, as well as his Japanese passport.

Mr. S 's DS-5525 indicates that he has tried to contact the mother over 200 times without success, but as mentioned this contradicts his statements to the officer about how frequently he has seen/spoken to the mother. He also indicated that the needs a U.S. passport issued in order to facilitate M 's enrollment in school/in order to obtain medical care. In previous cases, post has determined that this is not necessarily true, and that other avenues exist. We find that the burden of proof for issuance under exigent/special family circumstances has not been met.

Based on the mother's express wishes against passport issuance, as well as a failure to meet the burden of proof for a DS-5525, we plan to deny the passport. Does PPT concur?

Please let me know if you have any questions or need any assistance.

Thanks!
[redacted]

[redacted]

Deputy Chief, ACS

**From:** Ask PPT Legal
**To:** AskPPTAdjudication
**Cc:** [redacted]
**Subject:** FW: Concurrence request: DS-11 minor denial
**Date:** Thursday, February 14, 2019 8:40:38 AM
**Attachments:** M[redacted] S[redacted] .pdf
image001.png

---

Looping in my colleagues in PPT/A back in on this one, as we'll defer to them on the DS 5525 issue.

Forgive me if this was previously answered on another thread, but Tokyo, could you confirm the mother was advised she could enter the child into CPIAP?

Best,
[redacted]

**Official - Privacy/PII**
**UNCLASSIFIED**

---

**From:** [redacted]
**Sent:** Wednesday, February 13, 2019 1:01 AM
**To:** PreventionMatters; [redacted] Ask PPT Legal
**Cc:** [redacted]
**Subject:** FW: Concurrence request: DS-11 minor denial

For your awareness re: recent DS-11 application for minor child with possible custody dispute.

Thank you,

[redacted]

[redacted]
American Citizens Services
U.S. Embassy Tokyo | Tokyo, Japan
☎ - [redacted] | ✉ - [redacted]

**Official - Privacy/PII**
**UNCLASSIFIED**

---

**From:** [redacted]
**Sent:** Wednesday, February 13, 2019 2:53 PM
**To:** AskPPTAdjudication
**Cc:** Tokyo Consular ACS Officers DL; [redacted]
**Subject:** Concurrence request: DS-11 minor denial

Dear PPT colleagues,

Post requests concurrence in the denial of a DS-11 minor passport application executed by the father with a DS-5525. The father, [redacted], is well-known to the ACS unit here in Tokyo and has previously filed legal complaints against the Department for a variety of reasons, so we want to make sure that we check all the boxes before moving forward.

All of Mr. [redacted]'s submitted documentation is attached to this email. The situation is as follows:

Mr. [redacted] came to Japan by himself to renew his spousal visa. He planned to be here for a month. His Japanese national wife and dual national child ([redacted], the applicant in this case) came to Japan from the United States without his knowledge during this time. Mr. [redacted] discovered their presence in Japan, and canceled his return flight to CONUS. He got a job in Japan and has remained here since.

At some point afterwards, apparently towards the end of December/beginning of January, Mr. [redacted] took physical custody of [redacted]. [redacted] has lived with him since then. Mr. [redacted] claims that he has had no contact with his mother, but also contradicts himself and indicates that the mother had stayed with them in his home as recently as last month. After Mr. [redacted]'s interview on Friday, he stated that he and [redacted] were on the way to visit the mother in her hometown.

Mr. [redacted] claims that the mother has ceded custody to him, and provides an email purported to be from her to this effect. However, the mother has repeatedly called and emailed Post to tell us that she does not consent to the issuance of a passport and does not/not want [redacted] to leave Japan. She has possession of [redacted]'s valid U.S. passport, as well as his Japanese passport.

Mr. [redacted]'s DS-5525 indicates that he has tried to contact the mother over 200 times without success, but as mentioned this contradicts his statements to the officer about how frequently he has seen/spoken to the mother. He also indicated that the needs a U.S. passport issued in order to facilitate [redacted]'s enrollment in school/in order to obtain medical care. In previous cases, post has determined that this is not necessarily true, and that other avenues exist. We find that the burden of proof for issuance under exigent/special family circumstances has not been met.

Based on the mother's express wishes against passport issuance, as well as a failure to meet the burden of proof for a DS-5525, we plan to deny the passport. Does PPT concur?

Please let me know if you have any questions or need any assistance.

Thanks!

[redacted]

[redacted]

Deputy Chief, ACS

# APPLICATION FOR A U.S. PASSPORT

*Please Print Legibly Using Black Ink Only*

OMB CONTROL NO. 1405-0004
OMB EXPIRATION DATE: 08-31-2019
ESTIMATED BURDEN: 85 MIN

Attention: Read WARNING on page 1 of instructions

**Please select the document(s) for which you are applying:**

☑ U.S. Passport Book ☐ U.S. Passport Card ☐ Both

The U.S. passport card is not valid for international air travel. For more information see page 1 of instructions.

☑ Regular Book (Standard) ☐ Large Book (Non-Standard)

Note: The large book option is for those who frequently travel abroad during the passport validity period, and is recommended for applicants who have previously required the addition of visa pages.

☐ D ☐ O ☐ Dep DOTS

End. # Exp.

**1. Name** Last

S[redacted]

First

M[redacted]

Middle

[redacted]

**2. Date of Birth** *(mm/dd/yyyy)*

[redacted]

**3. Sex** M F

✓ (M)

**4. Place of Birth** *(City & State if in the U.S., or City & Country as it is presently known.)*

[redacted]

**5. Social Security Number**

[redacted]

**6. Email** *(Info alerts offered at travel.state.gov)*

mail@stackjones.com

**7. Primary Contact Phone Number**

[redacted]

**8. Mailing Address:** Line 1: Street/RFD#, P O Box, or URB.

[redacted]

Address Line 2: Clearly label Apartment, Company, Suite, Unit, Building, Floor, In Care Of or Attention if applicable. *(e.g., In Care Of - Jane Doe, Apt # 100)*

City

[redacted]

State

Zip Code

[redacted]

Country, if outside the United States

**9. List all other names you have used.** *(Examples: Birth Name, Maiden, Previous Marriage, Legal Name Change. Attach additional pages if needed)*

A.

B.



## STOP! CONTINUE TO PAGE 2

**DO NOT SIGN APPLICATION UNTIL REQUESTED TO DO SO BY AUTHORIZED AGENT**

**Identifying Documents - Applicant or Mother/Father/Parent on Second Signature Line (if identifying minor)**

☐ Driver's License ☐ State Issued ID Card ☐ Passport ☐ Military ☐ Other

Name [redacted]

Issue Date *(mm/dd/yyyy)* [redacted]

Exp. Date *(mm/dd/yyyy)* [redacted]

State of Issuance

ID No [redacted]

Country of Issuance [redacted]

**Identifying Documents - Applicant or Mother/Father/Parent on Third Signature Line (if identifying minor)**

☐ Driver's License ☐ State Issued ID Card ☐ Passport ☐ Military ☐ Other

Name

Issue Date *(mm/dd/yyyy)*

Exp. Date *(mm/dd/yyyy)*

State of Issuance

ID No

Country of Issuance

☐ Acceptance Agent ☐ (Vice) Consul USA

☐ Passport Staff Agent

(Seal)

I declare under penalty of perjury all of the following: 1) I am a citizen or non-citizen national of the United States and have not, since acquiring U.S. citizenship or nationality, performed any of the acts listed under "Acts or Conditions" on page four of the instructions of this application (unless explanatory statement is attached); 2) the statements made on the application are true and correct; 3) I have not knowingly and willfully made false statements or included false documents in support of this application; 4) the photograph attached to this application is a genuine, current photograph of me; and 5) I have read and understood the warning on page one of the instructions to the application form.

Name of courier company *(if applicable)*

Facility ID Number

x Applicant's Legal Signature [redacted]

x Mother/Father/Parent/Legal Guardian's Signature (if identifying minor)

Facility Name/Location

Agent ID Number

x Mother/Father/Parent/Legal Guardian's Signature (if identifying minor)

Signature of person authorized to accept applications

Date

STATE-0360

**Name of Applicant** *(Last, First, & Middle)*

S [redacted] M [redacted]

**Date of Birth** *(mm/dd/yyyy)*

[redacted]

**10. Parental Information**

Mother/Father/Parent - First & Middle Name

S [redacted] J [redacted]

Last Name *(at Parent's Birth)*

Date of Birth *(mm/dd/yyyy)*

[redacted]

Place of Birth

[redacted]

Sex: ✓ Male / Female

U.S. Citizen? ✓ Yes / No

Mother/Father/Parent - First & Middle Name

S [redacted] M [redacted]

Last Name *(at Parent's Birth)*

Date of Birth *(mm/dd/yyyy)*

[redacted]

Place of Birth

[redacted]

Sex: Male / ✓ Female

U.S. Citizen? Yes / ✓ No

**11. Have you ever been married?** ✓ Yes No *If yes, complete the remaining items in #11.*

Full Name of Current Spouse or Most Recent Spouse

S [redacted] M [redacted]

Date of Birth (mm/dd/yyyy)

[redacted]

Place of Birth

[redacted]

U.S. Citizen? Yes ✓ No

Date of Marriage *(mm/dd/yyyy)* 07/14/2014

Have you ever been widowed or divorced? Yes ✓ No

Widow/Divorce Date *(mm/dd/yyyy)*

**12. Additional Contact Phone Number**

Home Cell Work

**13. Occupation** *(if age 16 or older)*

Education

**14. Employer or School** *(if applicable)*

**15. Height** 3' 4"

**16. Hair Color** Brown

**17. Eye Color** Brown

**18. Travel Plans**

Departure Date *(mm/dd/yyyy)*

Return Date *(mm/dd/yyyy)*

Countries to be Visited

**19. Permanent Address** - *If P.O. Box is listed under Mailing Address or if residence is different from Mailing Address.*

Street/RFD # or URB (*No P.O. Box*)

Apartment/Unit

City

State

Zip Code

**20. Emergency Contact** - *Provide the information of a person not traveling with you to be contacted in the event of an emergency.*

Name

Address: Street/RFD # or P.O. Box

[redacted]

Apartment/Unit

City

[redacted]

State

Zip Code

Phone Number

[redacted]

Relationship

Sister

**21. Have you ever applied for or been issued a U.S. Passport Book or Passport Card?** ✓ Yes No *If yes, complete the remaining items in #21.*

Name as printed on your most recent passport book

S [redacted] M [redacted]

Most recent passport book number

[redacted]

Most recent passport book issue date *(mm/dd/yyyy)*

[redacted]

Status of your most recent passport book: Submitting with application Stolen Lost In my possession *(if expired)*

Name as printed on your most recent passport card

Most recent passport card number

Most recent passport card issue date *(mm/dd/yyyy)*

Status of your most recent passport card: Submitting with application Stolen Lost In my possession *(if expired)*

**PLEASE DO NOT WRITE BELOW THIS LINE - FOR ISSUING OFFICE ONLY**

Name as it appears on citizenship evidence

☐ Birth Certificate SR CR City Filed: Issued:

☐ Nat. / Citz. Cert. USCIS USDC Date/Place Acquired: A#

☐ Report of Birth Filed/Place:

☐ Passport C/R S/R Per PIERS #/DOI:

☐ Other:

☐ Attached:

Tokyo, Japan

STATE-0361

☐ P/C of Citz ☐ P/C of ID ☐ DS-71 ☐ DS-3053 ☐ DS-64 ☐ DS-5520 ☐

**U.S. Department of State**

**STATEMENT OF EXIGENT/SPECIAL FAMILY CIRCUMSTANCES FOR ISSUANCE OF A U.S. PASSPORT TO A MINOR UNDER AGE 16**

OMB CONTROL NO. 1405-0216
OMB EXPIRATION DATE: 08-31-2019
ESTIMATED BURDEN: 30 Minutes

**1. Minor's Name** *(Last, First, Middle)*
S[redacted], M[redacted]

**2. Minor's Date of Birth** *(mm/dd/yyyy)*
[redacted]

**3. Applying Parent/Guardian's Name** *(Last, First, Middle)*
S[redacted], J[redacted]

**4. Non-Applying Parent/Guardian's Information**

Last Name: S[redacted]
First & Middle Name: M[redacted]
Date of Birth *(mm/dd/yyyy)*: [redacted]
Other Names They May Have Used:
Street: [redacted]
Apartment No.:
City: [redacted]
State: [redacted]
ZIP Code: [redacted]
Country: [redacted]
Telephone Number: (______) __________
E-mail Address:

**5. Has any court, either in the United States or abroad, ever issued an order/decree that references the custody or travel of the minor child in question? (Examples include a divorce decree, custody order, protection order, stay away order, restraining order, etc.)** ☐ Yes ☑ No

*If yes, you **must** submit a complete, signed, and dated copy of the most recent order(s)/decree(s) with this form.*

**6. Is the non-applying parent/guardian currently incarcerated?** ☐ Yes ☑ No

*If yes, submit evidence of incarceration with this form, such as a letter from the convicting criminal court, a copy of the incarceration court order, or a copy of the on-line inmate locator page.*

**7. Describe your attempts to contact the Non-Applying Parent.** *(If you need more space, continue on a separate paper.)*

| | Number of times | Approximate Dates | Result |
|---|---|---|---|
| **By Mail** | | | |
| **Phone** | 200+ | 11/08/2018-01/25/2019 | Nonresponsive |
| **E-mail** | 200+ | 11/08/2018-01/25/2019 | Nonresponsive |
| **Social Media** | | | |

**Other** Have you attempted to contact through a friend or relative? If so, please fill out the information below.

Name: __________ *Ex: John Smith* How they know the non-applying parent: __________ *Ex: Works with Non-Applying Parent*
Address: __________ *Street* __________ *City* __________ *State or Country*
Phone: __________ Approximate Dates: __________ Result: __________

Name: __________ *Ex: John Smith* How they know the non-applying parent: __________ *Ex: Works with Non-Applying Parent*
Address: __________ *Street* __________ *City* __________ *State or Country*
Phone: __________ Approximate Dates: __________ Result: __________

**8. Please explain in detail the reason for your request to issue a U.S. passport book and/or card without the non-applying parent/guardian's consent.** *(If you need more space, please continue on a separate paper.)*

Minor child brought to Japan in violation of 18 U.S.C. § 1204.
Mother destroyed, or refuses to return minor child's passport, after numerous attempts to obtain it.
Mother sent email Monday, 14 Jan. 2019 21:12:50, "[Y]ou should leave Japan with M[redacted] then our problem will be solved. I can't live together."
On January 12th 2019, mother shipped all minor child's property to father's temporary residence. Father paid for shipment, and retains receipt as factual proof. Father, legal guardian and sole financial provider minor child's entire life, wants to return to U.S. ASAP.

OATH: I declare under penalty of perjury that all statements made in this supporting document are true and correct.

STATE-0362

**Signature of Parent or Legal Guardian:** [redacted]

U.S. Department of State

*Please Print Legibly Using Black Ink Only*

**OMB CONTROL NO. 1405-0014**
**OMB EXPIRATION DATE: 11-30-2021**
**ESTIMATED BURDEN: 5 Minutes**

# STATEMENT REGARDING A LOST OR STOLEN U.S. PASSPORT BOOK AND/OR CARD

## IMPORTANT NOTICE

A U.S. national may not normally bear more than one valid or potentially valid U.S. passport book and/or card at a time. Therefore, a statement is required when applying for a new U.S. passport if the previously valid or potentially valid passport is not submitted. Your statement must detail why the previous U.S. passport cannot be presented. The information you provide on this form will be placed into the Consular Lost and Stolen Passport System, which is designed to prevent the misuse of all reported lost or stolen passports. If more than one U.S. passport previously issued to you was lost or stolen, your replacement passport may be limited in validity. Once reported, the lost or stolen passport is electronically cancelled and MUST NOT BE USED FOR TRAVEL. Anyone (including the bearer) traveling on a reported lost or stolen passport may be detained upon entering the United States. Should you locate the passport after reporting it lost or stolen, submit it for cancellation to the Consular Lost and Stolen Passport Unit (CLASP). See page one of this form for contact information.

**Please select the document (or documents) that you are reporting and its status.**

**U.S. Passport Book** ☑ Lost ☐ Stolen **U.S. Passport Card** ☐ Lost ☐ Stolen

## 1. IDENTIFYING INFORMATION OF PASSPORT HOLDER: Type or print legibly in black ink in white areas only.

| Last Name | First Name | Middle Name |
|---|---|---|
| S[redacted] | M[redacted] | |

Has your name changed since the passport was issued? If yes, state the name in which the lost or stolen passport was issued.

No

| Sex | Date of Birth *(mm-dd-yyyy)* | Place of Birth (*City & State if in U.S. or City & Country*) | Social Security Number |
|---|---|---|---|
| ☐ Female ☑ Male | [redacted] | | |

Current Address (*Street, City, State, and ZIP Code **or** Country, if outside the U.S.)*

[redacted]

| Telephone Number | Alternative Telephone Number | E-mail Address |
|---|---|---|
| [redacted] | (     ) | mail@stackjones.com |

## 2. LOST OR STOLEN U.S. PASSPORT BOOK/CARD INFORMATION: Answer all questions completely. If you do not know the answer in detail, be as exact as possible.

Are you submitting this form in connection with an application for a new U.S. passport book and/or card? ☑ Yes ☐ No

Explain how your U.S. passport book/card was lost or stolen.

Passport is for minor child brought to Japan in violation of 18 U.S.C. § 1204.
Minor child's U.S. passport was used to enter Japan.
Father is guardian, biological father, and sole financial provider.

Explain where the loss or theft occurred. Provide the address, if known *(City and State, if in the U.S., or City and Country as it is presently known)*

Mother abandoned child on January 2nd, 2019. Father needs minor child's for identification purposes, and for passport to return to the U.S. Mother either refuses to return the passport, or has intentionally destroyed it.

On what date was your U.S. passport book/card lost or stolen *(mm-dd-yyyy)*? If unknown, when was the last time you remember it being in your possession?

November 11th, 2018.

| **List your lost or stolen U.S. Passport Book, if known:** | | **List your lost or stolen U.S. Passport Card, if known:** | |
|---|---|---|---|
| Number [redacted] | Issue Date *(mm/dd/yyyy)* [redacted] | Number | Issue Date *(mm/dd/yyyy)* |

Have you had any other U.S. passport book/card lost or stolen? ☐ Yes ☑ No

If yes, how many passports? ________ Approximate date(s)? ________ Did you file a police report? ☐ Yes ☑ No
*(If yes and the report is available, please submit a copy.)*

## 3. YOU MUST SIGN AND DATE THE APPLICATION IN THE DESIGNATED AREA BELOW

I, the undersigned, declare under penalty of perjury all of the following: 1) that I have read and understood the warning on page one of this form; 2) the information provided herein is correct and complete; 3) I have not given my U.S. passport book and/or passport card to another person or disposed of it in an unauthorized manner; 4) I understand that the U.S. passport(s) I report as missing will be invalidated and cannot be used; and 5) if I subsequently find and recover it, I will immediately return the passport and/or passport card to Passport Services at the address on page one of this form or to the nearest U.S. passport agency, U.S. embassy or U.S. consulate, if abroad, and I will not attempt to use it.

Legal Signature - age 16 or older or Parent/Guardian if under age 16 — Date *(mm/dd/yyyy)*

[redacted] — 01/25/2019

Legal Signature - Parent/Guardian if under age 16 — Date *(mm/dd/yyyy)*

STATE-0363

**Both parents or guardians of a child younger than 16 years old must sign and provide photocopy of ID when submitting this form** on the child's behalf unless one parent or guardian has sole custody. If there is sole custody, include a copy of a supporting document, such as a court order, with this form.

UNITED STATES OF AMERICA

DEPARTMENT OF STATE

[redacted]

# Consular Report of Birth Abroad

OF A CITIZEN OF THE UNITED STATES OF AMERICA

This is to certify that

M[redacted] S[redacted]

Sex MALE born at [redacted]

On [redacted]

Acquired United States CITIZENSHIP at birth as established by documentary evidence

Presented to the Consular Service of the United States at

TOKYO, JAPAN

On OCTOBER 29, 2014

MOTHER/FATHER/PARENTS

[redacted] S[redacted]

Date of Birth: [redacted]

M[redacted] S[redacted]

Date of Birth: [redacted]

Michele Thoren Bond

Acting Assistant Secretary for Consular Affairs

Date of Issuance: OCTOBER 29, 2014

*00-20151-22**

[redacted]

COPY


SIGNATURE OF BEARER / SIGNATURE DU TITULAIRE / FIRMA DEL TITULAR
PASSPORT
PASSEPORT
PASAPORTE
USA
UNITED STATES OF AMERICA
United States
Department of State
SEE PAGE 51
USA
PASSPORT
United States
of America



We the People
Of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defence, promote the general Welfare, and secure the Blessings of Liberty to ourselves and our Posterity, do ordain and establish this Constitution for the United States of America.

[redacted]

3

SIGNATURE OF BEARER / SIGNATURE DU TITULAIRE / FIRMA DEL TITULAR

PASSPORT
PASSEPORT
PASAPORTE

UNITED STATES OF AMERICA

USA

[redacted]

Type / Type / Tipo: P
Code / Code / Código: USA
Passport No. / No. du Passeport / No. de Pasaporte: [redacted]

Surname / Nom / Apellidos
S[redacted]

Given Names / Prénoms / Nombres
J[redacted]

Nationality / Nationalité / Nacionalidad
UNITED STATES OF AMERICA

Date of birth / Date de naissance / Fecha de nacimiento
[redacted]

Place of birth / Lieu de naissance / Lugar de nacimiento
[redacted]

Sex / Sexe / Sexo
M

Date of issue / Date de délivrance / Fecha de expedición
[redacted]

Authority / Autorité / Autoridad
United States
Department of State

Date of expiration / Date d'expiration / Fecha de caducidad
[redacted]

Endorsements / Mentions Spéciales / Anotaciones
SEE PAGE 51

USA

P<USAS[redacted]<<J[redacted]<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<
[redacted]

**Jason Dyer**
**Deputy American Citizen Services Chief**
**Embassy of the United States of America**

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| NOTICE TYPE | | NOTICE DATE |
|---|---|---|
| Receipt | | January 12, 2018 |
| CASE TYPE | | USCIS ALIEN NUMBER |
| I-130, Petition for Alien Relative | | |
| RECEIPT NUMBER | RECEIVED DATE | PAGE |
| [redacted] | October 20, 2017 | 1 of 1 |
| PRIORITY DATE | PREFERENCE CLASSIFICATION | DATE OF BIRTH |
| October 20, 2017 | 201 B INA SPOUSE OF USC | [redacted] |

[redacted]

APPLICANT/PETITIONER NAME AND MAILING ADDRESS

**PAYMENT INFORMATION:**

| | |
|---|---|
| **Application/Petition Fee:** | $535.00 |
| **Biometrics Fee:** | $0.00 |
| **Total Amount Received:** | $535.00 |
| **Total Balance Due:** | $0.00 |

The I-130, Petition for Alien Relative has been received by our office for the following beneficiaries and is in process:

Please verify your personal information listed above and immediately notify the USCIS National Customer Service Center at the phone number listed below if there are any changes.

Please note that if a priority date is printed on this notice, the priority does not reflect earlier retained priority dates.

If you have questions about possible immigration benefits and services, filing information, or USCIS forms, please call the USCIS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**. Please also refer to the USCIS website: www.uscis.gov.

If you have any questions or comments regarding this notice or the status of your case, please contact our customer service number.

You will be notified separately about any other case you may have filed.

**USCIS Office Address:**

USCIS
Nebraska Service Center
P.O. Box 82521
Lincoln, NE 68501-2521

**USCIS Customer Service Number:**

(800)375-5283
APPLICANT COPY

If this is an interview or biometrics appointment notice, please see the back of this notice for important information. [illegible]

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

[redacted]

[redacted]

PAYMENT INFORMATION:

| | |
|---|---|
| Application/Petition Fee: | [illegible] |
| Biometrics Fee: | [illegible] |
| Total Amount Received: | [illegible] |
| Total Balance Due: | [illegible] |

NAME AND MAILING ADDRESS

The above application or petition has been received by our office and is in process. Please verify your personal information listed above and immediately notify the USCIS National Customer Service Center at the phone number listed below if there are any changes. Please note that if a priority date is printed on this notice, the priority does not reflect earlier retained priority dates.

Next Steps

- USCIS will schedule a biometrics appointment for you to have your biometrics electronically captured at a USCIS Application Support Center (ASC). You will be receiving a biometrics appointment notice by mail with the specific date, time and place where you will have your fingerprints and/or photographs taken.
- You must wait to receive your biometrics appointment notice before going to the ASC for biometrics processing.
- This notice does not serve as your biometrics appointment notice.

If you have questions about possible immigration benefits and services, filing information, or USCIS forms, please call the USCIS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**. Please also refer to the USCIS website: www.uscis.gov. If you have any questions or comments regarding this notice or the status of your case, please contact our customer service number.

You will be notified separately about any other cases you may have filed.

**USCIS Office Address:**

USCIS
National Benefits Center
P.O. Box 648003
Lee's Summit, MO 64002

**USCIS Customer Service Number:**

(800)375-5283

STATE-0368

**Notice Type:** Approval Notice
**Section:** Husband or wife of U.S. Citizen, 201(b) INA

The above petition has been approved. As the petitioner requests, we have sent the petition to the U.S. Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909. The NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

The NVC will contact the beneficiary of this petition with further information about immigrant visa processing steps.

You should allow a minimum of 30 days for U.S. Department of State processing before contacting the NVC. If you have not received any correspondence from the NVC within 30 days, you may contact the NVC by e-mail at NVCINQUIRY@state.gov. You will need to enter the USCIS receipt number from this approval notice in the subject line. In order to receive information about your petition, you will need to include in the body of the e-mail your name and date of birth, and the Applicant's (beneficiary's) name and date of birth.

**THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.**

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

**NOTICE:** Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Nebraska Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 82521
Lincoln NE 68501-2521

**Customer Service Telephone: 800-375-5283**

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

[redacted]

[redacted]

[illegible]
PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.
IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION, PETITION, OR REQUEST WILL BE CONSIDERED ABANDONED.

APPLICATION SUPPORT CENTER
[illegible]

PLEASE READ THIS ENTIRE NOTICE CAREFULLY.
DATE AND TIME OF APPOINTMENT
[illegible]

WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:
1. THIS APPOINTMENT NOTICE [illegible]
2. PHOTO IDENTIFICATION. [illegible]

CELL PHONES, CAMERAS OR OTHER RECORDING DEVICES ARE NOT PERMITTED.

NOTE: [illegible]

NOTE: [illegible] automatically reschedule [illegible]

REQUEST FOR RESCHEDULING

☐ Please reschedule my appointment [illegible]

[illegible]

If you have any questions regarding this notice, please call 1-800-375-5283.

WARNING: [illegible]

STATE-0370

Official Website of the Department of Homeland Security

Español

Login or Sign up

FORMS NEWS CITIZENSHIP U.S. Citizenship and Immigration Services GREEN CARD TOOLS LEGAL RESOURCES

X

## Case Was Sent To The Department of State

On June 7, 2018, we sent your case, Receipt Number LIN1890040534, to the Department of State for visa processing. You can find general information on Consular Processing by visiting our website at www.uscis.gov . The website will provide information on what to do next, who to contact, and how to inform us of any changes in your situation or address.

Enter Another Receipt Number ?

CHECK STATUS

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

# THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

[redacted]

[redacted]

PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER (ASC) AT THE DATE AND TIME SPECIFIED.
IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION, PETITION, OR REQUEST WILL BE CONSIDERED ABANDONED.

APPLICATION SUPPORT CENTER

PLEASE READ THIS ENTIRE NOTICE CAREFULLY.
DATE AND TIME OF APPOINTMENT

WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:
1. THIS APPOINTMENT NOTICE
2. PHOTO IDENTIFICATION

CELL PHONES, CAMERAS, OR OTHER RECORDING DEVICES ARE NOT PERMITTED.

NOTE:

NOTE: ... automatically reschedule ...

REQUEST FOR RESCHEDULING

☐ Please reschedule my appointment

If you have any questions regarding this notice, please call 1-800-375-5283.
WARNING:

STATE-0372

U.S. Citizenship and Immigration Services

Explore ⌄ Resources ⌄

‹ Back to schedule an appointment

# Your appointment is confirmed

Download PDF

Click here to print your appointment letter.

## Appointment Details

Customer: J[redacted] S[redacted]

| Your USCIS office | Date | Time |
| --- | --- | --- |
| Kendall Field Office<br>14675 SW 120TH STREET<br>Kendall FL 33186 | 07/26/2018 | 01:30 PM |

**This is the only time that we will provide you with your Personal Identification Number (PIN). Keep your PIN and confirmation letter in a safe place in case you have to reschedule or cancel your appointment.**

Confirmation Number

KND-18-14189

PIN

64100

• It is recommended that InfoPass appointments be scheduled with the field office that serves the customer's jurisdiction. While we strive to accommodate you at any field office, some services may be limited if you schedule an appointment with an office outside of your jurisdiction. • Do not come earlier than 15 minutes prior to your appointment. • If you need to cancel or reschedule your appointment please visit my.uscis.gov appointment to manage your appointment.




STATE-0374

[redacted]

日 本 国 JAPAN

旅券 PASSPORT

P JPN [redacted]



Surname

S[redacted]

Given name

M[redacted]

Nationality

JAPAN

Date of birth [redacted]

Sex

F

Registered Domicile [redacted]

Date of issue [redacted]

Signature of bearer [redacted]

Date of expiry [redacted]

Authority

MINISTRY OF FOREIGN AFFAIRS

P<JPNS[redacted]<<M[redacted]<<<<<<<<<<<<<<<<<<<<<<<<<<<<

[redacted]


FEB 0 8 2017
MAR 1 1 2018
WT/WB
JUN 0 8 2018

CheapTickets
Cheap is good

"This is to confirm that the reservation is booked and confirmed. Thank you."

**Travel dates**
Oct 11, 2018 - Nov 11, 2018
Itinerary # 7385217309984
Confirmation MOSFIJ (American Airlines)
Booking ID PNIBSI

Orlando - Tokyo
Oct 11, 2018 - Nov 11, 2018

E-ticket: This email can be used as an E-ticket.
All passengers traveling to the US must provide valid travel documents and details of their full US destination address for US Immigration.
Proof of citizenship is required for international travel. Be sure to bring all necessary documentation (e.g. passport, visa, transit permit). To learn more, visit our Visa and Passport page .

Remember to bring your itinerary and government-issued photo ID for airport check-in and security.
Contact the airline to confirm:

Departure Thu, Oct 11
American Airlines 2673
Orlando (MCO)
5:56am
Terminal: B
Gate 50

Dallas (DFW)
7:52am
Terminal: D
Gate 21
Cabin: Economy / Coach (Q)
Included

- 2 Free Bags
- Snacks
- Alcoholic Drinks
- Carry On Bag
- Miles Earned

2h 56m duration
3h 3m stop Dallas (DFW)

American Airlines 175
Dallas (DFW)
10:55am
Terminal: D
Gate 33

Tokyo (NRT)
2:20pm +1 day
Terminal: 2
Arrives on Oct 12, 2018
MAIN CABIN

Cabin: Economy / Coach (Q)
Included
- 2 Free Bags
- Snacks
- Alcoholic Drinks
- Carry On Bag
- Miles Earned

13h 25m duration
Total Duration 19h 24m

**Return Sun, Nov 11**
American Airlines 154
Tokyo (NRT)
6:25pm
Terminal: 2

Chicago (ORD)
3:10pm
Terminal: 5
Cabin: Economy / Coach (O)
Included
- 2 Free Bags
- Snacks
- Alcoholic Drinks
- Carry On Bag
- Miles Earned

11h 45m duration
3h 41m stop Chicago (ORD)

American Airlines 154
Chicago (ORD)
6:51pm
Terminal: 3

Orlando (MCO)
10:32pm
Cabin: Economy / Coach (O)
Included
- 2 Free Bags
- Snacks
- Alcoholic Drinks
- Carry On Bag
- Miles Earned

2h 41m duration
Total Duration 18h 7m

Traveler(s)
J[redacted] S[redacted]

Price summary
Traveler 1: Adult $995.95
Flight $647.00
Taxes & Fees $348.95
CheapTickets Booking Fee $32.35

Subtotal $1,028.30

Total $1,028.30

All prices are quoted in USD.
Call CheapTickets customer care at 844-700-1006For faster service, mention itinerary #7385217309984

11.9.18.

RE: Consent to Family Law Jurisdiction of the United States, to the terms of The Hague Convention on Child Abduction, and Waiver of Rights in any Family Law Related matters within the Jurisdiction of Japan's Ministry of Justice; Family Court Division

My name is M[redacted] S[redacted]. I'm a Japanese national, married to J[redacted] S[redacted] a U.S. citizen. We are both the biological, and legal parents, having equal custody of our minor child, M[redacted] S[redacted]

I M S will not engage in any activity that interferes with the parental rights of J[redacted] S[redacted]

In case of marital related disagreements, especially in regards to child custody, or where child abduction issues may arise, this document is to act as a waiver of rights to jurisdiction over marital, or child custody matters with Japanese officials, Japan's Ministry of Justice, including Japan's Family Court Division.

The reason for this waiver of rights is due to Japanese officials' undue prejudice toward non-Japanese parents and parental rights, and because of Japan's continuous violations of The Hague Convention on Child Abduction, and the rights of non-Japanese parents in regards to U.S. law.

M[redacted] S[redacted] agrees to consent to jurisdiction of both U.S. Family Court law, and the terms of the The Hague Convention on Child Abduction in case such matters arise during the course of marriage, or, until said child obtains the legal age status.

The ESIGN Act, provides electronic signatures the same legal status as handwritten signatures.

Signed,

s/M[redacted] S[redacted]
M[redacted]
[redacted]

Email: me_u_kis@yahoo.co.jp

HEADERS

**me_u_kis@yahoo.co.jp**

Re:

To: [illegible]

Envelope-To: mail@stackjones.com
X-Yahoo-Newman-Id: 132626.819.bm@omp505.mail.kks.yahoo.co.jp
Domainkey-Signature: a=rsa-sha1; q=dns; c=nofws; s=yj20110701; d=yahoo.co.jp;
h=Date:From:Message-ID:In-Reply-To:References:MIME-Version:Content-Type:Content-Transfer-Encoding; b=unGR03tnw96Mt/
McpGtvWVKHe5OD6v3OEQDNOYfQDbh4RU814vCMbErzk2hyLu/g
OXPA14+xSckITyKCjgGHrizyFrYTiM+Yjdp1kGCIs87MHp9MPmhjDrAU09awMT9LOI
j X3H7IFWWb32FTymFUTFH1zYP3OCPsnDXVvieAoM0=;
<4593A7BD-597B-43B7-B382-8A1251E5918E@stackjones.com>
X-Spam-Bar: /
Return-Path: <me_u_kis@yahoo.co.jp>
Return-Path: <me_u_kis@yahoo.co.jp>
Mime-Version: 1.0
X-Yahoo-Newman-Property: ymail-5
Content-Length: 159
X-Ymail-Osg:
UBqyJwsVM1nGINtlI7l8Y_Ijan8GROjWzJXvyr3TCorutbVmLAkdQcflXp9g.zV
HHGGl4xklSf8oom.XxDRckmDB7G56hY.UOT1IFAzIMN5vJnpaO_0fJT4iKs40ohnJb
483uCCsAxL
hjhTNhqkZTMx6rTnAypto6WvRp02Se3qkWvvjUPhKeaPrqwQn1EZRti7H5SS_hdAlt
hqt1Kpmvxv
iCEdomsqmejOoqXtBb4LQ3a.tltKgzJftvVYAxE1XFl97y6wuvlb0gEx4A1F5KYYFWW
2Z7t.lSt5 _CBfAK8EioeOvuTBemReO.hiqlfkXHjloTFrAnHDm_ZXhk09FWg4Hhnt.
56NjrvJR5RyjP7919CU
47vgrjAx.RkpSU1In7oBM8zc4AriNITL9JpqeAYSAAv6bEQSODf_xlbBrdAX87Hg5A_
kVpFGCfhm
Q2ubh7rcjGKpoT1c9.xo5QGYwb.l9_LGcOQ4bFKdjtd8yNnkQ_PePWiDSY30uwsK4
Rmcqvr7f3oV
GwGKz4xKczYE1ugACkME_fKGS0lWxuFlaGUKfFWnJrMSDAH7J2nJ8wxSm9vrDN
d7Pu_0VvVNvYXQ
tJS88UYH1FurlkMY7V2GoOK1DGe_vT644X6k5U1DXUxpChlSynMgicfPV45LEmd8
E
Content-Transfer-Encoding: 7bit
Delivery-Date: Fri, 09 Nov 2018 08:28:49 -0600
Dkim-Signature: v=1; a=rsa-sha256; q=dns/txt; c=relaxed/relaxed; t=1541773716;
s=yj20110701; d=yahoo.co.jp; h=Date:From:To:Message-ID:In-Reply-To:References:Subject:MIME-Version:Content-Type:Content-Transfer-Encoding;
bh=ohUBt3/zAAGsw04mi/Ai9VJNIaqk9Ekmcd7Eo8bjYG0=;
b=LE1jiE1k4An+4DpFKwfX1fMQ4UJ52E2EPhPfoDYAjNKN/
PL1MLtwSbmLixoqT3nG HGunZgPNN/
NSdrWuYhLGhrF8V2JB3lq5jPcnjYf3Ah88iQa3wWDyHS3vTD8KYDhgveC eE/
ROby6lQFSEayiqdbwRxae9Dv3U6AbMUpOnSqE=
<613015579.877378.1541773715360.JavaMail.yahoo@mail.yahoo.co.jp>
<4593A7BD-597B-43B7-B382-8A1251E5918E@stackjones.com>

X-Spam-Status: No, score=-0.6
X-Spam-Score: -5
Content-Type: text/plain; charset=UTF-8
X-Spam-Flag: NO
Delivered-To: mail@stackjones.com
Received: from box2035.bluehost.com by box2035.bluehost.com with LMTP id uOtpC6GZ5VudTg4AilphMQ for <mail@stackjones.com>; Fri, 09 Nov 2018 08:28:49 -0600
Received: from ns504-vm11.bullet.mail.kks.yahoo.co.jp ([183.79.57.129]:47918) by box2035.bluehost.com with smtp (Exim 4.91) (envelope-from <me_u_kis@yahoo.co.jp>) id 1gL7mC-003vwp-5U for mail@stackjones.com; Fri, 09 Nov 2018 08:28:49 -0600
Received: from [183.79.100.140] by ns504.bullet.mail.kks.yahoo.co.jp with NNFMP; 09 Nov 2018 14:28:36 -0000
Received: from [183.79.100.136] by t503.bullet.mail.kks.yahoo.co.jp with NNFMP; 09 Nov 2018 14:28:36 -0000
Received: from [127.0.0.1] by omp505.mail.kks.yahoo.co.jp with NNFMP; 09 Nov 2018 14:28:36 -0000
Received: from jws700001.mail.kks.yahoo.co.jp by sendmailws506.mail.kks.yahoo.co.jp; Fri, 09 Nov 2018 23:28:35 +0000; 1541773715.655

RAW SOURCE
Return-Path: <me_u_kis@yahoo.co.jp>
Delivered-To: mail@stackjones.com
Received: from box2035.bluehost.com
by box2035.bluehost.com with LMTP id uOtpC6GZ5VudTg4AilphMQ
for <mail@stackjones.com>; Fri, 09 Nov 2018 08:28:49 -0600
Return-path: <me_u_kis@yahoo.co.jp>
Envelope-to: mail@stackjones.com
Delivery-date: Fri, 09 Nov 2018 08:28:49 -0600
Received: from ns504-vm11.bullet.mail.kks.yahoo.co.jp ([183.79.57.129]:47918)
by box2035.bluehost.com with smtp (Exim 4.91)
(envelope-from <me_u_kis@yahoo.co.jp>)
id 1gL7mC-003vwp-5U
for mail@stackjones.com; Fri, 09 Nov 2018 08:28:49 -0600
Received: from [183.79.100.140] by ns504.bullet.mail.kks.yahoo.co.jp with NNFMP; 09 Nov 2018 14:28:36 -0000
Received: from [183.79.100.136] by t503.bullet.mail.kks.yahoo.co.jp with NNFMP; 09 Nov 2018 14:28:36 -0000
Received: from [127.0.0.1] by omp505.mail.kks.yahoo.co.jp with NNFMP; 09 Nov 2018 14:28:36 -0000
X-Yahoo-Newman-Property: ymail-5
X-Yahoo-Newman-Id: 132626.819.bm@omp505.mail.kks.yahoo.co.jp
X-YMail-OSG:
UBqyJwsVM1nGlNtlI7l8Y_Ijan8GROjWzJXvyr3TCorutbVmLAkdQcflXp9g.zV

HHGGI4xklSf8oom.XxDRckmDB7G56hY.UOT1IFAzIMN5vJnpaO_0fJT4lKs40ohnJb
483uCCsAxL

hjhTNhqkZTMx6rTnAypto6WvRp02Se3qkWvvjUPhKeaPrqwQn1EZRti7H5SS_hdAIt
hqt1Kpmvxv

iCEdomsqmejOoqXtBb4LQ3a.tltKgzJftvVYAxE1XFI97y6wuvlb0gEx4A1F5KYYFWW
2Z7t.lSt5
_CBfAK8EioeOvuTBemReO.hiqlfkXHjloTFrAnHDm_ZXhk09FWg4Hhnt.
56NjrvJR5RyjP7919CU

47vgrjAx.RkpSU1ln7oBM8zc4AriNITL9JpqeAYSAAv6bEQSODf_xlbBrdAX87Hg5A_
kVpFGCfhm

Q2ubh7rcjGKpoT1c9.xo5QGYwb.I9_LGcOQ4bFKdjtd8yNnkQ_PePWiDSY30uwsK4
Rmcqvr7f3oV

GwGKz4xKczYE1ugACkME_fKGS0lWxuFlaGUKfFWnJrMSDAH7J2nJ8wxSm9vrDN
d7Pu_0VvVNvYXQ

tJS88UYH1FurlkMY7V2GoOK1DGe_vT644X6k5U1DXUxpChlSynMgicfPV45LEmd8
E
Received: from jws700001.mail.kks.yahoo.co.jp by
sendmailws506.mail.kks.yahoo.co.jp; Fri, 09 Nov 2018 23:28:35 +0000;
1541773715.655
DKIM-Signature: v=1; a=rsa-sha256; q=dns/txt; c=relaxed/relaxed; t=1541773716;
s=yj20110701; d=yahoo.co.jp;
h=Date:From:To:Message-ID:In-Reply-To:References:Subject:MIME-
Version:Content-Type:Content-Transfer-Encoding;
bh=ohUBt3/zAAGsw04mi/Ai9VJNlaqk9Ekmcd7Eo8bjYG0=;
b=LE1jiE1k4An+4DpFKwfX1fMQ4UJ52E2EPhPfoDYAjNKN/
PL1MLtwSbmLixoqT3nG
HGunZgPNN/
NSdrWuYhLGhrF8V2JB3lq5jPcnjYf3Ah88iQa3wWDyHS3vTD8KYDhgveC
eE/ROby6lQFSEayiqdbwRxae9Dv3U6AbMUpOnSqE=
DomainKey-Signature: a=rsa-sha1; q=dns; c=nofws; s=yj20110701; d=yahoo.co.jp;
h=Date:From:Message-ID:In-Reply-To:References:MIME-Version:Content-
Type:Content-Transfer-Encoding;
b=unGR03tnw96Mt/
McpGtvWVKHe5OD6v3OEQDNOYfQDbh4RU814vCMbErzk2hyLu/g

OXPA14+xScklTyKCjgGHrizyFrYTiM+Yjdp1kGCls87MHp9MPmhjDrAU09awMT9LOl
j
X3H7lFWWb32FTymFUTFH1zYP3OCPsnDXVvieAoM0=;
Date: Fri, 9 Nov 2018 23:28:35 +0900 (JST)
From: <me_u_kis@yahoo.co.jp>
To: <mail@stackjones.com>
Message-ID:
<613015579.877378.1541773715360.JavaMail.yahoo@mail.yahoo.co.jp>
In-Reply-To: <4593A7BD-597B-43B7-B382-8A1251E5918E@stackjones.com>
References: <4593A7BD-597B-43B7-B382-8A1251E5918E@stackjones.com>
Subject: Re:

MIME-Version: 1.0
Content-Type: text/plain; charset=UTF-8
Content-Transfer-Encoding: 7bit
Content-Length: 159
X-Spam-Status: No, score=-0.6
X-Spam-Score: -5
X-Spam-Bar: /
X-Spam-Flag: NO

I M[redacted] S[redacted] agree to the terms of the enclosed document, and have provided my attached electronic signature as proof of this agreement.

s/ M[redacted] S[redacted]

"<me_u_kis@yahoo.co.jp>" <me_u_kis@yahoo.co.jp>
Re:
To: mail@stackjones.com
Envelope-To: mail@stackjones.com
X-Yahoo-Newman-Id: 746079.4059.bm@omp508.mail.kks.yahoo.co.jp
Domainkey-Signature: a=rsa-sha1; q=dns; c=nofws; s=yj20110701; d=yahoo.co.jp; h=Date:From:Message-ID:In-Reply-To:References:MIME-Version:Content-Type:Content-Transfer-Encoding;
b=HCLLSauVoiwdBfua7fqICornBA+ORN1+cttemnM9BVGuF63N304pTWDXePV7wdl7i q9pxN/
ubUrEvNs27wPrT+dYVyfbFmHISqD8Tq9Yf8nIA4BPIXa0cPHvbzHHDCh2/QRo
DWBQsRdYfO6PzOA1RJuaYw8ENwzdZpixdDYATSw4=;
<C289DB8C-50C1-419F-B94B-4DC7E293B00B@stackjones.com>
X-Spam-Bar: /
Return-Path: <me_u_kis@yahoo.co.jp>
Return-Path: <me_u_kis@yahoo.co.jp>
Mime-Version: 1.0
X-Yahoo-Newman-Property: ymail-3
Content-Length: 338
X-Ymail-Osg: rfgvNRYVM1kVXUbQB5oXleqCzJG5Z65IZDCAGbOQt8AKxTYGp9pJ9MAHT.IXPMj
0rCyZm53umRQEEmSUz_xD0rmH9taYntenR7LLrltq3fnQ3oU_7k9VyhZdHKeGhOpfsHWnJwPliku
8eeCo6sa7uJfdi51sCkY.XubeH1EPwksf3WjvI8R4MgoNFuMOKhjsa8T0k9I8vN2kXAEMExebER.
upl8vClMfGlHWtqerwEmD9yh3hUSVN0thOPynT7wmo62FbT8qFSgl_AT59Gxel2afo6tRL0dVFPI
Pud8UvhHa3fvqemMiOriFXu2VDHpLXMcTEw_ld.y3X60m_TQJNw.flcTlhXTpLsDvVkd34UBzDLb .erazhFj_FGO
ULMP_tZHeJPStZb0TwX1DrESz_byfwLwWILxZysPWdt3X8rYv.DZvx6RDCYEBI8U
XOAHZ.qpk_OVYBxBdnh0h5HOUZTgi3CXLXK4iDZpDSIw0Rmjh7YdQpfDHmcrXmKTu95W2LnzbdaY
lTBoEXBXZ.qhDXWgdliHFYAUaMAhr8m0wwf1oWTMAuzgl0uYW37ZtZ1uWz6Q8OEDY8RfYDCgvKlV
wTZ65oXmxNt0v6tTNYkYLwc4St9ZYw7lTnAhayxBl
Content-Transfer-Encoding: 7bit
Delivery-Date: Mon, 14 Jan 2019 21:12:50 -0600
Dkim-Signature: v=1; a=rsa-sha256; q=dns/txt; c=relaxed/relaxed; t=1547521956; s=yj20110701; d=yahoo.co.jp; h=Date:From:To:Message-ID:In-Reply-To:References:Subject:MIME-Version:Content-Type:Content-Transfer-Encoding; bh=aLL2vh87Sbos2uNe/DXSfgCH6oSwej0HrgQQhP98YIE=;
b=gVQXUPrYoPfZZkrUMIu5jzXeRmfhKXLCP8tsGPruGmdYyFDJl/OjHU6H9YRNekDG
bmgzYDNtA8ztO0v5FLthz3UqibK3mqyEdTEe/xl8yn7eiNYOluVdT8vCC8R1yXPp5w6 sPEtM/
c4kjofzAvgN6AJ0Rb64637nlt633SxZtdg=
<88589650.1801317.1547521955086.JavaMail.yahoo@mail.yahoo.co.jp>
<C289DB8C-50C1-419F-B94B-4DC7E293B00B@stackjones.com>
X-Spam-Status: No, score=0.4
X-Spam-Score: 4
Content-Type: text/plain; charset=UTF-8
X-Spam-Flag: NO
Delivered-To: mail@stackjones.com
Received: from box2035.bluehost.com by box2035.bluehost.com with LMTP id OAWvBLJPPVwQmQUAIlphMQ for <mail@stackjones.com>; Mon, 14 Jan 2019 21:12:50 -0600
Received: from nh502-vm2.bullet.mail.kks.yahoo.co.jp ([183.79.56.147]:42397) by box2035.bluehost.com with smtp (Exim 4.91) (envelope-from <me_u_kis@yahoo.co.jp>) id 1gjF9k-001Xc9-VP for mail@stackjones.com; Mon, 14 Jan 2019 21:12:50 -0600
Received: from [183.79.100.141] by nh502.bullet.mail.kks.yahoo.co.jp with NNFMP; 15 Jan 2019 03:12:36 -0000
Received: from [183.79.101.121] by t504.bullet.mail.kks.yahoo.co.jp with NNFMP; 15 Jan 2019 03:12:36 -0000
Received: from [127.0.0.1] by omp508.mail.kks.yahoo.co.jp with NNFMP; 15 Jan 2019 03:12:36 -0000
Received: from jws702105.mail.ssk.yahoo.co.jp by sendmailws612.mail.ssk.yahoo.co.jp; Tue, 15 Jan 2019 12:12:36 +0000; 1547521956.158

you should leave Japan with M[redacted] then our problem will be solved.
I can't live together.
I can't fix this.
I can not fix this problem.

弁護士　須田　洋平/Yohei Suda, Avocat
〒160-0023　東京都新宿区西新宿3-9-14　インタービル6階
須田洋平法律事務所
Le Cabinet d'avocat Yohei Suda
6ème étage, Inter Building,
3-9-14 Nishi-Shinjuku, Shinjuku-ku,
Tokyo, 160-0023 Japon
Tél: +81 (0)3 63 00 44 52/Fax: +81 (0)3 63 00 44 53
Courriel: suda@suda-law.net
Site internet: http://www.suda-law.net

**Yohei Suda <suda@suda-law.net>**

Re: Embassy Appointment: 1-8-2019

To: [redacted]

Dear Mr. S[redacted]

Thank you very much for your e-mails.

I suggest that you should show to the Embassy the e-mail sent from your spouse that you may take your son to the United States.

Sincerely yours,

Yohei Suda

**Yohei Suda <suda@suda-law.net>**

Re: Rissho Kosei-Kai: Cult Religions Undue Influence on My Wife and Her Family

To: [redacted]

Dear Mr. S[redacted]
Thank you very much for a series of e-mails.
Given that you have the physical custody of your son and that you have proof that she agreed that you can take him to the United States, there is no Hague Convention issue as to bringing him back to the United States.

As you have the waiver form to keep you away from the Japanese jurisdiction, the remaining issue will be whether the United States Embassy will issue a new passport. Is it possible for you to apply for the Japanese visa alternatively? That is the second best option, it seems.

Sincerely yours,
Yohei Suda

# Exhibit A

(Minor child's identifying information redacted to protect child's privacy.)



# Exhibits B



The entrance to the interior of the S[redacted] home is filled with work related hazardous items, including gasoline, and diesel fuel containers, which constantly emit toxic fumes.

Note: Petitioner's child's stroller placed adjacent to open diesel fuel containers.



The entrance to the interior of the S[redacted] home is filled with work related hazardous items, including gasoline, and diesel fuel containers, full and empty.

# Exhibits B (continued)



Hallway which is impassible, is a fire hazard.



Decades old tatami, filled with dust and dust mites, cause serious health issues for petitioner's minor child.

# Exhibits B (continued)



The condition of the interior of the S[redacted] home is not conducive for a child to reside in.



The S[redacted] home is a business location, filled with fire hazards, and dangerous items a minor child should have no contact with. Paper, boxes and other combustible items are located throughout the home, in close proximity to flammable liquids. Plaintiff does not want his child in this home for any purposes whatsoever, as the conditions are unsafe.

# Exhibits B (continued)



The entire interior of the home is stuffed with hoarded items.



The entire interior of the home is stuffed with hoarded items.

# Exhibits C



Petitioner's study area for minor child at Japan residence.



Hallway and stairs of petitioner's temporary housing.

# Exhibits C (continued)



Petitioner's kitchen at Japan residence.



Minor child's birthday at petitioner's temporary housing.
Mother did not come to the birthday event.

# Exhibits D

(Christmas 2018 at petitioner's residence.)



Christmas 2018 at petitioner's Japan residence.



Christmas 2018 at petitioner's Japan residence.

# Exhibits D (continued)



Christmas 2018 at petitioner's Japan residence.



Christmas 2018 at petitioner's Japan residence.

18 U.S. Code § 1204 - International parental kidnapping

(a) Whoever removes a child from the United States, or attempts to do so, or retains a child (who has been in the United States) outside the United States with intent to obstruct the lawful exercise of parental rights shall be fined under this title or imprisoned not more than 3 years, or both.

(b) As used in this section—

(1) the term "child" means a person who has not attained the age of 16 years; and

(2) the term "parental rights", with respect to a child, means the right to physical custody of the child—
(A) whether joint or sole (and includes visiting rights); and
(B) whether arising by operation of law, court order, or legally binding agreement of the parties.
(c) It shall be an affirmative defense under this section that—

(1) the defendant acted within the provisions of a valid court order granting the defendant legal custody or visitation rights and that order was obtained pursuant to the Uniform Child Custody Jurisdiction Act or the Uniform Child Custody Jurisdiction and Enforcement Act and was in effect at the time of the offense;

(2) the defendant was fleeing an incidence or pattern of domestic violence; or

(3) the defendant had physical custody of the child pursuant to a court order granting legal custody or visitation rights and failed to return the child as a result of circumstances beyond the defendant's control, and the defendant notified or made reasonable attempts to notify the other parent or lawful custodian of the child of such circumstances within 24 hours after the visitation period had expired and returned the child as soon as possible.
(d) This section does not detract from The Hague Convention on the Civil Aspects of International Parental Child Abduction, done at The Hague on October 25, 1980.

(Added Pub. L. 103-173, § 2(a), Dec. 2, 1993, 107 Stat. 1998; amended Pub. L. 108-21, title I, § 107, Apr. 30, 2003, 117 Stat. 655.)

**Child abandonment** is where a parent has left the child for a period of time without financial support or information regarding the parent's return.

State, and federal law set a minimum length of time that qualifies as abandonment.

Some laws also establish abandonment as a form of child neglect when the parent places the child in an unsafe situation with potential for serious harm.

M[redacted] S[redacted] has not seen her child since January 2nd 2019.

mail@stackjones.com
DEMAND NOTICE
To: "<me_u_kis@yahoo.co.jp>"
1.10.19.

You were contacted today, via telephone at 10:36AM, so as to address your failure to act accordingly in the matter of your parental duties to my minor child, M[redacted] S[redacted]. Your phone was turned off, which reflects that you continue to refuse to discuss this matter properly.

I have given you instructions to follow if you wish to continue to have parental rights. You have IGNORED those instructions numerous times.

DEMAND NOTICE:

1. Ship via COD, all of the property of J[redacted] S[redacted], and the property of my son, which is currently located at your parent's Yonezawa address. I, J[redacted] S[redacted] have communicated in regards to this matter with you numerous times, which you IGNORE. Your failure to address this matter is IMPROPER. ALL COSTS will be covered by J S , so there is no reason you are not complying with this request.

2. You MUST provide the addresses and telephone numbers of family members [redacted], and [redacted] your sisters. This information is REQUIRED because you have hidden my son at their homes in the past, including most recently Nov. - Dec. of 2018, after entering Japan with my son, unlawfully, and without my permission. The addresses and phone numbers will be verified, so as to ensure that what you provide is accurate.

3. You MUST immediately mail to my current address, my son's U.S. Passport, so he has proper identification, as is required by Japanese law, U.S. law, and international law. If you have destroyed my son's passport, you must tell me, so I can get a replacement issued by the U.S. Embassy in Tokyo.

As well, you have not seen your son since January 2nd 2019. Due to this fact, I have to bring my son to work every day, which causes great stress for my son, and for my company. I leave work at 9:00PM, and thereafter I have to take a train, and a bus, and then walk to the company housing I currently reside at. All week, my son gets home at almost 11PM, and then had to eat dinner, and take a bath. Under such circumstances, he cannot get to bed before midnight. Your actions amount to child endangerment and gross child neglect.

I have asked you to return the the company house, and be a caregiver for your minor child, and I have communicated this to you numerous times. You have FAILED to do so, including, several times, stating you would, setting appointment times for us to meet you, yet, you FAILED to show up, each and every time, which costs my son great pain and emotional suffering.

If you FAIL to follow the aforementioned instructions, I will be forced to file child abandonment proceedings, and have your parental rights REMOVED, in accordance to U.S. law, Japanese law, and International Law.

Let me make it CLEAR that I do not wish to file abandonment charges against you, but instead, wish to resolve this matter for the benefit of my son. Regardless, I will do file said charges, if you DO NOT initiate the steps required of you which are stated above.

J[redacted] S[redacted]

**From:** AskPPTAdjudication
**To:** Ask PPT Legal; AskPPTAdjudication
**Cc:** [redacted] PreventionMatters
**Subject:** RE: Concurrence request: DS-11 minor denial
**Date:** Thursday, February 14, 2019 10:53:54 AM
**Attachments:** image001.png
RE Concurrence request DS-11 minor denial.msg

Greetings,

Thank you [redacted] Yes, we previously advised Post on this case and recommended that Post refer the mother to OCS/CI Prevention Matters for a possible C hold to prevent the father from trying to circumvent 2PC in the future and vice versa since she originally brought the child to Japan. And suggested the public-facing page on IPCA for prevention matters: https://travel.state.gov/content/travel/en/International-Parental-Child-Abduction.html. However, Post said that she may be hesitant to reach out for this service due to limited English proficiency.

Best regards,
[redacted]

[redacted]
Program Analyst
U.S. Department of State
Bureau of Consular Affairs, Passport Services
Office of Adjudication- Policy Division
Office: [redacted]
BB: [redacted]
Email: [redacted]

Privacy/PII
This email is UNCLASSIFIED.

---

**From:** Ask PPT Legal
**Sent:** Thursday, February 14, 2019 8:40 AM
**To:** AskPPTAdjudication
**Cc:** [redacted]
**Subject:** FW: Concurrence request: DS-11 minor denial

Looping in my colleagues in PPT/A back in on this one, as we'll defer to them on the DS 5525 issue.

Forgive me if this was previously answered on another thread, but Tokyo, could you confirm the mother was advised she could enter the child into CPIAP?

Best,
[redacted]

**Official - Privacy/PII**
**UNCLASSIFIED**

**From:** [redacted]
**Sent:** Wednesday, February 13, 2019 1:01 AM
**To:** PreventionMatters; [redacted] Ask PPT Legal
**Cc:** [redacted]
**Subject:** FW: Concurrence request: DS-11 minor denial

For your awareness re: recent DS-11 application for minor child with possible custody dispute.

Thank you,

[redacted]

[redacted]
American Citizens Services
U.S. Embassy Tokyo | Tokyo, Japan
- [redacted] | - [redacted]

**Official - Privacy/PII**
**UNCLASSIFIED**

**From:** [redacted]
**Sent:** Wednesday, February 13, 2019 2:53 PM
**To:** AskPPTAdjudication
**Cc:** Tokyo Consular ACS Officers DL; [redacted]
**Subject:** Concurrence request: DS-11 minor denial

Dear PPT colleagues,

Post requests concurrence in the denial of a DS-11 minor passport application executed by the father with a DS-5525. The father, J S, is well-known to the ACS unit here in Tokyo and has previously filed legal complaints against the Department for a variety of reasons, so we want to make sure that we check all the boxes before moving forward.

All of Mr. S's submitted documentation is attached to this email. The situation is as follows:

Mr. S came to Japan by himself to renew his spousal visa. He planned to be here for a month. His Japanese national wife and dual national child (M S, the applicant in this case) came to Japan from the United States without his knowledge during this time. Mr. S discovered their presence in Japan, and canceled his return flight to CONUS. He got a job in Japan and has remained