here since.

At some point afterwards, apparently towards the end of December/beginning of January, Mr. S took physical custody of M . M has lived with him since then. Mr. S claims that he has had no contact with his mother, but also contradicts himself and indicates that the mother had stayed with them in his home as recently as last month. After Mr. S 's interview on Friday, he stated that he and M were on the way to visit the mother in her hometown.

Mr. S claims that the mother has ceded custody to him, and provides an email purported to be from her to this effect. However, the mother has repeatedly called and emailed Post to tell us that she does not consent to the issuance of a passport and does not/not want M to leave Japan. She has possession of M 's valid U.S. passport, as well as his Japanese passport.

Mr. S 's DS-5525 indicates that he has tried to contact the mother over 200 times without success, but as mentioned this contradicts his statements to the officer about how frequently he has seen/spoken to the mother. He also indicated that the needs a U.S. passport issued in order to facilitate M 's enrollment in school/in order to obtain medical care. In previous cases, post has determined that this is not necessarily true, and that other avenues exist. We find that the burden of proof for issuance under exigent/special family circumstances has not been met.

Based on the mother's express wishes against passport issuance, as well as a failure to meet the burden of proof for a DS-5525, we plan to deny the passport. Does PPT concur?

Please let me know if you have any questions or need any assistance.

Thanks!
[redacted]

[redacted]
Deputy Chief, ACS

**From:** PreventionMatters
**To:** AskPPTAdjudication; Ask PPT Legal
**Cc:** [redacted]
**Subject:** RE: Concurrence request: DS-11 minor denial
**Date:** Thursday, February 14, 2019 1:33:02 PM
**Attachments:** image001.png
image002.jpg

---

Hi all,

We can enroll the child into CPIAP on the mother's behalf based on her contacting Post, stating her objection to her son M[redacted] having a valid PPT -in her possession, and not consenting to international travel.

Thank you,

[redacted]

**Prevention Branch**

Office of Children's Issues | Overseas Citizens Services
U.S. Department of State | [redacted]
☎: [redacted] | **Fax :** [redacted] ✉: PreventAbduction1@state.gov | Web: http://travel.state.gov/

DISCLAIMER: The contents of this e-mail are confidential to the addressee(s) and are intended solely for his/her/their exclusive use. If you are not an addressee, you may have received this e-mail in error. If so, please reply immediately to the sender and delete this message. Any disclosure, copying, distribution or action taken in reliance on it is prohibited and may be unlawful. Any opinions expressed in this e-mail are those of the author and do not necessarily reflect the position of the United States Government.

In accordance with E.O. 12958, this email is: SENSITIVE BUT UNCLASSIFIED
KA

**Official - Privacy/PII**
**UNCLASSIFIED**

---

**From:** AskPPTAdjudication
**Sent:** Thursday, February 14, 2019 10:54 AM
**To:** Ask PPT Legal; AskPPTAdjudication
**Cc:** [redacted]
PreventionMatters
**Subject:** RE: Concurrence request: DS-11 minor denial

Greetings,

Thank you [redacted] Yes, we previously advised Post on this case and recommended that Post refer the mother to OCS/CI Prevention Matters for a possible C hold to prevent the father from trying to circumvent 2PC in the future and vice versa since she originally brought the child to Japan. And suggested the public-facing page on IPCA for prevention matters: https://travel.state.gov/content/travel/en/International-Parental-Child-Abduction.html. However, Post said that she may be hesitant to reach out for this service due to limited English proficiency.

Best regards,
[redacted]

[redacted]
Program Analyst
U.S. Department of State
Bureau of Consular Affairs, Passport Services
Office of Adjudication- Policy Division
Office: [redacted]
BB: [redacted]
Email: [redacted]

Privacy/PII
This email is UNCLASSIFIED.

---

**From:** Ask PPT Legal
**Sent:** Thursday, February 14, 2019 8:40 AM
**To:** AskPPTAdjudication
**Cc:** [redacted]
**Subject:** FW: Concurrence request: DS-11 minor denial

Looping in my colleagues in PPT/A back in on this one, as we'll defer to them on the DS 5525 issue.

Forgive me if this was previously answered on another thread, but Tokyo, could you confirm the mother was advised she could enter the child into CPIAP?

Best,
[redacted]

**Official - Privacy/PII**
**UNCLASSIFIED**

---

**From:** [redacted]
**Sent:** Wednesday, February 13, 2019 1:01 AM
**To:** PreventionMatters; [redacted] Ask PPT Legal
**Cc:** [redacted]

**Subject:** FW: Concurrence request: DS-11 minor denial

For your awareness re: recent DS-11 application for minor child with possible custody dispute.

Thank you,

[redacted]

[redacted]
American Citizens Services
U.S. Embassy Tokyo | Tokyo, Japan
☎ - [redacted] | ✉ - [redacted]

**Official - Privacy/PII**
**UNCLASSIFIED**

---

**From:** [redacted]
**Sent:** Wednesday, February 13, 2019 2:53 PM
**To:** AskPPTAdjudication
**Cc:** Tokyo Consular ACS Officers DL; [redacted]
**Subject:** Concurrence request: DS-11 minor denial

Dear PPT colleagues,

Post requests concurrence in the denial of a DS-11 minor passport application executed by the father with a DS-5525. The father, J S, is well-known to the ACS unit here in Tokyo and has previously filed legal complaints against the Department for a variety of reasons, so we want to make sure that we check all the boxes before moving forward.

All of Mr. S's submitted documentation is attached to this email. The situation is as follows:

Mr. S came to Japan by himself to renew his spousal visa. He planned to be here for a month. His Japanese national wife and dual national child (M S, the applicant in this case) came to Japan from the United States without his knowledge during this time. Mr. S discovered their presence in Japan, and canceled his return flight to CONUS. He got a job in Japan and has remained here since.

At some point afterwards, apparently towards the end of December/beginning of January, Mr. S took physical custody of M. M has lived with him since then. Mr. S claims that he has had no contact with his mother, but also contradicts himself and indicates that the mother had stayed with them in his home as recently as last month. After Mr. S's interview on Friday, he stated that he and M were on the way to visit the mother in her hometown.

Mr. S claims that the mother has ceded custody to him, and provides an email purported to be from her to this effect. However, the mother has repeatedly called and emailed Post to tell us that she does not consent to the issuance of a passport and does not/not want M to leave Japan. She has possession of M's valid U.S. passport, as well as his Japanese passport.

Mr. S's DS-5525 indicates that he has tried to contact the mother over 200 times without success, but as mentioned this contradicts his statements to the officer about how frequently he has seen/spoken to the mother. He also indicated that the needs a U.S. passport issued in order to facilitate M's enrollment in school/in order to obtain medical care. In previous cases, post has determined that this is not necessarily true, and that other avenues exist. We find that the burden of proof for issuance under exigent/special family circumstances has not been met.

Based on the mother's express wishes against passport issuance, as well as a failure to meet the burden of proof for a DS-5525, we plan to deny the passport. Does PPT concur?

Please let me know if you have any questions or need any assistance.

Thanks!
[redacted]

[redacted]
Deputy Chief, ACS

**From:** [redacted]
**To:** AskPPTAdjudication; [redacted]
**Cc:** Tokyo Consular ACS Officers DL; [redacted]
**Subject:** RE: Concurrence request: DS-11 minor denial
**Date:** Wednesday, February 13, 2019 4:09:01 PM

---

Hello [redacted]

Yes, we tell the mother about CPIAP each time she calls. We're wondering if she may be hesitant to pursue it due to limited English ability.

[redacted]

---
Sent from Workspace ONE Boxer

On February 14, 2019 0:03:26 JST, AskPPTAdjudication <AskPPTAdjudication@state.gov> wrote:

> Greetings,
>
> Thank you for the extensive and helpful breakdown of the situation. Based on the extreme lack of credibility of the DS-5525 and the mother's express concerns to issuance, we concur with the denial. Not seeing your child for a month would not be considered abandonment, especially when there is evidence that there is still contact between the parents, and the "transfer of legal rights" submitted is not from a court of competent jurisdiction so it would not be acceptable for our purposes.
>
> We recommend referring the mother to OCS/CI Prevention Matters for a possible C hold to prevent the father from trying to circumvent 2PC in the future and vice versa since she originally brought the child to Japan. There is a public-facing page on IPCA for prevention matters: https://travel.state.gov/content/travel/en/International-Parental-Child-Abduction.html
>
> Best regards,
>
> [redacted]
>
> [redacted]
>
> Program Analyst
>
> U.S. Department of State

Bureau of Consular Affairs, Passport Services

Office of Adjudication- Policy Division

Office: [redacted]

BB: [redacted]

Email: [redacted]

Privacy/PII

This email is UNCLASSIFIED.

---

**From:** [redacted]
**Sent:** Wednesday, February 13, 2019 12:53 AM
**To:** AskPPTAdjudication
**Cc:** Tokyo Consular ACS Officers DL; [redacted]
**Subject:** Concurrence request: DS-11 minor denial

Dear PPT colleagues,

Post requests concurrence in the denial of a DS-11 minor passport application executed by the father with a DS-5525. The father, J S , is well-known to the ACS unit here in Tokyo and has previously filed legal complaints against the Department for a variety of reasons, so we want to make sure that we check all the boxes before moving forward.

All of Mr. S 's submitted documentation is attached to this email. The situation is as follows:

Mr. S came to Japan by himself to renew his spousal visa. He planned to be here for a month. His Japanese national wife and dual national child (M S , the applicant in this case) came to Japan from the United States without his knowledge during this time. Mr. S discovered their presence in Japan, and canceled his return flight to CONUS. He got a job in Japan and has remained here since.

At some point afterwards, apparently towards the end of December/beginning of January, Mr. S[redacted] took physical custody of M[redacted]. Ma[redacted] has lived with him since then. Mr. S[redacted] claims that he has had no contact with his mother, but also contradicts himself and indicates that the mother had stayed with them in his home as recently as last month. After Mr. S[redacted]'s interview on Friday, he stated that he and M[redacted] were on the way to visit the mother in her hometown.

Mr. S[redacted] claims that the mother has ceded custody to him, and provides an email purported to be from her to this effect. However, the mother has repeatedly called and emailed Post to tell us that she does not consent to the issuance of a passport and does not/not want M[redacted] to leave Japan. She has possession of M[redacted]'s valid U.S. passport, as well as his Japanese passport.

Mr. S[redacted]'s DS-5525 indicates that he has tried to contact the mother over 200 times without success, but as mentioned this contradicts his statements to the officer about how frequently he has seen/spoken to the mother. He also indicated that the needs a U.S. passport issued in order to facilitate M[redacted]'s enrollment in school/in order to obtain medical care. In previous cases, post has determined that this is not necessarily true, and that other avenues exist. We find that the burden of proof for issuance under exigent/special family circumstances has not been met.

Based on the mother's express wishes against passport issuance, as well as a failure to meet the burden of proof for a DS-5525, we plan to deny the passport. Does PPT concur?

Please let me know if you have any questions or need any assistance.

Thanks!

[redacted]

[redacted]

Deputy Chief, ACS

**From:** [redacted]
**To:** AskPPTAdjudication; Ask PPT Legal
**Cc:** [redacted]
**Subject:** RE: Concurrence request: DS-11 minor denial
**Date:** Thursday, February 14, 2019 1:37:51 PM
**Attachments:** image002.jpg
image003.png

---

After careful review, the mother contacted our office on 01/14/2019 to enroll the child into CPIAP.

Thank you,
[redacted]

**Official - Privacy/PII**
**UNCLASSIFIED**

---

**From:** PreventionMatters
**Sent:** Thursday, February 14, 2019 1:33 PM
**To:** AskPPTAdjudication; Ask PPT Legal
**Cc:** [redacted]
**Subject:** RE: Concurrence request: DS-11 minor denial

Hi all,

We can enroll the child into CPIAP on the mother's behalf based on her contacting Post, stating her objection to her son M having a valid PPT -in her possession, and not consenting to international travel.

Thank you,
[redacted]

**Prevention Branch**

Office of Children's Issues | Overseas Citizens Services
U.S. Department of State | [redacted]
☎: [redacted] | **Fax :** [redacted] ✉: PreventAbduction1@state.gov | Web: http://travel.state.gov/

DISCLAIMER: The contents of this e-mail are confidential to the addressee(s) and are intended solely for his/her/their exclusive use. If you are not an addressee, you may have received this e-mail in error. If so, please reply immediately to the sender and delete this message. Any disclosure, copying, distribution or action taken in reliance on it is prohibited and may be unlawful. Any opinions expressed in this e-mail are those of the author and do not necessarily reflect the position of the United States Government.

In accordance with E.O. 12958, this email is: SENSITIVE BUT UNCLASSIFIED

KA

**Official - Privacy/PII**
**UNCLASSIFIED**

**From:** AskPPTAdjudication
**Sent:** Thursday, February 14, 2019 10:54 AM
**To:** Ask PPT Legal; AskPPTAdjudication
**Cc:** [redacted]
PreventionMatters
**Subject:** RE: Concurrence request: DS-11 minor denial

Greetings,

Thank you [redacted] Yes, we previously advised Post on this case and recommended that Post refer the mother to OCS/CI Prevention Matters for a possible C hold to prevent the father from trying to circumvent 2PC in the future and vice versa since she originally brought the child to Japan. And suggested the public-facing page on IPCA for prevention matters: https://travel.state.gov/content/travel/en/International-Parental-Child-Abduction.html. However, Post said that she may be hesitant to reach out for this service due to limited English proficiency.

Best regards,
[redacted]

[redacted]
Program Analyst
U.S. Department of State
Bureau of Consular Affairs, Passport Services
Office of Adjudication- Policy Division
Office: [redacted]
BB: [redacted]
Email: [redacted]

Privacy/PII
This email is UNCLASSIFIED.

**From:** Ask PPT Legal
**Sent:** Thursday, February 14, 2019 8:40 AM
**To:** AskPPTAdjudication
**Cc:** [redacted]
**Subject:** FW: Concurrence request: DS-11 minor denial

Looping in my colleagues in PPT/A back in on this one, as we'll defer to them on the DS 5525 issue.

Forgive me if this was previously answered on another thread, but Tokyo, could you confirm the mother was advised she could enter the child into CPIAP?

Best,
[redacted]

**Official - Privacy/PII**
**UNCLASSIFIED**

---

**From:** [redacted]
**Sent:** Wednesday, February 13, 2019 1:01 AM
**To:** PreventionMatters; [redacted] Ask PPT Legal
**Cc:** [redacted]
**Subject:** FW: Concurrence request: DS-11 minor denial

For your awareness re: recent DS-11 application for minor child with possible custody dispute.

Thank you,

[redacted]

[redacted]
American Citizens Services
U.S. Embassy Tokyo | Tokyo, Japan
☎ - [redacted] | ✉ - [redacted]

**Official - Privacy/PII**
**UNCLASSIFIED**

---

**From:** [redacted]
**Sent:** Wednesday, February 13, 2019 2:53 PM
**To:** AskPPTAdjudication
**Cc:** Tokyo Consular ACS Officers DL; [redacted]
**Subject:** Concurrence request: DS-11 minor denial

Dear PPT colleagues,

Post requests concurrence in the denial of a DS-11 minor passport application executed by the father with a DS-5525. The father, J[redacted] S[redacted], is well-known to the ACS unit here in Tokyo and has previously filed legal complaints against the Department for a variety of reasons, so we want to make sure that we check all the boxes before moving forward.

All of Mr. S[redacted]'s submitted documentation is attached to this email. The situation is as follows:

Mr. S[redacted] came to Japan by himself to renew his spousal visa. He planned to be here for a month. His Japanese national wife and dual national child (M[redacted] S[redacted], the applicant in this case) came to Japan from the United States without his knowledge during this time. Mr. S[redacted] discovered their presence in Japan, and canceled his return flight to CONUS. He got a job in Japan and has remained here since.

At some point afterwards, apparently towards the end of December/beginning of January, Mr. S[redacted] took physical custody of M[redacted]. M[redacted] has lived with him since then. Mr. S[redacted] claims that he has had no contact with his mother, but also contradicts himself and indicates that the mother had stayed with them in his home as recently as last month. After Mr. S[redacted]'s interview on Friday, he stated that he and M[redacted] were on the way to visit the mother in her hometown.

Mr. S[redacted] claims that the mother has ceded custody to him, and provides an email purported to be from her to this effect. However, the mother has repeatedly called and emailed Post to tell us that she does not consent to the issuance of a passport and does not/not want M[redacted] to leave Japan. She has possession of M[redacted]'s valid U.S. passport, as well as his Japanese passport.

Mr. S[redacted]'s DS-5525 indicates that he has tried to contact the mother over 200 times without success, but as mentioned this contradicts his statements to the officer about how frequently he has seen/spoken to the mother. He also indicated that the needs a U.S. passport issued in order to facilitate M[redacted]'s enrollment in school/in order to obtain medical care. In previous cases, post has determined that this is not necessarily true, and that other avenues exist. We find that the burden of proof for issuance under exigent/special family circumstances has not been met.

Based on the mother's express wishes against passport issuance, as well as a failure to meet the burden of proof for a DS-5525, we plan to deny the passport. Does PPT concur?

Please let me know if you have any questions or need any assistance.

Thanks!

[redacted]

[redacted]

Deputy Chief, ACS

**From:** AskPPTAdjudication
**To:** [redacted] AskPPTAdjudication; Ask PPT Legal
**Cc:** [redacted]
**Subject:** RE: Concurrence request: DS-11 minor denial
**Date:** Thursday, February 14, 2019 2:05:13 PM
**Attachments:** image001.jpg
image002.png

---

Thank you for the update, [redacted] It's also very helpful to know that it is possible for CI to enroll a child under similar circumstances where a parent contacts post and expresses concern/objections to issuance/travel.

Post, please let us know if we can be of any additional assistance.

Best regards,
[redacted]

[redacted]
Program Analyst
U.S. Department of State
Bureau of Consular Affairs, Passport Services
Office of Adjudication- Policy Division
Office: [redacted]
BB: [redacted]
Email: [redacted]

Privacy/PII
This email is UNCLASSIFIED.

---

**From:** [redacted]
**Sent:** Thursday, February 14, 2019 1:37 PM
**To:** AskPPTAdjudication; Ask PPT Legal
**Cc:** [redacted]
**Subject:** RE: Concurrence request: DS-11 minor denial

After careful review, the mother contacted our office on 01/14/2019 to enroll the child into CPIAP.

Thank you,
[redacted]

**Official - Privacy/PII**
**UNCLASSIFIED**

---

**From:** PreventionMatters
**Sent:** Thursday, February 14, 2019 1:33 PM

**To:** AskPPTAdjudication; Ask PPT Legal
**Cc:** [redacted]
**Subject:** RE: Concurrence request: DS-11 minor denial

Hi all,

We can enroll the child into CPIAP on the mother's behalf based on her contacting Post, stating her objection to her son M[redacted] having a valid PPT -in her possession, and not consenting to international travel.

Thank you,
[redacted]

**Prevention Branch**

Office of Children's Issues | Overseas Citizens Services
U.S. Department of State | [redacted]
☎: [redacted] | **Fax :** [redacted] ✉: PreventAbduction1@state.gov | Web: http://travel.state.gov/

DISCLAIMER: The contents of this e-mail are confidential to the addressee(s) and are intended solely for his/her/their exclusive use. If you are not an addressee, you may have received this e-mail in error. If so, please reply immediately to the sender and delete this message. Any disclosure, copying, distribution or action taken in reliance on it is prohibited and may be unlawful. Any opinions expressed in this e-mail are those of the author and do not necessarily reflect the position of the United States Government.

In accordance with E.O. 12958, this email is: SENSITIVE BUT UNCLASSIFIED
KA

**Official - Privacy/PII**
**UNCLASSIFIED**

---

**From:** AskPPTAdjudication
**Sent:** Thursday, February 14, 2019 10:54 AM
**To:** Ask PPT Legal; AskPPTAdjudication
**Cc:** [redacted]
PreventionMatters
**Subject:** RE: Concurrence request: DS-11 minor denial

Greetings,

Thank you [redacted] Yes, we previously advised Post on this case and recommended that Post refer the mother to OCS/CI Prevention Matters for a possible C hold to prevent the father from trying to

circumvent 2PC in the future and vice versa since she originally brought the child to Japan. And suggested the public-facing page on IPCA for prevention matters: https://travel.state.gov/content/travel/en/International-Parental-Child-Abduction.html. However, Post said that she may be hesitant to reach out for this service due to limited English proficiency.

Best regards,
[redacted]

[redacted]
Program Analyst
U.S. Department of State
Bureau of Consular Affairs, Passport Services
Office of Adjudication- Policy Division
Office: [redacted]
BB: [redacted]
Email: [redacted]

Privacy/PII
This email is UNCLASSIFIED.

---

**From:** Ask PPT Legal
**Sent:** Thursday, February 14, 2019 8:40 AM
**To:** AskPPTAdjudication
**Cc:** [redacted]
**Subject:** FW: Concurrence request: DS-11 minor denial

Looping in my colleagues in PPT/A back in on this one, as we'll defer to them on the DS 5525 issue.

Forgive me if this was previously answered on another thread, but Tokyo, could you confirm the mother was advised she could enter the child into CPIAP?

Best,
[redacted]

**Official - Privacy/PII**
**UNCLASSIFIED**

---

**From:** [redacted]
**Sent:** Wednesday, February 13, 2019 1:01 AM
**To:** PreventionMatters; [redacted] Ask PPT Legal
**Cc:** [redacted]
**Subject:** FW: Concurrence request: DS-11 minor denial

For your awareness re: recent DS-11 application for minor child with possible custody dispute.

Thank you,

[redacted]

[redacted]
American Citizens Services
U.S. Embassy Tokyo | Tokyo, Japan
☎ - [redacted] | ✉ - [redacted]

**Official - Privacy/PII**
**UNCLASSIFIED**

---

**From:** [redacted]
**Sent:** Wednesday, February 13, 2019 2:53 PM
**To:** AskPPTAdjudication
**Cc:** Tokyo Consular ACS Officers DL; [redacted]
**Subject:** Concurrence request: DS-11 minor denial

Dear PPT colleagues,

Post requests concurrence in the denial of a DS-11 minor passport application executed by the father with a DS-5525. The father, J S, is well-known to the ACS unit here in Tokyo and has previously filed legal complaints against the Department for a variety of reasons, so we want to make sure that we check all the boxes before moving forward.

All of Mr. S's submitted documentation is attached to this email. The situation is as follows:

Mr. S came to Japan by himself to renew his spousal visa. He planned to be here for a month. His Japanese national wife and dual national child (M S, the applicant in this case) came to Japan from the United States without his knowledge during this time. Mr. S discovered their presence in Japan, and canceled his return flight to CONUS. He got a job in Japan and has remained here since.

At some point afterwards, apparently towards the end of December/beginning of January, Mr. S took physical custody of M. M has lived with him since then. Mr. S claims that he has had no contact with his mother, but also contradicts himself and indicates that the mother had stayed with them in his home as recently as last month. After Mr. S's interview on Friday, he stated that he and M were on the way to visit the mother in her hometown.

Mr. S claims that the mother has ceded custody to him, and provides an email purported to be from her to this effect. However, the mother has repeatedly called and emailed Post to tell us that

she does not consent to the issuance of a passport and does not/not want M[redacted] to leave Japan. She has possession of M[redacted]'s valid U.S. passport, as well as his Japanese passport.

Mr. S[redacted]'s DS-5525 indicates that he has tried to contact the mother over 200 times without success, but as mentioned this contradicts his statements to the officer about how frequently he has seen/spoken to the mother. He also indicated that the needs a U.S. passport issued in order to facilitate M[redacted]'s enrollment in school/in order to obtain medical care. In previous cases, post has determined that this is not necessarily true, and that other avenues exist. We find that the burden of proof for issuance under exigent/special family circumstances has not been met.

Based on the mother's express wishes against passport issuance, as well as a failure to meet the burden of proof for a DS-5525, we plan to deny the passport. Does PPT concur?

Please let me know if you have any questions or need any assistance.

Thanks!
[redacted]

[redacted]
Deputy Chief, ACS

**From:** [redacted]
**To:** AskPPTAdjudication; [redacted] Ask PPT Legal; Tokyo Consular ACS SCS DL
**Cc:** [redacted]
**Subject:** RE: Concurrence request: DS-11 minor denial
**Date:** Thursday, February 14, 2019 4:13:42 PM
**Attachments:** image001.jpg
image002.png
image001.jpg
image002.png

---

[redacted] and [redacted]

Thank you for your assistant and guidance with this sensitive case. We especially appreciate knowing that the process of enrolling a child in CPIAP can be done based on the expressed objection to issuance or non-consent to international travel by one of the parents.

[redacted]

---
Sent from Workspace ONE Boxer

On February 15, 2019 4:05:12 JST, AskPPTAdjudication <AskPPTAdjudication@state.gov> wrote:

> Thank you for the update, [redacted] It's also very helpful to know that it is possible for CI to enroll a child under similar circumstances where a parent contacts post and expresses concern/objections to issuance/travel.
>
> Post, please let us know if we can be of any additional assistance.
>
> Best regards,
>
> [redacted]
>
> [redacted]
>
> Program Analyst
>
> U.S. Department of State
>
> Bureau of Consular Affairs, Passport Services
>
> Office of Adjudication- Policy Division
>
> Office: [redacted]

BB: [redacted]

Email: [redacted]

Privacy/PII

This email is UNCLASSIFIED.

---

**From:** [redacted]
**Sent:** Thursday, February 14, 2019 1:37 PM
**To:** AskPPTAdjudication; Ask PPT Legal
**Cc:** [redacted]
**Subject:** RE: Concurrence request: DS-11 minor denial

After careful review, the mother contacted our office on 01/14/2019 to enroll the child into CPIAP.

Thank you,

[redacted]

**Official - Privacy/PII**

**UNCLASSIFIED**

---

**From:** PreventionMatters
**Sent:** Thursday, February 14, 2019 1:33 PM
**To:** AskPPTAdjudication; Ask PPT Legal
**Cc:** [redacted]
**Subject:** RE: Concurrence request: DS-11 minor denial

Hi all,

We can enroll the child into CPIAP on the mother's behalf based on her contacting Post, stating her objection to her son M having a valid PPT -in her possession, and not consenting to international travel.

Thank you,

[redacted]

**Prevention Branch**

---

Office of Children's Issues | Overseas Citizens Services

U.S. Department of State | [redacted]

☎: [redacted] | **Fax :** [redacted] ✉: PreventAbduction1@state.gov | Web: http://travel.state.gov/

DISCLAIMER: The contents of this e-mail are confidential to the addressee(s) and are intended solely for his/her/their exclusive use. If you are not an addressee, you may have received this e-mail in error. If so, please reply immediately to the sender and delete this message. Any disclosure, copying, distribution or action taken in reliance on it is prohibited and may be unlawful. Any opinions expressed in this e-mail are those of the author and do not necessarily reflect the position of the United States Government.

In accordance with E.O. 12958, this email is: SENSITIVE BUT UNCLASSIFIED

KA

**Official - Privacy/PII**

**UNCLASSIFIED**

---

**From:** AskPPTAdjudication
**Sent:** Thursday, February 14, 2019 10:54 AM
**To:** Ask PPT Legal; AskPPTAdjudication
**Cc:** [redacted] PreventionMatters
**Subject:** RE: Concurrence request: DS-11 minor denial

Greetings,

Thank you [redacted] Yes, we previously advised Post on this case and recommended that Post refer the mother to OCS/CI Prevention Matters for a possible C hold to prevent the father from trying to circumvent 2PC in the future and vice versa since she originally brought the child to Japan. And suggested the public-facing page on IPCA for prevention matters: https://travel.state.gov/content/travel/en/International-Parental-Child-Abduction.html. However, Post said that she may be hesitant to reach out for this service due to limited English proficiency.

Best regards,

[redacted]

[redacted]

Program Analyst

U.S. Department of State

Bureau of Consular Affairs, Passport Services

Office of Adjudication- Policy Division

Office: [redacted]

BB: [redacted]

Email: [redacted]

Privacy/PII

This email is UNCLASSIFIED.

---

**From:** Ask PPT Legal
**Sent:** Thursday, February 14, 2019 8:40 AM
**To:** AskPPTAdjudication
**Cc:** [redacted]
**Subject:** FW: Concurrence request: DS-11 minor denial

Looping in my colleagues in PPT/A back in on this one, as we'll defer to them on the DS 5525 issue.

Forgive me if this was previously answered on another thread, but Tokyo, could you confirm the mother was advised she could enter the child into CPIAP?

Best,

[redacted]

**Official - Privacy/PII**

**UNCLASSIFIED**

---

**From:** [redacted]
**Sent:** Wednesday, February 13, 2019 1:01 AM
**To:** PreventionMatters; [redacted] [redacted] [redacted] Ask PPT Legal
**Cc:** [redacted] [redacted]
**Subject:** FW: Concurrence request: DS-11 minor denial

For your awareness re: recent DS-11 application for minor child with possible custody dispute.

Thank you,

[redacted]

[redacted]

American Citizens Services

U.S. Embassy Tokyo | Tokyo, Japan

☎ - [redacted] | ✉ - [redacted]

**Official - Privacy/PII**

**UNCLASSIFIED**

---

**From:** [redacted]
**Sent:** Wednesday, February 13, 2019 2:53 PM
**To:** AskPPTAdjudication
**Cc:** Tokyo Consular ACS Officers DL; [redacted]
**Subject:** Concurrence request: DS-11 minor denial

Dear PPT colleagues,

Post requests concurrence in the denial of a DS-11 minor passport application executed by the father with a DS-5525. The father, J[redacted] S[redacted], is well-known to the ACS unit here in Tokyo and has previously filed legal complaints against the Department for a variety of reasons, so we want to make sure that we check all the boxes before moving forward.

All of Mr. S[redacted]'s submitted documentation is attached to this email. The situation is as follows:

Mr. S[redacted] came to Japan by himself to renew his spousal visa. He planned to be here for a month. His Japanese national wife and dual national child (M[redacted] S[redacted], the applicant in this case) came to Japan from the United States without his knowledge during this time. Mr. S[redacted] discovered their presence in Japan, and canceled his return flight to CONUS. He got a job in Japan and has remained here since.

At some point afterwards, apparently towards the end of December/beginning of January, Mr. S[redacted] took physical custody of M[redacted]. M[redacted] has lived with him since then. Mr. S[redacted] claims that he has had no contact with his mother, but also contradicts himself and indicates that the mother had stayed with them in his home as recently as last month. After Mr. S[redacted]'s interview on Friday, he stated that he and M[redacted] were on the way to visit the mother in her hometown.

Mr. S[redacted] claims that the mother has ceded custody to him, and provides an email purported to be from her to this effect. However, the mother has repeatedly called and emailed Post to tell us that she does not consent to the issuance of a passport and does not/not want M[redacted] to leave Japan. She has possession of M[redacted]'s valid U.S. passport, as well as his Japanese passport.

Mr. S[redacted]'s DS-5525 indicates that he has tried to contact the mother over 200 times without success, but as mentioned this contradicts his statements to the officer about how frequently he has seen/spoken to the mother. He also indicated that the needs a U.S. passport issued in order to facilitate M[redacted]'s enrollment in school/in order to obtain medical care. In previous cases, post has determined that this is not necessarily true, and that other avenues exist. We find that the burden of proof for issuance under exigent/special family circumstances has not been met.

Based on the mother's express wishes against passport issuance, as well as a failure to meet the burden of proof for a DS-5525, we plan to deny the passport. Does PPT concur?

Please let me know if you have any questions or need any assistance.

Thanks!
[redacted]

[redacted]

Deputy Chief, ACS

**From:** [redacted]
**To:** [redacted]
**Subject:** J S FOIA request complete, sent today
**Date:** Thursday, February 14, 2019 8:31:53 PM

---

Below is a link to the folder where all of the forwarded documents are saved.

[redacted] FOIA REQUESTS\P2017-12315 [S ] - [redacted]]

[redacted]
Vice Consul, American Citizen Services
Embassy of the United States of America | Tokyo, Japan
[redacted]

This email is UNCLASSIFIED.

**From:** [redacted]
**To:** [redacted]
**Subject:** RE: J S FOIA request complete, sent today
**Date:** Thursday, February 14, 2019 9:23:16 PM

---

Thanks so much for your work on this everyone. I know it took a lot of time and thinking to identify information and respond to the FOIA request. Regards, --[redacted]

**Official**
**UNCLASSIFIED**

---

**From:** [redacted]
**Sent:** Friday, February 15, 2019 10:32 AM
**To:** [redacted]
**Subject:** J S FOIA request complete, sent today

Below is a link to the folder where all of the forwarded documents are saved.

[redacted] FOIA REQUESTS\P2017-12315 [S ] - [redacted]

[redacted]
Vice Consul, American Citizen Services
Embassy of the United States of America | Tokyo, Japan
[redacted]

This email is UNCLASSIFIED.

**From:** ConsularTokyo
**To:** [redacted]
**Cc:** [redacted]
**Subject:** FW: Possible Welfare Check of US Child in Japan
**Date:** Thursday, February 14, 2019 10:50:31 PM
**Attachments:** S - Email of 1-29-17.pdf
S - Release Form.pdf
S - Email (2-14-19).pdf
**Importance:** High

---

[redacted] san, [redacted] san,

We received the following inquiry regarding Mr. J S. Please advise.

Thank you.

V/r,
[redacted]

**Official - Privacy/PII**
**UNCLASSIFIED**

---

**From:** Wooton, Jennifer (Schatz) [mailto:Jennifer_Wooton@schatz.senate.gov]
**Sent:** Friday, February 15, 2019 12:32 PM
**To:** ConsularTokyo
**Cc:** Wooton, Jennifer (Schatz)
**Subject:** Possible Welfare Check of US Child in Japan
**Importance:** High

Dear Sir or Madam:

We are forwarding information about a US citizen (J S) who is currently working in Japan. He is living with his 5 year old US citizen son (M S). He and his wife are separated.

Background. Mr. S and his Japanese National wife were recently living in Hawaii. While Mr. S was on a trip to Japan, his wife secretly took their 5 year old son to Japan without his permission. Mr. S was able to locate the child and has taken sole physical custody. Mr. S has applied for a replacement US passport for the son so that they can return to the US. My understanding is that the Consulate has declined to issue the passport (or perhaps it is under review).

Mr. S contacted Senator Brian Schatz's office, hoping that we could get the Consulate to expedite the passport's issuance. We have not submitted the inquiry yet as we were waiting on a signed privacy release form (PRF). We require that our PRF be manualy signed. Mr. S used an electronic image of his signature. We told him that this was not sufficient and he responded with misogynist profanity directed at me and general profanity at our office (see

attached email of 2-14-19).

This resulted in us doing so additional review of Mr. S 's past interactions with our office. We found another request for help from two years ago. He wanted help expediting his passport. But his request included a rambling story that he had been tortured by the Japanese government and made to crawl into court with a rope tied around his waist. He sounds delusional. I attached his email for your reference (email dated 1-29-17).

Given that rambling email and the extent of his profanity, we were wondering whether it is appropriate for Consulate staff to to conduct a welfare check on his son. I am not familiar when a welfare check is warranted and leave it up to your expertise. I've attached the privacy release form with Mr. S 's and his son's contact information. Because it is not manually signed, we are not asking for the disclosure of any priavte information about them.

Should you have any questions, please feel free to contact me at 808-523-2061 or via email at Jennifer_wooton@schatz.senate.gov. Thank you for your assistance.

Sincerely,
Jennifer Wooton
Director of Constituent Services

---

OFFICE OF SENATOR BRIAN SCHATZ
300 Ala Moana Blvd., Rm. 7-212 | Honolulu, HI 96850 |PH: 808-523-2061

From: "Stack Jones" <stack.jones@mail.com>
Date: 2/14/2019 7:46:57 PM
To: "casework@schatz.senate.gov" <casework@schatz.senate.gov>
Cc:
Subject: Fw: S[redacted] - Manual Signature

I don't have a printer.

You have wasted a lot of my time.

I only wish the worst for all of you CUNTS.

I WILL ENSURE THE MEDIA GRILLS YOU FUCKING ASSHOLES ON HOW YOU, AND THE COURTS, HANDLED A CHILD KIDNAPPING, YOU CAN BE ASSURED OF THAT.

Sent: Friday, February 15, 2019 at 3:32 AM
From: Office of U.S. Senator Brian Schatz (casework@schatz.senate.gov);
To: stack.jones@mail.com
Subject: S[redacted] - Manual Signature

Dear Mr. S[redacted]:
Thank you for providing your son's information.

We now need you to print the release form, manually sign the release form in ink , scan (or photograph) the form, and email it back to us.

We cannot accept an electronic image of your signature.

Should you have any questions please feel free to contact us at (808)523-2061 or casework@schatz.senate.gov.

Sincerely,

Jennifer Wooton
Director of Constituent Services

---

OFFICE OF U.S. SENATOR BRIAN SCHATZ
300 Ala Moana Blvd., Room 7-212 • Honolulu, HI 96850 • PH: (808)523-2061 • casework@schatz.senate.gov

| | |
|---|---|
| **From:** | Miyasato, Diane (Schatz) |
| **To:** | Wooton, Jennifer (Schatz) |
| **Subject:** | FW: Scheduling/Meeting Request |
| **Date:** | Monday, January 30, 2017 9:17:47 AM |

Hi Jenny –

Please see below.

**From:** website@schatz.senate.gov [mailto:website@schatz.senate.gov]
**Sent:** Sunday, January 29, 2017 11:16 AM
**To:** Miyasato, Diane (Schatz) <Diane_Miyasato@schatz.senate.gov>
**Subject:** Scheduling/Meeting Request

# New Scheduling Request

| | |
|---|---|
| **Full Name:** | Mr. J[redacted] S[redacted] |
| **Organization:** | N/A |
| **Mailing Address:** | [redacted] |
| **Home Phone:** | |
| **Cell Phone:** | 123-456-7890 |
| **Email:** | email@stackjones.com |
| **Location Requested:** | DC |
| **Preferred Dates:** | 11/22/33 - 22/33/44 |
| **Preferred Times:** | 12:00 AM - 2:00 AM |
| **Person Requested:** | Senator Schatz |
| **Topic(s) to be discussed** | Foreign Relations |
| **Number of People in Your Party:** | 3 |
| | My name is J[redacted] S[redacted], and I'm an American that resides in Japan. The following is a communication that was sent to Jason P. Hyland, U.S. Embassy in Tokyo. An emergency situation came up with my family in Florida, so I will be traveling to the U.S. Feb. 8th, 2017. I need to renew my passport prior to leaving as it expires in March of 2017. Due to this emergency I may not return before the passport expires. I need to renew ASAP. As previously |

communicated, I have initiated U.S. Federal Charges against Keisei Electric Railway Company, and Japanese officials in U.S. Federal Court under the Alien Tort Statute, and the Torture Victim's Prevention Act, based on being detained in Japan for petty assault, a crime Japanese official know I did not commit, and which video recordings prove this as fact, yet regardless I was detained for 109 days, tied and handcuffed to a chair daily, and tortured so extensively that it resulted in a broken right leg, kidney damage, neurological damage to both hands and wrists, severe frostbite which after three years has not healed, leaving permanent damage, and other irreparable harm. The Dept. of State and U.S. Embassy in Tokyo is entirely aware of these facts as Embassy consulate Thomas A. Duval smuggled in a camera to Chiba prison, taking photos of the conditions I was being detained is, which violate treaties with the U.S. and international law. Documents released under the FOIA show consulate Leslie Glass confronted one of the Japanese officials that torture me, and noted in an Embassy report that the official was drunk at the time of the confrontation. While detained, I was refused legal counsel for 38 days. No evidence that supported my claim that I was a victim of hate crime, and assaulted was preserved for evidence, including injuries sustained. On December 18th, the evening before trial at the Chiba District Court, the cast on my leg was violently removed, so the judge would not see be wheeled into the courtroom. Instead, I had to crawl, while a roped was tied around my waste, and the guard who broke my leg holding the rope. I was convicted of petty assault regardless and was the only person in the history of Japan to appeal a minor conviction all the way to Japan's Supreme Court. Two days before filing appeal statements, the attorney assigned to the case, who never met with me, quit, leaving me in a position to file an appeal for a time extension to submit my legal argument. The court denied me the right to have my statement translated into Japanese, and upheld the conviction, never looking at any of the evidence that was to be presented to them. Recently, these officials have been exposed as members of a secretive organization known as Nippon Kaigi, a racist group that wants all foreigners out of Japan, and the return of the Shinto Cult as a state sponsored religion. All of Abe's cabinet members are members of Nippon Kaigi or one of its offshoot. Upon entry to the U.S., I will be filing several documents regarding this matter, including an initial pleading, a motion for EFiling, and motions to compel the defendants to answer interrogatories, and the disclosure of all evidentiary that has been denied me, including video recordings which I have seen that show I assault no one, but was in fact assaulted by the parties that claimed I had assaulted them. Thereafter, these "victims" attempted to extort money from my employer and myself in their scheme to financially benefit from their crimes, which included hate speech and battery. Once I am at the Embassy to obtain my new passport I will need to meet with Hugues P. Ogier, Bernard C. Uadan, Thomas A. Duval, and Leslie Glass, as they are witnesses to this matter. Ogier personally authorized the deletion of relevant evidentiary material, the names of doctors that viewed the photographs taken by Thomas A. Duval, and the photographs themselves from Dept. of State servers, and computers. Ogier needs to respond as to why he destroyed government property which he was made aware was to be used as evidentiary material. Ogier has to explain how he managed to have those documents destroyed from government computers and government servers. All documents related

| | |
|---|---|
| **Name, Title, Organization, and City of Residence for Each Attendee** | to them matter was released under the FOIA, except the documents destroyed by Ogier. Regardless, those files were discussed in the documents obtained under the FOIA, including communication to Thomas A. Duval that those documents had in fact been destroyed. The destruction of government property is illegal, as well as rising to the level of obstruction of justice. How the U.S. Embassy in Tokyo handles this matter, which so far has been to not respond at all, which is entirely repugnant, depends on the action I take against the U.S. Embassy in Tokyo in the proceedings in U.S. Federal Court. In that, my beef is not with the U.S. Embassy, nor its staff in Tokyo, but with racist Japanese officials that hate the U.S., American citizens, and all non-Japanese which was made quite clear in their communications with me, while being detained. Further, although Japan's Immigration office in Yokohama has stated that there will be no issue upon returning to Japan, they communicated that very same information to Ric O'Barry's attorney. When Mr. O'Barry returned to Japan after being released from an illegal detention, Japanese officials detained the elderly man in an abusive manner at Narita airport, and thereafter, for 19 days, tied and handcuffed O'Barry to a chair, refused him medication, and resorted to the use of force while attempting to coerce Mr. O'Barry into signing false confession statements that he was a terrorist. If O'Barry had relented to the coercive measures, Japanese authorities would have charged him with terrorism, convicted him and sentenced him to years in a Japanese prison. At 76-years of age, that would have amounted to a life sentence. Upon discovering O'Barry had cancer, Japanese authorities immediately deported the man. I am familiar the tactics the Japanese officials engage in, as I was subjected to them for 109 days, and which resulted in numerous irreparable injuries and violations of human rights and human dignity. Terms that government officials, even in the U.S. toss around at their leisure not at all understanding the gravity of being subjected to such horrific conduct under the guise of official action. Upon returning to Japan, I will be serving numerous officials with notice. They will have 21 days to respond. As I have attempted to resolve this matter, even through mediation, all named defendants are entirely aware that these proceedings are to follow. I will be traveling with my 3-year-old son, and without my wife upon returning to Japan. If I am illegally detained and harassed by racists Japanese, they will be detaining my son as well. I will not permit this. I cannot permit myself to be detained, and taken to the same Daiyo Kangoku detention facility and be subjected to torture by the same police, guards, and prosecutors as I was subjected to previously. Prior to leaving Japan, I will email, and mail, via registered mail, a statement to several U.S. congressmen regarding this matter. Many have been contacted several times over the past three years, but have never once bothered to respond, as if U.S. citizens, including U.S. military soldiers who have had their children kidnapped, sanctioned by Japanese officials, in violation of The Hague matter not to them. Donald Trump has made it clear to the lazy, slothful officials that bitch and moan in Washington, and take care of their own, and do nothing for American citizens will not be tolerated any longer. This is notice that upon reentry to Japan, If I am detained, I will not cooperate with Japanese officials at all. If they attempt to take my son from me, or even touch my child, I will engage in any defensive measures available to me so as to protect my child from those hateful, racist monsters. My son, even |

before reaching the age of two, had already been subjected to enough disgusting and violent acts committed against him by these racist Japanese. I want to know why Japan floods America with their garbage gadgets, yet, no American product is sold in Japan. NONE! Japanese goods are so inferior that I have had to ship from the U.S. nearly everything I own, including my son's education material, toys, electrical appliances, and so on. There is little wonder as to how the U.S. has dilapidated to such a repulsive state. Nearly nothing manufactured in the U.S. is sold anywhere. But, you officials, you get your untaxed paycheck don't you? Japan has kidnapped many military soldier children. The Hague calls for sanctions. Why after all these years are none in place? Are you bastards too busy lapping up the backside of the trousers of the lobbyists? Grow a set! Finally, if there is anyone that works at the Embassy that had any semblance of intelligence, they may want to notify Japanese authorities that trying to intimidate me, and harassing me upon entry back into Japan with my child, who is both a U.S. and Japanese citizen, will result in an international story they won't be able to hide from the media. My wrists are still damaged from the injuries Japanese officials caused by unnecessarily using two pairs of Type II handcuffs, on both wrists as tight as possible, behind my back while trying to coerce me to sign false confession statements, and for not cooperating with their illegal, and criminal proceedings. My feet still show clear signs of the damage caused by keeping me in frozen cells without jacket and shoes while detained at both Narashino Detention Center, and Chiba Prison. Given these facts, which are well documented, I will not permit those third world barbaric savages that hate us, and which the U.S. allows to pretend are first world, to come near me or my son. In no way, will I allow these criminals that pose as officials to interfere with my father-child-family relationship, as they have with hundreds of military personnel. My suggestion to you officials in Washington is to watch the latest Scorsese film, Silence. You will immediately be able to see that despite Japan seemingly being modernized, the government still engages in the same crimes against humanity. I suggest reading Hiroshi Segi's book which exposes the corruption in Japan's courts, and which he has received numerous death threats for writing. I suggest reading Nippon Kaigi which has exposed Japanese officials hatred of American, its policies, Japan's constitution, and who desire to return the Shinto Cult to a state sponsored religion. I have presented several issues in this communication. I have asked to be brought to Washington to give a full statement as to the crimes U.S. citizens are subjected to when detained in Japan's gulags. I am demanding these issues addressed.

| | |
|---|---|
| **Day Of Meeting Contact Name** | J[redacted] S[redacted] |
| **Day Of Meeting Contact Phone** | 123-456-7890 |
| | 1.30.17. Japan Address: [redacted] Phone: [redacted] Email: email@stackjones.com U.S. Address: [redacted], |

[redacted] My name is J[redacted] S[redacted], and I'm an American that resides in Japan. The following is a communication that was sent to Jason P. Hyland, U.S. Embassy in Tokyo. An emergency situation came up with my family in Florida, so I will be traveling to the U.S. Feb. 8th, 2017. I need to renew my passport prior to leaving as it expires in March of 2017. Due to this emergency I may not return before the passport expires. I need to renew ASAP. As previously communicated, I have initiated U.S. Federal Charges against Keisei Electric Railway Company, and Japanese officials in U.S. Federal Court under the Alien Tort Statute, and the Torture Victim's Prevention Act, based on being detained in Japan for petty assault, a crime Japanese official know I did not commit, and which video recordings prove this as fact, yet regardless I was detained for 109 days, tied and handcuffed to a chair daily, and tortured so extensively that it resulted in a broken right leg, kidney damage, neurological damage to both hands and wrists, severe frostbite which after three years has not healed, leaving permanent damage, and other irreparable harm. The Dept. of State and U.S. Embassy in Tokyo is entirely aware of these facts as Embassy consulate Thomas A. Duval smuggled in a camera to Chiba prison, taking photos of the conditions I was being detained is, which violate treaties with the U.S. and international law. Documents released under the FOIA show consulate Leslie Glass confronted one of the Japanese officials that torture me, and noted in an Embassy report that the official was drunk at the time of the confrontation. While detained, I was refused legal counsel for 38 days. No evidence that supported my claim that I was a victim of hate crime, and assaulted was preserved for evidence, including injuries sustained. On December 18th, the evening before trial at the Chiba District Court, the cast on my leg was violently removed, so the judge would not see be wheeled into the courtroom. Instead, I had to crawl, while a roped was tied around my waste, and the guard who broke my leg holding the rope. I was convicted of petty assault regardless and was the only person in the history of Japan to appeal a minor conviction all the way to Japan's Supreme Court. Two days before filing appeal statements, the attorney assigned to the case, who never met with me, quit, leaving me in a position to file an appeal for a time extension to submit my legal argument. The court denied me the right to have my statement translated into Japanese, and upheld the conviction, never looking at any of the evidence that was to be presented to them. Recently, these officials have been exposed as members of a secretive organization known as Nippon Kaigi, a racist group that wants all foreigners out of Japan, and the return of the Shinto Cult as a state sponsored religion. All of Abe's cabinet members are members of Nippon Kaigi or one of its offshoot. Upon entry to the U.S., I will be filing several documents regarding this matter, including an initial pleading, a motion for EFiling, and motions to compel the defendants to answer interrogatories, and the disclosure of all evidentiary that has been denied me, including video recordings which I have seen that show I assault no one, but was in fact assaulted by the parties that claimed I had assaulted them. Thereafter, these "victims" attempted to extort money from my employer and myself in their scheme to financially benefit from their crimes, which included hate speech and battery. Once I am at the Embassy to obtain my new passport I will need to meet with Hugues P. Ogier, Bernard C. Uadan, Thomas A. Duval, and Leslie Glass, as they are witnesses to this

| | |
|---|---|
| | matter. Ogier personally authorized the deletion of relevant evidentiary material, the names of doctors that viewed the photographs taken by Thomas A. Duval, and the photographs themselves from Dept. of State servers, and computers. Ogier needs to respond as to why he destroyed government property which he was made aware was to be used as evidentiary material. Ogier has to explain how he managed to have those documents destroyed from government computers and government servers. All documents related to them matter was released under the FOIA, except the documents destroyed by Ogier. Regardless, those files were discussed in the documents obtained under the FOIA, including communication to Thomas A. Duval that those documents had in fact been destroyed. The destruction of government property is illegal, as well as rising to the level of obstruction of justice. How the U.S. Embassy in Tokyo handles this matter, which so far has been to not respond at all, which is entirely repugnant, depends on the action I take against the U.S. Embassy in Tokyo in the proceedings in U.S. Federal Court. In that, my beef is not with the U.S. Embassy, nor its staff in Tokyo, but with racist Japanese officials that hate the U.S., American citizens, and all non-Japanese which was made quite clear in their communications with me, while being detained. Further, although Japan's Immigration office in Yokohama has stated that there will be no issue upon returning to Japan, they communicated that very same information to Ric O'Barry's attorney. When Mr. O'Barry returned to Japan after being released from an illegal detention, Japanese officials detained the elderly man in an abusive manner at Narita airport, and thereafter, for 19 days, tied and handcuffed O'Barry to a chair, refused him medication, and resorted to the use of force while attempting to coerce Mr. O'Barry into signing false confession statements that he was a terrorist. If O'Barry had relented to the coercive measures, Japanese authorities would have charged him with terrorism, convicted him and sentenced him to years in a Japanese prison. At 76-years of age, that would have amounted to a life sentence. Upon discovering O'Barry had cancer, Japanese authorities immediately deported the man. I am familiar the tactics the Japanese officials engage in, as I was subjected to them for 109 days, and which resulted in numerous irreparable injuries and violations of human rights and human dignity. Terms that government officials, even in the U.S. toss around at their leisure not at all understanding the gravity of being subjected to such horrific conduct under the guise of official action. Upon returning to Japan, I will be serving numerous officials with notice. They will have 21 days to respond. As I have attempted to resolve this matter, even through mediation, all named defendants are entirely aware that these proceedings are to follow. I will be traveling with my 3-year-old son, and without my wife upon returning to Japan. If I am illegally detained and harassed by racists Japanese, they will be detaining my son as well. I will not permit this. I cannot permit myself to be detained, and taken to the same Daiyo Kangoku detention facility and be subjected to torture by the same police, guards, and prosecutors as I was subjected to previously. Prior to leaving Japan, I will email, and mail, via registered mail, a statement to several U.S. congressmen regarding this matter. Many have been contacted several times over the past three years, but have never once bothered to respond, as if U.S. citizens, including U.S. military soldiers who have had their children kidnapped, sanctioned by Japanese officials, in violation of The |
| **Additional Comments** | |

Hague matter not to them. Donald Trump has made it clear to the lazy, slothful officials that bitch and moan in Washington, and take care of their own, and do nothing for American citizens will not be tolerated any longer. This is notice that upon reentry to Japan, If I am detained, I will not cooperate with Japanese officials at all. If they attempt to take my son from me, or even touch my child, I will engage in any defensive measures available to me so as to protect my child from those hateful, racist monsters. My son, even before reaching the age of two, had already been subjected to enough disgusting and violent acts committed against him by these racist Japanese. I want to know why Japan floods America with their garbage gadgets, yet, no American product is sold in Japan. NONE! Japanese goods are so inferior that I have had to ship from the U.S. nearly everything I own, including my son's education material, toys, electrical appliances, and so on. There is little wonder as to how the U.S. has dilapidated to such a repulsive state. Nearly nothing manufactured in the U.S. is sold anywhere. But, you officials, you get your untaxed paycheck don't you? Japan has kidnapped many military soldier children. The Hague calls for sanctions. Why after all these years are none in place? Are you bastards too busy lapping up the backside of the trousers of the lobbyists? Grow a set! Finally, if there is anyone that works at the Embassy that had any semblance of intelligence, they may want to notify Japanese authorities that trying to intimidate me, and harassing me upon entry back into Japan with my child, who is both a U.S. and Japanese citizen, will result in an international story they won't be able to hide from the media. My wrists are still damaged from the injuries Japanese officials caused by unnecessarily using two pairs of Type II handcuffs, on both wrists as tight as possible, behind my back while trying to coerce me to sign false confession statements, and for not cooperating with their illegal, and criminal proceedings. My feet still show clear signs of the damage caused by keeping me in frozen cells without jacket and shoes while detained at both Narashino Detention Center, and Chiba Prison. Given these facts, which are well documented, I will not permit those third world barbaric savages that hate us, and which the U.S. allows to pretend are first world, to come near me or my son. In no way, will I allow these criminals that pose as officials to interfere with my father-child-family relationship, as they have with hundreds of military personnel. My suggestion to you officials in Washington is to watch the latest Scorsese film, Silence. You will immediately be able to see that despite Japan seemingly being modernized, the government still engages in the same crimes against humanity. I suggest reading Hiroshi Segi's book which exposes the corruption in Japan's courts, and which he has received numerous death threats for writing. I suggest reading Nippon Kaigi which has exposed Japanese officials hatred of American, its policies, Japan's constitution, and who desire to return the Shinto Cult to a state sponsored religion. I have presented several issues in this communication. I have asked to be brought to Washington to give a full statement as to the crimes U.S. citizens are subjected to when detained in Japan's gulags. I am demanding these issues addressed. All communications made to U.S. officials are easy to obtain through the FOIA. Unless, your hiding a private server in your bathroom as that criminal Hillary Clinton had. Silence is inaction, and inaction is not what is expected from those that benefit from sucking off of the taxpayer's tit. From here after, you officials cannot lay claim to not be

notified as to what pending actions that I may have to resort to in ensuring no one harms my child. A copy of this communication has been sent to my own server as proof that this notice was sent. s/ J[redacted] S[redacted] J[redacted] S[redacted]

**OFFICE OF U.S. SENATOR BRIAN SCHATZ**

300 Ala Moana Boulevard, Room 7-212 • Honolulu, Hawaii 96850
PH: (808)523-2061 • casework@schatz.senate.gov

**PRIVACY RELEASE FORM:** *Please complete, manually sign in ink, and return to the Office of Senator Brian Schatz via mail or email.*

**PERSON 1:** ☑ Petitioner ☐ Applicant ☐ Constituent

☑ Mr. ☐ Mrs. ☐ Ms. J[redacted] (First) ______ (Middle) S[redacted] (Last)

**Phone:** [redacted] **Email:** mail@stackjones.com

**STATUS:** ☑ US Citizen ☐ Permanent Resident ☐ Other (specify) ______

**Mailing Address:** [redacted] (TEMPORARY)

**Birth Date:** [redacted] **Birth Country:** [redacted] **Alien #:** ______ **Passport #:** 561286907

**PERSON 2:** ☒ Beneficiary ☐ Derivative ☐ Applicant

☐ Mr. ☐ Mrs. ☐ Ms. M[redacted] (First) [redacted] (Middle) S[redacted] (Last) ______ (Other Names)

**Phone:** ______ **Email:** ______

**STATUS:** ☒ US Citizen ☐ Permanent Resident ☐ Other (specify) ______

**Mailing Address:** ______

**Birth Date:** [redacted] **Birth Country:** [redacted] **Alien #:** ______ **Passport #:** 505805335

**Relationship to Petitioner:** ☐Spouse; ☐Adult Child; ☒Minor Child; ☐Parent; ☐Sibling; ☐Fiancé(e); ☐Employee; ☐Other: ______

**AGENCY INFORMATION:** *Please check all that apply.*

☐ Homeland Security; ☐ Customs & Border Protection; ☐ Citizenship & Immigration Services; ☐ Immigration & Customs Enforcement; ☑ Passport Office

☐ National Visa Center; ☑ State Department; ☑ Embassy/Consulate (specify): Tokyo ☐ Other (specify): ______

**CASE INFORMATION:** *Please fill in all relevant fields.*

**Form #:** ______ **Filing / Priority Date:** ______ **Receipt #:** ______

**Form #:** ______ **Filing / Priority Date:** ______ **Receipt #:** ______

**Visa Category:** ______ **Visa Case #:** ______ **Other Reference #:** ______

**Authorization:** *I hereby authorize U.S. Senator Brian Schatz and his staff ("Office") to make inquiries on my behalf. Pursuant to the Privacy Act I expressly give permission for the identified agencies to release information from my records to this Office, to the extent allowed under the law. Under penalty of perjury I certify the following: (1) I provided or authorized all of the information on this privacy release form; and (2) all information and documentation provided to this Office is complete, true, and correct.*

Person 1 - Signature: [redacted] Date: 01/30/2019

Person 2 - Signature: ______ Date: ______



(revised Oct 2018)

**OTHER REQUESTS FOR ASSISTANCE:** *Please indicate who else you have contacted to assist with your case. Check all that apply.*

- [x] Senator Mazie Hirono
- [ ] Congressman Ed Case
- [ ] Congresswoman Tulsi Gabbard
- [ ] Attorney (provide name): ______
- [x] Other (provide name & title): U.S. District Court of Hawaii, Sr. Judge Michael Seabright (808) 541-1300

**OPTIONAL - THIRD PARTY DESIGNATION:** *List any third party/parties (e.g. your attorney, family member, friend) that you give us permission to communicate with about your case. Manually sign below.*

**Name:** [redacted] **Phone:** [redacted]

**Relationship/Title:** Sister **Email:** [redacted]

**Name:** ______ **Phone:** ______

**Relationship/Title:** ______ **Email:** ______

**Third Party Authorization:** *I authorize the Office of Senator Brian Schatz ("Office") to receive and share information with the person(s) listed above. This third party authorization shall remain in effect until I send the Office a signed revocation notice.*

**Person 1 - Signature:** [redacted] **Date:** 01/30/2019

**Person 2 - Signature:** ______ **Date:** ______

(revised Oct 2018)

**From:** [redacted]
**To:** ConsularTokyo; [redacted]
**Cc:** [redacted]
**Subject:** RE: Possible Welfare Check of US Child in Japan
**Date:** Thursday, February 14, 2019 10:51:00 PM

---

Hi all,

This staffer just called me. No response is needed to this inquiry, the congressional office is happy.

Thanks!
[redacted]

**From:** ConsularTokyo
**Sent:** Friday, February 15, 2019 12:50 PM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** FW: Possible Welfare Check of US Child in Japan
**Importance:** High

[redacted] san, [redacted] san,

We received the following inquiry regarding Mr. J S . Please advise.

Thank you.

V/r,
[redacted]

**Official - Privacy/PII**
**UNCLASSIFIED**

**From:** Wooton, Jennifer (Schatz) [mailto:Jennifer_Wooton@schatz.senate.gov]
**Sent:** Friday, February 15, 2019 12:32 PM
**To:** ConsularTokyo
**Cc:** Wooton, Jennifer (Schatz)
**Subject:** Possible Welfare Check of US Child in Japan
**Importance:** High

Dear Sir or Madam:

We are forwarding information about a US citizen (J S ) who is currently working in Japan. He is living with his 5 year old US citizen son (M S ). He and his wife are separated.

Background. Mr. S and his Japanese National wife were recently living in Hawaii. While Mr. S was on a trip to Japan, his wife secretly took their 5 year old son to Japan without his permission. Mr. S was able to locate the child and has taken sole physical custody.

Mr. S[redacted] has applied for a replacement US passport for the son so that they can return to the US. My understanding is that the Consulate has declined to issue the passport (or perhaps it is under review).

Mr. S[redacted] contacted Senator Brian Schatz's office, hoping that we could get the Consulate to expedite the passport's issuance. We have not submitted the inquiry yet as we were waiting on a signed privacy release form (PRF). We require that our PRF be manualy signed. Mr. S[redacted] used an electronic image of his signature. We told him that this was not sufficient and he responded with misogynist profanity directed at me and general profanity at our office (see attached email of 2-14-19).

This resulted in us doing so additional review of Mr. S[redacted]'s past interactions with our office. We found another request for help from two years ago. He wanted help expediting his passport. But his request included a rambling story that he had been tortured by the Japanese government and made to crawl into court with a rope tied around his waist. He sounds delusional. I attached his email for your reference (email dated 1-29-17).

Given that rambling email and the extent of his profanity, we were wondering whether it is appropriate for Consulate staff to to conduct a welfare check on his son. I am not familiar when a welfare check is warranted and leave it up to your expertise. I've attached the privacy release form with Mr. S[redacted]'s and his son's contact information. Because it is not manually signed, we are not asking for the disclosure of any priavte information about them.

Should you have any questions, please feel free to contact me at 808-523-2061 or via email at Jennifer_wooton@schatz.senate.gov. Thank you for your assistance.

Sincerely,
Jennifer Wooton
Director of Constituent Services

---

OFFICE OF SENATOR BRIAN SCHATZ
300 Ala Moana Blvd., Rm. 7-212 | Honolulu, HI 96850 |PH: 808-523-2061

**From:** ConsularTokyo
**To:** [redacted]
**Cc:** [redacted]
**Subject:** RE: Possible Welfare Check of US Child in Japan
**Date:** Thursday, February 14, 2019 10:55:39 PM

---

[redacted] san,

Ok. Thank you for your prompt response.

V/r,
[redacted]

**Official**
**UNCLASSIFIED**

---

**From:** [redacted]
**Sent:** Friday, February 15, 2019 12:51 PM
**To:** ConsularTokyo; [redacted]
**Cc:** [redacted]
**Subject:** RE: Possible Welfare Check of US Child in Japan

Hi all,

This staffer just called me. No response is needed to this inquiry, the congressional office is happy.

Thanks!
[redacted]

---

**From:** ConsularTokyo
**Sent:** Friday, February 15, 2019 12:50 PM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** FW: Possible Welfare Check of US Child in Japan
**Importance:** High

[redacted] san, [redacted] san,

We received the following inquiry regarding Mr. J S . Please advise.

Thank you.

V/r,
[redacted]

**Official - Privacy/PII**
**UNCLASSIFIED**

---

**From:** Wooton, Jennifer (Schatz) [mailto:Jennifer_Wooton@schatz.senate.gov]
**Sent:** Friday, February 15, 2019 12:32 PM
**To:** ConsularTokyo
**Cc:** Wooton, Jennifer (Schatz)
**Subject:** Possible Welfare Check of US Child in Japan
**Importance:** High

Dear Sir or Madam:

We are forwarding information about a US citizen (J[redacted] S[redacted]) who is currently working in Japan. He is living with his 5 year old US citizen son (M[redacted] S[redacted]). He and his wife are separated.

Background. Mr. S[redacted] and his Japanese National wife were recently living in Hawaii. While Mr. S[redacted] was on a trip to Japan, his wife secretly took their 5 year old son to Japan without his permission. Mr. S[redacted] was able to locate the child and has taken sole physical custody. Mr. S[redacted] has applied for a replacement US passport for the son so that they can return to the US. My understanding is that the Consulate has declined to issue the passport (or perhaps it is under review).

Mr. S[redacted] contacted Senator Brian Schatz's office, hoping that we could get the Consulate to expedite the passport's issuance. We have not submitted the inquiry yet as we were waiting on a signed privacy release form (PRF). We require that our PRF be manualy signed. Mr. S[redacted] used an electronic image of his signature. We told him that this was not sufficient and he responded with misogynist profanity directed at me and general profanity at our office (see attached email of 2-14-19).

This resulted in us doing so additional review of Mr. S[redacted]'s past interactions with our office. We found another request for help from two years ago. He wanted help expediting his passport. But his request included a rambling story that he had been tortured by the Japanese government and made to crawl into court with a rope tied around his waist. He sounds delusional. I attached his email for your reference (email dated 1-29-17).

Given that rambling email and the extent of his profanity, we were wondering whether it is appropriate for Consulate staff to to conduct a welfare check on his son. I am not familiar when a welfare check is warranted and leave it up to your expertise. I've attached the privacy release form with Mr. S[redacted]'s and his son's contact information. Because it is not manually signed, we are not asking for the disclosure of any priavte information about them.

Should you have any questions, please feel free to contact me at 808-523-2061 or via email at Jennifer_wooton@schatz.senate.gov. Thank you for your assistance.

Sincerely,

Jennifer Wooton
Director of Constituent Services

OFFICE OF SENATOR BRIAN SCHATZ
300 Ala Moana Blvd., Rm. 7-212 | Honolulu, HI 96850 |PH: 808-523-2061

**From:** [redacted]
**To:** [redacted] (Sapporo); Sapporo, ACS; [redacted] (Sapporo)
**Cc:** [redacted] Tokyo Consular ACS SCS DL
**Subject:** FW: Possible Welfare Check of US Child in Japan
**Date:** Friday, February 15, 2019 12:27:51 AM
**Attachments:** S - Email of 1-29-17.pdf
S - Release Form.pdf
S - Email (2-14-19).pdf
**Importance:** High

---

[redacted] and [redacted] san,

My apologies for the seemingly endless stream of emails about this case, but we wanted to keep you aware as he's still currently residing within your consular district and could very easily come across your desk at any time.

There's no action for you at this time.

[redacted]

**From:** [redacted]
**Sent:** Friday, February 15, 2019 12:51 PM
**To:** ConsularTokyo; [redacted]
**Cc:** [redacted]
**Subject:** RE: Possible Welfare Check of US Child in Japan

Hi all,

This staffer just called me. No response is needed to this inquiry, the congressional office is happy.

Thanks!
[redacted]

**Official - Privacy/PII**
**UNCLASSIFIED**

**From:** ConsularTokyo
**Sent:** Friday, February 15, 2019 12:50 PM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** FW: Possible Welfare Check of US Child in Japan
**Importance:** High

[redacted] san, [redacted] san,

We received the following inquiry regarding Mr. J S . Please advise.

Thank you.

V/r,
[redacted]

**Official - Privacy/PII**
**UNCLASSIFIED**

**From:** Wooton, Jennifer (Schatz) [mailto:Jennifer_Wooton@schatz.senate.gov]
**Sent:** Friday, February 15, 2019 12:32 PM
**To:** ConsularTokyo
**Cc:** Wooton, Jennifer (Schatz)
**Subject:** Possible Welfare Check of US Child in Japan
**Importance:** High

Dear Sir or Madam:

We are forwarding information about a US citizen (J S ) who is currently working in Japan. He is living with his 5 year old US citizen son (M S ). He and his wife are separated.

Background. Mr. S and his Japanese National wife were recently living in Hawaii. While Mr. S was on a trip to Japan, his wife secretly took their 5 year old son to Japan without his permission. Mr. S was able to locate the child and has taken sole physical custody. Mr. S has applied for a replacement US passport for the son so that they can return to the US. My understanding is that the Consulate has declined to issue the passport (or perhaps it is under review).

Mr. S contacted Senator Brian Schatz's office, hoping that we could get the Consulate to expedite the passport's issuance. We have not submitted the inquiry yet as we were waiting on a signed privacy release form (PRF). We require that our PRF be manualy signed. Mr. S used an electronic image of his signature. We told him that this was not sufficient and he responded with misogynist profanity directed at me and general profanity at our office (see attached email of 2-14-19).

This resulted in us doing so additional review of Mr. S 's past interactions with our office. We found another request for help from two years ago. He wanted help expediting his passport. But his request included a rambling story that he had been tortured by the Japanese government and made to crawl into court with a rope tied around his waist. He sounds delusional. I attached his email for your reference (email dated 1-29-17).

Given that rambling email and the extent of his profanity, we were wondering whether it is appropriate for Consulate staff to to conduct a welfare check on his son. I am not familiar

when a welfare check is warranted and leave it up to your expertise. I've attached the privacy release form with Mr. S[redacted]'s and his son's contact information. Because it is not manually signed, we are not asking for the disclosure of any priavte information about them.

Should you have any questions, please feel free to contact me at 808-523-2061 or via email at Jennifer_wooton@schatz.senate.gov. Thank you for your assistance.

Sincerely,
Jennifer Wooton
Director of Constituent Services

---

OFFICE OF SENATOR BRIAN SCHATZ
300 Ala Moana Blvd., Rm. 7-212 | Honolulu, HI 96850 |PH: 808-523-2061

From: "Stack Jones" <stack.jones@mail.com>
Date: 2/14/2019 7:46:57 PM
To: "casework@schatz.senate.gov" <casework@schatz.senate.gov>
Cc:
Subject: Fw: S[redacted] - Manual Signature

I don't have a printer.

You have wasted a lot of my time.

I only wish the worst for all of you CUNTS.

I WILL ENSURE THE MEDIA GRILLS YOU FUCKING ASSHOLES ON HOW YOU, AND THE COURTS, HANDLED A CHILD KIDNAPPING, YOU CAN BE ASSURED OF THAT.

Sent: Friday, February 15, 2019 at 3:32 AM
From: Office of U.S. Senator Brian Schatz (casework@schatz.senate.gov);
To: stack.jones@mail.com
Subject: S[redacted] - Manual Signature

Dear Mr. S[redacted]:
Thank you for providing your son's information.

We now need you to print the release form, manually sign the release form in ink , scan (or photograph) the form, and email it back to us.

We cannot accept an electronic image of your signature.

Should you have any questions please feel free to contact us at (808)523-2061 or casework@schatz.senate.gov.

Sincerely,

Jennifer Wooton
Director of Constituent Services

OFFICE OF U.S. SENATOR BRIAN SCHATZ
300 Ala Moana Blvd., Room 7-212 • Honolulu, HI 96850 • PH: (808)523-2061 • casework@schatz.senate.gov

**From:** Miyasato, Diane (Schatz)
**To:** Wooton, Jennifer (Schatz)
**Subject:** FW: Scheduling/Meeting Request
**Date:** Monday, January 30, 2017 9:17:47 AM

---

Hi Jenny –

Please see below.

**From:** website@schatz.senate.gov [mailto:website@schatz.senate.gov]
**Sent:** Sunday, January 29, 2017 11:16 AM
**To:** Miyasato, Diane (Schatz) <Diane_Miyasato@schatz.senate.gov>
**Subject:** Scheduling/Meeting Request

# New Scheduling Request

| | |
|---|---|
| **Full Name:** | Mr. J S |
| **Organization:** | N/A |
| **Mailing Address:** | Chigasaki Japan, HI 33165 |
| **Home Phone:** | |
| **Cell Phone:** | 123-456-7890 |
| **Email:** | email@stackjones.com |
| **Location Requested:** | DC |
| **Preferred Dates:** | 11/22/33 - 22/33/44 |
| **Preferred Times:** | 12:00 AM - 2:00 AM |
| **Person Requested:** | Senator Schatz |
| **Topic(s) to be discussed** | Foreign Relations |
| **Number of People in Your Party:** | 3 |

My name is J S , and I'm an American that resides in Japan. The following is a communication that was sent to Jason P. Hyland, U.S. Embassy in Tokyo. An emergency situation came up with my family in Florida, so I will be traveling to the U.S. Feb. 8th, 2017. I need to renew my passport prior to leaving as it expires in March of 2017. Due to this emergency I may not return before the passport expires. I need to renew ASAP. As previously

communicated, I have initiated U.S. Federal Charges against Keisei Electric Railway Company, and Japanese officials in U.S. Federal Court under the Alien Tort Statute, and the Torture Victim's Prevention Act, based on being detained in Japan for petty assault, a crime Japanese official know I did not commit, and which video recordings prove this as fact, yet regardless I was detained for 109 days, tied and handcuffed to a chair daily, and tortured so extensively that it resulted in a broken right leg, kidney damage, neurological damage to both hands and wrists, severe frostbite which after three years has not healed, leaving permanent damage, and other irreparable harm. The Dept. of State and U.S. Embassy in Tokyo is entirely aware of these facts as Embassy consulate Thomas A. Duval smuggled in a camera to Chiba prison, taking photos of the conditions I was being detained is, which violate treaties with the U.S. and international law. Documents released under the FOIA show consulate Leslie Glass confronted one of the Japanese officials that torture me, and noted in an Embassy report that the official was drunk at the time of the confrontation. While detained, I was refused legal counsel for 38 days. No evidence that supported my claim that I was a victim of hate crime, and assaulted was preserved for evidence, including injuries sustained. On December 18th, the evening before trial at the Chiba District Court, the cast on my leg was violently removed, so the judge would not see be wheeled into the courtroom. Instead, I had to crawl, while a roped was tied around my waste, and the guard who broke my leg holding the rope. I was convicted of petty assault regardless and was the only person in the history of Japan to appeal a minor conviction all the way to Japan's Supreme Court. Two days before filing appeal statements, the attorney assigned to the case, who never met with me, quit, leaving me in a position to file an appeal for a time extension to submit my legal argument. The court denied me the right to have my statement translated into Japanese, and upheld the conviction, never looking at any of the evidence that was to be presented to them. Recently, these officials have been exposed as members of a secretive organization known as Nippon Kaigi, a racist group that wants all foreigners out of Japan, and the return of the Shinto Cult as a state sponsored religion. All of Abe's cabinet members are members of Nippon Kaigi or one of its offshoot. Upon entry to the U.S., I will be filing several documents regarding this matter, including an initial pleading, a motion for EFiling, and motions to compel the defendants to answer interrogatories, and the disclosure of all evidentiary that has been denied me, including video recordings which I have seen that show I assault no one, but was in fact assaulted by the parties that claimed I had assaulted them. Thereafter, these "victims" attempted to extort money from my employer and myself in their scheme to financially benefit from their crimes, which included hate speech and battery. Once I am at the Embassy to obtain my new passport I will need to meet with Hugues P. Ogier, Bernard C. Uadan, Thomas A. Duval, and Leslie Glass, as they are witnesses to this matter. Ogier personally authorized the deletion of relevant evidentiary material, the names of doctors that viewed the photographs taken by Thomas A. Duval, and the photographs themselves from Dept. of State servers, and computers. Ogier needs to respond as to why he destroyed government property which he was made aware was to be used as evidentiary material. Ogier has to explain how he managed to have those documents destroyed from government computers and government servers. All documents related

| | |
|---|---|
| **Name, Title, Organization, and City of Residence for Each Attendee** | to them matter was released under the FOIA, except the documents destroyed by Ogier. Regardless, those files were discussed in the documents obtained under the FOIA, including communication to Thomas A. Duval that those documents had in fact been destroyed. The destruction of government property is illegal, as well as rising to the level of obstruction of justice. How the U.S. Embassy in Tokyo handles this matter, which so far has been to not respond at all, which is entirely repugnant, depends on the action I take against the U.S. Embassy in Tokyo in the proceedings in U.S. Federal Court. In that, my beef is not with the U.S. Embassy, nor its staff in Tokyo, but with racist Japanese officials that hate the U.S., American citizens, and all non-Japanese which was made quite clear in their communications with me, while being detained. Further, although Japan's Immigration office in Yokohama has stated that there will be no issue upon returning to Japan, they communicated that very same information to Ric O'Barry's attorney. When Mr. O'Barry returned to Japan after being released from an illegal detention, Japanese officials detained the elderly man in an abusive manner at Narita airport, and thereafter, for 19 days, tied and handcuffed O'Barry to a chair, refused him medication, and resorted to the use of force while attempting to coerce Mr. O'Barry into signing false confession statements that he was a terrorist. If O'Barry had relented to the coercive measures, Japanese authorities would have charged him with terrorism, convicted him and sentenced him to years in a Japanese prison. At 76-years of age, that would have amounted to a life sentence. Upon discovering O'Barry had cancer, Japanese authorities immediately deported the man. I am familiar the tactics the Japanese officials engage in, as I was subjected to them for 109 days, and which resulted in numerous irreparable injuries and violations of human rights and human dignity. Terms that government officials, even in the U.S. toss around at their leisure not at all understanding the gravity of being subjected to such horrific conduct under the guise of official action. Upon returning to Japan, I will be serving numerous officials with notice. They will have 21 days to respond. As I have attempted to resolve this matter, even through mediation, all named defendants are entirely aware that these proceedings are to follow. I will be traveling with my 3-year-old son, and without my wife upon returning to Japan. If I am illegally detained and harassed by racists Japanese, they will be detaining my son as well. I will not permit this. I cannot permit myself to be detained, and taken to the same Daiyo Kangoku detention facility and be subjected to torture by the same police, guards, and prosecutors as I was subjected to previously. Prior to leaving Japan, I will email, and mail, via registered mail, a statement to several U.S. congressmen regarding this matter. Many have been contacted several times over the past three years, but have never once bothered to respond, as if U.S. citizens, including U.S. military soldiers who have had their children kidnapped, sanctioned by Japanese officials, in violation of The Hague matter not to them. Donald Trump has made it clear to the lazy, slothful officials that bitch and moan in Washington, and take care of their own, and do nothing for American citizens will not be tolerated any longer. This is notice that upon reentry to Japan, If I am detained, I will not cooperate with Japanese officials at all. If they attempt to take my son from me, or even touch my child, I will engage in any defensive measures available to me so as to protect my child from those hateful, racist monsters. My son, even |

before reaching the age of two, had already been subjected to enough disgusting and violent acts committed against him by these racist Japanese. I want to know why Japan floods America with their garbage gadgets, yet, no American product is sold in Japan. NONE! Japanese goods are so inferior that I have had to ship from the U.S. nearly everything I own, including my son's education material, toys, electrical appliances, and so on. There is little wonder as to how the U.S. has dilapidated to such a repulsive state. Nearly nothing manufactured in the U.S. is sold anywhere. But, you officials, you get your untaxed paycheck don't you? Japan has kidnapped many military soldier children. The Hague calls for sanctions. Why after all these years are none in place? Are you bastards too busy lapping up the backside of the trousers of the lobbyists? Grow a set! Finally, if there is anyone that works at the Embassy that had any semblance of intelligence, they may want to notify Japanese authorities that trying to intimidate me, and harassing me upon entry back into Japan with my child, who is both a U.S. and Japanese citizen, will result in an international story they won't be able to hide from the media. My wrists are still damaged from the injuries Japanese officials caused by unnecessarily using two pairs of Type II handcuffs, on both wrists as tight as possible, behind my back while trying to coerce me to sign false confession statements, and for not cooperating with their illegal, and criminal proceedings. My feet still show clear signs of the damage caused by keeping me in frozen cells without jacket and shoes while detained at both Narashino Detention Center, and Chiba Prison. Given these facts, which are well documented, I will not permit those third world barbaric savages that hate us, and which the U.S. allows to pretend are first world, to come near me or my son. In no way, will I allow these criminals that pose as officials to interfere with my father-child-family relationship, as they have with hundreds of military personnel. My suggestion to you officials in Washington is to watch the latest Scorsese film, Silence. You will immediately be able to see that despite Japan seemingly being modernized, the government still engages in the same crimes against humanity. I suggest reading Hiroshi Segi's book which exposes the corruption in Japan's courts, and which he has received numerous death threats for writing. I suggest reading Nippon Kaigi which has exposed Japanese officials hatred of American, its policies, Japan's constitution, and who desire to return the Shinto Cult to a state sponsored religion. I have presented several issues in this communication. I have asked to be brought to Washington to give a full statement as to the crimes U.S. citizens are subjected to when detained in Japan's gulags. I am demanding these issues addressed.

**Day Of Meeting Contact Name** J S

**Day Of Meeting Contact Phone** 123-456-7890

1.30.17. Japan Address: 8 Phone: Email: email@stackjones.com U.S. Address:

[redacted] Phone: [redacted] My name is J[redacted] S[redacted], and I'm an American that resides in Japan. The following is a communication that was sent to Jason P. Hyland, U.S. Embassy in Tokyo. An emergency situation came up with my family in Florida, so I will be traveling to the U.S. Feb. 8th, 2017. I need to renew my passport prior to leaving as it expires in March of 2017. Due to this emergency I may not return before the passport expires. I need to renew ASAP. As previously communicated, I have initiated U.S. Federal Charges against Keisei Electric Railway Company, and Japanese officials in U.S. Federal Court under the Alien Tort Statute, and the Torture Victim's Prevention Act, based on being detained in Japan for petty assault, a crime Japanese official know I did not commit, and which video recordings prove this as fact, yet regardless I was detained for 109 days, tied and handcuffed to a chair daily, and tortured so extensively that it resulted in a broken right leg, kidney damage, neurological damage to both hands and wrists, severe frostbite which after three years has not healed, leaving permanent damage, and other irreparable harm. The Dept. of State and U.S. Embassy in Tokyo is entirely aware of these facts as Embassy consulate Thomas A. Duval smuggled in a camera to Chiba prison, taking photos of the conditions I was being detained is, which violate treaties with the U.S. and international law. Documents released under the FOIA show consulate Leslie Glass confronted one of the Japanese officials that torture me, and noted in an Embassy report that the official was drunk at the time of the confrontation. While detained, I was refused legal counsel for 38 days. No evidence that supported my claim that I was a victim of hate crime, and assaulted was preserved for evidence, including injuries sustained. On December 18th, the evening before trial at the Chiba District Court, the cast on my leg was violently removed, so the judge would not see be wheeled into the courtroom. Instead, I had to crawl, while a roped was tied around my waste, and the guard who broke my leg holding the rope. I was convicted of petty assault regardless and was the only person in the history of Japan to appeal a minor conviction all the way to Japan's Supreme Court. Two days before filing appeal statements, the attorney assigned to the case, who never met with me, quit, leaving me in a position to file an appeal for a time extension to submit my legal argument. The court denied me the right to have my statement translated into Japanese, and upheld the conviction, never looking at any of the evidence that was to be presented to them. Recently, these officials have been exposed as members of a secretive organization known as Nippon Kaigi, a racist group that wants all foreigners out of Japan, and the return of the Shinto Cult as a state sponsored religion. All of Abe's cabinet members are members of Nippon Kaigi or one of its offshoot. Upon entry to the U.S., I will be filing several documents regarding this matter, including an initial pleading, a motion for EFiling, and motions to compel the defendants to answer interrogatories, and the disclosure of all evidentiary that has been denied me, including video recordings which I have seen that show I assault no one, but was in fact assaulted by the parties that claimed I had assaulted them. Thereafter, these "victims" attempted to extort money from my employer and myself in their scheme to financially benefit from their crimes, which included hate speech and battery. Once I am at the Embassy to obtain my new passport I will need to meet with Hugues P. Ogier, Bernard C. Uadan, Thomas A. Duval, and Leslie Glass, as they are witnesses to this

**Additional Comments**

matter. Ogier personally authorized the deletion of relevant evidentiary material, the names of doctors that viewed the photographs taken by Thomas A. Duval, and the photographs themselves from Dept. of State servers, and computers. Ogier needs to respond as to why he destroyed government property which he was made aware was to be used as evidentiary material. Ogier has to explain how he managed to have those documents destroyed from government computers and government servers. All documents related to them matter was released under the FOIA, except the documents destroyed by Ogier. Regardless, those files were discussed in the documents obtained under the FOIA, including communication to Thomas A. Duval that those documents had in fact been destroyed. The destruction of government property is illegal, as well as rising to the level of obstruction of justice. How the U.S. Embassy in Tokyo handles this matter, which so far has been to not respond at all, which is entirely repugnant, depends on the action I take against the U.S. Embassy in Tokyo in the proceedings in U.S. Federal Court. In that, my beef is not with the U.S. Embassy, nor its staff in Tokyo, but with racist Japanese officials that hate the U.S., American citizens, and all non-Japanese which was made quite clear in their communications with me, while being detained. Further, although Japan's Immigration office in Yokohama has stated that there will be no issue upon returning to Japan, they communicated that very same information to Ric O'Barry's attorney. When Mr. O'Barry returned to Japan after being released from an illegal detention, Japanese officials detained the elderly man in an abusive manner at Narita airport, and thereafter, for 19 days, tied and handcuffed O'Barry to a chair, refused him medication, and resorted to the use of force while attempting to coerce Mr. O'Barry into signing false confession statements that he was a terrorist. If O'Barry had relented to the coercive measures, Japanese authorities would have charged him with terrorism, convicted him and sentenced him to years in a Japanese prison. At 76-years of age, that would have amounted to a life sentence. Upon discovering O'Barry had cancer, Japanese authorities immediately deported the man. I am familiar the tactics the Japanese officials engage in, as I was subjected to them for 109 days, and which resulted in numerous irreparable injuries and violations of human rights and human dignity. Terms that government officials, even in the U.S. toss around at their leisure not at all understanding the gravity of being subjected to such horrific conduct under the guise of official action. Upon returning to Japan, I will be serving numerous officials with notice. They will have 21 days to respond. As I have attempted to resolve this matter, even through mediation, all named defendants are entirely aware that these proceedings are to follow. I will be traveling with my 3-year-old son, and without my wife upon returning to Japan. If I am illegally detained and harassed by racists Japanese, they will be detaining my son as well. I will not permit this. I cannot permit myself to be detained, and taken to the same Daiyo Kangoku detention facility and be subjected to torture by the same police, guards, and prosecutors as I was subjected to previously. Prior to leaving Japan, I will email, and mail, via registered mail, a statement to several U.S. congressmen regarding this matter. Many have been contacted several times over the past three years, but have never once bothered to respond, as if U.S. citizens, including U.S. military soldiers who have had their children kidnapped, sanctioned by Japanese officials, in violation of The

Hague matter not to them. Donald Trump has made it clear to the lazy, slothful officials that bitch and moan in Washington, and take care of their own, and do nothing for American citizens will not be tolerated any longer. This is notice that upon reentry to Japan, If I am detained, I will not cooperate with Japanese officials at all. If they attempt to take my son from me, or even touch my child, I will engage in any defensive measures available to me so as to protect my child from those hateful, racist monsters. My son, even before reaching the age of two, had already been subjected to enough disgusting and violent acts committed against him by these racist Japanese. I want to know why Japan floods America with their garbage gadgets, yet, no American product is sold in Japan. NONE! Japanese goods are so inferior that I have had to ship from the U.S. nearly everything I own, including my son's education material, toys, electrical appliances, and so on. There is little wonder as to how the U.S. has dilapidated to such a repulsive state. Nearly nothing manufactured in the U.S. is sold anywhere. But, you officials, you get your untaxed paycheck don't you? Japan has kidnapped many military soldier children. The Hague calls for sanctions. Why after all these years are none in place? Are you bastards too busy lapping up the backside of the trousers of the lobbyists? Grow a set! Finally, if there is anyone that works at the Embassy that had any semblance of intelligence, they may want to notify Japanese authorities that trying to intimidate me, and harassing me upon entry back into Japan with my child, who is both a U.S. and Japanese citizen, will result in an international story they won't be able to hide from the media. My wrists are still damaged from the injuries Japanese officials caused by unnecessarily using two pairs of Type II handcuffs, on both wrists as tight as possible, behind my back while trying to coerce me to sign false confession statements, and for not cooperating with their illegal, and criminal proceedings. My feet still show clear signs of the damage caused by keeping me in frozen cells without jacket and shoes while detained at both Narashino Detention Center, and Chiba Prison. Given these facts, which are well documented, I will not permit those third world barbaric savages that hate us, and which the U.S. allows to pretend are first world, to come near me or my son. In no way, will I allow these criminals that pose as officials to interfere with my father-child-family relationship, as they have with hundreds of military personnel. My suggestion to you officials in Washington is to watch the latest Scorsese film, Silence. You will immediately be able to see that despite Japan seemingly being modernized, the government still engages in the same crimes against humanity. I suggest reading Hiroshi Segi's book which exposes the corruption in Japan's courts, and which he has received numerous death threats for writing. I suggest reading Nippon Kaigi which has exposed Japanese officials hatred of American, its policies, Japan's constitution, and who desire to return the Shinto Cult to a state sponsored religion. I have presented several issues in this communication. I have asked to be brought to Washington to give a full statement as to the crimes U.S. citizens are subjected to when detained in Japan's gulags. I am demanding these issues addressed. All communications made to U.S. officials are easy to obtain through the FOIA. Unless, your hiding a private server in your bathroom as that criminal Hillary Clinton had. Silence is inaction, and inaction is not what is expected from those that benefit from sucking off of the taxpayer's tit. From here after, you officials cannot lay claim to not be

notified as to what pending actions that I may have to resort to in ensuring no one harms my child. A copy of this communication has been sent to my own server as proof that this notice was sent. s/ J[redacted] S[redacted] J[redacted] S[redacted]

**OFFICE OF U.S. SENATOR BRIAN SCHATZ**

300 Ala Moana Boulevard, Room 7-212 • Honolulu, Hawaii 96850
PH: (808)523-2061 • casework@schatz.senate.gov

**PRIVACY RELEASE FORM:** *Please complete, manually sign in ink, and return to the Office of Senator Brian Schatz via mail or email.*

**PERSON 1:**
☑ Petitioner
☐ Applicant
☐ Constituent

☑ Mr. ☐ Mrs. ☐ Ms.

J[redacted] (First) ___ (Middle) S[redacted] (Last)

**Phone:** [redacted] **Email:** mail@stackjones.com

**STATUS:**
☑ US Citizen
☐ Permanent Resident
☐ Other (specify) ______

**Mailing Address:** [redacted] (TEMPORARY)

**Birth Date:** [redacted] **Birth Country:** [redacted] **Alien #:** ______ **Passport #:** 561286907

**PERSON 2:**
☑ Beneficiary
☐ Derivative
☐ Applicant

☐ Mr. ☐ Mrs. ☐ Ms.

M[redacted] (First) [redacted] (Middle) S[redacted] (Last) ___ (Other Names)

**Phone:** ______ **Email:** ______

**STATUS:**
☑ US Citizen
☐ Permanent Resident
☐ Other (specify) ______

**Mailing Address:** ______

**Birth Date:** [redacted] **Birth Country:** [redacted] **Alien #:** ______ **Passport #:** 505805335

**Relationship to Petitioner:** ☐Spouse; ☐Adult Child; ☒Minor Child; ☐Parent; ☐Sibling; ☐Fiancé(e); ☐Employee; ☐Other: ______

**AGENCY INFORMATION:** *Please check all that apply.*

☐ Homeland Security; ☐ Customs & Border Protection; ☐ Citizenship & Immigration Services; ☐ Immigration & Customs Enforcement; ☑ Passport Office

☐ National Visa Center; ☑ State Department; ☑ Embassy/Consulate (specify): Tokyo ☐ Other (specify): ______

**CASE INFORMATION:** *Please fill in all relevant fields.*

**Form #:** ______ **Filing / Priority Date:** ______ **Receipt #:** ______

**Form #:** ______ **Filing / Priority Date:** ______ **Receipt #:** ______

**Visa Category:** ______ **Visa Case #:** ______ **Other Reference #:** ______

**Authorization:** *I hereby authorize U.S. Senator Brian Schatz and his staff ("Office") to make inquiries on my behalf. Pursuant to the Privacy Act I expressly give permission for the identified agencies to release information from my records to this Office, to the extent allowed under the law. Under penalty of perjury I certify the following: (1) I provided or authorized all of the information on this privacy release form; and (2) all information and documentation provided to this Office is complete, true, and correct.*

Person 1 - Signature: [redacted] Date: 01/30/2019

Person 2 - Signature: ______ Date: ______



(revised Oct 2018)

**OTHER REQUESTS FOR ASSISTANCE:** *Please indicate who else you have contacted to assist with your case. Check all that apply.*

☑ Senator Mazie Hirono

☐ Congressman Ed Case

☐ Congresswoman Tulsi Gabbard

☐ Attorney (provide name): ______

☑ Other (provide name & title): U.S. District Court of Hawaii, Sr. Judge Michael Seabright (808) 541-1300

**OPTIONAL - THIRD PARTY DESIGNATION:** *List any third party/parties (e.g. your attorney, family member, friend) that you give us permission to communicate with about your case. Manually sign below.*

**Name:** [redacted] **Phone:** [redacted]

**Relationship/Title:** Sister **Email:** [redacted]

**Name:** ______ **Phone:** ______

**Relationship/Title:** ______ **Email:** ______

**Third Party Authorization:** *I authorize the Office of Senator Brian Schatz ("Office") to receive and share information with the person(s) listed above. This third party authorization shall remain in effect until I send the Office a signed revocation notice.*

**Person 1 - Signature:** [redacted] **Date:** 01/30/2019

**Person 2 - Signature:** ______ **Date:** ______

(revised Oct 2018)

**From:** [redacted] (Sapporo)
**To:** [redacted]
**Cc:** [redacted] (Sapporo)
**Subject:** RE: Possible Welfare Check of US Child in Japan
**Date:** Friday, February 15, 2019 1:29:50 AM

---

Thanks for keeping us in the loop, [redacted]

So by no action, I am understanding that no welfare check is needed at this time. Let us know if we get to a point where we need one.

Could you remind us where he is residing?

Thank you!

[redacted]

[redacted]
Consul, Economic & Management Officer
Consulate General of the United States of America, Sapporo
Kita 1-jo Nishi 28-chome | Chuo-ku | Sapporo | Japan 064-0821
Office: [redacted] | Email: [redacted]

**Official - Privacy/PII**
**UNCLASSIFIED**

---

**From:** [redacted]
**Sent:** Friday, February 15, 2019 2:28 PM
**To:** [redacted] (Sapporo); Sapporo, ACS; [redacted] (Sapporo)
**Cc:** [redacted] Tokyo Consular ACS SCS DL
**Subject:** FW: Possible Welfare Check of US Child in Japan
**Importance:** High

[redacted] and [redacted] san,

My apologies for the seemingly endless stream of emails about this case, but we wanted to keep you aware as he's still currently residing within your consular district and could very easily come across your desk at any time.

There's no action for you at this time.

[redacted]

**From:** [redacted]
**Sent:** Friday, February 15, 2019 12:51 PM
**To:** ConsularTokyo; [redacted]

**Cc:** [redacted]
**Subject:** RE: Possible Welfare Check of US Child in Japan

Hi all,

This staffer just called me. No response is needed to this inquiry, the congressional office is happy.

Thanks!
[redacted]

**Official - Privacy/PII**
**UNCLASSIFIED**

---

**From:** ConsularTokyo
**Sent:** Friday, February 15, 2019 12:50 PM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** FW: Possible Welfare Check of US Child in Japan
**Importance:** High

[redacted] san, [redacted] san,

We received the following inquiry regarding Mr. J S . Please advise.

Thank you.

V/r,
[redacted]

**Official - Privacy/PII**
**UNCLASSIFIED**

---

**From:** Wooton, Jennifer (Schatz) [mailto:Jennifer_Wooton@schatz.senate.gov]
**Sent:** Friday, February 15, 2019 12:32 PM
**To:** ConsularTokyo
**Cc:** Wooton, Jennifer (Schatz)
**Subject:** Possible Welfare Check of US Child in Japan
**Importance:** High

Dear Sir or Madam:

We are forwarding information about a US citizen (J S ) who is currently working in Japan. He is living with his 5 year old US citizen son (M S ). He and his wife are separated.

Background. Mr. S and his Japanese National wife were recently living in Hawaii. While Mr. S was on a trip to Japan, his wife secretly took their 5 year old son to Japan without

his permission. Mr. S was able to locate the child and has taken sole physical custody. Mr. S has applied for a replacement US passport for the son so that they can return to the US. My understanding is that the Consulate has declined to issue the passport (or perhaps it is under review).

Mr. S contacted Senator Brian Schatz's office, hoping that we could get the Consulate to expedite the passport's issuance. We have not submitted the inquiry yet as we were waiting on a signed privacy release form (PRF). We require that our PRF be manualy signed. Mr. S used an electronic image of his signature. We told him that this was not sufficient and he responded with misogynist profanity directed at me and general profanity at our office (see attached email of 2-14-19).

This resulted in us doing so additional review of Mr. S's past interactions with our office. We found another request for help from two years ago. He wanted help expediting his passport. But his request included a rambling story that he had been tortured by the Japanese government and made to crawl into court with a rope tied around his waist. He sounds delusional. I attached his email for your reference (email dated 1-29-17).

Given that rambling email and the extent of his profanity, we were wondering whether it is appropriate for Consulate staff to to conduct a welfare check on his son. I am not familiar when a welfare check is warranted and leave it up to your expertise. I've attached the privacy release form with Mr. S's and his son's contact information. Because it is not manually signed, we are not asking for the disclosure of any priavte information about them.

Should you have any questions, please feel free to contact me at 808-523-2061 or via email at Jennifer_wooton@schatz.senate.gov. Thank you for your assistance.

Sincerely,
Jennifer Wooton
Director of Constituent Services

---

OFFICE OF SENATOR BRIAN SCHATZ
300 Ala Moana Blvd., Rm. 7-212 | Honolulu, HI 96850 |PH: 808-523-2061

**From:** [redacted]
**To:** [redacted] (Sapporo); [redacted]
**Cc:** [redacted] (Sapporo)
**Subject:** RE: Possible Welfare Check of US Child in Japan
**Date:** Friday, February 15, 2019 1:36:00 AM

---

Hi [redacted]

No welfare check is needed at this time. The child was actually just down here last week and appeared fine. I'm getting ready to send Mr. S notice that we denied his DS-3053 and that we still need two parent consent. You may hear from him at some point.

Thanks!

[redacted]

---

**From:** [redacted] (Sapporo)
**Sent:** Friday, February 15, 2019 3:30 PM
**To:** [redacted]
**Cc:** [redacted] (Sapporo)
**Subject:** RE: Possible Welfare Check of US Child in Japan

Thanks for keeping us in the loop, [redacted]

So by no action, I am understanding that no welfare check is needed at this time.
Let us know if we get to a point where we need one.

Could you remind us where he is residing?

Thank you!

-[redacted]

[redacted]
Consul, Economic & Management Officer
Consulate General of the United States of America, Sapporo
Kita 1-jo Nishi 28-chome | Chuo-ku | Sapporo | Japan 064-0821
Office: [redacted] | Email: [redacted]

**Official - Privacy/PII**
**UNCLASSIFIED**

---

**From:** [redacted]
**Sent:** Friday, February 15, 2019 2:28 PM
**To:** [redacted] (Sapporo); Sapporo, ACS; [redacted] (Sapporo)
**Cc:** [redacted] Tokyo Consular ACS SCS DL
**Subject:** FW: Possible Welfare Check of US Child in Japan
**Importance:** High

[redacted] and [redacted] san,

My apologies for the seemingly endless stream of emails about this case, but we wanted to keep you aware as he's still currently residing within your consular district and could very easily come across your desk at any time.

There's no action for you at this time.

[redacted]

**From:** [redacted]
**Sent:** Friday, February 15, 2019 12:51 PM
**To:** ConsularTokyo; [redacted]
**Cc:** [redacted]
**Subject:** RE: Possible Welfare Check of US Child in Japan

Hi all,

This staffer just called me. No response is needed to this inquiry, the congressional office is happy.

Thanks!
[redacted]

**Official - Privacy/PII**
**UNCLASSIFIED**

---

**From:** ConsularTokyo
**Sent:** Friday, February 15, 2019 12:50 PM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** FW: Possible Welfare Check of US Child in Japan
**Importance:** High

[redacted] san, [redacted] san,

We received the following inquiry regarding Mr. J S. Please advise.

Thank you.

V/r,
[redacted]

**Official - Privacy/PII**
**UNCLASSIFIED**

---

**From:** Wooton, Jennifer (Schatz) [mailto:Jennifer_Wooton@schatz.senate.gov]
**Sent:** Friday, February 15, 2019 12:32 PM
**To:** ConsularTokyo
**Cc:** Wooton, Jennifer (Schatz)
**Subject:** Possible Welfare Check of US Child in Japan
**Importance:** High

Dear Sir or Madam:

We are forwarding information about a US citizen (J[redacted] S[redacted]) who is currently working in Japan. He is living with his 5 year old US citizen son (M[redacted] S[redacted]). He and his wife are separated.

Background. Mr. S[redacted] and his Japanese National wife were recently living in Hawaii. While Mr. S[redacted] was on a trip to Japan, his wife secretly took their 5 year old son to Japan without his permission. Mr. S[redacted] was able to locate the child and has taken sole physical custody. Mr. S[redacted] has applied for a replacement US passport for the son so that they can return to the US. My understanding is that the Consulate has declined to issue the passport (or perhaps it is under review).

Mr. S[redacted] contacted Senator Brian Schatz's office, hoping that we could get the Consulate to expedite the passport's issuance. We have not submitted the inquiry yet as we were waiting on a signed privacy release form (PRF). We require that our PRF be manualy signed. Mr. S[redacted] used an electronic image of his signature. We told him that this was not sufficient and he responded with misogynist profanity directed at me and general profanity at our office (see attached email of 2-14-19).

This resulted in us doing so additional review of Mr. S[redacted]'s past interactions with our office. We found another request for help from two years ago. He wanted help expediting his passport. But his request included a rambling story that he had been tortured by the Japanese government and made to crawl into court with a rope tied around his waist. He sounds delusional. I attached his email for your reference (email dated 1-29-17).

Given that rambling email and the extent of his profanity, we were wondering whether it is appropriate for Consulate staff to to conduct a welfare check on his son. I am not familiar when a welfare check is warranted and leave it up to your expertise. I've attached the privacy release form with Mr. S[redacted]'s and his son's contact information. Because it is not manually signed, we are not asking for the disclosure of any priavte information about them.

Should you have any questions, please feel free to contact me at 808-523-2061 or via email at Jennifer_wooton@schatz.senate.gov. Thank you for your assistance.

Sincerely,

Jennifer Wooton
Director of Constituent Services

---

OFFICE OF SENATOR BRIAN SCHATZ
300 Ala Moana Blvd., Rm. 7-212 | Honolulu, HI 96850 |PH: 808-523-2061

**From:** [redacted]
**To:** [redacted] (Sapporo)
**Cc:** [redacted] (Sapporo)
**Subject:** RE: Possible Welfare Check of US Child in Japan
**Date:** Friday, February 15, 2019 1:38:58 AM

When we spoke to him before, he claimed to be living in Sendai. We'll keep you updated if/when things come up.

[redacted]

**Official - Privacy/PII**
**UNCLASSIFIED**

---

**From:** [redacted] (Sapporo)
**Sent:** Friday, February 15, 2019 3:30 PM
**To:** [redacted]
**Cc:** [redacted] (Sapporo)
**Subject:** RE: Possible Welfare Check of US Child in Japan

Thanks for keeping us in the loop, [redacted]

So by no action, I am understanding that no welfare check is needed at this time. Let us know if we get to a point where we need one.

Could you remind us where he is residing?

Thank you!

[redacted]

[redacted]
Consul, Economic & Management Officer
Consulate General of the United States of America, Sapporo
Kita 1-jo Nishi 28-chome | Chuo-ku | Sapporo | Japan 064-0821
Office: [redacted] | Email: [redacted]

**Official - Privacy/PII**
**UNCLASSIFIED**

---

**From:** [redacted]
**Sent:** Friday, February 15, 2019 2:28 PM
**To:** [redacted] (Sapporo); Sapporo, ACS; [redacted] (Sapporo)
**Cc:** [redacted] Tokyo Consular ACS SCS DL
**Subject:** FW: Possible Welfare Check of US Child in Japan
**Importance:** High

[redacted] and [redacted] san,

My apologies for the seemingly endless stream of emails about this case, but we wanted to keep you aware as he's still currently residing within your consular district and could very easily come across your desk at any time.

There's no action for you at this time.

[redacted]

**From:** [redacted]
**Sent:** Friday, February 15, 2019 12:51 PM
**To:** ConsularTokyo; [redacted]
**Cc:** [redacted]
**Subject:** RE: Possible Welfare Check of US Child in Japan

Hi all,

This staffer just called me. No response is needed to this inquiry, the congressional office is happy.

Thanks!
[redacted]

**Official - Privacy/PII**
**UNCLASSIFIED**

---

**From:** ConsularTokyo
**Sent:** Friday, February 15, 2019 12:50 PM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** FW: Possible Welfare Check of US Child in Japan
**Importance:** High

[redacted] san, [redacted] san,

We received the following inquiry regarding Mr. J S. Please advise.

Thank you.

V/r,
[redacted]

**Official - Privacy/PII**
**UNCLASSIFIED**

**From:** Wooton, Jennifer (Schatz) [mailto:Jennifer_Wooton@schatz.senate.gov]
**Sent:** Friday, February 15, 2019 12:32 PM
**To:** ConsularTokyo
**Cc:** Wooton, Jennifer (Schatz)
**Subject:** Possible Welfare Check of US Child in Japan
**Importance:** High

Dear Sir or Madam:

We are forwarding information about a US citizen (J[redacted] S[redacted]) who is currently working in Japan. He is living with his 5 year old US citizen son (M[redacted] S[redacted]). He and his wife are separated.

Background. Mr. S[redacted] and his Japanese National wife were recently living in Hawaii. While Mr. S[redacted] was on a trip to Japan, his wife secretly took their 5 year old son to Japan without his permission. Mr. S[redacted] was able to locate the child and has taken sole physical custody. Mr. S[redacted] has applied for a replacement US passport for the son so that they can return to the US. My understanding is that the Consulate has declined to issue the passport (or perhaps it is under review).

Mr. S[redacted] contacted Senator Brian Schatz's office, hoping that we could get the Consulate to expedite the passport's issuance. We have not submitted the inquiry yet as we were waiting on a signed privacy release form (PRF). We require that our PRF be manualy signed. Mr. S[redacted] used an electronic image of his signature. We told him that this was not sufficient and he responded with misogynist profanity directed at me and general profanity at our office (see attached email of 2-14-19).

This resulted in us doing so additional review of Mr. S[redacted]'s past interactions with our office. We found another request for help from two years ago. He wanted help expediting his passport. But his request included a rambling story that he had been tortured by the Japanese government and made to crawl into court with a rope tied around his waist. He sounds delusional. I attached his email for your reference (email dated 1-29-17).

Given that rambling email and the extent of his profanity, we were wondering whether it is appropriate for Consulate staff to to conduct a welfare check on his son. I am not familiar when a welfare check is warranted and leave it up to your expertise. I've attached the privacy release form with Mr. S[redacted]'s and his son's contact information. Because it is not manually signed, we are not asking for the disclosure of any priavte information about them.

Should you have any questions, please feel free to contact me at 808-523-2061 or via email at Jennifer_wooton@schatz.senate.gov. Thank you for your assistance.

Sincerely,
Jennifer Wooton
Director of Constituent Services

---

OFFICE OF SENATOR BRIAN SCHATZ
300 Ala Moana Blvd., Rm. 7-212 | Honolulu, HI 96850 |PH: 808-523-2061

**From:** [redacted] (Sapporo)
**To:** [redacted]
**Cc:** [redacted] (Sapporo)
**Subject:** RE: Possible Welfare Check of US Child in Japan
**Date:** Friday, February 15, 2019 2:47:36 AM

Copy that!
Thanks!

[redacted]
Consul, Economic & Management Officer
Consulate General of the United States of America, Sapporo
Kita 1-jo Nishi 28-chome | Chuo-ku | Sapporo | Japan 064-0821
Office: [redacted] | Email: [redacted]

**Official - Privacy/PII**
**UNCLASSIFIED**

**From:** [redacted]
**Sent:** Friday, February 15, 2019 3:39 PM
**To:** [redacted] (Sapporo)
**Cc:** [redacted] (Sapporo)
**Subject:** RE: Possible Welfare Check of US Child in Japan

When we spoke to him before, he claimed to be living in Sendai. We'll keep you updated if/when things come up.

[redacted]

**Official - Privacy/PII**
**UNCLASSIFIED**

**From:** [redacted] (Sapporo)
**Sent:** Friday, February 15, 2019 3:30 PM
**To:** [redacted]
**Cc:** [redacted] (Sapporo)
**Subject:** RE: Possible Welfare Check of US Child in Japan

Thanks for keeping us in the loop, [redacted]

So by no action, I am understanding that no welfare check is needed at this time.
Let us know if we get to a point where we need one.

Could you remind us where he is residing?

Thank you!

[redacted]

[redacted]
Consul, Economic & Management Officer
Consulate General of the United States of America, Sapporo
Kita 1-jo Nishi 28-chome | Chuo-ku | Sapporo | Japan 064-0821
Office: [redacted] | Email: [redacted]

**Official - Privacy/PII**
**UNCLASSIFIED**

---

**From:** [redacted]
**Sent:** Friday, February 15, 2019 2:28 PM
**To:** [redacted] (Sapporo); Sapporo, ACS; [redacted] (Sapporo)
**Cc:** [redacted] Tokyo Consular ACS SCS DL
**Subject:** FW: Possible Welfare Check of US Child in Japan
**Importance:** High

[redacted] and [redacted] san,

My apologies for the seemingly endless stream of emails about this case, but we wanted to keep you aware as he's still currently residing within your consular district and could very easily come across your desk at any time.

There's no action for you at this time.

[redacted]

**From:** [redacted]
**Sent:** Friday, February 15, 2019 12:51 PM
**To:** ConsularTokyo; [redacted]
**Cc:** [redacted]
**Subject:** RE: Possible Welfare Check of US Child in Japan

Hi all,

This staffer just called me. No response is needed to this inquiry, the congressional office is happy.

Thanks!
[redacted]

**Official - Privacy/PII**
**UNCLASSIFIED**

---

**From:** ConsularTokyo
**Sent:** Friday, February 15, 2019 12:50 PM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** FW: Possible Welfare Check of US Child in Japan
**Importance:** High

[redacted] san, [redacted] san,

We received the following inquiry regarding Mr. J S. Please advise.

Thank you.

V/r,
[redacted]

**Official - Privacy/PII**
**UNCLASSIFIED**

---

**From:** Wooton, Jennifer (Schatz) [mailto:Jennifer_Wooton@schatz.senate.gov]
**Sent:** Friday, February 15, 2019 12:32 PM
**To:** ConsularTokyo
**Cc:** Wooton, Jennifer (Schatz)
**Subject:** Possible Welfare Check of US Child in Japan
**Importance:** High

Dear Sir or Madam:

We are forwarding information about a US citizen (J S) who is currently working in Japan. He is living with his 5 year old US citizen son (M S). He and his wife are separated.

Background. Mr. S and his Japanese National wife were recently living in Hawaii. While Mr. S was on a trip to Japan, his wife secretly took their 5 year old son to Japan without his permission. Mr. S was able to locate the child and has taken sole physical custody. Mr. S has applied for a replacement US passport for the son so that they can return to the US. My understanding is that the Consulate has declined to issue the passport (or perhaps it is under review).

Mr. S contacted Senator Brian Schatz's office, hoping that we could get the Consulate to expedite the passport's issuance. We have not submitted the inquiry yet as we were waiting on a signed privacy release form (PRF). We require that our PRF be manualy signed. Mr. S used an electronic image of his signature. We told him that this was not sufficient and he responded with misogynist profanity directed at me and general profanity at our office (see attached email of 2-14-19).

This resulted in us doing so additional review of Mr. S 's past interactions with our office. We found another request for help from two years ago. He wanted help expediting his passport. But his request included a rambling story that he had been tortured by the Japanese government and made to crawl into court with a rope tied around his waist. He sounds delusional. I attached his email for your reference (email dated 1-29-17).

Given that rambling email and the extent of his profanity, we were wondering whether it is appropriate for Consulate staff to to conduct a welfare check on his son. I am not familiar when a welfare check is warranted and leave it up to your expertise. I've attached the privacy release form with Mr. S 's and his son's contact information. Because it is not manually signed, we are not asking for the disclosure of any priavte information about them.

Should you have any questions, please feel free to contact me at 808-523-2061 or via email at Jennifer_wooton@schatz.senate.gov. Thank you for your assistance.

Sincerely,
Jennifer Wooton
Director of Constituent Services

---

OFFICE OF SENATOR BRIAN SCHATZ
300 Ala Moana Blvd., Rm. 7-212 | Honolulu, HI 96850 |PH: 808-523-2061

**From:** [redacted] (Sapporo)
**To:** [redacted] [redacted]
**Cc:** [redacted] (Sapporo)
**Subject:** RE: Possible Welfare Check of US Child in Japan
**Date:** Friday, February 15, 2019 2:49:24 AM

---

Thanks very much, [redacted]

[redacted]

[redacted]
Consul, Economic & Management Officer
Consulate General of the United States of America, Sapporo
Kita 1-jo Nishi 28-chome | Chuo-ku | Sapporo | Japan 064-0821
Office: [redacted] | Email: [redacted]

**Official - Privacy/PII**
**UNCLASSIFIED**

---

**From:** [redacted]
**Sent:** Friday, February 15, 2019 3:36 PM
**To:** [redacted] (Sapporo); [redacted]
**Cc:** [redacted] (Sapporo)
**Subject:** RE: Possible Welfare Check of US Child in Japan

Hi [redacted]

No welfare check is needed at this time. The child was actually just down here last week and appeared fine. I'm getting ready to send Mr. S notice that we denied his DS-3053 and that we still need two parent consent. You may hear from him at some point.

Thanks!
[redacted]

---

**From:** [redacted] (Sapporo)
**Sent:** Friday, February 15, 2019 3:30 PM
**To:** [redacted]
**Cc:** [redacted] [redacted] (Sapporo)
**Subject:** RE: Possible Welfare Check of US Child in Japan

Thanks for keeping us in the loop, [redacted]

So by no action, I am understanding that no welfare check is needed at this time.
Let us know if we get to a point where we need one.

Could you remind us where he is residing?

Thank you!

[redacted]

[redacted]
Consul, Economic & Management Officer
Consulate General of the United States of America, Sapporo
Kita 1-jo Nishi 28-chome | Chuo-ku | Sapporo | Japan 064-0821
Office: [redacted] | Email: [redacted]

**Official - Privacy/PII**
**UNCLASSIFIED**

---

**From:** [redacted]
**Sent:** Friday, February 15, 2019 2:28 PM
**To:** [redacted] (Sapporo); Sapporo, ACS; [redacted] (Sapporo)
**Cc:** [redacted] Tokyo Consular ACS SCS DL
**Subject:** FW: Possible Welfare Check of US Child in Japan
**Importance:** High

[redacted] and [redacted] san,

My apologies for the seemingly endless stream of emails about this case, but we wanted to keep you aware as he's still currently residing within your consular district and could very easily come across your desk at any time.

There's no action for you at this time.

[redacted]

**From:** [redacted]
**Sent:** Friday, February 15, 2019 12:51 PM
**To:** ConsularTokyo; [redacted]
**Cc:** [redacted]
**Subject:** RE: Possible Welfare Check of US Child in Japan

Hi all,

This staffer just called me. No response is needed to this inquiry, the congressional office is happy.

Thanks!
[redacted]

**Official - Privacy/PII**
**UNCLASSIFIED**

---

**From:** ConsularTokyo
**Sent:** Friday, February 15, 2019 12:50 PM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** FW: Possible Welfare Check of US Child in Japan
**Importance:** High

[redacted] san, [redacted] san,

We received the following inquiry regarding Mr. J S. Please advise.

Thank you.

V/r,
[redacted]

**Official - Privacy/PII**
**UNCLASSIFIED**

---

**From:** Wooton, Jennifer (Schatz) [mailto:Jennifer_Wooton@schatz.senate.gov]
**Sent:** Friday, February 15, 2019 12:32 PM
**To:** ConsularTokyo
**Cc:** Wooton, Jennifer (Schatz)
**Subject:** Possible Welfare Check of US Child in Japan
**Importance:** High

Dear Sir or Madam:

We are forwarding information about a US citizen (J S) who is currently working in Japan. He is living with his 5 year old US citizen son (M S). He and his wife are separated.

Background. Mr. S and his Japanese National wife were recently living in Hawaii. While Mr. S was on a trip to Japan, his wife secretly took their 5 year old son to Japan without his permission. Mr. S was able to locate the child and has taken sole physical custody. Mr. S has applied for a replacement US passport for the son so that they can return to the US. My understanding is that the Consulate has declined to issue the passport (or perhaps it is under review).

Mr. S contacted Senator Brian Schatz's office, hoping that we could get the Consulate to expedite the passport's issuance. We have not submitted the inquiry yet as we were waiting on a signed privacy release form (PRF). We require that our PRF be manualy signed. Mr. S used an electronic image of his signature. We told him that this was not sufficient and he responded with misogynist profanity directed at me and general profanity at our office (see attached email of 2-14-19).

This resulted in us doing so additional review of Mr. S[redacted]'s past interactions with our office. We found another request for help from two years ago. He wanted help expediting his passport. But his request included a rambling story that he had been tortured by the Japanese government and made to crawl into court with a rope tied around his waist. He sounds delusional. I attached his email for your reference (email dated 1-29-17).

Given that rambling email and the extent of his profanity, we were wondering whether it is appropriate for Consulate staff to to conduct a welfare check on his son. I am not familiar when a welfare check is warranted and leave it up to your expertise. I've attached the privacy release form with Mr. S[redacted]'s and his son's contact information. Because it is not manually signed, we are not asking for the disclosure of any priavte information about them.

Should you have any questions, please feel free to contact me at 808-523-2061 or via email at Jennifer_wooton@schatz.senate.gov. Thank you for your assistance.

Sincerely,
Jennifer Wooton
Director of Constituent Services

---

OFFICE OF SENATOR BRIAN SCHATZ
300 Ala Moana Blvd., Rm. 7-212 | Honolulu, HI 96850 |PH: 808-523-2061

**From:** Tokyo, CCU
**To:** [redacted]
**Cc:** [redacted]; U.S. Embassy Tokyo ACS
**Subject:** FW: First Amended Complaint_Email from Mr. S _CCU
**Date:** Monday, March 04, 2019 6:37:03 PM
**Attachments:** 3.4.19. First Amended Complaint.docx
Exhibit A.pdf
Exhibit B1.pdf
Exhibit B2.pdf
Exhibit B3.pdf
Exhibit B4.pdf
Exhibit B5.pdf
Exhibit C.pdf
Exhibit D.pdf
Exhibit E.pdf
Exhibit F.pdf
Exhibit G.pdf
**Importance:** High

---

Forwarding an email from Mr. S .

Thank you,
CCU/[redacted]

**From:** mail@stackjones.com [mailto:mail@stackjones.com]
**Sent:** Tuesday, March 05, 2019 12:57 AM
**To:** PreventAbduction1; Tokyo, CCU
**Subject:** First Amended Complaint

**Official - Privacy/PII**
**UNCLASSIFIED**

"<me_u_kis@yahoo.co.jp>" <me_u_kis@yahoo.co.jp>
Re:
To: mail@stackjones.com
Envelope-To: mail@stackjones.com
X-Yahoo-Newman-Id: 746079.4059.bm@omp508.mail.kks.yahoo.co.jp
Domainkey-Signature: a=rsa-sha1; q=dns; c=nofws; s=yj20110701; d=yahoo.co.jp;
h=Date:From:Message-ID:In-Reply-To:References:MIME-Version:Content-Type:Content-Transfer-Encoding;
b=HCLLSauVoiwdBfua7fqICombA+ORN1+cttemnM9BVGuF63N304pTWDXePV7wdl7i
q9pxN/ubUrEvNs27wPrT+dYVyfbFmHISqD8Tq9Yf8nIA4BPIXa0cPHvbzHHDCh2/QRo
DWBQsRdYfO6PzOA1RJuaYw8ENwzdZpixdDYATSw4=;
<C289DB8C-50C1-419F-B94B-4DC7E293B00B@stackjones.com>
X-Spam-Bar: /
Return-Path: <me_u_kis@yahoo.co.jp>
Return-Path: <me_u_kis@yahoo.co.jp>
Mime-Version: 1.0
X-Yahoo-Newman-Property: ymail-3
Content-Length: 338
X-Ymail-Osg:
rfgvNRYVM1kVXUbQB5oXIeqCzJG5Z65lZDCAGbOQt8AKxTYGp9pJ9MAHT.IXPMj
0rCyZm53umRQEEmSUz_xD0rmH9taYntenR7LLrltq3fnQ3oU_7k9VyhZdHKeGhOpfsH
WnJwPliku
8eeCo6sa7uJfdi51sCkY.XubeH1EPwksf3Wjvl8R4MgoNFuMOKhjsa8T0k9l8vN2kXAEM
ExebER.
upl8vClMfGiHWtqerwEmD9yh3hUSVN0thOPynT7wmo62FbT8qFSgl_AT59Gxel2afo6t
RL0dVFPI
Pud8UvhHa3fvqemMiOriFXu2VDHpLXMcTEw_Id.y3X60m_TQJNw.flcTlhXTpLsDvVkd3
4UBzDLb .erazhFj_FGOULMP_tZHeJPStZb0TwX1DrESz_byfwLwWILxZysPWdt3X8rYv
.DZvx6RDCYEBI8U
XOAHZ.qpk_OVYBxBdnh0h5HOUZTgi3CXLXK4iDZpDSlw0Rmjh7YdQpfDHmcrXmKTu
95W2LnzbdaY
ITBoEXBXZ.qhDXWgdliHFYAUaMAhr8m0wwf1oWTMAuzgl0uYW37ZtZ1uWz6Q8OED
Y8RfYDCgvKIV wTZ65oXmxNt0v6tTNYkYLwc4St9ZYw7lTnAhayxBI
Content-Transfer-Encoding: 7bit
Delivery-Date: Mon, 14 Jan 2019 21:12:50 -0600
Dkim-Signature: v=1; a=rsa-sha256; q=dns/txt; c=relaxed/relaxed; t=1547521956;
s=yj20110701; d=yahoo.co.jp; h=Date:From:To:Message-ID:In-Reply-To:References:Subject:MIME-Version:Content-Type:Content-Transfer-Encoding;
bh=aLL2vh87Sbos2uNe/DXSfgCH6oSwej0HrgQQhP98YIE=;
b=gVQXUPrYoPfZZkrUMlu5jzXeRmfhKXLCP8tsGPruGmdYyFDJI/OjHU6H9YRNekDG
bmgzYDNtA8ztO0v5FLthz3UqibK3mqyEdTEe/xI8yn7eiNYOluVdT8vCC8R1yXPp5w6
sPEtM/c4kjofzAvgN6AJ0Rb64637nlt633SxZtdg=
<88589650.1801317.1547521955086.JavaMail.yahoo@mail.yahoo.co.jp>
<C289DB8C-50C1-419F-B94B-4DC7E293B00B@stackjones.com>
X-Spam-Status: No, score=0.4
X-Spam-Score: 4

Content-Type: text/plain; charset=UTF-8
X-Spam-Flag: NO
Delivered-To: mail@stackjones.com
Received: from box2035.bluehost.com by box2035.bluehost.com with LMTP id OAWvBLJPPVwQmQUAIlphMQ for <mail@stackjones.com>; Mon, 14 Jan 2019 21:12:50 -0600
Received: from nh502-vm2.bullet.mail.kks.yahoo.co.jp ([183.79.56.147]:42397) by box2035.bluehost.com with smtp (Exim 4.91) (envelope-from <me_u_kis@yahoo.co.jp>) id 1gjF9k-001Xc9-VP for mail@stackjones.com; Mon, 14 Jan 2019 21:12:50 -0600
Received: from [183.79.100.141] by nh502.bullet.mail.kks.yahoo.co.jp with NNFMP; 15 Jan 2019 03:12:36 -0000
Received: from [183.79.101.121] by t504.bullet.mail.kks.yahoo.co.jp with NNFMP; 15 Jan 2019 03:12:36 -0000
Received: from [127.0.0.1] by omp508.mail.kks.yahoo.co.jp with NNFMP; 15 Jan 2019 03:12:36 -0000
Received: from jws702105.mail.ssk.yahoo.co.jp by sendmailws612.mail.ssk.yahoo.co.jp; Tue, 15 Jan 2019 12:12:36 +0000; 1547521956.158

you should leave Japan with M[redacted] then our problem will be solved.

I can't fix this.
I can not fix this problem.


STATE-0482


STATE-0483






STATE-0486

TRAVEL.STATE.GOV

A SERVICE OF THE BUREAU OF CONSULAR AFFAIRS

U.S. Department of State

U.S. Embassy Tokyo
1-10-5 Akasaka
Minato-ku, Tokyo 107-8420 JAPAN

**ACS Appointment System -**

## APPOINTMENT DETAILS

PLEASE PRINT THIS PAGE AND BRING IT WITH YOU WHEN YOU APPEAR AT THE EMBASSY OR CONSULATE.

| | |
|---|---|
| **Date of Appointment:** | **Friday, February 08, 2019** |
| **Time of Appointment:** | **2:45:00 PM** |
| **Appointment UID:** | PA30795347 |
| **Appointment Password:** | Mxr69viJdo |
| **Applicant's Surname:** | S[redacted] |
| **Applicant's Given Name:** | M[redacted] |
| **Applicant's DOB (dd/mmm/yyyy):** | [redacted] |
| **Contact Telephone Number:** | [redacted] |
| **E-mail Address:** | MAIL@STACKJONES.COM |
| **Name of non-applicant who will be appearing for this appointment:** | ATTORNEY YOHEI SUDA J[redacted] S[redacted] |
| **Number Of Services Required:** | 1 |
| **Type Of Services Required:** | Passport services other than adding pages. |

**IMPORTANT:**

1. Please read all the instructions and complete all forms for the service you have requested. Failure to submit a complete and correct application will delay your case. To minimize the time you will need to spend at the Embassy or Consulate on the day of your appointment, please fill in application forms prior to arrival.
2. If you need to make another appointment for someone else, please click here.
3. If your plans change, please click here to cancel your appointment prior to the date you are scheduled to appear. You must first cancel your existing appointment in order to make a new one.

**"U.S. Embassy Tokyo ACS" <TOKYOACS@state.gov>**

Message from U.S. Embassy Tokyo Passport Unit

To: "mail@stackjones.com" <mail@stackjones.com>

Sent: 2.15.19.

Dear Mr. S[redacted],

Greetings from U.S. Embassy Tokyo's American Citizen Services section. Thank you for submitting your son's passport application with us last week. Unfortunately, it has been determined that we are unable to process M[redacted] S[redacted]'s passport application without receiving consent from Masayuki's mother. We are sorry that this is not the news you were hoping to hear.

**In order to move forward, please submit the following documents:**

1. Notarized parental consent document DS-3053 and a photocopy of the mother's identification.

We must have the original notarized document before we can issue Masayuki's passport. It can be mailed to the following address:

U.S. Embassy Tokyo, Passport Unit
1-10-5 Akasaka, Minato-ku
Tokyo 107-8420

**Please note that failure to submit the requested documents within 90 days from the day we accepted the application may result in the denial of your application(s).** For your records, we have also attached a scanned copy of our request letter. Thank you in advance for your prompt attention to this matter. We look forward to hearing from you.

Sincerely,

American Citizen Services
U.S. Embassy Tokyo
Follow us on twitter: https://mobile.twitter.com/acstokyo

Like us on Facebook: https://www.facebook.com/ACSTokyo

**PLEASE DO NOT RESPOND TO THIS EMAIL.** This email is provided for your information only. For questions regarding information that is not on our website or listed in our Frequently Asked Questions, please contact us via http://japan2.usembassy.gov/e/acs/tacs-form-inquiries.html. We only respond to inquiries generated through our inquiry form on the website.

<me_u_kis@yahoo.co.jp>
Re: Re:
To: mail@stackjones.com
Date: January 8th, 2019

I don't know their address where they live.

<mail@stackjones.com>
(No Subject)
To: "<me_u_kis@yahoo.co.jp>"
Date: January 8th, 2019

I need the addresses of your family members, and their telephone numbers.
Make sure to send me Makun's passport.

Your parent's must make their home appropriate for a young child. No chemicals, or diesel cans laying around the house. Turn on heaters, and make it warm, and safe. The current conditions are an unsafe environment for children. They should replace all that aging tatami, and get rid of all the dusty junk in that house. It's no place for a child and you know it.

On Jan 6, 2019, at 4:06 PM, <me_u_kis@yahoo.co.jp> wrote:

I'm thinking our life and I can't continue my life with you any more.
i have mental problems.
of course I want to be with M[redacted] and hug him.

tell him I love you, I miss you and I'm be with you,

Jan 4, 2019, at 10:53 AM, <me_u_kis@yahoo.co.jp> wrote:

I can't live with you anymore.
I will send M[redacted]'s clothes.

mail@stackjones.com
(No Subject)
To: "<me_u_kis@yahoo.co.jp>"

Today is your son's FIFTH birthday.
He wants to make that birthday cake with you today.
You promised him that.
I have called your phone several times, and it is off.
It is always off.
What is your plan?

**From:** [redacted]
**To:** Tokyo Consular ACS Officers DL
**Subject:** FW: First Amended Complaint_Email from Mr. S _CCU
**Date:** Monday, March 04, 2019 7:14:01 PM
**Attachments:** 3.4.19. First Amended Complaint.docx
Exhibit A.pdf
Exhibit B1.pdf
Exhibit B2.pdf
Exhibit B3.pdf
Exhibit B4.pdf
Exhibit B5.pdf
Exhibit C.pdf
Exhibit D.pdf
Exhibit E.pdf
Exhibit F.pdf
Exhibit G.pdf
**Importance:** High

---

FYI

**Official - Privacy/PII**
**UNCLASSIFIED**

---

**From:** Tokyo, CCU
**Sent:** Tuesday, March 05, 2019 8:37 AM
**To:** [redacted]
**Cc:** [redacted] U.S. Embassy Tokyo ACS
**Subject:** FW: First Amended Complaint_Email from Mr. S _CCU
**Importance:** High

Forwarding an email from Mr. S .

Thank you,
CCU/[redacted]

**From:** mail@stackjones.com [mailto:mail@stackjones.com]
**Sent:** Tuesday, March 05, 2019 12:57 AM
**To:** PreventAbduction1; Tokyo, CCU
**Subject:** First Amended Complaint

**Official - Privacy/PII**
**UNCLASSIFIED**

"<me_u_kis@yahoo.co.jp>" <me_u_kis@yahoo.co.jp>
Re:
To: mail@stackjones.com
Envelope-To: mail@stackjones.com
X-Yahoo-Newman-Id: 746079.4059.bm@omp508.mail.kks.yahoo.co.jp
Domainkey-Signature: a=rsa-sha1; q=dns; c=nofws; s=yj20110701; d=yahoo.co.jp;
h=Date:From:Message-ID:In-Reply-To:References:MIME-Version:Content-Type:Content-Transfer-Encoding;
b=HCLLSauVoiwdBfua7fqlComBA+ORN1+cttemnM9BVGuF63N304pTWDXePV7wdl7i
q9pxN/ubUrEvNs27wPrT+dYVyfbFmHlSqD8Tq9Yf8nlA4BPIXa0cPHvbzHHDCh2/QRo
DWBQsRdYfO6PzOA1RJuaYw8ENwzdZpixdDYATSw4=;
<C289DB8C-50C1-419F-B94B-4DC7E293B00B@stackjones.com>
X-Spam-Bar: /
Return-Path: <me_u_kis@yahoo.co.jp>
Return-Path: <me_u_kis@yahoo.co.jp>
Mime-Version: 1.0
X-Yahoo-Newman-Property: ymail-3
Content-Length: 338
X-Ymail-Osg:
rfgvNRYVM1kVXUbQB5oXleqCzJG5Z65lZDCAGbOQt8AKxTYGp9pJ9MAHT.IXPMj
0rCyZm53umRQEEmSUz_xD0rmH9taYntenR7LLrltq3fnQ3oU_7k9VyhZdHKeGhOpfsH
WnJwPliku
8eeCo6sa7uJfdi51sCkY.XubeH1EPwksf3Wjvl8R4MgoNFuMOKhjsa8T0k9l8vN2kXAEM
ExebER.
upl8vClMfGiHWtqerwEmD9yh3hUSVN0thOPynT7wmo62FbT8qFSgl_AT59Gxel2afo6t
RL0dVFPl
Pud8UvhHa3fvqemMiOriFXu2VDHpLXMcTEw_Id.y3X60m_TQJNw.flcTlhXTpLsDvVkd3
4UBzDLb .erazhFj_FGOULMP_tZHeJPStZb0TwX1DrESz_byfwLwWILxZysPWdt3X8rYv
.DZvx6RDCYEBl8U
XOAHZ.qpk_OVYBxBdnh0h5HOUZTgi3CXLXK4iDZpDSlw0Rmjh7YdQpfDHmcrXmKTu
95W2LnzbdaY
lTBoEXBXZ.qhDXWgdliHFYAUaMAhr8m0wwf1oWTMAuzgl0uYW37ZtZ1uWz6Q8OED
Y8RfYDCgvKlV wTZ65oXmxNt0v6tTNYkYLwc4St9ZYw7lTnAhayxBl
Content-Transfer-Encoding: 7bit
Delivery-Date: Mon, 14 Jan 2019 21:12:50 -0600
Dkim-Signature: v=1; a=rsa-sha256; q=dns/txt; c=relaxed/relaxed; t=1547521956;
s=yj20110701; d=yahoo.co.jp; h=Date:From:To:Message-ID:In-Reply-To:References:Subject:MIME-Version:Content-Type:Content-Transfer-Encoding;
bh=aLL2vh87Sbos2uNe/DXSfgCH6oSwej0HrgQQhP98YIE=;
b=gVQXUPrYoPfZZkrUMlu5jzXeRmfhKXLCP8tsGPruGmdYyFDJl/OjHU6H9YRNekDG
bmgzYDNtA8ztO0v5FLthz3UqibK3mqyEdTEe/xl8yn7eiNYOluVdT8vCC8R1yXPp5w6
sPEtM/c4kjofzAvgN6AJ0Rb64637nlt633SxZtdg=
<88589650.1801317.1547521955086.JavaMail.yahoo@mail.yahoo.co.jp>
<C289DB8C-50C1-419F-B94B-4DC7E293B00B@stackjones.com>
X-Spam-Status: No, score=0.4
X-Spam-Score: 4

Content-Type: text/plain; charset=UTF-8
X-Spam-Flag: NO
Delivered-To: mail@stackjones.com
Received: from box2035.bluehost.com by box2035.bluehost.com with LMTP id OAWvBLJPPVwQmQUAIlphMQ for <mail@stackjones.com>; Mon, 14 Jan 2019 21:12:50 -0600
Received: from nh502-vm2.bullet.mail.kks.yahoo.co.jp ([183.79.56.147]:42397) by box2035.bluehost.com with smtp (Exim 4.91) (envelope-from <me_u_kis@yahoo.co.jp>) id 1gjF9k-001Xc9-VP for mail@stackjones.com; Mon, 14 Jan 2019 21:12:50 -0600
Received: from [183.79.100.141] by nh502.bullet.mail.kks.yahoo.co.jp with NNFMP; 15 Jan 2019 03:12:36 -0000
Received: from [183.79.101.121] by t504.bullet.mail.kks.yahoo.co.jp with NNFMP; 15 Jan 2019 03:12:36 -0000
Received: from [127.0.0.1] by omp508.mail.kks.yahoo.co.jp with NNFMP; 15 Jan 2019 03:12:36 -0000
Received: from jws702105.mail.ssk.yahoo.co.jp by sendmailws612.mail.ssk.yahoo.co.jp; Tue, 15 Jan 2019 12:12:36 +0000; 1547521956.158

you should leave Japan with M[redacted] then our problem will be solved.

I can't fix this.
I can not fix this problem.


STATE-0496


STATE-0497






STATE-0500