(7

Nov. 8th around my knees, where I have had 4 knee surgeries in the past. The ropes were pulled as tight as possible cutting off all circulation to legs and feet. My foot bone snapped, and I was screaming, to remove it. they did not. They left me that way for a long time, until the next day.

Nov. 9th They forced me to sign a statement that I would not injure myself thereafter. This occured on Nov. 9th.

On Nov. 12th a doctor came to inspect inmates. I was told not to talk about my broken foot, which was by now greatly swollen & entirely purple. Upon seeing the doctor I removed my

This guard was responsible for applying ropes while others held me down

Humiliating experiences as I am shackled and brought in the lobby where at least 40 people could see I was in chains,

This was all video taped, And I was clearly non-combative, and not resisting.

sock and showed him my foot. He examined it and said it was broken & would take 8 months to heal. He ordered the supervisor to take me to the hospital for a cast, and X-ray.

Nov. 13 I was taken to Tsudanuma General Hospital ~~on~~ in handcuffs & wheelchair because I couldn't walk. I saw an orthopedic surgeon, X-rayed and the bone in my middle toe - mid section was broken. This was a new break, not the previous injury. The doctor said this was a <u>new</u> broken bone, and asked how it happened. The gaurd who broke it said, "<u>Did you kick the wall?</u>" I pointed at him and

↳ translator was present.

days out of me
20 (maybe) i have eaten
those days most of
of the food, approx. 15-20%

(9

(The guard who made the "Kreek walk" comment.)

told the doctor he did it applying a rope torture banned in most civilized nations, and I told him I feared for my life now, He cast my foot/leg & gave me 2 pain pain killer prescriptions.

I only weighed about 150 pounds when I arrived. I'm sure I don't weigh 140 now. I have not eaten (approx. 16 days)

---

(Nov. 22nd)

On the 7th day here, I was taken to the same hospital with kidney failure. I was told I had 5-7 days that I would have permanent kidney failure (if not treated properly). This was nearly one month ago. I have sought revisit to assure assure there is no damage, I have not been seen again regarding the kidney problem - which I never had prior to imprisonment.

& have been tortured,
& refused treatment
for kidney. failure.

(10

there are major human rights violations, and Japan can't claim sovereignty, where they are holding me for extremeley minor allegations, with no trial, no attorney, no right to make an adequate defense, no right to gather evidence, etc. I cannot have a fair trial. (including torture

Is this why Japan has a more then 99% conviction rate?

I've clearly been tortured, resulting in broken bones, and I've been entirely non-confrontational, especially where I am being charged with a spit, a push and in reality nothing more than self deffense. If I even touched a guard I'm sure they would give me another phony assault charge.

(11

There are massive procedural errors, and Japanese constitutional ~~issues~~. issues. In this matter.

I fear for my life because staff uses a camera on me constantly. I am now crawling on my hands & knees. and forced to clean toilet cell, etc.

(There is only the floor to sit.)

I am locked in an isolation cell 24/7, and have no access to anything. My wife brought me this pad. They give a pen if they choose.

None of what I have stated is even slightly exaggerated. Simply, because I will not confess to intentionally spitting on a racist trainworker that is fabricating a story easily destroyed by numerous cameras

This assault is a "push" 6 weeks prior to my arrest and witnessed by 2 students at my school where I was the one assaulted!.

at the station, as a result, an intentionally misleading investigation, more charges are being heaped upon me. All incredibly minor, and ridiculous.

At this time I have 2 indictments, and being held now another 20 days while being investigated for assault, where I had called out to the police to help me from being assaulted. in that event, Does calling police sound like an aggressor in a confrontation?

1. Spit - even if found guilty there is no jail time-
2. push - " " " " " " " " "
3. assault - clear video evidence proves I was assaulted. kicked once, & wild punched 2 times, during both punches, I pushed the trainworker away. He claims I punched him 3 times. Even once when police were already at the scene.

This all took place with numerous cameras on the street & in the station.

I need to be moved from this place that has tortured me & broken my foot & hand.

I have no counsel. ~~I sent~~ The court sent information to a Tokyo attorney who I wrote a detailed statement to. I requested this lawyer – Nakamura – who was a public prosecutor for 10–12 years, and had the same graduate Fulbright scholarship that I had, and requested him to give a copy of this statement to the U.S. Embassy.

This matter needs immediate attention, and I

(14)

hope it gets to the U.S. Embassy, especially brought to the attention of Caroline Kennedy. This is a night mare.

Please intervene.

I'm not guilty & being tortured and denied all fundamental rights, etc.

Lawyer: Tsutomu Nakamura
03-6272-6100
t-nakamura@hicd.jp
http://www.t-nakamura-law.com

Nakamura

He has the full written statement. I offered this to the prosecutor, and investigator supervisor. they refused. they want to write my statement, and have me sign it.

(15

My wife lives in Tokyo & we were going to move her into my home Nov. 15th–20th. Nov. 15th was her last day at work. She must leave her company apartment Nov. 20th. Judges, prosecutor, detention center, investigator all know this. She can barely walk across a room, she is unable to relocate without my assistance, yet now these guards have broken my foot damaging it much worse than before. 3-8 months to heal.

My visa expires in March, I was planning to get a spouse visa, but this matter is preventing that from moving forward, as well.

Can the embassy bring me documents regarding

marriage, and documents regarding citizenship for my child? I do not wish this child to be a Japanese citizen, not because of these current issues, but because I am an American and want my child to be a U.S. citizen.

My knowledge in this area is limited. I also want to make sure that I protect my wife regarding my work status, and that these people are not trying to delay matters solely to have my visa expire, and then deport me.

(17)

I clearly cannot work now. I can't walk.

Who reimburses me for lost wages where I now have a wife, & a child to support next month?

Who ~~reim~~ pays for this physical & psychological torture that I have been subjected to?

There hasn't even been a ~~reported~~ report filed. These investigators, prosecutor, judges all know what occurred, and remain silent on this matter.

I'm sorry to impose on the Embassy/consulate but I'm suffering, in great fear and locked in a room with nothing but a floor, extremely bright lights, and in near starvation.

notarized marriage.

Yet no one is ever doing
that all I was doing was
trying to prevent my
leg from getting any
more damaged

(18

request protest

I have used the toilet 3 times in a month. There is nothing in me to excrete.

I have no counsel.

An this detention center has not notified the embassy that they tortured me, and broke my foot / hand.

I need the embassy to protest my treatment. I need the embassy to intervene, and let these people know they are violating their own laws, yet ~~it~~ indicting me for extremely petty matters.

I'm being tortured for a push, 2 self defense punches blocked, and a spit near a can. ?

19

Incident 1

Spit. Yes it was stupid. But, an infraction not assault., and after having my money stolen.

My home Station is Usui. I tried to purchase a 310 ¥ ticket, but the button jambed. - Old machine. I pushed it several times. It didn't respond. I hit the 360 ¥ ticket & one came out. (360 ¥)
(KT) I thought to get reimbursement at my destination ← Keisei Tsudanuma, where I was going to work. This was Oct. 19th at about 9:00 a.m.

I got to 駅 KT and tried to explain what happened. This was to one of the workers I have have previous rude issues with. He told me to get out. Again I tried to explain, he told me

20

to get out. - 2 more times. To his left was a garbage can, and behind him. I spit at the can, trying to be rude & insult him like he was to me. An insult is not assault. would he treat a Japanese that way? Act like that in front of his supervisor? I walked away. End of incident.
At this point he could:

1. do nothing
2. call police.
3. call my boss who is a client/advertiser, and who he knew I worked for from where I made ~~some~~ ~~making~~ prior complaints, and ~~bear~~ my boss discussing them with his supervisor.
Hitomi Katayama
Also her number/contact info. is on the wall directly to the left of the window in an advertisement display.

- Incident 2. Injury (Exiting window)

Almost at the exit steps quite far from the window, the worker ran to me ~~again~~ and began kicking and punching. He didn't know I had a broken leg, as I can't walk with my cast on. He kicked me on the left leg, and immediately threw a wild-left arm sucker punch. It barely touched my chin, and I instinctively threw up my right hand to block it and push him away from me. I then moved toward the stairs to exit. He ran after me again and threw another wild-left armed sucker punch. It was much harder than the first one. I instinctively reached ~~[illegible]~~ out trying to block it ducked my head and my palm area of right hand hit him

(22

somewhere on the head. I don't know where. His glasses fell off, I bent down to pick them up and tried to hand them to him. He refused to take them, I put them on his arm and he threw them to the ground. I then ran, leaping down the stairs 2-3 steps at a time to get away from him. (During both of his punches he blocked my path to move away from him.)

When I got to the street (3rd floor steps lead directly to ground floor), I turned to go toward the police box, which was to the left, but police were already walking toward me on the opposite side of the train tracks. I stopped and waited for them. The train worker ~~step~~ ~~ran~~ ran down the stairs and began preparing to fight again with left arm and left foot forward. He didn't see the police. He was

At no time was there any physical touching on the street, yet this worker claims I punched his face on the street.

(☆) There are cameras all over that streets

(23)

looking at me. Police arrived and this was the end of incident.



The Trainworker claimed I punched him on the 1st floor. Impossible as it would have been witnessed by police. Next he began saying I called him a yellow monkey, which I have never said. Ever! (I say dinosaur)

(*) While in prison, the radio is on 6-9 p.m. Bay 78 radio station, plays in rotation a song titled, Monkey Monkey Baby. The band name is Yellow Monkey.

The police immediately began telling each other I called him a monkey. Mizoguchi (investigator on my case), began shaking his head up & down and saying monkey! monkey! Those false words immediately tainted this entire event.

I was taken to Narashino Police Department.

(25

3rd floor (Tsudanuma keisei)



In custody my hands were photographed, clearly no sign of punching anyone. I showed investigators my leg injury - the open cut where I was kicked, the camera was present, they were taking my photos, I asked them to take photos of the injury to preserve as evidence. They refused. They demanded a "DNA" sample. I refused, asked for a hearing to determine scope, purpose, and to assure it wasn't going into any databases for experiments, or to be sold, etc., and especially that security guidelines assured it wasn't to be tampered with. I was asked many times. I refused. (This was a simple cotton swab saliva sample)

I was processed & booked, and questioned - relentlessly - like this was a serial murder case. I refused to sign documents (in Japanese) placed before me without a translator.

(2)

I Asked for lawyer - denied. Asked for Embassy contact. 5 days later the Embassy came. 5th day taken to hospital emergency kidney problems due to not eating 5 days. Returned to Narashino in clear ill state, and near unconscious, and taken immediately to hours of interrogation mostly questioned about Yellow Monkey, I never once discussing phony punch accusation. Documents were produced for me to sign. Extremely inaccurate, and I refused to sign.

A couple days later I was rushed in ambulance to hospital with respiratory failure. I had severe bronchitis. (I don't smoke.) My body was clearly breaking down rapidly. Nobody could speak English, and I can't speak Japanese well, at all.

ernes procedured. there is a right to refuse any questioning

Many trips back and forth to DA, and judge, DA only spoke about spit & mostly "yellow monkey." I was so insulted, clearly ill, very ill, and refused to talk, asking ~~guards~~ guards to take me from the womans office. They refused. She kept producing documents for me to sign, telling me I was in Japan, not America, and kept asking questions, which I kept refusing to answer.

ON Nov. 8th I was indicted for spit, and injury, having never discussed, or being asked, or told of any injury, to this angelic "victim."

I was taken back to Narashino and I began crying in my cell because that stupid spit, which wasn't even intended to touch anyone led to my wife being without any assistance from me. We hadn't even named our child.

29

She was to come to me, ^Nov. 15th move in, and we were going to learn, research ~~vaccines~~, vaccines, food, how to do parent things, which I don't know - because I never ~~had~~ had a child. I was crying and the guards kept coming to my cell, asking me questions in Japanese, I didn't understand, so I went and sat on the toilet, and closed the door. A bunch of guards came in and dragged me (without resisting) to an isolation room. I was tied up, and tortured. My foot broken, hand broken, & left in that manner. It was videotaped, and I kept looking at the camera, and clearly not resisting, saying "They did nothing to me." I knew this was used by prisoners of war meaning - "I'm being tortured." I was screaming, in pain, great pain. I was going into respiratory, ~~and~~ failure, ~~[illegible]~~ trying

to control panicking, and enduring lightning sharp pains shooting from my ankles, broken foot - Rebroken, to my head, my heart was erratic as no blood was being ~~pumpn~~ pumped into my legs. I knew if they left me like that I would die. I thought of well publicized cases were people have died in custody under similar torture.

Nov. 9th forced to sign document <u>I won't injure myself!</u>

Nov. 12th diagnosed with broken foot, by doctor.

— Nov. 13th doctor at hospital diagnosed now broken bone in right foot, casted.

— Nov. 13th warrant served to charge me with 3rd charge - <u>pushing</u> train worker on <u>Sept. 12.</u> This is the same hateful, racist investigator Mizoguchi. Result 20 days more "investigation" period. No sign of any trial date.

I don't recall the date but, in late October, I was told I was being taken to the hospital for kidney check. I was shackled and taken to the exit door of the detention center. Mizokuchi, with other guards, and a cameraman - snapping away with photos - read me a warrant to forcefully extract blood samples. ~~They~~ He got a warrant & had a hearing without my presence. 7 guards took me to the same hospital in Chiba, and past many people in the lobby area and into a small room where a frightened nurse — 60-62 years old - tiny & frail, was read the warrant by Mizokuchi, like I was a serial killer. The ~~woman~~ nurse was trembling, hands visibly shaking ~~by ott~~. The woman attempted to stick a needle in me to extract blood, but her hands trembled greatly.

She stabbed my arm & missed a vein. She stabbed a second time, and missed the vein. She stabbed a 3rd time and missed the vein, and still trembling the needle, began wiggling it left & right to locate a vein. It was so painful that I brushed the needle out of my arm. I asked Mizokuchi through translator — "Are you happy?" He grunted loudly - Mmm - meaning yes!

The trembling nurse's hand was near mine. I touched her wrist, patted it several times, and said calmly, "Dai jobu" "Daijobu". I offered her my other arm. I asked how these vials were being sealed & not tampered with. No response. The vials were put in an easy to open blue styrofoam container that had no seal. I asked how this container was being sealed so it would not be tampered with. No response. We went back to Narashino.

(32 b)

Further this is abuse of power because Mizokuchi could have gotten the same results with a cotton swab. This was <u>cruel and unusual</u>. It was <u>torture</u>.

and Mizokuchi left with the container. Alone. ↑

<u>This</u> is why a defendant, not found guilty of anything needs their privacy rights — property rights, a <u>fundamental</u> right protected. A hearing is required under Japan's Constitution, and all of this was ignored.

(A) I became friendly with one young guard. I taught him about mercury contamination in tuna, swordfish, whale, etc. I taught him that in less than 30 years there will be no more fish in the ocean, and the coral reefs will all ~~be~~ be dead in 80 years. I taught him about arsenic contamination in most of Japan's agriculture, especially rice. I taught him words, etc. He searched me online and discovered I recorded 2 albums in Japan, and write for many magazines and

Guards work 28 hour shifts.. They are exhausted walking zombies, often incapable of making necessary decisions. There schedule is 28 on / 24 off. I learned this from the young man,

He watched my music videos on Youtube.

newspapers. He's looked at my photography portfolios, and read my Japanese biography at stackjones.com. When I was being tortured, he did not participate. He wore a white mask, and was crying when he saw what they were doing to me. When I was left alone he interceded, pleaded on my behalf to be released. They kept telling him no. He never stopped interceding until they removed the ropes, & vices. Actually, when the knees were first ~~put on~~ roped so tightly, he interceded, until they redid it, but it was still extremely unbearable. I honestly believe this young man saved my life. I don't know his name.

He has not returned to the detention center since that day - Nov 8th.

Incident 3. Assault

Even more absurd is when I was working with Mizokuchi in the beginning to prove prior bad acts by these 2 trainworkers. Unknown to Mizokuchi was the Sept. 12th - 17th incident. Date unknown. At the interview I told him:

I had a broken leg, but had to (Montague paratrooper pro →) commute to work. The walks were very far, and I ordered a folding bike from the U.S. so I could continue working. After all, I had a baby coming, so no matter what, I had to work. The bike cost 1600.00 plus shipping. I had already been to doctors for the broken leg (hit by a car while lawfully walking across a street, on my way to work). Driver wasn't charged by police. He was allowed to drive away. I went to hospital.

I've had a broken leg since. Paying my own medical expenses. The bike was so I didn't have to endure painful long walks.

On Thursday Sept. 12th - 17th (?) I passed through my Usui home station with the folding bike. I had already verified folding bikes were allowed on the train. I exited at Keisei Tsudanuma, and went to work. That night I returned to Keisei Tsudanuma Station, paid, passed the turnstile and headed toward the train track stairs.. The only thing on my mind was how I would walk down the steps, as I had always been taking the elevator because of my leg pain. Also, I can't wear cast, or shoes, ~~or the~~ while walking, so I had an exposed foot in a sandal, and hadn't worn a shoe in many weeks because of injury. I was approached on my left, and was being pushed to my right, ~~and~~ this was forcing me to put all my

36

weight on my injured foot. Very painful. I resisted, trying to understand what was happening. A man was pushing me, and continued pushing me. I couldn't really see well because I was holding the folding bike in my left hand, and above my shoulder, I had a large bag on my right side. The bike was then being grabbed. This was a brand new, expensive, 1st time used bike and it fell to the floor. I was angry of course, in pain from pressure on my foot, and pushed the guy away and shouted 2 times for police. "Keisatsu Onegaishimasu" Loud! Yes, I was angry.

It was a train worker, and he wasn't even speaking, even if he did I wouldn't understand him. He was aggressive, and much bigger, and younger than me. I'm 55 - he is maybe 30.

Just acting very aggressively

His supervisor came, and sent him away. The supervisor was shown my ~~leg~~ medical equipment, and I shouted about the pain inflicted by this guy. I'm not sure the supervisor even understood. He said, "Dozo" and let me proceed home on the train. So why was I stopped?

Next day I learned 2 students from my school witnessed the event. 2 adult students. They told my boss it was a crazy homeless guy and he was saying nasty racist things as he left the scene.

Nobody ever told me what the incident was about.

What did Mizokuchi do, without talking to my boss, or my wife, or the 2 students? He charged <u>me</u> with assault.

That was the only time I ever rode that bike, which was purchased ~~#~~ solely to prevent more injury to my foot which wasn't healing after months.

Please, tell me who is the real victim in these matters? I've lost income, perhaps my job (unknown), my leg has been rebroken, my hand broken. I cannot walk for months to come, future income losses, and future medical expenses from Norashing Detention Center breaking my leg. I've seen ~~to be~~ no attorney and held one month, and will be held even longer, not knowing when a trial will be held, and in which of course, I will lose. And what more suffering after that?, or what more phony charges after that?, More jail? For this? What of my wife? My child? This is a great injustice. I have a law degree, worked 2 years for the public defenders office (in San Bernardino county. California)

Finally, even my wife tried to submit from me proof of prior bad acts by emails I sent to her regarding these guys. I even quit my job Oct 4th because I refused to go to that station again. My boss asked me not to quit, and my wife pleaded with me not to quit because she was leaving her job, and I had to work to pay for child birth expenses, and provide for a family. I should have quit!

Investigators know this, but only told my wife, "He's guilty, tell him to admit." They refused to take any of her information, just like they refused to preserve "crime scene" photos, and my left leg kick injury. I've never witnessed so much intentional corruption and evidence tampering.

40

My character?

I was building an international school in Sendai prior to 3.11.11. I had all my life's savings invested in that business. This school was to train foreign students for 2 years so they could learn Japanese/English and then transfer with credit to a 4 year University. 3.11.11 destroyed all of that.

After that I took a job teaching at eikaiwa so I could try to save money. During the disaster, I appeared 2 times on MSNBC with Brian Williams, asking Americans to donate to the triple disaster relief aid.

Should I really be treated like this?

(41)

I need intervention. This is out of control, and becoming violent, and extremely dangerous. I do fear for my life, and further torture.

Help!

I want to go home, + to my wife, and try to resolve this with my boss, or find a new job when I am able to walk again.

Please help! Please.

J. S

I'm sorry if this ~~texting~~ writing is not ~~literer~~ linear or legible. But, a complete statement is with Attorney Nakamura.

Finally. <u>Prior Racially Motivated Assaults</u>
(Not a full list)

1. Nagano – Snow Monkey Park. Viciously attacked by bus driver for asking him to verify if his bus took me to trainstation. Severe damage to arm & hand. (right arm/left hand), All witnesses (Japanese) agreed with my story. Company offered settlement money. I was on assignment for Tokyo Weekender to write a tourist article.

2. Ibaraki (Moriya City) gas station. I washed car and was pumping gas at a 24 hour station. Prepaid in machine, and worker approached telling me – no gaijin. I had already paid, so I kept pumping my gas and ignored him. He pulled out 2 metal pipes and shouted – "Come on" numerous times. He smashed one pipe down on a large tool box damaging it. I took his photo, with pipes in hand and sent to Shell Gas headquarters who gave me station owners name. He was fired.

(43)

3. Refused service at restaurants. (4)
4. Shooting ocean photography at Katsura, I was told by a group of men, "Japan Only." This was very frightening. I left immediately.
5. 1st night in my Chiba home, I took out trash. A man approached and pushed me hard saying, gaijin, gomi, janai, etc. I told him don't touch. He jabbed my arm hard several times saying, "touch", "Touch", "Touch". I took my garbage and placed it in an apartment bin, on the next street.
6. Since the garbage incident, on average of 1-2 times a week, shit has been placed on my steps leading to my front door.
7. My wife's family refused my name spoken in their home for more than 6 years. When

She was pregnant with our 1st child, she went home to tell them. ~~There~~ Their response, her father immediately kicked her out of the family. Her mother said, "That gaijin baby will have a terrible life." It did. Miyuki immediately went into shock, and immediately miscarried.

Don't tell me that these train incidents, and these phony exaggerated charges are not racially motivated. They most certainly are.

How have I responded to all of these racist attacks? Never one time responding with violence.

Not all Japanese are like this, but there is a good

How do, I go about
filing a protest
about this torture and
refusal to treat kidney
failure?

percentage to wonder when, and where and even how the next assault will arise.

I'm tired of this behavior. I work for a fraction of what I could make in the States, and just want to get with my wife, and decide what our next step will be.

This government needs to compensate me for my broken foot, and loss of wages. This criminal, criminal proceeding needs to be finalized so I can get this behind me, write about this to warn Americans (etc.) from coming to this hateful country. I also intend to file an appeal to the world court for human rights violations, and torture. Nobody should be subjected to this farce. Where is my <u>speedy trial</u>?

My name is Jack Stone.
I'm being held at Narashino Detention Center
I had a broken leg when I came here.

On Nov. 8th I was in my cell crying because I was indicted on minor charges that is keeping me from being with and taking care of my wife who is ~~8~~ 8 months pregnant. I'm charged with a crime that requires an attorney, yet for one month (Nov. 18th) I have yet to see an attorney. (Arrest Oct. 19th – Nov. 18th)

On Nov. 8th guards who speak only Japanese came to my cell, I can't understand anything they say. They took me into an isolation chamber and applied a torture device to my broken foot, both feet and both knee's where I have had 4 surgeries. They broke my ~~right~~ right foot in a different location, and left me in that torture device for hours.. My foot immediately swelled and became purple. It is still purple, and I fear losing my foot now. On Nov. 12th after several days of being refused to be taken to the hospital, the in-house doctor was performing routine prisoner exams. I was told not to discuss my foot, but showed the doctor anyway. He told supervisor to get me to hospital that my foot was broken. He said 8 months to heal. Nov. 13th – Tsudanuma General Hospital X-rayed, & confirmed a new broken bone. Every day I try to contact U.S. Embassy, but they refuse. They know they fucked up, and are trying to hide it. On Nov. 9th, after being tortured, I was forced to sign a document that I will not injure myself again. This is a set-up. I fear this place, and feel my life is in great danger. I reported this to the DA, and the judge. No action has taken place, and no report filed. There are major human rights violations, abuse, procedural, constitutional issues and no way to obtain a fair trial, as all pertinent evidence – video, etc. ~~as~~ are systematically being withheld, even where I have demanded them to be preserved to DA, (Kume) investigator – (Mizokuchi) – and 3 different Judges.

(1) There is no desk or chair. I remain in isolation 2417 and lie on a cold floor. I need to be in hospital having this broken leg properly looked at.

(*) I have written a full report but Narashino refuses to forward it to the embassy. Lawyer Tsotomu Nakamura, phone number 03-6272-6100 email t-nakamura@nicd.jp has a detailed statement, → please get a copy.

B) [illegible] at hospital [illegible] for broken foot – Dr. asked what happened, the guard who broke it said, "what did you do kick the wall?", I told Dr. he (pointing to guard) broke it. I fear this guard, and further injury even possible death.
(interpreter present at hospital)

I have a law degree, I understand procedural, & substantive aspects of law, and worked 2 years at the San Bernardino county public defenders office, both adult & juvenile divisions. I have eaten 20 of the 30 days I've been held. I eat 15-20% of what they serve, I try to eat, and I end up throwing it all up making me sicker and weaker. I cannot walk, and I am forced to crawl to clean, room, toilet, etc. It's unconscionable. I fear these people, and fear even possible death as a result of an attempt to cover up the torture. I have attempted embassy contact everyday – they refuse. they will censure this, so I am not sure you will receive this.

in a nutshell, at tsudanuma Keisei Station there has been a history of racial attacks on me, well documented by me, wife, and employer. on Oct. 19th I was treated abusively by staff, denied a refund due to machine error, and I got angry and spit at a garbage can, some got on workers sleeve. I walked away, he ran at me and kicked me once, sucker punched me 2 times, which I blocked, and pushed him away in self defense, and having broken leg. I was charged with ① simple assault, (spit) ② assault with injury, which required a lawyer, After one month I'm now in further 20 day investigation period for pushing another trainworker on Sept. 12th (?) Again, with a broken leg – actually broken foot that I could barely walk on & again well documented. A spit (no intent), 2 blocked defensive moves (really to protect further injury to my foot), and a phony push, nearly 6 weeks earlier. The self defense should be recorded on the numerous cameras at the station. I need the Embassy to intercede, as clearly I'm in danger, and being denied even counsel. My wife is due Christmas Day – 25th Please help.

Wife – Miyuki Suzuki (already in process of filing marriage before arrest.)
employer – Hitomi Katsuyama – Azalea Language school
↳ she has a website with phone and Miyuki's contact info.

2/4 13:10～
判決

**From:** [redacted]
**Sent:** Monday, November 25, 2013 2:49 PM
**To:** Ogier, Hugues P
**Cc:** [redacted] Capistrano, Norm; Duval, Thomas A
**Subject:** RE: J S - Narashino Police

Around 14:10, November 25, I spoke with Mr. Fujisaki, Detention Section of Narashino Police.

I expressed our concern over Mr. S's unstable emotional conditions and the injury he recently sustained during the detention.

Mr. Fujisaki said that Mr. S has been eating recently, but he usually leaves a half of the portion every time. Mr. S told the police that he doesn't eat meat, and the police try to give him meal without meat.

Mr. Fujisaki reported that after the recent consular visit, Mr. S has been relatively calm. In addition, his girlfriend visited him twice, most recently on Friday, November 22.

According to Mr. Fujisaki, on November 8 when he came back from the prosecutor's office (note: this is the date he was indicted for assault causing injury), Mr. S was very angry, and started to hurt himself by punching his face 4 times by his right fist and another 4 times by his left fist. To protect him, the police had to place him in a protective cell, using the restraint for the arms and legs. The police uses this kind of restraint only once a year or so. The length of the period Mr. S was tied was one hour and 13 minutes. The police used a belt with a handcuff. The handcuff was attached to the belt in front, and the handcuff itself is not steel, but with cloth. I have seen a controversial leather handcuff, and asked Mr. Fujisaki whether it was like a leather handcuff. He said no. The ankles and the knees were tied with ropes.

On November 12 when a doctor made a scheduled regular visit to detainees, he noticed that Mr. S's foot had inflammation and recommended he should visit a hospital. Therefore, Mr. S was taken to a hospital on the following day, November 13, and the doctor found that his middle right toe was broken (not the ankle where tied with a rope) , and the doctor placed some bandage with cast. However, Mr. Stone took the cast by himself, and he redid the bandage by himself. He was supposed to return to the hospital on November 27. The police has no idea why his middle toe was broken, but the police officers has noticed when Mr. S had bad moods, he hit the steps and floor very hard.

[redacted]

Privacy/PII
This email is UNCLASSIFIED.

**From:** [redacted]
**Sent:** Monday, November 25, 2013 12:26 PM

**To:** Ogier, Hugues P
**Cc:** [redacted] Capistrano, Norm; Duval, Thomas A
**Subject:** FW: J S - Narashino Police

**Background of the case:**
Arrested on October 19, 2013 for assault
Visited by Norm san on October 21, 2013
He didn't eat for several days at the police detention
He himself mentioned about another incident, in addition to the incident that he was arrested for.
Leslie san visited him on November 21, 2013

**Interim Update from the Chiba District Court on Nov. 25:**

I spoke with a clerk of the court, Ms. Karakama, who sent us the notification of the detention of J S on November 8, 2013.

The paper we received on November 12, 2013, indicates Mr. S was detained on November 8, 2013, for the charge of assault causing injury.
He was initially arrested on October 19, 2013, for assault incident in October.

To clarify the case, Mr. S was charged for:

1. Assault (w/o causing injury) **occurred in October**, but after the investigation, this charge was changed to assault causing injury, and he was indicted for the assault causing injury on November 8, 2013. The No. 2 Criminal Division (Mr. Miyama) is in charge of this case. Mr. Miyama said **that the court already appointed an attorney, and sent Mr. S the notification on November 22.**

   Court appointed attorney: Ms. Too Kushida (櫛田　東生), TEL: 043-222-5853
   First court date: December 19, 2013, 15:10

2. Separately, I found out from Ms. Karakama of the court, that the investigation revealed another assault case that occurred **in September**, and Mr. S was re-arrested for assault (w/o causing injury) on November 14, 2013. The victim and that the incident happened is different from the October incident.

I will check the "alleged torture by the police" with the police detention after lunch.

[redacted]

Privacy/PII
This email is UNCLASSIFIED.

---

**From:** Kasai, Chiharu
**Sent:** Monday, November 25, 2013 9:23 AM

**To:** [redacted]
**Subject:** FW: J S - Narashino Police

Just FYI

This email is UNCLASSIFIED.

**From:** Glass, Leslie J
**Sent:** Friday, November 22, 2013 5:58 PM
**To:** [redacted] Ogier, Hugues P
**Subject:** J S - Narashino Police

On November 21, 2013, a Consular Associate (CA) visited detained U.S. citizen J S. Mr. S was visited after his meeting with the prosecutor's office. Prior to entering the interview room, CA was informed that Mr. S was in a highly agitated and emotional state and that there would be a few guards outside his room if assistance was needed. Upon entering the interview room, CA notice Mr. S was visibly upset and crying. He reported severe mistreatment saying that the prison guards used a torture device where a rope was wrapped around his feet and stretched to the point of breaking a bone in his foot. He had a previous foot injury that was healing and that the mistreatment received from the guards resulted in an additional break. He was taken to Tsudanuma Hospital for treatment on November 13 where his injury was treated and foot placed in a bandaged half cast. It took some time to get Mr. S composed enough to discuss his situation in a calm manner. He is concerned that he has been in jail for 32 days and no attorney has been assigned to his case. He also concerned that the prosecutor's office is filing additional charges against him. CA informed him that we cannot solicit an attorney on his behalf but one will be assigned to his case if he cannot afford to pay. Mr. S did say that he was visited by an attorney earlier and he had his name and number in his paperwork. CA informed him that a representative from the U.S. Embassy ACS unit will visit him monthly until his sentencing. He was relieved to hear this and was able to give the CA a letter, via the prison officials, that was too large to fit in an envelope. CA turned letter over to appropriate personnel in ACS. After a lengthy conversation, no requests were made from CA but Mr. S seemed to be under control and in better state of mind.

NOTE: **NOT FOR ACS+**: Mr. S pointed out the guard that allegedly tortured him. I was able to ask this guard for the letter that Mr. S wanted to pass on to us. When he spoke I smelled alcohol on his breath. I was accompanied by the embassy driver who assisted me by interpreting. I don't know if he smelled alcohol but it was hard to miss. I did not get the guards name or official position. Also....During the interview, Mr. S knocked on his door several times asking the guards to deliver his letter to me. After the second time, I informed Mr. S not to touch the door again until our meeting was concluded and that the guards weren't there to do his bidding. I told him I would ask for the letter when our meeting was over. I was a little harsh but Mr. S seemed to relate to this and was attentive for the rest of the meeting.

If you have additional questions about this meeting you can email me on my personal account
[redacted]

This email is UNCLASSIFIED.

| | |
|---|---|
| **From:** | Glass, Leslie J |
| **Sent:** | Friday, November 22, 2013 5:58 PM |
| **To:** | [redacted] Ogier, Hugues P |
| **Subject:** | J S - Narashino Police |

On November 21, 2013, a Consular Associate (CA) visited detained U.S. citizen J S. Mr. S was visited after his meeting with the prosecutor's office. Prior to entering the interview room, CA was informed that Mr. S was in a highly agitated and emotional state and that there would be a few guards outside his room if assistance was needed. Upon entering the interview room, CA notice Mr. S was visibly upset and crying. He reported severe mistreatment saying that the prison guards used a torture device where a rope was wrapped around his feet and stretched to the point of breaking a bone in his foot. He had a previous foot injury that was healing and that the mistreatment received from the guards resulted in an additional break. He was taken to Tsudanuma Hospital for treatment on November 13 where his injury was treated and foot placed in a bandaged half cast. It took some time to get Mr. S composed enough to discuss his situation in a calm manner. He is concerned that he has been in jail for 32 days and no attorney has been assigned to his case. He also concerned that the prosecutor's office is filing additional charges against him. CA informed him that we cannot solicit an attorney on his behalf but one will be assigned to his case if he cannot afford to pay. Mr. S did say that he was visited by an attorney earlier and he had his name and number in his paperwork. CA informed him that a representative from the U.S. Embassy ACS unit will visit him monthly until his sentencing. He was relieved to hear this and was able to give the CA a letter, via the prison officials, that was too large to fit in an envelope. CA turned letter over to appropriate personnel in ACS. After a lengthy conversation, no requests were made from CA but Mr. S seemed to be under control and in better state of mind.

NOTE: **NOT FOR ACS+**: Mr. S pointed out the guard that allegedly tortured him. I was able to ask this guard for the letter that Mr. S wanted to pass on to us. When he spoke I smelled alcohol on his breath. I was accompanied by the embassy driver who assisted me by interpreting. I don't know if he smelled alcohol but it was hard to miss. I did not get the guards name or official position.
Also....During the interview, Mr. S knocked on his door several times asking the guards to deliver his letter to me. After the second time, I informed Mr. S not to touch the door again until our meeting was concluded and that the guards weren't there to do his bidding. I told him I would ask for the letter when our meeting was over. I was a little harsh but Mr. S seemed to relate to this and was attentive for the rest of the meeting.

If you have additional questions about this meeting you can email me on my personal account [redacted]

This email is UNCLASSIFIED.

**From:** [redacted]
**Sent:** Tuesday, November 12, 2013 11:43 AM
**To:** Ogier, Hugues P; Uadan, Bernard C; Duval, Thomas A; Capistrano, Norm; [redacted]
**Subject:** Indicted: S , J (DOB: )

On November 8, 2013, Mr. S was indicted for assault causing injury.

According to the police, Mr. S said he rather eat rice than bread, so the police changed his meal back to rice this weekend.

起訴になったので、
これから弁護士つく。

[redacted]

This email is UNCLASSIFIED.

---

**From:** [redacted]
**Sent:** Thursday, October 31, 2013 11:58 AM
**To:** Ogier, Hugues P; Capistrano, Norm; Uadan, Bernard C; [redacted] Duval, Thomas A
**Subject:** RE: UPDATE: S , J (DOB: )

FYI

Mr. S received his second ten-day detention order which will expire on November 8, 2013.

According to the police, Mr. S is eating bread, but is leaving the white(main) part saying it is bleached. He only eats crust of the bread and the side dish in the bento.

This email is UNCLASSIFIED.

---

**From:** [redacted]
**Sent:** Friday, October 25, 2013 11:57 AM
**To:** [redacted] Ogier, Hugues P; Capistrano, Norm; Uadan, Bernard C; [redacted] Duval, Thomas A
**Subject:** RE: UPDATE: S , J (DOB: )

FYI

Today at 11:45 I checked with Narashino Police and they reported that Mr. S has been eating since Tuesday, October 22. They took him to the doctor this day and the doctor found nothing wrong with him and didn't give Mr. S any medication. He started eating after coming back to police detention. The police said they changed his meal to bread as he was expressing he doesn't like rice through gestures. He is also drinking water.

His first ten-day detention order expires October 29, 2013.

[redacted]

**From:** [redacted]
**Sent:** Friday, October 25, 2013 11:57 AM
**To:** [redacted] Ogier, Hugues P; Capistrano, Norm; Uadan, Bernard C; [redacted] Duval, Thomas A
**Subject:** RE: UPDATE: S[redacted], J[redacted] (DOB: [redacted])

FYI

Today at 11:45 I checked with Narashino Police and they reported that Mr. S[redacted] has been eating since Tuesday, October 22. They took him to the doctor this day and the doctor found nothing wrong with him and didn't give Mr. S[redacted] any medication. He started eating after coming back to police detention. The police said they changed his meal to bread as he was expressing he doesn't like rice through gestures. He is also drinking water.

His first ten-day detention order expires October 29, 2013.

---

**From:** [redacted]
**Sent:** Tuesday, October 22, 2013 5:24 PM
**To:** Ogier, Hugues P; Capistrano, Norm; Uadan, Bernard C
**Cc:** [redacted] Duval, Thomas A
**Subject:** UPDATE: S[redacted], J[redacted] (DOB: [redacted])

At 17:15, I contacted MR. S[redacted]'s boss, Ms. Katsuyama. She said she was asked by the police yesterday to contact Mr. S[redacted]'s girlfriend, and tried to contact her at the same number we have several times, and finally around midnight last night, she could talk to the girlfriend. The girlfriend works day time, so it is not certain how soon she can go visit him in jail, but now she knows he was arrested, and the name of the police.

[redacted]

Privacy/PII
This email is UNCLASSIFIED.

---

**From:** [redacted]
**Sent:** Tuesday, October 22, 2013 5:00 PM
**To:** Ogier, Hugues P; Capistrano, Norm; Uadan, Bernard C
**Cc:** [redacted] Duval, Thomas A
**Subject:** RE: New Arrest case from the weekend: S[redacted], J[redacted] (DOB: [redacted])

FYI,

At 17:00, I checked with Narashino Police. S[redacted] has not eaten (last night and this morning. Not sure about lunch today), and he told the police that he doesn't feel well, so he was taken to see a doctor around 15:00, and hasn't come to the jail yet.

[redacted]

**From:** [redacted]
**Sent:** Tuesday, October 22, 2013 5:24 PM
**To:** Ogier, Hugues P; Capistrano, Norm; Uadan, Bernard C
**Cc:** [redacted] Duval, Thomas A
**Subject:** UPDATE: S , J (DOB: )

At 17:15, I contacted MR. S 's boss, Ms. Katsuyama. She said she was asked by the police yesterday to contact Mr. S 's girlfriend, and tried to contact her at the same number we have several times, and finally around midnight last night, she could talk to the girlfriend. The girlfriend works day time, so it is not certain how soon she can go visit him in jail, but now she knows he was arrested, and the name of the police.

[redacted]

Privacy/PII
This email is UNCLASSIFIED.

---

**From:** [redacted]
**Sent:** Tuesday, October 22, 2013 5:00 PM
**To:** Ogier, Hugues P; Capistrano, Norm; Uadan, Bernard C
**Cc:** [redacted] Duval, Thomas A
**Subject:** RE: New Arrest case from the weekend: S , J (DOB: )

FYI,

At 17:00, I checked with Narashino Police. S has not eaten (last night and this morning. Not sure about lunch today), and he told the police that he doesn't feel well, so he was taken to see a doctor around 15:00, and hasn't come to the jail yet.

[redacted]

Privacy/PII
This email is UNCLASSIFIED.

---

**From:** Ogier, Hugues P
**Sent:** Monday, October 21, 2013 5:34 PM
**To:** Capistrano, Norm; Uadan, Bernard C
**Cc:** [redacted] Akiko; Duval, Thomas A
**Subject:** RE: New Arrest case from the weekend: S , J (DOB: )

Well done. Please send. HO

Privacy/PII
This email is UNCLASSIFIED.

**From:** Capistrano, Norm
**Sent:** Monday, October 21, 2013 5:33 PM
**To:** Ogier, Hugues P; Uadan, Bernard C
**Cc:** [redacted] Duval, Thomas A
**Subject:** RE: New Arrest case from the weekend: S , J (DOB: )

*HO, could you please review this message to OCS?*

Dear Meena,
We wanted to bring to your attention a recent arrestee, J S (DOB ) who is refusing to eat in order to protest his arrest in Japan. The detailed notes are in ACS+, but to summarize he has not eaten since he was arrested Saturday, and we visited him for the first time today Monday 21-Oct-2013. We confirmed with the police authorities that he is refusing to eat the meals that are served, but he is drinking water. He signed a PAW authorizing release of information to any family and friends, and have urged them to try to persuade Mr. S to eat as well when they visit. Post will continue to monitor the situation daily.

Sincerely,
Norm Capistrano
Tokyo ACS Officer
+81 (3) 3224-5039
IVG: 688-5039

Privacy/PII
This email is UNCLASSIFIED.

**From:** Ogier, Hugues P
**Sent:** Monday, October 21, 2013 13:59
**To:** Capistrano, Norm; Uadan, Bernard C
**Cc:** [redacted] Duval, Thomas A
**Subject:** RE: New Arrest case from the weekend: S , J (DOB: )

Well done. Minor edit. HO

This email is UNCLASSIFIED.

**From:** Capistrano, Norm
**Sent:** Monday, October 21, 2013 1:03 PM
**To:** Ogier, Hugues P; Uadan, Bernard C
**Cc:** [redacted] Duval, Thomas A
**Subject:** Re: New Arrest case from the weekend: S , J (DOB: )

HO, could you please review? Thank you.

On 21-Oct-2013, a ConOff visited AmCit J S (PDOB ) for an initial arrest visit at the Narashino Police Station in Chiba, Japan. He said that he was arrested on Sat 19-Oct-2013 on suspicion of assault. He said that he was involved in a dispute with train station employees, which he said escalated when he spit in the direction of one of the employees. He claimed that there was a previous incident on 01-Oct-2013 with one of the employees at the train station.

Mr. S said that he has not eaten since Friday before he was arrested because he is prostesting his arrest. ConOff advised Mr. S to eat. He appeared to be very tired when he entered the meeting room, but was able to stand and walk on his own. ConOff confirmed with police authrities that Mr. S is refusing to eat.

Mr. S reported no mistreatment while within the detention facility, but said he was transported to the prosecutors office without adequate clothing for cold weather. He said that he takes medicine for a leg injury but has not had access to medical treatment since his arrest. He said that he was told that he will see a doctor tomorrow Tue 22-Oct-2013.

Mr. S said that he has not been given access to a lawyer and said that he was told it would cost money. ConOff explained the Japanese duty lawyer system and that his entitled to one free visit and that financial assistance may be available from Japanese authorities.

He signed and returned his Privacy Act Waiver, and authorized release of information to his fiancee M S and employer Hitomi Katsuyama 0434-873871. He also authorized release of information to family and friends not listed.

Mr. S said that he has lived in Japan since 2007, and has worked as a teacher at a Japanese university. He said that he has a background in law and that he is a writter who publishes a blog and has been interviewed by major U.S. television news networks about life in Japan. He said that his fiancee is seven months pregnant, and asked that Post contact his fiancee regarding his location and arrest.

Mr. S received the information packet, and ConOff informed him that the Embassy would visit again in about one month.

Sincerely,
Norm Capistrano
Tokyo ACS Officer
[redacted]

**From:** [redacted]
**Sent:** Monday, October 21, 2013 09:25 AM
**To:** Ogier, Hugues P; Uadan, Bernard C; Capistrano, Norm; Duval, Thomas A
**Cc:** [redacted]
**Subject:** New Arrest case from the weekend: S , J (DOB: )

Finally, I located J S . The prosecutor's office is not yet ready to talk about this case. They just open the office.

NAME: S , J
DOB:
Date and Place of arrest: October 19, 2013, at Keisei Tsudanuma Station.
CHARGE: Assault
Place of Detention: Narashino Police Station, Chiba. Tel: 047-474-0110

Mr. J S , an English teacher, was arrested on Saturday, October 19, at Keisei Tsudanuma Station because he spit on a train station staff. The charge is assault. The detention order was issued yesterday, October 20.

[redacted] shows his place of birth is Miami, Florida. PPT number: [redacted] issued 07 APR [redacted].

He is available for the visit today. The Embassy car is tight in the afternoon, but in the morning, we can get a car.

[redacted]

*****

Sunday, October 20

1440 - Operator called saying that she was advised that Chiba District Prosecutor office called advising that US citizen J S (DOB ) was arrested on Saturday. He has not requested Embassy assistance but they are providing notification. Prosecutor's contact number is 043-221-2071.

1505 - Operator called to advise that Chiba Prosecutor called back saying that Mr. S has not been charged yet and they want to fax a notification. I advised them to fax the paperwork but the Operator said that they will only fax the information when someone is at the Embassy to acknowledge the fax. He is being moved to ~~National~~ Narashino Police station and they will advise when he can be visited.

1510 - Chiba Prosecutor called back to advise that his correct DOB is . They do not know when he will be transported to the Police Station for a visit from the Embassy but probably on Monday.

Privacy/PII
This email is UNCLASSIFIED.

# Name Check Details

United States Department of State
Bureau of Consular Affairs

**S[redacted], J[redacted]**

**Name Check Results 20-Oct-2013 11:33 pm**

**Name** S[redacted], J[redacted] **Name Type** Subject

| | | | |
|---|---|---|---|
| **DOB** | [redacted] | **POB** | |
| **Item Status** | Complete | | |
| **CLASS Hit(s)** | 1 | | |
| **CLASP Hit(s)** | 0 | | |
| **SSA Hit(s)** | 0 | | |
| **DMF Hit(s)** | 0 | | |
| **PPT Hit(s)** | 1 | | |
| **Results** | [redacted] | | |

No hits were returned from CLASP.

1. Source: MIV
   Hit Name: S[redacted] J[redacted]
   Social Security: [redacted]
   Gender: M
   Passport: [redacted]
   Issue Date: 07-Apr-[redacted]
   Expiration Date: 06-Apr-[redacted]
   Date of Birth: [redacted]
   Place of Birth: [redacted]
   Amendment Flag:
   Status: I (Issued)
   Cartridge: [redacted]

No hits were returned from IPDB.
No hits were returned from SSA.

**Sensitive But Unclassified (SBU) - Information protected under INA 222(f) and 9 FAM 40.4.**

Generated: 21-Oct-2013 | TKY | [redacted] Page 1 of 1

OMB APPROVAL NO. 1405-0020
EXPIRED: 05/2006
ESTIMATED BURDEN: See Instruction Page 1

US DEPARTMENT OF STATE

# APPLICATION FOR A US PASSPORT BY MAIL

**WARNING:** False statements made knowingly and willfully in passport applications including affidavits or other supporting documents submitted therewith, are punishable by fine and/or imprisonment under the provisions of 18 USC 1001, 18 USC 1542 and/or 18 USC 1621. Alteration or mutilation of a passport issued pursuant to this application is punishable by fine and/or imprisonment under the provisions of 18 USC 1543. The use of a passport in violation of the restrictions contained therein or of the passport regulations is punishable by fine and/or imprisonment under 18 USC 1544. All statements and documents are subject to verification.

221091957

Date

☒ R ☐ D ☐ O ☐ DP

End. # Exp.

**1. Name of Applicant**

Last S | Suffix (Jr., Sr., III)

First J | Middle

**2. Date of Birth** (mm/dd/yyyy)

**3. Sex** ☒ Male ☐ Female

**4. Place of Birth** (City & State OR City & Country)

**5. Social Security Number** (See Federal Tax Law Notice on Instruction Page 3) [redacted]

| 6. Height | 7. Hair Color | 8. Eye Color | 9. Occupation | 10. Employer |
|---|---|---|---|---|
| 5' 9" | red/blond | blue | teaching | Bowers English |



**11. Mail My New Passport To:**

**12. Permanent Address or Residence** (If same as mailing address write "Same As Above")

Street / RFD # (DO NOT LIST P.O. BOX) SAME AS ABOVE | Apartment #

City | State | Zip Code

**13. Home Telephone** (Include Area Code) **14. Business Telephone** (Include Area Code) **15. E-Mail Address** (Optional)

STOP **You must submit your most recent US passport with this form! If you cannot submit your most recent US passport, apply on Form DS-11, Application For A US Passport.**

**16. Passport Information**

Name in which most recent passport was issued J S

Most recent U [redacted]

Issue date of most recent US passport 10.26.94

67 60

DS-82
11/2004

| NAME OF APPLICANT (Last, First, Middle) | Date of Birth (mm/dd/yyyy) |
|---|---|
| S[redacted], J[redacted] | [redacted] |

## 17. Travel Plans

| Date of Trip (mm/dd/yyyy) | Length of Trip | Countries to be Visited |
|---|---|---|
| 5.15.07 | one year | Japan |

## 18. Emergency Contact—Provide the information of a person not traveling with you to be contacted in the event of an emergency

Name [redacted]

| Apartment # | City | State | Zip Code |
|---|---|---|---|
| | [redacted] | [redacted] | [redacted] |

| Telephone | E-mail Address (Optional) | Re[redacted] |
|---|---|---|
| [redacted] | | |

**NOTE:** You must sign and date the application in the designated area below!

## 19. Oath & Signature

I declare under penalty of perjury that I am a United States citizen and have not, since acquiring United States citizenship, performed any of the acts listed under "Acts or Conditions" on the reverse of this application form (unless explanatory statement is attached). I solemnly swear (or affirm) that the statements made on this application are true and correct and the photograph attached is a true likeness of me.

X J[redacted] S[redacted] — Applicant's Signature

8.16.07 — Date

**DO NOT WRITE BELOW — FOR PASSPORT SERVICES USE ONLY — DO NOT WRITE BELOW**

Evidence of Name Change

☐ Marriage Certificate

☐ Court Order

Document Issue Date ______

Place of Issue ______

Issuing Office/Court ______

Previous Name ______

Current Name ______

FEE ______ EXEC. ______ EF ______ OTHER ______

Unauthorized Reproduction or Disclosure Prohibited

次回 visit 時.
sign & bring back

Please make sure the full "passport name" is used as applicant's name.

12/12/13

くしだ先生 called.

5[redacted]. 12:22

043-222-5853.

13時前後に外出します。

Duty officer

# ARREST WORKSHEET

DATE: 10/20/13 CONS/American Citizen Services: Tel: 03-3224-5166 Fax: 03-3224-5856

Notified by: Chiba Prosecutor Police Station (Name of Officer: 羽生野 りゅうしんり)

Tel: 043-221-2071 ext.

11:30 1-4:00

1. Name (Last/first/middle) S[redacted], J[redacted]
2. Sex: Male / Female
3. Date & Place of Birth: [redacted]
4. Passport # ______ Date, Place of Issue ______
5. Other Nationalities, if any: None. If yes (Japanese, Israel, other ______)
6. Last Known U.S. Address: ______
7. Date & Place of Arrest: 10/19 ______ am/pm
8. Arrest Condition: Normal / Injured / Sick / Others ______
9. Charges: Assault ぼうこう: つだ沼 (つだ沼駅) きまいん

   刑事 よこい

   (Drugs: possession / importation / use : marijuana ______ g, hashish ______ g,

   Stimulant drugs ______ g, others: ______)
10. Place of Detention: Narashino Police (Chiba) Tel: 047-474-0110
11. Brief Status of Case: Initial Investigation
12. Trial date/Hearing Date: Pending
13. Possible Sentence: Max: ______ yrs Min: ______ yrs
14. Attorney: ______ Tel: ______
15. Privacy Act Waiver: ______
16. Next of Kin (NOK): ______ relationship: ______
17. Notification: Date 10/20/13 by ~~police / court / immigration~~ Chiba Prosec.
18. Access: visited by duty officer / consular officer on ______
19. Other Americans arrest: Yes / No
20. Mistreatment: Yes ______ / None alleged.
21. Property confiscated: ______
22. Judicial Proceedings: Initial Investigation.
23. EMDA: None.
24. Remarks: Requested notification to the Embassy? Yes / No.
25. Advising NOK or others: ______

Duty officer

# ARREST WORKSHEET

DATE: 10/20/13 CONS/American Citizen Services: Tel: 03-3224-5166 Fax: 03-3224-5856

Notified by: Chiba Prosecutor Police Station (Name of Officer: ) 羽柴 ゆうとさん

Tel: 043-221-2021 ext.

11:30

1-4:00

11:30

1. Name (Last/first/middle) S[redacted], J[redacted] [redacted]
2. Sex: (Male) / Female
3. Date & Place of Birth: [redacted]
4. Passport # ________ Date, Place of Issue ________
5. Other Nationalities, if any: None. If yes (Japanese, Israel, other ________)
6. Last Known U.S. Address: ________
7. Date & Place of Arrest: 10/19 ________ am/pm
8. Arrest Condition: Normal / Injured / Sick / Others ________
9. Charges: Assault ぼうこう: つぼ: (つだ沼駅) (さきいん)
   (Drugs: possession / importation / use : marijuana ________ g, hashish ________ g,
   Stimulant drugs ________ g, others: ________ )

刑事 (よこ")

10. Place of Detention: Narashino Police (Chiba) Tel: 047-474-0110
11. Brief Status of Case: Initial Investigation
12. Trial date/Hearing Date: Pending
13. Possible Sentence: Max: ________ yrs Min: ________ yrs
14. Attorney: ________ Tel: ________
15. Privacy Act Waiver: ________
16. Next of Kin (NOK): ________ relationship: ________
17. Notification: Date 10/20/13 by ~~police / court / immigration~~ Chiba Prosec.
18. Access: visited by duty officer / consular officer on ________
19. Other Americans arrest: Yes / No
20. Mistreatment: Yes ________ / None alleged.
21. Property confiscated: ________
22. Judicial Proceedings: Initial Investigation.
23. EMDA: None.
24. Remarks: Requested notification to the Embassy? Yes / No.
25. Advising NOK or others: ________

[redacted]

(11:30祝) 7:30(祝)

11:30

Not eaten Since 2004 J[redacted] S[redacted] - Lougen

Protesting not eating

- Nephew call France

7 mos. pregnant

- Friday night

- crying during walk on hrs

- Don't quit job

- two story house

- University professor - Tsukuba

Teach Law degree law

Published articles

Sent letters to articles

- P

JS

- 2 mos. hit by car ago

- takes pain killer

- yanked pushed at train station

called by students

- First time arrested

- Interviewed by

- News

Photograph

- DOB 12-Oct

Seuce

01-Oct - Sat

- 19-Oct paid for ticket w/ machine 09:17 0936

- spit, on vendor accused

- According to DA, met w/ DA

- Races after me

- Attack sitting

Assault

- Claims media

knows 22

→ Friday night

→ Pain killer - no doctor yet tomorrow

" Not eating Fri

told lawyer

Wing

Calling

**From:** [redacted]
**Sent:** Monday, October 21, 2013 9:25 AM
**To:** Ogier, Hugues P; Uadan, Bernard C; Capistrano, Norm; Duval, Thomas A
**Cc:** [redacted]
**Subject:** New Arrest case from the weekend: S[redacted], J[redacted] (DOB: [redacted])

Finally, I located J[redacted] S[redacted]. The prosecutor's office is not yet ready to talk about this case. They just open the office.

NAME: S[redacted], J[redacted]
DOB: [redacted]
Date and Place of arrest: October 19, 2013, at Keisei Tsudanuma Station.
CHARGE: Assault
Place of Detention: Narashino Police Station, Chiba. Tel: 047-474-0110

Mr. J[redacted] S[redacted], an English teacher, was arrested on Saturday, October 19, at Keisei Tsudanuma Station because he spit on a train station staff. The charge is assault. The detention order was issued yesterday, October 20.

PIERS shows his place of birth is [redacted]. PPT number: [redacted] issued [redacted].

He is available for the visit today. The Embassy car is tight in the afternoon, but in the morning, we can get a car.

[redacted]

*****

Sunday, October 20

1440 - Operator called saying that she was advised that Chiba District Prosecutor office called advising that US citizen J[redacted] S[redacted] (DOB [redacted]) was arrested on Saturday. He has not requested Embassy assistance but they are providing notification. Prosecutor's contact number is 043-221-2071.

1505 - Operator called to advise that Chiba Prosecutor called back saying that Mr. Stone has not been charged yet and they want to fax a notification. I advised them to fax the paperwork but the Operator said that they will only fax the information when someone is at the Embassy to acknowledge the fax. He is being moved to ~~National~~ Narashino Police station and they will advise when he can be visited.

1510 - Chiba Prosecutor called back to advise that his correct DOB is [redacted]. They do not know when he will be transported to the Police Station for a visit from the Embassy but probably on Monday.

Privacy/PII
This email is UNCLASSIFIED.

FOIA
2018

**From:** Korff, Meena F
**Sent:** Monday, October 21, 2013 9:17 PM
**To:** Capistrano, Norm
**Cc:** Duval, Thomas A; [redacted] Ogier, Hugues P; [redacted] Uadan, Bernard C
**Subject:** RE: New Arrest case from the weekend: S , J (DOB: )

Thanks for the alert, Norm. best, meena

Privacy/PII
This email is UNCLASSIFIED.

---

**From:** Capistrano, Norm
**Sent:** Monday, October 21, 2013 4:37 AM
**To:** Korff, Meena F
**Cc:** Duval, Thomas A; [redacted] Ogier, Hugues P; [redacted] Uadan, Bernard C
**Subject:** FW: New Arrest case from the weekend: S , J (DOB: )

Dear Meena,
We wanted to bring to your attention a recent arrestee, J S (DOB ) who is refusing to eat in order to protest his arrest in Japan. The detailed notes are in ACS+, but to summarize he has not eaten since he was arrested Saturday, and we visited him for the first time today Monday 21-Oct-2013. We confirmed with the police authorities that he is refusing to eat the meals that are served, but he is drinking water. He signed a PAW authorizing release of information to any family and friends, and have urged them to try to persuade Mr. S to eat as well when they visit. Post will continue to monitor the situation daily.

Sincerely,
Norm Capistrano
Tokyo ACS Officer
[redacted]

Privacy/PII
This email is UNCLASSIFIED.

On 21-Oct-2013, a ConOff visited AmCit J[redacted] S[redacted] (PDOB [redacted]) for an initial arrest visit at the Narashino Police Station in Chiba, Japan. He said that he was arrested on Sat 19-Oct-2013 on suspicion of assault. He said that he was involved in a dispute with train station employees, which he said escalated when he spit in the direction of one of the employees. He claimed that there was a previous incident on 01-Oct-2013 with one of the employees at the train station.

Mr. S[redacted] said that he has not eaten since Friday before he was arrested because he is prostesting his arrest. ConOff advised Mr. S[redacted] to eat. He appeared to be very tired when he entered the meeting room, but was able to stand and walk on his own. ConOff confirmed with police authrities that Mr. S[redacted] is refusing to eat.

Mr. S[redacted] reported no mistreatment while within the detention facility, but said he was transported to the prosecutors office without adequate clothing for cold weather. He said that he takes medicine for a leg injury but has not had access to medical treatment since his arrest. He said that he was told that he will see a doctor tomorrow Tue 22-Oct-2013.

Mr. S[redacted] said that he has not been given access to a lawyer and said that he was told it would cost money. ConOff explained the Japanese duty lawyer system and that his entitled to one free visit and that financial assistance may be available from Japanese authorities.

He signed and returned his Privacy Act Waiver, and authorized release of information to his fiancee M[redacted] S[redacted] and employer Hitomi Katsuyama 0434-873871. He also authorized release of information to family and friends not listed.

Mr. S[redacted] said that he has lived in Japan since 2007, and has worked as a teacher at a Japanese university. He said that he has a background in law and that he is a writter who publishes a blog and has been interviewed by major U.S. television news networks about life in Japan. He said that his fiancee is seven months pregnant, and asked that Post contact his fiancee regarding his location and arrest.

Mr. S[redacted] received the information packet, and ConOff informed him that the Embassy would visit again in about one month.

(17")

painkiller

**From:** [redacted]
**Sent:** Monday, October 21, 2013 5:41 PM
**To:** Capistrano, Norm; Ogier, Hugues P; Uadan, Bernard C
**Cc:** [redacted] Duval, Thomas A
**Subject:** RE: New Arrest case from the weekend: S , J (DOB: )

Around 17:20, I spoke to the police officer in charge of detention at Narashino Police. He said that **a duty attorney with his interpreter visited Mr. S** , and asked the reason not to eat. The attorney told the police that Mr. S said that he is not stable mentally, and therefore can't eat.

Also, his boss, Ms. Katsuyama tried to visit him, but **he refused to see her**. The police also asked her to tell him to eat, but she was not able to see him.

About the medicine, the police said Mr. S had over-the-counter painkiller, EVE, but since he has not eaten, they are not going to give it to him. Besides, he has not told the police about his alleged leg injury. Therefore, the police has no plan to take him to a hospital tomorrow. The police also has been talking to him to eat, but he only takes water.

If he continues to refuse to eat, the police will take him to a hospital. They need to wait a day or two.

[redacted]

This email is UNCLASSIFIED.

---

**From:** [redacted]
**Sent:** Monday, October 21, 2013 2:56 PM
**To:** Capistrano, Norm; Ogier, Hugues P; Uadan, Bernard C
**Cc:** [redacted] Duval, Thomas A
**Subject:** RE: New Arrest case from the weekend: S , J (DOB: )

I tried his girlfriend's cell phone several times, but after several ringing tones, it went cut off.

I was able to speak to his boss, Ms. Hitomi Katsuyama at 043-487-3871, Azalea English Language School in Keisei Usui, Sakura City, Chiba. She knew that he was arrested. Since she has not been able to find him, she called Narashino Police, and found out that he has been arrested. She was just about to going to visit him at the police. I asked her to also tell him to eat, and also, I explained to her about the Toban Bengoshi – duty attorney system. Her concern was whether his arrest will affect to his visa.

[redacted]

This email is UNCLASSIFIED.

**From:** Capistrano, Norm
**Sent:** Monday, October 21, 2013 1:03 PM
**To:** Ogier, Hugues P; Uadan, Bernard C
**Cc:** [redacted] Duval, Thomas A
**Subject:** Re: New Arrest case from the weekend: S , J (DOB: )

HO, could you please review? Thank you.

On 21-Oct-2013, a ConOff visited AmCit J S (PDOB ) for an initial arrest visit at the Narashino Police Station in Chiba, Japan. He said that he was arrested on Sat 19-Oct-2013 on suspicion of assault. He said that he was involved in a dispute with train station employees, which he said escalated when he spit in the direction of one of the employees. He claimed that there was a previous incident on 01-Oct-2013 with one of the employees at the train station.

Mr. S said that he has not eaten since Friday before he was arrested because he is protesting his arrest. ConOff advised Mr. S to eat. He appeared to be very tired when he entered the meeting room, but was able to stand and walk on his own. ConOff confirmed with police authrities that Mr. S is refusing to eat.

Mr. S reported no mistreatment while within the detention facility, but said he was transported to the prosecutors office without adequate clothing for cold weather. He said that he takes medicine for a leg injury but has not had access to medical treatment since his arrest. He said that he was told that he will see a doctor tomorrow Tue 22-Oct-2013.

Mr. S said that he has not been given access to a lawyer and said that he was told it would cost money. ConOff explained the Japanese duty lawyer system and that his entitled to one free visit and that financial assistance may be available from Japanese authorities.

He signed and returned his Privacy Act Waiver, and authorized release of information to his fiancee M S and employer Hitomi Katsuyama 0434-873871. He also authorized release of information to family and friends not listed.

Mr. S said that he has lived in Japan since 2007, and has worked as a teacher at a Japenese university. He said that he has a background in law and that he is a writter who publishes a blog and has been interviewed by major U.S. television news networks about life in Japan. He said that his fiancee is seven months pregnant, and asked that Post contact his fiancee regarding his location and arrest.

Mr. S received the information packet, and ConOff informed him that the Embassy would visit again in about one month.

Sincerely,
Norm Capistrano
Tokyo ACS Officer
[redacted]

[redacted]

**From:** [redacted]
**Sent:** Monday, October 21, 2013 09:25 AM
**To:** Ogier, Hugues P; Uadan, Bernard C; Capistrano, Norm; Duval, Thomas A
**Cc:** [redacted]
**Subject:** New Arrest case from the weekend: S[redacted], J[redacted] (DOB: [redacted])

Finally, I located J[redacted] S[redacted]. The prosecutor's office is not yet ready to talk about this case. They just open the office.

NAME: S[redacted], J[redacted]
DOB: [redacted]
Date and Place of arrest: October 19, 2013, at Keisei Tsudanuma Station.
CHARGE: Assault
Place of Detention: Narashino Police Station, Chiba. Tel: 047-474-0110

Mr. J[redacted] S[redacted], an English teacher, was arrested on Saturday, October 19, at Keisei Tsudanuma Station because he spit on a train station staff. The charge is assault. The detention order was issued yesterday, October 20.

PIERS shows his place of birth is [redacted]. PPT number: [redacted] issued [redacted].

He is available for the visit today. The Embassy car is tight in the afternoon, but in the morning, we can get a car.

[redacted]

*****

Sunday, October 20

1440 - Operator called saying that she was advised that Chiba District Prosecutor office called advising that US citizen J[redacted] S[redacted] (DOB [redacted]) was arrested on Saturday. He has not requested Embassy assistance but they are providing notification. Prosecutor's contact number is 043-221-2071.

1505 - Operator called to advise that Chiba Prosecutor called back saying that Mr. S[redacted] has not been charged yet and they want to fax a notification. I advised them to fax the paperwork but the Operator said that they will only fax the information when someone is at the Embassy to acknowledge the fax. He is being moved to ~~National~~ Narashino Police station and they will advise when he can be visited.

1510 - Chiba Prosecutor called back to advise that his correct DOB is [redacted]. They do not know when he will be transported to the Police Station for a visit from the Embassy but probably on Monday.

Privacy/PII
This email is UNCLASSIFIED.

m[redacted] S[redacted]

[redacted]

[redacted]

弁護士法人
すばる法律事務所

弁護士 櫛 田 東 生
Toow Kushida

〒260-0013 千葉市中央区中央 3－10－4
tel : 043-222-5853 fax : 043-227-4384
e-mail : kushi.sb@ae.auone-net.jp