American Embassy Tokyo

*American Citizen Services*

**FAX TRANSMISSION**

U.S. Department of State

CONSULAR OFFICES OF THE UNITED STATES OF AMERICA

# AUTHORIZATION FOR THE RELEASE OF INFORMATION UNDER THE PRIVACY ACT

In accordance with the Privacy Act (PL 93-579) passed by Congress in 1974, a U.S. Consular Office cannot release any information regarding you to anyone without your written consent except as set forth in the Act. Please complete the authorization below, specifying whom a U.S. Consular Office may contact and to whom to release information with regard to your case. Please return the completed authorization to a U.S. Consular Office. Local language translations are acceptable to facilitate completion of the form in English.

**The U.S. Government, by providing the Authorization for the Release of Information Under the Privacy Act Form, cannot under any circumstances compel an individual to complete and submit the form. PLEASE CAREFULLY CONSIDER TO WHOM, AND WHAT INFORMATION IS BEING DISCLOSED.**

**IMPORTANT: You are not obliged to grant anyone access to information regarding you but failure to provide the information requested on this form may make it more difficult, or impossible, for the Department of State or the U.S. Consular Office to assist you.**

| Your Full Name *(Last, First, MI)* | Born At: | Place of Birth *(City, State/Province, Country)* |
|---|---|---|
| | On: | Date of Birth *(mm-dd-yyyy)* |

**SECTION A**

I hereby authorize the U.S. Consular Office of the United States of America and the U.S. Department of State to release information regarding me to the following individuals :

| | | | |
|---|---|---|---|
| Name *(Last, First)* | Telephone Number | Address | Relationship |
| Name *(Last, First)* | Telephone Number | Address | Relationship |
| Name *(Last, First)* | Telephone Number | Address | Relationship |
| Name *(Last, First)* | Telephone Number | Address | Relationship |
| Name *(Last, First)* | Telephone Number | Address | Relationship |

IN THE EVENT OTHER PERSONS REQUEST INFORMATION REGARDING MY CASE, INFORMATION CAN BE RELEASED TO THE FOLLOWING:

| YES | NO | |
|---|---|---|
| ☐ | ☐ | Family (Other than Those Listed Under Section A) |
| ☐ | ☐ | Friends (Other than Those Listed Under Section A) |
| ☐ | ☐ | Individual Members of Congress and Staff |
| ☐ | ☐ | Members of the Media |
| ☐ | ☐ | The General Public |
| ☐ | ☐ | Employer |

Please review the form before signing. Information will only be released under Section A if requested and if we have your signed authorization.

Signature of the Applicant
*(Please Sign In Black or Blue Ink)*

City, Country

Print Your Name

Date *(mm-dd-yyyy)*

## PRIVACY ACT STATEMENT

**This information is needed to assist you in your present need for consular services. The primary purpose for soliciting this information is to establish your citizenship, identity, and entitlement to welfare protection services offered by the U.S. Government.**

**The U.S. Department of State is committed to ensuring that any personal information received is safeguarded against unauthorized disclosure. The data you provide is subject to the provisions of the Privacy Act (5 U.S.C. 552a). This means that the U.S. Department of State will not disclose the information you provide unless you have given us written authorization to do so, or unless the disclosure is otherwise permitted under the provisions of the Act or in accordance with our routine uses published in Title 22 of the Code of Federal Regulations. The information solicited on this form may be made available as a routine use to other government agencies for law enforcement and administrative purposes. For further information on routine uses, please visit http://www.state.gov/documents/organization/102787.pdf.**

U.S. Department of State

CONSULAR OFFICES OF THE UNITED STATES OF AMERICA

# AUTHORIZATION FOR THE RELEASE OF INFORMATION UNDER THE PRIVACY ACT

In accordance with the Privacy Act (PL 93-579) passed by Congress in 1974, a U.S. Consular Office cannot release any information regarding you to anyone without your written consent except as set forth in the Act. Please complete the authorization below, specifying whom a U.S. Consular Office may contact and to whom to release information with regard to your case. Please return the completed authorization to a U.S. Consular Office. Local language translations are acceptable to facilitate completion of the form in English.

**The U.S. Government, by providing the Authorization for the Release of Information Under the Privacy Act Form, cannot under any circumstances compel an individual to complete and submit the form. PLEASE CAREFULLY CONSIDER TO WHOM, AND WHAT INFORMATION IS BEING DISCLOSED.**

**IMPORTANT: You are not obliged to grant anyone access to information regarding you but failure to provide the information requested on this form may make it more difficult, or impossible, for the Department of State or the U.S. Consular Office to assist you.**

| | | |
|---|---|---|
| Your Full Name *(Last, First, MI)* | Born At: | Place of Birth *(City, State/Province, Country)* |
| | On: | Date of Birth *(mm-dd-yyyy)* |

## SECTION A

I hereby authorize the U.S. Consular Office of the United States of America and the U.S. Department of State to release information regarding me to the following individuals :

| | | | |
|---|---|---|---|
| Name *(Last, First)* | Telephone Number | Address | Relationship |
| Name *(Last, First)* | Telephone Number | Address | Relationship |
| Name *(Last, First)* | Telephone Number | Address | Relationship |
| Name *(Last, First)* | Telephone Number | Address | Relationship |
| Name *(Last, First)* | Telephone Number | Address | Relationship |

IN THE EVENT OTHER PERSONS REQUEST INFORMATION REGARDING MY CASE, INFORMATION CAN BE RELEASED TO THE FOLLOWING:

| YES | NO | |
|---|---|---|
| ☐ | ☐ | Family (Other than Those Listed Under Section A) |
| ☐ | ☐ | Friends (Other than Those Listed Under Section A) |
| ☐ | ☐ | Individual Members of Congress and Staff |
| ☐ | ☐ | Members of the Media |
| ☐ | ☐ | The General Public |
| ☐ | ☐ | Employer |

Please review the form before signing. Information will only be released under Section A if requested and if we have your signed authorization.

Signature of the Applicant
*(Please Sign In Black or Blue Ink)*

City, Country

Print Your Name

Date *(mm-dd-yyyy)*

## PRIVACY ACT STATEMENT

**This information is needed to assist you in your present need for consular services. The primary purpose for soliciting this information is to establish your citizenship, identity, and entitlement to welfare protection services offered by the U.S. Government.**

**The U.S. Department of State is committed to ensuring that any personal information received is safeguarded against unauthorized disclosure. The data you provide is subject to the provisions of the Privacy Act (5 U.S.C. 552a). This means that the U.S. Department of State will not disclose the information you provide unless you have given us written authorization to do so, or unless the disclosure is otherwise permitted under the provisions of the Act or in accordance with our routine uses published in Title 22 of the Code of Federal Regulations. The information solicited on this form may be made available as a routine use to other government agencies for law enforcement and administrative purposes. For further information on routine uses, please visit http://www.state.gov/documents/organization/102787.pdf.**

AMERICAN EMBASSY
NOV 26 2013
TOKYO, JAPAN

Hello, my name is J[redacted] S[redacted] (I'm being held at Narashino Detention Center [→ Chiba]. I'm charged with minor crimes, but 33 days (Nov. 21st) I've yet to see an attorney. I don't have the funds to hire one, and the public prosecutor refuses to provide one for me. She (Ms. Kume) has told me to "get one from your Embassy," of course this is absurd, and she knows this. I'm intentionally being held in this manner, as she knows there can be no trial, unless I have a lawyer, the is a gross procedural violation.

---

My girlfriend of 6+ years is 8 months pregnant. We were preparing for marriage, but due to her condition, and my present state, I don't have marriage documents. I'd like to finalize marriage before the baby comes. I'd also like any documents/forms necessary to

file American citizenship documents for my child. My wife is Japanese. Anything on child citizenship, and Japan/U.S. marriages would be helpful. I'd like to begin processing them soon. I would also like documents to file for spouse visa, in case the court is attempting to hold me beyond my visa expiration, which is in March 2014. (Date unknown.) Anything on this topic, including the documents needed for filing would be helpful. My main concern here is to protect the child.

Thank you,

Jack Stone

PS, I met Leslie. She is excellent. Please, thank her for her support. She cannot imagine how much that meant to me.

107 - 8420




American Embassy
Consular Section
10-5 Akasaka 1-chome
Minato-Ku, Toyko 8420
Japan

STATE-0714

〒275-0015
習志野市鷺沼台三丁目[illegible]
習志野警察署
電話〇四七(四七四)〇一一〇

*Embassy of the United States of America*
*1-10-5 Akasaka, Minato-ku*
*Tokyo 107-8420 JAPAN*
*Fax 81-3-3224-5856*

November 26, 2013

Mr. J[redacted] S[redacted]
c/o Narashino Police
2-4-1 Saginumadai
Narashino-shi 275-0015

Dear Mr. S[redacted],

This letter is a follow up to our consular visit of November 21 and to the letter you gave us on the same day.

You mentioned that you are not represented by counsel. Japanese law makes a different provision for the defense of arrestees who cannot afford an attorney. The Japanese system is different from that of the U.S. Public Defender system. During the pre-trial period, an arrestee may request to meet a duty attorney, free of charge for a one-time visit to be hear an explanation of what the charges may be. If the charge is serious and falls within certain categories such as murder, robbery, or drug smuggling, etc., and if the arrestee cannot afford a private attorney, the government will assign an attorney to the arrestee soon after the arrest. For minor charges such as assault, the arrestee has several options. He may hire a private attorney, or if the arrestee cannot afford an attorney, request from the court that they appoint an attorney at government expense. In that case, the attorney is assigned by the court only after the arrestee has been indicted.

On November 25, we contacted the Chiba District Court on your behalf. According to them, the court has already assigned an attorney to your case at government expense. The first court date has been set for December 19, 2013. The court informed us that they sent the notification to you on November 22. The attorney's information is as follows:

Name: Mr. Toou Kushida
Subaru Law Office
3-10-4 Chuo, Chuo-ku, Chiba-shi, Chiba-ken 260-0013
Tel: 043-222-5854

In your letter, you requested that we give a copy of your statement to Mr. Tsutomu Nakamura. We ask that you or your girlfriend contact Mr. Nakamura directly if you wish to consult with him as his service is fee based.

You allege that you were tortured by the police and that your human rights were violated. You may wish to bring your situation directly to the attention of the following organizations:

Center for Prisoners' Rights
c/o Amikasu Law Office
Lafine Shinjuku #902
1-36-5 Shinjuku, Shinjuku-ku, Tokyo 160-0022

Japan Federation of Bar Associations
1-1-3 Kasumigaseki, Chiyoda-ku, Tokyo 100-0013

We also contacted the Narashino Police directly and expressed our concern about your condition. We were told that a visit to the hospital has been scheduled again for November 27 in order to address your injured toe.

We are also including information about marriage and a report of birth at your request. If you would like us to provide to you a notary service for a "Single Affidavit for Marriage," please fill out the form without signing it, and give it to the consular officer on the occasion of our next visit. We will need to take your oath and have you sign it. We will then hold it until you or your girlfriend pays the required $50 fee. This form will need to be submitted by you or your girlfriend to the city office with other required Japanese documents in order to legally register your marriage in Japan. Marriages are not registered with the Embassy; they must be registered at a Japanese city office in order to be legal. While you have a certain level of flexibility with regard to when to report the birth of your child, however, the earlier the better. Please visit the Embassy website at http://japan.usembassy.gov/e/acs/tacs-crba.html once you are released, and make sure that you prepare all documents, and make an appointment online. You can download the needed forms from the above website. Your girlfriend may also contact the Embassy by phone at 03-3224-5000 and ask for the Passports Sub-Unit for more information about either the Single Affidavit for Marriage or the Consular Report of Birth.

You also inquired about a Japanese spouse visa. We ask that you or your girlfriend contact the Tokyo Regional Immigration Bureau directly about requirements:

Tokyo Regional Immigration Bureau
5-5-30 Konan, Minato-ku, Tokyo 108-8255
Phone inquiry: 0570-013904, 8:30 to 17:15, Monday through Friday
Office hours: 9:00 to 12:00, 13:00 to 16:00, Monday through Friday

We realize incarceration is frustrating, but we encourage you to make the best of it by complying with the rules and cooperating with the guards. We also ask that you try to eat

as much as you can to stay strong and healthy; it will help you cope with your current situation.

Sincerely,

American Citizen Services
U.S. Embassy Tokyo

enclosed:
web-copy of:
- Passports
- Marriage in Japan
- Single Affidavit
- Report of Birth
- DS 2029, DS-11, SS-5-FS
- Affidavit of Child's name
- Translation of Household Register
- DS5507.

About the JFBA

- About us
  - Overview
  - President's Message
  - What is the JFBA?
  - Access to Bar Associations Building
  - Organization
  - Our Officers
  - JFBA Rules and Regulations
- Activities
- The Japanese Judicial System
- White Paper on Attorneys

## Access to Bar Associations Building

1-1-3 Kasumigaseki, Chiyoda-ku, Tokyo 100-0013, Japan

tel. +81 (0)3 3580 9741 fax: +81 (0)3 3580 9840




Access to Bar Associations Building
15-minute walk from JR Yurakucho Sta.
1-minute walk from Subway Kasumigaseki Sta. (Exit B1-b)
(Marunouchi Line, Hibiya Line, Chiyoda Line)



JFBA Japan Federation of Bar Associations
copyright© Japan Federation of Bar Associations all rights reserved.

*Embassy of the United States of America*
*1-10-5 Akasaka, Minato-ku*
*Tokyo 107-8420 JAPAN*
*Fax 81-3-3224-5856*

February 21, 2014

Mr. J[redacted] S[redacted]
[redacted]

Dear Mr. S[redacted],

Thank you for notifying us of your recent release.

You may request access to records pertaining to your recent detainment through the Freedom of Information Act. We ask that you please go to http://foia.state.gov/ for more information.

Sincerely,

American Citizen Services
U.S. Embassy Tokyo

AMERICAN EMBASSY
FEB 13 2014
TOKYO, JAPAN

Hello,

This is J[redacted] S[redacted]. I was released from Chiba Prison on 2.4.14. My son was born [redacted], I want to thank you for your help.

I'd also like to receive copies of all communication, & the photo taken of my frostbite feet during the consulates last visit to me.

Address is

J[redacted] S[redacted]
[redacted]

Thank you,

J[redacted] S[redacted]




佐
26
2.10
12-18

1 6 7 - 8 4 2 0

American Embassy
Consular Section
10-5 Akasaka 1-chome
Minato-ku Tokyo
107-8420




1 6 7 - 8 4 2 0

佐
26
2.10
12-18

American embassy
consular section
10-5 Akasaka 1-chome
Minato-ku Tokyo
107-8420

J[redacted] S[redacted]

[redacted]

CLASSIFICATION: UNCLASSIFIED
Privacy/PII

**From:** [redacted]
**Sent:** Tuesday, February 04, 2014 2:19 PM
**To:** Duval, Thomas A; Uadan, Bernard C; Capistrano, Norm; Glass, Leslie J
**Cc:** [redacted]
**Subject:** J S - sentencing

Mr. Kushida, J S 's attorney called to report that today was his sentencing day, and the court found guilty, and sentenced him to the imprisonment with forced labor for one year & six months. The sentence was suspended for four years, and Mr. S was released from custody.

After the sentencing, Mr. Kushida spoke with Mr. S who mentioned that he may be visiting his sister in Hawaii. The attorney told both Mr. S and his girlfriend that the sentence will become final in 2 weeks, and Mr. S is subject to deportation. Mr. S was going back to the detention center to pick up his belongings. The attorney said he told Mr. S 's girlfriend to discuss their own issues with Mr. S .

After two weeks, he can be called by the immigration to report to the immigration if he remains in Japan.

Heads-up:
The attorney said that Mr. S or his girlfriend might call the embassy seeking advice about Mr. S 's status in Japan or birth registration. According to the attorney, Mr. S 's girlfriend has not registered their marriage. Her concern was that there is no place to live as a family.

Mr. S and/or his girlfriend who is currently in Yamagata:
Might ask:

- Marriage registration
- Birth registration (out of wedlock) and the baby's ppt
- MR. S 's immigration status, etc.

********

[redacted]

http://japan.usembassy.gov http://www.travel.state.gov

Privacy/PII
This email is UNCLASSIFIED.

CLASSIFICATION: UNCLASSIFIED
Privacy/PII

Printed By: [redacted]

AMERICAN EMBASSY J [redacted] S- [redacted]
Chiba Prison
JAN 3 0 2014
~~2063~~
TOKYO, JAPAN

1.24.14 ①

Hello, I want to thank Mr. TD for coming to visit me, and for taking the photo of my severely damaged left foot - frost bite. Today, the indoor temp. is 3°c. Highest recorded since Dec. 20th had been 4°c. Often I open the window to let in the "warmer" air.

On 1.23.14 my "trial" (farce) ended with sentencing scheduled for 2.4.14. The prosecutor wants me to go to prison 1.5 years. During neither trial were the elements of intent raised, the required element for the charge of "assault." The only thing ever discussed was racism. that I'm a racist. which even if true, is not a crime. Heck, the Japanese think nothing to call for the extermination (genocide) of cockaroaches (Koreans), etc. I've had a front row seat through this ride of terror. I've had my leg broken, feet so damaged from frostbite I can now barely stand, yet I can say, the treatment of blacks, and Asians (non-Japanese) in Japan's version of justice is much worse

than the blond haired, blue eyed novelty. At my second "trial" scheduled for 40 minutes, I immediately stated I refused to answer any questions, yet the prosecution kept hammering away about me being a racist, and how I felt no "regret" for the victims, neither who bothered to show up to either Dec. 19th, or Jan. 23rd proceeding. Racism, and regret, are not elements to assault. Over my lawyer's "objection" on constitutional grounds, the right to remain silent, questioning continued, as the clock was intentionally being eaten up, no doubt to hold me over for another month of psychological & physical terror, and abuse. I finally said to the judge, interrupting the proceedings, "I'm not answering any questions." Move on with this! The prosecution never offered into evidence the photos of my hands that clearly show I never assaulted anyone. The prosecution never offered into evidence the 2 videos that prove this to be so. Today, my child is 27 days old. I have not

seen him, as he is in northern Japan, and clearly impossible in this weather to be moved about. The prosecutor's pathetic closing argument was all about racism, and how I will go out and do this (whatever this really is) again! All at the age of 55!
What I want to know is, how do I protect this child of mine? My parental rights? I'd also like to know why these clearly criminal, criminal proceedings are allowed to continue under the guise of "sovereignty"? Human rights, torture, illegal proceedings, false charges, and abuse of power & authority, criminal procedural errors, constitutional violations should not be heaped ~~a~~ upon anyone! I have made it clear that I have made no plea, yet this bullshit moved forward anyway. The judge asked me if I had discussed with my lawyer about "compensating" these victims. I wanted to say, who is going to compensate me for torture, a broken leg, and severe frost bite, physical & pyschological, and

isolation, including chamber isolation for 5 days. I'd learn that on the 5th day of isolation, my son was born. (*) (4)

emotional trauma, and for keeping me from the birth of my son, whom I have yet to see! Instead, I lied to the judge, (figuring since the entire legal system in Japan is a lie), "Yes, we have!" The proceeding ended with me apologizing, yet I wasn't sure if I was apologizing for (racism), saying the word (fuck) (which was brought up at the trial.) "Did you say fuck?", or for the assault that never happened. I thought of the judges who were my professors at law school, and how these corrupt prosecutors would be, sanctioned, censored, kicked out of the courtroom, fined, rebuked to scorn, and have to file a report to the bar. I thought of how, if they had done it a second time, they would have been judged incompetent, and disbarred. If these clowns want to send me to prison, I want to go to the U.S., and I want the evidence (2 videos), that prove I'm innocent, and all hospital records that

(*) son born 1.4.14., found out 1.9.14.

prove my foot was broken at Narashino, and therefore, tortured. Nov. 8th broken, Nov 9th, 3 documents signed (until they thought they got the wording correct), that "I promise not to injure myself again.", Nov. 12th order from doctor to hospital, refused until Nov. 13th, where I crawled to cell bars facing exterior window screaming for help, until I was finally taken to the hospital. Foot Xrayed Nov. 13th (broken), indicted the same day for "pushing", an incident that supposedly took place 6 weeks before my arrest (Sept. 12th / Oct. 19th) Note: my foot was Xrayed a few days before arrest by an USC: City orthopedic surgeon. I have access to that Xray. My foot wasn't broken. The Embassy should be demanding serious inquiries into this case. I'm sure you're used to dealing with dummies throwing away their lives by attempting to smuggle in a kilo of weed, coke, or heroin, but here -- all I was doing was trying to get

a refund owed to me, called a stupid foreigner, told to get out, spit in a trash can in disgust, and walked away. That was ~~98~~ 101 days ago. All I was doing was going to work, excited that I was going to get married, and have a son named <u>Masayuki</u>. One would think a racist (being aryan & all that), I'd first, not live in Japan, second not marry a Japanese woman, and thirdly name my kid Bob, or Jimmy, or maybe Billy?

How does someone in my position apply for a job at the Consulate? A job like Leslie Glass, or Tom Duhl? I have the papers behind me. A communications degree, a brokers license, a law degree, etc. I'd like to look through a plate glass window at frightened, victimized U.S. citizens, and tell them "I've been where you are, and I'm here for you now." And fight like hell "diplomatically" for them. I'd also like to protect my wife,

and child in the process. Any country would do!

There is good reason U.S. representatives are not allowed inside to see these conditions. I'd compare them to movie scenes of Auschwitz. Many of the guards are very good men. But, they have to adhere to regulations that are inhumane. It's not the guards, it's the system that needs great outside pressure to modernize, like after the 2006 new legislation regarding the Nagoya Prison debacle. Finally, somebody listened, and that mess was changed.

Think of my legal knowledge, and my current position. I'm looking forward to the day when I can describe details of conditions human beings are suffering through, and psychologically deteriorating from, as a result.

Family contact: (sister)

[redacted]

(Allow my sister access, copies of this, and any other documents regarding this matter.) [redacted] →

1.28.14

I have a punishment hearing today.
This, after I spent 5 days in solitary confinement (chamber / echo isolation).
5 days no eating during that time.

Sentence: 2.4.14

Please, get me out of this country!
I believe I am now in the situation, I cannot provide for, or protect my family on numerous levels including finance, prison, visa status, and physical, psychological, and emotional torture.

1.28.14

Q[redacted] S[redacted]

~~2013~~




1 0 7 - 8 4 2 0

U.S. Embassy
America citizen Services
10-5 Akasaka-1-chome
Minato-ku, Tokyo
107-8420

[redacted]

(1)

AMERICAN EMBASSY
JAN 24 2014
TOKYO, JAPAN

written before visit.

To U.S. embassy.

On 1.23.14, I go to what is supposed to be my final court appearance before they make a sentencing date. Due to the financial emergency this mess has put me in, and the fact they held me here while my child was born, I of course, like nearly everyone else will make a duress plea. Let it be known, I have not plead guilty. I simply have stated "I accept responsibility for what I have done." That is a non-plea. If I'm convicted to prison, I want to be transferred from this barbaric + human rights violating, pathetic excuse of a nation and legal system, - of course condemned the world over for one of the worst violators of human rights on the face of the planet. These power abusing criminals broke my foot Nov. 8th, & not a damn thing has been done about it. Now, I cannot even walk because I'm held in conditions so

cold that I have extreme frost bite in my
other foot. I've been to the doctor here,
and they think pills is the answer. The
temp. indoors today is 2°C, the highest
I've recorded is 4°C, since I've been at
Chiba Prison. Further still, 2 videos
finally released by Tsudanuma train
co. prove I'm the one being assaulted,
yet I'm the one being tried, & will be
convicted of "punching" & "pushing". There
isn't one shred of evidence to support any
claim yet as of this writing Oct. 19th,
to Jan. 22nd, I'm being held, and
continuously being tortured. If I attempt to
exercise to warm my body I'm punished
for it. I was already held in isolation
5 days for this. 5 days of no eating,
they finally saw my "great regret" &
let me out. Back into absolutely freezing
and inhumane conditions.
I want to meet with U.S. representatives,
and be transferred from this piece of

shit, radiation infested, degenerate nation of insane minded "beings" that can't seem to rationalize a single thought, I've been tortured long enough, I want out of this fuck hole called Nihon. | My hands are purple, my feet & toes are past that state, as the skin is clearly dying. My left heel is entirely dead. I am being pushed to the point of taking violent action, and it's not yet February the coldest month. I am clearly suffering physical, psychological & emotional trauma.

The facts...

Oct. 19th I tried to get a refund owed to me. the frustrated train worker couldn't communicate, called me a "baka gaijin" & told me to go. the video shows me spit in a garbage can, and walk away. the second video shows only me being kicked at, and punched until I finally ran down stairs, where I was still being assaulted.

(4)

The worker then made it a race hate incident saying I called him a monkey, which is the only thing this is really about, & why I have been tortured, & "detained." of course he didn't know I had a Japanese wife, & child on the way. child's name is Masayuki. Sound like a name a racist calls his kid?

Now, look at the language in this statement? I hate these people. That is all that has resulted from this. Just great hate.

I want a representative to come here, And bring me documents for transfer to the U.S., and to know what are the conditions for such.

I'm currently held at Chiba Prison.

J [redacted] S [redacted]

~~2063~~

I'd also like documents regarding filing human rights, torture, physical and psychological abuse for the International World Court.

KOKUYO

J.S

further still, my 1st court appearance was ~~Oct~~ Dec. 19th, coincidentally (not), on Dec. 18th, my cast was removed. I "guess" the Narashino Detention criminals, I mean staff didn't want to wheel me around in a wheel chair in front of the judge, as they had to since Nov. 8th. Yet, due to extreme damage to my feet (I wear 4 socks & that still won't suffice), from frost bite, I am back in a wheel chair.

My family lives in Maui, Hawaii. I want out of here! I've committed no crime. Does the U.S. government need more than video to prove this?

JS

(My kids 20 days old today, I've yet to see it, as his mother is in Yonezawa, and unable to come to court, due to financial hardship all this has caused)

I don't want to hear/ receive / receive any more docs about sovereignty bullshit. This is an occupied nation, and it's occupied because of their war crimes past. Further still, a "sovereign," nation has no right to torture, U.S. citizens and have the U.S. govt. take no action & allow it.

I'm not a criminal. I have no criminal past. I wasn't smuggling in drugs at Narita Airport. I am the victim of a race hate crime, and being tortured as a result. I want out of here!

I'd enjoy going in front of a federal prison warden / committee & answer, "why are you here?" "Well, sir I'm accused of pushing and punching." "Take a look at the videos!"

Have you seen the "exercise" yard here? No, well picture Auschwitz. That'll give you a good idea.

KOKUYO




107-8420

American Embassy
American Citizen Serv.ces
10-5 Akasaka 1-chome
Minato-ku, Toyko
107-8420

J[redacted] S[redacted]

[redacted]

*Embassy of the United States of America*
*1-10-5 Akasaka, Minato-ku*
*Tokyo 107-8420 JAPAN*
*Fax 81-3-3224-5856*

January 28, 2014

Mr. Toru Matsumura
Warden
c/o Chiba Detention Prison
192 Kaizuka-cho, Wakaba-ku,
Chiba-shi, Chiba 264-8585

Dear Mr. Matsumura,

We are writing regarding Mr. J[redacted] S[redacted], a U.S. citizen detainee in your care.

We recently visited Mr. S[redacted] and we are very concerned. He mentioned he has suicidal thoughts, and seemed to be very emotional. We have already alerted your staff about this by phone, but respectfully ask again that you monitor him carefully and have him see a psychiatrist, if necessary.

We appreciate your cooperation.

Sincerely,

Hugues Ogier, Consul
American Citizen Services, Chief
U.S. Embassy Tokyo

**From:** Ogier, Hugues P
**Sent:** Wednesday, January 22, 2014 5:35 PM
**To:** Duval, Thomas A
**Cc:** [redacted] Uadan, Bernard C; [redacted] Capistrano, Norm
**Subject:** RE: Visit notes; S , J

Good to go. [redacted] If he is not freed tomorrow, we need to alert the center about the suicide threat. HO

-----Original Message-----
From: Duval, Thomas A
Sent: Wednesday, January 22, 2014 5:30 PM
To: Ogier, Hugues P
Cc: [redacted] Uadan, Bernard C; [redacted] Capistrano, Norm
Subject: Visit notes; Stone, Jack

On January 22, 2014, a Consular officer visited J S (DOB: ) at Chiba Detention Center.

Mr. S 's girlfriend had a son on .

Mr. S explained, in exhaustive and sometimes repetitive detail, what happened to him. Feeling as if he is caught in a Kafka-esque web of circumstance directed by people who are persecuting him because he is not Japanese, he often broke into sobs as he explained the terror he feels as he waits for his sentencing tomorrow.

His previous injury to his right foot was documented in previous visits. He showed ConOff his left foot, which he says is very difficult to walk on. His left heel appears swollen and purple; three toes were purple, two with patches of black skin.

Mr. S says that there is videotaped evidence which shows his innocence, and described several instances of resistance to his jailers. Despite that, Mr. S burst into tears repeatedly saying he just wanted to go home, and mentioned several times his belief that he "could not take a year in a Japanese prison.". He suggested that he might consider suicide.

ConOff tried to offer encouragement, citing Mr. S 's new son as a reason for living and talking about Martin Luther King. Mr S thanked ConOff for his calming demeanor and again burst into tears as he left the interview room.

This email is UNCLASSIFIED.

[redacted]

**From:** [redacted]
**Sent:** Thursday, December 26, 2013 11:06 AM
**To:** Ogier, Hugues P; Uadan, Bernard C; Duval, Thomas A; Capistrano, Norm; Glass, Leslie J; Passos, Helena; [redacted]
**Subject:** S , J - transferred to Chiba Detention

FYI.

We received a notice from Chiba Detention that Mr. J S was transferred to their facility on December 20, 2013. His trial is scheduled as January 23, 2014. – 2nd Trial .

[redacted]

JAPAN )
CITY OF TOKYO ) SS:
EMBASSY OF THE UNITED STATES OF AMERICA)

## SINGLE AFFIDAVIT FOR MARRIAGE OF:

J [redacted] S [redacted] the first (son) daughter of
(applicant's name) (1st, 2nd, etc.)

J [redacted] S [redacted] and [redacted]
(father's name) (mother's maiden name)

Father's citizenship: U.S.A. Mother's citizenship: U.S.A.

U.S. address: [redacted]

Date of birth: [redacted]

Place of birth: [redacted]

U.S. passport # [redacted] Issue date [redacted] Issue place U.S. DOS

Local address: [redacted]

(If previously married: I was divorced from ____________ on this date ________.)

I, the above-mentioned person being duly sworn, do declare that, according to the laws of my domicile, I am of legal marriageable age, that I have not been married before ~~/ I have been married before and divorced~~, and that there is no hindrance, legal or otherwise, to my uniting in marriage with

M [redacted] S [redacted], a citizen of Japan.

C [redacted] S [redacted]
Signature of Affiant

Subscribed and sworn to before me this date DEC 16 2013 ~~[illegible]~~ at Tokyo, Japan

Consul of the United States of America duly commissioned and qualified

**J. Leslie Glass**
**Consular Associate**

STATE-0752

[redacted]

**From:** Ogier, Hugues P
**Sent:** Tuesday, December 17, 2013 9:02 AM
**To:** Glass, Leslie J; [redacted]
**Cc:** Passos, Helena
**Subject:** RE: Stone, Jack - Narashino Police (Chiba)

Tiny edit. Thanks for going yesterday on such short notice. HO

This email is UNCLASSIFIED.

---

**From:** Glass, Leslie J
**Sent:** Tuesday, December 17, 2013 9:01 AM
**To:** [redacted] Ogier, Hugues P
**Cc:** Passos, Helena
**Subject:** S , J - Narashino Police (Chiba)

On December 16, 2013 a Consular Associate visited detained U.S. citizen J S . The Consular Associate provided the Single Affidavit for Marriage to Mr. S for his signature and subsequent notary. Mr. S 's attorney will provide funds for the notarial service. Mr. S briefly discussed his case and appeared to be in a better emotional state. He had no new allegations of torture and is looking forward to the birth of his child. His fiancée visits and provides clothes and other necessities for him. The meeting ended amicably.

This email is UNCLASSIFIED.

**From:** [redacted]
**Sent:** Thursday, December 05, 2013 4:00 PM
**To:** Uadan, Bernard C; Duval, Thomas A; Capistrano, Norm
**Cc:** [redacted]
**Subject:** Update on J S

This is the case that the torture/human rights violation was mentioned by the arrestee.

Mr. S 's court appointed attorney, Mr. Kushida, called. Last time I asked him to have Mr. S update his PAW, and faxed him a PAW. Mr. Kushida said he's going to visit Mr. S again today, and will bring a PAW form for Mr. S .

The attorney Kushida said that Mr. S was indicted for his second charge, assault (w/o causing injury) on December 3. This assault charge is from September 12, 2013, when Mr. S had argument with a station staff and allegedly pushed the staff several times.

The attorney Kushida said that he will be Mr. S 's court appointed attorney for the both charges that will be tried together. Again, since Mr. S has been denying the charges, this case will take time to finish.

The attorney Kushida also contacted Mr. S 's pregnant girlfriend, M S who is now in Yamagata at her cell phone, ( . The attorney explained to the girlfriend about the affidavit for marriage that will cost $50. The attorney said that it is not certain whether she will immediately register their marriage because Mr. S is in jail and their baby is due soon.

[redacted]

Privacy/PII
This email is UNCLASSIFIED.

*Embassy of the United States of America*
*1-10-5 Akasaka, Minato-ku*
*Tokyo 107-8420 JAPAN*
*Fax 81-3-3224-5856*

December 13, 2013

Mr. J[redacted] S[redacted]
c/o Narashino Police
2-4-1 Saginumadai
Narashino-shi 275-0015

Dear Mr. S[redacted],

Thank you for your recent letter that we received on December 12. We are currently scheduled to visit you on Friday, December 20 (please note this is subject to change) and take your oath for your Single Affidavit. We already discussed this process with Mr. Kushida, your court-appointed attorney. He said he would return the affidavit to you at the beginning of the week of December 16 before we visit you. If you cannot receive your passport before our visit, the consular officer can read your passport number and the date of issue from our file to you so that you can write in the information on the affidavit and sign it. Mr. Kushida told us that you have funds in Yen to pay the $50 notary fee. However, we won't be able to accept the yen in cash from you as the exchange rates fluctuates every day, and we won't be able to give you change at the police station. Therefore, we asked Mr. Kushida to come to the Embassy to pay the fee on your behalf at the Consular cashier. We will then be able to give him the completed and sealed affidavit.

We hope you find this information helpful.

Sincerely,

American Citizen Services
U.S. Embassy Tokyo

AMERICAN EMBASSY

DEC 12 2013

TOKYO, JAPAN

J[redacted]
Narashino
(Embassy) (1)

Hello, thank you for the documents regarding parental/custody related matters. I would like to address the issue of the broken bone in my foot. In the letter I received it states (broken toe): This response seems to minimize the extent of the damage. First the Letter says "alleged". I understand the use of this terminology, however the doctor at Tsudanuma General Hospital who xrayed my right foot, noted clearly this was a brand new broken bone. Second, it's not a toe, its the bone that supports the body weight over the metatarsal pad, and as a result I was cast, and have been unable to put any weight on the leg/foot since Nov. 8th when I was subjected to torture, which was videotaped by Narashino guards. Guards who were on 28 hour work shifts, and attempted to inflict pain on an already severely damaged foot, that is well documented as such. The guards were incompetent, as they were referring to a manual (a visual manual) while inflicting great bodily injury. It was not just a foot that was subjected to

the use of a device condemned by every civilized nation, including the U.S. it was also used on my two knees where I've had 5 knee surgeries. It felt like someone dropped a car on me, and removed the tires. I went into immediate respiratory failure. And this is how most people die from the use of that device. Take for example the Ghana man whose dead body was placed on a plane in an attempt to cover up his gross physical abuse, and torture. Guards on 28 hour shifts, driving me on the highway to the prosecutor's office and to judge's offices and back to detention is a formula for disaster. These overworked, exhausted guards have also given me the wrong medication, open the wrong cabinet when retrieving my material, etc. This is how / why they are incompetent to perform menial duties. How can they then understand how to use a torture device under those exhaustive states? I'm sure I'm different than the average detainee as I have a legal background, and note/date errors. In that, but for the embassy coming to visit me, and I'm greatly thankful for that, I wouldn't have been given council. It was on day 38 that I 1st saw an attorney, where one should have been provided on day one according to the charge filed,

(2)

further still, evidence was intentionally not recorded because it didn't fit the ridiculous script fraudulently presented by corrupt investigators, and public prosecutor who were notified about these matters. In fact Kume, this corrupt female prosecutor, upon demand for an attorney on day 34 stated, "You're good at writing to your Embassy, ask them to provide you an attorney."
Whether you believe me or not, I'm the victim of racial hate crimes documented before Oct. 19th, and dating back to at least Sept. 12th. All of this has been intentionally sanitized from the charge against me. And where I continually refused to answer questions, and wouldn't sign false statements, the investigators told my girlfriend that I will stay here longer as a result. 38 days no attorney. Intentional failure to record evidence - Clear evidence, and a myriad of torture and abuse should not be taken lightly.
Guards have never, one time entered any of the Japanese detainees cells yet on

a near daily basis they enter my cell, take my clothing, harass me to no end, and even on occasions videotape it. why?

I've unwillingly been subjected to a front row seat of Japan's criminal, criminal proceedings. There is good reason the UN, the world court, and every human rights organization condemns this. Japan is down at the bottom of the list, near Somalia and North Korea for this violative process. Is it any wonder there is a near 100% conviction rate?

I don't agree with some things the U.S. govt. does, but there is a good reason the federal criminal code has been craved by nearly every civilized nation in Japa the world, Japan as well.

The intentional procedural violations in this case is disturbing. There are clear constitutional issues as well. Evidence withheld? How can one provide an adequate denfense and have a fair trial?

Property seized without a hearing violates Japan's (U.S. written) right to life, liberty and property.

Tokyo's chief prosecutor stated, "Foreigners have no human rights in Japan. I don't recall this racist

name but I quoted him in an article I wrote about Hashimoto and where every mayor in San Francisco, Los Angeles, and New York refused to meet him, and couldn't guarantee his safety for his racist rhetoric. Further, the quite insane former Tokyo mayor Ishihara stated to police, "If there is a natural disaster foreigners will be raping, looting, and pillaging in the streets," He gave police carte blanc to shoot foreigners in case such a disaster arose. This was reported globally, and severally condemned. I was held 6-7 days without no notice to anyone, thanks to the embassy finally my girlfriend and employer were notified. Greatly appreciated!
Whether the Embassy believes me or not, I'm not guilty of what I'm charged with. I was sick and tired of racial hate remarks and responded to it. In reality one can't spew hate speech, and then run to be protected by the law. A KKK member can't yell - "You dirty nigger" to a black man, and then when ~~that~~ he's that man punches him in the mouth, turn

and run to the courts for a legal remedy. Yet, here I'm severly injured, running from a physical assault, and being charged as the perpetrator. All evidence shows this, and all they have against me is this racist's statement. Nothing more! With video cameras located everywhere this incident occured. And withheld, why? Since ~~it~~ even before being detained, I have stated, preserve the video as evidence. The prosecutor has only stated, "Stop talking about video." Why? My court date is Dec. 19th, I wish a representative could come observe the farce that will be presented, and bare witness to this matter. I can only wonder how many truly innocent people are convicted in this country, under these proceedings.

[Margin note: The embassy should demand these videos be released]

[Margin note: They prove 100% I'm the victim]

Finally, every time I have told investigators, abc and Kume prosecutor I will not answer questions, and refuse to be interviewed, the interview/interrogation continues anyway. Each time documents are then produced for me to sign. How horrifying this must be for those that have no knowledge of their rights? Is the U.S. so castrated in these matters that its representatives can not prevent this?

Update:

My lawyer told me, if I fight this will take 3 months longer. if I plead guilty - 3 weeks. No wonder this nation has 99+% conviction.

I will be filing a Affidavit for Marriage to protect M[redacted] S[redacted], and our child which will be born the week after my trial, where I will plead guilty so I can move on. I'll worry about other leggalities once I'm out of here.

I'm waiting for my lawyer to pick up my passport, and birth certificate to proceed.

Thanks for your help. My question here is, how do I get this Affidaut notarized? I have yen with me to cover the 50.00 fee.

J[redacted] S[redacted]




1078420

Embassy of U.S.A.
1-10-5 Akasaka, Minato-ku
Tokyo 107-8420

〒275-0015
習志野市鷺沼台二丁目四番一号
習志野警察署
電話〇四七(四七四)〇一一〇
留置管理課

J[redacted] S[redacted]
Narashino Detention
U.S. embassy
notary service

AMERICAN EMBASSY
DEC 13 2013
TOKYO, JAPAN

Hello,

I have a special request if I may ask.
Due to the circumstance of possible departation,
I need a consulate member to come to
Narashino Detention Center to notarize an
Affidavit of competency to Marry (ACM). I
have the money to pay the required fee in
yen.
I need this document to forward it to M[redacted]
S[redacted] in order to submit an application
to marry with city hall. (Kon-in Todoke)
I'm sorry to intrude, but I'm trying to protect
the child/father relationship and a departation
process would greatly impede my parental
and marriage rights.
I know Mr. Koshida, my court appointed
attorney has already contacted the U.S.
Embasy in this regard. It would be of
great help if Mr. Koshida, (who has gotten
my passport, and birth certificate from my
home), and the Embassy could coordinate,
and expedite in this regard. If I had
knowledge of this matter, I would have
written sooner. I apologize in this

due to maternity leave & she had to vacate company housing.

regard, as I just found out minutes ago. My hope had been to raise this child. Due to M[redacted] S[redacted] living in Tokyo, and I in Chiba at the time of pregnancy, we continued in that manner until she quit her job Nov. 20th, and it was at that time we were to file marriage. However, I was detained Oct. 19th and we were unable to do the necessary documents. Mr. Koshida is trying to resolve this, and prevent any further damage. Ms. S[redacted] will suffer great harm if I am deported, as she is financially unable to provide for that child without my support. Currently, she is homeless, att and all her property stored in Tokyo. I have a long term lease on a house, and employment opportunities.

temporarily at family residence but cannot stay

Further, this child was not an accident, as our first child miscarried, and we had been planning a family.

Please help. My court date is Dec. 19th, and I need to have the marriage application receipt by that date.

Thank you,

J[redacted] S[redacted]

Baby first is due to Japanese families usually rejective and refusing marriage with a foreigner, unless there is a child that is the case in this relationship

(*) I will waive any further visits on my behalf.
J[redacted] S[redacted]




167-8420

American Embassy
Consolar Section
10-5 Akasaka 1-Chome
Minato-ku Tokyo
107-8420

〒275-0015
習志野市鷺沼台二丁目四番一号

習志野警察署

電話〇四七(四七四)〇一一〇

留置管理課

**From:** Tokyo, CCU
**Sent:** Friday, May 30, 2014 2:28 PM
**To:** J[redacted] S[redacted]
**Subject:** RE: 5.20.14. J[redacted] S[redacted]

Dear Mr. S[redacted]:

This is in reference to your email request for information, included below, which was received in this office. While this office may maintain some or all of the information you are requesting, we are unable to respond to such requests directly. All requests for information and documents to the Department of State under the Freedom of Information Act and Privacy Act must be addressed to the following office which is responsible for responding to and coordinating all such requests:

Sheryl L. Walter, Director
Office of Information Resources
Management and Services
A/GIS/IPS
SA-2, 5th Floor
Department of State
Washington, DC 20522-6001

Requests may also be faxed to the above office at (202) 261-8590. Once the Office of Information Resources Management and Services (IPS) receives a request for information or documents under the Freedom of Information and Privacy Acts, the request will be forwarded to the appropriate offices within the Department of State and/or U.S. embassies overseas to perform a search for any pertinent information or documents being requested. Any information or documents located will then be forward to the Office of Information Resources Management and Service for review and any releasable documents or information will be sent to the requestor. Additional information may be obtained by calling (202) 261-8484 and can also be found on the Department of State's FOIA website at http://foia.state.gov where you can submit your FOIA request electronically as well.

Thank you.

American Citizen Services
U.S. Embassy Tokyo
+81 (3) 3224-5000

Privacy/PII
This email is UNCLASSIFIED.

**From:** Jack Stone [mailto:email@stackjones.com]
**Sent:** Tuesday, May 20, 2014 9:32 PM

**To:** Tokyo, CCU
**Subject:** 5.20.14. J S

I need the contact information for Robert Duval, Leslie Glass, and the first consulate officer that visited me at Narashino Detention Center.

For Mr. Duval, who visited me at Chiba Prison, he took photos of my leg injuries, and I will need them for my appeals trial.

For Ms. Glass, she was witness to my broken leg, and I will need a statement from her, or her superiors as to how that matter was reported, and what actions were taken after that.

This information is already being sought through the FOIA, and Katrina M. Wood, and Marianne J. Manheim, ManheimMJ@state.gov are working on collecting that information.

Further, there is another consulate officer that visited me at Narashino, and I do not recall his name, as I was in a dire physical state at that time, being systematically tortured by police, and the prosecutor's office. This unknown officer had to fight with Narashino Police to get contact information out of my phone, namely my fiancé who was 7 months pregnant at the time, and who the Japanese "authorities" refused to contact, and provide this information. I had attempted to also give him my iPhone as a gift, to obtain contact information, which was first refused, but this officer then refused to leave the detention center until he had that information. He was thereafter able to extract contact information for Ms. Suzuki, and my employer.

I want to know what information was filed regarding this visit, and these incidents, and what action the supervisors took in these matters.

I was told by all of these officers that the consulate would be filing official complaints regarding treatment to the Narashino detention center, Chiba prosecutor's office, Chiba prison, and the lower court of Chiba. I want copies of all of this information to be used at my appeal trial.

Any, and all other communications is being requested as well. Communications within the embassy, and consulate office, between these two divisions, supervisory communications, communications with Japanese officials, and contact information for all parties concerned, as they may be subpoenaed to appear at this trial. Please, include all communications on record regarding torture statements, and any copies of letters written by me, to the embassy while being detained.

I would also request information as to the history of torture, and the numerous complaints with Japanese officials regarding torture, human rights, and other abuses subjected to U.S. citizens while detained in Japan's prison system.

Thank you,

J S

[redacted]

**From:** J S <email@stackjones.com>
**Sent:** Wednesday, May 14, 2014 7:45 PM
**To:** J S
**Subject:** J S: Q&A With Appeals Attorney

5.14.14.

(E) Assault on 12th September 2013
The summary of your story is as follows: "You tried to go through the ticket gates, carrying the folding bicycle. On the station's concourse, the station staff stood in front of you and grabbed the bicycle you were carrying. The bicycle fell to the ground. As soon as the bicycle fell to the ground, you took the bicycle to the corner and was ready to defend yourself.

**Summary of Sept. 12th:**
At around 9:00 a.m., I had passed through the Usui ticket gate carrying my folding bike, and boarded the train earlier that day without incident, exiting at Keisei Tsudanuma station. At around 9:20 p.m., I had already passed through the Keisei Tsudanuma ticket gate, carrying the folding bike. At the tops of the steps that go down to the tracks, a man suddenly approached me on my left side. I could not see who this man was, as his view was blocked by the bike I was carrying. He began to corral me toward my right, which was dangerous as I was very near the steps leading downward. I did not understand what was happening, as this was confusing. This action, in combination with the bike, which weighs 38 pounds, the bag I was carrying, and my own weight, caused all this weight to be placed on my bad right leg. Instinctively I resisted this, as it was greatly painful. I balanced my weight upright, and off of the right leg. The man then put his hands on the bike, and began pushing me back toward the right. Again, I resisted. This all happened at the very top of the steps, and I feared falling down those steps. The man then grabbed the bike, attempting to pull it away from me. I still did not understand what he was doing. The bike, which is quite expensive, and brand new at the time, and in fact being used for the very first time, fell to the ground. I was not happy about this. Who would be? I immediately shouted out, two times, "keisetsu onegaishimasu, keisetsu onegaishimasu." I picked up the bike, and moved toward the back wall, and put myself in a protective, defensive position. The man kept approaching me, yet was not saying anything at all. The train station supervisor came immediately, and sent the man away. I showed the supervisor the medical devices that I had in my bag, and the obviously apparent, bad right leg. He apologized, and allowed me to board the train.

The supervisor of this station staff made him go away. Please describe specifically what happened. For example, were you carrying the bicycle from the ticket gates to the station's concourse? The station staff, did he assault you? If so, what did he do specifically? You cried out for help due to the assault? And is that why the supervisor came over and told the station staff to go away?

The bicycle had already been pulled out of my hands, and fallen to the ground. This occurred at the top of the steps, as I was about to step down them when he approached on my left side. Grabbing the bicycle, and pulling it away from my grip is definitely one count of assault, and one count of battery. This was when I cried out for help, and that is when the supervisor arrived, and sent him away.

An aside:
The station was entirely empty save for two people who stood at the opposite end of the station near the other tracks that lead in the opposite direction. Those two people were a middle aged man, and a middle aged woman. They are students at Azalea Language School. I don't know their names. They reported to my boss, Hitomi Katsuyama what they saw, and concluded the station staff was a crazy, homeless man. My boss conveyed this to me. The prosecution witness must be the station employee's friend, as the prosecution had no evidence to bring this second charge. Why are their no videos released, as it was in the main area, and there are several cameras? Why wasn't I arrested at the time, and allowed to use the station for the next several weeks without being detained? This witness should be impeached. How did the prosecutor "find" this guy, months after the incident occurred? The prosecutor's in Japan have a long history of falsifying evidence, witness tampering, planting evidence, and not disclosing evidence they have that doesn't support their claims. The amount, and level of prosecution corruption, and abuses of power surpasses no other nation that I know of. Further, the charge brought is assault. Assault is the apprehension of an imminent unwanted touching. If I punched the man in the head, and chest "numerous times" times as he has stated, then the charge brought should have been battery, which is an unwanted touching. The charge should be dropped on those grounds alone. Further still, the police entered my home, and seized that bicycle, without a warrant, or ever giving me notice they entered my home, and took custody of my property. Once then police had possession of that bike, they didn't use it in their phony photo reenactment. Why? Because given my bad leg, and my bad right arm, all documented with medical records, it was physically possible to lift this bike to the man's face and "thrust" it at him. Even further still, I was carrying a large bag as well. What happened to the bag? Did it just suddenly disappear? Why are there no videos to corroborate what the station employee said? Also, I didn't even recognize that he was a station employee at the time. I just thought it was another racist Japanese national violently assaulting me, as I have been assaulted numerous times previously.

**Summary of Oct. 19th:**
I was refused a reimbursement, attempted to resolve this, and subjected to rude, hate speech, called a stupid foreigner, and told to get out of the station. (I do not want this "sanitized" from my statement as the prosecution has attempted to do.) Having been subjected to, and suffering from that kind of hate speech on numerous occasions in the past, and having been assaulted on numerous occasions in the past, I was greatly insulted, and offended, therefore, I turned, and spit at a garbage can that was located to my LEFT. Off to my RIGHT was the station employee, who was wearing a tie at the time. I then picked up my ticket, and walked away from the window.

The station staff that was arrogant, and defiant during that entire incident, ran after me, and attacked me by kicking, and punching me. Again, the vast majority of what occurred was captured on video. The videos show me avoiding his assaultive conduct, and even running away from the man to

avoid an escalation of the incident. After kicking me in the left shin area of the leg, which drew blood, he lunged at me with a hard punch to my face, as I was exiting the stairs. As a result of this. I raised the bag I was carrying, which was in my right hand. His momentum carried him into the bag, which his forehead hit. The bag is seen in the videotape in my right hand. and is large in size. having many items in it, including my medical devices used for my bad leg. cell phone. wallet, pen, head set. coins. lunch. a container of drink. painkillers, etc. (All of this content is recorded on file at the Narashino police station. as they took it all into custody). My action was reflexive, and carried out in self-defense only. As a result, his glasses fell to the ground, and he wobbled due to the shock of hitting against the bag. I picked up his glasses, and tried to hand them to him, he refused to take them, so I placed them onto his arm, while telling him to "stop." When I was picking up his glasses. he tried to kick me in the face.

I never punched the man in the concourse area. and certainly, nothing at all happened on the street. as police had already arrived, when I exited the stairs. Again. the videos show that I was assaulted. and running away from the man. avoiding any physical altercation. It's absurd that the prosecution would bring such a charge with the videos that were available to them. This is why they were so brutal, and committed numerous batteries. in their violent actions to force extract a confession from me. which I never relented, and never confessed to. The charge was brought because the man said I called him a monkey. This was the only thing the prosecution, and police were really interested in. The lie. and false police report was made knowing full well the police would "join sides" with him being all Japanese. and they certainly did, as they never took a statement from me, and intentionally failed to record the kick wound I received in their attempt to cover up the fact that I was assaulted. resulting in battery. Further. at the station the police made me place my bag over my shoulder. while it was empty, to take false photos, to aid them in their phony reenactment. The placement of the bag over my shoulder is contrary to the actual video evidence, which shows it was in my hand. One can't punch somebody with a bag in their hand can they?

Aside: The police clearly planted saliva samples on the station staff's shirt in order to obtain the required element of intent for the battery I was charged with. The videotape evidence clearly shows I turned to my left. and the station staff to the right, and wearing a tie. There is no other logical conclusion than the saliva samples, located underneath the station employee's tie were planted. Again. police and prosecutors have a long, and well-documented history of planting evidence in Japan to wrongfully convict a defendant who refuses to confess to any crime. In Japan, the vast majority of cases, more than 90% are not brought on evidence, but instead are brought on force extracted confessions. This has been addressed by numerous United Nations reports. human right organizations reports, and in numerous cases that were overturned on grounds of violent abuses of corrupt officials.

Again. why are there no videos of all this punching I was supposed to have done? Why are they conveniently not available? Why has the police and prosecution continuously told me to shut up about the videos? Why am I the only one that wants Keisei Electric Train Company to release the videos they have on Sept. 13th. and Oct. 19th?

**PLEASE WATCH THE TWO VIDEOS THAT WERE RELEASED. MR. KUSHIDA CAN PROVIDE YOU WITH A COPY.**

**Narashino: In custody injuries.**
My right leg was broken on Nov. 8th. This was the day I was indicted for the Oct. 19th incident. Realizing that the police, and prosecutor were intentionally holding me. and keeping me from the birth of my child, and having already been to the hospital via emergency ambulance several times, and in a state of total fear. and unable to communicate to anyone, and being denied an attorney, and no matter what I was saying to the police. and that my own statements were now being used as evidence against me to bring a phony second charge. I was in the cell, and began to cry. Crying breaks the "silence" rule, and guards began yelling at me to shut up. As a result of the guards threatening me. I went into the toilet area, closed the door. and cried. Suddenly, several guards entered the cell, and dragged me out of it and into an isolation room. Those present were the supervisor. Guard B. Guard 2A who videotaped the entire incident. two Narashino police, a tall man with crew cut hair, and a younger police officer that was thick, and well built. Also present were Guard 2A. who I knew as "Ni C San". and another guard, probably guard 2B. There were others, but they remained in the back, and were not detention guards.

Once in the isolation room. I was thrown to the ground, and the supervisor, Guard B, the police officers. and other guards held me down, in a crucifixion position with my arms. and legs held forcefully out at my side. I never resisted. I feared greatly, and turned to the camera repeating again. and again. "They're not doing anything wrong. They're not doing anything wrong." I greatly feared being assaulted. as police in Japan. and immigration guards had recently tortured, and beaten to death the Ghanian man. Abubaker Awadu Suraj and it was the same prosecutors office in Chiba that covered up their crimes. and refused to bring criminal charges. I also was well aware that prosecutors in Japan don't recognize that foreigners are human beings, and ruthlessly refuse us any human rights, due process, etc.

Guard B then went into a closet and brought out two long black nylon ropes that were dotted with white spots. He also brought out a nylon restraining wrist device that attaches to the waist. I was now in a state of complete panic. Everyone was talking in Japanese, and I couldn't understand any of what they were saying. They then pulled out a manual, which consisted of two pieces of A4 size paper, which were plastic bound, and had on them photos of how to use those torture/restraining devices.

The guards then rushed me, and held me down by my wrists. elbows. knees. shoulders. and feet. Guard B, assisted by the supervisor approached me with one of the long ropes. I told the supervisor that those devices had caused the death of numerous men. I mentioned the Nagoya incidents, and Suraj. They laughed when I mentioned Suraj. I said. "Those devices are banned in every civilized nation in the world." The supervisor said. "We can use in Japan."

Guard B, who acted like the true head of the detention center. took that first rope. and began twisting it around my badly damaged right leg. Those guards were already well aware that right leg was badly damaged, as they could see that I limped on it when I walked. and had to walk slowly due to the injury. Regardless. Guard B went straight at that right leg injury, tying the rope around it, twisting. and pulling it as tightly as he could. This cause great suffering. and pain immediately. and I screamed for them to stop. Instead. they held me down tighter, as I never resisted, because I feared more false charges being brought against, me. The rope was then twisted around my left leg in the same manner, and pulled as tightly as possible. The rope was then wrapped between those two legs. which forced them apart. Then Guard B took the remainder of the rope, which was quite a bit, and wrapped it around both ankle area, as tightly as possible, again and again. This forced my ankles to crush together, and and bent my legs in an

awkward position. I begged them to stop, but they wouldn't. By this time, I was screaming in agony, and couldn't stop. Guard B enjoyed doing this, as he had a smile on his face the entire time.

Next, Guard B, and his supervisor took the second rope, and twisted it around my right knee, where I have had three different operations. He then pulled it as tightly as he could, causing massive pain, and repeated the same process to the left knee where I have had two surgeries. He then twisted the rope several time between the two knees, and then took the remainder of the rope, and forced the two knees together. Just as like the feet that were separated by the rope, and then forced together with the remaining rope, the knees were forced together causing my legs to bend inward from the ankle area, which caused my feet to bend outward. The bone then broke in my leg, and I was screaming for them to stop. The remainder of the rope was then forced around my knees, pulled tightly, and fastened.

By now I was in a state of shock. It felt like someone had placed a car on top of my legs, and any movement brought sharp pains throughout my entire body. Even breathing cause the ropes to tighten. The knee rope caused the blood to stop circulating into my lower legs, and immediately my feet, and legs began to swell, tightening onto my feet and knees, and forcing even greater pressure onto my knees, and ankles. I began convulsing, in great agony, and felt my chest pounding as my heart was unable to supply blood to my legs. I went into respiratory failure, and began to have a panic attack.

Next Guard B, and the supervisor took the nylon handcuffs, and waist device, using it upside down, and improperly, forced it around my waist and onto my wrists, when the supervisor slammed the strap tight onto my right hand, it immediately ripped open the skin, causing what felt like a broken right pinky. I couldn't move at all, in any direction without great suffering, and great unmentionable pain.

I kept screaming, "It's too tight, It's too tight!" But, those bastards, those cowards just stood by, and watched, as the camera kept rolling. Guard B continued laughing, and smiling. Guard 2C had a mask on, and I was sure he was crying. He did not partake in any of that torture. They eventually exited the room, and left Guard 2C behind to monitor. I kept begging him to loosen the ropes around my knees, and feet. He stated that he wanted to, but wasn't allowed. I told him that I could see he was crying, but he said he was not. I continued screaming in agony. Guard 2C, would leave the room, and implore the supervisor to remove the devices. Each time he returned saying the supervisor refused to comply.

In that manner, my body convulsed up and down violently, I was sure that I was in respiratory, and cardiac failure. My body was violently, and uncontrollably thrashing about, like I was having an epileptic attack. There is no other way that I can describe this.

The following day, Nov. 9th, the devices were removed, and I was dragged out of that room, unable to walk, by Guard B, into another room, where the supervisor was waiting. I was told in broken English to do as I was told, or I would be taken back into that room. Another man was brought in to that room, he was an interpreter. There was paper, and a pen on the top of the desk, and nothing else. I was ordered to write down, "I promised not to injure myself again." I told the interpreter that I had been tortured, and that I was sure my leg was broken, and the reason they were trying to get me to sign a statement was to cover up what they had done. I told him not to communicate to them what I had just said. He did not. I told him that he could be called to testify someday as to the statement I had just made to him. The man was clearly surprised at what I had just said. I was forced to sign three different statements, until the supervisor, and Guard B believed they got the words exactly as they wanted them. I was forced to put my index print on each of those three documents.

It was clear that my leg was broken. I could no longer walk. I was crawling in the cell, and crawled in the cell until I was released on Dec. 20th.

I wrote a statement to the U.S. Embassy about what happened but the supervisor refused to send it. The Embassy would not learn of this event for 14 days, when they arbitrarily came to Narashino Detention Center to do perform a consulate inspection of U.S. citizens begin held in detention. Being refused contact with the U.S. Embassy, clearly violates numerous treaties that Japan has ratified.

I was also being detained without an attorney, and being interrogated in lengthy sessions to force extract a confession, and for no other purpose. The police were not performing an unbiased investigation. They were only interested in getting a confession, and threatened other charges, and longer detention if I would not confess. Regardless of what the " prosecutor's policy" is in Japan, appointment of counsel is mandated at the early stage of detention, and any government action that prevents appointment during this stage is illegal conduct, as provided by the Supremacy Clause. Article 98 states, this constitution shall be the supreme law of the nation and no law, or act of government, contrary to these provisions, shall have legal force or validity. Article 34 provides, No person shall be detained without immediately being informed of the charges against them or without the immediate privilege of counsel. 38 days without counsel, and being tortured, and refused communications with the outside world, in an attempt to cover up the torture, and forcing me to sign three confessions, to not injure myself violates, Article 11, which states, the people shall not be prevented from enjoying any fundamental human rights, which are guaranteed by the constitution. Those rights include the right from being subjected to torture, the right to counsel, the right to have evidence preserved, the right to present and adequate defense, the right to a speedy trial, and the right to a fair trial. All of these rights were intentionally trampled upon.

**Kidney failure.**
After being detained, and refused counsel, and knowing I had committed no crime, and that my child was to be born soon, and that the prosecution, and police were refusing to notify my fiancé where I was, and I knew the anxiety that she suffered could result in stillbirth, or a miscarriage, I was devasted. I was being dragged back and forth from lengthy interrogation sessions, between police, the prosecutor's office, and pretrial judges, not being heard, not having the kick wound I received preserved, and not being able to tell my side of the story, invoking my right to remain silent, invoking my right to appointment of counsel, and being ignored these rights, I psychologically melted down. I had an immediate nervous breakdown, and was unable to eat. I didn't eat the entire first week I was detained, and this resulted in being taken to Tsudanuma General Hospital two times visa emergency ambulance, in the firs week alone. The doctor that took blood tests told me that my kidneys were failing, and he prescribed me sports drinks to regain the vital nutrients my organs needed. This prescription was given to the supervisor who refused to comply with the doctors order. Further, the doctor said I would have total, irreparable failure of my kidneys, within 5-7 days. Regardless, I was not brought back to the hospital to have my kidneys looked at again, the entire time I was in detention.

Once, however, under the guise of being taken to the hospital for a kidney checkup, I was taken to the station back door to exit, and instead of being taken to the hospital for a kidney check up, as had been communicated to me, I was met at the door by Mizokuchi, and a half dozen other officers, and a cameraman, and read a warrant to have blood extracted from me. I was forced in chains to be taken to Tsudanuma General Hospital. The incompetent nurse, who was in a total state of fear, due to the extreme nature of the circumstance, fumbled with, and dropped the needle and tourniquet onto the floor. she then stuck that same needle in my left arm three different times, each time unable to extract blood, as she kept missing the vein as a result of her trembling hands. On the third unsuccessful attempt, she jabbed my arm, missed the vein again, and began twisting the needle about, searching for the vein she so incompetently could not locate. By this time, three streaks of blood were flowing down my arm to the floor. This process was so unbearably painful that I had to involuntarily, and reflexively force the needle out from my arm. The nurse then proceeded to extract blood from my right arm, as each one of those cowardly guards stared at the floor in shame, unable to look up at me. Why? Because they all knew they could have obtained what they desired with a mere cotton swab swipe of the inside of my mouth. Of course, this would have been the least intrusive measure, required by law, and common sense, but the police, and prosecutor wanted to abuse their authority, by dragging me through a hospital public area, making a spectacle of me, and causing as much psychological damage, and indignity as possible. I had asked the prosecutor, and police for a hearing if they wanted a DNA sample. A reasonable request, as I wanted to ensure my DNA, my personal property, was not used wrongfully, and I wanted to determine the scope of the sample, and to determine its particular purpose, and to ensure that the sample was in no way tampered with. Where Japanese police, and prosecutors have a long history of planting evidence, withholding evidence, and tampering with evidence, I wanted due process, a constitutionally guaranteed standard. Was this the least intrusive means? No, it was intended to cause injury, pain, suffering, degradation, shame, humiliation, and to show that the police, and prosecutor would get what they wanted, no matter how reprehensible, or illegal their conduct was.

There were several other examples of torture in detention. Mizokuchi punching me during interrogations where no interpreter was present, pushing me, and lengthy interrogations where my statements were always manipulated, and where any requested changes to be made to my statements were always denied. Regardless, endless documents were produced, with false statements, intended to be confessions, to be used against me. The more I refused to sign these false confessions, the more violent the assaults became. The dates are unknown, as much of this occurred during the first couple weeks where I was denied pen, and paper to record these incidents.

On Dec. 18th, the evening before trial of Dec 19th, I was taken to Tsudanuma General Hospital under the guise of having a new cast put on my leg, as the old one was covered in black soot. Instead of having a new cast placed on my leg, Guard B, who escorted me (with other guards), told the doctor I had trial the next day, and they didn't want the judge to see that my leg was broken while in detention. The cast was removed, even though another doctor had said the cast needed to remain on my leg for another two months.

The afternoon before trial, I was warned by the supervisor, and Guard B, not to discuss the leg injury with the judge. Further, Mr. Kushida warned me that if I discussed the torture, and other illegalities with the judge, I'd end up having to remain in detention for another 5-8 months. This would mean my visa would expire, and deportation proceedings would follow. Kushida told me not to discuss anything at trial. So, on Dec. 19th, I was dragged into the courtroom, in handcuffs, and a rope, held by Guard B. I was entirely in a state of shock, and fear, as I knew I could not say anything under the threat of further brutality, and the threat of remaining in prison longer, and the threat of being deported if I was detained longer. Deportation meant losing my child that was due to be born on Dec. 27th.

The lower court judge asked me to plead innocent, or guilty. I only said that I cannot fight these charges. I made no plea. Under the circumstances, fearing for my life, being threatened not to disclose anything that happened while in detention, I clearly could not say anything to protect myself.

The short 40 minute court session was made even shorter by the fact that the headset was not working, and at least 15 minutes were spent with the guards trying to get it to work. The session was then held over for another 34 days over the objection of the defense counsel who had told me the entire matter would be over that day. The judge was aware that my child was to be born in the week, and cared not. That judges unconscionable actions, allowing the prosecutor to ask absurd questions like, Why won't you talk to me? Did you say fuck? Did you call him a monkey? Do you think calling a Japanese person a monkey might be offensive?, and other questions entirely unrelated to the charges of assault and battery. Even where I had invoked my right to remain silent, the judge continued to allow the prosecution to question me, and let the clock run out.

At the end of the Dec. 19th court session, I met with Mr. Kushida, and was able to show him who Guard B was. I told him that guard was most responsible for my broken leg. I told him to get me out of that violent detention center. He told me that there was nothing he could do. Everything Mr. Kushida instructed me to do, turned out to be incorrect. Because of all of the threats, violence, torture resulting in injuries, and where three pretrial judges refused to take any preventive measures, I was absolutely sure that I could not provide an adequate defense, and have a fair trial, further I was in great fear of my life. As a result, in court, I could say, and do nothing to defend myself against charges I thought were easy to defeat, given the two videos that were available.

**Chiba Prison arrival Dec. 20th.**
Once at Chiba Prison, I was held from Dec. 20th, until Jan. 5th without a bath, book, pen, paper, communication ability with my attorney, and my fiancé, who was due to give birth in one week. During this time, I was taken into "protective custody" after suffering psychological trauma from all of this injustice, and had a nervous breakdown. While in that protective custody, I was force injected drugs under the threat of being pepper sprayed, yet I had not been violent to anyone. I was held nearly naked in a frozen room during that time, which resulted in both of my feet turing black from severe frostbite. All officers were aware of this, yet they took no preventive measures, such as providing me with socks.

My son was born on Jan. 4th, but I would not learn of his birth until Jan. 9th. I wouldn't even be given a photo of my son, or see his face, until the day I was released. By this time, I was in financial ruin, and all my family plans with my fiancé were destroyed. Guards at Chiba were even more brutal than the ones at Narashino. They too videotaped all of their violent assaults against me. During one "protective custody" I was handcuffed with my hands behind my back, with two pairs of metal handcuffs. I had been violent, or threatening to no one. Those handcuffs were place on my wrists very tight, and as a result I could not move my arms at all, as any movement caused massive pain. The tightness also caused my hands to swell, and this caused the pressure to increase on the wrist area. This led to Median Nerve Palsy, which still has not been treated. Only surgery can relieve the damaging affects of the improper, and illegal use of two pairs of handcuffs.

The U.S. Embassy during this time came to visit me and when the officer saw the emaciated condition I was in due to not eating, and the obvious psychologically damaged state of mind I was in, he took photos of my injuries, and smuggled them out of the prison. The U.S. Department of State, through the Freedom of Information Act is currently putting together all of those documents, and photos for the appeals trial, so as to show the extreme, and violent conditions I was being illegally held under.

I was subsequently taken into a "punishment committee" and still have a copy of that document. From Jan. 24th, until my release on Feb. 4th, I was held in isolation without a bath, clothing, paper, pen, and without communications with the outside world. During this time I was forced injected powerful narcotics that kept me in a delusional state. I was forced to sit in front of the cell door, with my face agains the door. I could not even use the toilet and absolutely irrational demand, as the human body functions are not determined by the demands of a demented and mindless whims of a "punishment committee." When I would fall over, as a result of the drugs, starvation, psychological trauma, and exhaustion from being pelted with an endless array of assaultive conduct for more than three months, guards would rush into the cell, beat me, and force me back into an upright position. This process repeated itself until I was released on Feb. 4th.

Upon release I couldn't walk. I had to drag myself to the train station, which location was unknown to me. It was snowing, and all I could do was try to locate a station. It took me more than four hours to find one.

Upon arrival at home, I notice the home had been ransacked, and my bicycle was gone. I spent the next four days detoxing, and in cold turkey coming off of the numerous drugs I had become addicted to. I sat online with my sister, non-stop for four days, unable to sleep. Finally, I slept and went to Yonezawa to see my son. Because of all of the financial problems, my son is now more than four months old, but I have only seen him a total of 9 days. I can never, ever forgive any of the criminals in the Narashino detention, and police station, the criminals at the prosecutors office that knowingly brought false charges, and especially the pretrial judges, and the lower court judge that allowed these abuses of power to go unchecked.

When I saw you, your arm movement seemed not restricted on both sides and your shoulders seemed not injured. Your arms and shoulders have got better now?

My shoulder injury has been many years. I take cortisone shots so the arm has movement. Without those shots, the should joint becomes hard like concrete, and unable to move. It's very painful. I have to take painkillers nearly every day. But, I try not to, because I don't like drugs.

(水) Appointment of an attorney
Did you ask the police to call an attorney immediately after your arrest? No attorney never came to see you? Or someone came to see you but s/he was not willing to represent you?

I have a law background. What do you think? During every interrogation, with police and prosecutor I invoked my right to counsel, and my right to remain silent, and told them their actions violated Article 98, Article 38, and Article 11 of the constitution. I told them to their faces they were violent, and corrupt, at every interrogation. The more I invoked my rights and stated laws, the more violent they got.

(木) Your visa status
When I saw you, you said that your visa would expire at the end of April. What is your current visa status?

My visa was extended for 60 days. I am now unable to work, as no employer would hire someone under this temporary status.

Clearly, my damages are massive, and no government action can ever reverse what these criminals have done to me, my fiancé, and our child

I will tell you this, three embassies have already authorized me to seek refuge if the immigration office refuses to renew my visa. There is no way I will let governmental action to constructively abduct my child, as Japan has the worst record in the world for such atrocities. The embassies that I have handpicked, are willing to take this matter to the world's attention, on grounds of your country torturing, and murdering numerous foreigners while being held in detention. Your country has also joined the Hague, and the implications are broad. Your immigration policies now conflict with the terms of the Hague.

I have been in touch with numerous TV, and media outlets, and doing my best to garner support, as the illegal conduct I have been subjected to, has been directed at all other foreigners as well. Anyone could find themselves in this situation quite easily, as begin assaulted by Japanese nationals is become more, and more a frequent occurrence. At this time, I'm being invited to appear on shows, to have these shocking revelations exposed to the world. This story is relevant, and timely. Especially, where Japanese authorities want to "reinterpret" Article 9, and is currently hostile to regional neighbors, including China, Russia, and Korea. A nation that still tortures people, and which relies on extracting confessions through torture, and which utilizes torture devices banned in civilized nations, and where the legal system allows for double jeopardy in bringing defendants to trial when a prosecutor fails at the first instance, and where the nation thumbs its nose, showing great disrespect for the international world court, and where the nation continues to engage in conduct in direct violation of international treatise that it has ratified regarding the treatment of prisoners, torture, and human rights.

I'd really like to say that my attorney is steadfastly working on addressing the wrongs suffered here. Regardless, of the language barrier, you have not responded to numerous communications.

1. Please get the medical records from Tsudanuma General Hospital, regarding kidney failure, the broken leg, and the internal injuries.
2. There is an Usui Orthopedic doctor that I saw prior to detention. I had my leg X-Rayed. It wasn't broken! Those files are at that doctors office. I have his contact information.

3. Below is one of several email communications from my fiancé regarding how all of this had made her homeless, and destitute with an infant. (How proud your police and prosecutors are eh? It seems violence aimed at women is not only directed at the Chinese and Koreans, but also extends to innocent women, and children who of Japanese lineage as well. Wait! Did I state that my son is a Japanese child? Well, we all know that in Japan, a "half" Japanese child is not considered Japanese at all, but some other form of being, somewhere between a four legged beast, and something possibly considered a human mongoloid mutation.)

3.14.14

I'm confused.

I want to be with our family, But this trouble was really bad timing. It caused the starting of our new life stop. And it was difficult to contact you.

I didn't have enough time to prepare for anything. I was left homeless. When I tried to talk to the police, they just told me you were guilty, and they would keep you longer if you didn't admit. So, I suddenly had to decide and do many things.

I was left homeless, and I had to leave my company apartment. How could I do that when I was seven months pregnant? I was in shock.

I have child care leave for a year. I have two year contract of apartment. I don't want to leave my job because it's secure. But, being a full-time worker is difficult for me if I leave my company. But, how can I work, and take care of our baby?

If you're gone, I must protect him and me well.

We should talk and find our answer.

[redacted]

**From:** J S <email@stackjones.com>
**Sent:** Tuesday, May 13, 2014 3:49 PM
**To:** Ja S
**Subject:** Ja S : Updated Statement Tortured In Japan

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

5.13.14.

Hello,

I'm an American living in Japan.

I was detained in Japan's Narashino Detention Center, and Chiba Prison for 109 days, and held on false charges of assault, while the prosecutor was in possession of videotapes that proved I was in fact the victim of assault, yet brought charges anyway. During that entire time, the prosecution, and police used every tactic imaginable in their violent attempts to extract a confession out of me. The more I denied any wrongdoing, the more I was physically, emotionally, and mentally assaulted resulting in great bodily harm. When I made this known to three pretrial judges, and showing them the injuries that I was sustaining, they took no action at all. After contacting the Japan Federation of Bar Association, and Prison Rights Group, I was subjected to further violations of due process, and human rights, even contact with the U.S. Embassy was denied. In a letter received by the Japan Federation of Bar Association, they communicated to me that complaining would result in being further mistreated, and held in isolation. All of this turned out to be true.

I was tortured by police, detention center guards, and prison guards in numerous attempts to extract a confession from me. These events led to a broken leg, severe nerve damage to my right hand from the illegal use of double paired handcuffs, kidney failure, internal bleeding, and eventually severe frostbite from being held in a freezing isolation chamber with no clothing. The daily temperature never rose above 4 degrees Celsius, averaging around 2 degrees Celsius. Eventually, the U.S. Embassy smuggled in a camera, and took photos of the conditions that I was being held in. The Department of State is currently putting together all documents, and photos taken during the Consulate intervention during that period for an appeal that is scheduled to begin sometime in June.

I was held for 38 days without a lawyer, and I was police, and prosecutors told me that I would be held longer, and new charges would be brought against me, if I wouldn't confess. All of this came true as well. Japan's constitution requires immediate appointment of counsel. It also requires a speedy trial, both which I was denied. The prosecution and police intentionally failed to preserve for the lower court trial a bloody kick wound that I had received by the Japanese national that had in fact been spewing hate speech at me at the time of the original incident. Three pretrial judges also refused to have the kick wound preserved as evidence. The police, and prosecutors also entered my home, and seized property from within it without a warrant, and also received an invalid warrant without me being present at the hearing where in an unconscionable act, detention center guards, and police dragged me in chains to through a public hospital, and forcibly removed three vials of blood from my right arm. The incompetent nurse, who was in a total state of fear during this procedure, stuck a needle in my left arm three different times unable to extract blood, as she kept missing the vein. On her third unsuccessful try, she started to move the needle around while it was still in my arm, searching for a vein. By this time three streaks of blood were flowing down my arm to the floor. This process was so unbearably painful that I had to involuntarily, and reflexively force the needle from my arm. The nurse then proceeded to extract blood from my right arm instead.

While all this was happening, I was being financially ruined, in fear for my life on a daily basis. I was detained without my fiancé, who was eight months pregnant at the time being given notice as to where I was. To her, I had suddenly disappeared off of the face of the earth. My son was born on Jan. 4th. I would not learn of his birth until Jan. 9th. His birth took place on the fifth day I was being starved, as I had not eaten since Dec. 31st. I was also held in isolation in a chamber that was called a "protective cell." I would not see a photo of my son until Feb. 4th, the day I left Japan's antiquated, ghoulish, and draconian nightmare. During incarceration, I was also force injected unknown drugs under the threat of pepper spray, further isolation, and other means of torture. All of the above events occurred where I had never been a threat, violent, or provocative to anyone. During the last 10 days after being subjected to a farce called a punishment hearing, I was forced to sit in front of a door, and unable to use the toilet for the entire time. When I would fall over from the powerful drugs they subjected me to, or from complete exhaustion from the freezing conditions, guards would rush into the room and immediately begin beating, and kicking me, forcing me back in an upright position. During all of this, I couldn't even communicate with any of these barbarians, as I cannot communicate in Japanese, and they can't communicate in English. The level of fear, and despair was overwhelming.

Japan has a 99.7% conviction rate. The vast majority are convictions not based on evidence, but on forced confessions.

While in Japan's notorious Chiba Prison, which in reality looks like an Aushwitz death camp, I witnessed Chinese, Africans, and Koreans treated even more brutally than I was. I suffered great punishment for refusing to look straight ahead, and stopping to look into other cells, and observing what other men were being subjected to. One is not allowed to look at other prisoners, talk, break the silent rule, or look into the tiny, and filthy cells other detainees are forced to remain in 24 hours a day, uncovered, and unprotected from the freezing elements. Every "detainee" I witnessed sat on

the floor, rocking back, and forth, looking like a mindless psychological ward patient. Every detainee! These were not prison cells. These were torture chambers, and none of these men had yet to be convicted of any crime.

Japan is currently "reinterpreting" Article 9, which is a clause in Japan's constitution that forbids war as a means to settle international disputes. From what I have experienced, and where prosecutors are on record that foreigners have no human rights within Japan's borders, somebody needs to draw attention to the gross miscarriage of justice, and criminality perpetrated by "government" actors, who are entrusted with the power of the state. The details of what had occurred to me would shock even the most jaded journalist. Even recently two men held at the Ibarki immigration detention center were murdered by immigration officers on the same day. The prosecutor of course, as in the Ghanian man, Suraj, are not filing charges against the officers. They aren't even doing an investigation.

I have a law degree, and worked at the San Bernardino County Public Defender's Office, juvenile, and adult misdemeanor divisions.

I'm not guilty of anything. I was victimized by racist hate speech, and responded accordingly to it. I've suffered numerous other racially motivated attacks while residing in Japan. The ploy is always to claim the foreigner punched the Japanese national, like it is some kind of code wording for the police. These incidents always become racially motivated under an Us vs. Them mentality.

I am now facing possible deportation, even though I have a new son. The list of requirements the immigration bureau has given me in order to remain in Japan is impossible to comply with, as I have lost my job, and finding it difficult to gain new employment given the fact that I spent all of my time preparing for the appeal, and that I still suffer greatly from my physical injuries. Japan is also a nation responsible for the abduction of more than 30,000 children in recent years. Japan has also recently joined the Hague Treaty. Regardless, Japan has ratified numerous treaties regarding human rights, and the proper treatment of detainees but rarely, if at all adheres to the terms agreed upon. I greatly fear losing my son, and I implore your agency to help me bring this matter to light, and to the world media. Ironically, I'm a journalist, and writer for many publications. I have contacted every major media source in the world, and not one of them has gotten back with me regarding the gross, and ongoing miscarriage suffered by foreigners detained in Japan's draconian, and arcane system of injustice.

I have filed an appeal, but the prosecutions office is attempting to prevent me from having a retrial to have the real facts heard. They don't want the facts of the case to be heard, as the duress on me was so great, and the fear so terrible that even my defense counsel told me not to mention to the lower court judge, anything that I was subjected to. I was told that if I disclosed any of the torture, I would be detained for many more months, and subjected to even greater abuses while the court determined if I had been victimized, tortured, and whether the prosecutor's office, and police had covered up the matter. In a nutshell, I was told that I would be held for another 5-8 more months while the court determined if I had been victimized.

Even more disturbing is the fact that the police, with full knowledge of the prosecutor's office, videotaped each incident of torture. The prosector's office is the same office that is responsible for the cover up of the Ghanian man, Abubaker Awudu Suraj, who was tortured viciously by immigration police, and whose dead body was smuggled onto a commercial flight two year ago, in an attempt to cover up the torture he had suffered. In that case, the High Court ruled the police were responsible for the man's death. This is a landmark decision as it is the first time in Japan's history a foreigner was found to have been murdered by Japanese authorities, and who's human rights were violated.

The details of my case, and the journals that I wrote on a daily basis while detained, (except when I was placed in isolation, which was often), including handwriting the prison rules that I smuggled out by writing them in a manner that they couldn't be detected, and the illustrations of the prison "exercise yard", and the measurements of the rooms, torture devices, isolation chambers, ect. would shock any reader. I kept daily notes, when I wasn't held in isolation, those notes include records of the daily indoor freezing temperatures, the rags we were forced to wear as clothing, and the disturbing characteristics of every aspect of Japan's prison. I drew sketches of the rooms, and the exercise yard, and anything that I could, including the holding cells that were the size of a small box. I have also prepared a detailed, 58 page legal analysis, of what actually had occurred from before the arrest, to the appeals process.

The High Court has appointed an attorney for my appeal. This attorney, Takashi Kato didn't bother contacting me for nearly a month after his appointment, and didn't show up to our first scheduled meeting. I have sent him numerous communications, requesting information, and giving him a detailed account of what has occurred, yet he doesn't respond to any of them.

I wish someone would attend this trial as I will be invoking many international treaties that Japan is in direct violation of, and raising constitutional issues, intentional criminal procedural mistakes, abuses of authority, human rights violations, and torture to extract a confession, which I have never done. I will also be demanding to audio, and videotape record the proceedings, as Japan's constitution requires hearings to be open, and public, even though they are always held in secret. Further, judges almost always rubber-stamp whatever criminality the corrupt prosecutors present, whether factual, supported by evidence, or not, so I'll be asking the judges if they are former prosecutors, if so, I will be demanding they recuse themselves from the case. Further, I'll be raising the issues of presumptions. If the judges want to argue the facts of the case are not in question, where I had not even pled at the lower court trial, and where my lawyer's closing argument stated that I had not committed any crime, then I will raise the constitutional question of impartiality. If the court fails to hear my argument, and fails to have the case reheard on the grounds mentioned above, especially on the issue of torture, and forced extraction of a confession, I'll be motioning to the court to have the case removed to the Supreme Court on competency, and constitutional, and procedural issues.

Japan routinely violates the International Covenant on Civil and Political Rights (ICCPR), as well as the basic provisions of the Universal Declaration of Human Rights. Furthermore, Japan violations include the specialized international documents in the area of criminal justice, such as the United Nations Standard Minimum Rules for the Treatment of Prisoners, the Body of Principles for the Protection of All Persons Under Any Form of Detention or Imprisonment, and the Basic Principles for the Treatment of Prisoners. We discuss these matters in detail in the chapter "The International Laws Governing Human Rights Violations." Here, we highlight only some of these violations.

Article 10 of the ICCPR mandates that all persons deprived of their liberty be treated with humanity and with respect for the inherent dignity of the human person, and Article 5 of the Universal Declaration of Human Rights and the ICCPR Article 7 prohibit torture, cruel, inhuman or degrading

treatment or punishment. Human Rights Watch found that prolonged use of solitary confinement in Japanese prisons stands in violation of the above provisions of international law. Furthermore, the generalized use of solitary confinement throughout the prison system also violates the Basic Principle for the Treatment of Prisoners 7 that stipulates that states should undertake efforts to abolish or restrict the use of solitary confinement as punishment.

Beatings and other instances of physical violence that occur in prisons, police stations and immigration detention centers, as well as various methods of pressure used by interrogators during detention in police custody to extract confessions from suspects furthermore violate Article 7 of ICCPR.

The system of police custody also violates the provision of Article 14, paragraph 3 (g) of the ICCPR that stipulates that no one should be compelled to testify against himself or to confess to guilt.

The numerous and extremely strict limitations on prisoners' contacts with the outside world violate a variety of international standards.

Article 10 of the ICCPR, summarized above, Article 7 (3) of the Body of Principles, stipulating that prisoners should be free to report rights violations to authorities and organs vested with reviewing or remedial powers, and Article 12 of the Universal Declaration of Human Rights and Article 17 (1) of the ICCPR, both of which stipulate that no one should be subjected to arbitrary and unlawful interference with privacy, family and correspondence. These harsh limitations on contacts additionally penalize family members on the outside and violate their right to family life and privacy.

Part I (Articles 1–16) defines torture (Article 1), and commits parties to taking effective measures to prevent any act of torture in any territory under their jurisdiction (Article 2). These include ensuring that torture is a criminal offense (Article 4), establishing jurisdiction over acts of torture committed by or against a party's citizens. (Article 5), ensuring that torture is an extraditable offense. (Article 8), and establishing universal jurisdiction to try cases of torture where an alleged torturer cannot be extradited. (Article 5). Parties must promptly investigate any allegation of torture. (Articles 12 and 13), and victims of torture must have an enforceable right to compensation. (Article 14), Parties must also ban the use of evidence produced by torture in their courts. Parties are obliged to prevent other acts of cruel, inhuman or degrading treatment or punishment, and to investigate any allegation of such treatment within their jurisdiction. (Article 16).

Article 1 of the Convention defines torture as: Any act by which severe pain or suffering, whether physical or mental, is intentionally inflicted on a person for such purposes as obtaining information or a confession, punishing him for an act they may have committed, or is suspected of having committed, or intimidating or coercing him or a third person, or for any reason based on discrimination of any kind, when such pain or suffering is inflicted by or at the instigation of or with the consent or acquiescence of a public official or other person acting in an official capacity. Convention Against Torture, Article 1.1

Article 2 of the convention prohibits torture, and requires parties to take effective measures to prevent it in any territory under its jurisdiction. This prohibition is absolute and non-derogable. "No exceptional circumstances whatsoever" may be invoked to justify torture.

Please help!

Thank you for hearing me,

J S

AMERICAN EMBASSY
MAY 0 2 2014
TOKYO, JAPAN

*Embassy of the United States of America*
*1-10-5 Akasaka, Minato-ku*
*Tokyo 107-8420 JAPAN*
*Fax 81-3-3224-5856*

April 22, 2014

Mr. Yoshiharu Yano
Chief of Narashino Police Station
2-4-1 Saginumadai,
Narashino-shi, Chiba 275-0015

Dear Mr. Yano

We recently received allegations regarding mistreatment of a U.S. citizen while in your care. Mr. J[redacted] S[redacted] (DOB : [redacted]) was detained in Narashino Police Station from the time of his arrest on October 19, 2013 until his transfer to Chiba Detention on December 20, 2013. We understand that early in his incarceration, he was placed in a protective cell, and restraints were used for his arms and legs. Mr. S[redacted] reportedly suffered a broken foot as a result of being restrained.

We would like to respectfully ask the following questions related to this incident:

- For what reason was Mr. S[redacted] restrained?
- In what manner was Mr. S[redacted] restrained?
- How was he injured while he was restrained or held in the protective cell?
- We understand Mr. S[redacted] received medical attention following the incident. What did the doctor say at the time of the incident? What treatment was applied to Mr. S[redacted]'s injury?
- Did a doctor continue to examine Mr. S[redacted] to monitor his progress? What was the outcome?

We appreciate your assistance in learning more about this matter.

Sincerely,

Hugues Ogier, Consul
American Citizen Services, Chief
U.S. Embassy Tokyo

*Embassy of the United States of America*
*1-10-5 Akasaka, Minato-ku*
*Tokyo 107-8420 JAPAN*
*Fax 81-3-3224-5856*

April 22, 2014

Mr. Toru Matsumura
Warden
c/o Chiba Detention Prison
192 Kaizuka-cho, Wakaba-ku,
Chiba-shi, Chiba 264-8585

Dear Mr. Matsumura,

We recently received allegations regarding mistreatment of a U.S. citizen while in your care. Mr. J[redacted] S[redacted] (DOB : [redacted]) was detained in the Chiba Detention Center from December 20, 2013 through February 4, 2014. During the period of his detention, Consular officers observed Mr. S[redacted] having difficulty walking and making remarks which caused us concern. We wrote a letter to you dated January 28, 2014 requesting that Mr. S[redacted] be monitored carefully and if necessary, requesting that he be seen by a psychiatrist.

We would like to respectfully ask if Mr. S[redacted] was provided with any care, and if he was seen by a psychiatrist. We would also like to know if he was treated for any other injuries or was seen by a doctor while under your care, and if so, what was the outcome.

We appreciate your cooperation. Thank you for your continued assistance.

Sincerely,

Hugues Ogier, Consul
American Citizen Services, Chief
U.S. Embassy Tokyo

[redacted]

**From:** U.S. Embassy Tokyo ACS
**Sent:** Monday, April 21, 2014 12:40 PM
**To:** Ogier, Hugues P; Uadan, Bernard C; Duval, Thomas A; Capistrano, Norm; [redacted]
**Subject:** FW: Message from the U.S. Embassy Tokyo

This email is UNCLASSIFIED.

---

**From:** Jack Stone [mailto:email@stackjones.com]
**Sent:** Monday, April 21, 2014 12:01 PM
**To:** U.S. Embassy Tokyo ACS
**Cc:** email@stackjones.com
**Subject:** Re: Message from the U.S. Embassy Tokyo

Thank you for your quick response.

I'm asking the Embassy to please monitor this appeal case.
I will be demanding a public trial videotaped, and seeking Japan to follow the treaties the nation has ratified.
I can assure you numerous citizens are being subjected to a variety of firms of psychological, emotional, and physical torture.

I will reaffirm here that I committed no crime, the police, and prosecutors had enough evidence available to avoid all of this but chose violent methods in an attempt to extract a confession, which I never made.
I meet my appeal attorney today fir the first time. He already determined the sentencing was grossly disproportionate, regardless of guilt or innocence.

For the citizens who are currently detained, and those future detainees, please support this appeal on grounds that the Embassy is already aware, and has long protested Japan's targeting of foreigners, and subjecting them to unconscionable conditions in the nation's outdated, and corrupt system.

Thank you,

J S

On Apr 21, 2014, at 11:18 AM, "U.S. Embassy Tokyo ACS" <TOKYOACS@state.gov> wrote:

> Dear Mr. S :
>
> Thank you for providing the United States embassy your new contact information.
>
> We assume the documents you are referring to are those you requested through a Freedom of Information Act request. To check the status of your request for Department of State records we ask that you reach out to the Freedom of Information Act Requester Service Center at (202) 261-8484. You may consider amending your FOIA request with your new contact information. As we have said



STATE-0785

previously, we, at the embassy in Tokyo, are not able to circumvent your FOIA request by providing you with information directly.

We regret your difficult experience.

Sincerely,

**American Citizen Services**
U.S. Embassy Tokyo
+81 (3) 3224-5000
<image001.png><image002.jpg><image003.png>

Privacy/PII
This email is UNCLASSIFIED.

| | |
|---|---|
| **From:** | U.S. Embassy Tokyo ACS |
| **Sent:** | Monday, April 21, 2014 11:18 AM |
| **To:** | 'email@stackjones.com' |
| **Subject:** | Message from the U.S. Embassy Tokyo |

Dear Mr. S[illegible]:

Thank you for providing the United States embassy your new contact information.

We assume the documents you are referring to are those you requested through a Freedom of Information Act request. To check the status of your request for Department of State records we ask that you reach out to the Freedom of Information Act Requester Service Center at (202) 261-8484. You may consider amending your FOIA request with your new contact information. As we have said previously, we, at the embassy in Tokyo, are not able to circumvent your FOIA request by providing you with information directly.

We regret your difficult experience.

Sincerely,

American Citizen Services
U.S. Embassy Tokyo
+81 (3) 3224-5000

Privacy/PII
This email is UNCLASSIFIED.

This email is UNCLASSIFIED.

-----Original Message-----
From: tinfo-email.html@japan.usembassy.gov [mailto:tinfo-email.html@japan.usembassy.gov]
Sent: Sunday, April 20, 2014 11:30 AM
To: Moore, John B
Subject: Forwarded mail through Embassy Web site

email ->
email@stackjones.com

message ->
Hello,

This is [redacted]. I have relocated, and want to provide my new address.

235-0045
[redacted]

Also, to date I have not heard back from the Dept. of State regarding the documents I need for my appeal matter.

I have sent numerous requests, and complied by filling out all forms and sending them back.

I have my first appeals date scheduled May 14th, 2014, yet I have not met with legal counsel, who was appointed nearly one month ago. This counsel, Takeshi Kato has failed to meet, and has failed to answer any queires emailed to his office, and that includes the interpreter, Shoko Doi, who was appointed by the court.

I would also like to know why the U.S. Embassy is in possession of information that shows I was tortured numerous times while held in detention, and no action has been taken on the part of the U.S.?

It seems the Embassies position is to try and help the Japanese officials cover up, and not address this matter. This concerns me when the Embassy is well aware that Japan is in direct violation of numerous Constitutional, procedural, and international standards including the International Covenant on Civil and Political Rights (ICCPR) which Japan ratified in 1979, United Nations Standard Minimum Rules for the Treatment of Prisoners, the Body of Principles for the Protection of All Persons Under Any Form of Detention or Imprisonment, and the Basic Principles for the Treatment of Prisoners, United Nations Standard Minimum Rules for the Treatment of Prisoners, the Body of Principles for the Protection of All Persons Under Any Form of Detention or Imprisonment, and the Basic Principles for the Treatment of Prisoners.

sender ->
usemb-web-email

This email is UNCLASSIFIED.

[redacted]

**From:** Ogier, Hugues P
**Sent:** Wednesday, March 19, 2014 11:41 AM
**To:** Tokyo, CCU
**Cc:** Duval, Thomas A
**Subject:** FW: Forwarded mail through Embassy Web site

[redacted] Please release this version. HO

Privacy/PII
This email is UNCLASSIFIED.

---

**From:** Duval, Thomas A
**Sent:** Wednesday, March 19, 2014 11:04 AM
**To:** Ogier, Hugues P
**Subject:** RE: Forwarded mail through Embassy Web site

Dear Mr. S[illegible]:

While we understand that you are currently engaged in the appeals process, information kept by the Department of State can only be released after your request has been processed. For more information about your request, you can contact the Freedom of Information Act Requester Service Center at (202) 261-8484.

Sincerely,

American Citizen Services
U.S. Embassy Tokyo
+81 (3) 3224-5000

Privacy/PII
This email is UNCLASSIFIED.

---

**From:** Ogier, Hugues P
**Sent:** Wednesday, March 19, 2014 10:09 AM
**To:** Duval, Thomas A
**Subject:** FW: Forwarded mail through Embassy Web site

Can you work on this for me. We will need to be very concise and not refer to any specific documents. HO

This email is UNCLASSIFIED.

**From:** Tokyo, CCU
**Sent:** Wednesday, March 19, 2014 9:55 AM
**To:** Ogier, Hugues P
**Cc:** Uadan, Bernard C
**Subject:** FW: Forwarded mail through Embassy Web site

Mr. Ogier,

Mr. J. S replied to our message last week, but I left it without following up. Sorry.
Please let us know if we should follow up on this.

CCU [redacted]

This email is UNCLASSIFIED.

**From:** J. S [mailto:email@stackjones.com]
**Sent:** Monday, March 10, 2014 10:54 PM
**To:** Tokyo, CCU
**Subject:** Re: Forwarded mail through Embassy Web site

I already sent that request, and have not heard back from them.
I don't have time for their slow moving wheels.
I am already in the appeals process and I need that information.
Your office sure didn't mind me going out on a limb and assisting in smuggling out photos as proof of the horrific conditions in japan's ghoulags.
I need that information to smack those corrupt lying bastards back into reality.
They broke my leg, they gave me severe nerve damage in my right hand, and severe frostbite. They kept me from the birth of my child.
I don't want to hear about bogus regulations.
I want that information.

The videos finally released that they attempted to hide from us exposes their entire case of fraud, and I'll beat those corrupt cunts on this appeal.
The Embassy getting in the way, and not getting me that information is unconscionable.
Get me that information.

Here is a copy of the FOIA request.

From: **State Department FOIA <noreply@state.gov>**
Subject: FOIA Request Letter
Date: February 28, 2014 2:30:49 AM GMT+09:00
To: J S <email@stackjones.com>

Thank you for filing your FOIA request online on 2/27/2014. Here is a review of your request.

The records I request can be described as follows:

I was detained illegally in Japan between Oct. 19th, and Feb. 4th. During this time I had made several communications via letters, and through visits by the U.S. Consulate's office. I was tortured while being detained resulting in a broker foot. Further, the consulate representative, a Mr. Duvall had smuggled out a photo of my extremely frost bitten feet. He noted that at the time I was wearing four pairs of socks, and had on five shirts, and five pairs of pants. While being held in Chiba's filthy prison, I was tortured on several occasions, this all resulted in great psychological, emotional and physical harm. I was on numerous hunger strikes, and left the prison entirely emaciate.

I have appealed my case on constitutional grounds, intentional procedural misconduct, human rights violations, and torture that resulted in great bodily harm, etc.

I sent a letter requesting all communication between the U.S. Embassy, consulate office and Japanese officials to be used for evidence at trial.

I had stated in writing to numerous agencies, including the U.S. Embassy that I would be making a duress plea based on corruption, and torture. I want all of these communications to show the appeals court that it was the U.S. Embassy that had made demands for me to receive legal counsel, as Japanese officials unlawfully detained me for 38 days without an attorney.

What I am saying is I want copies of all communications, and the photograph of my feet that were taken. I will be using them at my appeal.

Further, on Feb. 21 2014, the U.S. Embassy in Japan wrote me a letter stating that I needed to contact http://foia.state.gov to have that information released, so this is my statement requesting those documents.

Thank you.

J[redacted] S[redacted]

The time period of my request is from 10/19/2013 to present

I am an individual seeking information for personal use and not for commercial use.

I am willing to pay $25 for my request.

I request a waiver of all fees for this request.
Reason: I was just released from a prison in Japan. I was illegally detained. I have no funds, as I am fighting to obtain my parental rights in a country that doesn't recognize them.

I have a compelling need for expeditious handling:
- An impairment of substantial due process rights of the requester exists.
- A harm to substantial humanitarian concerns exists.
- These documents are needed for appealing a conviction in Japan. That conviction could lead to deporation, and I have a 6 week old child.

My additional comments are as follows:

N/A

Contact Information
Mr. J[redacted] S[redacted]
[redacted]
P: N/A
F: N/A
email@stackjones.com

J[redacted] S[redacted]

On Mar 10, 2014, at 3:00 PM, Tokyo, CCU wrote:

Dear Mr. S[redacted],

As we mentioned previously, you may request access to Department of State records that pertain to you through a Freedom of Information Act request. We assume, based on your email, that you already reviewed the requirements and procedures listed athttp://foia.state.gov/. We regret to inform you that this is the only way for us to release such records.

Sincerely,

American Citizen Services
U.S. Embassy Tokyo

Subject: Forwarded mail through Embassy Web site

email ->
email@stackjones.com

message ->
My name is J[redacted] S[redacted].
I filled out a freedom of information request form for documents related to my false arrest, torture, and detention in Japan. I've appealed the case, and I need those documents ASAP. You already have my mailing address on file. I requested all communications including those sent my me, those the consulate sent to the court demanding appointment of counsel, meeting with me, notes, and especially the photo of my severely frostbitten feet smuggled out of Chiba Prison. I cannot afford any more delays in this matter.

J[redacted] S[redacted]

sender ->
usemb-web-email

This email is UNCLASSIFIED.

This email is UNCLASSIFIED.

CLASSIFICATION: UNCLASSIFIED
Privacy/PII

**From:** [redacted]
**Sent:** Monday, February 24, 2014 11:09 AM
**To:** Duval, Thomas A; Uadan, Bernard C; Capistrano, Norm; Glass, Leslie J
**Cc:** [redacted]
**Subject:** RE: J S - sentencing

J S's attorney Mr. Kushida called to inform us that he filed an appeal against the suspended sentence on behalf of J S. Mr. S has sent letters in English to him and also to the district court. The letters are not legible, but the court said they can see the word "appeal." So, on the date Mr. S's appeal period expired on February 18, the attorney filed an appeal on Mr. S's behalf. However, he has not been able to confirm in person with Mr. S whether Mr. S really wanted to appeal against the suspended sentence.

Mr. Kushida has been trying to talk to Mr. S, and has tried to contact his girlfriend, and she never responded to his phone calls.

[redacted]

Privacy/PII
This email is UNCLASSIFIED.

**From:** [redacted]
**Sent:** Tuesday, February 04, 2014 2:19 PM
**To:** Duval, Thomas A; Uadan, Bernard C; Capistrano, Norm; Glass, Leslie J
**Cc:** [redacted]
**Subject:** J S - sentencing

Mr. Kushida, J S's attorney called to report that today was his sentencing day, and the court found guilty, and sentenced him to the imprisonment with forced labor for one year & six months. The sentence was suspended for four years, and Mr. Stone was released from custody.

After the sentencing, Mr. Kushida spoke with Mr. S who mentioned that he may be visiting his sister in Hawaii. The attorney told both Mr. S and his girlfriend that the sentence will become final in 2 weeks, and Mr. S is subject to deportation. Mr. S was going back to the detention center to pick up his belongings. The attorney said he told Mr. S's girlfriend to discuss their own issues with Mr. S.

After two weeks, he can be called by the immigration to report to the immigration if he remains in Japan.

Heads-up:
The attorney said that Mr. S or his girlfriend might call the embassy seeking advice about Mr. S's status in Japan or birth registration. According to the attorney, Mr. S's girlfriend has not registered their marriage. Her concern was that there is no place to live as a family.

Mr. S and/or his girlfriend who is currently in Yamagata:
Might ask:

- Marriage registration
- Birth registration (out of wedlock) and the baby's ppt
- MR. S's immigration status, etc.

* * * * * * * *

[redacted]

http://japan.usembassy.gov http://www.travel.state.gov

Privacy/PII
This email is UNCLASSIFIED.

J[redacted] S[redacted]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| J[redacted] S[redacted], M[redacted] S[redacted], AND M[redacted] S[redacted], Plaintiffs, vs. CHIBA BAR ASSOCIATION, CHIBA CITY, CHIBA CITY MAYOR TOSHIHITO KUMAGAI, CHIBA PREFECTURAL POLICE HEADQUARTERS CHIEF OF POLICE, CHIBA PREFECTURAL POLICE HEADQUARTERS INVESTIGATING OFFICER, CHIBA PREFECTURAL POLICE HEADQUARTERS INVESTIGATING OFFICER, CHIBA DISTRICT COURT TRIAL JUDGE NAOYA NAKA, CHIBA PRISON WARDEN TORU MATSUMURA, CHIBA PUBLIC PROSECUTORS KENJI SEI, NORIAKI WATANABE, TOMOE KUME, KEISEI ELECTRIC RAILWAY COMPANY SHAREHOLDERS MIZUHO FINANCIAL GROUP, MITSUBISHI UFJ FINANCIAL GROUP, NIPPON LIFE INSURANCE COMPANY, ORIENTAL LAND COMPANY, NOMURA ASSET MANAGEMENT COMPANY, SUMITOMO MITSUI TRUST HOLDING, NORGES BANK INVESTMENT MANAGEMENT, SUMITOMO MITSUI TRUST BANK PENSION FUND, NIKKO ASSET MANAGEMENT COMPANY, KEISEI ELECTRIC RAILWAY BUSINESS ASSOCIATION, KEISEI ELECTRIC RAILWAY COMPANY | Case No.: Pending<br><br>NOTICE OF CIVIL SUIT IN U.S. FEDERAL COURT<br><br>Complaint |

1

EMPLOYEES TETSUYA OGURA AND [illegible]EI TAKEUCHI, KEISEI ELECTRIC RAILWAY COMPANY MANAGERS TSUTOMU HANADA, [illegible] MIKODA, KEN OMURA, HIROYUKI [illegible] MIYATA, TOSHIKAZU IIJIMA, [illegible]RO SAITO, TOSHIYA KOBAYASHI, [illegible] KANEKO, KOSEI YONEKAWA, KEISEI ELECTRIC RAILWAY COMPANY PRESIDENT AND DIRECTOR NORIO SAIGUSA, MINISTER OF INTERNAL AFFAIRS SANAE TAKAICHI, MINISTRY OF FOREIGN AFFAIRS FUMIO KISHIDA, MINISTRY OF FOREIGN AFFAIRS [illegible] SEDAKAZU TANIGAKI, MINISTRY OF JUSTICE GENERAL SECRETARIAT CRIMINAL INVESTIGATION [illegible] KOICHI HIGASHIDE, MINISTRY OF JUSTICE GENERAL SECRETARIAT INVESTIGATION BUREAU AKINORI YAMADA, MINISTRY OF JUSTICE GENERAL SECRETARIAT SECRETARY GENERAL HIDEO NAKAJIMA, MINISTRY OF JUSTICE MITSUHIDE IWAKI, NARASHINO DETENTION CENTER SUPERVISOR FUJISAKI, NARASHINO POLICE DEPARTMENT CHIEF OF POLICE YOSHIHARU YANO, NATIONAL POLICE AGENCY COMMISSIONER GENERAL MASAHITO KANETAKA, NATIONAL PUBLIC SAFETY COMMISSIONERS TARO KONO AND ENIKO YAMATANI, SUBARU LAW FIRM, SUBARU LAW FIRM ATTORNEY [illegible], SUPREME COURT APPOINTED ATTORNEY [illegible] OKOSHI, SUPREME COURT JUSTICES ITSURO TERADA, KATSUMI CHIBA, YOSHINOBU ONUKI, KAORU ONIMARU, TSUNEYUKI YAMAMOTO, TOKYO BAR ASSOCIATION,

J[redacted] S[redacted]

[redacted]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| J[redacted] S[redacted], M[redacted] S[redacted], AND M[redacted] S[redacted], Plaintiffs, | Case No.: Pending |
| vs. | NOTICE OF CIVIL SUIT IN U.S. FEDERAL COURT |
| CHIBA BAR ASSOCIATION, CHIBA CITY, CHIBA CITY MAYOR TOSHIHITO KUMAGAI, CHIBA PREFECTURAL POLICE HEADQUARTERS CHIEF OF POLICE, CHIBA PREFECTURAL POLICE HEADQUARTERS INVESTIGATING OFFICER, CHIBA PREFECTURAL POLICE HEADQUARTERS INVESTIGATING OFFICER, CHIBA DISTRICT COURT TRIAL JUDGE NAOYA NAKA, CHIBA PRISON WARDEN TORU MATSUMURA, CHIBA PUBLIC PROSECUTORS KENJI SEI, NORIAKI WATANABE, TOMOE KUME, KEISEI ELECTRIC RAILWAY COMPANY SHAREHOLDERS MIZUHO FINANCIAL GROUP, MITSUBISHI UFJ FINANCIAL GROUP, NIPPON LIFE INSURANCE COMPANY, ORIENTAL LAND COMPANY, NOMURA ASSET MANAGEMENT COMPANY, SUMITOMO MITSUI TRUST HOLDING, NORGES BANK INVESTMENT MANAGEMENT, SUMITOMO MITSUI TRUST BANK PENSION FUND, NIKKO ASSET MANAGEMENT COMPANY, KEISEI ELECTRIC RAILWAY BUSINESS ASSOCIATION, KEISEI ELECTRIC RAILWAY COMPANY | Complaint |

EMPLOYEES TETSUYA OGURA AND YOMEI TAKEUCHI, KEISEI ELECTRIC RAILWAY COMPANY MANAGERS TSUTOMU HANADA, TAKEHIRO MIKODA, KEN OMURA, HIROYUKI MIYATA, TOSHIKAZU IIJIMA, MITSUGU SAITO, TOSHIYA KOBAYASHI, KENTARO KANEKO, KOSEI YONEKAWA, KEISEI ELECTRIC RAILWAY COMPANY PRESIDENT AND DIRECTOR NORIO SAIGUSA, MINISTER OF INTERNAL AFFAIRS SANAE TAKAICHI, MINISTRY OF FOREIGN AFFAIRS FUMIO KISHIDA, MINISTRY OF FOREIGN AFFAIRS SEDAKAZU TANIGAKI, MINISTRY OF JUSTICE GENERAL SECRETARIAT CRIMINAL INVESTIGATOR KOICHI HIGASHIDE, MINISTRY OF JUSTICE GENERAL SECRETARIAT INVESTIGATION BUREAU AKINORI YAMADA, MINISTRY OF JUSTICE GENERAL SECRETARIAT SECRETARY GENERAL HIDEO NAKAJIMA, MINISTRY OF JUSTICE MITSUHIDE IWAKI, NARASHINO DETENTION CENTER SUPERVISOR FUJISAKI, NARASHINO POLICE DEPARTMENT CHIEF OF POLICE YOSHIHARU YANO, NATIONAL POLICE AGENCY COMMISSIONER GENERAL MASAHITO KANETAKA, NATIONAL PUBLIC SAFETY COMMISSIONERS TARO KONO AND ERIKO YAMATANI, SUBARU LAW FIRM, SUBARU LAW FIRM ATTORNEY KUSHIDA, SUPREME COURT APPOINTED ATTORNEY OKOSHI, SUPREME COURT JUSTICES ITSURO TERADA, KATSUMI CHIBA, YOSHINOBU ONUKI, KAORU ONIMARU, TSUNEYUKI YAMAMOTO, TOKYO BAR ASSOCIATION,

came in
for PI77 Renewal

+ brought this
copy
for our file
8/2/16.

TOKYO HIGH COURT APPOINTED
ATTORNEY KATO,
TOKYO HIGH COURT TAKAAKI OSHIMA,
MANABU KATO, SHOICHIRO ANDO,
TSUDANUMA CENTRAL GENERAL HOSPITAL
DOCTORS,
TSUDANUMA CENTRAL GENERAL HOSPITAL
PRESIDENT, DIRECTORS AND
SHAREHOLDERS,
UNNAMED DEFENDANT CHIBA DISTRICT
COURT JUDGE ORDERED DNA
EXTRACTION,
UNNAMED DEFENDANT CHIBA DISTRICT
COURT PRETRIAL JUDGE 1,
UNNAMED DEFENDANT CHIBA DISTRICT
COURT PRETRIAL JUDGE 2,
UNNAMED DEFENDANT CHIBA DISTRICT
COURT PRETRIAL JUDGE 3,
UNNAMED DEFENDANT CHIBA PRISON
CELLBLOCK C MANAGER,
UNNAMED DEFENDANT NARASHINO
DETENTION CENTER GUARD B,
UNNAMED DEFENDANT NARASHINO
INVESTIGATION OFFICER MIZOKUCHI,
UNNAMED DEFENDANT NARASHINO
INVESTIGATION SUPERVISOR MIYAMI,
UNNAMED DEFENDANT TSUDANUMA
CENTRAL GENERAL HOSPITAL NURSE,
USUI CITY.

Defendants.

---

**TO THE ABOVE-NAMED PARTIES:**

**NOTICE IS HEREBY GIVEN** that a civil action based on violations of United States Federal Law, International Treaties the nation of Japan has ratified with the United States and the United Nations, and Japan's Constitution, has been filed on behalf of the plaintiffs against the defendants named herein.

The complainants moves the court for an order to compel the defendants to pay actual and punitive damages in the amount of 248,000,000 USD, including all court costs related to this litigation.

The violations of law perpetrated by Japanese officials and their agents while acting in an official capacity, and under the color of office for Japan's Ministry of Justice include,

A. <u>28 U.S. Code § 1605A Terrorism Exception To The Jurisdictional Immunity of a Foreign State</u>. 28 U.S. Code § 1605A strips a foreign state, its government officials, and any third party acting on behalf of that foreign government of any sovereignty claims, and gives both U.S. State Court, and U.S. Federal Court jurisdiction over a civil claim.

B. <u>The Torture Victim Protection Act of 1991 (TVPA)</u>, codified as 28 U.S.C. § 1350 (2006). In *Sosa vs. Alvarez-Machain*, 542 U.S. 692, 731 (2004), the U.S. Supreme Court characterized the Torture Victim Protection Act (TVPA) as a supplement to the Alien Tort Statute.

C. <u>The Alien Tort Statute</u>.

The TVPA required that plaintiffs, Stone first attempt to have the matter resolved in the jurisdiction where the crimes occurred, before bringing suit in U.S. State or Federal Court.

The plaintiff was indicted, and convicted of committing petty assault under Article 204 of Japan's Penal Code, in Chiba District Court, under Case No. WA 1566, on February 4th, 2013. Plaintiff Stone

was sentenced to 1.5 years of hard labor, suspended for 4 years, after spending 109 days in Narashino Detention Center, known in Japanese as Daiyo Kangoku (police custody), and Chiba Prison. Upon release the plaintiffs timely appealed the matter to Tokyo's High Court of Appeals, case No. 1744 (2014), and thereafter to Japan's Supreme Court, the nation's highest court, Case No. 394 (2014). After the Supreme Court found "no constitutional" violations, the plaintiffs immediately filed an appeal to both the Chiba District Court, as well as the Supreme Court for a retrial. Neither court responded to those motions, which is detailed with supporting evidence in the Statement of Fact section below.

Thereafter, the plaintiffs attempted to file criminal charges at the Chiba Prefectural Police Headquarters, against numerous Japanese officials, including the Narashino Police Department Chief of Police and investigating officers, the Narashino Detention Center supervisor and guards, Chiba Public prosecutors, Tsudanuma Central General Hospital staff doctors and nurse, and Keisei Electric Railway Company (KERC) employees, Tetsuya Ogura and Yomei Takeuchi.

Prior to being detained by Narashino Police on October 18th, 2013, the plaintiff had attempted to file a police report regarding hate crimes, harassment and assault perpetrated by KERC employee Yomei Takeuchi, which occurred on October 5th, 2013. Narashino police, citing their inability to communicate in English, even where English speaking police officers, and interpreters are available to them at



all times, refused to file a report on behalf of the plaintiffs.

Following the advice of Japan's National Police Agency, the agency that trains police, hires police and has jurisdictional authority to investigate police malfeasance, misfeasance, and nonfeasance, wrote a letter to the plaintiff on May 5th, 2014 directing the plaintiff to go to the Chiba Prefectural Police Headquarters to file a formal criminal complaint.

The Chiba Prefectural Police Headquarters refused to allow the plaintiff to make a police report stating, the Chiba Prefectural police did not want the case publicly exposed due to the recent resignation of the Chiba Prefectural Police Chief who abruptly quit, and faced his own criminal investigation after being exposed for coercing several innocent people to sign false confession statements who in fact had been framed for making death threats. See: *Death Threat Hacker Who Fooled Police Is Jailed:* http://www.bbc.com/news/technology-31129817.

Thereafter, the plaintiffs attempted to have illegal government conduct investigated by submitting detailed reports to several Ministry of Justice officials that had jurisdiction, and a legal duty to investigate official misconduct, but every agency used every means available to them to frustrate the plaintiffs efforts, including stalling inquiries, not responding to any official communication, and using language as a barrier to systematically and systemically hope they plaintiffs would become frustrated by their inaction, and give

up seeking an official investigation, retrial, and redress as is required of them under Japan's Constitution, and international treaties that Japan has ratified including, *The Convention against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment*, *Minimum Standards for the Treatment of Prisoners*, and *The International Covenant on Civil and Political Rights*.

Finally, the plaintiffs attempted to have the matter settled through arbitration with Japan's Ministry of Justice's Human Rights Division No. 2. The plaintiffs submitted a four hundred and seventy page report to Mr. Mimura, a human rights department representative. Mr. Mimura, communicated through a Ministry of Justice email address: jinken_soudan_tk01_moj_bal@minji.moj.go.jp and in person when the plaintiffs submitted the documents stated above.

At trial the plaintiffs intends to prove that Japanese officials never use official letterheads, or even sign documents when communicating in an official capacity.

The report submitted to the Ministry of Justice Human Rights Dept. No. 2, included court documents, character evidence, medical records, U.S. Embassy reports released to the plaintiffs under the Freedom of Information Act (FOIA), photographic evidence that showed the extent of physical damage cause by Japanese officials, audio and video recordings that had to be recorded in a clandestine manner to prove the extent of depravity that Japanese police and prosecutors engage in as well as citing constitutional and procedural errors that



occurred at every state of this matter.

The Ministry of Justices Human Rights department, which is required to investigate allegations of torture would only state that the Ministry of Justice would not mediate a claim against itself, even where this is in direction violation of the Redress Act of Japan's Constitution under Article 16, and Article 17.

Further still, during every stage of each proceeding, Japanese officials including Narashino Police Department chief of police, Narashino Detention Center supervisor and guards, Chiba Public Prosecutors, Chiba District court pretrial judges, Tokyo High Court justices, Supreme Court justices, and legal representatives provided by the Tokyo Bar Association and the Chiba Bar Association, intentionally refused to provide the plaintiffs access to any evidence for any proceeding, whatsoever. This includes evidence plaintiff Stone had seen and which was in the possession of Subaru Law Firm attorney Toou Kushida who was assigned to represent plaintiff Stone at the District Court level.

At this time the plaintiffs would like to inform the Court that Japan has no public defenders. Tokyo Bar Association, and the Chiba Bar Association, which license prosecutors and work with prosecutors appointed three different attorneys to the plaintiff. None of them could communicate with plaintiff Stone, and all three attorneys, including Tokyo Bar Association appointed attorney, Takashi Kato, and Tokyo Bar Association appointed attorney Shinji Okoshi, having a

total of thirty-six years of combined experience, had ever won a single case between them. Japan has a 99.99% criminal conviction rate, with nearly every case being judged guilty on nothing more than the defendant's own confession statement.