UNIVERSITY OF LA VERNE

**COLLEGE OF LAW**

320 East D Street ▪ Ontario, CA 91764
Tel: 909.460.2000 ▪ Fax: 909.460.2081

May 13, 2014

Re: J[redacted] S[redacted]

To Whom It May Concern:

This letter is written at the request of J[redacted] S[redacted] to confirm his attendance and graduation from the University of La Verne College of Law and to certify that during his attendance he was granted special accommodations due to disability.

Mr. S[redacted] attended the University of La Verne from January 2003 to December 2006. His Juris Doctor (J.D.) degree was conferred on January 31, 2007.

Mr. S[redacted] sought and was granted special testing accommodations due to disability. His physician supplied documentation of his disability, which was described as acromioclavicular arthritis of the right shoulder and cubical tunnel syndrome to the right elbow. Mr. Stone was provided additional time to complete his exams and was permitted to provide oral responses to his exams, which were tape-recorded and transcribed.

Please contact me if you need any additional information.

With best regards,

Colleen M. Murray

Colleen M. Murray
Registrar

# WILLIAM E. GREGORY
AND ASSOCIATES

A PROFESSIONAL ASSOCIATION

MIAMI•ORLANDO
www.williamgregorylaw.com

William E. Gregory, Esq.
Richard S. Powers, Esq.
Justin R. Clark, Esq.*
*also admitted in Massachusetts
Jonathan J. A. Paul, Esq.

REPLY TO:
*MIAMI OFFICE*

**MIAMI OFFICE**
2223 CORAL WAY
MIAMI, FL 33145
(305) 285-6880
FAX (305) 285-1968

**ORLANDO OFFICE**
1936 BOOTHE CIRCLE
LONGWOOD, FL 32750
(321) 282-1055
FAX (321) 282-1051

All attorneys and support staff accessible via email by using their first initial followed by last name @williamgregorylaw.com


April 21, 2014

Re: J[redacted] S[redacted] v. Spectrum Contracting Company;
CRIMS, INC.; Associated General Contractors
Claim No.: 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
D/A: 5/14/88

To Whom It May Concern:

The undersigned Attorney represented Mr. S[redacted] in his legal case stemming from an on-the-job injury that occurred on May 14, 1988 when Mr. S[redacted] was working construction up on a scaffolding, that was a mobile scaffolding that could be moved by rolling it on its wheels; however, one of the wheels fell off and Mr. S[redacted], who was on top of the scaffolding, fell a great distance to the ground resulting in a severe injury to his low back, which subsequently grew more severe.

This resulted in Mr. S[redacted] undergoing many years of medical care with various doctors, including Dr. Bazak, Dr. Webber and Dr. Moya (Orthopedic Surgeon). These doctor's professional medical opinions were that Mr. S[redacted]'s injured back would be a degenerative condition that would become worse with time such that his back condition would grow worse as he became older. Although I personally have not seen Mr. S[redacted] in many years, I have practiced in the area of Workers' Compensation Law in Miami, Florida in the United State of America for greater than 30 years and the focus of my legal practice concerns medical injuries and therefore, although I am not a medical doctor, I have put numerous doctors under oath to secure their testimony as to the medical conditions of injured workers and therefore, I can professionally

Re: Jack Stone vs. Spectrum Contracting Co.; CRIMS, INC.;
Associated General Contractors
D/A: 5/14/88
April 21, 2014, Page 2

assure you that Mr. S[redacted]'s level of disability will be ever increasing – and likely result in total disability.

I legally represented Mr. S[redacted] from 1988 through 1995, at which time I wrote a letter of recommendation for him concerning an application to the University Of South California School Of Law in Los Angeles, California. Since that time, I have not been in direct contact with Mr. S[redacted]; however, he recently contacted me concerning an alleged transgression for transporting a folding bicycle on a train, which is what has prompted me to draft this letter. That which I have set forth in this letter is true. Although I personally do not retain legal files for more than 10 to 15 years on past clients and as more time than that has passed since I legally represented Mr. S[redacted], I no longer have possession of all of the medical records verifying his disability; however, those medical records can be obtained from the Insurance Company that was responsible for paying all of the doctors that treated Mr. S[redacted] for his disability. For further information you can contact Associated General Contractors, P.O. Box 678148, Orland, FL 32867-8148. The Insurance Adjuster in charge of his file was a woman by the name of Norma Casasnovas back in 1994. Although I doubt that Mrs. Casasnovas continues to be employed there after these many years, the Insurance Company will maintain records that can verify my statements.

I thank you for your attention to these matters and if you have further questions, please feel free to contact me.

Very truly yours,

William E. Gregory

William E. Gregory
Attorney At Law

WEG/oml
Enclosures

(Letterhead)

DaSilva Group Representation Agreement

This agreement is made on this 7th day of January 2011 by and between The DaSilva Group and J[redacted] S[redacted] (Agent).

The DaSilva Group and (Agent) agree as follows:

1. Representation

The DaSilva Group hereby retains J[redacted] S[redacted] to represent the DaSilva Group exclusive list of guest speakers throughout all Japan territories, as an agent representative for a period of 5 years.

(Agent) promises to use best efforts to develop promotional material, and to promote DaSilva Group speakers for corporate, endorsement, entertainment, political and other speaking related events and engagements.

(Agent) promises to use best efforts to negotiate business matters, and affairs related to DaSilva guest speakers, including but not limited to contractual terms.

2. Compensation for Services

(Agent) shall receive a commission based fee of 50% compensation paid from any and all proceeds paid for services rendered by DaSilva Group guest speakers. Fees to be paid and split between DaSilva Group and (Agent) are 10% of speakers actual earnings.

All agency related fees shall be considered earned, and due at the time of execution, and completion of any DaSilva Group speakers, speaking engagement.

Payment of fees earned by (Agent) shall be delivered within 90 days after receipt of such.

3. General Terms

DaSilva Group shall have final approval of all contractual terms negotiated on behalf of guest speakers.



(Letterhead)

The DaSilva Group cannot enter into any contractual agreement with a third party within Japan territories, related to DaSilva Group speakers without first seeking (Agent) approval.

(Agent) acknowledges that DaSilva Group may engage professionals, including attorneys, accountants and other licensed representatives to fulfill certain terms that may arise between guest speakers and the payor of guest speaker services. Such fees may not be deducted from (Agent) earnings.

This agreement shall be construed and interpreted according to U.S. contract law, and both DaSilva Group and (Agent) shall have the right to enforce this agreement in any country, territory, state or other municipality that either DaSilva Group, or (Agent) exclusively deems appropriate.

Any and all disputes, controversies, or claims arising between DaSilva Group and (Agent) under this agreement shall be settled by arbitration in the city of Los Angeles, pursuant to the laws of the state of California, unless both parties to this contract otherwise agree.

This agreement may be executed via facsimile and in counterpart, and a copy of the executed agreement shall serve as an original.

Agreed to: 7th day of January 2011.

Agent:

[redacted] S[redacted]

Chairman & CEO
DaSilva Group, Inc.


KENDA
KENDA


Punishment Committee


"Exercise Yard."
Cellblock C Cell 4


Torture Cell Location




フィットネスクラブ
GOLD'S GYM
当駅南口 徒歩1分
047-455-0022
習志野第一病院


フィットネスクラブ
GOLD'S GYM
当駅南口 徒歩1分
047-455-0022
習志野第一病院


救急指定
志野第一病院
当駅下車徒歩3分市役所隣
外科 内科
TEL 0474(54)1511(代)
Camera 1 which is aimed at the station window.
The prosecutors have convinced the lower court judge, and three Tokyo High Court judges that the defendant, having been a former public defender, and a professional cameraman, engaged in assault while fully aware that the entire event would be captured on video.
None of these judges bothered to look at any of these video recordings, and merely accepted whatever the prosecution claimed as fact.
It's under this system that defendants are sentenced to death by hanging.




This is the angle of the second camera which captured the entire corridor where Ogura is clealry seen punching, and kicking the defendant.
Directly behind is the door that Ogura ran out of, and rushed at the defendant and began assaulting him.
The video clearly shows the defendant holding a large bag in his right hand.
Yet, Ogura would claim the defendant was punching him with that hand.
The videotape clearly shows the defendant avoiding any physical contact whatsoever.
The large arrow shows the location of the camera.
The background arrow shows the path to the stairwell that went to the street, and where there is a camera that prosecutors are refusing to release.
Note the Azalea sign. Is this how clients should be treated by KERC employees?


The arrow shows the location of a camera that captured videtape footage
of where Ogura claimed to have been punched two times by the defendant.
The prosecutors are refusing to release this videotape recording, which
KERC has stated that they turned over to the prosecutors.
Criminal Code 281 (4)(5) require prosecutors to turn over evidence that
the defendant knows exists, and that they seek to use for an appeal.
The prosecution told the defendant in a phone call on 10.24.14, that they
would allow the defendant to view the evidence AFTER the Supreme Gourt
decision has been made.
This is Japan's version of the defendant being afforded the right to raise
an adequate defense, and having a fair proceeding before an "unbiased"
panel of judges that in reality always side with the prosecutor.
The 99.9% conviction rates are mired in this corrupt legal process, and why
formers judges like Hiroshi Segi call for every judge to be thrown out of
office, and for the entire system to be scrapped.
The 99.9% conviction rate is the result of this kind of criminal, criminal proceedings.



Ogura location where [illegible]ew his final punch at the defendant who was trying to exit the station down two flights [illegible] stairs.




A camera located where Ogura claimed to have been punched two times.
One would think the prosecutors would want this, and other video recordings that they are in possession of shown to the court. Yet, they don't want the court to see them. Only the defendant has tried to get the courts to view this footage.
This is Japanese style justice for foreigners where prosecutors are on record stating that they are not human beings, and the equivalent to yakuza, and therefore have no human rights. If foreigners have no human rights in Japan, then the courts don't have jurisdiction over them. I've yet to see an animal, or insect detained, dragged through false proceedings,and convicted of a crime they had not committed.



Top of the stairwell where Ogura attempted to cause the defendant to fall down by punching him in the face.
The defendant raised his bag to block the punch.
The camera is where the red arrow is pointing.
The red X's show where two female customers were coming up the steps, and
would have been injured had the defendant not blocked the punch.


Defendant position where he raised
his bag to block Ogura's punch as
he tried to exit the station.
was attempting to knock the
down the stairwell even
heading up the steps.



Camera view of the location where Ogura claims the defendant punched him.
Yellow arrow shows Ogura's position, and the direction he was facing.
White arrow shows defendant's position, facing the police as they approached.
Officer Mizokuchi was one of the police, and would have seen that the defendant engaged in no assault at this location.
The 7-11 camera would have captured this exact view.


camera directly across from the Keisei station stairs



Exterior cameras that captured Ogura's false statement to police where he said the defendant punched him at this location. Note the sign which readscameras are in operation. Camera footage was turned over to the prosecutor by KERC, and they have refused to turn them over to the defense.


AP
2048x2500
CR
Mag: 0.24x
CR975
CR975
R
Ww 3686, Wc 2229
Im 1/1, #2199


AP
2048x2500
CR
Mag: 0.24x
CR975
CR975
津田沼中央総合病院
R
SUTO-N JIYATSUKU
55才 M 3432994
Acc: 2000002132166
2013/11/13
Ww 4096, Wc 2048
Im 1/1, #2198


R
R













NDC Photo taken 42 days
Shoko Doi: court interpreter

STATE-0832

**Kasai, Chiharu**

**From:** Kasai, Chiharu
**Sent:** Friday, October 25, 2013 11:57 AM
**To:** Otokita, Akiko; Ogier, Hugues P; Capistrano, Norm; Uadan, Bernard C; Itami, Mami; Duval, Thomas A
**Subject:** RE: UPDATE: S[redacted], J[redacted] (DOB: [redacted])

RELEASED IN FULL TO CERTAIN PARTIES

FYI

Today at 11:45 I checked with Narashino Police and they reported that Mr. S[redacted] has been eating since Tuesday, October 22. They took him to the doctor this day and the doctor found nothing wrong with him and didn't give Mr S[redacted] any medication. He started eating after coming back to police detention. The police said they changed his meal to bread as he was expressing he doesn't like rice through gestures. He is also drinking water.

His first ten-day detention order expires October 29, 2013.

---

**From:** Otokita, Akiko
**Sent:** Tuesday, October 22, 2013 5:24 PM
**To:** Ogier, Hugues P; Capistrano, Norm; Uadan, Bernard C
**Cc:** Itami, Mami; Kasai, Chiharu; Duval, Thomas A
**Subject:** UPDATE: S[redacted] J[redacted] (DOB: [redacted])

REVIEW AUTHORITY: Barbara Nielsen, Senior Reviewer

At 17:15, I contacted MR. S[redacted]'s boss, Ms. Katsuyama. She said she was asked by the police yesterday to contact Mr S[redacted]'s girlfriend, and tried to contact her at the same number we have several times, and finally around midnight last night, she could talk to the girlfriend. The girlfriend works day time, so it is not certain how soon she can go visit him in jail, but now she knows he was arrested, and the name of the police.

Otokita

Privacy/PII
This email is UNCLASSIFIED.

---

**From:** Otokita, Akiko
**Sent:** Tuesday, October 22, 2013 5:00 PM
**To:** Ogier, Hugues P; Capistrano, Norm; Uadan, Bernard C
**Cc:** Itami, Mami; Kasai, Chiharu; Duval, Thomas A
**Subject:** RE: New Arrest case from the weekend: S[redacted], J[redacted] (DOB: [redacted])

FYI,

At 17:00, I checked with Narashino Police. S[redacted] has not eaten (last night and this morning. Not sure about lunch today), and he told the police that he doesn't feel well, so he was taken to see a doctor around 15:00, and hasn't come to the jail yet.

Otokita

CLASSIFICATION: UNCLASSIFIED

RELEASED IN FULL TO CERTAIN PARTIES

**From:** Kasai, Chiharu
**Sent:** Tuesday, November 12, 2013 11:43 AM
**To:** Ogier, Hugues P; Uadan, Bernard C; Duval, Thomas A; Capistrano, Norm; Otokita, Akiko; Itami, Mami
**Subject:** Indicted: S[redacted], J[redacted] (DOB: [redacted])

On November 8, 2013, Mr. S[redacted] was indicted for assault causing injury.

According to the police, Mr. S[redacted] said he rather eat rice than bread, so the police changed his meal back to rice this weekend.

起訴になったので
これから弁護士つく。

Kasai

This email is UNCLASSIFIED.

REVIEW AUTHORITY: Barbara Nielsen, Senior Reviewer

---

**From:** Kasai, Chiharu
**Sent:** Thursday, October 31, 2013 11:58 AM
**To:** Ogier, Hugues P; Capistrano, Norm; Uadan, Bernard C; Itami, Mami; Duval, Thomas A
**Subject:** RE: UPDATE: S[redacted], J[redacted] (DOB: [redacted])

FYI

Mr Stone received his second ten-day detention order which will expire on November 8, 2013.

According to the police, Mr. S[redacted] is eating bread, but is leaving the white(main) part saying it is bleached. He only eats crust of the bread and the side dish in the bento.

This email is UNCLASSIFIED.

---

**From:** Kasai, Chiharu
**Sent:** Friday, October 25, 2013 11:57 AM
**To:** Otokita, Akiko; Ogier, Hugues P; Capistrano, Norm; Uadan, Bernard C; Itami, Mami; Duval, Thomas A
**Subject:** RE: UPDATE: S[redacted], J[redacted] (DOB: [redacted])

FYI

Today at 11:45 I checked with Narashino Police and they reported that Mr. S[redacted] has been eating since Tuesday, October 22. They took him to the doctor this day and the doctor found nothing wrong with him and didn't give Mr. S[redacted] any medication. He started eating after coming back to police detention. The police said they changed his meal to bread as he was expressing he doesn't like rice through gestures. He is also drinking water.

CLASSIFICATION: UNCLASSIFIED

**To:** Otokita, Akiko; Itami, Mami
**Subject:** FW: J[redacted] S[redacted] - Narashino Police

Just FYI

This email is UNCLASSIFIED.

**From:** Glass, Leslie J
**Sent:** Friday, November 22, 2013 5:58 PM
**To:** Kasai, Chiharu; Ogier, Hugues P
**Subject:** J[redacted] S[redacted] - Narashino Police

On November 21, 2013, a Consular Associate (CA) visited detained U.S. citizen J[redacted] S[redacted]. Mr. S[redacted] was visited after his meeting with the prosecutor's office. Prior to entering the interview room, CA was informed that Mr. S[redacted] was in a highly agitated and emotional state and that there would be a few guards outside his room if assistance was needed. Upon entering the interview room, CA notice Mr. S[redacted] was visibly upset and crying. He reported severe mistreatment saying that the prison guards used a torture device where a rope was wrapped around his feet and stretched to the point of breaking a bone in his foot. He had a previous foot injury that was healing and that the mistreatment received from the guards resulted in an additional break. He was taken to Tsudanuma Hospital for treatment on November 13 where his injury was treated and foot placed in a bandaged half cast. It took some time to get Mr. S[redacted] composed enough to discuss his situation in a calm manner. He is concerned that he has been in jail for 32 days and no attorney has been assigned to his case. He also concerned that the prosecutor's office is filing additional charges against him. CA informed him that we cannot solicit an attorney on his behalf but one will be assigned to his case if he cannot afford to pay. Mr. S[redacted] did say that he was visited by an attorney earlier and he had his name and number in his paperwork. CA informed him that a representative from the U.S. Embassy ACS unit will visit him monthly until his sentencing. He was relieved to hear this and was able to give the CA a letter, via the prison officials, that was too large to fit in an envelope. CA turned letter over to appropriate personnel in ACS. After a lengthy conversation, no requests were made from CA but Mr. S[redacted] seemed to be under control and in better state of mind.

NOTE: NOT FOR ACS+: Mr. S[redacted] pointed out the guard that allegedly tortured him. I was able to ask this guard for the letter that Mr. S[redacted] wanted to pass on to us. When he spoke I smelled alcohol on his breath. I was accompanied by the embassy driver who assisted me by interpreting. I don't know if he smelled alcohol but it was hard to miss. I did not get the guards name or official position. Also....During the interview, Mr. S[redacted] knocked on his door several times asking the guards to deliver his letter to me. After the second time, I informed Mr. S[redacted] not to touch the door again until our meeting was concluded and that the guards weren't there to do his bidding. I told him I would ask for the letter when our meeting was over. I was a little harsh but Mr. S[redacted] seemed to relate to this and was attentive for the rest of the meeting.

If you have additional questions about this meeting you can email me on my personal account [redacted]

B6
PP

C05580850SSIFIED U.S. Department of State Case No. P-2014-08091 Doc No. C05580850 Date: 06/05/2014



SIFICATION: UNCLASSIFIED
Pr..acy/PII

RELEASED IN PART TO CERTAIN PARTIES
PP;B6

REVIEW AUTHORITY: Barbara Nielsen, Senior Reviewer

From: Otokita, Akiko
Sent: Monday, November 25, 2013 2:40 PM
To: Ogier, Hugues P
Cc: Kasai, Chiharu; Itami, Mami; Capistrano, Norm; Duval, Thomas A
Subject: RE: J[redacted] S[redacted] - Narashino Police

Around 14:10, November 25, I spoke with Mr. Fujisaki, Detention Section of Narashino Police.

I expressed our concern over Mr. S[redacted]'s unstable emotional conditions and the injury he recently sustained during the detention.

Mr. Fujisaki said that Mr. S[redacted] has been eating recently, but he usually leaves a half of the portion every time. Mr. S[redacted] told the police that he doesn't eat meat, and the police try to give him meal without meat.

Mr. Fujisaki reported that after the recent consular visit, Mr. S[redacted] has been relatively calm. In addition, his girlfriend visited him twice, most recently on Friday, November 22.

According to Mr. Fujisaki, on November 8 when he came back from the prosecutor's office (note: this is the date he was indicted for assault causing injury), Mr. S[redacted] was very angry, and started to hurt himself by punching his face 4 times by his right fist and another 4 times by his left fist. To protect him, the police had to place him in a protective cell, using the restraint for the arms and legs. The police uses this kind of restraint only once a year or so. The length of the period Mr. S[redacted] was tied was one hour and 13 minutes. The police used a belt with a handcuff. The handcuff was attached to the belt in front and the handcuff itself is not steel, but with cloth. I have seen a controversial leather handcuff, and asked Mr. Fujisaki whether it was like a leather handcuff. He said no. The ankles and the knees were tied with ropes.

On November 12 when a doctor made a scheduled regular visit to detainees, he noticed that Mr. S[redacted]'s foot had inflammation and recommended he should visit a hospital. Therefore, Mr. S[redacted] was taken to a hospital on the following day, November 13, and the doctor found that his middle right toe was broken (not the ankle where tied with a rope), and the doctor placed some bandage with cast. However, Mr. S[redacted] took the cast by himself, and he redid the bandage by himself. He was supposed to return to the hospital on November 27. The police has no idea why his middle toe was broken, but the police officers has noticed when Mr. S[redacted] had bad moods, he hit the steps and floor very hard.

videotaped told Kushida didn't happen after describing room in detail to Embassy, Lawyer & JFBA police changing story

Otokita

Privacy/PII
This email is UNCLASSIFIED.

From: Otokita, Akiko
Sent: Monday, November 25, 2013 12:26 PM



CLASSIFICATION: UNCLASSIFIED
Privacy/PII

UNCLASSIFIED U.S. Department of State Case No. P-2014-08091 Doc No. C05580850 Date: 06/05/2014

RELEASED IN FULL TO CERTAIN PARTIES

AMERICAN EMBASSY
NOV 26 2013
TOKYO, JAPAN

Hello, my name is J[redacted] S[redacted] I'm being held at Narashino Detention Center (Chiba). I'm charged with minor crimes, but 33 days (Nov. 21st) I've yet to see an attorney. I don't have the funds to hire one, and the public prosecutor refuses to provide one for me. She (Ms. Kume) has told me to "get one from your embassy," of course this is absurd, and she knows this. I'm intentionally being held in this manner, as she knows there can be no trial, unless I have a lawyer, the is a gross procedural violation.

REVIEW AUTHORITY: Barbara Nielsen, Senior Reviewer

My girlfriend of 6+ years is 8 months pregnant. We're preparing for marriage, but due to her condition, and my present state, I don't have marriage documents. I'd like to finalize marriage before the baby comes, I'd also like any documents/forms necessary to



No attorney 38 days

CLASSIFICATION: UNCLASSIFIED

**From:** Ogier, Hugues P
**Sent:** Wednesday, January 22, 2014 5:35 PM
**To:** Duval, Thomas A
**Cc:** Kasai, Chiharu; Uadan, Bernard C; Otokita, Akiko; Itami, Mami; Capistrano, Norm
**Subject:** RE: Visit notes; S[redacted], J[redacted]

Good to go. Kasai san: If he is not freed tomorrow, we need to alert the center about the suicide threat. HO

RELEASED IN FULL TO CERTAIN PARTIES

REVIEW AUTHORITY: Barbara Nielsen, Senior Reviewer

-----Original Message-----
From: Duval, Thomas A
Sent: Wednesday, January 22, 2014 5:30 PM
To: Ogier, Hugues P
Cc: Kasai, Chiharu; Uadan, Bernard C; Otokita, Akiko; Itami, Mami; Capistrano, Norm
Subject: Visit notes; S[redacted], J[redacted]

On January 22, 2014, a Consular officer visited J[redacted] S[redacted] (DOB: [redacted]) at Chiba Detention Center.

Mr. S[redacted]'s girlfriend had a son on [redacted].

Mr. S[redacted] explained, in exhaustive and sometimes repetitive detail, what happened to him. Feeling as if he is caught in a Kafka-esque web of circumstance directed by people who are persecuting him because he is not Japanese, he often broke into sobs as he explained the terror he feels as he waits for his sentencing tomorrow.

His previous injury to his right foot was documented in previous visits. He showed ConOff his left foot, which he says is very difficult to walk on. His left heel appears swollen and purple; three toes were purple, two with patches of black skin.

Mr. S[redacted] says that there is videotaped evidence which shows his innocence, and described several instances of resistance to his jailers. Despite that, Mr. S[redacted] burst into tears repeatedly saying he just wanted to go home, and mentioned several times his belief that he "could not take a year in a Japanese prison.". He suggested that he might consider suicide.

ConOff tried to offer encouragement, citing Mr. S[redacted]'s new son as a reason for living and talking about Martin Luther King. Mr S[redacted] thanked ConOff for his calming demeanor and again burst into tears as he left the interview room.

This email is UNCLASSIFIED.

CLASSIFICATION: UNCLASSIFIED

*Embassy of the United States of America*
*1-10-5 Akasaka, Minato-ku*
*Tokyo 107-8420 JAPAN*
*Fax 81-3-3224-5856*

January 28, 2014

RELEASED IN FULL TO CERTAIN PARTIES

Mr. Toru Matsumura
Warden
c/o Chiba Detention Prison
192 Kaizuka-cho, Wakaba-ku,
Chiba-shi, Chiba 264-8585

Dear Mr. Matsumura,

We are writing regarding Mr. J[redacted] S[redacted], a U.S. citizen detainee in your care.

We recently visited Mr. S[redacted] and we are very concerned. He mentioned he has suicidal thoughts, and seemed to be very emotional. We have already alerted your staff about this by phone, but respectfully ask again that you monitor him carefully and have him see a psychiatrist, if necessary.

We appreciate your cooperation.

REVIEW AUTHORITY: Barbara Nielsen, Senior Reviewer

Sincerely,

Hugues Ogier, Consul
American Citizen Services, Chief
U.S. Embassy Tokyo

ASSIFICATION: UNKNOWN

RELEASED IN FULL TO CERTAIN PARTIES

REVIEW AUTHORITY: Barbara Nielsen, Senior Reviewer

**From:** Ogier, Hugues P
**Sent:** Wednesday, February 19, 2014 12:19 PM
**To:** Kasai, Chiharu
**Cc:** Otokita, Akiko; Uadan, Bernard C
**Subject:** FW: <DRAFT> response to Mr. S[redacted]
**Attachments:** Stone 2-13-14.pdf

We don't have the photo. It was deleted after we showed it to the doctor to get his verbal opinion. See my edit. HO

---

**From:** Kasai, Chiharu
**Sent:** Tuesday, February 18, 2014 3:21 PM
**To:** Ogier, Hugues P
**Cc:** Otokita, Akiko; Uadan, Bernard C
**Subject:** <DRAFT> response to Mr. S[redacted]

Ogier-san,

Draft for your review.
He may ask why the photo is not kept as a record though...

<DRAFT>
Dear Mr. S[redacted],

Thank you for notifying us of your recent release.

You may request access to records pertaining to your recent detainment through the Freedom of Information Act. We ask that you please go to http://foia.state.gov/ for more information.

Sincerely,

American Citizen Services
U.S. Embassy Tokyo

This email is UNCLASSIFIED.

**Kasai, Chiharu**

| | |
|---|---|
| **From:** | Ogier, Hugues P |
| **Sent:** | Wednesday, March 19, 2014 11:41 AM |
| **To:** | Tokyo, CCU |
| **Cc:** | Duval, Thomas A |
| **Subject:** | FW: Forwarded mail through Embassy Web site |

Sato-san: Please release this version. HO

RELEASED IN FULL TO CERTAIN PARTIES

Privacy/PII
This email is UNCLASSIFIED.

---

**From:** Duval, Thomas A
**Sent:** Wednesday, March 19, 2014 11:04 AM
**To:** Ogier, Hugues P
**Subject:** RE: Forwarded mail through Embassy Web site

REVIEW AUTHORITY: Barbara Nielsen, Senior Reviewer

Dear Mr. S[redacted]

While we understand that you are currently engaged in the appeals process, information kept by the Department of State can only be released after your request has been processed. For more information about your request, you can contact the Freedom of Information Act Requester Service Center at (202) 261-8484.

Sincerely,

American Citizen Services
U.S. Embassy Tokyo
+81 (3) 3224-5000

why did embassy not demand a review of evidence including video recordings?
why did embassy not appear at 4 court hearings and protest illegality abuse
cite treaties?

Privacy/PII
This email is UNCLASSIFIED.

---

**From:** Ogier, Hugues P
**Sent:** Wednesday, March 19, 2014 10:09 AM
**To:** Duval, Thomas A
**Subject:** FW: Forwarded mail through Embassy Web site

Can you work on this for me. We will need to be very concise and not refer to any specific documents. HO

This email is UNCLASSIFIED.

**...om:** Tokyo, CCU
**...ent:** Wednesday, March 19, 2014 9:55 AM
**To:** Ogier, Hugues P
**Cc:** Uadan, Bernard C
**Subject:** FW: Forwarded mail through Embassy Web site

Mr. Ogier,

Mr. J S replied to our message last week, but I left it without following up. Sorry.
. Please let us know if we should follow up on this.

CCU/sato

Pattern conduct that is non-responsive why?

This email is UNCLASSIFIED.

**From:** J S [mailto:email@stackjones.com]
**Sent:** Monday, March 10, 2014 10:54 PM
**To:** Tokyo, CCU
**Subject:** Re: Forwarded mail through Embassy Web site

I already sent that request, and have not heard back from them.
I don't have time for their slow moving wheels.
I am already in the appeals process and I need that information.
Your office sure didn't mind me going out on a limb and assisting in smuggling out photos as proof of the horrific conditions in japan's ghoulags.
I need that information to smack those corrupt lying bastards back into reality.
They broke my leg, they gave me severe nerve damage in my right hand, and severe frostbite. They kept me from the birth of my child.
I don't want to hear about bogus regulations.
I want that information.

The videos finally released that they attempted to hide from us exposes their entire case of fraud, and I'll beat those corrupt cunts on this appeal.
The Embassy getting in the way, and not getting me that information is unconscionable.
Get me that information.

Here is a copy of the FOIA request.

> **From:** State Department FOIA <noreply@state.gov>
> **Subject:** FOIA Request Letter
> **Date:** February 28, 2014 2:30:49 AM GMT+09:00
> **To:** J S <email@stackjones.com>

Thank you for filing your FOIA request online on 2/27/2014. Here is a review of your request.

The records I request can be described as follows:

UNCLASSIFIED U.S. Department of State Case No. F-2014-06091 Doc No. C05580728 Date: 08/05/2014

*Embassy of the United States of America*
*1-10-5 Akasaka, Minato-ku*
*Tokyo 107-8420 JAPAN*
*Fax 81-3-3224-5856*

RELEASED IN FULL TO CERTAIN PARTIES

April 22, 2014

REVIEW AUTHORITY: Barbara Nielsen, Senior Reviewer

Mr. Yoshiharu Yano
Chief of Narashino Police Station
2-4-1 Saginumadai,
Narashino-shi, Chiba 275-0015

Dear Mr. Yano

We recently received allegations regarding mistreatment of a U.S. citizen while in your care. Mr. J[redacted] S[redacted] (DOB : [redacted] was detained in Narashino Police Station from the time of his arrest on October 19, 2013 until his transfer to Chiba Detention on December 20, 2013. We understand that early in his incarceration, he was placed in a protective cell, and restraints were used for his arms and legs. Mr. Stone reportedly suffered a broken foot as a result of being restrained.

We would like to respectfully ask the following questions related to this incident:

- For what reason was Mr. Stone restrained?
- In what manner was Mr. Stone restrained?
- How was he injured while he was restrained or held in the protective cell?
- We understand Mr. S[redacted] received medical attention following the incident. What did the doctor say at the time of the incident? What treatment was applied to Mr. S[redacted]'s injury?
- Did a doctor continue to examine Mr. S[redacted] to monitor his progress? What was the outcome?

UNCLASSIFIED U.S. Department of State Case No. F-2014-06091 Doc No. C05580728 Date: 08/05/2014

What was Yano's response?

FIED U.S. Department of State Case No. F-2014-06091 Doc No. C05580728 Date: 06/05/2014

We appreciate your assistance in learning more about this matter.

Sincerely,

Hugues Ogier, Consul
American Citizen Services, Chief
U.S. Embassy Tokyo

UNCLASSIFIED U.S. Department of State Case No. ... Doc No. C05580728 Date: ...

*Embassy of the United States of America*
*1-10-5 Akasaka, Minato-ku*
*Tokyo 107-8420 JAPAN*
*Fax 81-3-3224-5856*

RELEASED IN FULL TO CERTAIN PARTIES

April 22, 2014

Mr. Toru Matsumura
Warden
c/o Chiba Detention Prison
192 Kaizuka-cho, Wakaba-ku,
Chiba-shi, Chiba 264-8585

REVIEW AUTHORITY: Barbara Nielsen, Senior Reviewer

Dear Mr. Matsumura,

We recently received allegations regarding mistreatment of a U.S. citizen while in your care. Mr. J[redacted] S[redacted] (DOB : [redacted]) was detained in the Chiba Detention Center from December 20, 2013 through February 4, 2014. During the period of his detention, Consular officers observed Mr. S[redacted] having difficulty walking and making remarks which caused us concern. We wrote a letter to you dated January 28, 2014 requesting that Mr. S[redacted] be monitored carefully and if necessary, requesting that he be seen by a psychiatrist.

We would like to respectfully ask if Mr. S[redacted] was provided with any care, and if he was seen by a psychiatrist. We would also like to know if he was treated for any other injuries or was seen by a doctor while under your care, and if so, what was the outcome.

We appreciate your cooperation. Thank you for your continued assistance.

Sincerely,

Hugues Ogier, Consul
American Citizen Services, Chief
U.S. Embassy Tokyo



what response?

**From:** Tokyo, CCU
**Sent:** Thursday, July 10, 2014 9:11 AM
**To:** Gardner, Gregory N
**Cc:** Otokita, Akiko
**Subject:** FW: P-2014-06091

Mr. Gardner,

FYI. State Department responded to June 18's J[redacted] S[redacted] inquiry.

CCU/Nagumo

Privacy/PII
This email is UNCLASSIFIED.

**From:** Manheim, Marianne J
**Sent:** Thursday, July 10, 2014 1:15 AM
**To:** Jack Stone
**Cc:** FOIA Status; Tokyo, CCU
**Subject:** RE: P-2014-06091

Dear Mr. S[redacted],

Thank you for contacting us regarding your recently completed FOIA request. As stated in the final response letter, the Department searched the Embassy in Tokyo and the Office of Overseas Citizens Services, reviewed all responsive documents located as a result of these searches and released all non-exempt information to you. The photo that you referenced was not located in these searches. As stated in the FOIA response letter, you may file an appeal regarding any adverse determination. Regarding the question you posed, we apologize but the FOIA office is unable to provide a response, as the Freedom of Information Act itself does not require agencies to explain the content or answer questions regarding documents.

Sincerely,
Marianne Manheim

-----Original Message-----
From: J[redacted] S[redacted] [mailto:email@stackjones.com]
Sent: Wednesday, June 18, 2014 10:36 PM
To: FOIA Status; Manheim, Marianne J; Tokyo, CCU
Subject: P-2014-06091

6.18.14.

I received a package from the DOS. Thanks for that.

There are pertinent documents missing however.

There is an email in those documents which discusses the photo (photos) taken of my frostbite injuries. The communication took place on 2.19.14., between Hugues Olgier, and Chiharu Kasai. They're discussing the photos, which they state were deleted.

Those photos may have been deleted from one particular computer, but I notice that it is in a .pdf format, and had been emailed around. This means there are other copies available. Perhaps, Thomas Duval has an original.

That communication states that the photo was shown to a doctor, who is unnamed, and who made an opinion as to what caused the injuries in those photos.

I need to know who the doctor was, and what that communication was, as these communications are void of any of that information, and I'm sure this was reported.

I'd also like to know why was this evidence not preserved, and why it was deleted?

These are government records related to a long, and ongoing dispute with the Japanese government regarding the mistreatment of detainees, and prisoners, some who have frozen to death, while scores of others have filed complaints of this treatment. If Thomas Duval took the effort to smuggle out that photo, under the circumstances where it was clear I wasn't able to walk as a result of those injuries, it seems inexcusable that this information would be destroyed. That information is government records. No individual has the authority to destroy such records.

That information is crucial because the U.S. Embassy, and other embassies have long been complaining to Japan's Ministry of Justice regarding that particular issue. That information is crucial in a law suit that is being filed by the Japan Federation Bar Association, which is representing me in an action against the state for redress.

The goal is to stop Japan from violating international treaties it has ratified, and to protect current, and future detainees from suffering avoidable damage.

Please follow up with this information, and provide it.

Thank you,

J. S

This email is UNCLASSIFIED.

**From:** Tokyo, CCU
**Sent:** Wednesday, July 09, 2014 4:05 PM
**To:** Gardner, Gregory N
**Cc:** Otokita, Akiko
**Subject:** FW: J[redacted] S[redacted]: Appeals Update
**Attachments:** Appeal Prospectus 控訴趣意書.pdf; Fact Investigation 事実取調請求書.pdf; 弁1 Statement English.pdf; 弁1 Statement Translation.pdf

Mr. Gardner,

CCU received another message from Mr. J[redacted] S[redacted] again. We were told to ignore the messages from him and just forward them to ACS.
Otokita-san should know the background...

Thank you.
CCU/Nagumo

Privacy/PII
This email is UNCLASSIFIED.

**From:** J[redacted] S[redacted] [mailto:email@stackjones.com]
**Sent:** Wednesday, July 09, 2014 3:22 AM
**To:** Tokyo, CCU
**Subject:** Jack Stone: Appeals Update

7.9.14.

Takeshi Kato, that "lawyer" who handled my High Court appeal, who I had met a mere one time, for 10 minutes, managed to have every single motion I raised, swiftly quashed, including statements made by witnesses not available at the lower court "trial", and photos that showed the conditions of my hands upon release from Chiba Prison, which were serious injuries caused by the illegal use of double paired handcuffs, resulting in permanent nerve damage to my right wrist. (See attached.) No doubt the vermin posing in black western robs just want to see this case end, under the typical secretive guise of hiding illegal official conduct while other nations idly standby taking no action to protect their citizens.

The vermin that call themselves High Court judges never even looked at me one time during the entire proceeding, which lasted only a few minutes.

And while you embassy employees don't like my "new" found language regarding these racist, and barbaric animals, they'd pull the same shit on you if they had the chance. I'll no longer write touristy bullshit for these radiation contaminated reckless clowns. I'll commit myself for life to write hate speech against these demons, hoping others pick up the torch as well.

Some nations forfeit the right to exist. Japan is one of them.

One thing Kato managed to include in his statement was that he reviewed the two videos (should be at least six) that the prosecutors continue to refuse to release, and which the High Court ruled refused to allow to be released. Kato

stated clearly in his appeal (See attached), as the lower court attorney Kushida stated, that I committed no crime. Kato stated that what I was accused of was IMPOSSIBLE. But, I already knew that, and I'm sure the court does too. I know the pigs and the prosecutors know it.

Why does the U.S. government let these cheap, right wing, criminal, corrupt, and reckless sexist, and racist bastards continue torturing, and bringing false charges against its citizens? It sickens me that the American government, and the U.N. write annual reports on judicial corruption, but they take no action to pressure the xenophobic, world illiterate, repugnant dinosaurs to become a civilized, and rational nation. There isn't anything special about these Japanese men. They're mostly drunkards, and stink of cigarettes. The best destination for them is at the bottom of the cliffs at Tojinbo, or dangling at the end of a noose somewhere in the lost forest of Fuji.

By the way... I got to look over the documents released under the FOIA, and I'm disgusted that the photographs taken of my feet were "deleted." Do you have any idea what risk of danger I was in because of that? I don't believe it's "Kafka-esque" as Duval wrote regarding my numerous letters to the embassy. Those letters were written with future intentions. They support everything I stated was a reality.

I'm seeking an explanation in my appeal to the DOS, as to why those photos taken at Chiba Prison were not preserved, as well as the "doctors" opinion as to what caused those injuries. I'm absolutely sure Thomas Duval has the originals, and I want them. I'm also demanding a statement by the doctor that was supposed to have made an opinion as to what caused those injuries to my feet. What doctor did you get a "verbal" opinion on my injury from?

Tell Chiharu Kasai to go fuck off! That calloused miscreant mocked my communications to the embassy, playing down the grievous conditions that I was held in, knowing full well this country has been pulling that gross level of abuse for decades. Denial is typical of the Japanese mentality. Let Kasai understand that they couldn't have endured three days of what I had 109 days of. Not one of you could have. And if they were arrested in the states, at least they would have had some constitutional standards protect them from disturbing, and demented criminals posing as "state" authorities. Especially given the fact that I had committed no crime, the police knew it, and certainly discovered it when they were performing their "investigation", but instead of releasing me, wanted to "win", and planted evidence to frame me, had a child on the way, and was being brutally treated,injured, injuries denied, injuries played down, and threatened with deportation, and the destruction of my father/son relationship.

Gee… I'm so sorry, I'm not taking this like a good sport.

I hope these, ever backwards looking bastards continue to make trouble with China, and Russia. Someone ought to let "Dorothy" know they ain't in Kansas any longer. These midget, small dicked pedophiles, that like to call Koreans cockroaches ought to know that it would be them that would be crushed like the bug they truly are. These clowns don't learn from anything. Not from being nuked two times by a foreign entity, and three times by the reckless greed of TEPCO. Hell, China and Russia don't have to bomb the fuck out of these loser liars, all they have to do is stop sending them food, precious earths, and natural gas. That should send them right back to the Joban stone age they so much desire.

The U.S. DOS 2012 report states that Japan brought 400,000 criminal cases that year with only 82 acquittals. A 99.9% conviction rate. It would seem that prosecutors in Japan are really good at what they do. Yeah, they are. They're great at extracting false confessions and that is about it. 91.7% of cases brought resulted in confessions with no evidentiary material brought to support the charges. So, in reality the incompetent, and corrupt pigs called prosecutors were really only successful in 8.2% of the charges they brought. Pathetic! I'm sure a monkey, or what was it… A yellow monkey, is that what they claimed I said? I'm sure a yellow monkey could do better than that, even without an irrational legal education.

No matter how the corrupt Japanese High Court rules on July 15th, I'll appeal to the Supreme Court on numerous grounds. My guess is it will take a foreigner to have the court finally look at a myriad of constitutional and procedural issues they will now be forced to finally rule on.

I think it is absolutely unconscionable that the Embassy is not involved in this matter. Especially where consulate staff, Leslie Glass reported the guard, I reported was most responsible for breaking my leg was under the influence of alcohol while on duty when she had confronted him. Guard B, is a guard, and also a police officer, who transports

detainees to the court, and prosecutor's office. He drove me several times to the hospital, court, prosecutor's office and even Chiba Prison. That cunt is so fucked up that I can't even state a few things he did, because you would really think I was lying, and making things up. But, honestly I don't give a shit what you think!

God bless Capt. Charles B. McVay III, and the crew of the Enola Gay!

JS







弁 1

東京高等裁判所 第8刑事部 平成 26.5.16 受付第 号

5.15.14.
J[redacted] S[redacted]
[redacted]
email@stackjones.com

In Re: High Court Case No. 1744 2014

My name is J[redacted] S[redacted], an American, who has been residing in Japan for the past seven years, and working in the education industry. Prior to living in Japan, I worked as a screenwriter, and project developer for the Japanese TV, and film company, Tsuburaya Productions, and as a public defender in both the adult, and juvenile divisions of the San Bernardino County, California Public Defenders Office. I received a BA in Communications (Honors Magna Cum Laude) from Loyola Marymount University, and a Juris Doctorate from the University of LaVerne College of Law.

Since residing in Japan, I've taught a variety of topics including, conversation, corporate, guest speaking, legal subjects, and seminars. I'm also a contributing writer, and photographer for the Tokyo Weekender Magazine, Nihongo News, and other publications. I also operate a website dedicated to the study of law, which includes all the materials necessary to successfully complete the bar exam in any of the U.S. states. The website, Comprehensive Law Outlines, is ASDlocated at the following link: http://lawoutlines.wordpress.com.

I was detained in Japan's Narashino Detention Center, and Chiba Prison for 109 days, and held on false charges of assault, while the prosecutor was in possession of videotapes that proved I was in fact the victim of assault, yet brought charges anyway. The true fact of this matter is I was subjected to race hate speech by a Japanese national, and responded to it accordingly. Regardless, during the entire time in detention, Oct. 19th, 2013-Feb. 4th, 2014, the prosecution, and police used every violent tactic imaginable in their quest to extract a confession out of me, instead of bringing a case based on real evidence. These violent actions resulted in numerous physical, emotional, and psychological injuries, which I still suffer from. In fact, the police even went so far to plant evidence because they couldn't prove the requisite element of intent, required in an action brought for a charge of assault.

In this matter, the more I denied any wrongdoing, the more I was physically, emotionally, and mentally assaulted violating constitutional standards, procedural standards, and fundamental human rights. When I made these matters known to three pretrial judges, showing them the injuries that I had sustained, including injuries received while being assaulted by the "victim", each judge took no action, only telling me to shut up! Well, I'm not shutting up. I'm bringing action against the Japanese government for causing great bodily injury, and I will appeal this matter all the way to the Supreme Court.

After contacting the Japan Federation of Bar Association, and Prison Rights Group, I was subjected to further violations of due process, and human rights, even attempting to contact the U.S. Embassy in protest of the gross violations I was suffering was denied. In a letter received by the Japan Federation of Bar Association while detained at Narashino Detention Center, the organization communicated to me that, complaining would result in being further abused, and also being held in isolation. All of this turned out to be true.

Narashino police, Narashino Detention Center guards, and Chiba prison guards tortured me, in numerous attempts to extract a confession for crimes that I had not committed. These incidents led to a broken leg, severe nerve damage to my right hand from the illegal use of double paired handcuffs, kidney failure, internal bleeding, and eventually severe frostbite from being held in two different isolation chambers that were freezing, and without proper clothing. The daily temperature never rose above 4 degrees Celsius; with the average temperature was 2 degrees. The U.S. Embassy smuggled in a camera, and took photos of the injuries, and the conditions that I was being held in. The Department of State is currently putting together all documentation, and photos taken during consulate intervention.

My right leg was broken on Nov. 8th, immediately after being notified I was indicted on a false charge of assault. Thereafter, I was refused treatment, and communication with the U.S. Embassy while the Narashino police, and Chiba prosecutors attempted to cover up their criminal activity. On Nov. 9th, the following morning, I was forced to sign three statements that "I promised not to injure myself again," I was forced under great duress to sign those statements under the threat of being taken back into the isolation room, and tortured again. On Nov. 12th, a doctor from the Tsudanuma General Hospital came to Narashino Detention Center to perform medical inspections on detainees. I was told by the supervisor of the detention center, and Guard B, the two men most responsible for breaking my leg, not to discuss the injury with the doctor. Regardless, I showed it to the doctor, who declared it broken. The doctor ordered the detention center supervisor to get me to the hospital, but when the doctor left the supervisor refused to follow the doctor's instructions. With the broken leg, I would be interrogated by police, and prosecution even further, in their attempts to force extract a confession for the crime that I was being charged with, and which I had not committed. Finally, on Nov. 13th, fearing gangrene, as my leg was now swollen large, and blue and purple in color, I stood at the cell bars, and screamed toward the covered windows toward the street outside for help. These screams violated Japan's absurdly pathetic "silence" rule, and guards shouted at me to shut up. Regardless, I kept screaming toward the outer window until I was finally taken to the hospital. This would be one of numerous times I had to be taken to Tsudanuma General Hospital due to the numerous injuries sustained while being interrogated. On Nov. 13th, the leg was X-Rayed, and determined recently broken bone, and had occurred while I was in detention. I had also had the leg X-Rayed before being detained, and those X-Rays show the leg was not broken. Further, I have a long history of disability in my right leg, and right arm as well, both police, and prosecutors knew this, and intentionally targeted these injuries in their violent acts. All of my medical history is well documented, as I have letters from the attorney that handled my disability claim in the states, and a statement from a doctor in Toride, Ibaraki that had personally written a letter for me to carry in my car that my arm was in such bad condition that I couldn't use a seatbelt, and a letter by the law school I attended showing that I had special test taking accommodations due to this injury. Further, that same Japanese doctor had been treating me with cortisone injections because I could barely use my right arm. So, where I am permanently disabled under U.S. law, and unable to use my right arm, and right leg, the police and prosecution fabricated charges, in contradiction of videotapes that are available, claiming I punched a Japanese national. Ironically, the two videotapes that are available, and were in the possession of the police, and prosecutors, show that not only had I committed no crime, but that I was in fact being assaulted on the videotapes, never came in contact with the "victim", and ran away when I was being assaulted. The truth is, this case was brought as a hate crime. Every fact of this case was twisted exactly the opposite of what occurred, by disturbing, and demented government officials who abuse their authority with sadistic glee.

I was held for 38 days without a lawyer. Police, and prosecutors told me that I would be held longer, and new charges brought, if I wouldn't confess. When I asked to be appointed counsel at each interrogation with both police, and prosecutor I was told to get the U.S. Embassy to appoint a lawyer. This violates treaties between the two nations, and is clearly illegal under the constitution. I was also refused appointment of counsel by three pretrial judges. Japan's constitution requires immediate appointment of counsel. It also requires a speedy trial, both which I was denied. The Supremacy clause makes these government actions illegal. As a direct result of criminal actions of police, and prosecutors, I was denied the preservation of evidence that would have showed at trial that I had in fact been assaulted. As a consequence, I was refused the ability to provide an adequate defense, and the right to a fair trial.

Everything about this case is violent, corrupt, abusive, sadistic, and illegal. What makes the matter even more disturbing is the police, and prosecution were well aware that my fiancé was eight months pregnant during this time. They would tell me that if I wouldn't confess, they'd keep me in prison, so I couldn't be present at the birth of my child. This was the only truth those disgusting, filthy beasts kept, as on Jan. 4th, 2014 my son was born while I was in the 12th straight day of isolation "protection", handcuffed with two pairs of metal handcuffs behind my back, and which resulted in permanent nerve damage to my right hand, and while I was on the fifth straight day of not eating. Those sickeningly barbaric, and demonic prison guards, also subjected me to numerous injections of drugs, and I have no knowledge as to what they were, under the threat of further isolation in freezing conditions, and through the threat of being pepper sprayed. All of this occurred where I had never posed a threat to any of the guards.

The prosecution and police intentionally failed to preserve for the lower court trial a bloody kick wound that I received by the Japanese national that had in fact been spewing hate speech at

me at the time of the original incident. The kick wound was open, and bleeding, yet both police, and prosecutors refused to record this as evidence. Even three pretrial judges were shown the injury, and all refused to have the injury preserved as evidence for trial. I would only be told to, shut up, about the injury.

During the first week of detention, the police and prosecutors refused to contact my pregnant fiancé to let her know where I was. For one week this very pregnant woman had no idea where I was. She went into a state of great fear, paranoia, and anxiety. Even the most irrational, abject, and conscienceless poor excuse of a human being would recognize that this could quite easily jeopardize the life of an unborn fetus. Regardless, the criminal, and irrational prosecutor who goes by the name, Kume told me she didn't care if my child lived or died. This, after I pled with her to contact my fiancé as our first child had miscarried. To use the life of an unborn fetus, in an attempt to extract a false confession is without a doubt one of the lowest points in the history of civilization. No wonder Japan is reviled the world over by every human rights organization, civilized nation, and the World Court, for the collective unconscionable state of irrational misdeeds. And now this nation expects the world is merely standby, as Japan attempts to "reinterpret" Article 9 of the constitution? What are the implications of that?

The police, and prosecutors also entered my home, and seized property from within it without a warrant, and received an invalid warrant where I had requested to be present at the hearing to determine scope, particularity, and to assure my seized property was handed properly, and to assure it was not tampered with. Again, the corrupt actors violated this fundamental right, and due process guarantee. In an unconscionable, and sickeningly violent act of gross abuse of authority, detention center guards, and police, under the guise of taking me to the hospital for kidney failure that I suffered since the first week of detention, dragged me in chains through the public area of Tsudanuma General Hospital, with the presence of seven guards, and a photographer, and forcibly had three vials of blood extracted from my right arm. The incompetent nurse, who was in a total state of fear, due to the extreme nature of the circumstance she was subjected to, stuck a needle in my left arm three different times, each time unable to extract blood, as she kept missing the vein due to her incompetence, and trembling hands. On the third unsuccessful attempt, she jabbed my arm, and twisted the needle about, searching for the vein she so incompetently could not locate. By this time, three streaks of blood were flowing down my arm to the floor. This process was so unbearably painful that I had to involuntarily, and reflexively force the needle out from my arm. The nurse proceeded to extract blood from my right arm instead, as each one of the cowardly guards stared at the floor in shame, unable to look up at me, knowing there was a lease intrusive means to achieve their goal, and that being a mere cotton swab performed at the police station. Yet, the least intrusive measure wouldn't net what the criminally culpable government officials wanted to obtain, which was to brutally drag me through a public hospital area, and subject me to a degrading, and humiliating experience, and subject me to as much pain as possible, as payback for refusing to confess to crimes I had not committed.

While all this was fun, and games was occurring for these corrupt, and sadistically abusive government officials, entrusted with the power of the state, I was being financially ruined, and existed in a perpetual state of fear for my life, in a waning emaciated state, and on a daily basis while literally being kidnapped by illegal government actions. I was already told that I wouldn't see the birth of my son, while guards who were less violent, (good guy/bad guy) kept telling me that it wasn't a matter of guilt or innocence any longer as I was stuck in the system, and in order to get out, I had to confess, and accept responsibility, regardless of the truth of the matter. This is what Japan considers justice, and the first step in "reform."

On the evening of Dec. 18th, the eve of my initial trial date, the guard most responsible for torturing me, and breaking my leg, took me in chains to Tsudanuma General Hospital, under the guise of changing my cast, and having a visit with the doctor regarding the injury. Instead, Guard B told the doctor to remove the cast, as they didn't want the judge to see that I had my leg broken while in detention. This happened, even though I was told the cast was to remain on for another two months. The next day, it was Guard B, who dragged me into the courtroom in ropes, and handcuffs. He sat behind me during the trial, holding the rope that was attached around my waist. I had been warned previously not to discuss the broken leg with the judge. Further, my defense counsel told me that if I discussed the torture aspects of detention in court, I would be held over for an additional 5-6 months while the court determined, if I had been victimized, and had my "human rights" violated. Is that how it is done in Japan? Is it proper to keep someone in prison, continuously subject them to torture, and hold them for an undetermined amount of time, while a court determines if the detainee was a victim of a crime? If

I had remained in prison, and allotted the ability to provide an adequate defense, offer preserved evidence, and a fair trial, and had the extent of my damages determined, my visa would have expired, and deportation proceedings begun, and I would have been unable to even pay rent, in the house where all of my personal property was held, and kept away from me. Do government officials not understand the age old, simple concept of a speedy trial, and the consequences that result without one? Of course Japanese officials understand this concept, as keeping one from a speedy trial produces great duress, and plays a major role in extracting false confessions, and absurdly presents the court with a 99.7% conviction rate, with more than 90% of those, convictions obtained through confessions. Regardless of the illegal conduct of corrupt government officials, Article 98 of the Supremacy Clause guarantees the right to a speedy trial, and any government actor that refuses this right, is acting in an illegal capacity. Regardless of the illegal conduct of corrupt government officials, Article 37 states that all accused shall have a speedy trial. Regardless of the illegal conduct of corrupt government officials, Article 38 prohibits confessions made under compulsion, torture, and the threat of prolonged detention.

Now, the court is claiming that I didn't argue the facts of the case at the lower court. Yet, it should be clear I was given no chance to argue anything while being detained under abusive conditions that led to numerous serious injuries, and where threats of further torture, and prolonged detention were a reality. I had notified my defense counsel that the police and guards at Narashino were torturing me. I pleaded with him to go to the trial judge, and get an order to remove me the violent conditions I was being held in, yet he never took any action in this regard. This level of fear, abuse, and intimidation, I cannot explain in mere words, as every time I heard keys rattle, and electronic cell doors unlock, and phones ring, I jumped in panic and vomited. I hadn't eaten approximately one-third of the time I was being detained, and in an emaciated, and wasting state. Further, finally upon release, I left the prison with severe frostbite, unable to walk due to a broken leg, severe frostbite, and I looked, and felt like a holocaust victim. Today, I'm still extremely emaciated as a result of the barbaric, and unconscionable treatment I suffered for 109 days.

My son was born on [redacted]. I would not learn of his birth until Jan. 9th. On Jan. 9th, the only sign I had of my son's birth was a tracing of his foot, and hand, sent to me by my fiancé. The prison officials had knowledge of the birth of my son, and intentionally withheld it from me for no other reason than, they could. My son's birth took place on the fifth day I was being starved, and frozen, as I had not eaten since Dec. 31st., and held in isolation since the day I was transferred from Narashino Detention Center, to Chiba prison on Dec. 20th. I was held in isolation without a bath, book, clothing, or anything for twelve days before being forced into a "protective cell", for further isolation, under the same extreme, and violent conditions. I would not see a photo of my son until Feb. 4th, the day I left Japan's antiquated, ghoulish, and draconian, and inexcusable, and unjustified nightmare.

During incarceration, I was force injected large quantities of unknown drugs, under the threat of pepper spray, further isolation, the threat of punishment committees, and other means of cruel, and violent inhumane conditions. All of the above events occurred where I had never been a threat, violent, or provocative to anyone while held in detention, and having yet to be convicted of any crime. During the last ten days after being subjected to the farce called a punishment hearing, I was forced to sit in front of a door, and forbidden to use the toilet. Apparently, in Japan's twisted, and disturbing illogic, the natural functions of the human body must bow to the demands of irrational, and petty little creatures that have nothing better to do with their time than to bark orders, at frightened individuals, in a language not understood.

While being forced to sit facing a door, in frozen conditions, I would fall over from the powerful drugs they subjected me to, or from complete exhaustion from the freezing conditions, or from the numerous days of not being able to eat, or more likely, the combination thereof, petty guards would rush into the room, and use shocking prods, and began beating, and kicking me, forcing me back in the upright position they demanded of me. Is there any doubt why there are so many suicides, and attempted suicides in Japan's prison system?

Japan has a 99.7% conviction rate. The vast majority of convictions are based on forced confessions, not on real evidence. In Japan, judges merely rubber-stamp the criminality brought before them. No wonder Japan's system of justice is mocked, and scorned the entire world over, as a civilized nation would allow a defendant an adequate defense, and a fair trial. It's quite clear that in Japan, every measure is taken to assure a defendant doesn't have an adequate defense, or isn't able to a fair trial. What is more important a defendant's right to defend his life,

liberty, and property, or a pathetic incompetent prosecutor's job, one they don't deserve to have?

During trial, because sessions are only 40 minutes long, and are carried over again, and again, due to these ridiculous time restraints, a detainee is held over for months, or even longer. Under these irrational circumstances that violate a speedy trial, I invoked my right to remain silent to speed the matter up. Regardless, at the lower court, the judge allowed the prosecution to harass, and abuse me, and continue questioning me relentlessly, asking stupid irrelevant questions like, "Why don't you want to talk to me?" "Did you say fuck?" "Did you call him a monkey?" None of this form of questioning was related to the charges of assault. No questions addressed the element of intent, or even dealt with the actual facts of the case. The prosecution assured that the race hate speech that I was subjected to was never mentioned to the judge, instead she pathetically turned it around, making it appear that I, the minority in Japan, was the racist. Regardless, the case was brought on charges of assault, and the only reason such irrelevant questioning would be raised was to incite the judge, and to confuse the issues. Over numerous objections by the defense counsel, the judge allowed the abusive, and irrelevant questioning to continue until the time was up. He would then hold the matter over for another 34 days, assuring that my son would be born while I remained in detention.

The grossest judicial error was in the open of the proceeding, when I was asked to plead innocent or guilty. I made no plea at all. I merely stated that I could not fight the charge given all the circumstances mentioned above. Much of this was due to the fact that on Dec. 18th, the day before the trial began, Dec. 19th, Guard B, who was holding the rope around my waist in court, was the one most responsible for breaking my leg, and who escorted me, in chains back to Tsudanuma General Hospital where the case was removed from my leg. As stated, the reason given to the doctor to remove the cast was supposed to remain on my leg for another two months, was the police, and prosecutors because the detention center did not want the judge to see that my leg was broken while in custody. So, I was ushered into court, with no cast, and told not to discuss it with the judge. Everyone in that courtroom saw that I was trembling uncontrollably, in great fear, and weeping profusely. It was clear that I would not be given an opportunity to present an adequate defense, and that I would not be allowed to disclose to the judge the numerous injuries I had sustained, while under the threat of sustaining even more injuries. This level of fear, coercion, distrust, and duress, I cannot explain in mere words. One would have to experience it, and suffered it themselves first hand to grasp the level of depravity I was subjected to by representatives of Japan.

A cursory inspection of the two videotapes released by the Keisei Electric Train Company, would make one wonder why these charges were brought in the first place? Why is it that the defendant is the only one asking for the other videotapes to be released, while the prosecution keeps shouting, "Shut up about the videotapes." Well, I'm tired of being told to shut up by rogue police, prosecutors, and pretrial judges. I want this case matter heard in a proper venue. I have never pled guilty, and the defense counsel in its closing argument stated that the defense disputes the facts, and never had any intent to commit any crime.

It is clear I was not given a chance to raise a valid defense. It is clear the judge was prejudicial, and I was not given a fair trial. Article 37 demands an impartial tribunal. I had no opportunity to argue anything, as I was under the constant threat of further torture, and kept in a state of absolute shock, fear, and duress.

While in Japan's notorious Chiba Prison, which in reality looks like a dilapidating, and rundown Auschwitz death camp, I witnessed Chinese, Africans, and Koreans treated even more brutally than I was. I suffered great punishment for refusing to look straight ahead, and stopping at cells to observe what other men were being subjected to. The "rules" don't allow a detainee to look at other prisoners, talk, or break the "silence" rule, or look into the tiny, and filthy dilapidating cells other detainees are forced to remain in, 24 hours a day, unprotected from the freezing elements. One form of torture is where blankets are kept on the opposite side of the room, and the detainees aren't allowed to use them. As a result many suffer severe frostbite as I had. Every detainee I witnessed sat on the floor, rocking back, and forth, appearing like a mindless, and psychologically disturbed ward patient. These were not prison cells. These were torture chambers, and none of these men had yet to be convicted of any crime. The one thing they all had in common was they were being tortured, and subjected to interrogations to force extract confessions.

Japan is currently "reinterpreting" Article 9, which is a clause in Japan's constitution that forbids

war as a means to settle international disputes. From what I have experienced, and where prosecutors are on record stating that foreigners have no human rights within Japan's borders, somebody needs to draw attention to the gross miscarriage of justice, and criminality perpetrated by "government" actors, who are entrusted with the power of the state. The details of what had occurred to me would shock even the most jaded journalist. Recently, two foreigners who were held at the Ibaraki Immigration Center died on the same day of "mysterious" circumstances. The prosecutors no doubt will cover up their murders, as they had in the Ghanaian man, Abubakar Awudu Suraj case.

**Former Public Prosecutor Hiroshi Ishikawa: Prosecution, and False Charges**
http://japanprobe.com/2011/05/26/public-prosecutors-were-taught-that-yakuza-foreigners-have-no-rights

Stunning revelation from former prosecutor on the real situation of initial training, "We were taught that yakuza and foreigners have no rights"

The chief prosecutor in the Saga City Agricultural Co-op case, infamous for use of false charges, spoke at a symposium in Tokyo on May 23rd, 2011. He gave a candid account of the reality of training for new prosecutors. He disclosed that, "We were taught that yakuza, and foreigners have no rights." "Prosecutors are instructed to make up a confession and force the suspect to sign it." Is it odd that prosecutors would be indoctrinated to believe that foreigners should be treated in the same manner as extortionists, robbers, murderers, money launderers, and gang members? No, as Japan is possibly the most xenophobic nation in the world. A nation of people that unjustifiably distrusts, and fears foreigners for nothing more than their own personal shame regarding their inability, and incompetence to communicate with the world.

In the article published by Japan Probe, the former prosecutor exposing his former training as a public prosecutor is Hiroshi Ishikawa. Ishikawa was involved as the chief prosecutor in the Saga City Agriculture Co-op case. In that case, during questioning of a union leader, a forced confession was obtained by shouting, "We'll fucking beat you to death, you bastard!" The union leader was found not guilty where the court held the confession was forced, and involuntary. Ishikawa received a harsh reprimand, and resigned his post as public prosecutor.

Ishikawa spoke as a panelist at a symposium on the theme "Prosecution, Public Opinion, and False Charges" held at the Graduate School of Communications at Meiji University. Ishikawa gave shocking testimony that, "Public prosecutors commit errors unsuited to their position, and must take the position of offering profuse apologies." He also said, "I want to tell the whole truth, so we can know how many threat-spewing public prosecutors we are creating." Ishikawa was first appointed to the Yokohama District Public Prosecutor's Office in 1993. In his first year there, he said his superiors told him, "Foreigners don't understand Japanese, so you can heap as much verbal abuse as you want on them." "Once when we were interrogating a foreigner, we thrust an awl right in front of his eye, threatened to pull it out, and shouted abuses at him in Japanese. That's how you get confessions!" In his third year, a superior instructed him on methods to obtain confessions. That being, the prosecutor making up a confession and thrusting it at the suspect and making them sign it. "If the suspect resists, tell him, 'this is not your confession, it's just you acknowledging what I'm saying."

On the day before the symposium, Ishikawa appeared on the Asahi Broadcast Network news program "The Scoop – Special" and apologized to the family of the labor leader he had abused. The Meiji Univ. symposium was live-streamed on NicoNico Douga where Ishikawa gave his reason for making these statements in a public forum, "To atone for my terrible mistakes, I thought, 'Isn't it my duty to tell what I have seen and what I have witnessed?'"

One major way the police, and prosecutor erred in their phony reenactments of events was never taking into consideration the fact that I am legally disabled under the U.S. Social Security Act. For many years I was treated for leg, arm, and back injuries. I have documentation from hospitals, surgeons, lawyers, and even my law school where I had received special accommodations, having to take final exams orally because I had no use of my right arm. For several years I carried a disability placard in my car because I was unable to walk. Even further still, while residing in Japan, Dr. Katsuhiko Ebihara, an orthopedic surgeon had to treat me for my damaged right arm, including cortisone injections, and providing a prescription note to carry in my car that I was unable to even wear a seatbelt across my injured right shoulder. The harsh fact is, the physical actions claimed by the corrupt prosecution, and police are impossibilities.

Finally, I must address the DNA sample presented by the police, and prosecution. In the original

action, the police, and prosecution had many heated arguments with me over the issue of intent. The police, and prosecution claim I spit at the chest of the claimed victim. I had asked the police and prosecution to get the videotapes of the station, as they would show I spit on no one. The facts are as follows, I sought reimbursement for an overpaid ticket due to a machine malfunction. I approached the window to get the reimbursement. The window teller repeated hurled racist insults at me, demanding me to go away. Having been subjected to race hate speech numerous times in Japan, even incidents that led to brutal assaults, and injuries, (of course never prosecuted as foreigners are not deemed worthy of the time, and consideration), and being entirely disgusted by the racists insult conduct, I spit at a garbage can that was to my far left, and where the window teller was to the far right. Videos show that I clearly turned to my far left, and spit towards the can. If that isn't enough proof to defeat a claim of intent, then the next bit of information should satisfy even the most egregious rubber-stamping judicial benchwarmers. The prosecution entered into evidence the window teller's shirt, which had two minuscule spots of my saliva at the center of the shirt. Prosecutor Kume told me that she would manufacture intent if she had to, and clearly the police, and prosecutor's office did just that. Only they erred in their rush to plant evidence, and to bring a wrongful action of assault. In the video, it is plainly evident that the racist, hate speech spewing window teller was wearing a tie. How is it possible that the defendant turned to his left, and spit at a garbage can, where the window teller was to the far right, and somehow that spit got underneath the tie. Further, the defendant having knowledge of forensic protein sprays had numerous arguments with police, and prosecution asking them to use a protein spray in the area, and when the protein samples turn blue, or purple, the angle of trajectory would be apparent, thereby defeating the required intent argument. First, no such test was done. Second, the reason the test wasn't performed is because the results would have entirely supported the defendant's position that no crime took place. There simply was no intent to commit any crime in this case, and where the police, and prosecution could not prove the required element of intent, chose to knowingly fabricate it, and falsify evidence to back their criminal activities. Ironically, the Japanese authorities committed numerous felonies, to have the defendant convicted of a petty misdemeanor.

**Conclusion**

When are the courts going to stop violating the constitutional mandated rule of impartiality, and allow a defendant a fair chance to present their side of an argument in court of law?

When are the courts going to stop automatically believing whatever comes from the prosecutor's side of the room, and instead, hold them to high standards of integrity, and accountability?

Judges must recognize that they are at the pinnacle of the judicial system, and are most responsible for convicting, and sending innocent people to prison. Judges are the most responsible for false confessions extracted from frightened and tormented people that have little legal knowledge. Judges are most responsible for the torture, and deaths suffered by those who are wrongfully convicted, and left in a state of hopelessness, and despair. Causation is a word that the legal industry enjoys using. Judicial indiscretion, and lack of integrity are the direct results of extracted confessions, torture, murder, and suicides in Japan's antiquated, and draconian prison, and detention centers. Judicial, police, and rogue prosecutorial misconduct is therefore intolerable in a civilized world, and unconstitutionally invalid.

Need I remind that under Article 16 everyone has the right to redress of damages? Article 17 gives every person the right to sue for redress from the state, or a public entity where he has suffered damage through from the illegal actions of public officials.

This is not the only legal action I am forced to deal with as a result of repugnant, and illegal government actions, seemingly sanctioned by the state. I am now facing possible deportation issues as a result of these sham proceedings, even though I have an infant son born in Japan. The list of requirements the immigration bureau has given in order to remain in Japan is impossible to comply with, as I have lost my employment, and finding other work is difficult, given the fact that I spend much of my time preparing for the appeal, and where I still suffer greatly from physical, psychological, and emotional injuries as a direct result of the misconduct of government officials that knowingly, and intentionally abuse the power entrusted to them by the state.

My damages include the loss of employment, the loss of several months of salary, physical injuries resulting in great pain and suffering, including a much needed neurological surgery as a result of the illegal use of two pair of metal handcuffs used to force my arms behind my back,

and to cause as much physical, and mental anguish as possible, the loss of good standing in the educational industry, and severe psychological harm among others. Ms. S[redacted], the mother of my child, and fiancé has suffered physically, psychologically, and emotionally. She has suffered great indignity having to give birth alone at a hospital when that was to be a time that is cherished by a family. A time that is now mired in great shame, and pain, with the miracle of sharing the birth of our son lost forever. This is unforgiveable. Ms. S[redacted] has suffered great financial losses, the loss of her possessions, and the loss of her home, and a place of security for her new infant son.

Other damages include the legal battle that will ensue with Japan's immigration bureau, as Japan is a nation that is responsible for the abduction of more than 30,000 children in recent years, mostly due to immigration authorities destroying family relations.

Japan has ratified the Hague Treaty as of April 1st, 2014. This means little, as Japan has ratified numerous treaties regarding human rights, and the proper treatment of detainees, and prisoners, yet still violates those treaties, and at a great level. Japan rarely, if ever, adheres to the terms the nations ratifies. I greatly fear losing my son, and implore officials in Japan to be brave, and stand up with me against the injustice I have suffered, and to help bring this matter to a just conclusion, and improve conditions for every citizen, and resident of Japan. Japan is a wonderful nation with a fantastic history, and strong family values. This is why I chose to live, and work, and raise a child in Japan.

To date, I have not seen any of the evidence the prosecution has in their possession. I am demanding copies of each, and every piece of evidence gathered by police, and prosecution, regardless where it was admitted at trial or not, and translated into English, so those piece of evidence can be properly addressed at any further proceedings. I especially demand the copies of the videotapes released by the Keisei Electric Train Company.

I am also demanding public hearings, and the secretive aspects of Japan's legal system to be eradicated from any further proceedings. I am demanding the right to audio, and videotape any further proceedings so I can use that evidence in international actions against the government of Japan. Under Article 82 trials must be conducted publicly. Article 98. This constitution shall be the supreme law of the nation and no law, or act of government, contrary to these provisions, shall have legal force or validity.

I have been illegally detained, tortured resulting in numerous serious injuries, tortured for no other purpose but to brutally extract false confessions, had the matter covered up by both police and prosecutors that colluded in their felonious enterprise, refused the right to counsel, refused the right to remain silent, had government officials intentionally plant evidence to obtain an unjust conviction, denied the preservation of evidence, denied due process, denied fundamental human rights, treated with indignity, humiliation, intimidation, recklessness, and fear, denied a warrant hearing, denied a warrant where my property was illegally seized from my home, denied the right to present an adequate defense, and denied a fair trial, which led to a conviction, and a sentence that was grossly disproportionate.

At what point does the Fruit of the Poisonous Tree doctrine apply in Japan?

I am not guilty of anything I was charged with.

Thank you for your time and consideration,

J[redacted] S[redacted] [redacted]



STATE-0873