[redacted]

**From:** U.S. Embassy Tokyo ACS
**Sent:** Tuesday, September 16, 2014 5:44 PM
**To:** J S
**Subject:** RE: 9.11.14. Update

Dear Mr. S,

We hope that you could discuss the issue of the translation of the court documents with your attorney. If you decide to hire a translator on your own, you may want to visit our website for a list of language services at http://japan.usembassy.gov/e/acs/tacs-7110.html. We regret that we are unable to provide translation services.

Sincerely,

American Citizen Services
U.S. Embassy Tokyo

-----Original Message-----
From: J S [mailto:email@stackjones.com]
Sent: Friday, September 12, 2014 7:03 PM
To: U.S. Embassy Tokyo ACS
Subject: Re: 9.11.14. Update

Hello,

I received the document from the High Court, but I received no translation. I have asked the lawyer for a translation, but he doesn't respond. My wife who is Japanese in unable to do the translation because of the nature of the legalese kind of language.

I have no idea what is in this multipage document.

I'd like to forward a copy for your records, and perhaps get a translation.

Thank you,

J S

On Sep 12, 2014, at 5:26 PM, "U.S. Embassy Tokyo ACS" <TOKYOACS@state.gov> wrote:

> Dear Mr. S,
>
> Thank your for providing the information in your message of September 11, and for updating your situation with us.
>
> You stated that you have already contacted the Japan Federation of Bar Associations and the Tokyo Bar Association for assistance. If you need to contact an English-speaking lawyer here in Japan, our embassy website contains a list of private English speaking lawyers. That list can be found at http://japan.usembassy.gov/e/acs/tacs-7113.html.
>
> In addition, you may want to contact the Center for Prisoners' Rights, a Japanese non-governmental advocacy organization that may be able to provide assistance:
>
> Center for Prisoners' Rights
> c/o Amikas Law Office
> Raffine Shinjuku 902
> 1-36-5 Shinjuku, Shinjuku-ku, Tokyo 160-0022
> http://www.cpr.jca.apc.org

>
> Please note we provide this information as a courtesy, and that it does not constitute a specific endorsement of this organization by the Embassy.
>
> We hope this information is helpful to you.
>
> Sincerely,
>
> American Citizen Services
> U.S. Embassy Tokyo

> -----Original Message-----
> From: J[redacted] S[redacted] [mailto:email@stackjones.com]
> Sent: Thursday, September 11, 2014 2:27 PM
> To: U.S. Embassy Tokyo ACS
> Subject: 9.11.14. Update
>
> 9.11.14.
>
> I would like to submit a full report to the Department of State regarding the filing of a false police report, false arrest, false charges filed even where police and prosecutors came into possession of videotapes that proved I was entirely innocent, the use of torture in numerous attempts to coerce false confessions, the planting of evidence, and a mock trial. Currently, my case is being heard in Japan's Supreme Court, and I have petitioned the matter to be heard before the ICJ. There will also be charges filed in U.S. Federal Court based on rules of diversity, and the Alien Tort Act.
>
> I have suffered immense damag es. I brought real evidence before Tokyo's High Court, who refused to even consider photographic evidence, testimonial evidence, witness evidence, and the release of videos to prove that I was innocent, and that in fact I was the victim of the crime of assault, battery, false arrest, and serious physical injuries as a result of gross abuse of authority.
>
> I have asked the prosecutors office to release all of the evidence they have collected so I can raise an adequate case in both U.S., and the World Courts. The prosecutor's office refuses to release any of the "evidence" they have, stating that they believe I will take it to the media. I responded by saying that if they had nothing to hide, or repercussions to fear, they had nothing to worry about. They did not respond to that statement.
>
> I have a scheduled deadline for filing my appeal to Japan's Supreme Court on 10-14.2014. I asked for an attorney that could speak English, and was denied that.
>
> At this time the Japan Federation of Bar Association, and the Tokyo Bar Association are doing extensive investigations into the matter. Both agencies said that may take 2-3 years to complete.
>
> I have received medical records that prove the police broke my leg, caused severe kidney damage, and nerve damage to my right hand, among other injuries.
>
> In this case, because I refused to sign confessions, I was held 38 days without legal representation, an a full 15 days after indictment. The detention center I was held in refused to contact the U.S. Embassy, and blocked the mailing of numerous statements. Further, the detention center officials said they never tortured me, and never used ropes to tie me up, but after I had submitted a full detailed statement of the room that I was held in, and which guards, and police were involved, the chief of police finally admitted that they had in fact tied me up, and used ropes, and restraints. This was done for no other purpose but to get me to confess to crimes I had not committed. The brutality was far worse when I was transferred to Chiba Prison.
>
> The DOS writes annual reports regarding Japan's failures in the treatment of U.S., and other world citizens when it comes to human rights, and the rights to a fair legal proceeding. These annual reports state the same thing, over and over again, that Japan violates nearly every Constitutional aspect available to one who is detained. The 2012 report states that 91.8% of defendants are convicted on nothing more than a confession, and I can assure you, that vast majority of them are extracted through brutal, and illegal means that violates international treaties Japan has ratified.
>
> After being released from prison, Japanese immigration officials tried to deport me where I have a son, at that time, a mere 5 months old. I was 11 days away from being deported by force when my wife, who refused to accept their criminality took it upon herself to file a spouse visa to end that matter.
>
> My question is, who do I contact directly who will take this matter seriously, and take the proper action, and protest to the proper

authorities in Japan? Under the FOIA, I obtained all documents pertinent to this case, and they even show the guard most responsible for much of my torture was drunk on duty. His main job is a transportation driver, and I think the U.S. should be concerned about U.S. citizens being driven on Japan's highways, in shackles, and chains by a drunk officer.
>
> At this time, I mostly fear state sponsored child abduction, which Japan is infamous for.
>
> Please, provide me with the proper contact information.
>
> Thank you,
>
> J[redacted] S[redacted]
> [redacted]
> email@stackjones.com
>
>
> Privacy/PII
> This email is UNCLASSIFIED.
>
>

Privacy/PII
This email is UNCLASSIFIED.

CLASSIFICATION: UNCLASSIFIED
Privacy/PII

9/12/14
W/W
entered ACS+
[redacted]

**From:** U.S. Embassy Tokyo ACS
**Sent:** Friday, September 12, 2014 5:27 PM
**To:** 'J[redacted] S[redacted]'
**Subject:** RE: 9.11.14. Update

Dear Mr. S[redacted],

Thank your for providing the information in your message of September 11, and for updating your situation with us.

You stated that you have already contacted the Japan Federation of Bar Associations and the Tokyo Bar Association for assistance. If you need to contact an English-speaking lawyer here in Japan, our embassy website contains a list of private English speaking lawyers. That list can be found at http://japan.usembassy.gov/e/acs/tacs-7113.html.

In addition, you may want to contact the Center for Prisoners' Rights, a Japanese non-governmental advocacy organization that may be able to provide assistance:

Center for Prisoners' Rights
c/o Amikas Law Office
Raffine Shinjuku 902
1-36-5 Shinjuku, Shinjuku-ku, Tokyo 160-0022
http://www.cpr.jca.apc.org

Please note we provide this information as a courtesy, and that it does not constitute a specific endorsement of this organization by the Embassy.

We hope this information is helpful to you.

Sincerely,

American Citizen Services
U.S. Embassy Tokyo

-----Original Message-----
From: J[redacted] S[redacted] [mailto:email@stackjones.com]
Sent: Thursday, September 11, 2014 2:27 PM
To: U.S. Embassy Tokyo ACS
Subject: 9.11.14. Update

9.11.14.

I would like to submit a full report to the Department of State regarding the filing of a false police report, false arrest, false charges filed even where police and prosecutors came into possession of videotapes that proved I was entirely innocent, the use of torture in numerous attempts to coerce false confessions, the planting of evidence, and a



Printed By: [redacted]

CLASSIFICATION: UNCLASSIFIED

mock trial. Currently, my case is being heard in Japan's Supreme Court, and I have petitioned the matter to be heard before the ICJ. There will also be charges filed in U.S. Federal Court based on rules of diversity, and the Alien Tort Act.

I have suffered immense damag es. I brought real evidence before Tokyo's High Court, who refused to even consider photographic evidence, testimonial evidence, witness evidence, and the release of videos to prove that I was innocent, and that in fact I was the victim of the crime of assault, battery, false arrest, and serious physical injuries as a result of gross abuse of authority.

I have asked the prosecutors office to release all of the evidence they have collected so I can raise an adequate case in both U.S., and the World Courts. The prosecutor's office refuses to release any of the "evidence" they have, stating that they believe I will take it to the media. I responded by saying that if they had nothing to hide, or repercussions to fear, they had nothing to worry about. They did not respond to that statement.

I have a scheduled deadline for filing my appeal to Japan's Supreme Court on 10-14.2014. I asked for an attorney that could speak English, and was denied that.

At this time the Japan Federation of Bar Association, and the Tokyo Bar Association are doing extensive investigations into the matter. Both agencies said that may take 2-3 years to complete.

I have received medical records that prove the police broke my leg, caused severe kidney damage, and nerve damage to my right hand, among other injuries.

In this case, because I refused to sign confessions, I was held 38 days without legal representation, an a full 15 days after indictment. The detention center I was held in refused to contact the U.S. Embassy, and blocked the mailing of numerous statements. Further, the detention center officials said they never tortured me, and never used ropes to tie me up, but after I had submitted a full detailed statement of the room that I was held in, and which guards, and police were involved, the chief of police finally admitted that they had in fact tied me up, and used ropes, and restraints. This was done for no other purpose but to get me to confess to crimes I had not committed. The brutality was far worse when I was transferred to Chiba Prison.

The DOS writes annual reports regarding Japan's failures in the treatment of U.S., and other world citizens when it comes to human rights, and the rights to a fair legal proceeding. These annual reports state the same thing, over and over again, that Japan violates nearly every Constitutional aspect available to one who is detained. The 2012 report states that 91.8% of defendants are convicted on nothing more than a confession, and I can assure you, that vast majority of them are extracted through brutal, and illegal means that violates international treaties Japan has ratified.

After being released from prison, Japanese immigration officials tried to deport me where I have a son, at that time, a mere 5 months old. I was 11 days away from being deported by force when my wife, who refused to accept their criminality took it upon herself to file a spouse visa to end that matter.

My question is, who do I contact directly who will take this matter seriously, and take the proper action, and protest to the proper authorities in Japan? Under the FOIA, I obtained all documents pertinent to this case, and they even show the guard most responsible for much of my torture was drunk on duty. His main job is a transportation driver, and I think the U.S. should be concerned about U.S. citizens being driven on Japan's highways, in shackles, and chains by a drunk officer.

At this time, I mostly fear state sponsored child abduction, which Japan is infamous for.

Please, provide me with the proper contact information.

Thank you,

J[redacted] S[redacted]
[redacted]

CLASSIFICATION: UNCLASSIFIED
Privacy/PII

email@stackjones.com

Privacy/PII
This email is UNCLASSIFIED.

**From:** Osaka-Kobe, AmConGen
**Sent:** Friday, September 12, 2014 4:06 PM
**To:** U.S. Embassy Tokyo ACS
**Cc:** Abbott, Benjamin J; Barela, Alfredo D
**Subject:** FW: 9.11.14. Update

Hello Tokyo,

Seems like the sender is a resident of Tokyo. He may have contacted you as well, but forwarding on to you for your info/action.

[redacted]
Osaka-Kobe

-----Original Message-----
From: J S [mailto:email@stackjones.com]
Sent: Thursday, September 11, 2014 2:26 PM
To: Osaka-Kobe, AmConGen
Subject: 9.11.14. Update

9.11.14.

I would like to submit a full report to the Department of State regarding the filing of a false police report, false arrest, false charges filed even where police and prosecutors came into possession of videotapes that proved I was entirely innocent, the use of torture in numerous attempts to coerce false confessions, the planting of evidence, and a mock trial. Currently, my case is being heard in Japan's Supreme Court, and I have petitioned the matter to be heard before the ICJ. There will also be charges filed in U.S. Federal Court based on rules of diversity, and the Alien Tort Act.

I have suffered immense damag es. I brought real evidence before Tokyo's High Court, who refused to even consider photographic evidence, testimonial evidence, witness evidence, and the release of videos to prove that I was innocent, and that in fact I was the victim of the crime of assault, battery, false arrest, and serious physical injuries as a result of gross abuse of authority.

I have asked the prosecutors office to release all of the evidence they have collected so I can raise an adequate case in both U.S., and the World Courts. The prosecutor's office refuses to release any of the "evidence" they have, stating that they believe I will take it to the media. I responded by saying that if they had nothing to hide, or repercussions to fear, they had nothing to worry about. They did not respond to that statement.

I have a scheduled deadline for filing my appeal to Japan's Supreme Court on 10-14.2014. I asked for an attorney that could speak English, and was denied that.

At this time the Japan Federation of Bar Association, and the Tokyo Bar Association are doing extensive investigations into the matter. Both agencies said that may take 2-3 years to complete.

I have received medical records that prove the police broke my leg, caused severe kidney damage, and nerve damage to my right hand, among other injuries.

In this case, because I refused to sign confessions, I was held 38 days without legal representation, an a full 15 days after indictment. The detention center I was held in refused to contact the U.S. Embassy, and blocked the mailing of numerous statements. Further, the detention center officials said they never tortured me, and never used ropes to tie me up, but after I had submitted a full detailed statement of the room that I was held in, and which guards, and

CLASSIFICATION: UNCLASSIFIED
SBU

police were involved, the chief of police finally admitted that they had in fact tied me up, and used ropes, and restraints. This was done for no other purpose but to get me to confess to crimes I had not committed. The brutality was far worse when I was transferred to Chiba Prison.

The DOS writes annual reports regarding Japan's failures in the treatment of U.S., and other world citizens when it comes to human rights, and the rights to a fair legal proceeding. These annual reports state the same thing, over and over again, that Japan violates nearly every Constitutional aspect available to one who is detained. The 2012 report states that 91.8% of defendants are convicted on nothing more than a confession, and I can assure you, that vast majority of them are extracted through brutal, and illegal means that violates international treaties Japan has ratified.

After being released from prison, Japanese immigration officials tried to deport me where I have a son, at that time, a mere 5 months old. I was 11 days away from being deported by force when my wife, who refused to accept their criminality took it upon herself to file a spouse visa to end that matter.

My question is, who do I contact directly who will take this matter seriously, and take the proper action, and protest to the proper authorities in Japan? Under the FOIA, I obtained all documents pertinent to this case, and they even show the guard most responsible for much of my torture was drunk on duty. His main job is a transportation driver, and I think the U.S. should be concerned about U.S. citizens being driven on Japan's highways, in shackles, and chains by a drunk officer.

At this time, I mostly fear state sponsored child abduction, which Japan is infamous for.

Please, provide me with the proper contact information.

Thank you,

J[redacted] S[redacted]
[redacted]
email@stackjones.com

SBU
This email is UNCLASSIFIED.

| | |
|---|---|
| **From:** | Vasquez, Anne M |
| **Sent:** | Friday, September 12, 2014 11:17 AM |
| **To:** | [redacted] |
| **Cc:** | Gardner, Gregory N; Freeman, Andrew R |
| **Subject:** | FW: AmCit - Tokyo arrestee -- FW: 9.11.14. Update |

[redacted]

I am not familiar with this case. Have we already been in contact with Mr. S ? We should respond by COB today, if possible.
Thank you,

Anne Vasquez
Deputy ACS Chief
Embassy Tokyo

Privacy/PII
This email is UNCLASSIFIED.

**From:** Ledger, Clark D
**Sent:** Friday, September 12, 2014 10:50 AM
**To:** Gardner, Gregory N; Vasquez, Anne M; Barr, Jennifer A
**Subject:** AmCit - Tokyo arrestee -- FW: 9.11.14. Update

Colleagues -

This landed in our ACS inbox today... Looks like it's re an arrestee in your district.
In ACS: J S , DPOB:
Imagine you're already on it, but fwd'g this in case he's writing separate letters.

Clark

Clark D. Ledger
Consular Section Chief
U.S. Consulate General Naha
[redacted]

Please "Like" us on Facebook!

-----Original Message-----
From: J S [mailto:email@stackjones.com]
Sent: Thursday, September 11, 2014 2:27 PM

CLASSIFICATION: UNCLASSIFIED
Privacv/PII

To: Naha, ACS
Subject: 9.11.14. Update

9.11.14.

I would like to submit a full report to the Department of State regarding the filing of a false police report, false arrest, false charges filed even where police and prosecutors came into possession of videotapes that proved I was entirely innocent, the use of torture in numerous attempts to coerce false confessions, the planting of evidence, and a mock trial. Currently, my case is being heard in Japan's Supreme Court, and I have petitioned the matter to be heard before the ICJ. There will also be charges filed in U.S. Federal Court based on rules of diversity, and the Alien Tort Act.

I have suffered immense damag es. I brought real evidence before Tokyo's High Court, who refused to even consider photographic evidence, testimonial evidence, witness evidence, and the release of videos to prove that I was innocent, and that in fact I was the victim of the crime of assault, battery, false arrest, and serious physical injuries as a result of gross abuse of authority.

I have asked the prosecutors office to release all of the evidence they have collected so I can raise an adequate case in both U.S., and the World Courts. The prosecutor's office refuses to release any of the "evidence" they have, stating that they believe I will take it to the media. I responded by saying that if they had nothing to hide, or repercussions to fear, they had nothing to worry about. They did not respond to that statement.

I have a scheduled deadline for filing my appeal to Japan's Supreme Court on 10-14.2014. I asked for an attorney that could speak English, and was denied that.

At this time the Japan Federation of Bar Association, and the Tokyo Bar Association are doing extensive investigations into the matter. Both agencies said that may take 2-3 years to complete.

I have received medical records that prove the police broke my leg, caused severe kidney damage, and nerve damage to my right hand, among other injuries.

In this case, because I refused to sign confessions, I was held 38 days without legal representation, an a full 15 days after indictment. The detention center I was held in refused to contact the U.S. Embassy, and blocked the mailing of numerous statements. Further, the detention center officials said they never tortured me, and never used ropes to tie me up, but after I had submitted a full detailed statement of the room that I was held in, and which guards, and police were involved, the chief of police finally admitted that they had in fact tied me up, and used ropes, and restraints. This was done for no other purpose but to get me to confess to crimes I had not committed. The brutality was far worse when I was transferred to Chiba Prison.

The DOS writes annual reports regarding Japan's failures in the treatment of U.S., and other world citizens when it comes to human rights, and the rights to a fair legal proceeding. These annual reports state the same thing, over and over again, that Japan violates nearly every Constitutional aspect available to one who is detained. The 2012 report states that 91.8% of defendants are convicted on nothing more than a confession, and I can assure you, that vast majority of them are extracted through brutal, and illegal means that violates international treaties Japan has ratified.

After being released from prison, Japanese immigration officials tried to deport me where I have a son, at that time, a mere 5 months old. I was 11 days away from being deported by force when my wife, who refused to accept their criminality took it upon herself to file a spouse visa to end that matter.

My question is, who do I contact directly who will take this matter seriously, and take the proper action, and protest to the proper authorities in Japan? Under the FOIA, I obtained all documents pertinent to this case, and they even show the guard most responsible for much of my torture was drunk on duty. His main job is a transportation driver, and I think the U.S. should be concerned about U.S. citizens being driven on Japan's highways, in shackles, and chains by a drunk officer.

At this time, I mostly fear state sponsored child abduction, which Japan is infamous for.

Please, provide me with the proper contact information.

Thank you,

J[redacted] S[redacted]
[redacted]
email@stackjones.com

SBU
This email is UNCLASSIFIED.

Privacy/PII
This email is UNCLASSIFIED.

**From:** Tokyo, CCU
**Sent:** Thursday, September 11, 2014 5:16 PM
**To:** [redacted]
**Cc:** Gardner, Gregory N; Barr, Jennifer A; Freeman, Andrew R
**Subject:** FW: 9.11.14.

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

Dear ACS,

We received an Email from Mr. J[redacted] S[redacted].

Please handle.

Thank you.

CCU

-----Original Message-----
From: J[redacted] S[redacted] [mailto:email@stackjones.com]
Sent: Thursday, September 11, 2014 2:16 PM
To: Tokyo, CCU
Subject: 9.11.14.

9.11.14.

(Copy forwarded to U.S. Dept. of State)

I would like to submit a full report to the Department of State regarding the filing of a false police report, false arrest, false charges filed even where police and prosecutors came into possession of videotapes that proved I was entirely innocent, the use of torture in numerous attempts to coerce false confessions, the planting of evidence, and a mock trial. Currently, my case is being heard in Japan's Supreme Court, and I have petitioned the matter to be heard before the ICJ. There will also be charges filed in U.S. Federal Court based on rules of diversity, and the Alien Tort Act.

I have suffered immense damages. I brought real evidence before Tokyo's High Court, who refused to even consider photographic evidence, testimonial evidence, witness evidence, and the release of videos to prove that I was innocent, and that in fact I was the victim of the crime of assault, battery, false arrest, and serious physical injuries as a result of gross abuse of authority.

I have asked the prosecutors office to release all of the evidence they have collected so I can raise an adequate case in both U.S., and the World Courts. The prosecutor's office refuses to release any of the "evidence" they have, stating that they believe I will take it to the media. I responded by saying that if they had nothing to hide, or repercussions to fear, they had nothing to worry about. They did not respond to that statement.

I have a scheduled deadline for filing my appeal to Japan's Supreme Court on 10-14.2014. I asked for an attorney that could speak English, and was denied that.

At this time the Japan Federation of Bar Association, and the Tokyo Bar Association are doing extensive investigations into the matter. Both agencies said that may take 2-3 years to complete.

I have received medical records that prove the police broke my leg, caused severe kidney damage, and nerve damage to my right hand, among other injuries.

In this case, because I refused to sign confessions, I was held 38 days without legal representation, an a full 15 days after indictment. The detention center I was held in refused to contact the U.S. Embassy, and blocked the mailing of numerous statements. Further, the detention center officials said they never tortured me, and never used ropes to tie me up, but after I had submitted a full detailed statement of the room that I was held in, and which guards, and police were involved, the chief of police finally admitted that they had in fact tied me up, and used ropes, and restraints. This was done for no other purpose but to get me to confess to crimes I had not committed. The brutality was far worse when I was transferred to Chiba Prison.

The DOS writes annual reports regarding Japan's failures in the treatment of U.S., and other world citizens when it comes to human rights, and the rights to a fair legal proceeding. These annual reports state the same thing, over and over again, that Japan violates nearly every Constitutional aspect available to one who is detained. The 2012 report states that 91.8% of defendants are convicted on nothing more than a confession, and I can assure you, that vast majority of them are extracted through brutal, and illegal means that violates international treaties Japan has ratified.

After being released from prison, Japanese immigration officials tried to deport me where I have a son, at that time, a mere 5 months old. I was 11 days away from being deported by force when my wife, who refused to accept their criminality took it upon herself to file a spouse visa to end that matter.

My question is, who do I contact directly who will take this matter seriously, and take the proper action, and protest to the proper authorities in Japan? Under the FOIA, I obtained all documents pertinent to this case, and they even show the guard most responsible for much of my torture was drunk on duty. His main job is a transportation driver, and I think the U.S. should be concerned about U.S. citizens being driven on Japan's highways, in shackles, and chains by a drunk officer.

At this time, I mostly fear state sponsored child abduction, which Japan is infamous for.

Please, provide me with the proper contact information.

Thank you for your time,

J[redacted] S[redacted]

[redacted]

email@stackjones.com

Lawyers.
+
CPR

This email is UNCLASSIFIED.

On 11-JUL-2014, J[redacted] S[redacted] (DOB: [redacted]) came to the ACS unit to document his recently born son. Mr. S[redacted] asked to speak to the Consular Associate and Consular Officer who visited him during his detention at Chiba. When ConOff approached the window, Mr. S[redacted] offered his hand underneath the window. Mr. S[redacted] asserted that the information he obtained through a FOIA request to the Department not only provides evidence he is using in a lawsuit, but they also revealed the extent the Embassy was working to assist him during his incarceration, including by raising his allegations of mistreatment with prison authorities. He said he recognized Consular staff's efforts to assist him during his arrest, which he referred to as "hostage taking" and a "sustained campaign of harassment". After Mr. S[redacted] talked about his experience he said he was a "changed person" since the birth of his son. He again expressed his thanks to ConOff at the close of the discussion, saying that when he came he had hoped to be able to speak to ConOff and was pleased he had been able to do so. ConOff wished him luck in the future.

[redacted]

**From:** Tokyo, CCU
**Sent:** Thursday, October 02, 2014 8:48 AM
**To:** [redacted]
**Cc:** Gardner, Gregory N; Vasquez, Anne M; Freeman, Andrew R
**Subject:** FW: Photos and explanation of incidents No. 2
**Attachments:** Photos and explanation of incidents No. 11; Photos and explanation of incidents No. 10; Photos and explanation of incidents No. 9; Photos and explanation of incidents No. 8; Photos and explanation of incidents No. 7; Photos and explanation of incidents No. 6; Lastly... TGH Medical Report Update

Dear SCS,

Please see attached e-mails too.

Thank you.
-CCU/[redacted]

**From:** J S [mailto:email@stackjones.com]
**Sent:** Thursday, October 02, 2014 7:44 AM
**To:** J S
**Subject:** Photos and explanation of incidents No. 2

(See above five photos in prior email.) We took photos of all angles looking for a camera in the area inside the turnstile. There are none. Apparently, Takeuchi became aware of this, and his story changed from me pushing him one time, to me thrusting the bike at his face, and punching him several times in the chest, once in the face, and once in the head, resulting in NO INJURY. Mizokuchi, and Takeuchi would then prepare a phony photo reenactment. In this "police reenactment" Mizokuchi poses with a photo of he, and Takeuchi smiling. Mizokuchi is holding a tiny folding bike in his hands. At the time, I was unaware that Mizokuchi had entered my home without a warrant, ransacked it, and took my bike to Narashino police station. The bike was not used in the phony reenactment photos because it would be too heavy for Mizokuchi to raise above his head, and "thrist" it at anyone's face. Don't believe me? Try lifting a 38 lb. folding bicycle, which wobbles about attempting to open as it is being moved, lift it up, and thrust 38 lbs. without pulling a hernia, or tearing up a should. I weigh 152 lbs.

Charge 2.

Facts constituting the offence

At 0910hrs on 12th September 2013, at the concourse at Keisei Tsudanuma Station operated by Keisei Electric Railway Co., Ltd. located at 3-1-1 Tsudanuma, Narashino-shi, Chiba Prefecture, the defendant thrusted a bicycle he had in his hands to the face of Yomei Takeuchi, a station service officer (at the age of 33 at the time of the incident). Furthermore, the defendant punched him several times in the chest once in the face and once in the head at the concourse at this station, and thereby committed a battery.

Crime committed and penalty articles

Battery
- Article 208 of the Penal Code

[redacted]

**From:** Ja S <email@stackjones.com>
**Sent:** Thursday, October 02, 2014 7:44 AM
**To:** J S
**Subject:** Photos and explanation of incidents No. 11



Station police box.





View of where I worked from directly in front of the police box. Azalea, third floor. While teaching and using the whiteboard, I would be visible from the police box.

Question, I was arrested Oct. 19th. Why would I be charged several weeks into detention, for an incident that arose on on Sept. 12th? If a "crime" had been committed on Sept. 12th, why would I have not been arrested on Sept. 12th, or a myriad of other times, as I walked to, and fro from the station, and from the market directly behind the police box where I often purchased lunch? FYI, I was told that since I would not cooperate (sign false confessions), they would find new charges, and assure that I would remain in prison while my son was born. And that is exactly what they did. There is no evidence that this second charge ever occurred. In fact, I was assaulted, and everybody involved in the matter knows this. Note how the language in the second charge exactly mirrors the language in the first charge.

The second charge was brought, while I was in detention, when I told police that I had been complaining about race hate conduct aimed at me by station employees. In fact, I had quit my job Oct. 4th becuae of the ongoing assaultive conduct by these station employees. I have those communications, to my boss, and to my wife. My wife pleaded with me not to quit my job because we had a child due in about two months. Because of this, I remained at the job, and signed a statement of intent to my boss that I would remain on the job, and not quit. I also told the police that I had recorded these incidents in emails to my employer who was an advertiser at the station. Mizokuchi, and prosecutor Kume would take my statement, and twist everything I said, turing it into a "crime" that I had committed. This, even where they were in possession of information of two witnesses that said I was being assaulted by a homeless man. My boss would tell me that those witnesses told her that Yomei Takauchi was not a station employee as I had told her, but a crazy homeless guy. These were the only two people at the station at this time. The police would then use that information to enter my home, ransack it, take possession of my bike, which they damaged while it was in custody, and never even bothered to get a search warrant. Search warrants are to be issued for particularity, regarding the places to be searched and the things to be seized. My bike sat on a stand at the front entrance of my home. What was the purpose to ransack my entire house?



Those two witnesses stood at the right in the above photo where the red line crosses through the black text, and yellow background. Those two people turned out to be Katsuyama students who take the Chigaseki method of learning English. I did not know them, and never met them, as they were not my students. Lawyer Kushida never attempted to get statements from these two witnesses. Instead, to be quite honest, as I kept pressuring Katsuyama to get their statement, she would give Kushida a false statement where her office manager claimed to have seen the event, thought nothing of it, and went home, saying nothing to me as the incident unfolded. This is a fabrication. Katsuyama was bleeding financially from numerous students quitting, and from opening a fourth school near JR Tsudanuma statin that was failing. She didn't want to ask her students to make an official statement to the police. In typical Japanese fashion, knowing I was arrested for this fake charge, they remained silent. I told Kushida that manager's statement was entirely false. Nothing more was said about that statement.

If I was guilty, I would lick my wounds, and walk away. Well, I would still have a damn good claim for abuse of authority, and injuries as the result of the illegal use of torture in attempts to extract numerous confessions.

Ask yourself, why are they hiding videos? Why am I the ONLY ONE demanding them to be released? If I was guilty, why don't they show the videos, show that I assaulted that guy, and be done with this.

[redacted]

**From:** J S <email@stackjones.com>
**Sent:** Thursday, October 02, 2014 7:43 AM
**To:** J S
**Subject:** Photos and explanation of incidents No. 10





The camera that would have captured the entire street incident.



Across the street is a 7-11. Very close.



7-11 camera that probably caught the incident as well.

Lawyer Kushida would tell me at Narashino Detention that he went to the station and searched for cameras, and said there were none. This is the same piece of shit that is hiding the photograph of the kick wound to my leg, as he removed it from the defense evidence package before turning it over to attorney Okoshi, who was speechless to learn that Kushida had intentional withheld important evidence for the defense. That/those photos were taken by Shoko Doi, the court appointed interpreter from inside Narashino Detention Center.



Above. The view from the entrance of 7-11.

[redacted]

**From:** J[redacted] S[redacted] <email@stackjones.com>
**Sent:** Thursday, October 02, 2014 7:43 AM
**To:** J[redacted] S[redacted]
**Subject:** Photos and explanation of incidents No. 9



Above are the descending steps.





Angle from the streets.



As I descended these steps, I quickly turned toward the left, which is where the police box is located. As I hit the street, the police, including the corrupt cop Mizokuchi who was the investigator in this case, and who had extracted blood, three vials, only photographing two for the prosecutor, and who I know is the office that planted my DNA at the center of Tetsuya Ogura's shirt, and who performed all of the phony photo reenactments.



As I turned to my left, the police were already coming across the tracks, so I stood and waited for them to arrive. As I did this, Tetsuya Ogura ran down the steps, blocked my path, did not see the police, and began to get into a fighting position again. The police arrived and the incident was over. Tetsuya Ogura would claim that I called him a Yellow Monkey, (at the time one of the songs in rotation on FM Bay 78 was a song called Monkey, Monkey Baby, by a J-pop band called Yellow Monkey. I only know this because while in detention, between 6:30 and 9:00 Narashino Detention played that radio station. Other than that, I never listened to that station, or even knew that it existed.) Mizokuchi began walking to all of the cops that arrived, at least a dozen, and began telling each one of them that I called Tetsuya Ogura a monkey. Cops began glaring at me, and shouting "Monkey." They never asked me one question. Tetsuya Ogura would claim that I punched him one time on the street as well. Two times where the camera described above would have captured it, and once on the street.



Above. The sign says cameras are in operation on the street.

[redacted]

**From:** J[redacted] S[redacted] <email@stackjones.com>
**Sent:** Thursday, October 02, 2014 7:43 AM
**To:** J[redacted] S[redacted]
**Subject:** Photos and explanation of incidents No. 8

Camera two captured Tetsuya Ogura's entire assault on me. Every time I would bring this up to the prosecution I was told to "shut up about the videos."



To the left are the stairs to descend to the street two stories below.

THIS IS WHERE IT GETS INTERESTING...



As I was running, my leg began to fail, and I did an odd thing, I headed toward the elevator on the right side, as I had always taken it because of the leg injury. As I approached the section between the stairs, and the elevator, I then turned toward the steps. Tetsuya Ogura by this time had caught up to me, and positioned himself on the

right side, attempting to block my path to the elevator. I turned to go down the stairs, and this is where he threw his final sucker punch, and as hard as he could. I raised the large bag I was carrying and used it to block the punch. Tetsuya Ogura ran full on into the bag, which slammed into the guys forehead. It hit him so hard that his glasses fell off, and he staggered. I thought he was going to go down, so I stopped, and bent over to pick up his glasses, telling him to STOP. As I bent to pick up his glasses he tried to throw a kick at my face. I dodged it, and attempted to hand him his glasses. He got into a fighting stance. (He's left-handed) I placed the glasses on his arm, and headed down the steps. First quickly walking and then hopping down two to three steps at a time.



Note the 360 degree camera at the top of the stairs.











The above photos are the angle the camera caught. Clearly the entire area is visible, which means the entire altercation was recorded.

The prosecution is not releasing this videotape.

[redacted]

**From:** J[redacted] S[redacted] <email@stackjones.com>
**Sent:** Thursday, October 02, 2014 7:43 AM
**To:** J[redacted] S[redacted]
**Subject:** Photos and explanation of incidents No. 7



As I descended these steps, I quickly turned toward the left, which is where the police box is located. As I hit the street, the police, including the corrupt cop Mizokuchi who was the investigator in this case, and who had extracted blood, three vials, only photographing two for the prosecutor, and who I know is the office that planted my DNA at the center of Tetsuya Ogura's shirt, and who performed all of the phony photo reenactments.



As I turned to my left, the police were already coming across the tracks, so I stood and waited for them to arrive. As I did this, Tetsuya Ogura ran down the steps, blocked my path, did not see the police, and began to get into a fighting position again. The police arrived and the incident was over. Tetsuya Ogura would claim that

I called him a Yellow Monkey, (at the time one of the songs in rotation on FM Bay 78 was a song called Monkey, Monkey Baby, by a J-pop band called Yellow Monkey. I only know this because while in detention, between 6:30 and 9:00 Narashino Detention played that radio station. Other than that, I never listened to that station, or even knew that it existed.) Mizokuchi began walking to all of the cops that arrived, at least a dozen, and began telling each one of them that I called Tetsuya Ogura a monkey. Cops began glaring at me, and shouting "Monkey." They never asked me one question. Tetsuya Ogura would claim that I punched him one time on the street as well. Two times where the camera described above would have captured it, and once on the street.



The sign says cameras are in operation on the street.





The camera that would have captured the entire street incident.



[redacted]

**From:** J[redacted] S[redacted] <email@stackjones.com>
**Sent:** Thursday, October 02, 2014 7:43 AM
**To:** J[redacted] S[redacted]
**Subject:** Photos and explanation of incidents No. 6



Above. To the left are the stairs that descend to the street two stories below.

THIS IS WHERE IT GETS INTERESTING...



Above. As I was running, my damaged right leg began to fail. I did as I had always done, I headed toward the elevator on the right side, as I had always taken the elevator because of my right leg injury. As I approached the section between the stairs, and the elevator, I realized my error, and turned to take the steps. By this time, Ogura had caught up to me, and positioned himself on the right side, attempting to block my path to the elevator. I

turned to go down the stairs. This is where he threw his final sucker punch, and as hard as he could. I raised the large bag I was carrying and used it to block the punch. Ogura ran full on into the bag, which slammed into his forehead. It hit him so hard that his glasses fell off, and he staggered. I thought he was going to go down, so I stopped proceeding down the stair. I then bent over to pick up his glasses, telling him to STOP, several times. As I bent down to pick up his glasses, Ogura tried to throw a kick at my face. I dodged it, and attempted to hand him his glasses. He got into a fighting stance. (He's left-handed) I placed the glasses on his arm, he tossed them down in a tantrum, and I headed down the steps. First quickly walking, but as Ogura began to recklessly race down the steps at me, and endangering customers heading up the steps, I then began to hop down the steps, two to three at a time.



Note the 360 degree camera at the top of the stairs. Note the lighting, as it was day time when the incident occurred as well. That camera would have clearly captured the entire event that transpired in front of those steps.











The above photos would have been the angle the camera caught. Clearly the entire area is visible, which means the entire altercation was recorded.

The prosecution is not releasing this videotapes.



Above are the descending steps, which Ogura had attempted to sucker punch me on, and obviously hoping I would fall down.



Above. The angle from the street outside the station.

[redacted]

**From:** J S <email@stackjones.com>
**Sent:** Thursday, October 02, 2014 7:49 AM
**To:** J S
**Subject:** Lastly... TGH Medical Report Update

After harassing Tsudanuma General Hospital with threats of a medical malpractice lawsuit, the doctor "admitted" to making an "error" in the medical report, "apologized" for omitting the broken leg information, and mailed out a new medical report which includes that information. Luckily, we had it in writing that we also paid for the X-Rays, which were also supposed to be sent. He stated that those X-Rays would be send along with the new medical report, and a stamped "return" envelope for the erroneous report to be returned.

So, I should have the X-rays, and medical report, that prove my leg was broken in detention by the end of this week.

JS

[redacted]

**From:** Tokyo, CCU
**Sent:** Thursday, October 02, 2014 8:42 AM
**To:** [redacted]
**Cc:** Gardner, Gregory N; Vasquez, Anne M; Freeman, Andrew R
**Subject:** FW: Photos and explanation of incidents No. 3

**From:** J S [mailto:email@stackjones.com]
**Sent:** Thursday, October 02, 2014 7:43 AM
**To:** J S
**Subject:** Photos and explanation of incidents No. 3

Charge 1.

Facts constituting the offence

At 0938hrs to 0940hrs on 19th October 2013, at the ticket wicket at Keisei Tsudanuma Station operated by Keisei Electric Railway Co., Ltd. located at 3-1-1 Tsudanuma, Narashino-shi, Chiba Prefecture, the defendant committed a battery against Tetsuya Ogura, a sales officer at this station (at the age of 42 at the time of the incident), by spitting at his chest. Furthermore, the defendant punched him once in the face and once in the head at the concourse at this station. The defendant also punched Ogawa once in the head on the pedestrian walkway o.. the Yatsu No. 5 railway crossing road located at 3-6-39 Tsudanuma, Narashino-shi. As a result of the aforementioned unlawful use of force, Ogawa sustained a bruise on the head and face which would take approximately one week to heal completely.

→ a greater? ? forehead? two bruises? or one

Crime committed and penalty articles

Battery

- Article 204 of the Penal Code

[redacted]

**From:** Tokyo, CCU
**Sent:** Thursday, October 02, 2014 8:41 AM
**To:** [redacted]
**Cc:** Gardner, Gregory N; Vasquez, Anne M; Freeman, Andrew R
**Subject:** FW: Photos and explanation of incidents No. 4

**From:** J S [mailto:email@stackjones.com]
**Sent:** Thursday, October 02, 2014 7:43 AM
**To:** J S
**Subject:** Photos and explanation of incidents No. 4



Above. The Keisei Tsudanuma station window is on the left side where Tetsuya Ogura claimed on Oct. 19th that I spit on his chest. When facts arose that he was wearing a tie, after he claimed to be spit on, he would change his statement, and tell the High Court that he anticipated that I was going to spit on him, and moved quickly to avoid it and that this quick movement caused the tie to move, and that's how my spit got on the exact center of his shirt. Videotapes that were released by his employer show that this statement is a complete fabrication, as the man never moved, and was clearly was never spit upon. Yet, the lower court judge and three High Court judges all refused to look at the videotapes that would prove Tetsuya Ogura is a liar, filed a false police report, engaged in phony reenactments that don't match the videotapes evidence, and would later perjure himself to the High Court trying to explain away this disparity. Which the High Court, without seeing any videotape, fully supported. Ogura's statement, which was read at the lower court trial by the prosecution would also be a perjured statement. (In the background there is a red sign over top of a man carrying a large bag. That is the Azalea Language School advert, which had the contact information for the school I worked at.







Above two photos. Note the camera adjacent to the station window which captured the window event, and preserved Ogura's perjured statements. Camera that caught video one, of the incident at the window. This is the video taken of me from behind, and clearly shows that I never spat on anyone. It's clear. Both defense counsels, as incompetent as they are have stated in their arguments to the lower, and High Court, that it was impossible that what I was accused of had occurred.

Camera one captures me picking up my ticket, and slowly leaving the window. It also shows that at no time was I making any kind of threatening gestures, or animating in any form of anger. Ogura is seen racing out of the back as I headed toward the exit.

[redacted]

**From:** Tokyo, CCU
**Sent:** Thursday, October 02, 2014 8:42 AM
**To:** [redacted]
**Cc:** Gardner, Gregory N; Vasquez, Anne M; Freeman, Andrew R
**Subject:** FW: Photos and explanation of incidents No. 5

**From:** J[redacted] S[redacted] [mailto:email@stackjones.com]
**Sent:** Thursday, October 02, 2014 7:43 AM
**To:** J[redacted] S[redacted]
**Subject:** Photos and explanation of incidents No. 5




Above. Camera two captured Tetsuya Ogura running out of the station door (to the right of the window), and attempting to kick me, and throw punches at me numerous times as I moved toward the exit, and running away from him toward the stairwell. Note: I was not running because I feared the guy. I was running to avoid any physical altercation, knowing full well that the foreigner would be construed as the bad guy. Video two shows that I had engaged in no physical altercation whatsoever, and had avoided his kicks and punches at all times. All of this is captured on the video, and is quite clear. The videotape also shows me holding the ticket in my left hand, and a large black bag in my right hand. Tetsuya Ogura would claim that I was punching him with both hands. A total of three punches to his face, and head. Both lawyers asked in their arguments how he could explain me punching him with both hands, as both hands were clearly occupied. There has been no expiation given to that statement, as the High Court didn't address it at all.




Above. The actual ticket I was holding in my left hand, which is the ticket that I had to purchase due to the malfunctioning machine's 310¥ button.



Above. The Azalea sign visible leaving the turnstiles, with the ticket window immediately on the left side.



Above. I headed toward the right corridor, which was entirely captured on the second videotape. At no time can I be seen engaging in any physical altercation, yet Ogura stalked me, kicking at me, and punching at me the entire time, until I finally turned and ran toward the exit steps. Ogura in hot pursuit. Ogura's conduct was entirely reckless, as station customers are seen leaping out of his way.



Above. The corridor area. Camera two captured Tetsuya Ogura's entire assault. Every time I would bring this up to the prosecution I was told to "shut up about the videos."

**Itami, Mami**

| | |
|---|---|
| **From:** | Tokyo, CCU |
| **Sent:** | Wednesday, November 19, 2014 2:39 PM |
| **To:** | U.S. Embassy Tokyo ACS |
| **Subject:** | FW: Supreme Court finds "No Constitutional Violations" |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

FYI

-----Original Message-----
From: J[redacted] S[redacted] [mailto:email@stackjones.com]
Sent: Wednesday, November 19, 2014 2:00 PM
To: J[redacted] S[redacted]
Cc: petitions@ohchr.org; press@idi.org; rotty007@gmail.com; Tokyo, CCU; web@smkw.biz; webmaster@lexdoxjapan.com; ben.stubbings@japantimes.com; jpbruno.min@fairtrials.net; ichikawa@ichikawa-law.net; wbcleary@shudo-u.ac.jp; Simon Scott; davidamcneill@gmail.com; Thomas.Dreves@tuj.temple.edu
Subject: Supreme Court finds "No Constitutional Violations"

11.19.14.

First, I usually Bcc communications, but today I have decided to Cc them in part. Many remain in the Bcc category. If you wish to ignore my statement, and get to the rejection statement motion scroll below the dotted line.

The Supreme Court gave a swift answer to my case. There response was no surprise. The Court hadn't bothered to read anything that was provided to them, and hadn't even bothered to contact the lawyer regarding what they considered the finality of this case. They didn't answer a single constitutional questions raised. The sham Court hadn't even given notice that there were three days to respond with a rejection statement. I discovered this on my own. I made a rejection statement, and filed it timely, addressing a fraction of the "no constitutional issues raised" bullshit. I demanded a new trial, citing the more than 100 new pieces of evidence that I had already provided to the Court.

Those that signed the document were Chief Justice Chiba, whose "favorite" writer is Haruki Murakami. Chiba claims to have read his major works repeatedly! I call that literary masterbation. Kaoru Onimaru, claims, "I take care to deal with each case from a neutral and fair standpoint and make a careful and thorough judgment, with the role as guardian of the Constitution in mind at all times." Onimaru likes Yoga, and pilates, and states that, "Rome wasn't built in a day." This is very profound! Translating that into English seems to say that these abject clowns, mocked and scorned the world over, seem to understand the rise, but fail to recognize the fall. Japan's socio-economic collapse is surely imminent, and I enjoy watching every moment of it. Tsuneyuki Yamamoto another antiquated dinosaur has lived off of the teet of the Japanese slave laborer as a career bureaucrat. He claims to deal with "matters with all my heart and soul." If there is one thing every foreigner that has been subjected to an introductory course in Japan 101 is that "things" don't qualify as a human being, and have no heart or soul. Yoshinobu Onuki, a corrupt career public prosecutor claims, he will "look at the facts with a sense of humility and try to be fair when making judgments."

Each one of these fools state that they deal with cases humbly, and with fairness. Somebody ought to tell these repugnant animals that hide behind the walls of injustice that making legal determinations regarding facts of a case is not based on fairness. It is based on the letter of the law. To the Japanese "fairness" is where one pays twice as much for receiving half as little. The Japanese are greedy, world illiterate, racist, segregationists, and protectionists. Ironically, this attitude as resulted in nearly nothing left to protect, as the corporate world has turned its back on Japan's generally unskilled, and overpaid slave laborer. No one wants to deal with the Japanese immoral mindset any longer in nearly any

business environment. All that remains is greed! I hope these beasts slowly bleed to death in their perpetual state of wanting.

I want to thank William B. Cleary's article, The Law of Criminal Procedure in Contemporary Japan for helping me hash out the issues, and the rule of law that applies.

I want to thank C.P. Jones for all of his communications, and scores of other people that stayed in the loop.

I don't want to thank any of the hundreds of people that contacted me stating that they would help in this matter, but only wasted hundreds of hours of my time, playing a significant role in causing me great physical pain. An example here is when David McNeil stated he wanted to write an article on this matter, but needed Ben Stubbings at the Japan Times to "validate" this for him. First, a good writer never has to have someone validate that he wants to do. He just does it! Ben has shot down many of my articles, I never sought his "approval" to write any of them in advance, and every one that was shot down was published somewhere else anyway. In that, Ben remains a very cool mother fucker! McNeil hadn't realized that there was an article published by the Japan Times where he was one of the writers "reflecting on 3.11.11", and all of the photography in that article were mine. Clowns remain clowns. Most aren't that funny. Neh? In one of McNeil's articles he questioned the veracity of an African man who was subjected to torture while detained in prison, seeking political asylum. This infuriated me. The man described the kind of trauma all foreigners are subjected to while being detained. One example was when he stated that numerous guards wore black gloves as they assaulted him. This immediately made me recall those same gloves that go up about mid forearm. They are clearly used to hide guards fingerprints, and DNA samples in case they end up murdering the prisoner through their willful malfeasance. I can assure you, 15-20 guards in black gloves came to me on numerous occasions, and always had a camera rolling. Every time they did, I spoke into the camera as much of the details of being tortured as possible. During one of those events, one of the guards at Chiba Prison said, "That was Narashino. We didn't break your leg. Narashino did." A compelling statement, you must agree? One can imagine why the defense has sought unsuccessfully to have these videotapes released to present to the Court for their determination if there were any constitutional violations.

Fuck McNeil! He's a shill, and an unskilled writer who has nothing significant to say. McNeil's "contributions" to the Japan Times include such wonderful prose as, "Why I Love Japan Even More After The Earthquake. I ask McNeil, do you enjoy your radiation contaminated green tea more? Are you getting your share of Fukushima cucumbers? If not, you can have mine. Geez! This kind of "reporting" certainly can never be construed as art.

While preparing for this rejection statement, all of the energy I gave this matter finally failed me. I had written, and researched so much that I became unable to type. My shoulder once again locked up on me, and it looked like there was a golf ball directly under the shoulder blade, and it felt like it too. I had no movement left to me in my neck, right hand, and right arm. After five X-rays, three cortisone injections, and an hour of IV painkillers, I returned to finish my rejection statement, typing it out with one hand, which my wife translated for me, and which the Court will receive today. She left out the bits about wanting to put a bullet in the back of their heads, blowing their faces onto the walls that exists across their desks in the offices provided for them at taxpayer costs.

Certainly, no one can accuse me of not being passionate, and colorful as I mock to scorn those pathetic cretins.

Looking back, I can't believe that I had the audacity to hand deliver a letter to Tanigaki, calling him a cunt, and a racist coward that presides over a criminal organization called the MOJ. I even contacted Abe directly, telling him that Japan had no honor to return to, because Japan has never been an honorable nation. I let him know that I am fully aware that his grandfather was a war criminal, and an American puppet, and that he, and all his predecessors, and those that will follow him, in perpetuity, will bend over, and spread their assholes as wide as the U.S. powers that be tell them to. Although barely, I'm surprised that I'm still able to walk around this country, and that they were entirely unsuccessful in having me deported. Although, returning to reside in Hawaii, is in reality quite superior to living in the dead sea, ex-pats know we all float upon.

By the time I was "detained" I already knew that what exists in Japan is a cult of liars. I no longer believe the country qualifies as a culture. There is nothing "superior" in these small minded people. Gen. MacArthur said it best, "Japan is a nation of 13-year-olds." This is a country of world illiteracy, apathy, jealousy, hate, and most notable is the massive amount of fraud that exists in every aspect of the cult like existence. In that, what was most learned by this matter was what was heaped upon my wife, and her entire family. They know I was entirely innocent. Both the lower court attorney Kushida, and the High Court attorney Kato who had the opportunity to view the two available videotapes that the Chiba Prosecutor provided to them (hiding at least three others, and continues to refuse to turn over to me, claiming that I will turn them over to the media), contacted my wife, and her family and said, "He did not do it." That has been my consolation prize. Now, those that had existed for centuries in the traditional, and "loyal" Japanese norm, don't trust their government at all, and ironically this ended up bringing me close to her family, which had rejected me for six years prior to the birth of our son. (My name wasn't even allowed to be stated in her families home. In that, racism, and ignorance is at the heart of nearly each and every one of these little people.) Perhaps the fact that I'm 56, and my wife recently turned 27 may have played a role in that. Ya think?

While strolling with my wife, and son yesterday after mailing the rejection statement to the Court she suddenly turned to me and said, "We didn't lose." I said, "What do you mean?" She then said, "You got to go into the High Court and yell at them, and tell them they are all criminals. The High Court clerk pleaded with you not to go into trial, and make trouble They were afraid of you, but he also didn't want you to get arrested again. They also tried to deport you, and failed. Look how many people you told your story to? Look how many people you got to know, and who got to tell you there story. Remember, you said that their stories sounded so over the top, that they seemed untrue? We know that everything they said is really true! The guards with black gloves. The torture, and abuse of foreigners. We are the winners. We learned a lot. I learned many new English words. And look at this boy? He is beautiful, and every time we go out people stop us, and tell us how beautiful he is. Remember when the old lady stopped us, and began to kiss him? And she kept crying? And told us how beautiful he was? Remember that? We didn't lose. We are the winners."

Maybe what she says is true in some part, but it doesn't help in the myriad of executions I have committed in my mind against Mizokuchi and his supervisor. Of Guard B, and his supervisor. Of Kume, and the unnamed in court prosecutor. And the judges, the emaciated, and timid little squealers that forfeit their right to life. What I've done to them makes ISIS actions appear trivial. I've cut their fucking heads off. Blown their heads off with brain matter landing onto their screaming brats vanilla ice cream. I've tied them to chairs, and broken their legs hundreds, if not thousands of times. I've cut their Achilles tendon, and allowed them to crawl across fields in abject despair knowing that it wouldn't be long before I chopped off a limb or two, and then used a blow torch to cauterize their injuries, so I could repeat the process again, and again. I've beaten out their teeth, and used that same blow torch to dismember them, get rid of any identification markers, and taken them fishing, and to sleep with the fishes. And that was just the first act.

I threw Canon's best printer out of my window during one of my fits of rage over this matter, and in one incident in Yokohama threatened to beat to death about 20 cops, who wanted no part of me. This was after one of my public, and uncontrollable bouts of rage as a result of all of this.

The only thing I have learned from this, is that next time a racist cunt tries to turn his shit on me, I have to make sure not to leave any DNA samples, and beat them into a coma so they won't remember what happened to them. It nearly happened the time some shitbag picked up my wife's bag, and slammed it down on my son's head as she was breast feeding him. The dirtbag wanted the seat next to her, which was in the section for handicapped people and mother's with babies. I called that mother fucker a coward, and cunt to his face with both of my legs planted between his. At the next stop, which I am certain was not his, he raced off of the train. I couldn't beat him to death at the time because I was on my way to the Supreme Court to hand deliver my translation statement that was as thick as the Jews phony "gods word", which the Court never bothered to look at.

I threatened to murder the police, and prosecutors to their faces. I never feared them, even for all of the injuries and pain I suffered at their hands. I only feared losing my son, as these monsters think nothing about destroying families like they have done to my friends Brian Prager, Eric Kalmus, and John Gomez. My finest moment was telling prosecutor Kume that they were corrupt, and that it wouldn't take much money to pay a foreigner from India, Pakistan, or Nepal to

stalk and murder them, and that they were easy to find. I also mocked the office designer, mentioning the gray peeling, and moldy stained walls, and broken blinds that couldn't be opened and let the light in, saying "I consider your life, getting to the Chiba Prosecutors office around 7:00 a.m. on Sunday, a worse prison than the temporary one you have illegally detained me in. You're the prisoner, and your cunt stinks. Do you know your cunt stinks? I can smell it all the way over here. Foul! Quite foul! Have you ever considered douching?"

Mostly, in my moments of contempt during interrogations, and pretending to cooperate, I'd let them prepare their phony statements, entire fabrications every one of them, and when they would dramatically turn the paper, and place the pen in front of me to sign, I could see the drool, and excitement that they would believe that I was finally going to sign something, but first... I would have the interpreter go over it again, and again, and again, and again, infuriating the police, and prosecutors, forcing them to make tiny changes, waiting for them to burst out in rage demanding me to sign. It was always necessary to me to have the rage outburst before I took any action that they thought I would do to favor them. I'd pick up the pen, pull several Art Carneys, and then write "Kume is a corrupt prosecutor." Or, "Mizokuchi is a corrupt cop." And when the interpreter would read what I wrote, they would threaten me with deportation, the furtherance of false charges, physical violence and on, and on. Once I signed, "Micky Fucking Mouse. The Happiest Place On Earth."

After more than a year, of threatening the prosecutors, and police, IN WRITING that I would murder them for their criminal conduct, telling judges they were repugnant pigs, using tax records to find out where they lived, and threaten to picket their homes, and place photos, and fliers of them on the walls of nearby train stations, and bus stops, and neighbors mailboxes, that called them corrupt criminals, I guess I can see why nobody wants to hear my argument.

In prison, I refused to wear jail clothing, and pissed, and shit on them, throwing them into the toilet whenever Chiba Prison guards attempted to force me to wear them. Although all of this may sound irrational to you, I can assure you, the entire facade of Japan's brand of justice brings one to this level. It was the best way to protest the illegal police, and prosecutor conduct. In prison, I chose to remain naked, and froze because of the false charges being heaped on me. Nobody can deny this as fact, as I still have the copy of the punishment committee letter stating this to be so. I spent many, many days in isolation because of this, and refused to eat during those periods. I can go on and on in this area, but why? Who cares about a gaijin in Japan? I'm an American, and the U.S. commits greater injustice, and travesties in massive doses on innocent people who merely struggle to survive in this shitty toxic world, and on a daily basis.

John Lennon said, "Woman is the nigger of the world.? In Japan, foreigners are the niggers. The truth is the Japanese are the niggers of the Asian world. I cannot say that I didn't come out of this a racist. I'd be lying. I hate the Japanese almost as much as zionists. Two nations the UN, and the U.S. give carte blanche to in committing atrocities that go unaccounted for. The best retribution, and vengeance is knowing that the Japanese brats are being raised in uninhabitable lands, filled with ugly dilapidating structures.

In the future, no Japanese wants to run into me in say, Costa Rica, Indonesia, Hawaii, or wherever I chose to paddle out for a surf session. It'll be a "hey brah, let's have a beer tonight, and after that go to the beach, and check out the surf!" Perhaps posting my full statement on the myriad of aryan, or white power hate groups websites is a good way to assure that innocent people receive the undeserved beatings of their lives, and illegal treatment they don't deserve. Or perhaps my brother who is a police officer, and member of the most powerful union in America, could forward my statement to thousands of cops, that will assure Japanese receiving unwanted contacts with law enforcement. After all, there is a thin blue line. Perhaps. Perhaps not.

Find your peace Jack? Peaceful means have never accomplished anything. It got MLK executed. The Dalai Liar, and his CIA backed military committed a million murders for control of the black market heroin trade that runs through the Himalayans. He's won Nobel Peace prizes for this. Kissinger murdered 4 million for his. This world is so abject, and ass backwards that if there was a God, g-d, or whatever else the dyslexic dog is called, it would probably be Satan, Lucifer, Beezlebub, or whatever else this non-existing entity is dubbed with Jesus guarding the gates of hell and baptizing his followers in a lake of fire.

Fuck you Japan, the truth is that you are an insignificant occupied nation. And it will always be that way.

Below is the rejection statement I provided to the Court.

-----

I. Defendant's Right to Appeal

A. The Code of Criminal Procedure Article 405 (1) states that a Jokoku appeal may be filed against a judgment rendered by a court of the first or second instance if there is a Constitutional violation.

1) Article 11, Article 36, and Article 38 constitutional violations.

The defendant was denied fundamental rights when he was subjected to physical torture that took place at Narashino Detention Center. Most notable is a well-documented incident that took place on Nov. 8th, 2013. That incident is now under investigation by the JFBA, Tokyo Bar Association, and Chiba Bar Association. The Narashino police are refusing to cooperate, by turning over a notebook that recorded the details of the torture, and videotape recordings taken while the defendant was being tortured.

The Supreme Court justices were made aware of this illegal conduct through documents and exhibits presented to them by the defendant, yet the Court is taking the position that no constitutional issues were raised under Article 405? This is a gross injustice.

After the Nov. 8th incident the police, and prosecutors refused the defendant medical treatment for six days, and continued to interrogate the defendant, even though he was unable to walk, or stand. The defendant was dragged into interrogations, and in a state of fear, was subjected to numerous threats of violence, and was presented with numerous false confessions prepared by both police, and prosecutors to sign. When he refused to sign, the defendant was threatened with the false filing of other false charges, and elevating charges, which in fact the prosecutor did. This doesn't just violate Article 11, 36, and 38, but numerous treaties Japan has ratified with the U.S., and United Nations regarding the treatment of foreign detainees, which the defendant laid out in detail in his statement the Supreme Court refused to have translated for the Jokoku appeal. This in and of itself is a violation of Article 405 (1) where the Court is refusing to allow the defendant to raise an adequate appeal, resulting in an unfair proceeding.

The UN calls these violations of due process systematic, and "the rule." The U.S. State Department warns U.S. citizens in annual reports of these illegal procedures that violate Japan's Constitution, and calls into question the morality, and competency of Japan's judiciary. Former retired judge Hiroshi Segi has called for the entire judiciary of Japan, as well as the corrupt prosecutors to be removed from power. Former prosecutor Hiroshi Ichikawa who the defendant had consulted with in this case has stated publicly that Japan's prosecutors, and judiciary do not consider foreigners human beings, and this is why there is such a gross imbalance in the absurd 99.9% conviction rate.

As proof that the judiciary is entirely biased against the defendant, he submitted medical reports to the Supreme Court as proof police broke his leg. The defendant also submitted documents from the U.S. Embassy that show the police first denied using torture, but when confronted with overwhelming evidence, and details that described the incident to embassy consulates, the JFBA, Prison Rights Group, and former Tokyo prosecutor Tsutomu Nakamura, the Narashino Chief of Police put in writing that police, and guards admitted to tying up the defendant, and using hand restraints during interrogations which resulted in a broken leg.

Somehow the Supreme Court justices don't consider this a violation of the constitution?

Ironically, the Court claims that no constitutional violations occurred yet it has taken no steps in reviewing anything the defendant submitted in support of these violations. This is typical, and well known, as Japan's judiciary is internationally

condemned for refusing to recognize the rights of defendants, and go out of their way to uphold even the most criminally violent acts of police and prosecutors to uphold their phony 99.9% conviction rate.

New evidence submitted to the Court includes medical reports, X-rays, and documents released under the U.S. Freedom of Information Act (FOIA). Many of those documents, which were presented to the Court, didn't have to be translated, as they came from Tsudanuma General Hospital, as well as other medical reports. They were timely filed. Why is the Court refusing to review those documents? This is a gross violation of due process, and the defendant's right to a fair proceeding.

Police, and prosecutors refused the defendant access to the U.S. Embassy while they attempted to cover up their criminal conduct. Those U.S. Embassy documents were translated for the Court. They show the police first lied, and then got caught in their lies, and admitted their illegal conduct.

Would all Supreme Court justices in Japan agree with Chief Justice Chiba, judge Onaki, Onimaru, and Yamamoto that the use of torture to extract false confessions is not a constitutional violation?

2) Article 34 constitutional violation.

The defendant sought, and was denied the right to the immediate appointment of counsel during every step of the investigation stage. The defendant was mocked and ridiculed every time he requested, and eventually demanded the appointment of counsel. The defendant was told by prosecutor Kume that if he wanted an attorney to get the U.S. Embassy to provide him one. The U.S. Embassy wasn't holding the defendant under illegal conditions, the Chiba police, and prosecutors were. Further, the defendant, a former public defender, and a certified lawyer in the state of California that holds a Juris Doctorate in law finds it unconscionable that the Supreme Court doesn't find this a constitutional violation. One would have to call into question the competence of the judiciary. Is it an issue of competency? Or worse, corruption at the highest level?

The defendant was held for 38 days without an attorney. This is a clear violation of the Constitution, which requires the immediate appointment of counsel. Do the justices in Japan's highest court consider the refusal to appoint defense counsel not a violation of Article 405 (1) as well? The defendant finds that the Supreme Courts determination that there is no constitutional violations when a mountain of exhibits submitted to the court prove exactly the opposite calls into questions the Courts competency. Article 98 makes any determination against the mandated provisions listed above both illegal, and invalid, and the defendant will not abide by such improper determinations.

A serious violation of justice requires that the original judgment be quashed under rule 405.

II. Defendant's Right to have the judgment vacated

A. Article 411 states that even if there does not exist a cause provided in Article 405, the Supreme Court may quash the original judgment if deemed conspicuously contrary to justice:

1) That there exists a violation of laws that affects the judgment;

Under section (1) The use of torture to obtain false confessions is a clear violation of the Constitution, and rules of procedure, as well as international treaties regarding the treatment of prisoner's that Japan has ratified. This clearly is a violation of law that affects a judgment.

2) That the penalty determined is improper;

Regardless of the calloused judiciary claiming that 1.5 years of hard labor suspended for 4 years is an appropriate sentence, every attorney, legal expert, and human rights organization the defendant has consulted with regarding this case is on record stating that the sentencing in this case is grossly excessive, and disproportionate, especially given the

fact that the defendant clearly hadn't been given a fair trial, or had any competent representation. The three attorneys that have so far represented the defendant have amassed 37 years of criminal defense practice. Not one has ever won a single case. Compare that to the defendant who only argued two cases at trial as a public defender and won both of them. Any penalty is improper given the fact that judges are clearly biased against the defendant, and defense lawyers are expected to lose in Japan's legal facade.

3) That there exists a serious error of fact which affects the judgment;

During the initial stage of the first trial dated, the judge asked the defendant if he was guilty or innocent. The defendant responded by saying, "I cannot fight this."

The court took this to mean that he was admitting guilt. He was not, the defendant was unable to tell the judge that the guard who sat behind the defendant during trial, and who was holding the rope that was tied around the defendant's waist, had participated with other guards and police using excessive force that resulted in the defendant's leg being broken, kidney failure, neurological damage, and other serious injuries that required numerous hospitalizations. That guard known to the defendant, as Guard B was most responsible for the defendant's broken leg. That same guard is a transport driver who took the defendant to the Chiba Court, and prosecutor's office, and hospital, and was confronted by U.S. Embassy staff Leslie Glass regarding his role in torturing the defendant. She reported to her supervisor that Guard B was drunk during that confrontation. The defendant also provided that document to the Court, and of course, the Court refused to look at that document as well.

The defendant had his first court appearance on Dec. 19th, 2013. On Dec 18th, 2013 Guard B took the defendant to the hospital under the guise of having the cast on his leg replaced with a new one. Instead Guard B told the Orthopedic surgeon who had X-rayed, and cast the leg to remove the cast because he, and his supervisor didn't want the court to discover the defendant's leg was broken while being interrogated. The defendant was threatened with violence when he was returned to the police station if he reported the broken leg to the judge.

Before trial began the lower court judge walked past the defendant in the hallway at the back of the court and saw the defendant was unable to walk, on the ground crawling, and uncontrollably crying. Yet, that ignorant bastard was somehow incapable of understanding that there was a major issue before the trial even began. During trial the defendant, unable to stand had to hop on one leg to a seat that was placed behind the podium at the center of the room

Even the defense counsel who was aware of the facts did not tell the judge about the use of torture against the defendant to extract false confessions. The lower court attorney told the defendant that if he mentioned the torture at trial, the defendant would be held months longer in prison while the court determined if the defendant was subjected to criminal conduct.

Defense counsels closing statement said the defendant was being treated violently by the detention facility guards, and that he suffered great physical, psychological, and emotional harm as a result. Further, the lower court attorney stated the defendant was not guilty, and had not intended to assault anyone.

The defendant never agreed with the facts presented by the prosecution at trial, and in fact denied all of them. Yet, the court records record the opposite. There are obvious issues with translating what the defendant stated, or intentional acts of the court to falsely record the defendant's statements.

B. The Code of Criminal Procedure Article 308 states that the court shall give the accused an adequate opportunity to present evidence.

The defendant submitted to the Supreme Court more than 100 pages of newly discovered documents, testimony, and photographic evidence that destroys the prosecutions fabricated claims, proves the prosecution and police colluded to plant the defendant's DNA sample, and coached witnesses. Those documents prove that Ogura, and Takeuchi tried to

extort money from the defendant, and his employer even before the trial was concluded. Yet, the Court somehow concludes that there is no need to review such damning evidence that impeaches both state "victims."

Under the guise of phony procedures the Court refused to translate documents that Court was already made aware were in need of translation. The Courts refusal to allow for the defendant to prepare for an appeal adequately violates the defendant's right to due process, and equal protection. The Court seems to be going out of its way to ensure the defendant cannot have a fair proceeding.

Generally, the appellate court limits its investigation of a case by only examining the record of the court below. However due to unavoidable circumstances, the appellate court may allow the introduction of new evidence.

C. The Code of Criminal Procedure. Article 299 (2) states that the court shall hear the opinion of the accused. Submitting evidence at trial must have been unavoidable under the meaning of Article 382 (2) of the Code of Criminal Procedure.

All new evidence that the defendant presented to the Court was obtained by the defendant after the lower court trial, and was unavailable to the defendant while he was being detained. Further, the police, and prosecutors took great efforts to assure the defendant was unable to have certain evidence preserved for trial including a kick wound injury the defendant received by Ogura. The police, and prosecutors and three pretrial judges refused to take a photograph of the injury. The injury wasn't preserved until day 48 when the court appointed interpreter named Shoko Doi took a photo of the injury through the interview window at the Narashino Detention Center. This photo was presented to the Supreme Court, but apparently the preservation of real evidence to ensure a defendant has a fair trial matters little when the Court generally does all it can to uphold convictions, aiding the prosecutors to maintain the preposterous imbalanced conviction rate. A 2012 U.S. Department of State (DOS) report shows that of the 99.9% conviction rates in Japan that year, 91.7% were convictions based on nothing more than the defendant's own confession. Those figures were released by Japan's Ministry of Justice. Clearly the 99.9% conviction rate is a fraud. Only 8.2% of cases presented by prosecutors required them to present evidence.

III. The Examination of New Evidence on Appeal

A. The primary function of the appellate court is to review the proceedings of the trial court to determine if there were erroneous findings of fact, or conclusions and applications of the laws. There are also times when a defendant wants to introduce new evidence at the appellate stage. Including evidence that was not discovered until after the trial.

The defendant must show that introduction of this new evidence was "unavoidable", a term the court considers liberally The Supreme Court held that even when the party seeking the introduction of new evidence is unable to prove unavoidable reasons, the Court may examine the new evidence to determine the appropriateness of the lower court's decision.

B. The Examination of Facts and the Appellate Court's Independent Judgment.

Article 393. An appellate court may, when it is necessary, conduct an investigation, and examine facts upon request of the accused, or upon its own authority.

C. Gross Factual Error as Grounds for Appeal.

The usual grounds for appeal to the Supreme Court are violations of the Constitution or precedence. A kokoku appeal must be shown that the matter is important and that certain rights will be jeopardized if the matter is not corrected prior to the issuance of a final judgment.

IV. New Trials

A new trial may be requested against any court's determination of guilt. The petitioner must prove one of the following:

1) That a document used to convict was forged or altered;

The defendant always maintained that the DNA sample was planted by police officer Mizokuchi in collusion with prosecutor Kume. Kume told the defendant that if he didn't sign confession statements that they would manufacture the required element of intent to obtain a conviction, and that is exactly what they did by planting the defendant's DNA at the center of Ogura's shirt. First, the videotape of the station window shows the defendant did not spit on anyone. Second it shows Ogura wearing a tie where prosecutors claim the defendant spit.

Prosecutor's notes show that the shirt was held for nearly two weeks before the DNA sample suddenly appeared. This occurred after the defendant was subjected to cruel, unusual and degrading extraction of blood at Tsudanuma General Hospital.

Regardless of these glaring facts, all three courts have refused to look at those videotapes, which are available to them. All three defense attorneys have seen the video and have all stated that what the defendant is accused of is impossible. The court appointed interpreter, Shoko Doi who watched the videotape with the defendant, and lower court attorney stated, "This is bullshit." Meaning anyone can see that everything presented by the prosecutor is a fabrication.

2) Testimony of a witness was perjured, or a translation or interpretation has been falsified;

Ogura and Takeuchi contacted the defendant's employer attempting to extort money for their criminal conspiracy to file false police reports against the defendant. This document was presented to the Court, but the Court has refused to inspect this document, which was part of the defendant's Exhibit A. It is a gross injustice that the Court would allow criminals to use the police, and courts to commit felonies to try and financially gain from their criminal conduct.

The defendant's opening statement at trial, "I can't fight this" is a clear translation, or interpretation error.

6) That there is clear evidence which has been newly discovered showing that the defendant should have been found not guilty (muzai) or acquitted on procedural grounds (menso), that the penalty should have been remitted (kei no menjo),

Everything stated above falls under section 6.

7) That a governmental official connected with the case was guilty of corruptions.

Police using torture in violation of Articles 11, 36, and 38 falls under this category.

Officer Mizokuchi planting the defendant's DNA is a clear sign of corruption. The prosecutor refusing to appoint counsel, and resort to the use of threats, intimidation, isolation, and violence are clearly corrupt government actions.

A new trial is part of the defendant's fundamental right to due process as guaranteed by Article 31 and 39 of the Constitution. The newly discovered clear evidence of innocence rule applies through a mere cursory inspection of what the defendant provided to the Court. It's unconscionable that the Court would refuse to inspect those documents, which were presented to the Court.

In order to qualify for a new trial, the petitioner must be able to prove two things in relation to innocence. He must prove that the evidence is "clear" evidence (akiraka na shoko) of innocence. Moreover, he also must prove that it was "newly discovered" evidence (aratani hatsuken shita shoko). The Supreme Court held in the Shiratori Case that newly discovered evidence could merely raise a doubt as to the prior guilty verdict, and the doubt must be weighed in the defendant's favor. In Shiratori a defendant only had to show that there existed a reasonable doubt as to the legitimacy of the guilty verdict.

V. Conclusion

This case has made the defendant indigent, yet the Supreme Court refused to translate documents prepared by the defendant for the Court to aid in a fair proceeding. The Court initially gave the defendant time to prepare documents after the court appointed attorney quit the case. Neither the attorney nor the Supreme Court gave the defendant notice the attorney quit. Further, the Court reassigned that same attorney who filed a deficient appeal without having once met with the defendant, or even notifying the defendant he had submitted the appeal. The Supreme Court statement gave notice to the defendant that what the attorney presented to the Court was deficient, and denied the defendant's appeal. This is a gross injustice, and a violation of due process.

The defendant demands these false charges to be dismissed, and for the Court to provide a remedy for redress of damages, which are extensive. If the Court will not dismiss the charges, the Court should provide the defendant an opportunity for a retrial, as the Court is now already in possession of a large amount of new evidence that proves the state's victims, Ogura, and Takeuchi filed false police reports to financially gain from their criminal conduct, and that the defendant is 100% not guilty, yet has suffered great harm as a result of both police, and prosecutor violations of procedures, Japan's Constitution, and international laws.

[redacted]

**From:** Tokyo, CCU
**Sent:** Monday, November 10, 2014 8:32 AM
**To:** U.S. Embassy Tokyo ACS
**Subject:** FW: Chiba Bar Association Committee on Human Rights Relief
**Attachments:** Japanese Text To Supreme Court

Dear SCS,

We are forwarding you two e-mails we received from Mr. S[redacted] over the weekend.

Thank you.
[redacted]
-----Original Message-----
From: J[redacted] S[redacted] [mailto:email@stackjones.com]
Sent: Saturday, November 08, 2014 7:32 PM
To: J[redacted] S[redacted]
Subject: Chiba Bar Association Committee on Human Rights Relief

11.8.14.

Notice:

The Human Rights Committee of the Chiba Bar Association, which I had never contacted sent notice today that they have decided to handle the human rights relief aspect of my case.

J[redacted] S[redacted]

[redacted]

**From:** J[redacted] S[redacted] <email@stackjones.com>
**Sent:** Sunday, November 09, 2014 7:44 AM
**To:** J[redacted] S[redacted]
**Subject:** Japanese Text To Supreme Court

Below is the Japanese text of what lawyer Okoshi provided to the court.

[redacted]

**From:** Gardner, Gregory N
**Sent:** Thursday, October 02, 2014 8:53 AM
**To:** Tokyo, CCU; [redacted]
**Cc:** Vasquez, Anne M; Freeman, Andrew R
**Subject:** RE: Photos and explanation of incidents No. 1

Recommend that we respond thanking Mr. S for the information updating us on this matter. Also recommend that we store his emails somewhere on the shared drive, and then all recipients delete them.

Privacy/PII
This email is UNCLASSIFIED.

**From:** Tokyo, CCU
**Sent:** Thursday, October 02, 2014 8:40 AM
**To:** [redacted]
**Cc:** Gardner, Gregory N; Vasquez, Anne M; Freeman, Andrew R
**Subject:** FW: Photos and explanation of incidents No. 1

Dear SCS,

We are forwarding you emails from Mr. S. Please handle.

Thank you.
-CCU/[redacted]

**From:** J S [mailto:email@stackjones.com]
**Sent:** Thursday, October 02, 2014 7:43 AM
**To:** J S
**Subject:** Photos and explanation of incidents No. 1

UPDATE. The attorney for the Supreme Court case, Okoshi has quit with less then two weeks left for the deadline for the appeal. To date, I had not met him one time, and his phone just rings, with no answering service whatsoever for the past several weeks he was appointed to the case. He had entirely been unable to be reached, and has refused to give an email address to contact him. Prior to quitting, he received the defense package, which was finally submitted to him by the lower court attorney, Kushida. I asked Okoshi if the defense package included any photos of the kick wound to my leg, received by the station employee Ogura, and which was taken at the Narashino Detention Center by the court interpreter Shoko Doi, who had taken the photo/photos with her cell phone through the interview window glass, on day 42 of detention, after police, prosecutors, and three pretrial judges refused to preserve the injury as evidence. This is important as the station employee Ogura, has always stated that he engaged in no physical assault, and had merely been the "victim." When Okoshi received that evidence package the photo/photos were missing. When we told Okoshi that the photographs existed, he was speechless. It was clear that

Kushida had intentionally gone into the defense package, and removed the photos before forwarding it to Okoshi. Okoshi asked why the defense counsel would intentionally omit crucial evidence that supported the defenses claim? So do I and my wife, the true victims of this pathetic excuse of a conviction for two counts of assault. We contacted Kushida, but he refuses to discuss this case, always stating that he is no longer my attorney. Further, I had not seen the lower courts decision until 9.27.14., nearly eight months after it was released. We had requested, and then demanded Kushida to submit that decision, but he never bothered to do it. We finally received it from Okoshi. I had not known that the station employee Takeuchi, admitted to assaulting me on Sept 12th, and somehow the judge found it justifiable, without giving any explanation as to why. Takeuchi admits to pushing me, and blocking my path as I tried to descend steps to the train platform. And with a severe leg injury, where he was pushing all of my weight, I was somehow just supposed to let this guy shove me around, and take no measures to prevent being shoved down two flights of steps

As if that wasn't bad enough, when the case went to the High Court, the attorney that represented me, Kato had only met me one time, for a mere ten minutes. At the trial he hadn't even seen much of the new evidence, which I had to hand to him as the judges walked into the courtroom. The HC immediately refused to look at the videotapes, and ANY new evidence in support of my case. Kato did not that he had seen the videotapes that no judge has bothered to look at, and clearly what I was charged with had not happened.

Another update is that I have obtained X-rays, and the medical report from the Usui orthopedic surgeon that I had seen prior to being detained. Those X-rays, and medical report show that my leg was not broken prior to detention. Further, I received the medical report from Tsudanuma General Hospital as well. I was hospitalized 8 times while at the Narashino Detention Center, injuries range from renal failure, a broken hand, internal bleeding, etc. The dates are exactly as I have them in my notes, which were kept in detail while being held in detention. Interesting, the two doctors that had X-rayed my broken leg, and cast it, left out the medical report any information about the broken leg. There was nothing in the report about the broken leg, because the doctor had taken the cast off on Dec. 18th, the evening before trial was to begin the morning of Dec. 19th. This cast removal was done under the guise of "replacing" it because the supervisor at the detention center didn't want me to go to court with black dirt all over the cast. That is the guise to get me to the hospital. At the hospital, the cast was removed, which was at least two months premature, as it had only been on for 4 weeks. It was removed on request of the supervisor, spoken through guard B, who escorted me to the hospital in chains, and handcuffs. There was an interpreter present so I know what the conversation was, and noted it in as much detail as possible in my notes. Once the doctor removed the cast, he refused to put another one on. I reminded him that he had said it was to remain on for at least 2-3 months. The other doctor said 3-5 months. Clearly, the cast was removed to hide the fact, from the lower court judge that the supervisor, and guard B, who were most responsible for breaking the leg were trying to cover up their crimes of using tortured to extract false confessions. Guard B would escort me into court on Dec. 19th, and hold the rope around my waist during the nigger lynching, oh, I mean "trial." In documents released under the FOIA, guard B is confronted by Leslie Glass, embassy consulate about his involvement in breaking my leg, he denied any involvement, but she noted twice in statements to her superiors that he was under the influence of alcohol, and that it was hard to miss. She asked if the driver had noticed it as well, and again, that it was hard to miss

Guard B had just returned from driving a transport van with detainees from the prosecutor's office. Guard B's job is transport vehicle driver to Chiba Prison, the prosecutor's office, and to the lower court. He was the driver on record when I went to court Dec. 19th as well.

The TGH medical report does mention that my right hand was also broken, which occurred through the use of controversial hand restraints, which are known to have caused numerous deaths. In the FOIA, the embassy sent a questionnaire to Narashino Chief of Police that first denied using torture, ropes, and restraints, but when he was made known that a detailed description had been sent, describing the room, devices, guards, and police involved he changed his statement saying they did in fact use those devices, on the area where my leg was broken, but denies being responsible for breaking the leg.

In less than 12 days, I have an appeal that must be submitted to the Supreme Court. I have no attorney!

Below is a sequence of photos and descriptions or events as they occurred. The files sizes were too large to forward in a single email.



Sept. 12th. The photo above shows where I was about to descend to board the train home after working, and while carrying my folding bike, which was to be used for commuting purposes.

At the top of these steps is where the train station employee, Yomei Takauchi assaulted me, by pushing me toward, and onto my bad right leg while I was carrying a folding bicycle. From this perspective, Takauchi would be on the top right where a woman in a white top is carrying a black bag on her left shoulder. When I tried to avoid his physical contact, he began pulling, and yanking my bike from my arms. This was causing me to fall down these steps. I used the bike as leverage to prevent him from pushing all of my weight, and the weight of the bicycle onto my bad right leg. The bicycle, is a Montague Paratrooper Pro folding bicycle, which weighs 38 lbs. It was brand new, and being used for the very first time, as he was attempting to violently rip the

bicycle from my arms. I had purchased the bike in the states, and had it shipped, noting that I would be using it to commute because of a serious leg injury.

Takauchi's continued assault resulted in the bike being slammed to the ground. At this point, I called out for police help. I shouted two time, "Keisetsu Onegaishmasu", very loud. I pushed the guy away from me, picked up my bike, and moved toward the wall (see photo below), put my back to the wall, and got in a position to defend myself as Takauchi continued to stalk me. His supervisor came, and immediately sent him away, and allowed me to board the train after apologizing to me. I went home, and sent an email to my boss describing the assault, as the evening before, a Wednesday night, where I had worked at her home, we discussed me using the bike for the first time to commute. (An aside, my wife took the above photo on 9.30.14. The guy in the photo with the cast on his arm is William, an Azalea teacher.)



The wall on the left is the wall that I put my bike against, and where I shouted for police help. That's where I remained until the supervisor came and sent the guy away. (This is at the top of the stairs) The stairs descended at the far right to the platform where I rode the train home.



Clearly falling down those steps would result in serious injury.













The above five photos are to make a showing that there are no cameras on the inside of the turnstiles.

**Dubois, Richard L**

| | |
|---|---|
| **From:** | Tokyo, CCU |
| **Sent:** | Monday, October 06, 2014 8:51 AM |
| **To:** | [redacted] |
| **Cc:** | Gardner, Gregory N; Vasquez, Anne M; Freeman, Andrew R |
| **Subject:** | FW: Narashino Detention Center Notebook 1A |
| **Attachments:** | Narashino Detention Center Notebook 1B |

Dear SCS,

CCU received these two e-mails from Mr. S. Would you please take a look and let us (CCU) know what to respond?

Thank you.
-CCU/[redacted]

**From:** J S [mailto:email@stackjones.com]
**Sent:** Monday, October 06, 2014 12:02 AM
**To:** J S
**Subject:** Narashino Detention Center Notebook 1A

The following .jpg files are from my first notebook while being detained at Narashino Detention Center.
Each .jpg file name is a number, which correlates to the page inside the notebook.
Some information is redacted because it is either not relevant, or includes private information of third parties.


Case
Campus
A 7mm×30行 40枚 ノ-4AN
KOKUYO

October 19th. Detained.
Nov. 8th. Broken leg, and indicted for petty assault.
Nov 25th. First meeting with lawyer Kushida. 38 days no counsel.
Dec. 2nd. Second indictment originating as a single "push."
When I wouldn't confess under conditions of extreme duress, the second charge was rewritten as numerous pushes, and numerous punches to the face and head, resulting in no injury.
Dec. 17th. Late evening, Kushida shows up with videotapes. I refuse to watch them, as I already knew what they would reveal.
Kushida, "You're not guilty. It's clear! You should fight this. It's your duty."
"My duty is to my family." "Have you ever won a case?"
Kushida, "No." I said, "Don't worry, nobody does." "If I fight, how much longer will I be here?" Kushida, "5-8 more months."
"And if I don't fight?" Kushida, "You'll be out before Jan. 1st. Maybe in time to see your child born."
"If I fight, my visa would expire, my finances drained, my child could possibly be half year old or older, and not know who I am, immigration would deport me for overstaying my visa through state sponsored child abduction, and you would lose the case anyway."
Dec. 18th. Cast prematurely removed from my leg under the guise of replacing it, so the lower court judge would not see me wheeled into the courtroom in a wheelchair, and ask questions about how my leg got broken in detention.
Dec. 19th. 62 days. First trial date. Judge asked me if I was guilty. I said, "I can't fight this. How can you fight a 99.9% conviction rate?"
Kushida never mentioned the torture to the judge, or even bothered to show the videotapes. The interpretation headset failed, and the first trial date was held over until January 23rd, the judge stood, and walked out, of the court, assuring that I would miss the birth of my son.
Dec. 20th. Transferred to Chiba Prison, and held in gulag conditions in solitary confinement without a shower, change of cloth, pen, or paper, book, etc. until Jan. 5th, Extreme frostbite set in.
Jan. 4th. My son would be born while I was on my fifth day of not eating, and being tortured with the instructions given to underlings by Cellblock C floor supervisor. Torture included the use of two pairs of metal handcuffs locked as tight as possible, behind my back, threatened with a shock rod, and pepper spray, having never once been combative.
Jan. 9th. I would learn of my son's birth while awaiting "punishment committee for refusing to use the number 2063 as my name. Punishment resulted in isolation chamber until Feb. 4th the day I was released.
As bad as it was for me, Koreans, Chinese, and African blacks were treated much more brutally.

Sept 12th
Oct.
S S M
(19) 20 21
26 27 28
Nov.
2 3 4
9 10 11
16 17 18
23 24
30
Dec.
1
7 8
14 15
21 22
28 29

Oct. 19th. Photos of kick wound intentionally not recorded by police.
Oct. 20th. Prosecutor Kume, "You're not in America." Refused counsel, or phone calls to seven month pregnant fiance.
Oct. 22nd. 5 days no eating. Taken to hospital in ambulance. Doctor, "5-7 days total kidney failure. Severe dehydration." Returned to Narashino and interrogated by police, and then taken to prosecutors to be interrogated.
Oct. 25th. Ambulance, emergency rush to hospital, severe bronchitus. Asked for kidney check, denied.
Oct. 26th. Warrant for barbaric blood extraction.
Oct. 29th. Taken to prosecutor's office in a near comotose state. Interrogated relentlessly as numerousl false confessiosn were placed before me to sign. I asked for water, and was told no by prosecutor Kume. I refused to answer any questions, and sought to be returned to Narashino, and end the interrogation. It was denied. Confession documents continued to be produced.
Nov. 6th. Kidney meeting with Narashino Detention Center supervisor with interpreter. Learned he had renal failure and took kidney medication. I asked him what woud happen if he didn't have any medication? He said he would lose his kidneys. The supervisor wasn't interested in my medical condition, he somehow knew that I was on a Miami Vice TV show episode, and kept asking me about the show.
Nov. 8th. Indicted, and tortured by guards on a 28 hour, non-stop workshift. No investigation into this matter by the prosecutor when it was brought to their attention.
Nov. 12th. In house physician arrived. Before being brought to him for inspection, I was told by the supervisor, and Guard B not to discuss my broken leg with the doctor. I showed it to him anyway, and I was immediately diagnosed with a broken foot. The doctor stated that my leg was not broken during his last visit, two weeks earlier, and asked the supervisor how it happened. The supervisor just lowered his head, and gave no response. The doctor ordered me to be taken to TGH to have it X-rayed, and case. Once the doctor left, tne supervisor refused to have me taken to the hospital.

Nov.

(constantly followed [illegible])

11.12 - 14 No food

11.13 Tsudanuma General Hosp. / broken foot 5

cast / 6 days untreated

New charge "posing" Sept. 12th.

Miyuki's last day @ work

11.15 finger printed second time

(processed) Okamoto attorney / gave notebook

(11. 8 - 18) constant request to mail statement

to Embassy regarding torture / denied

11.20 (2nd charge) 45 page statement Told us stamps / envelopes

11.21 Kume comes to Narashino. "Push"

(court date set) Leslie U.S. Embassy book

but denies attorney told, "You're good

at writing to Embassy, ask Embassy for attorney"

11.22 Miyuki visit / sister's home - Yashiwa

50,000 ¥

court date Dec. 19th (received 11.22)

11.24 Shirley shampoo

11.25 Kishida - 1st attorney visit (38 days)

11.26 Dr. 3rd in house visit

11.27 Tsudanuma General 2nd broken foot visit.

to kidney check.

One month longer cast

11.28 Notified Kishida 11.30 Kume appt.

11.29 Given wrong medicine by exhausted guard

Kume - no representation, refused to talk, but

interrogated anyway, docs prepared to sign / [illegible]

then said that a court appointed attorney

cannot be present @ interrogation?

[illegible] tough [illegible] not [illegible]

[illegible] speaking only Japanese now.

Nov.

11.29 C.S.

12.1 R.c.R

12.2 3rd

12.4 Note

12.5

12.6

12.8.7

12.8.8

12.8.9

12.8.10

12.8.10 D. visit. 2-3 months no walking. (bike [illegible])
sleeping pills. [illegible] "[illegible]" [illegible] dose.
12.8.11 Gives [illegible] back. Sent letter (AMC) to
embassy seeking notary stamp. 1st
Told Kushida will come 3/12. sleeping pill.
12.8.12 Kushida [illegible] [illegible] [illegible] [illegible]
[illegible] [illegible] [illegible] [illegible] [illegible] behind
[illegible] [illegible].
Great fear every time a key [illegible],
a door [illegible] the phone rings, the door
[illegible] words, Psychological deterioration.
Kushida [illegible] [illegible] [illegible]
No [illegible] [illegible] "[illegible]".
Gave Kushida list of appeals. (Supreme court)
Chea [illegible] plea from - 3 months.
No fight - 1-2 [illegible] weeks for [illegible],
[illegible], [illegible] sentence.
Kushida - [illegible] above to [illegible] on outcome,
Plea to [illegible] [illegible] [illegible] [illegible] [illegible]
[illegible], [illegible] [illegible] [illegible].
J [illegible], [illegible] [illegible] [illegible] [illegible] [illegible]
(*) Mail [illegible] friday to prison rights groups
Kushida, [illegible] [illegible] [illegible] held until 8.7
8.6 → 8.9. [illegible] [illegible] [illegible] [illegible]
any letter.)
(bad [illegible] / [illegible] [illegible] song) 12.8.13 [illegible] visit [illegible] [illegible], [illegible] [illegible],
[illegible] [illegible] [illegible] [illegible] [illegible] to [illegible],
[illegible] argument (5) [illegible] passport, [illegible], [illegible].
12.8.14 [illegible] kicked to the curb.
12.8.15 More blood. Refused to take shower with
others.

12.8.16 Ka[illegible]
Update: [illegible]
12.8.17 [illegible]
12.18 [illegible]

The following are points outlined by defense attorney Kushida that I was told I must say in court, if I didn't want to go to prison.

1. Apologize to "victim."
2. Write letter of apology to prosecutor.
3. Show remorse, by making a statement prepared by Kushida that discussed victim's "perspective."
4. Promise to learn Japanese better, and blame my poor communication skill as the cause for the incident.
5. In anxiety situation remember heijoshin to shin ko kyu.

Note: This same information would be written for me to speak in Japanese at the final court hearing by Chiba Prison Cellblock C Floor Manager, Mr. S. (He is a 34 year Kendo sensei) who fought with his supervisor on my behalf, and protected me as much as possible. He came to the isolation cell, and promised to do all he could to get me out of there. He argued against his superiors about using torture, and injuring me, saying it was uneccessary, and all their actions were making matters worse. Mr. S would be the one who came to me and told me that my son was born, and constantly fought with his racist supervisor on my behalf, and never upheld any of their ridiculous punishment regimes. He brought me extra warm clothing, and always came to me to say good night at the end of his shift. When he was to be off on the weekends, he would come warn me to not get into any altercations with the guards. He said, "If I was in an American prison, I would act the same as you. Mostsly, Mr. S said, "I belived you, that you are innocent. You are just unlucky, and I'm so sorry for this."



Further I've been asking for the station videos from day 1!! An attorney would have received them / demanded them. The video has been intentionally withheld from trial why? It proves 100% filing of a false police report, and staging a fabricated tale to have me convicted of a crime that did not occur. Further-still, At each interrogation I demanded the release of to the videos. Blame I shut up about the videos. Police supervisor - well, videos dont show everything. "Let the judge decide - like they would. They would prove my Innocence 100%, and that I'm a victim of assault

don't speak to anybody omit

As a result from making a duress plea, which is recognized by the international world court. Because I cannot have a fair trial. I'm being financially destroyed being detained, as bills still have to be paid, and my wife who cannot work will give birth this week. It's unconscionable that I'm being held under these conditions, my human rights have been grossly violated, I've been tortured, subjected to great bodily harm - my leg broken while in custody, and when my fundamental rights to liberty and property were hugely crushed where my blood was taken in an incompetent and

Q & A

Do you ha

No

why?

Because

produced s

prison

my police

in fact

you

I was p

sign of

During the

on my

police h

to record

I demanded

2019 Sa

was

interbo

right to

If they

So, den

attorney.

during

to Shut

photo and camera

NO DISCERNIBLE CLASSIFICATION

**Dubois, Richard L**

**From:** J[redacted] S[redacted] <email@stackjones.com>
**Sent:** Monday, October 06, 2014 12:09 AM
**To:** J[redacted] S[redacted]
**Subject:** Narashino Detention Center Notebook 1B

(*) Why are the KT videos not being released? Because they prove def. is the victim of assault, and releasing those videos would result in civil liability to the KT company, especially now that the proximate cause of def's incarceration is a direct result of the filing of a false police report, and where the court is using that false information, backed by no material facts at trial, especially where real evidence has intentionally been withheld at trial.

(*) Tokyo's chief public prosecutor is on record for saying foreigners have no human rights in Japan. Looking at this case that reprehensible statement must be true.

(*) Holding me for false charges has kept me from bonding with my unborn child.

(*) • where the "victim" ran after the def. to assault him, he should expect that [illegible] would possibly be injured. Here, the

History < leg (foot) & knee surgery / shoulder (capitava note cortsone) Law school.

## Medical

5 days no food.

10.19 Detained

10.22 Hospital unconscious | Kidneys (3-7) severe dehydration

10.26 Ambulance. Respiratory failure | bronchitis
upon return - immediately interrogated. Refused
to answer ques. | grilled anyway with docs
(10) being produced. Request attorney non-responsive.

10.27 Kume - interrogated refused to be questioned,
not in physical condition - interrogated anyway.
documents produced, severe hydration requested
water, told no. Told guard to take me out
of Kume's office, refused | unable to answer
questions due to obvious poor health, refused
request, interrogation & docs produced anyway

11.8 tortured, leg broken. Refused hospital.

11.12 On broken leg. Again despite dr. order to be
taken to orthopedic surgeon. Waived.

11.13 Screaming at window @ police station for help.
they | broken foot - brand NEW BREAK.
(upon return served with and charges).

11.8 - 11.22 Refused contact with embassy to report
torture, abuse of power, cruel & unusual
punishment.

12.19 No follow up ever regarding kidney damage.
(Been bleeding from bottom more than
6 weeks - witnessed by guards (3A).

Untreated 6 days?

Dr. prescribed sports drinks, wave sling, super water served.

Attorney denied. Told ask your Embassy. Foreign attorney.

Can't wait any crowing.

All well documented, and recorded on video.
(A) showed it to Kume 2 times who did nothing.
42 days who an investigation, even
where the 3rd judge was told about it.

- broken leg no investigation 42 days why?

Facts cont'd

- Nov 8th indicted. Tortured (28 hrs) broken leg.
  Refused medical 6 days. fear loss of foot.
  crawling 6 days.
- Nov. 13th Inhouse Dr. broken leg. orthopedic required.
- Nov 13th Screaming for help. Finally taken to dr.
  - Charged "push". Result of cooperating with DA investigator.

(*) Injury – 38 days no consul. Requires appointment.
Nov. 8–22nd refused contact with embassy to report torture.

(*) Indicted and charge – push, pushing to punch in face
Asked for attorney told – you're good at contacting your embassy. Ask them for an attorney

- 43 days – photo of injury taken by lawyer cell phone through window [illegible]

A. Incompetent? No corrupt because failure to record was intentional, it didn't fit the fabricated / staged compl when there exists no evidence to pass beyond reasonable doubt standard. A very high threshold.
B. Consequence – present an adequate defense.
– lose a fair trial
C. Duress plea: Child, financial hardship
No speedy trial violates const.
D. [illegible] Bond – no hearing fundamental right to life, liberty, property
E. No notice of [illegible], [illegible] employer

Facts

1.) Hotel ride
went [illegible]
– ne[illegible]
(walked [illegible]
for off [illegible]
– had [illegible]
kick[illegible]
– punc[illegible]
1st floor
monkey
showed
2. determine[illegible]
phe[illegible]
(1st doc) – [illegible]
int[illegible]

Die[illegible]
wi[illegible]
Re[illegible]

4. Kim[illegible]
gus[illegible]
does [illegible]
this [illegible]
5. [illegible]
be[illegible]

NO DISCERNIBLE CLASSIFICATION

A quote from the Correction Bureau ministry of Justice, Penal Institutions in Japan.

"It is often said that how offenders are treated is a reflection of the state's socio-cultural condition. The legal proceedings effect upon the society, and culture of that country. The treatment and administration of offenders supports the values and views on punishment of its citizens."

Speedy Trial

Qualifications
1st offense
misdemeanor charges
plead guilty
trial / sentencing same day

62 days – 1st trial date
38 " no remedy

Speedy?
Special circumstances – 7 month pregnant w/
– financial hardship
– detention [illegible]

stressful

Moral [illegible]

I have a [illegible]
and a [illegible]
support [illegible]
to pay [illegible]
expenses [illegible]
pay utility
electric

Redacted

"I must [illegible]
regardless [illegible]

Redacted.

Speedy trials determined by the prosecutor? Only if the defendant plaads guilty?
This violates Article 37 of Japan's Constitution, which reads "In ALL criminal cases the accused shall have a right to a speedy and public trialby an impartial tribunal.
1. 109 days in detention for petty asssault, even if guilty violates this clause
2. Further, the Constitution decides the conditions for a speedytrial. ALLcriminal cases, not only cases the prosecutor decides have merit, based on a plaa of guilt.
3. Japan has a 99.9% conviction rate. It can hardly be said that these convictions are determined by an impartial tribunal.
4. Article 98 of the Supremacy Clause. This constitution shall be the supreme law of the nation and no law, or act of government, contrary to these provisions, shall have legal force or validity.

5. Negligent / reckless use of device banned in all civilized nation resulting in great bodily injury
should guards on 28 hour shifts be using such devices where this level of fatigue raises competency issues
should guards working 28 hour shifts often over time, be driving / transporting def. to / from court / prosecutor?
A. Here a device was used on def. where guards were already aware that def had a serious leg injury
B. That device was used on def's seriously damaged leg, resulting
C. in a broken bone. (new broken bone)

(Raises highway safety issues)

(That guards giving wrong medication)

6. Human rights violations
A. Torture resulting in great bodily injury 6 days untreated
B. Possible kidney failure / irreparable damage reported 5-7 days after def saw doctor. Dr report serious dehydration resulting in kidney damage. Def. requested on numerous occasions, and had interview with supervisor (who has kidney / [illegible] damage). No follow up
No follow up visit to hospital
C. Police have responsibility to assure patient / def. health is not jeopardized while being detained.

Appeals Is[...]

2. Right t[...]
E. Can [...]
whe[...]
been[...]
3. Def sh[...]
relative[...]
being [...]
A. Victi[...]
B. Here [...]
did [...]
7 da[...]
The [...]
Jap[...]
be [...]
C. De[...]
re[...]
D. He[...]
w[...]
a[...]
4. 38 d[...]
def [...]
whic[...]
exp[...]
re[...]
A. [...]
B. [...]
C. [...]

Narashino Schedule

5 bright lights | wake
clean cell, brush teeth | face wash
~ clean body - ignored daily
8 BF
9 Exercise / pen
12 L | loud music
6 D
8 wash face | brush teeth
9 Bed - hawked all night
showers S/Tr 20 minutes
shaving Electric razor | 3x week

Prison food surplus fukushima 15-20% edible
spinach, seaweed - radiation
tuna / fish daily - mercury poisoning
white bread | white rice dioxin | arsenic
plastic cups leech benzene

Documents

on the day of arrest, the first document presented to me stated, "injury". This required an attorney being assigned due to the 30 day - 15 year prison requirement. Both me & Kimo refused to acknowledge the request. Oct. 19th - Nov. 8th indictment no attorney 38 days passed before 1st attorney meeting, only after U.S. Embassy contacted the court in protest, treatment of torture, constitutional issues, and human rights violations

Interpreter Georgia V. | serious eye (R) twitch
witness to numerous demands for photo
of injury, and abuse of power.

Bag Content
Two shirts
towel
medical device | pain killers
notebook | pen
car keys
belt
cell phone | ear plugs
eye glasses | case
lunch - 2 tangerines, pear, soy milk
wallet | coins

Narashino to[illegible]
1.) tortu[illegible]
2.) other[illegible]
3.) numer[illegible]

Narashino w[illegible]
1.) leg[illegible]
2.) whil[illegible]
of me. [illegible]
becau[illegible]
them [illegible]
[illegible]
refused[illegible]
"He's [illegible]
will [illegible]

Video tape [illegible]
- tortu[illegible]
- stair[illegible]
- othe[illegible]

Every detai[illegible]
why? This [illegible]
they all kno[illegible]
why?
I don't know[illegible]
regulation[illegible]

NO DISCERNIBLE CLASSIFICATION

## Dubois, Richard L

| | |
|---|---|
| **From:** | Tokyo, CCU |
| **Sent:** | Wednesday, October 08, 2014 8:26 AM |
| **To:** | [redacted] |
| **Cc:** | Gardner, Gregory N; Vasquez, Anne M; Freeman, Andrew R |
| **Subject:** | FW: Nakamura Document 1 |
| **Attachments:** | Narashino Notebook 1C; Narashino Notebook 1A; Nakamura Document 3; Nakamura Document 2; Narashino Notebook 1B; Narashino Notebook 1D |

Dear SCS,

We received seven e-mails from Mr. S[redacted] this morning. Would you please look at them and advise us (CCU) what to respond ?

Thank you.
-CCU/[redacted]

**From:** J[redacted] S[redacted] [mailto:email@stackjones.com]
**Sent:** Wednesday, October 08, 2014 3:59 AM
**To:** J[redacted] S[redacted]
**Subject:** Nakamura Document 1

The following is a communication sent to me by former Tokyo Public Prosecutor Nakamura's associate Okamoto. I chose Nakamura because he was a public prosecutor for 12 years, had the same scholarship, and was the only attorney on the list that spoke English. This document shows that on November 15th, 2013 I had delivered to Okamoto a booklet, and sought its return upon release. November 15th was also my fiance's last day at work, and in five days she would have to vacate her company housing, eight months pregnant. With no one to help her move her property. The police, and prosecution were well aware of these facts.

As of November 15th, 2013, I had yet to see any attorney, and my leg had already been broken on November 8th, 2013. The Narashino police chief, and detention center supervisor were already in cover up mode, denying everything that occurred, and since November 9th, 2013 refused to mail a detailed statement of the illegal use of torture to the U.S. Embassy. That document would eventually get to the U.S. Embassy when consulate Leslie Glass came to Narashino on a scheduled visit, which took place on November 22nd, 2013. When she had seen my broken leg, and the physical condition that I was in, she refused to leave until the Narashino supervisor turned over that statement. Under the U.S. Freedom Of Information Act, I had that document forwarded to me by the U.S. Department of State. What is in that document is exactly the same information that is in the document sent to Nakamura, the Japan Federation Bar Association, Prisoner's Rights Group, etc. Embassy documents released under the FOIA show the Narashino chief of police first denying the use of torture, example tying up my legs, and knees with thick nylon rope, and using restraining devices on my wrists, which resulted in a broken finger on my right hand. When they learned I had described the room, the guards, many by number, the camera used to videotape the torture, and the manual they relied upon, the chief of police had no choice but to admit they did all that I said, but denied it resulted in a broken leg. Instead, he suggests that I kicked the floor. When I was transferred to Chiba Prison, the Narashino police included false information in their report to Chiba Prison. That report said that I had kicked the floor causing my leg to be broken, and as a result I was detained in the "imbalanced" section of Chiba Prison on Cellblock C. They considered me imbalanced because I refused to cooperate with the police, or prosecutors, refused to confess, and sign false statements they failed in numerous attempts to coerce out of me, and used the broken leg ruse as a means to inflict as much psychological, emotional, and physical harm at Chiba Prison as possible.

Failing to contact an embassy when someone who is a citizen of that nation is a direct violation of UN treaties regarding the treatment of prisoners that Japan has ratified.

By November 15th, 2013, I had already been hospitalized four times as a result of the use or torture, resulting in numerous injuries. As of this writing, I am now in possession of Tsudanuma General Hospital's medical records that show the eight dates that I was hospitalized as a result of police brutality, and abuse of authority. Those records show treatment received, prescriptions, and medical devices. The medical report include a casting for a broken leg, and the X-Rays that revealed this to be fact.

I originally contacted Nakamura after receiving a list of attorneys, which was mailed to me by the U.S. Embassy. I chose to contact Nakamura because he had the same scholarship in law school that I had, and because he was a former prosecutor in Japan. I had already published articles regarding the use of torture to gain false confession statements, and the refusal to immediately appoint counsel, which violates Articles 34, 37, and 38 of Japan's Constitution. I thought that because Nakamura, and I had the same scholarship, he would at the very least send an associate to meet with me. He did.

When Mr. Okamoto arrived at Narashino detention center, he saw me unable to walk into the interview room. He noted that I was wearing a cast, and I told him that my leg was broken by Narashino police, and guards. Okamoto spoke near perfect English.

Before meeting with Okamoto, I had prepared for Nakamura a 66 page statement of facts regarding the case, and a detailed description of police, and prosecutor malfeasance, corruption, and gross abuse of power. I told Mr. Okamoto that I was giving him this document to hold until I was released, and I would write to them and request it to be sent back to me, and that I was giving it to him as evidence that what I was stating was accurate, as at that time no videotapes had yet to have been seen by me, as I had not been appointed legal counsel yet. Okamoto was shocked at what I was telling him, and could not believe that I had not yet seen an attorney. He said it was illegal. This interview took place on the 28th day of my incarceration. I would not see the court appointed attorney, Kushida until day the 38th day, a full 15 days after being indicted. I would not see the videotapes until day 60, late in the evening, a mere 1.5 days before the first trial date. That was December 17th, 2013. The next day the Narashino guard who was most responsible for the use of torture resulting in a broken leg, took me to the Tsudanuma General Hospital to have my cast removed under the guise of having it replaced for trial. Once the cast was removed, this guard, Guard B, told the doctor not to replace the cast because they did not want the trial judge to see me wheeled into court with a broken leg, and inquire into how it had occurred. Since we were using an interpreter, I told that doctor, an orthopedic surgeon that the doctor who made frequent visits to Narashino detention center, and had also worked at Tsudanuma General Hospital, and who had discovered the broken leg on Nov. 12th, said the cast was to be on the leg for 2-3 months, and had only been on one month. I also told him that he himself said that that cast was to remain on the leg for a minimum of 2-3 months. Regardless, the doctor refused to put a new cast on my leg, and I was wheeled out of the hospital, and returned to the detention center. The next morning I was forced in handcuffs, with a rope around my waist to limp into the courtroom, before the judge entered the chamber. Defendants are supposed to stand behind a podium in court. I had to sit in a chair at each proceeding as a result of being unable to stand. The judge was aware of this, yet never asked any questions. Of course before entering court I was told once again to not discuss my broken leg. Attorney Kushida told me that if I discussed my broken leg with the judge, I could be detained several more months as the court determined whether I had been tortured or not. In disbelief, I asked Kushida if the court would really hold me in prison for several more months to determine if the police had engaged in criminal activity? He said yes, it happens frequently.

On July 12th, 2014, and September 27th, 2014 my wife contacted Chiba Prosecutors Office by phone demanding the release of all evidence in their possession to be used to prepare for High Court hearing, and subsequently Supreme Court hearings. Each request was denied because they said that they didn't want me going to the media with it. Criminal Code 281 (4) requires a prosecutor to turn over all evidence in their possession in preparation of a defense. I said to them, "If you hadn't done anything wrong, and had nothing to hide, then why do you fear me going to the media with the tapes?" Their response was that they don't want me going to the media with that information. Of course, anybody can discern why the prosecutors are afraid of the media viewing the videotapes, that show they not only brought false charges, but planted evidence. It really is that clear.

The following pages are excerpts from the Nakamura document.

NO DISCERNIBLE CLASSIFICATION



NO DISCERNIBLE CLASSIFICATION

中村国際刑事法律事務所

[illegible]

Feb 13, 2014

Mr. J[redacted]

[redacted]

Dear Mr. J[redacted]

Thank you for sending us a mail.
Here is your document you gave me at the [illegible] Police Station.

Please e-mail me if you receive it.

Sincerely yours,

NAKAMURA INTERNATIONAL CRIMINAL DEFENSE
Hiroaki Okamoto, Esq. *Hiroaki Okamoto*

Enclosures

[illegible]

TEL [illegible] FAX [illegible]

NO DISCERNIBLE CLASSIFICATION



J[redacted] S[redacted] [redacted]

I graduated from the University of La Verne School of law (ABA accredited law school) in January 2007. I have degrees in Music, Film Production (Communications) Engineering and a JD (Juris Doctor) in Law. I also have a California (Finance/real estate) Brokers license.

I moved to Japan in May of 2007. Prior to law school, I was a writer for Tsuburaya Productions, (Showa Productions), and worked with Japanese filmmaker, Junichi Mimura. Also, on file at the Nagoya Immigration Bureau is a 5 year contract where I currently am the agent/ representative for numerous United Nations

NO DISCERNIBLE CLASSIFICATION

diplomats and delegates, as well as many former U.S presidente, vice presidents and other dignitaries including Nobel Prize winners, Jimmy Carter and Al Gore, among many others. (These refer to Japan exclusively)

When I moved to Japan in May of 2007, I took a teaching job, and lived in Shizuoka. Because I was being cheated of my salary, I relocated to Fukui. The Shizuoka Labor Bureau ordered the Shizuoka employer to pay 540,000 ¥ they owed me.

In Fukui, after working more than 60 days, I was once again cheated out of my salary, and paid only 80,000 ¥.

**NO DISCERNIBLE CLASSIFICATION**

I relocated once again to Yamagata/Sendai. The 3rd company began cheating me out of my salary, so I decided to open my own International School, with a Japanese/Pakastani couple that owned a building. We spent 1.5 years remodeling, and spending a great amount of money. The 3.11.11. disaster came, the business destroyed, regional economy destroyed, so I had to relocate.

During Japan's 3.11.11. disaster I did writing, and photography for MSNBC, ABC, PBS and NHK. I appeared twice on MSNBC news show with Brian Williams (I'm his representative in Japan). During these broadcasts, I urged Americans to donate to Japan's disaster relief aid.

[redacted]

NO DISCERNIBLE CLASSIFICATION

[redacted]

While living in Yamagata, I met M S
She worked at my gym, and was a university
student, and from Yonezawa. She has been my
girlfriend for more than 6 years.

After 3.11.11, I relocated to Moriya City, Ibaraki
[redacted] Miyuki got pregnant. It was not an
accident, we were trying to have a baby. The
baby miscarried. We learned I was living in a
town that had high levels of radiation fallout.
M got pregnant again, [redacted] was cheating

NO DISCERNIBLE CLASSIFICATION

me out of my salary, so I decided to move to Chiba when Hitomi Katsuyama, owner of Azalea Language School offered me a job. Katsuyama-san owns 4 schools, operated them for 25 years, had a good reputation, and is also a University professor at two universities. I quickly became her #1 teacher, and was hired as a manager. I rent her mother's home in Ojidai, which is one of Chiba's best neighborhoods.

Currently, Miyuki [redacted] is 8 months pregnant. She must leave her company apartment Nov. 20th. Her last day at work is Nov. 15th. She lives in a company apartment, and must leave Nov. 20th. I was supposed to rent a van and move her. Clearly, a woman 8 months pregnant cannot

NO DISCERNIBLE CLASSIFICATION

move herself. M[redacted] was to move into my Chiba home, and Ili fam. Katsuyama has already agreed to that. There is nobody that can move her, but I. She has no friends in Chiba, as she has never lived there, and I have only been there 6 months. We were already planning marriage before this trouble began.

During my first two weeks working for Azalea Language School, my trainer was Tim Havgoll. I was replacing him, and he was going back to New Zealand. I asked him why he was leaving. He told me he had been assaulted numerous times, naming incidents on the keisei Line. I understood, because my latest physical assault occured in Nagano, while I was

NO DISCERNIBLE CLASSIFICATION

on a writing/ photography assignment for the Tokyo
Weekender magazine, shooting photos for a
tourist articles about Japan's Snow Monkeys. The
assault occured when a bus driver attacked
me, unprovoked, and witnessed by many. My
injuries were very serious, I never even
attempted to defend myself, as I was carrying
brand new Expensive Nikon Photography equipment.
The police, as usual when a foreigner is
attacked did nothing. The company offered me
50,000 ¥, and wrote to me they would fire him.
I accepted the 50,000 ¥ ONLY IF they would
not fire him, allowed him to keep his job,
and he, not the company, paid the 50,000 ¥.
The company made this offer to avoid bad publicity
in the press. It must be noted that all of the

NO DISCERNIBLE CLASSIFICATION

bus company employees, and ticketing staff agreed with my version of events.

The bus attack was not the first event, nor the last. Beside every company that I have worked for having intentionally stolen salary money, I have been assaulted on numerous occasions. I've traveled to many nations, and I have never seen so much violent racism, and hate speech.

I have been refused service at restaurants only because I was not Japanese. I have been refused service at gas stations because I am not Japanese. At one Ibaraki station, after paying for a car wash, and paying 3000 ¥ for gas, I was told to leave. I ignored the man, and kept pumping the

NO DISCERNIBLE CLASSIFICATION

gas that I had already paid for. The man entered the station, and returned with 2 metal pipes, each the size of 3 Japanese Samurai swords. He smashed the large pipe on a tool box damaging it badly, and repeated "come on", while waving the pipes at me. I ignored him, finished getting my gas, and then took his photo, his car photo, the station photo, and sent it to his boss. This time the man was fired for damaging company property. The police, did nothing.

In Yamagata I purchased a car from a dealer. I paid cash, and went with the dealer to register my hanko (inkan) with the city, pay for shaken, and pay for title transfer. All documents were in Japanese. The dealer put the title in his name, and then later stole the car. I went to Yamagata police. They did

NO DISCERNIBLE CLASSIFICATION

nothing. I wrote a 32 page legal document, translated into Japanese, and brought it to the Yamagata public plosecuter, ncluding receipts, etc. They did nothing.

One time while doing ocean photography in Katsuura, for an article on Japan's beaches I was told to leave "Japan only." This was a very ~~fr~~ frightening event.

My first night in Ojida: I was taking out my trash, on the proper day, and the proper trash bag color. After I put the bag in the proper place, a man appeared, and pushed me. He wanted me to remove my trash. Gaijin, gomi, ja nai, were the only words I understood. I said, "Don't touch." He touched me then hard, 3 more times saying, "Touch!",

NO DISCERNIBLE CLASSIFICATION

"Touch", "Touch" I took my garbage to the next street, and placed it in an apartment trash pile.

There are numerous other events but I will conclude with M[redacted] family refusing to allow my name to be mentioned in their home for 6 years. When M[redacted] was pregnant for the 1st time, her father kicked her out of the family. Her mother said "that gaijin child will have a terrible life." M[redacted] went into shock, and she miscarried immediately.

During all of these unconscionable, and hateful events where I was the exclusive target, have I never responded with violence. The racist hate I have endured, the assaults, the fear, eventually lead to the death of my first child.