NO DISCERNIBLE CLASSIFICATION

On Oct. 4th, I quit working for Azalea. I notified M[redacted] that I could not go to Keisei Tsudanuma ever again, because I had been targeted, and mobbed by a group of train staff. She was already aware of this because I had been telling her about these attacks, which included assault. I had also been notifying my employer Ichiban Katsuyama as well. Nothing was being done, and it was escalating.

In September, I was hit by a car walking across the street, and on my way to work. My right leg was badly damaged. I had the right of way at the cross walk. M[redacted] has witnessed herself that Japanese will not stop when I am crossing the street. It's like a foreigner is invisible.

NO DISCERNIBLE CLASSIFICATION

My leg was so badly damaged that I could not walk to work, but with a child coming, I had to go to work, regardless of the injury. So, I purchased an expensive folding bike to commute with, so I didn't have to walk these long distances each day. the bike cost 1600.00 USD, shipped to Japan.

The only time I ever rode the bike was on a Thursday. I left Usui station after passing by the ticket window, with the bike, with no issues. I made eye contact with the worker. There was clearly no issue. Returning home that night after working, I entered Tsudanuma keisei station, paid my ticket, and walked toward the track. I was stopped from behind,

pulled, and pushed I knew I was doing nothing wrong, and that this was one of the train workers who was causing trouble with me at the station. I immediately shouted, "keisatsu one gaishimasu." I shouted this two times. My new bike, only the first time used fell to the ground. I felt fear, and was being assaulted. This workers supervisor came, and sent him away. The supervisor immediately allowed me to pass. As the worker was walking away, two Azalea students, people I do not know, witnessed these events, and heard the worker saying race hate speech. They reported this to Hitomi Katsuyama. To prevent any more trouble I never rode my bike to work in fact, I have never ridden it again

NO DISCERNIBLE CLASSIFICATION

I had reported numerous events at the station to Hitomi Katayama, and M [redacted] I must pass through that station at least 6 times a week. When those men, that small group are not present, there is no issue. After the bike incident, the provocations continued, even getting worse. Of course, when I called for the police, they did nothing. Facing each provocation, I have not responded.

[illegible]

[X]

H. Tadanuma

[ ]

[ ]

[illegible]

Bike purpose: This walk is too far with a bad leg

Hitom. Katsuyama | Azalea Language School is the largest advertiser at Keise. Tsudanuma. Her large sign is right next to the Keisei Tsudanuma ticket window. They know that is my employer. why do they treat her, a client with such great disrespect? She advertises at many Keisei train stations. Further, I am a paying customer, and Ms. Katsuyama pays at least 100,000 ¥ each month to Keisei Tsudanuma. for traveling fees of teachers. why has all of this been allowed to go on, and escalate to this level? And as usual, the foreigner is the guilty person

NO DISCERNIBLE CLASSIFICATION

October 19th

I left home at 8:55 a.m., and walked to Keisei Usui Station. I attempted to purchase a 310¥ ticket, to go to work at Azaleen's JRJ school, but the machine malfunctioned. I hit the 310 button several times, but it didn't work then I hit 360, and got a ticket for 360¥. I thought to fix this company error at Keise Tsudanuma.

I arrived at Keisei Tsudanuma, and went to the window, and tried to explain what happened. Before I could finish, I was told to "get out." I tried to explain again. I was told even more rudely, "Your mistake, get out." I tried a 3rd time, I was spoken to more rudely. I turned to my left, and spit

NO DISCERNIBLE CLASSIFICATION

**Dubois, Richard L**

| | |
|---|---|
| **From:** | J[redacted] S[redacted] <email@stackjones.com> |
| **Sent:** | Wednesday, October 08, 2014 4:16 AM |
| **To:** | J[redacted] S[redacted] |
| **Subject:** | Narashino Notebook 1C |

History < leg (foot) knee surgery
shoulder (akihara note cert sore)
Law school.

Medical

5 days no food.

dr. prescribed spats brake nove shing supervisor denied.

10.14 Detained
10.22 Hospital unconscious / kidneys (3-7) severe dehydration
10.26 Ambulance. Respiratory failure / bronchitus
upon return - immediately interrogated. Refused
to answer ques. / grilled anyway with docs
(11) being produced. Request attorney non-responsive.
10.27 Kume - interrogated refused to be questioned,
not in physical condition - interrogated anyway.
documents produced, severe hydration requested
water, told no. Told guard to take me out
of Kume's office, refused / unable to answer
questions due to obvious poor health, refused
request, interrogation & docs produced anyway.

untreated 6 days

11.8 tortured, leg broken. Refused hospital.
11.12 Arm broken leg. Again despite dr. order to be
taken to orthopedic surgeon. Denied.
11.18 Screaming out window @ police station for help.
(my) broken foot - brand NEW BREAK.
(upon return - severe cert. and charges).

Attorney denied. Told ask. yet. Embassy denies attorney.

can't wait, any clients.

11.8 - 11.27 Refused contact with embassy to report
torture, abuse of power, cruel & unusual
punishment.

12.15 No follow up care regarding kidney damage.
; Been bleeding from bottom more than
6 weeks - witnessed by guards (3+).

All well documented, and recorded on video.
(A) showed it to Kume 2 times who did nothing.
42 days w/o an investigation, even
where the 3rd judge was told about it.
→ The "push" 6 weeks before arrest.

broken leg no investigation 42 days. Why?

Facts cont'd

- Nov. 8th indicted. Tortured (28 hrs) broken leg. Refused medical 6 days [illegible] loss of food. Crawling 6 days.
- Nov. 13th Lahore Dr. broken leg orthopedic [illegible]
- Nov. 13th Screaming for help. Finally taken to dr.
- " " Charged "push". Result of cooperating with DA investigator.

(8) Injury – 38 days to [illegible] Requires appointment. Nov. 8 – 22nd refused contact with embassy to report torture.

(9) Indicted 3rd charge – push, pushing to punch in face. Asked for attorney [illegible] said at contacting your embassy. Ask them for an attorney.

- <13 days – photo of injury taken by lawyer cell phone through window in [illegible]

A. Incompetent? No [illegible] refuse to record was intentional, [illegible] the fabricated / staged complaint [illegible] no evidence to prove [illegible] doubt standard. A very high threshold.

B. Consequence. [illegible] defense. [illegible]

Duress plea: Child, financial [illegible]

D. [illegible] counsel. [illegible] fundamental right to [illegible] properly. No notice of detention to [illegible] employer.

Facts

1.) [illegible] rude speech
- won't listen (ma[illegible]
- no reimburse[illegible]

(walked away) [illegible] for off – steps ([illegible]
- bad leg history
- kick (left fo[illegible]
- punch at (l[illegible]

1st floor police [illegible] monkey – police [illegible] showed police bl[illegible]

2. detained – no [illegible] photos taken

(1st day) → "injury" – seq[illegible] interpreter | su[illegible] you are a [illegible] testing the [illegible] preserve ev[illegible] "what was [illegible] Due to interpret[illegible] audio/video rec[illegible] Refused to a[illegible]

3. [illegible] Asked for l[illegible] [illegible] lawyer [illegible] does to sign. Told [illegible] this is Japan."

4. Held for investigat[illegible] leg injury (Shower[illegible]

NO DISCERNIBLE CLASSIFICATION

A quote from the Correction Bureau Ministry of Justice, Penal Institutions in Japan.

"It is often said that how offenders are treated is a reflection of the state's socio-cultural condition. [illegible] the legal [illegible] effect upon the society, and culture of that country. The treatment and administration of offenders supports the values and [illegible] on punishment of its citizens."

Speedy Trial

[illegible]
1st offense
misdemeanor charges
plead guilty
trial / sentencing same day

62 days - 1st trial date
95 " - no [illegible]
Speedy?
Special circumstances - 7 months [illegible]
- financial hardship
- detention - [illegible]

**Speedy trials determined by the prosecutor? Only if the defendant pleads guilty?**
**This violates Article 37 of Japan's Constitution, which reads "In ALL criminal cases the accused shall [illegible]**
**a right to a speedy and public trial by an impartial tribunal.**
**1. 109 days in detention for petty assault, even if guilty violates this clause.**
**2. Further, the Constitution decides the conditions for a speedy trial. ALL criminal cases, not only cases**
**the prosecutor decides have merit, based on a plea of guilt.**
**3. Japan has a 99.9% conviction rate. It can hardly be said that these convictions are determined**
**by an impartial tribunal.**
**4. Article 98 of the Supremacy Clause. This constitution shall be the supreme law of the nation and no**
**law, or act of government, contrary to these provisions, shall have legal force or validity.**

stressful situation[illegible]

Moral obligation Xoshida[illegible]

I have a moral obligation [illegible]
and a [illegible] [illegible]
support themselves [illegible]
to pay bills, supply [illegible]
expenses, [illegible]
pay [illegible], and [illegible]
[illegible].

Redacted

[illegible] must plead guilty
regardless of [illegible]

Redacted

NO DISCERNIBLE CLASSIFICATION

**Dubois, Richard L**

**From:** J[redacted]S[redacted] <email@stackjones.com>
**Sent:** Wednesday, October 08, 2014 4:16 AM
**To:** J[redacted]S[redacted]
**Subject:** Narashino Notebook 1A



NO DISCERNIBLE CLASSIFICATION

October 19th. Detained.
Nov. 8th. Broken leg, and indicted for petty assault.
Nov 25th. First meeting with lawyer Kushida. 38 days no counsel.
Dec. 2nd. Second indictment originating as a single "push."
When I wouldn't confess under conditions of extreme duress,
the second charge was rewritten as numerous pushes, and
numerous punches to the face and head, resulting in no injury.
Dec. 17th. Late evening, Kushida shows up with videotapes. I refuse
to watch them, as I already knew what they would reveal.
Kushida, "You're not guilty. It's clear! You should fight this. It's your duty."
"My duty is to my family." "Have you ever won a case?"
Kushida, "No." I said, "Don't worry, nobody does." "If I fight, how much
longer will I be here?" Kushida, "5-8 more months."
"And if I don't fight?" Kushida, "You'll be out before Jan. 1st.
Maybe in time to see your child born."
"If I fight, my visa would expire, my finances drained,
my child could possibly be half year old or older, and not
know who I am, immigration would deport me for overstaying
my visa through state sponsored child abduction, and you would
lose the case anyway."
Dec. 18th. Cast prematurely removed from my leg under the
guise of replacing it, so the lower court judge would not see me
wheeled into the courtroom in a wheelchair, and ask questions
about how my leg got broken in detention.
Dec. 19th. 62 days. First trial date. Judge asked me if I was guilty. I said,
"I can't fight this. How can you fight a 99.9% conviction rate?"
Kushida never mentioned the torture to the judge, or even bothered
to show the videotapes. The interpretation headset failed, and the first
trial date was held over until January 23rd, the judge stood, and walked out,
of the court, assuring that I would miss the birth of my son.
Dec. 20th. Transferred to Chiba Prison, and held in gulag conditions in
solitary confinement without a shower, change of cloth, pen, or paper,
book, etc. until Jan. 5th, Extreme frostbite set in.
Jan. 4th. My son would be born while I was on my fifth day of not
eating, and being tortured with the instructions given to underlings by
Cellblock C floor supervisor. Torture included the use of two pairs of metal
handcuffs locked as tight as possible, behind my back, threatened with a
shock rod, and pepper spray, having never once been combative.
Jan. 9th. I would learn of my son's birth while awaiting "punishment
committee for refusing to use the number 2063 as my name. Punishment
resulted in isolation chamber until Feb. 4th the day I was released.
As bad as it was for me, Koreans, Chinese, and African blacks were treated
much more brutally.

NO DISCERNIBLE CLASSIFICATION

Oct. 19th. Photos of kick wound intentionally not recorded by police.
Oct. 20th. Prosecutor Kume, "You're not in America." Refused counsel, or phone calls to seven month pregnant fiance.
Oct. 22nd. 5 days no eating. Taken to hospital in ambulance. Doctor, "5-7 days total kidney failure. Severe dehydration." Returned to Narashino and interrogated by police, and then taken to prosecutors to be interrogated.
Oct. 25th. Ambulance, emergency rush to hospital, severe bronchitus. Asked for kidney check, denied.
Oct. 26th. Warrant for barbaric blood extraction.
Oct. 29th. Taken to prosecutor's office in a near comotose state. Interrogated relentlessly as numerousl false confessiosn were placed before me to sign. I asked for water, and was told no by prosecutor Kume. I refused to answer any questions, and sought to be returned to Narashino, and end the interrogation. It was denied. Confession documents continued to be produced.
Nov. 6th. Kidney meeting with Narashino Detention Center supervisor with interpreter. Learned he had renal failure and took kidney medication. I asked him what woud happen if he didn't have any medication? He said he would lose his kidneys. The supervisor wasn't interested in my medical condition, he somehow knew that I was on a Miami Vice TV show episode, and kept asking me about the show.
Nov. 8th. Indicted, and tortured by guards on a 28 hour, non-stop workshift. No investigation into this matter by the prosecutor when it was brought to their attention.
Nov. 12th. In house physician arrived. Before being brought to him for inspection, I was told by the supervisor, and Guard B not to discuss my broken leg with the doctor. I showed it to him anyway, and I was immediately diagnosed with a broken foot. The doctor stated that my leg was not broken during his last visit, two weeks earlier, and asked the supervisor how it happened. The supervisor just lowered his head, and gave no response. The doctor ordered me to be taken to TGH to have it X-rayed, and case. Once the doctor left, tne supervisor refused to have me taken to the hospital.

NO DISCERNIBLE CLASSIFICATION

Nov. (constantly followed [illegible])

11.12 - 14 No food

11.13 Tsudanuma General Hosp. / broken foot
Cast / 6 days untreated
New charge "pushing" Sept. 12th
Miyuki's last day @ work.

11.15 Fingerprinted second time
Okamoto attorney / gave notebook

(11.5 - 18) ← pressured — Constant request to mail statement to Embassy regarding torture / denied
45 page statement. Told 45 stamps / envelopes

11.20 (2nd charge) Kume comes to Narashino. "Push"

11.21 (court date set) Leslie U.S. embassy book
b.d. denies attorney. Told, "You're good at writing to embassy, ask Embassy for attorney."

11.22 Miyuki visit / sister's home - Yonezawa
38,000 ¥
court date Dec. 19th (received 11.22)

11.24 Shinji [illegible]

11.25 Koshida 1st attorney visit (38 days)

11.26 [illegible] home visit

11.27 Tsudanuma General [illegible] broken foot visit.
[illegible] kidney check.
One month longer cast.

11.28 Notified Koshida 11.24 Kume appt.

11.29 Given wrong medicine by exhausted guards
Kume [illegible] representative. Refused to talk, but [illegible] anyway, docs produced to sign / [illegible]
[illegible] court appointed attorney
cannot be present [illegible] interrogation?
Cell harassment [illegible] nothing [illegible]
[illegible] now.

Nov.

11.29 U.S. Embassy [illegible]

12.1 Refused medical [illegible]

12.2 3rd lawyer appo[illegible]

12.4 Note: Wednesday [illegible]
Thur. order[illegible]
Fri. receiv[illegible]
Snacks / [illegible]
Refused to sign [illegible]
updated all outs[illegible]

12.5 Refused again [illegible]
Koshida, 3 m[illegible]
of month to [illegible]
too busy to [illegible]

12.6 letters [illegible]
Marriage docs, [illegible]
Katsuyama [illegible]
water, gas, [illegible]
Shanty pig [illegible]

12.6.7 [illegible]
Threatened [illegible]
Told to [illegible]
Extremely [illegible]

12.8 [illegible] time[illegible]
like shit! W[illegible]

12.8.9 Koshida visit [illegible]
and work lette[illegible]
[illegible]
embassy lette[illegible]
A.S. letter [illegible]
(4) [illegible] 3[illegible]

12.8.10 Served and [illegible]

**NO DISCERNIBLE CLASSIFICATION**

## Dubois, Richard L

**From:** J[redacted] S[redacted] <email@stackjones.com>
**Sent:** Wednesday, October 08, 2014 4:00 AM
**To:** J[redacted] S[redacted]
**Subject:** Nakamura Document 3

assault [redacted] the police arrived at the scene.

I asked police to note the cameras/video, and keep them for record. Nobody could speak English. Nobody ask me any questions. Since I was supposed to be at work at 10:00, I asked police to contact Hitomi Katayama so students could be told not to come, or so she could find a substitute. they refused.

I was put in a police car uncuffed. Hand[redacted] cuffs were put on me while the car was moving, and I was taken to Narashino Police station. I asked them to contact my wife, and told them she was seven months pregnant, and should be told. they refused.

NO DISCERNIBLE CLASSIFICATION

At 2 meetings with the prosecutor I showed her my
leg injury. She refused to record it. Both investigator
and prosecutor though at least 8 layers of hearsay could
not record my statements accurately, often intentionally
omitting material facts. I couldn't sign most documents
presented, requested interviews/questioning to cease, but
questioning, and the production of numerous documents for me
to sign continued, even where it was clear I did not want
to be interrogated.

of trainworkers at Keiser,

Early on, in an effort to prove prior bad acts, and a
good will intention to cooperate with police, and investigators,
regarding the assault when I was using my bike, and
that witnesses saw, and heard the event, instead
police charge me with a second assault charge (3rd)
which they say occured during this event. An event
where I called the police, and was allowed to board my
train, after the workers supervisor sent him away, and

NO DISCERNIBLE CLASSIFICATION

was overheard making racist | hate speech. Is this not abuse of authority? I never assaulted anyone on Sept. 18th as now charged. What is the purpose to keep piling on fake charges? What's the motivation? Yellow monkey?

M[redacted] tried to speak to investigators to supply supporting evidence of prior bad acts, and provocation. The investigators rejected none of her information, and failed to even listen. They only told her, "He's guilty. Tell him to admit."

Further, I was held 5 days before the U.S Embassy was contacted. For 5 days my wife, and employer did not know where I was. At first Narashino Police refused to allow me to give the representatives any contact information, but he demanded it, and so was I. Finally, the embassy contacted M[redacted], and Katayama san.

NO DISCERNIBLE CLASSIFICATION

M[redacted], now 8 months pregnant, and can barely walk across a room, came to Narashino to mitigate my charges. Anything she offered was refused. This is clearly witness, and evidence tampering and refusal to record material facts. To the investigators I'm guilty, and selectively omitting material facts cannot allow me to present an adequate defense, or have a fair trial.

Due Process. The right to life, liberty and property not being seized without a proper hearing to object, and defend is a constitutional standard written into Japan's Constitution.

During the first hour on interrogation, I was asked to give a saliva sample. I refused. I hadn't been charged with anything, there was no interpreter present, and I wanted

NO DISCERNIBLE CLASSIFICATION

to know what it was being used for, and to limit its scope (use) (the particular purpose). Days later I was told I was being taken to the hospital for a medical checkup, chained and taken to the exit door. Thae Mizolock issued me a warrant, (photos being taken), that he could take me to the hospital and extract blood for a DNA sample. So, they had a hearing without me being present. Then 7 officers took me to the Tsukinamo General Hospital where I was wheeled in a wheelchair, handcuffed in front of numerous citizens at the hospital. I was ushered into a room, photos flashing, where a trembling elderly nurse was read the warrant, like I was a serial rapist or mass murderer. This is great abuse of authority when a simple saliva swab would give the same results. This is also cruel and unusual. The trembling nurse jabbed my arm 3 times, and could not find a vein. On the third try she wiggled the needle about and causing so much pain, I had to remove the needle myself, and calm her, saying "Dai jobu"

NO DISCERNIBLE CLASSIFICATION

several times. I offered my either arm. She removed 3 vials of blood. I asked how they were being secured and recorded. No response. They were placed in a [illegible] containers that anyone could open, and unsecured. Upon arriving back at [illegible], [illegible] left alone with those easily accessible vials of my blood. Do you wonder why I should have a hearing? Further, I had no counsel, and one month later, I still have no counsel, [illegible] charges against me. Serious charges [illegible] yet I have no attorney as of Nov 14th 2018.

What does DNA prove? It doesn't prove [illegible], and it doesn't even prove how my saliva may or may not have [illegible] on the [illegible] [illegible]. It would only prove that it may or may not be present.

Why were there no procedures to ensure my blood would not be tampered with?

NO DISCERNIBLE CLASSIFICATION

inadequate Health Procedures / Torture

upon detention, under investigation with no charges, I was held at Narashino Detention Center. for the first 5 days I ate no food, and drank nothing provided. on the 5th day, my health deteriorated, and I collapsed. I was taken to Tsudanuma General Hospital, and diagnosed with severe dehydration, high-level uric acid, and kidneys that would fail in 5-7 days, resulting in permanent damage. I was given no treatment, and no follow-up visit information. I was told to drink sports drink, this was told to Narashino Supervisor. I offered to pay, but I was refused.

A few days later I was rushed via ambulance to (TGH) for respiratory failure. I was diagnosed with bronchitis (I don't smoke). I asked to

have my kidneys check this was refused. I was given several medications (4), and sent back to Narashino detention. I was interrogated immediately, and the next day in very bad health sent to be interrogated by the prosecutor. I could barely speak, obviously very ill and requested water. I was refused. I refused to answer questions as I could not talk, but questioning, and the production of documents for me to sign resumed, and relentless. I have refused to talk with investigators or prosecutor since, yet I am constantly being brought before them for interrogation.

On Nov. 8th, I was indicted for two charges, simple assault, and assault with injury. I was taken to the judge, and asked to make some motions. I was told to "shut up." I was read fabricated charges, and told

the judge I want a speedy trial, and waived council. I was told I had to choose a defense attorney. I said, "What is the sense of having an attorney when more than 99% of defendants lose at trial?" I was told if I didn't select an attorney, they couldn't proceed with a trial. I also showed the judge my leg injury, and asked for it to be photographed as evidence of assault by the "victim". She did not respond. I said this many times, and I was told again that I had no right to speak. I told her I was unable to eat approximately 75% of the food, as I was eating some of it, but my body was rejecting it. I was vomiting, and this was making me sicker. No response! I said I was being starved. No response!

I was taken back to Narashino Detention Center. I was clearly in poor health, shaking / trembling terribly, in shock

NO DISCERNIBLE CLASSIFICATION

and nearly unable to walk. I went to my cell, and
immediately numerous guards began asking me many questions.
I couldn't understand anything. I asked to be left alone.
They wouldn't leave me alone. I went into the toilet to
get away from them. They turned the light on. They
entered the room, and questioned me again. I did not
understand. I said, I was being accused now of
punching the liar 3 times. Even on the street, in the
presence of police [redacted] I was taken to the isolation
chamber by 10-12 police. I never resisted, or ever
showed violence to them. I was then tied with
rope around my knees, very tightly and clearly
improperly. Immediately my blood was shut off. The
pain was unbearable. Then, I was improperly

placed in hand restraints. Nobody knew what they were doing, as they were reading a manual to figure out how to do this technique of torture.

Finally, they put my feet together, joined tightly at the ankles, and then begun roping my broken foot, and the other foot. The rope was so tight that the bones above my ankles twisted inward. I was already screaming [illegible] "it's killing me" and it's too tight. There was no need for this. My hands were now cut, and bleeding. They left me like this for a long time. My broken foot was tightly roped, and with no blood flow, they began to swell. My 3rd toe bone broke, I was screaming take it off, but they left it on, and me alone. I could feel myself going into cardiac arrest, and suffering serious respiratory problems. I could not breath properly.

Thankfully, one officer remained, and he could speak English. I told him to have his supervisor remove, or loosen the knee, and foot torture & rope treatment they would not, and I clearly contemplated that this was my death. This device/technique is banned in Europe and the U.S. because it has caused numerous deaths from both cardiac (heart) failure, and suffocation.

I told the officer that when I was 14, the U.S media began publishing articles claiming heroin was spreading across America and would kill thousands of teenagers. My mother saw this, and feared I was doing drugs, which I had never done. She took me to a drug program called, The Seed, and admitted me in. I spent one year being tortured. From 10:00 a.m. - 10:00 p.m. teenagers, and children as young as 9 were forced to sit in chairs. Metal chairs.

NO DISCERNIBLE CLASSIFICATION

We could not talk. We were starved, only fed 2 peanut butter sandwiches each day. We were not allowed to go home until we confessed we did drugs. At night we sat in chairs and were interrogated all night, and deprived sleep. We were chained, and tortured. I endured that for one year while other children who had never done drugs confessed to using heroin, cocaine, etc. I never did, because I didn't do drugs

Many children went home, and committed suicide. A few murdered their parents, and remain on Florida's death row. Congress began an investigation into the program, and stopped funding it, and took away the license to operate. Later, prosecutors, and judges were convicted of taking payoffs for each child they ordered into the program.

I cannot admit guilt when I am not guilty. Today I operate a website for victims of that program 41 years later many people remain scarred, and traumatized.

NO DISCERNIBLE CLASSIFICATION

(#) Congress concluded their investigation saying the teenagers, and children suffered the same torture, and psychological damage as that of North Korean prisoners of war.

On November 12th, the Narashino house doctor examined my leg, (right foot) and determined it was broken, and told staff supervisor I needed to see an orthopedic surgeon.

On November 13th, I was taken (in chains) to Tsudanuma General Hospital I met an Orthopedic Surgeon, and was X-rayed on my right foot. It was determined that I had a new (recent) broken bone on my 3rd toe. This was the clear result of being tortured where my already damaged foot was tied up, tightly, had blood circulation cut-off, and foot swelled, and excessive force caused the bone to break. Now I am wearing a cast for 3-8 months.

NO DISCERNIBLE CLASSIFICATION

As of Nov. 14th, 2013 I still have not had my kidneys tested for failure. It has been more than 3 weeks since I was told I had 5-7 days if not properly treated, I will have permanent kidney damage.

[redacted]

NO DISCERNIBLE CLASSIFICATION



NO DISCERNIBLE CLASSIFICATION

**Dubois, Richard L**

| | |
|---|---|
| **From:** | J[redacted] S[redacted] <email@stackjones.com> |
| **Sent:** | Wednesday, October 08, 2014 3:59 AM |
| **To:** | J[redacted] S[redacted] |
| **Subject:** | Nakamura Document 2 |

[redacted] I picked up my ticket, and turned to go. This occured on the 3rd floor of the station.

I was immediately ashamed of what I did, so I tried to go away.

(8) Later, I was told by police that some spt on the trainworkers sleeve. His right sleeve

The released station window video shows that not only had no spit touched Ogura at all, but he was wearing a tie where the police would later say was the location the spit landed. This change was made because of numerous arguments with police, and prosecutor that they would have to prove the reqired element of intent to prove that an assault had occurred. Incidental contact does not rise to the level of assault, and therefor the charge would fail. Prosecutor Kume told me several that they would manufacture assault if necessary, and if I wouldn't cooperate and sign their false confessions, they would bring other charges, and assure that I would miss the birth of my child. This tactic didn't make me want to cooperate, it only made me furious at their abuse of authority, and depth of corruption. Whenever any of this was brought to the attention of the three pretrial judges I saw, none of them took any action to prevent what was happening. It was clear they had but one goal and that was to gain a conviction at any cost.

NO DISCERNIBLE CLASSIFICATION

[redacted] Friday night at around 9:00 p.m., October 18th, I emailed M[redacted] telling her I was going to quit this job because of all of the trouble at Keisei Tsudanuma. I told her I was tired of being disrespected, and harassed. I didn't want to go to work, but she made me realize that I had a child coming, and it was coming soon, and she was relying on me. Also, I was #1 teacher, and it was a good job. She was right.

After leaving the window I headed toward the exit to the first floor. There is one long stair from the 3rd floor to the street. There are also numerous cameras in the station, and at the

NO DISCERNIBLE CLASSIFICATION

street, because there are numerous tracks, and the intersection is very dangerous. There are cameras on each street corner.

On the 3rd floor the trainstation worker left his window, and ran after me. As he approached, he began punching, and kicking me. He kicked me in the left shin, leaving an injury. Then immediately he threw a wild punch. [redacted] I said numerous times, Stop! I knew how that police would be coming so I continued to the street level where the Koban/police box was located. As I continued toward the exit, his assault increased. By the stairs he attacked

NO DISCERNIBLE CLASSIFICATION

me again. He threw another wild punch [redacted]

Redacted because my statement does not match what is in video two. I thought I raised my empty hand to block his punch! but I was carrying a large black bag in my hand.

His glasses fell off. I kept saying stop. I bent down and picked up his glasses, and handed them to him. He refused to take them. He had his arms up to continue fighting, so I placed them on his arm, and proceeded to walk down the stairs. He threw down his own glasses, and began chasing me down the stairs. I actually at that point ran to the bottom. I thought to go to the police box, but I could see they were already coming, but still on the other side of the track. I stopped, waiting for them. The trainworker came down the stairs, and made fists, and was trying to fight again. I told him, get your glasses, and stop. He didn't see the police were

already coming, and continued to try and fight. As I waited for the police to arrive, I looked for where the cameras were located on the street.

From window (ticket window) to the street when I saw the police, the entire event lasted 45-60 seconds.

On the street, the police never asked me any questions I asked the police immediately to get the video from the cameras The trainworker said there were no videos. The police told me this. The trainworker also said I punched him "3" times, including once on the street.

(*) At every interview with police, public prosecutor, and judges I asked for all video to be preserved, as evidence.

NO DISCERNIBLE CLASSIFICATION

I was arrested, and brought to Narashino, where I have been held since October 19th. Original charge, a spit. Now, the investigator Mizokuchi has had me charged with injury, and assault on September 19th, claiming I assaulted the tramworker during the bike incident, where witnesses heard him spewing race hate, and where the supervisor allowed me to use the train, with my folding bike.

② I have asked Mizokuchi to record evidence, such as my leg injury, and in the presence of cameras, at least 3 times. He has refused. Mizokuchi is hand-picking, systematically omitting evidence to prove for me those charges are false.

Instead, Mizokuchi has heaped on two new charges.

NO DISCERNIBLE CLASSIFICATION



NO DISCERNIBLE CLASSIFICATION



NO DISCERNIBLE CLASSIFICATION

Yellow Monkey

Immediately, the trainworker told police, Mizokuchi, etc, that I had called him a yellow monkey. The police immediately began relaying this to every police officer. Monkey! They began shouting.

[redacted]

Why was this mentioned? To incite, and prejudice. In fact while incarcerated, Bay 78, a radio station played daily between 6-9 pm, a song titled, Monkey Monkey Baby, the J-pop band name is, Yellow Monkey. This is probably where he heard that term, Since it's a popular song.

NO DISCERNIBLE CLASSIFICATION

Racism?

How ironic that the race card has been pulled out. Prejudicing this whole case. Even the prosecutor said this to me numerous times, until I finally refused to cooperate with her [redacted]

It's unfortunate, but I have become an expert on Japan, and racism. My wife is Japanese, my child. It sickens me that this low-level attack on my has been made. This case is race based alright. But, the victim is me.

NO DISCERNIBLE CLASSIFICATION

Assault / Injury

This charge carries a penalty from 30days to 15 years.

In early September I went to an USU. Orthopedic surgeon who X-rayed my right foot. M [redacted] was present as interpretor. I purchased a bike to commute because, I can not walk. Yet, the 3 panel of judges is supposed to believe I am/was in the physical condition to fight?

On November 12th, while incarcerated, the in-house general doctor at Narashino detention center looked at my extremely swollen right foot. He immediately said it's broken. On November 13th, I was taken to Tsudanuma General Hospital, X-rayed, and determined my

NO DISCERNIBLE CLASSIFICATION

right foot is broken, and will take 3-8 months to heal. I am currently wearing a cast.

(4) On November 8th, after learning I was being charged with a second crime, "injury", I was returned to Narashino detention center. I went to my cell, and guards kept questioning me. I went to the toilet, and sat to get away from them. I have been in isolation, 24/7 and now I must wait further to be with my wife, and the court refuses me to help her, and I am losing money not working, money needed for a baby bed, food, clothing, diapers, etc. Instead of leaving me alone I was taken into a padded cell, and torture devices applied improperly to my hands, knees, and feet. Ropes were put on my feet as tight

NO DISCERNIBLE CLASSIFICATION

as possible, causing severe injury, and pain. The United Nations, World Court, and all Human Rights organizations have condemned Japan for these abuses, even as recently as October 17th, 2013, in their latest report on human rights abuses in Japan. This torture device was applied to a broken leg, causing, according to Tsudanuma orthopedic surgeon on November 13th, a new fracture on my middle, right foot. Estimated repair time, 3 months. Every detention center staff member was quite aware that I was unable to walk. Why was such a device applied to a broken foot, causing even more serious injury.

[redacted]

- Here, I improperly used the term broken (two times) to describe the leg injury I received prior to detention. The X-rays from the Usui Clinic show my injury was a severe sprain.

NO DISCERNIBLE CLASSIFICATION

Videotape one is located at the station window. In the same position shown below However. Ogura is positioned as far to my right as the trashcan is to my left. Ogura is also wearing a tie. The head position, and spit trajectory are also accurtae. Both defense attorneys Kushida, and Kato stated what Ogura claimed happened was impossible.

Intent charge !: Spit




After not being allowed to discuss ticket purchase error (machine malfunction), orderd to leave 3 times, and not being reimbursed overpaid fee, defendant turned left, and spit toward garbage can. And left immediately, because of extreme rude conduct.

Trainworker was directly in front of defendant, if he spit at trainworker, the spit would have hit the workers face, the wall behind him, as well as his full chest area. The largest amount would have hit the face area, and full chest with residual hitting the wall that was directly behind him.

During each questioning defendant never denied spitting. He apologized, and offered to clean his jacket, because police said some spit on his right sleeve.




The images above were drawn to present what police, and prosecutors had been telling me, that my spit was on Ogura's right sleeve. I would argue adamantly with police, and prosecutor that I had not intended to spit on anyone, and as a result, there was no crime. After extracting my blood, two of my DNA samples would show up at the center of Ogura's shirt where his tie was located.

NO DISCERNIBLE CLASSIFICATION

Defendant during each initial investigation interrogation requested photos to be obtained while the alleged crime scene was uncontaminated. Further, defendant requested forensic protein spray to be used to prove angle of trajectory, and that no residual saliva was on the ticket window wall, and that the vast majority of saliva hit the floor near the garbage can. Further, any available video would show I turned to my left, attempting to avoid contact with the trainworker. Further still, any incidental contact fails the intent prong of simple assault.

Spitting was wrong. I lost my temper due to a series of provocations at this station. At best it is an infraction, spitting in a public place.

Injury Charge 2. (see 3rd floor diagram above)

Immediately after spitting toward the garbage can, I turned to leave. If the train staff felt I had committed a crime, they could have contacted the police, and/or my employer, Hitomi Katsuyama whose advertisement, that included her contact information was posted on a large advertisement right next to, and clearly visible from the ticket window. Instead, the worker left his post, and ran after me, punching, and kicking me. There are numerous cameras in the station, they should have been able to capture the entire event from window, to 3rd floor stairs, and to the 1st floor street.

The trainworker claims at no time did he attack me.

NO DISCERNIBLE CLASSIFICATION

He claims I assaulted him 3 times. Twice on the 3rd floor, and once on the street. The train-worker stood in a left facing stance, throwing left leg kicks, and left arm wild punches. This is unusual since most people are right handed. At all times during this assault, I was moving backwards, and towards the exit. Further, I had a broken leg, which was once again diagnosed, and treated on Nov 12th, and Nov. 13th while incarcerated. X-rays were taken of the broken bone, and the badly swollen foot. All detention center staff are quite aware, as well as Mizokuchi, and his supervisor that I cannot walk unassisted. I was in this condition more than one month prior to this assault, which ocurred against me, by the station worker.

Trainworkers 1st assault was a kick to my

NO DISCERNIBLE CLASSIFICATION

left leg, immediately followed by a left wild punch, which I backed away from, and instinctively threw my right arm up to block. In self defense I came in contact with his neck | face area, and it was not violent, more like a shove, but this all happened very fast to be completely accurate.

[redacted]

NO DISCERNIBLE CLASSIFICATION

He ran towards me, ready to engage in further assault, and I ran down the stairs. Actually, leaping down 2-3 steps at a time. This also should be clearly visible on video.

As I got to the street level, I turned to my left to go to the police box, but I could immediately see several police approaching already, and on the opposite side of the train tracks. (See 1st Floor / street level image above) I stopped, and waited for them. (This all transpired very quickly.)

The trainworker ran down the steps, without his [illegible], turned to me, now looking / noticing the police. He immediately got in a fighting stance with his left arm, and leg facing forward. I expected imminent

NO DISCERNIBLE CLASSIFICATION

## Dubois, Richard L

**From:** J[redacted] S[redacted] <email@stackjones.com>
**Sent:** Wednesday, October 08, 2014 4:16 AM
**To:** J[redacted] S[redacted]
**Subject:** Narashino Notebook 1B



12.8.10 Dr. visit, 2-3 months no walking. (bike thrust)
sleeping pills. Scars "punch" in face [illegible]
12.8.11 Given cast back. Sent letter (AMC) to
embassy seeking notary stamp.
Told Kushida will come 3/12. sleeping pill.
12.8.12 Kushida. Video shows spit - no intent
Photo evidence - Did show spit behind
[illegible] etc.
Great fear every time a key passes
& door opens, the [illegible], the door
Bizarre sounds, Psychological deterioration.
Kushida - You should fight!
No idea of "fight/punch"
Gave Kushida list of [illegible]
Clear [illegible] plea [illegible] 3 months.
No fight - 1-2 more weeks [illegible]
likely suspended sentence
Kushida - looks to be bearing on [illegible]
Plea to punches I never made. Plea to
spit, [illegible] I never made.
Stamps, envelopes & writing paper ordered
Mail given today, to prison notes [illegible]
Kushida, [illegible] endless hold until [illegible]
[illegible]
12.8.13 [illegible]
12.8.14 [illegible]
12.8.15 More blood. Refused to take shower with
others

12.8.16 Kadoyama letter
(Both opened)
update: Leslie Glass [illegible]
Affidavit.
• Kushida + 2nd
10,000 ¥ for [illegible]
Notes to [illegible]
learned [illegible]
push/pushing [illegible]
12.8.17 learned torture
Guard 2A is [illegible]
wrote lawyer's
Noted [illegible]
Dec. 3rd [illegible]
[illegible] charge
written state
12.8.18 Hospital cut
fracture healing
letter for emb
Took away [illegible]
Foot [illegible]
[illegible]
[illegible]
protection, [illegible]
placed on [illegible]

The following are points outlined by defense attorney Kushida that I was told I must say in court, if I didn't want to go to prison.

1. Apologize to "victim."
2. Write letter of apology to prosecutor.
3. Show remorse, by making a statement prepared by Kushida that discussed victim's "perspective."
4. Promise to learn Japanese better, and blame my poor communication skill as the cause for the incident.
5. In anxiety situation remember hojoshin to shin ko kyu.

Note: This same information would be written for me to speak in Japanese at the final court hearing by Chiba Prison CellBlock C Floor Manager, Mr. S. (He is a 34 year Kendo sensei) who fought with his supervisor on my behalf, and protected me as much as possible. He came to the isolation cell, and promised to do all he could to get me out of there. He argued against his superiors about using torture, and injuring me, saying it was unnecessary, and all their actions were making matters worse. Mr. S would be the one who came to me and told me that my son was born, and constantly fought with his racist supervisor on my behalf, and never upheld any of their ridiculous punishment regimes. He brought me extra warm clothing, and always came to me to say good night at the end of his shift. When he was to be off on the weekends, he would come warn me to not get into any altercations with the guards. He said, "If I was in an American prison, I would act the same as you. Mostly, Mr. S said, "I believe you, that you are innocent. You are just unlucky, and I'm so sorry for this."



NO DISCERNIBLE CLASSIFICATION

Further I've been asking for the station videos from day 1. An attorney would have received them / demanded them. The video has been intentionally withheld from trial. Why? It proves 100% filing of a false police report, and staging a fabricated trial to have me convicted of a crime that did not occur. Further still, At each interrogation I demanded the release of the videos. Reply - Shut up about the videos. Police supervisor - well, videos don't show everything "let the judge decide". Were they would, they would prove my innocence 100% and that I'm a victim of assault.

(don't intentionally omit)

As a result I'm making a duress plea which is recognized by the international world Court because I cannot have a fair trial. I'm being financially destroyed during detention, as bills still have to be paid and my wife who cannot work will give birth this week. It's unconscionably that I'm being held under these conditions, my human rights have been grossly violated, I've been tortured, subjected to great bodily harm - my leg broken while in custody, And when my fundamental rights to liberty and property [illegible] were violated when my [illegible] was taken in an incompetent and

Q & A [illegible]

Do you believe you can [illegible]

No

why?

Because the 1st day I was [illegible] [illegible] have produced said injury, [illegible] prison I requested a lawyer by police / prosecutor I requ[illegible] In fact I was told [illegible] "you [illegible] lawyer" During [illegible] I was photographed [illegible] my [illegible] sign of [illegible] / [illegible] During the 1st minutes [illegible] on my left leg. Clear[illegible] police had camera [illegible] to record the assault [illegible] I demanded it, the supervisor [illegible] do?" I said I'd record, [illegible] was [illegible] because [illegible] intentionally committing [illegible] right to an adequate de[illegible] if this goes to court[illegible] So, during the 1st [illegible] attorney, evidence was [illegible] and I also showed [illegible] during detention hearing [illegible] to shut up.

(photo [illegible] camera)

- Charge [illegible]
- Evidence [illegible]
- [illegible] preserving [illegible]
- A [illegible]
- interpreter [illegible]

(4) why are the KT videos not being released? Because they prove def. is the victim of assault, and releasing those videos would result in civil liability to the KT company, especially now that the proximate cause of def's incarceration is a direct result of the filing of a false police report, and where the court is using that false information, backed by no material facts at trial, especially where real evidence has intentionally been withheld at trial.

(5) Tokyo's chief public prosecutor is on record for saying foreigners have no human rights in Japan. Looking at this case that reprehensible statement must be true.

(6) Holding me for false charges has kept me from bonding with my unborn child.

(7) • where the "victim" ran after the def. to assault him, he should expect that he could possibly be injured. Here, the victim's "injury" healed in less than a week. A mosquito bite takes longer to heal. The def., 62 days later, still has a scar visible on his leg. (Is that justice?)
• what if it was a knife, a gun?
• How about def's leg being broken and no investigation? Retribute to what happens to Japanese / omit-hide def's injuries

NO DISCERNIBLE CLASSIFICATION

## Dubois, Richard L

**From:** J[redacted] S[redacted] <email@stackjones.com>
**Sent:** Wednesday, October 08, 2014 4:16 AM
**To:** J[redacted] S[redacted]
**Subject:** Narashino Notebook 1D

5. Negligent / reckless use of device banned in all civilized nation resulting in great bodily injury
should guards on 28 hour shifts be using such devices where this level of fatigue raises competency issues? should guards working 28 hour shifts, often overtime, be driving / transporting def. to / from court / prosecutor?
A. Here a device was used on def. where guards were already aware that def had a serious leg injury
B. That device was used on def's seriously damaged leg, resulting
C. in a broken bone. (new broken bone)

(Raises highway safety issues)

(Tired guards giving wrong medication)

6. Human rights violations
A. For bone resulting in great bodily injury, 6 days untreated
B. Possible kidney failure / irreparable damage [illegible] serious dehydration [illegible] kidney damage. Def [illegible] on numerous occasions, and [illegible] with [illegible] supervisor [illegible] damage [illegible]
No follow [illegible] hospital
C. Police have responsibility to assure patient / def. health is not jeopardized while being detained.

Appeals Issues Con[illegible]

2. Right to preserve[illegible]
E. Can a def. h[illegible] where eviden[illegible] been withheld [illegible]
3. Def. should have [illegible] relative / employe[illegible] being detained [illegible]
A. Victimizes inn[illegible]
B. Here, wife of [illegible] did not know [illegible] 7 days, and o[illegible] the Embassy [illegible] Japanese auth[illegible] be their duty [illegible]
C. Def. - make [illegible] responsibili[illegible]
D. Here, victim[illegible] which can [illegible] and mother[illegible]
4. 38 days no [illegible] def. was char[illegible] which required [illegible] especially d[illegible] period where [illegible]
A. Properly [illegible]
B. Make, no [illegible]
C. Here def. [illegible] bad acts [illegible] mitigate [illegible] [illegible] charge [illegible]

NO DISCERNIBLE CLASSIFICATION

Narashino Schedule

7 bright lights | wake
clean cell, brush teeth | face wash
~ clean body - ignored daily
8 BF
9 Exercise | pen
12 L | loud music
6 D
8 wash face | brush teeth
9 Bed - hawked all night
showers S/Tr 20 minutes
shaving electric razor | 3x week

Prison food surplus fukushima 15 - 20% edible
spinach, seaweed - radiation
tuna | fish daily - mercury poisoning
white bread | white rice dioxin | arsenic
plastic cups leech benzene

NO DISCERNIBLE CLASSIFICATION

Documents

on the day of arrest, the first document presented to me stated "injury". This required an attorney being assigned due to the 30 day - 15 year prison requirement. Both me a Kume refused to acknowledge the request. Oct. 19th - Nov. 8th indictment no attorney 38 days passed before 1st attorney meeting, only after U.S. Embassy contacted the court in protest, treatment of torture, constitutional issues, and human rights violations

Interpreter Georgia W. / serious eye (R) twitch witness to numerous demands for photo of injury, and abuse of power.

Bag Content
Two shirts
towel
medicine / [illegible] pain killers
notebook / pen
car keys
belt
cell phone / ear plugs
eye glasses / case
lunch - 3 [illegible], [illegible]
wallet / coins

Narashino torture vide
1.) torture / broken
2.) other harassmen
3) numerous stair wa

Narashino withheld ev
1.) leg photo
(♡) 2.) while under
of me [illegible] wa
because I told her
them emails, and c
bad [illegible] re
refused to hear s
"He's guilty. Tell
will get out ear

Video tape torture / walk
• torture video / no
• stair walking / cl
• other harassment

Every detainee knows
why? This is private
they all know my wife
why?
I don't know any [illegible]
regulation

Dubois, Richard L

NO DISCERNIBLE CLASSIFICATION
STATE-1056

NO DISCERNIBLE CLASSIFICATION

**Dubois, Richard L**

**From:** Tokyo, CCU
**Sent:** Thursday, October 09, 2014 9:16 AM
**To:** [redacted]
**Cc:** Gardner, Gregory N; Vasquez, Anne M; Freeman, Andrew R
**Subject:** FW: November 8th Torture Description From The Nakamura Document

Dear SCS,

I am forwarding you below e-mail from Mr. S .

Thank you,
-CCU/[redacted]

**From:** J S [mailto:email@stackjones.com]
**Sent:** Wednesday, October 08, 2014 11:22 PM
**To:** J S
**Subject:** November 8th Torture Description From The Nakamura Document

NO DISCERNIBLE CLASSIFICATION



NO DISCERNIBLE CLASSIFICATION



NO DISCERNIBLE CLASSIFICATION

Nov 8th Torture Description

[illegible] Nov 8th I was taken by force from cell 6-1 to an isolation room by numerous guards, and two police. The guards most responsible for the use of torture are Guard [illegible] and the supervisor are at the two police officers, a [illegible] man with a crewcut used the most physical violence [illegible] and the supervisor were the ones who used [illegible] restraints. At no time did I resist [illegible] of more false charges brought against me [illegible] videotape recorded by Guard 2A, [illegible] my handheld camera. Guard 2C, and 2B [illegible] did not participate.

[illegible] from Sakura City, and likes [illegible] wine. Guard 2C plays drums, [illegible] soccer. 2B does martial arts.

NO DISCERNIBLE CLASSIFICATION

the door that leads to the isolation rooms is near
the area where the detainee's towels hang to dry.
when entering the detention center, the rooms are on
the right side, and 6-1 is on the far left, the last
cell. In behind that door are two rooms that are
square in shape. the rooms are padded in olive green,
color and the corners are rounded the material that
covers the walls and floor is rubbery and soft. Each
[illegible] glass sliding doors and white framing the
[illegible] open with keys, they open electronically.
[illegible] rooms that are "observation" areas on the
[illegible] the cells. In the observation area is a
[illegible] immediate left, and a large cabinet
[illegible] the way up to the top of the ceiling
[illegible] to the sink. It is from that
[illegible] that has shelves in it where two long
[illegible] ropes with white spots on them, and

NO DISCERNIBLE CLASSIFICATION

a leather wrist restraint in beige color, and
what appeared to be a homemade manual on how
to use those devices where removed by Guard B.
The "manual" was covered in clear plastic with
two A4 size paper on each page. Each paper
had a photo - black and white photo on it. The
manual shape was like this  On the top of
the manual was a red tie — holding it
together. In the cell was a filthy stainless
[illegible] style toilet that looked like it
[illegible] in the far corner
[illegible] corner of the cell
[illegible] was a hole which was the
[illegible] In the center of
the [illegible] metal plate - circular made
[illegible] the floor. On the
[illegible] on at all times

NO DISCERNIBLE CLASSIFICATION

The crewcut cop, Guard B, and Supervisor threw me to the floor. They pinned down my arms in a crucifixion position assisted by other guards. [illegible] all videotaped it all. In order to maximize [illegible] [illegible] over and over into the camera, "They're not doing anything wrong!" I was in great fear [illegible] as I had just been indicted, and had been told by police and prosecutors they would do whatever they had to, to win the case. I thought since I refused to sign confessions, this was how they [illegible] to do it. I was clearly not [illegible] over the manual [illegible] picked up the rope, [illegible] it around my right injured foot. [illegible] it around several times and then [illegible] as tight as possible. I screamed [illegible] it's too tight! Nobody cared. He

NO DISCERNIBLE CLASSIFICATION

then wrapped the rope around my other foot, repeating the process. The supervisor forced my two ankles together and then Guard B wrapped the rope between the two legs, and then many times wrapping both legs together. Each time he pulled as tight as possible. I was screaming "Stop! It's too tight!" This forced my knees to bend outward unnaturally. The pain was unbearable and immediately my feet turned like blue, and began to swell, causing the ropes to tighten further. They did it to my [illegible] repeating the same process where [illegible] my knee surgeries. As the blood [illegible] lower half of my body, [illegible] pounding trying to send blood, [illegible] to increase, and the bone [illegible] hand [illegible] I kept screaming [illegible] off. They ignored me.

NO DISCERNIBLE CLASSIFICATION

The Supervisor placed the restraints on my wrists
backwards and pulled the snap hard. I immediately felt
pain in my right hand small finger (pinky). I knew they
had broken it. Realizing the error the supervisor removed
it, and put it back on "properly." I told the supervisor
what he was doing violated human rights in civilized
nations. He said "we can do, Japan." Even slight
movement made unbearable pain. Even breathing. It
felt like someone had dropped a car on me. I began to
convulse feeling like I was going into cardiac arrest.
I couldn't breath gasping for air. I was suffocating, and
thought this is how they killed Suraj, the Ghana
man. The [illegible] left the room. I passed out
[illegible] when I awoke, 2B was observing
[illegible] take me to an interpreter
[illegible] said if I didn't sign
[illegible] the room, they
[illegible] are Concept with U.S.

NO DISCERNIBLE CLASSIFICATION

embassy on Nov 12th, I was told not to discuss this with the doctor. He told the supervisor to get me to the hospital, my leg was broken. When the doctor left, the supervisor refused. Nov. 13th, I crawled to the cell [illegible] that faces the street beyond the guard catwalk. I screamed for help toward the street. Guards came and told me to shut up. I kept screaming for help. I was taken to hospital, [illegible] and [illegible] broken foot casted. I returned to [illegible] immediately handed a new indictment [illegible] The charge read "a push". I reported the [illegible] to [illegible] who laughed, and took no action [illegible] 2 ½ months.

[illegible] embassy.

**Dubois, Richard L**

**From:** Tokyo, CCU
**Sent:** Thursday, October 30, 2014 9:32 AM
**To:** U.S. Embassy Tokyo ACS
**Subject:** From J[redacted] S[redacted] FW: Supreme Court Appeal Finalized
**Attachments:** SC Appeal.docx; ATT00001.htm

This email is UNCLASSIFIED.

**From:** J[redacted] S[redacted] [mailto:email@stackjones.com]
**Sent:** Thursday, October 30, 2014 2:57 AM
**To:** J[redacted] S[redacted]
**Subject:** Supreme Court Appeal Finalized

10.30.14.

The SC appeal statement was finalized on 10.29.14., and forwarded to the attorney Okoshi who has the duty to have it translated for the Japan's Highest Court. He is prepared to do so, and expecting to receive the document before noon 10.30.14.

Attached is the document, which includes numerous compelling constitutional questions for the Court, such as the right to the immediate appointment of counsel, fair proceedings, warrantless searches, the use of torture, when does the exclusionary rule apply, notice to family immediately upon detention, the right to full access to evidence, the right to preservation of evidence when the defendant is unable to do so due to being detained, etc.

I only wish that I had three more days to work on the final edit, as I was physically wiped out having worked on this for so long.

The exhibits volume is approximately two inches thick with photographs, medical records, notebook excerpts, Embassy communications, etc.

I mentioned that I had only ever took two cases to trial, and won both of them. The three lawyers that have represented me, accumulated 37 years of criminal law experience, and have never won a single case between them. That in and of itself is an indictment of Japan's pathetic legal system.

In the conclusion I addressed statements posted online that each justice has made regarding their philosophy in making determinations in cases. Ironically, the one justice that didn't have a statement posted had the same first name as my son. In Japanese, that name means leader, and one who uses the power of speaking to gain the trust of those that depend on him. That name is M[redacted].

After more than a year, I liken this finality as having a good bath, a shave, haircut, nails clipped, a good meal, a massage, a good rest, and a nice walk on the beach with my wife and son, which we will be doing at sunrise later this morning. Autumn is the perfect time to for change, as last year the only time I got to see fall was in a

police van on my way to the prosecutor's office with a broken leg, and in such a state that I could not wish that on anyone.

Sunrise is the beginning of a new day. Autumn represents death, and before long spring brings new life.

Despite all the horrors, and in between being treated criminally, cruel and unusual, I had the time at Narashino, and Chiba Prison to write several pieces that I had always intended to write, but never had the time to.

I wrote a novel that I had blocked out for a long time. The Restless Sea.
A book titled, The Last American Tragedy.
A dozen short stories, which I plan to release as a volume set titled, Songs of Heaven Sung From Hell.
I also completed the music, and a screenplay for a musical titled, In Search of the Eternally Elusive Everlasting Life.

Below are a couple links to samples of those short stories. Both written at Chiba Prison in between boughs of insanity, belligerence, refusal to cooperate on any level, being thrown in isolation chambers, drugged, and subjected to torture, cruel barbarism, and gross injustice.

That Damn Bird!
http://stackshortstories.wordpress.com/2014/02/17/that-damn-bird/

The Crazy Woman and the Fiery Snow.
http://stackshortstories.wordpress.com/2014/02/17/crazy-woman-fiery-snow/

And for my son.

Mako From the Uninhabited, and Unknown Eighth Island of Hawaii
http://nihongonews.wordpress.com/2014/02/13/mako-island-of-hawaii/

It's time to back up my files once again, wipe my hard drive, install the new Yosemite OS, and get that work out of those notebooks, and into digital form so I can prepare my work for final edits, and then back to completing the album that I was working on prior to this fiasco.

"It's time to cut the ropes, and let that corpus float."

SJ

**Dubois, Richard L**

**From:** Tokyo, CCU
**Sent:** Wednesday, October 22, 2014 10:14 AM
**To:** U.S. Embassy Tokyo ACS
**Subject:** From J[redacted] S[redacted] FW: Questionnaire response required

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

FYI

-----Original Message-----
From: J[redacted] S[redacted] [mailto:email@stackjones.com]
Sent: Wednesday, October 22, 2014 8:11 AM
To: FOIA Status; Tokyo, CCU
Subject: Questionnaire response required

10.22.14.

To: DOS/U.S. Tokyo Embassy
From: J[redacted] S[redacted]

I'm requiring the release of the following information, as it was not provided in the documents released under the FOIA.

During a visit to Chiba Prison, Thomas A. Duval took a photo that proved the abusive conditions that I was being held in.
A few of the documents released under the FOIA show that this photo, or photos were turned over to the Tokyo Embassy, and also given to an unnamed doctor. The conversation via email also shows that the consulate staff knew that I would be inquiring into gaining possession of those photos upon release. This was clearly communicated to Thomas A. Duval, the consulate representative I met at Chiba Prison.
This doctor was unnamed and remains so. I have requested his contact information, but those requests, which have been several have all been ignored. This is not acceptable.

The photos were given to Duval, and then to the doctor to make an evaluation regarding his professional opinion as to what caused the injuries in those photos, and whether they rose to the level of torture, and malfeasance.

The above information has been requested severe times, and I have received no response. That information is being sought for a civil liability action against the Japanese Ministry of Justice officials, and for a report being turned over to the UN on Japan's violations of treaties that the nation has ratified. There is nothing that can be done to help me in this matter, but I want to make sure this doesn't happen to anyone else, especially where Japan constantly holds foreigners in detention under false, or trumped up charges.

I need an official response to the above matter.

Please provide me with copies of those photos taken by Thomas A. Duval. I am also requiring contact information with Mr. Duval, as he may be called to give a sworn statement.
Who was the doctor, and provide his contact information because he may be called to give a sworn statement as well.
Further, what was his professional opinion regarding those photos?
Did the doctor consider what he inspected as a form of torture in violation of international protocols regarding the treatment of foreign prisoners which Japan has ratified?

---

Narashino police are refusing to cooperate with an investigation into their illegal conduct by the Tokyo Bar Association, the Japan Federation Bar Association, and with the attorney who is representing me in the Supreme Court case, with a deadline filing of Oct. 31st, 2014.

The same applies to the Chiba Prosecutors office.
Both agencies are refusing to provide my attorney with records that he has a lawful right to. There conduct is illegal, and this has been already filed with the Supreme Court.

One notebook the Narashino police are trying to withhold from the defense, is notebook No. 201410190. This notebook shows the police should have dropped the charge in the early stage of investigation but refused, and proceeded to file false charges. Further, the police chief is refusing to turn over that notebook claiming it would violate privacy rights. (Translate that into English, and this means "they're fucked) My attorney had demanded the release of that notebook, but Narashino police adamantly refuse. This book contains all of the station records, and includes records showing the dates the Narashino police, videotape recorded them using torture on Nov. 8th, 2013, as well as other dates.
We have obtained the hospital records, and the X-Rays, and no longer can the police deny their illegal conduct, and in fact in a questionnaire sent to the Narashino chief of police, by the U.S. embassy, he finally admitted to using torture techniques.

My question is, has either the Narashino police department or Chiba Prison returned questionnaires to the embassy? If so, I'd like to have copies of that information for my Supreme Court appeal, and for the application to the UN. I understand that I must apply for that information under the FOIA. But, I'd like to know if they had in fact responded. If they didn't, I'd like to have that for the record to show that the police and prison officials are not only refusing to cooperate with defense counsel, but the embassy as well. This too is in violation of treaties Japan has ratified with the U.S., and the UN.

There are several videotape recordings at both Narashino police department and Chiba Prison that show the use of torture. I think the embassy should be concerned about those videotapes and want to review them for obvious reasons.

What has been done by the U.S. government, namely the Tokyo embassy, and the DOS to obtain those videotapes/notebook records?

---

Medical records now prove that the Tsudanuma General Hospital prematurely removed a cast from my leg (Dec. 18th) the evening before the initial court trial date (Dec. 19th), in an attempt to collude with Narashino police and hide their criminal conduct. I was taken to TGH the evening before trial under the guise of having the old cast replaced because it was blackened by the filthy condition of Narashino detection center and it was to be replaced for the trial proceedings with a new one. Instead, when I arrived at TGH, the doctor was told by Guard B, who was most responsible for breaking the leg, along with his supervisor, and an unnamed police officer, to remove the cast permanently. After the Dec. 19th trial date, I was transferred to Chiba Prison, and never had a cast, or medical treatment again. The injury has not healed properly as a result of this illegal procedure.

The embassy, and DOS should be concerned with the extent of criminality that exists within Japan's governmental agencies. Especially since hate crimes are continuing to rise in Japan.

Further, when we contacted TGH to obtain medical records, which we had to pay for, we received medical reports that entirely omitted any information about a broken leg. We refused to accept that report and threatened a medical malpractice suit, and the hospital relented, and sent us another report that included a doctor's hanko over false information, and his hand signature including the correct information. There remain other discrepancies, such as the use of the term "hemmoroids" instead of internal bleeding. Narashino, and Chiba Prison cells have no furniture whatsoever. After sitting on the floor for a short time, I as well as others were bleeding internally. The pain was unbearable. Japan doesn't want to accept that keeping people in such barbaric condition amounts to torture, and duress, heaped on top of the fact that the police, and prosecutors constantly use force, threats, and intimidation including prolonging detention to obtain coerced false confessions.

Has the embassy contacted TGH, and protested their actions?

Please advise.

J[redacted] S[redacted]

This email is UNCLASSIFIED.

**Dubois, Richard L**

**From:** Tokyo, CCU
**Sent:** Friday, October 24, 2014 8:54 AM
**To:** U.S. Embassy Tokyo ACS
**Subject:** From Jack Stone FW: Okoshi Appeal Japanese

FYI

Privacy/PII
This email is UNCLASSIFIED.

**From:** J[redacted] S[redacted] [mailto:email@stackjones.com]
**Sent:** Thursday, October 23, 2014 5:30 PM
**To:** J[redacted] S[redacted]
**Subject:** Okoshi Appeal Japanese

10.22.14.

First, we are scheduling an evidence package review with the prosecutors office. We have a legal right to review that material under rules of criminal procedure to address issues related to the appeal. We told them we are brining with us an interpreter who can look at the docs and communicate with us in English. So, here is your opportunity to see the videotapes and phony reenactment photos, DNA presentation, etc. My wife will be present, and it could be a good time to take photos. As the prosecutors office.

Next, we contacted Okoshi, and asked him why he quit. This ended up being a communication issue, where he, not being able to speak English whatsoever, misinterpreted my words. I will still be filing a complaint with the TBA as to this matter. Regardless, I am preparing to send new material directly to the Supreme Court, (intoxicated guard confrontation with embassy consulate Leslie Glass, photo take by interpreter on day 46, which prosecutors and police failed to record, medical records, etc.. I will be including numerous constitutional questions, such as "When one is being detained, and not yet charged with any crime, and they seek to contact their pregnant fiancé/wife to minimize damages to the health of the unborn fetus, and to protect the mother's health during this stage, can the police/prosecutors refuse to contact that innocent third party, and use the signing of a false confession as a form of duress in order for that detainee to be allowed to contact that innocent third party? In that, do the p/p really yield so much power that they can threaten the health/safety/life of an unborn fetus, where the fiancé/wife has no knowledge of where her fiancé/husband is, and where this level of stress had been medically proven to cause miscarriage and stillbirth? Other constitutional questions will address the issue of a speedy trial, preservation of evidence on behalf of the detainee/defendant, the use of illegally collected evidence applicable to the exclusionary rule, etc.

My filing should embarrass any lawyer in Japan that can't win a case. I have argued only two cases in front of a judge, and won both cases. Yet, the three attorneys that have represented me, all with years of experience, do not have a single win between them. Kushida practicing for more than 10 years, Kato 8 years, and Okoshi 20+ years.

Do I expect to win? No, I'm dealing with racist criminals that have failed to look at any evidence whatsoever at any stage of this case. In that, finalizing the criminal aspects of this case, opens the door for me to file civil actions in Japan, and abroad. Further, the UN has expressed that all appeals in this matter must be exhausted before I can file a petition with the UN.

Attached is Okoshi's appeal statement to the SC.







**Dubois, Richard L**

**From:** Tokyo, CCU
**Sent:** Friday, October 24, 2014 8:56 AM
**To:** U.S. Embassy Tokyo ACS
**Subject:** From J[redacted] S[redacted] FW: Communications with Prosecutor

FYI

-----Original Message-----
From: J[redacted] S[redacted] [mailto:email@stackjones.com]
Sent: Thursday, October 23, 2014 7:19 PM
To: J[redacted] S[redacted]
Subject: Communications with Prosecutor

10.23.14.

We have been contacting the prosecutor's office on a daily basis demanding to see the evidence so it can be addressed in my motion to the Supreme Court.

We are keeping a record of dates, times, and names of those who we communicate with.

The prosecutor's office responded today by saying that "Defendants can look at evidence after the court proceedings are finished." Translated into the English language, this means that the prosecutor is attempting to repress evidentiary material that is in their possession, and that we know is in their possession for no other purpose but to obstruct justice for an appeal to Japan's Highest Court.

This official statement, given by the prosecutor's office representative is in violation of Criminal Code 281 (4)(5), which requires the prosecutor to turn over all evidence in their possession to the defense for any trial related matters. When we consulted with former prosecutor, Hiroshi Ichikawa, he stated that the prosecutor is violating the law, and these are clear constitutional questions that are raised, and that the code stated above does in fact require the prosecutor to turn over all evidence in their possession to the defense.

Again, the prosecutor has stated that they don't want us to turn that information over to the media.

Is this not very much suspect?

The language is clear, and it should be clear to anyone that is following this case that the prosecutors are attempting to cover up their criminal conduct, especially related to evidence in their possession that has not been released at any trial proceeding for review. The same applies to the Narashino police who are refusing to hand over the records of my detention.

Is this not very much suspect as well?

Our continuous demands have THEM on the defensive.

The prosecutor's office is now saying they will contact our attorney to discuss us being able to view the evidence in their possession.

Refusing to turn over this evidence is obvious, as they are attempting to hide information that we have become aware that is in their possession, and that they had not turned over to the lower court defense attorney. This goes to constitutional questions of presenting an adequate defense, competent counsel, and having a fair trial, and illegal prosecutorial conduct.

These constitutional questions will be raised in my appeal to the Supreme Court.

There are so many constitutional questions, and invalid actions by government officials in this case that I could close my eyes, spin around three times, and play pin the tail on the constitution and hit some relevant issue.

We will continue to contact the prosecutors office, and demand to see the evidence that is in their possession.

Before I turn in my final appeal, I will make a personal visit to the prosecutors office, and videotape their response to refusing me access to their records.

J[redacted] S[redacted]

Privacy/PII
This email is UNCLASSIFIED.

**Dubois, Richard L**

**From:** Tokyo, CCU
**Sent:** Wednesday, October 22, 2014 10:08 AM
**To:** U.S. Embassy Tokyo ACS
**Subject:** From J[redacted] S[redacted] FW: Okoshi's Supreme Court Appeal Statement Translation

FYI

This email is UNCLASSIFIED.

**From:** J[redacted] S[redacted] [mailto:email@stackjones.com]
**Sent:** Tuesday, October 21, 2014 7:18 PM
**To:** J[redacted] S[redacted]
**Subject:** Okoshi's Supreme Court Appeal Statement Translation

On Sept. 30th, 2014, my wife received a phone call from Okoshi, the Supreme Court attorney that was appointed to handle the appeal of the lower court conviction of two counts of petty assault. Since hearings in Japan cannot be held without a Japanese attorney, we contacted the Supreme Court via telephone to find out what to do next. We were told to wait for a response from the court. We never received that response. Instead, on Oct 21st, 2014 I received a letter in the mail by attorney Okoshi that the Supreme Court rejected his dismissal, and instead, he submitted an appeal to the Supreme Court, having never once communicated with, or even met with me regarding the facts of the case. Okoshi gave his appeal statement to the court to protect his own Interest, not that of his client. This is in direct violation of the Lawyer Act, Article 1.

The filing deadline was October 14th, 2014, a mere two weeks after Okoshi gave notice that he had quit. Okoshi submitted his appeal statement without any supporting evidence whatsoever. He merely gave the court a three page document, which addressed none of the core constitutional or procedural issues that mattered the most. He cited no applicable laws other then briefly mentioning Article 31 of Japan's Constitution. Again, and again he stated there were law violations, but never provided any Criminal Codes, or Criminal Procedures that he states were violated. The filing deadline was Oct. 14th, which happened to be my 56th birthday. On Oct. 16th, after the filing deadline, we learned that Okoshi had reinstated himself as my attorney, never gave notice of this, and submitted the appeal. My wife and I immediately dropped everything, and went to the Supreme Court, filed a complaint, and a motion to have the deadline moved forward, so I could provide the court with real evidence, documents, photographs, communications, etc. On Oct. 21st we received a statement from the Supreme Court that they approved my motion for an extension, and gave a deadline of Oct. 31st, 2014. I can clearly recall last Halloween being locked in an isolation cell, being starved, already bleeding internally from being placed in an isolation cell, 24/7 that had no furnishings. The cell was tatami mat that was covered in a thin green plastic that made the floor unbearable to sit on. By Oct. 31st of 2013, I also been hospitalized four times as a result of physical torture heaped upon me, courtesy of the Narashino police, guards, and prosecutors at the detention center that exists at the police station. Even during these hospitalizations that included kidney failure, I was dragged to interrogation rooms to sign false confessions, and taken in cuffs, and roped to the prosecutors to be interrogated, and threatened further with endless prepared false confessions presented for me to sign.

Regarding Okoshi's interpretation, it was performed by my wife, and according to her, she said that even in her native Japanese some of the language in the document is difficult to understand, or interpret. She stated that the language was arcane, and often was vague, or ambiguous as to its meaning. Further, Okoshi's statements were incomplete, non-linear, and would refer to someone, or some office, but not state who, or what office he was addressing.

The following is a chronological breakdown of what was in Okoshi's appeal statement. Please, keep in mind that this is not my appeal, and I had no prior knowledge of this appeal being released. Many of the "facts" in his statement were heard by me for the first time. Those facts, as presented by police, and prosecutors have mired their claims in even more shit, as more lies have been heaped upon the others. Ironically, most of what has been stated by the victims, and a witness are blown out of the water by a cursory inspections of videotapes that the prosecution refuses to release. Of course, I will be asking Japan's highest court to finally address the real evidence that no judicial officer has yet to bother to look at. I have added numbers to break down the initial issues addressed in Okoshi's argument.

1. Narashino police are required to keep records while someone is being detained and interrogated. Okoshi demanded Narashino police turn those records over to him to address procedural violations of law. Narashino police refused to cooperate with Okoshi regarding any aspect of the case, and produced nothing. Okoshi told Narashino police that he was the attorney representing the defendant for the Supreme Court appeal, even so, they still refused to provide Okoshi with anything. Okoshi wrote this is a violation of law, and said this was a clear showing that the Narashino police are attempting to cover up their criminal conduct. (Okoshi cited no criminal code as to what that law violation is purported to be.)



STATE-1081

2. Okoshi stated that it is a fact that the Narashino police tortured the defendant, resulting in serious injuries. As a result both the police, and prosecutors violated the defendant's rights. (No citation as to what procedural, or constitutional law was violated.)

3. Okoshi stated that the police, and prosecutors early on were fully aware that the facts supported the defendant's position, and refused to do a proper facts investigation into the case. Okoshi cited Article 31 of Japan's Constitution which reads, No person shall be deprived of life or liberty, nor shall any other criminal penalty be imposed, except according to procedure established by law.

4. Regarding the details of questioning at trial: The defendant's lower court statement is not reliable because he kept detailed notes that go against the in court statement. An example is where the defendant noted that the police used two black nylon ropes to tie him up by his legs, separating his knees, resulting in a broken right leg, while attempting to force extract a false confession. The defendant experienced so much malfeasance, that he recorded it in great detail. The illegal custody methods caused great mental, and physical suffering, and as a result his in court, lower court statement is therefore not reliable.

5. In the lower court the defendant was unable to make any statement regarding the use of torture to extract false confessions, and other illegal conduct because the defendant was being held by those that tortured him in detention, and was suffering greatly mentally, and physicallt as a result of that treatment.

6. Narashino police notebook No. 201410190. This notebook pertains exclusively to the defendant while being held in detention. This includes the interrogation notes, case information, and injuries suffered while in custody. There are no entries of violations to the defendant, or any statements whatsoever regarding injuries the defendant sustained while in custody. The police refuse to release this notebook to Okoshi stating that they are worried about an invasion into the defendant's privacy, and therefore refuse to turn it over to the defense counsel. Okoshi said the law permits him to have access to that notebook because it is evidence of proof of procedural violations, and that Okoshi being the defendant's lawyer needs that information for the Supreme Court appeal. Still, the Narashino police refuse to release that information. (There is no citation as to what code the Narashino police are in violation of.)

7. In a statement provided to the court by the station employee (?) (Sept. 12th incident), he admits to pushing the defendant first, and the defendant responded by pushing him back. The defendant stated that, "The worker pushed me, so I pushed him back." This shows that the defendant did not accept that he was the guilty party. This statement is consistently clear from the beginning of the investigation, and in every interrogation, the defendant repeated the same information, and never signed any confession. The defendant also constantly stated that he never spit on the station employee (Oct. 19th incident). From Oct. 19th, 2013 the notebook (unknown what notebook Okoshi is referring to) the defendant continuously stated that he did not spit on the station employee. On Oct. 19th, the police prepared a confession statement which was read to the defendant, and he refused to sign it. On the same date, Oct. 19th, the defendant's statement said, "Two weeks earlier a station employee was following me, and when I passed through the gate, the station employee grabbed me from behind, which caused my folding bike to fall down. So, I felt fear." Regardless, the police prepared signed confessions for the defendant to sign, but he refused to sign them because he said, "These are not my words. These are your words. This is not my statement."

8. On Oct. 28th, 2013, Prosecutor notes show that the defendant said "I spit at a garbage can that was on my left, and behind the station employee." Another statement recorded said, "Maybe my spit may have come in contact with the station employee, but I didn't spit at the station employee." The defendant said, "I had no intention of spitting on the station employee." But in the defendant's lower court statement, he "admitted" the facts, but his words were stated in a clearly vague, and ambiguous manner that the court should have never interpreted as a confession.

9. In a lower court statement the defendant was asked by the judge if he was guilty, the defendant said, "I can't fight this." This is not an admission of guilt. This was stated because he was clearly being held in an abusive situation. Further, the defendant was a foreigner, and couldn't understand the Japanese language that was spoken during the lower court proceedings. The lower court judge should have admitted that there was inevitable problems with the reliability of the in court statements, there were also interpretation issues, and the judge should have recognized there was something wrong when the defendant said, "I can't fight this." Instead of maintaining that this was a statement of guilt.

10. If the defendant hadn't admitted the facts, the prosecution would lose the case. The prosecutor had authority, abused it, and performed an illegal investigation.

Translation from online service. "The abuse of power by the prosecution is unacceptable. They lost control, and failed to investigate this matter properly, and no amount of state compensation could repair the damages suffered by the defendant."

11. The lower court attorney, Kushida made an in court statement saying the sentencing was unjust. Kushida insisted that the defendant suffered mental, and physical suffering while held in custody. (Someone) didn't investigate. Further, the court (which court the lower court, or High Court?), did not investigate as to the severity of the sentencing, which was clearly unjust. The assault against the defendant, and the injuries he sustained show the sentencing is unfairly heavy.

12. If the defendant's statement was investigated, the violation, his injuries, and sentencing is clearly excessive. The prosecution was invalid, and the case should have been dismissed against the defendant during the investigation. This is contrary to justice, and the defendant's rights. (No citation as to what the law is that was violated.)

13. On Oct. 19th, at the time of the defendant's arrest, the station employee's appearance showed that he had a minor injury on the right side of his forehead. There are two photos provided by the prosecution that show this injury. On Oct. 25th, the station employee made a company report regarding the incident, and only talked about the spit. He never discussed any other injuries. No mention was made about this forehead injury on Oct. 19th. It was only made after the police, and prosecution began communicating with the station employee, and only after the defendant kept refusing to sign, or put his fingerprint on false confessions. It's unnatural the station employee made an office report on Oct. 25th, and did not mention

receiving a forehead injury on Oct. 19th. (Basically, this means the station employee never discussed any injury until after the police began communicating with him.) The original charge was a spit, which was later elevated to include three punches. This is suspect. There are also no video recordings of any of these punches. (Only photo reenactments made by a police officer, who participated in breaking the defendant's leg, and the station employee.)

14. On Oct. 21st, the defendant requested and attorney, but police, and prosecutors refused to provide one. The defendant continued to refuse to sign false confessions. It's important for a defendant to have an attorney during the investigation stage. This shows the police, and prosecutors invaded the defendant's right to choose an attorney to represent him. At this point, the investigation is illegal, and the defendant's leg is then broken, and (they) invaded the defendant's right to have an attorney. The defendant's rights should be admitted under law.(There is no citation of law, but Okoshi is referring to Article 34, the immediate appointment of counsel.)

15. The two train workers work for the same company. This should be of concern to the case because they can prepare statements to the police, protect each other, and make statements that give them an advantage over the defendant. The station employee's don't understand English, and they misunderstood the defendant's words were not insulting. As a result, because the station employees do not understand the true words, or their meaning, the station employee could tell the police the defendant's words were worse than what was actually stated.

16. After two months into the investigation, a "witness" suddenly appeared, and gave a detailed statement about the case. The details spoken are unnatural, and suspect.

17. The station employee claimed the defendant spit on the middle of his chest. But the station employee was wearing a tie, so how could he get the defendant's spit on the center of his chest? It's unnatural.

18. On Oct 19th, defendant's DNA was found on the station floor by the police. This is located where the defendant said he spit. On that same day the station employee gave his shirt to the police. But, on Oct. 29th he (whoever he is) tried to find the spit on the shirt. Fir ten days the police, and prosecutors could not discover the defendant's spit on the shirt. Yet, ten days later, the shirt was checked, and that is when the DNA appeared at the center of the shirt.

19. Photos and security camera. Police removed 22 stills from videotape recorded at the window. Photo number 17 shows what the police claim to be when the defendant spit on the station employee, but the video still is unclear. On the concourse there is a security camera that shows the station employee wearing a hat, and the defendant engaging in no violation of law.

20. A coworker claims he saw the defendant spit on the station employee. He thought this was a dangerous situation. He said as the the station employee, and the defendant left the window area, he followed them. But, the coworker said he did not see the defendant punch the station employee, only that the defendant picked up the station employee's hat, and glasses, and tried to give them to the station employee, which he refused. This statement is very unnatural because if he followed the defendant, and station employee he would not only see the defendant pick up the glasses, and hat, but also the assault.

21. On the way to following the defendant, and the station employee, the coworker returned to call for help. But, this is an unnatural action.

22. It was 9:00 a.m. on a Saturday. The station was crowded. It's unnatural that there are no witnesses to corroborate the station employees statement being that the station was crowded at the time.

23. Spitting at a garbage can is not an intentional act that is required for an assault charge.

24. The sentencing is unjust. The lower court said the defendant's actions were evil. The station employee said he wanted exact punishment given to the defendant. They never received any consolation money, or an apology from the defendant. They never saw the defendant's regret.

25. The defendant doesn't have a history of criminal activity, and he has a Japanese fiancé, and he has a child, and this is a first judgment.

26. The defendant doesn't understand Japanese, making it difficult to communicate. On the other hand, the Japanese worker doesn't understand English either, and misunderstood the defendant's words.

27. The defendant thought he could get his bike in the station, but the station worker suddenly stopped the defendant, and his folding bike quickly fell down. The defendant thought this was a serious violation on the part of the station employee.

28. Oct. 28th. The prosecutor's notes show the defendant's statement that the station employee kicked the defendant, and the station employee also tried to punch the defendant, but the defendant tried to avoid begin punched, and the station employee's glasses fell down. The defendant picked up the station employee's glasses, and tried to hand them to him, but he refused to take his glasses from the defendant.

29. The defendant thought he was the victim.

30. The Tokyo Bar Association is investigating the Narashino police misconduct, but the Narashino police refuse to cooperate with them.

31. We can't see the use of any abusive words from the defendant in the videos. But, in court, the defendant final statement was that he must learn Japanese, and that he regrets what happened.

32. Any penal servitude is unjust, and considering the defendant has a family, the punishment should have been a mere monetary fine.

**Dubois, Richard L**

**From:** Tokyo, CCU
**Sent:** Monday, October 27, 2014 8:56 AM
**To:** U.S. Embassy Tokyo ACS
**Subject:** FW: Kick Wound Photo Finally Released

FYI

**From:** J[redacted] S[redacted] [mailto:email@stackjones.com]
**Sent:** Friday, October 24, 2014 6:12 PM
**To:** J[redacted] S[redacted]
**Subject:** Kick Wound Photo Finally Released

10.24.14.

Overview:

A photo taken on day 46 in detention by court appointed interpreter Shoko Doi with a cell phone is attached to this communication. Attorney Kushida was present when this photo was taken, and it would later be turned over to Kushida by Ms. Doi as evidence that I had been assaulted by station employee Ogura. Kushida never presented this photo at the lower court trial. In fact, Kushida presented no evidence whatsoever, including the two videotapes that the prosecutor had turned over to him, that he was in possession of, and which clearly showed the charge of assault was fabricated, and that DNA samples could only have been in the location they were discovered through police and prosecutor malfeasance. The videotape shows that the DNA sample was planted to aid in obtaining a knowingly false conviction.

Incident:

On Oct. 19th, 2013, in the initial minutes of detention, police began taking photos, and had already begun staging a phony reenactment. They had me place my bag over my shoulder, and took photos of my hands, which they were sure would show that I had punched Ogura as he had claimed. The photos of my hands clearly show that I had not engaged in any physical altercation. This bothered the police, as it was already clear in the opening moments at the Narashino station that there was no injuries, swelling, or reddening on either hand to show that I had engaged in an assault. Anyone that punched someone three times, would have received some sign of injury, swelling, or reddening on the hands. There was none.

Ogura, had claimed that I punched him with both hands, yet both of my hands were occupied in one of the two videotapes that was in Kushida's possession. The videotapes shows that my left hand held the 360 yen ticket that the police also took a photo of, and which I still have. (See below) The police would then take my bag which was filled with many things such as a cell phone, wallet, medical devices for my injured leg, prescription drugs, gauze tape for my leg injury, a pen, coins, an iPhone, headphones, and a lunch that included a bottle of Kirin Lemon Tea, bakery goods, two tangerines, and a pear, empty it, and force it over my shoulder. None of the food items were damaged when they were removed from the bag. And in the photo the bag appears thin. In fact, the bag was bulging when it was being carried.

I was carrying the bag, and told this to the police, so they forced me to put the bag over my shoulder, and took the photos, making it appear that the bag was strung across my shoulder at the time of the incident. The

videotapes released by Keisei Electric Railway Company would show the bag in my right hand, and the ticket in my left hand.

During the photographing of my hands, body, bag, etc. I requested the police take photos of the kick wound I received by Ogura. This was the second time the police were shown this kick wound. The first time was in the police car when I first noticed that the blood had dripped down to my socks. The police refused to photograph this injury, which showed that I had been assaulted. Blood dripped down my leg all the way to my socks, and was soaking into the sock. The police would refuse to take that photo, and preserve as evidence in their "unbiased" investigation.

Subsequently, I asked, and later demanded the prosecutors, during numerous interrogations, to take photographs of this kick wound, and preserve it as evidence. I would also ask, and demand from three different pretrial judges to have this kick wound preserved as evidence for trial.

The police, prosecutors, and three pretrial judges all refused to record, and preserve this evidence for trial. They would also deny me legal counsel for 36 days.

On day 46 days at the Narashino Detention Center, attorney Kushida arrived at the station with a court appointed interpreter named Shoko Doi. I asked Kushida to take a photo of this kick wound, which was still obvious, and had not completely healed. Kushida said he had to leave his camera with police, but they had not asked Ms. Doi to do the same. Ms. Doi took the following photo with her camera, which was a small, thin, white camera, not an iPhone, or other kind of smart phone.

The photo taken on day 46 clearly shows that I received a significant injury by Ogura, who claimed that he engaged in no assault. I had also told police, and prosecutors that he kicked and punched exclusively with his left hand, and leg, and assured them that he was left handed. In the phony reenactments made with Mizokuchi, the corrupt cop, and Ogura, Ogura is always using his left hand in demonstrating what he claims happened. I went into details with the prosecutor about Ogura being left handed. All of this was ignored entirely.

Whey lawyer Okoshi received the evidence package from the lower court defense lawyer, Kushida we asked Okoshi if the package included a photo of the kick wound. He said no. Okoshi told us that the photo was missing, and he said that this made him speechless, and wondered why Kushida would intentionally remove the photograph from the defense package. We did too.

We contact Kushida and under the threat of a malpractice suit against the Subaru Law Firm from which he was employed, he immediately agreed to mail to us the photograph. Attached is the photo and Kushida's letter that came with the photo. We have photographed the envelope as well, but not included that in this communication.

This raises issues of competence, and that Kushda had refused to submit to the defense copies of all evidence in his possession. He cited Criminal Code 281 (4)(5), as the reason he would not turn over copies of the evidence that he had in his possession. We consulted with defense attorney Hiroshi Ichikawa, who was a former prosecutor, and showed him this code, and if this precluded Kushida from giving the defendant copies of defense material to prepare for an appeal to the Supreme Court. Ichikawa studied the code, and confirmed as we had already that the code requires all evidence in possession of the prosecutor to be turned over to the defendant, or the defendant's attorney for any proceeding, including appeals.

This raises another question. If Kushida was not allowed to turn over any evidence according to the code that he improperly cited, then he was precluded from turning over to the defendant any evidence, and this would include the photo of the kick wound discussed above.





**Dubois, Richard L**

**From:** Tokyo, CCU
**Sent:** Friday, October 24, 2014 8:56 AM
**To:** U.S. Embassy Tokyo ACS
**Subject:** From J[redacted] S[redacted] FW: Center for Prisoners' Rights Japan

FYI

Privacy/PII
This email is UNCLASSIFIED.

**From:** J[redacted] S[redacted] [mailto:email@stackjones.com]
**Sent:** Thursday, October 23, 2014 7:31 PM
**To:** J[redacted] S[redacted]
**Subject:** Center for Prisoners' Rights Japan

Center for Prisoners' Rights Japan
cpr@cpr.jca.apc.org
03-5379-5055

The CPRJ has agreed to send me back the original document, which details the use of torture, coerced false confessions, and cruel and unusual conditions at the Narashino Detention Center. To assure that it is accurate information, I have requested them to include the date they received it, and the date they returned it to me, as I had successfully received from former prosecutor Nakamura who received a similar, detailed account of the treatment of detainees, especially in my case.

This documents supports what was already released under the FOIA to the U.S. Embassy, the JFBA, TBA, former employer, etc.

JS

**Dubois, Richard L**

| | |
|---|---|
| **From:** | Tokyo, CCU |
| **Sent:** | Friday, October 10, 2014 8:21 AM |
| **To:** | U.S. Embassy Tokyo ACS |
| **Subject:** | FW: emails to employer prior to detention, and station employee's extortion attempt |
| **Attachments:** | Picture of bicycle I "thrust" at the station employees head; Kushida defense lawyer removing evidence from defense package before sending it to supreme court defense lawyer ; Emails to wife regarding station worker's assaultive conduct prior to detention; Medical docs that show injuries |

Dear SCS,

We are forwarding e-mails we received from Mr. S[redacted] this morning.

Thank you.
-CCU/[redacted]

**From:** J[redacted] S[redacted] [mailto:email@stackjones.com]
**Sent:** Friday, October 10, 2014 5:52 AM
**To:** J[redacted] S[redacted]
**Subject:** emails to employer prior to detention, and station employee's extortion attempt

From: Azalea 佐倉校 <sakura@azaleaenglish.com>
To: <email@stackjones.com>
Re: Tsudanuma Station Employees
February 14, 2014 6:34 PM

Hi, J[redacted]

The station employee you had trouble with your bike called me up.
He said he, and his station master is demanding you to give them money.

I told him J[redacted] may leave Japan in a few months and he doesn't have money.

I think that made them give up to do so.

Hitomi

From: J[redacted] S[redacted] <email@stackjones.com>
To: Azalea 佐倉校 <sakura@azaleaenglish.com>
Sent: October 05, 2013 12:56 PM

Subject: Quitting 10.4.13.

10.5.13

I do not feel well.

I must find alternative transportation because I cannot walk those long walks. My leg is not healing.
Also, I must protect M[redacted] she is 7 months pregnant and leaves her job Nov. 15th. She is due Dec. 27th, and her family is giving me great pressure, people that refused to acknowledge me for 6 years, suddenly want to pry into every aspect of my personal life.

Further, I cannot accept Tsudanuma station staff treating me with great disrespect any longer. I have asked you to intervene and stop them, but you have not. You advertise at many stations on that line, and Tim told me they made great trouble for him too. Why don't you talk with their supervisor?

The following are pieces of my personal history working, and residing in Japan.

**NO DISCERNIBLE CLASSIFICATION**

1. First employer attempted to steal ¥ 540,000 from me. I brought the matter to the labor board, and got paid.
2. Second employer stole ¥ 720,000. In the course of my investigation I learned this person stole money from his former office manager, and 21 other teachers. Yet, Fukui City, and immigration, well aware of the level of fraud that guy was pulling, and the manner in which he was endangering instructors, never took any action. Finally, that guy was put out of business. I only collected ¥ 50,000 of what was owed to me.
3. The third company I worked for attempted to steal ¥ 780,000. I brought the matter to the labor board and got paid.
4. I was violently attacked at a Shell gas station with two metal pipes for nothing more than washing my car, and getting gas in Moriya City.
5. I was attacked by a Nagano bus driver when doing an article on Jigokudani Yaen Koen for Tokyo Weekender. I proved this, as every Japanese employee at the bus station agreed with what I stated were the facts. The company paid me ¥ 50,000, sought to fire the man, and asked me not to give them any negative publicity. I told them not to fire the bus driver because he was nearly 60 (like me), and it would be difficult for him to find new employment and he'd suffer too much as a result of his criminal activity. They agreed not to fire the man. I still have all of those communications with the racist bus driver's employer.
6. I have been attacked on other occasions, refused service at restaurants, often treated terribly on trains, by government officials, immigration, etc. Purely race hatred. Tim, your former teacher suffered the exact same racist treatment, and that is why he left Japan. There are numerous articles about these escalating hate crimes, and your courts and politicians never take any action, instead they support it.
7. I was hit by a car, as you well know. I requested a copy of the street video to prove what happened, and nothing was done about it. Not only did the police station not take anything that I said into consideration, they refused to acknowledge that a video existed, and instead made a false police report, trying to blame me for being hit by a car while walking in a crosswalk, and having the right of way. The police, as you well know refused to arrest the man because they said, "His job is driving, and if we arrest him, he will lose his job." I was walking to work at the time. This has caused great suffering to my leg that you know was already damaged, and was already having issues with walking.
8. As you know, I purchased an expensive bike to alleviate pain to commute to work, and hoping this would help heal my leg. Once again, I was attacked at the station by a train employee, after I had already verified that transporting that bike on the train was permissible. This was even communicated with you, at your home, the night before. The man was not a crazy homeless person as you told me your students said. He was a train employee! He was 100% out of line. That is why I decided to quit yesterday.
9. The car that I purchased, the one in your mother's driveway - I paid for it in full, purchasing it from a car dealer, and never received any of the documents, transfer of title, etc. Because of this, I am unable to drive the car, and I cannot get shaken for it without documentation. Now, I have to purchase yet another car, and hope for no more issues of fraud. The dealer transferred the title into his own name, and then attempted to steal the car from my driveway late in the night when he thought I was sleeping. He was caught in the process of entering the vehicle with a second key. When he was arrested, and taken to the police station, and I proved all of the paperwork, payment, etc. Nothing happened! The police just let him go. This is your Japan. This is your real Japan.
10. The Pink Bicycle story where I refused to cooperate with police after a man totaled the car I was driving in Fukui... He called his two buddies, and all three got into an ambulance claiming to have severe neck injuries. After refusing to cooperate with police, the insurance company investigated those three men, and found they had done this three times in only a one month period. Finally, the police listened, but not to me, they listened to the insurance company regarding the insurance scam. I didn't get a ticket or have to pay any fine. The insurance company thanked me because they didn't have to pay out on those fraudulent accident claims.

Foreigners come to Japan loving the country, and what they perceive is a peaceful culture. Instead, we end up with great anger, defensive, and victimized. Many that I know leave here hating the country. I take beautiful photos, and write articles that show only the good side of this country. I need to start telling the truth.

I have a law degree, and I've had this much trouble? I can only imagine how terrible it is to live in Japan is for "snack bar" Filipino girls, and Brazilian laborers.

From: Azalea 佐倉校 <sakura@azaleaenglish.com>
To: J[redacted] S[redacted] <email@stackjones.com>
Sent: October 07, 2013 5:32 PM

Hi, J[redacted].

Are you sure you want to continue this job? You staging a walkout caused us a lot of problems.

Hitomi Katsuyama

From: J[redacted] S[redacted] <email@stackjones.com>
To: Azalea 佐倉校 <sakura@azaleaenglish.com>
Sent: March 28, 2014 7:49 PM

I will not be in Usui on Saturday. I will be with my son. I have no obligation to meet with you. I no longer work for you.

When I discussed with you the poor treatment of the train staff at Keisei Tsudanuma, numerous times, you took no action, even though you were an advertiser at that station, and had the power to prevent any further altercations. Just like with the documents you were to prepare for unemployment, you took no action.

Tim Havill-Austin told me that you also knew he was being harassed by those same train staff criminal racists. Further, you told me that you had two students witness what happened, and said that they communicated to you what they witnessed, and saw the guy pushing me around, and that you said he wasn't a train staff employee, he was a homeless bum with psychological problems. I asked Kushida to get that information from you, but you lied to him, and suddenly changed the story, claiming it was Akimoto that "witnessed" what had happened, and then had her write a false statement and

gave it to Kushida. Akimoto didn't see what happened, and you know it. That statement she prepared, and gave to Kushida is a false statement that was intended to be used to deceive the court. It was prepared so you wouldn't have to get your students involved for fear of losing yet more students. Well, they are involved, and I will do everything in my power to have them called to testify as to what they witnessed. They surely didn't see me doing anything wrong. All they saw was me shouting for police help, and the supervisor coming and sending the liar racist train employee away, and letting me board the train.

I have a new attorney at this time. You will need to explain this false information to him.

Besides all of that, the following are matters that must be resolved.

1. You were legally required to provide me with documents related to unemployment. You did not. This cost me 80% of my salary for a two month period. You were aware I needed those documents to provide for my son, but you ignored those numerous requests.
2. You fired me, under Japan's labor law you are required to pay one month salary.
3. My car is damaged from the collapsed car port that was held up by mere wires. The insurance that I paid you for must pay for that damage.
4. You have charged me for a false consumption tax on the rent of this home, at a rate is 2500 ¥ a month. I have overpaid that for 11 months. I expect to be reimbursed for that. There are no consumption taxes on rental property.
5. Cease communicating with Miyuki.
6. You have two full months deposit on the lease of you mother's house. Given all the fraud involved in this job, and housing I want that reimbursed.
7. Regardless of your trust in me, you have legal obligations that you have not fulfilled, regarding labor laws, property lease, social security, pension, health insurance, etc. These need to be resolved immediately.

NO DISCERNIBLE CLASSIFICATION

**Dubois, Richard L**

**From:** J[redacted] S[redacted] <email@stackjones.com>
**Sent:** Friday, October 10, 2014 5:53 AM
**To:** J[redacted] S[redacted]
**Subject:** Picture of bicycle I "thrust" at the station employees head

I finally received the lower court document in September, some seven months after the decision. In the decision the station employee admits to pushing me, grabbing my bicycle from my arms, and it falling to the ground. All of this was done, prior to me "pushing" him away from me.



NO DISCERNIBLE CLASSIFICATION

**Dubois, Richard L**

**From:** J[redacted] S[redacted] <email@stackjones.com>
**Sent:** Friday, October 10, 2014 5:53 AM
**To:** J[redacted] S[redacted]
**Subject:** Kushida defense lawyer removing evidence from defense package before sending it to supreme court defense lawyer

Lawyer Kushida removed evidence from evidence package he sent to Okoshi. He removed the photo of injury caused by Ogura. A kick injury to my left leg. The photo was taken through the interview window by Shoko Doi the court appointed interpreter. It was taken on day 42, or 46 of detention. This is the kick wound the prosecutor, police, and three pretrial judges refused to record/preserve for trial.

Toou Kushida
Subaru Law Office
3-10-4 Chuo, Chuo-ku, Chiba-shi, Chiba-ken
260-0013
043-222-5854/043-222-5853

7.17.14.

I asked for evidence package to prepare for appeal. He said Criminal Procedure rule 281 (4) and (5), and refused to turn over evidence.

NO DISCERNIBLE CLASSIFICATION

## Dubois, Richard L

**From:** J[redacted] S[redacted] <email@stackjones.com>
**Sent:** Friday, October 10, 2014 5:52 AM
**To:** J[redacted] S[redacted]
**Subject:** Emails to wife regarding station worker's assaultive conduct prior to detention

From: J[redacted] S[redacted] <email@stackjones.com>
To: M[redacted] S[redacted] <me_u_kis@yahoo.co.jp>
Sent: October 04, 2013 10:06 PM

i cannot keep working for azalea. i quit today, i walked out.
i'm tired of being attacked by those racist bastards at the train station.
it's making this job too difficult. i can't stand using that station.
you know i tried telling katsuyama how bad it is. but she doesn't do anything about it.
i don't need to live like that.
i'm tired of being treated poorly by the racist pigs in this country.

From: M[redacted] S[redacted] <me_u_kis@yahoo.co.jp>
To: J[redacted] S[redacted] <email@stackjones.com>
Sent: October 04, 2013 10:09 PM

please don't quit your job! we have baby coming soon.

i cannot work then. you must take care of this family.

From: J[redacted] S[redacted] <email@stackjones.com>
To: M[redacted] S[redacted] <me_u_kis@yahoo.co.jp>
Sent: October 04, 2013 10:12 PM

this has been going on for a long time.
i hate working in this country.
everyone i know hates working in this country.
too many japanese are racists. and you know it.
how many times have you seen this when we are together?
i will not be attacked anymore. after being attacked by the bus driver in Nagano. i will tolerate it no more.

i don't want to raise a child in a country of ignorant, and hateful racists.
i don't want to raise a child in a country where my child will be an outsider, bullied, and segregated.

From: J[redacted] S[redacted] <email@stackjones.com>
To: M[redacted] S[redacted] <me_u_kis@yahoo.co.jp>
Sent: October 18, 2013 10:34 AM

i don't want to go to work.
i will quit soon i want to go back to driving my car, and avoid train stations.
i don't like using that station.
i'm very angry that i have told katsuyama many, many times about those guys, and the only thing she cares about is money.

it's ridiculous, even her students told her i was attacked by a crazy guy. instead of her accepting that it is the station employees, she keeps telling me that it was a homeless guy with mental problems.

i'm tired of being disrespected and harassed. besides the long walks are causing me too much leg pain. every day i go to work, and the first thing i do is ice my foot. then i have to do the same thing when i go home.

From: M[redacted] S[redacted] <me_u_kis@yahoo.co.jp>
To: J[redacted] S[redacted] <email@stackjones.com>
Sent: October 18, 2013 10:37 PM

we have a baby coming soon.
if you want to find another job, you should first wait for a new offer.

it is not time to look for another job.
you met my family only a few days ago. right?
they don't refuse us.
we must prepare many things.

NO DISCERNIBLE CLASSIFICATION

**Dubois, Richard L**

| | |
|---|---|
| **From:** | J[redacted] S[redacted] <email@stackjones.com> |
| **Sent:** | Friday, October 10, 2014 5:53 AM |
| **To:** | J[redacted] S[redacted] |
| **Subject:** | Medical docs that show injuries |

A new report is being sent from Tsudanuma General Hospital with corrected information. The report below says, broken hand, but omits the broken leg.

The other documents is from an Usui Orthopedic doctor that shows my leg was X-rayed, and not broken prior to detention. The report says sprain.

Prior to detention X-ray shows no broken leg. X-ray in detention, which I now have copies of (see CD cover provided) shows broken leg.