2

[redacted]

**From:** [redacted]
**Sent:** Wednesday, March 22, 2017 10:01 AM
**To:** Gardner, Gregory N; Vasquez, Anne M; Hafner, Matthew J; [redacted]
**Cc:** Ehrendreich, Rachel; Barnhill, Dana A
**Subject:** Arrest: J S

On March 22, Hodogaya Police (045-335-0110) Detention Section notified J S 's arrest as follows (also made a follow-up call to the Criminal Investigation Section):

Name: J S
DPOB:
Passport#: [redacted], issued 2/2/[redacted] (expires 2/1[redacted]) – from ACS+ (police confirmed Mr. S 's ID by his Japanese resident card)
Date & Place of Arrest: March 17, 2017 at Hodogaya Police Station, Yokohama-shi, Kanagawa-ken
Charge: Violation of anti-nuisance ordinance
Place of Detention: Hodogaya Police Station, Kanagawa-ken

Post confirmed with the police that Mr. S did not request the Embassy to be notified of his arrest when he was arrested. However, he changed his mind and signed the form to request the notification on March 22.
According to the police, Mr. S has been sending annoying emails to his employer, and since his employer felt that s/he was being threatened, the employer has been consulting with the police.
Mr. S 's first ten day detention order expires on March 27.

---

(3/21- by CONOFF)
I called [redacted] again and she said she received an email from J S 's wife that he was arrested for public nuisance for getting upset at his place of work. She didn't know where he was arrested except that it was in Kanagawa area. She said she was looking at the lawyer list and was thinking of asking someone for assistance. I told her that we wouldn't be able to share more information until/if he signs a PAW.

(DUTY LOG )
5. at 2:45 a.m. on Monday, March 20, [redacted] called about [redacted] AmCit J S , who she heard was arrested several days ago. J S has been living in Japan for some time and has a Japanese wife and son. She said she thought the arrest was related to problems he has been having with his employer. I explained the Privacy Act and directed her to a list of lawyers on our website. She is expecting a follow-up call this week. Her number in Florida is [redacted]

**Official - Privacy/PII**
**UNCLASSIFIED**

[redacted]

| | |
|---|---|
| **From:** | Vasquez, Anne M |
| **Sent:** | Tuesday, March 21, 2017 10:29 AM |
| **To:** | [redacted] Gardner, Gregory N; [redacted] Adler, Clay K; Hafner, Matthew J; Zhang, Momo |
| **Subject:** | RE: duty log Friday March 17 through Tuesday morning March 21, 2017 |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

I called [redacted] again and she said she received an email from J S 's wife that he was arrested for public nuisance for getting upset at his place of work. She didn't know where he was arrested except that it was in Kanagawa area. She said she was looking at the lawyer list and was thinking of asking someone for assistance. I told her that we wouldn't be able to share more information until/if he signs a PAW.

**Official - Privacy/PII**
**UNCLASSIFIED**

---

**From:** [redacted]
**Sent:** Tuesday, March 21, 2017 9:58 AM
**To:** Vasquez, Anne M; Gardner, Gregory N; [redacted] Adler, Clay K; Hafner, Matthew J; Zhang, Momo
**Subject:** RE: duty log Friday March 17 through Tuesday morning March 21, 2017

Anne san,
She just returned your call. Please try again, she confirmed her number is [redacted]

Otokita

**Official - Privacy/PII**
**UNCLASSIFIED**

---

**From:** Vasquez, Anne M
**Sent:** Tuesday, March 21, 2017 9:47 AM
**To:** Gardner, Gregory N; [redacted] Adler, Clay K; Hafner, Matthew J; Zhang, Momo
**Subject:** RE: duty log Friday March 17 through Tuesday morning March 21, 2017

I tried to call J 's [redacted] and left a vm.

**Official - Privacy/PII**
**UNCLASSIFIED**

---

**From:** Gardner, Gregory N
**Sent:** Tuesday, March 21, 2017 9:12 AM
**To:** [redacted] Vasquez, Anne M; Adler, Clay K; Hafner, Matthew J; Zhang, Momo
**Subject:** FW: duty log Friday March 17 through Tuesday morning March 21, 2017

[redacted]

**From:** Vasquez, Anne M
**Sent:** Tuesday, March 21, 2017 10:29 AM
**To:** [redacted] Gardner, Gregory N; [redacted] Adler, Clay K; Hafner, Matthew J; Zhang, Momo
**Subject:** RE: duty log Friday March 17 through Tuesday morning March 21, 2017

**Follow Up Flag:** Follow up
**Flag Status:** Completed

I called [redacted] again and she said she received an email from J S 's wife that he was arrested for public nuisance for getting upset at his place of work. She didn't know where he was arrested except that it was in Kanagawa area. She said she was looking at the lawyer list and was thinking of asking someone for assistance. I told her that we wouldn't be able to share more information until/if he signs a PAW.

**Official - Privacy/PII**
**UNCLASSIFIED**

---

**From:** [redacted]
**Sent:** Tuesday, March 21, 2017 9:58 AM
**To:** Vasquez, Anne M; Gardner, Gregory N; [redacted] Adler, Clay K; Hafner, Matthew J; Zhang, Momo
**Subject:** RE: duty log Friday March 17 through Tuesday morning March 21, 2017

Anne san,
She just returned your call. Please try again, she confirmed her number is [redacted]

[redacted]

**Official - Privacy/PII**
**UNCLASSIFIED**

---

**From:** Vasquez, Anne M
**Sent:** Tuesday, March 21, 2017 9:47 AM
**To:** Gardner, Gregory N; [redacted] Adler, Clay K; Hafner, Matthew J; Zhang, Momo
**Subject:** RE: duty log Friday March 17 through Tuesday morning March 21, 2017

I tried to call J S 's [redacted] and left a vm.

**Official - Privacy/PII**
**UNCLASSIFIED**

---

**From:** Gardner, Gregory N
**Sent:** Tuesday, March 21, 2017 9:12 AM
**To:** [redacted] Vasquez, Anne M; Adler, Clay K; Hafner, Matthew J; Zhang, Momo
**Subject:** FW: duty log Friday March 17 through Tuesday morning March 21, 2017

J S's been re-arrested? If he has, we will be notified. I guess Anne or I should call the [redacted] but no PAW.

. at 2:45 a.m. on Monday, March 20, [redacted]alled about [redacted], AmCit J. S, who she heard was arrested several days ago. J S has been living in Japan for some time and has a Japanese wife and son. She said she thought the arrest was related to problems he has been having with his employer. I explained the Privacy Act and directed her to a list of lawyers on our website. She is expecting a follow-up call this week. Her number in Florida is [redacted]

[redacted]

I am the only person in the history of Japan to bring an appeal based on a wrongful conviction of petty assault all the way to Japan's Supreme Court. The conduct of police, prosecutors, pretrial judges, lawyers, bar associations, appeal court judges, the judiciary of Japan's highest court, and Ministry of Justice officials, at each step of every proceeding reveal gross incompetence, corruption, racism, and conduct that shocks the conscience of any reasonable person.

Much has been written from a legal perspective about Japan, hate crimes, and coerced false confession statements used to obtain false convictions, but nothing has been written from the perspective of the victim regarding the extent of criminality that Japanese officials engage in under the color of official action.

I was injected with unknown drugs, I was starved, I was held in isolation in rooms that were lit 24/7 and had sound echoing that would drive anyone mad in a short period of time.

My son was born while I was detained. Officials were entirely aware of this, yet they held that information from me for one month.

I was detained the entire time without a jacket, shoes, or adequate clothing, blankets, gloves or wool cap, in temperatures that averaged 32-34F degrees, and I have 16 books, of detailed records, including prison rules that prove Japan is in violation of numerous treaties the nation has ratified. Many detainees have died because they had been found frozen to death in Japan's gulags.

The facts are more horrific than I can possibly describe in this short statement of facts.

Why is Germany not permitted to engage in hate crimes, and violence against ethnic groups, yet Japan engages in frequent rallies that call for the ousting of foreigner, and the genocide of Koreans. Japan has a long history of genocide and hate crimes. Even today, the Japanese have a propensity to commit hate crimes, and rallies against non-Japanese continue to escalate. My own infant son, before he was even one year old, had already been assaulted twice. Once, kicked in a baby stroller, and in the presence of two police officers that had witnessed the crime, and who turned their heads, pretending not to notice. Why is this tolerated? Why are military men having hundreds of children kidnapped by Japanese officials who take no action whatsoever? Why is Japan not sanctioned for these crimes against humanity and human dignity?

Contact me to pursue an interview, and investigation into this matter. I would like to speak in Washington on these issues, as I have lived in Japan for a decade. I also hold a juris doctorate degree from an ABA accredited law school in the U.S.

Please, don't ignore this, take appropriate action, as there are currently hundreds of Americans being detained in Japan, and who have been falsely convicted of crimes where they were the true victims. There are hundreds, and hundreds of children who have been kidnapped from their American parent. Isn't it time to slap Japan with a dose of reality?

s/ J[redacted] S[redacted]
J[redacted] S[redacted]
[redacted]
Phone: ([redacted] Email: email@stackjones.com

DOS 003 DOJ-024

Hello,

My name is J[redacted] S[redacted]. On 1.4.17.. I filed an EFiling Motion in the U.S. District Court, Southern District of Florida. My complaint is based on hate crimes, battery, and torture that I was subjected to by Japanese officials, acting under the color of office. The defendants include Keisei Electric Railway Company (KERC) the owners of Disneyland Tokyo and numerous Disney Resort Hotels, Tsudanuma Central General Hospital and Japanese Ministry of Justice officials and the city of Chiba. KERC operates the train from Narita Airport to Tokyo Disneyland and the hotels the operate therein.

I was wrongfully detained for petty assault, after voluntarily going to a police station to report a hate crime and assault. I went to the police station because the police could not communicate with me, and they needed to obtain an interpreter because nearly no one in Japan can communicate with the language of the world, English. This was the second time I had been assaulted by KERC employees in a two-week period, and the second time I had attempted to file a police report.

Instead of taking my report, or bringing in an interpreter, police took my shoes and coat. It was very cold. I was immediately tied to a chair, handcuffed and extensively tortured as police and prosecutors attempted to coerce me to sign false confessions which stated that I had committed battery. The documents were all written in Japanese, and I could not understand anything that was being said, or was written on those documents. This went on for 109 days. My wife was pregnant, and about to give birth, and at no time did officials notify her that I was detained. My wife believed that I had ran off, and abandoned her. I was detained in such violent conditions that I was hospitalized numerous times. I suffered a broken leg, kidney failure and other serious and irreparable injuries. Japanese officials, including Narashino chief of police, Chiba prefecture headquarters chief of police, bar associations, lawyers, and judges have all tried to cover up, and protect the unconscionable acts of Japanese authorities.

Within the first 24 hours, police and prosecutors received videotape recordings that proved I was the victim of hate crimes, battery and false police report filing. Regardless, Japanese officials cared not for truth, facts, or justice, but instead filed an Indictment because I was a foreigner, whom they openly do not consider a human being, as former Yokohama prosecutor Hiroshi Ichikawa has publicly testified to.

The conditions I was detained in were so poor that U.S. Embassy consulate Thomas A. Duval smuggled in a camera to take photos of my numerous injuries I had been subjected to. I have the FOIA documents to prove this as fact. Another consulate Leslie Glass confronted one of the guards, who was most responsible for torturing me, and breaking my leg. Glass noted in her report that the guard, known as Guard B, the transportation driver for Narashino Detention Center, was drunk and that it was hard to miss. I have presented the FOIA documents, and medical records to Japanese authorities, and they take no action whatsoever. I have been told by Japanese officials that they do not want this matter coming to light. I have demanded during appeals to force the prosecutors, at Chiba Public Prosecutors office to release the evidentiary package, including videos, but I have been told that they won't provide it to me, because I will bring it to the media.

Violations of U.S. law and treaties that I was subjected to include, 42 U.S.C. § 1983, U.S. Stat. 73, 18 U.S. Code Chapter 113C, 18 U.S. Code § 249, 18 U.S. Code § 1001, Second Enforcement Act of 1871, UN Convention Against Torture, UN Covenant on Civil and Political Rights, and Supreme Court case Bivens v. Six Unknown Named Agents, 403 U.S. 388 (1971).





CC/#016

Donald Trump
725 Fifth Avenue
New York, NY
10022
USA

485
FEB 14 2017

✓#005

10022#2516 C231

*Embassy of the United States of America*
*1-10-5 Akasaka, Minato-ku*
*Tokyo 107-8420 JAPAN*
*Fax 81-3-3224-5856*

March 29, 2017

Mr. J S
c/o Hodogaya Police Station
2-7 Kawabe-cho, Hodogaya-ku
Yokohama-shi, Kanagawa-ken 240-0001

Dear Mr. S ,

After we visited you on March 24, we passed on your message to [redacted] We also contacted your wife and relayed your request about the lawyer.

On March 29, [redacted] sent us an email below and we are forwarding her messages to you.

"At this time, no one [redacted] has the funds or means to retain an attorney for J .

We ask that you please let [redacted] know that we are all very concerned and ask that he please, eat, take good care of his health and to please cooperate in order to get himself released.

We would also ask the he understand that [redacted] is looking forward to his speedy return back home with his new family in tow."

Sincerely,

American Citizen Services
U.S. Embassy Tokyo

*Embassy of the United States of America*
*1-10-5 Akasaka, Minato-ku*
*Tokyo 107-8420 JAPAN*
*Fax 81-3-3224-5856*

March 29, 2017

Mr. J S
c/o Hodogaya Police Station
2-7 Kawabe-cho, Hodogaya-ku
Yokohama-shi, Kanagawa-ken 240-0001

Dear Mr. S,

After we visited you on March 24, we passed on your message to [redacted] We also contacted your wife and relayed your request about the lawyer.

On March 29, [redacted] sent us an email below and we are forwarding her messages to you.

"At this time, no one [redacted] has the funds or means to retain an attorney for J.

We ask that you please let [redacted] know that we are all very concerned and ask that he please, eat, take good care of his health and to please cooperate in order to get himself released.

We would also ask the he understand that [redacted] is looking forward to his speedy return back home with his new family in tow."

Sincerely,

American Citizen Services
U.S. Embassy Tokyo

ASAP

Please file with court an emergency order to compel / force the Hodogaya Police chief to provide medical care.

I have great heart, liver and kidney pain, and severe numbing, as well as hallucinating from lack of food / nutrients.

I also am refused medical treatment for a pre-existing condition.

J[redacted] S[redacted]

4/17 left a message on the wife's voice mail asking for her address.
no call as of 4/11.
[redacted]

AMERICAN EMBASSY
MAR 2 9 [illegible]

[redacted]

Please forward
all letters to wife
this Friday.
April 07

[redacted]




107-8426

American Embassy
Consular Section
10-5 Akasaka 1-chome
Minato-ku, Tokyo

AMERICAN EMBASSY
MAR 29 2017
TOKYO, JAPAN

横浜市保土ケ谷区川辺町二番七号
保土ケ谷警察署
〒240 電話〇四五(335)〇1-1〇代

(1)

I was stopped by police at Hodogaya train station. I thought they came to meet me, but instead they threw me in van and took me to police station, without arrest warrant. At station I learned Ishizaki told police she felt fear because I said she was bad mother and had no social skills, etc. Police said this was not crime, just fine, and because of Chiba 1.5 year suspended sentence I asked what to do? I was told to write on paper, "I apologize to Ishizaki for saying she's a bad mother, and yes that is my email." Police lied, and arrested me, and used that paper to obtain warrant to search our home. This violates criminal procedure rule, <u>Fruit of the Poisonous Tree</u>. If I am charged with <u>libel</u>. In U.S. this is not a crime, but now I know in Japan it is. I didn't know I was breaking law, I only wanted to go to work because we need money. If prosecutor asks for prison, they <u>always</u> get it. Remember Hiroshi Segi's book foreigners are <u>always</u> treated worse than Japanese. If prosecutor (for example) wants 1.5 years

American Embassy
Tokyo, Japan
October 2010

# 2006 CHANGES IN JAPAN'S LEGAL SYSTEM

Japan introduced new legal procedures in October 2006. The information below is current as of October 2010:

## COURT-APPOINTED ATTORNEYS (Government paid attorneys)

Until September 2006, a suspect was only entitled to a court-appointed attorney following indictment. Effective October 2006, a court-appointed attorney is available in the pre-indictment period (before you are indicted), but only if you meet all of the following conditions:

a) A detention order has been requested/issued.

b) You do not have more than 500,000 yen to hire a private attorney (approx $6250 when 80 yen = $1). You do not have to provide proof of your lack of financial resources. However, if the court determines later that you were actually able to pay for a private attorney, there could be a fine, and attorney fees can be charged to you. If you have more than 500,000 yen, the court can submit a request for a private attorney to the Japan Legal Support Center "Hoterasu", or you can find an attorney yourself.

c) The offense for which you are charged has to be punishable by imprisonment for more than three years. Examples include, but are not limited to, murder, robbery, rape, possession of drugs (excluding marijuana) for sale, importation of drugs (excluding marijuana), larceny, and assault causing injury. If the maximum sentence for your offense is three years or less, but you cannot afford a private attorney, a court-appointed attorney will be provided to you at some point following indictment.

If you are interested in a court-appointed attorney, please advise the police, the prosecutor or the judge. You must make this request yourself; consular personnel cannot do this for you.

NOTE: Everyone, regardless of qualification, can request a one-time free consultation with a Duty Attorney (Toban Bengoshi). Simply ask the police to contact the "Toban Bengoshi" for you.

## SPEEDY TRIAL

Who Qualifies: First time offenders charged with misdemeanors, and the prosecutor has decided to ask for a suspended sentence. Provided that you plead guilty, and both the prosecutor and you consent to this process, a trial should be held within two weeks of the date of the indictment. The trial and the sentencing are usually completed in a single day. "Speedy" is therefore a relative term, as this process can still take more than a month from the date of your arrest.

Chiba suspended Sentence will put me in (2)
Japan prison 3 years.
Police have Ishizaki's emails (to me) where she defamed, and insulted me. She also admits a child abuse incident (there are many). Labor bureau also knows she tried to steal December salary, 250,000 ¥ (approximate). This is a major crime, and she used accounting to commit this crime, another serious crime. fraud

same as label

Ishizaki's act of not letting me return to work is affectively - fired. As Mr. Tsuzuki at labor bureau to get termination money, and travel money. He has receipts. This should get you 380,000 ¥ (approx.) money owed, so you can pay bills and eat.

I have not eaten here. I made a vow, next time I eat ~~it~~ is with my son. I will not change, and police treat me with disrespect, instead of honor. The chief of police blocked communications with you, but on day 13 of no food, he allows you to see me, trying to get you to make me at eat. This will not work, and I will not see you. ~~or~~ Especially I cannot let Ba Ba see me like this. Police refuse medical (needed) to ensure my organs don't receive permanent damage. My heart, liver and kidneys are most painful. I ~~am~~ hallucinating and see

(3)

LAY JUDGE SYSTEM

On May 21, 2009, Japan introduced a lay judge system that allows ordinary citizens to take part in criminal proceedings as judges. Serious criminal cases are tried under this new system. Six lay judges randomly selected from among eligible voters, together with three professional judges at district courts, examine serious criminal cases such as murder, robbery resulting in bodily injury or death, bodily injury resulting in death, unsafe driving (such as drunken driving) resulting in death, arson of an inhabited building, kidnapping for ransom, and abandonment (of a child) by a person responsible for protection resulting in death. This system is different from the jury system in the United States where jurors are involved in deciding guilt or innocence, and the judges determine the sentence. Lay judges participate in determining guilt or innocence, and if they find the defendant guilty, also participate in determining the sentence, including the death penalty. Verdicts and sentences are determined by majority vote. A guilty verdict must be supported by at least one professional judge. Lay judges also participate in the questioning of the defendant and trial witnesses.

black spots that look like (thousands) of moving ants. But my mind knows this is because I am not eating, and not well. I won't stay awake much longer. I am waiting to see the prosecutor, because former Yokohama prosecutor came to see me. Do you remember him? we met him at his office, and tried to get him for retrial, but didn't have enough money. Hiroshi told me to try and settle without court with prosecutor. I have 3 settlement offers for her, they all avoid jail, and we can go to Hawaii, and live in a free society. Ichikawa said Ishizaki is shrewd, but ~~not~~ she also committed serious crimes, and wondered why she is not being investigated

(4)

You have only a few days left. (1.) Your family, all mother/father/sister must so to speak with Kannai prosecutor and ask for proper investigation and leniency. You must do this. (2) Take this information to NHK reporter we met before, and tell him that I could easily die from this, and many foreign detainees do die this exact way.

Japan's officials never help foreign victims.

1.) Niigata Snow Monkey hate crime, stabbing. Did police/prosecutor arrest Japanese criminal? No:
2.) Stolen car. Did police/proseutor arrest car dealer?
3.) Reckless driver injured me while crossing a street with right-of-way. Did police arrest reckless driver?
4.) Did Narashino police take my report when I made a complaint of assault by the person they would later call - the victim?

Do you need more proof ~~that~~ what Ichikawa said? "Foreigners are not human beings. They (me) have no human rights, and no due process. His supervisors trained him that at the Yokohama Prosecutors office. Now, Yokohama prosecutor's office have ~~has~~ me. Are they still trained to believe this?

So, you are Japanese. I am not human. this makes our son, half human, and half beast? Is this what hafu really means?

# TABLE OF CONTENTS


1. INTRODUCTION .................................... P .1

   1.1 Jurisdiction
   1.2 The Consul's Role
   1.3 The U.S. Privacy Act

2. ARREST PROCEDURES .................................... p. 3

   2.1 Initial Arrest: The First 72 Hours
   2.2 Bail
   2.3 Under Investigation: The Next 20 Days

3. DAILY LIFE IN JAIL .................................... p. 5

   3.1 Communication
   3.2 Visits
   3.3 Clothing, Toiletries, Snacks, Etc.

4. MEDICAL TREATMENT/USEFUL PHRASES .................... p. 6

5. TRIAL PROCEDURES .................................... p.14

   5.1 Indictment
   5.2 Trial
   5.3 Lawyers
   5.4 Trial Proceedings

6. DAILY LIFE AT THE DETENTION PRISON ................. p.16

   6.1 Communication
   6.2 Clothing, Toiletries, Snacks, Etc.
   6.3 Safety

7. SENTENCING/DEPORTATION .............................. p.17

8. APPEALS .............................................. p.18

9. PRISONS .............................................. p.19

   9.1 Fuchu Prison
   9.2 Orientation
   9.3 Discipline
   9.4 Communication
   9.5 Education
   9.6 Work
   9.7 Tochigi Prison

(5)

Before returning to Japan, & Feb. 22nd 2017, I filed federal lawsuit against Chiba officials, Keisei train, and Tsudanuma General Hospital, for crimes against humanity, human rights, torture and treaty violations. You know I feared returning to Japan and was in direct contact with Senators Bill Nelson, and Bernie Saunders. They have my legal brief, and the torture photos, and X-rays. Call my family. they need to call Nelson, and Saunders daily, so they learn about this, and get the media on this story. I also asked the U.S. Embassy to file an emergency court order to force Hodogaya Chief of police to get me medical treatment. You, and my family must call ~~them~~ Embassy every day. and you don't have long before I will fall into a coma. Give the embassy permission to hold a media conference.. This they must do when a life threatening situation like this occurs. Honor me. I left home telling you to call Tsuzuki, and Hodogaya police and said, I am leaving to get US money. Do not be weak. Be proud. We are not criminals, Feed our son healthy, and continue to educate him, and read with him, I am sorry police took his videos. BaBa #1 MaMa #2 DaDa #3

## 2. ARREST PROCEDURES

### 2.1 Initial Arrest: The First 72 Hours

Under Japanese law, you may be arrested and detained without bail for 48 hours by the police on suspicion of having committed a crime. During this period, the police are required to inform you of the crime of which you are suspected, of your right to remain silent, of your right to hire a lawyer at your own expense and of your right to have the Embassy or the Consulate notified of your arrest. There are no automatic "Miranda rights" in Japan. If an arrestee is unable to hire a lawyer, he or she is entitled to receive a court appointed-lawyer. Consequently, the police usually begin their initial questioning before you see a lawyer.

If the police believe they have enough evidence to detain you, they must present this evidence to a public prosecutor within the initial 48-hour detention period. The suspect appears before the prosecutor when the police present the evidence. If the prosecutor concurs, he/she must then obtain a warrant of detention from a judge within 24 hours. Again, the suspect would appear before the judge when the warrant is requested. A case could be dropped at either of these stages for lack of evidence.

### 2.2 Bail

Bail is the exception rather than the rule in Japan and is virtually unheard of for foreigners. If you are arrested in Japan you will in all likelihood remain in jail until you are indicted or released. Suspects are usually kept at the local jail where they were arrested and generally eat the same Japanese style food as the other prisoners.

### 2.3 Under Investigation: The Next 20 Days

If the judge agrees there is probable cause to believe a crime has been committed, the court will issue an initial 10 day detention order to permit the police to continue their investigation. At the end of this 10 day period, the prosecutor can request a second 10 day detention period to continue the investigation further.

At the end of this 20 - 23 day detention period, the prosecutor must either ask the court for a formal indictment or release the prisoner. Of course, an indictment could be sought sooner if enough evidence is readily available or the prisoner could be released sooner if adequate evidence is not forthcoming.

1.31.17.

NOTICE TO PARENTS OF YOKOHAMA BILINGUAL EDUCATION

This statement is provided to parents of YBE students who are able to communicate in English. Parents who cannot should contact 070-6951-2337, or email@stackjones.com for information in Japanese.

[redacted], a teacher of YBE was forced to bring legal action against YBE, and Hiroko Ishizaki, with the Kanagawa Police Prefectural Headquarters, and the Kannai Labor Standards Office for violations of Japan's criminal, and labor codes. The violations include accounting fraud, unpaid salary, unpaid overtime, abusive working conditions, and copyright infringement.

Ishizaki should resign as she has proven herself incompetent at running the day-to-day operations of YBE. Ishizaki operates the school in a reckless, and criminal manner. The conduct Ishizaki engages in affects the school's reputation, and will have an impact on Mirai Institute of Science and Technology not being able to obtain a license from the Ministry of Education.

**I. PIRACY OF COPYRIGHT PROTECTED SOFTWARE**

Parents of students at YBE are not aware that the educational material at YBE, which parents purchase, is created with unlicensed, and pirated software, including Microsoft Office. All educational material, including monthly schedules are created on illegally obtained and unlicensed Microsoft Office software, and NCH Software Co., Burn Express. Burn Express is the software YBE uses to create audio CDs which is sold to parents as part of the packet material used in both morning, and afternoon classes.

The infringement of copyright protected property does not stop at the use of pirated, and unlicensed software. All photographs, graphics, illustrations, and most of the text that is used in the creation of YBE educational material is copyright protected. YBE has obtained no authorization, or license to use any of the material you are purchasing for your children. A criminal investigation into this matter is already underway at the Kanagawa Prefectural Police Headquarters.

Copyright infringement is theft, and a serious crime. Penalties for using pirated software to create documents illegally and audio recordings are especially harsh in Japan. Copyright infringement at YBE has been occurring for several years. This means that YBE, and parents that have students who attend YBE are in illegal possession of material created by copyright protected property, which YBE sells under the pretext of the material being sold legally. Parents of students, or student who are in possession of any of the educational material created on pirated software, by YBE employees is a criminal offense. Now that you are on notice that this has been occurring, you have a legal duty to destroy all of those documents.

This matter is currently being pursued by Microsoft and other companies. The Kanagawa Police Prefectural Headquarters has turned this matter over to ACCSJP, a legal entity that assists companies whose products are being used without authorization. Microsoft has stated they will prosecute to the full extent of the law in both civil, and criminal proceedings anyone that uses their software without authorization.

Pirated and unauthorized use of products that YBE is in possession of, and has no legal right to be in possession of, has created an unprofessional, and illegal working environment for all teachers employed at YBE. Japan's Copyright Act not only applies to software, but also all of the photos, graphics, illustration and maps that exists in every document being sold to parents at YBE.

<u>Japan: Copyright Act 1970, Law Number 48</u>
Amendments
1985 Section 5.3. To implement the protection of computer software.
1988. To make it a criminal violation of the Act to possess pirated copies and to extend the period of rights protection to thirty years.
1992. To impose an obligation on private users of digital sound and audio-visual recording equipment to pay compensation to copyright owners.

8.4. Criminal Sanctions
(1) A person who infringes copyright, or right of publication is punishable by imprisonment for a term not exceeding three years or a fine not exceeding one million Yen (Copyright Act, Article 119).
(2) A person who violates the provision of Article 60 of the Act shall be punishable by a fine not exceeding one million Yen (Id., Article 120).
(3) A person who distributes copies of works on which the true name or known pseudonym of a non-author is indicated as the name of the author is punishable by imprisonment for a term not exceeding one year or a fine not exceeding three hundred thousand Yen. The same punishment applies where a person distributes copies of derivative works on which the true name or known pseudonym of a non-author of the original work is indicated as the name of the original author (Id., Article 121).

The following information shows that YBE is illegally possessing pirated Microsoft products, and as a result is in violation of Japan's Copyright Act.

<u>Microsoft</u>
The Product ID is used to prove ownership of a legitimate license and is required to perform the installation, and is either stored on the DVD packaging on a sticker that says "Do not lose this number," or is on a label affixed to an OEM computer. The goal of product activation is to reduce piracy. Piracy is copying and installation software that is not in compliance with the software's end user license agreement. Pirated, or stolen Microsoft products contribute to half of the world's software piracy.

Microsoft Product Activation ensures that each license is installed only on the computer it is licensed for. During software installation, the setup wizard prompts you to enter a product key usually located on the back of the Microsoft CD-ROM folder. The product key is a 25-character alphanumeric code shown in five groups of five characters each (example, BCDFG-12345-HJKLM-67890-NPQRS). Do not share a product key with anyone else. The product key also generates the product ID that is created when Microsoft Office is installed on a computer. Each licensed Microsoft product has a unique Product ID. The Product ID has 20 characters arranged like this: 12345-123-1234567-12345. It is listed in the properties for My Computer.

*<u>Example A</u>. The following image is a screenshot of Microsoft Office opening up on YBE's teacher's office computer. The screenshot was taken on December 22nd, 2016. Note the Product ID number, which has all one (1) digits. Microsoft has verified that this is a pirated copy of their software, and that YBE is in unlawful possession of their product. As a result, all documents create on this pirated software are illegally created and sold for company profit, and violates Japan's Copyright Act.*

Customers of YBE who are in possession of any document or CD created by YBE on Microsoft, or NHC's Burn Express software should destroy all of them immediately.



Example B. The following is a screenshot of the same YBE computer. This image was taken on December 22nd, 2016. It shows the software owned by NHC Software, Burn Express upon opening. After the software opens the window provides two options for using this product. The first option is free for home use. The second option is for business purposes. Businesses must pay NCH a fee to burn CDs. YBE employees do not use the business option, but instead chooses the free home use option. All CDs are created under the pretext of home use, so as to avoid paying NHC the licensing fee the company has the legal right to receive. YBE employees always choose the home option when burning CDs. YBE burns hundreds of CDs that are sold to parents, making illegal profits. Every CD that is created and sold in this manner is a violation of Japan's copyright law. This means YBE has engaged in hundreds of violations of copyright law.



## II. META DATA

Meta data is visible and invisible information stored in every file created with a software program. Meta data is imbedded in every document, and CD that has been created at YBE. Meta data shows the date, time, serial number, product ID, access keys, licensing terms, and other information that is stored in every digital file. This includes all files created with Microsoft, and NHC products. The meta data of every document and CD created at YBE show those documents and CDs were created with unauthorized, pirated software, and under unlicensed, and impermissible use. Hundreds of these documents have been turned over to the investigation officers at Kanagawa Prefectural Police Headquarters.

*Example C. The information below is a Microsoft Excel created documents, showing visible meta data that is imbedded in unauthorized copies of several Microsoft Word files which were created on YBE's office computer. Invisible meta data is accessible through forensic software, as well a Microsoft's Properties located in the Edit Menu. The sample below shows that numerous YBE documents were created with pirated software Microsoft software.*

| File type | Title | Subject |
|---|---|---|
| Microsoft Office | | |
| Microsoft Office | | |
| Microsoft Office | Western Asia: You already | |
| Microsoft Office | | |
| Microsoft Office | | |

| Author | Keywords | Creation date | Modification date |
|---|---|---|---|
| David Hunter | | 27 Jul 2016, 12:00:00 PM | 27 Jul 2016, 12:00:00 PM |
| YBE | | 27 Jul 2016, 12:00:00 PM | 27 Jul 2016, 12:00:00 PM |
| Lall | | 07 Aug 2013, 17:57:00 PM | 23 Apr 2016, 15:37:00 PM |
| David Hunter | | 26 Apr 2016, 10:33:00 AM | 05 Jul 2016, 18:07:00 PM |

| Revision number | Template | Application | Content tips |
|---|---|---|---|
| 2 | Normal.dotm | Microsoft Macintosh Word | |
| 2 | Normal.dotm | Microsoft Macintosh Word | |
| 4 | Normal.dotm | Microsoft Macintosh Word | |
| 7 | Normal.dotm | Microsoft Macintosh Word | |
| 0 | | | |

| Editing time | Printed by | Last printed | Comments |
|---|---|---|---|
| 0 — | | 01 Jan 1601, 09:00:00 AM | |
| 0 — | | 05 Feb 2016, 12:23:00 PM | |
| 6 — | | 28 Aug 2015, 15:48:00 PM | |
| 37 — | | 05 Jul 2016, 18:07:00 PM | |

## III. COPYRIGHT INFRINGEMENT OF TEXT, PHOTOGRAPHS, ILLUSTRATIONS, MAPS, AND OTHER UNAUTHORIZED MATERIAL IMBEDDED AND SOLD IN YBE MATERIAL

The following are examples of unauthorized use of copyright protected images, which are imbedded in every document YBE produces. These documents are then sold to customers for profit. Each document contains YBE website information, class information, address and other identifiers that are imbedded in the Footers of the Microsoft Word created documents which were created on pirated software.

*Example D. The image below shows an unauthorized use of a copyright protected illustration located in YBE created material. Below the illustration are the licensing agreements and restrictions that clearly state that the illustration cannot be sold for any purpose, cannot be used without authorization, and must credit the creator of that image. YBE uses this image in the Human Sense Organ packet class, and does not follow any of the copyright holder's terms, and as a result, YBE is in violation of Japan's Copyright law.*




## You are not allowed to:

Rent, license, sublicense or sell this file or a modified version of it.
Redistribute this file online or offline unless authorized.
Offer any Eezy artwork or file for download in any way - whether as is or encased in another or larger work..

View more work by zhaolifang

*Example E. The image below is a World Atlas owned map found in YBE's Mediterranean course material. This is one of hundreds of course material that has been created with copyright protected material that YBE has no legal right to use. YBE sells this material to customers, paying no money to the companies that own the copyright protected work, including this map illustration. Note the ©GraphicMaps.com symbol located at the top right corner of the World Atlas map. GraphicMaps.com is a company owned by World Atlas. World Atlas' legal department has stated that YBE's use of this, and any other World Atlas copyright protected illustration violates the Berne Convention for the Protection of Literary and Artistic Works. Japan is a signatory to this treaty.*




In every document created, and sold by YBE, there are numerous unauthorized, and uncredited copyright protected text, photographs, illustrations, maps, and other copyright protected images. These are clear violations of The Berne Convention, and Japanese copyright law.

**IV. ACCOUNTING FRAUD**

A. Unpaid December 2017 salary.

Ever since Mr. S[redacted] has been employed at YBE, Ishizaki has engaged in harassment, and abusive conduct. This culminated on December 22nd, 2016 when Mr. S[redacted] confronted Ishizaki, refusing to be subjected to her illegal conduct any further. This led to Mr. S[redacted] being fired, and Ishizaki engaging in accounting fraud in a failed attempt to not pay Mr. S[redacted] the salary money owed to him. The accounting fraud Ishizaki is guilty of includes unpaid salary, and unpaid overtime for the entire time Mr. S[redacted] has been employed at YBE. The same fraudulent accounting practices that Ishizaki engages in with Mr. S[redacted] applies to David Hunter, John Hepworth, and all other YBE teachers currently working at YBE. This is a matter that has angered all teachers, and has resulted in poor working conditions, abuse and low moral. This translated to lower quality of lessons presented to students. Teachers work 9.5 hours each day, and are usually only paid for 8 or 8.5 hours of their time. This amounts to teachers working a minimum of 20 overtime hours each month which they are not paid for. This is clearly accounting fraud, and it is Ishizaki that does the accounting, and handles the pay for YBE teachers.

On January 25th, 2017, as part of their ongoing investigation into YBE's violations of labor laws, the Kannai Labor Standards Bureau ordered Ishizaki to immediately pay Mr. Stone all December 2016 unpaid salary, which was due January 10th, 2017. Ishizaki also paid 2000 ¥ for bank overdraft due to the rent payment on Mr. S[redacted]'s home not being paid on time.

Instead of paying the salary owed on January 10th, 2017, Ishizaki perpetrated a scheme to defraud Mr. S[redacted] out of that salary. Ishizaki's scheme included blocking Mr. S[redacted]'s access to the https://freee.co.jp online accounting service, which was created by Ishizaki herself. The blocking of access to the freee.co.jp accounting records was done to prevent Mr. S[redacted] from accessing his YBE pay accounting history, which was to be turned over to the Kannai Labor Bureau who was investigating the accounting fraud.

Ishizaki contacted Mr. Stone, in Japanese only, refusing to pay the December salary, stating that YBE had overpaid his salary for several months. The "overpaid" amount was approximately the amount owed to Mr. S[redacted] for the December 2016 salary. The Kannai Labor Standards Bureau agreed with Mr. S[redacted], and Ishizaki was ordered to pay to Mr. S[redacted]'s the salary Ishizaki had attempted to steal from him.

By order of the Kannai Labor Bureau, Mr. S[redacted] demanded copies of all pay receipts, and copies of all time cards used during employment at YBE, which would be used to accurately reflect salary and payment, and detect the accounting fraud. As of this writing Ishizaki has yet to provide any of these receipts, and continues to block Mr. Stone access to the time cards, and the freee.co.jp accounting records.

On January 25th, 2017, Ishizaki was ordered by the Kannai Labor Standards Bureau to pay all unpaid December salary to Mr. S[redacted]

Ishizaki also failed to reimburse Mr. S[redacted] for December travel expenses in the amount of 14,700¥. Ishizaki also failed to reimburse Mr. S[redacted] for money he paid toward purchasing items that are sold in the morning class which is used for market. Market is where children use points they earn to purchase items such as pens, pencils, notebooks, etc. Ishizaki had already received the receipt for those items, and had ignored Mr. S[redacted] about being reimbursed for approximately a two-week period. Ishizaki was ordered to pay these expenses as well.

Note: Before going to any government agency Mr. S[redacted] attempted to resolve these matters with Ishizaki. Ishizaki acted both as a criminal and a child, refusing to discuss the matter, refusing to speak in English, and attempted to frustrate Mr. S[redacted] by only speaking in Japanese. Considering YBE has an English only policy this behavior is unacceptable, and entirely unprofessional.

B. Unpaid overtime.

Mr. S[redacted], is owed unpaid overtime going all the way back to the first week of employment at YBE. This also applies to all teachers working at YBE. Unpaid overtime includes working during lunch, never having a lunch break scheduled, or any break scheduled during any any day of employment the entire time working for YBE. This violates Japan's labor laws. As a result, YBE owes Mr. S[redacted] more than 600,000 ¥ in unpaid overtime work, plus interest on that money. This unpaid overtime also applies to David Hunter, John Hepworth, and all other teachers currently employed at YBE.

If this unpaid overtime work is not immediately paid to Mr. S[redacted] he will be forced to sue Ishizaki, YBE owners, and YBE advisors, in civil court for harassment, illegal working conditions, fraud, and punitive damages, far exceeding the amount due.

### V. YBE VIOLATIONS OF LABOR LAW

Teachers at YBE work 9:00 a.m. – 6:30 p.m. without any break in their schedule. It was not like this when the owner of S&S operated the business. This abuse began when Ishizaki began managing YBE. Further, Ishizaki was not popular with many parents when she became managing YBE. Most of the parents removed their children from the school because of this. Several parents angry about the terrible conditions that current exist at YBE have also complained. The result of those complaints has been the students kicked out of the program.



Parents will note that teachers at YBE work non-stop, even during lunch. When the morning program ends at 1:30 p.m., teachers immediately begin preparing for classes that start at 1:40 p.m. This abuse results in teachers being late for the start of class, and having no, or poor preparation time. This results in low quality lessons, as well as anger, and resentment of the teachers. This scheduling, which is illegal, has resulted in teachers being stressed, rundown, ill, and even hospitalized. This will no longer be tolerated.

Parents need to look at the daily teacher schedule provided on the front desk of the office at YBE. Those daily schedules show that teachers have no break for lunch, and no time scheduled to prepare for classes. Certainly no Japanese workers in the U.S. are treated in this way, as the business would lose its license to operate, the company sued, and the employer being imprisoned.

All Japanese customers of YBE are aware that all non-Japanese staff have no lunch break. Have any of you ever given that any thought as you sit with your child eating? Japan has a long history of poor working conditions, poor salary, theft of salary, and abusive working conditions aimed exclusively at non-Japanese employees. What makes you Japanese think you can treat educated foreigners in such a disgusting manner?

Foreign teachers working in Japan, work for far less money, and receive no employment related benefits, conditions that are illegal in the U.S. Foreign teachers, which Japanese clearly do not respect, provide your children the ability to communicate with the world, which many parents are incapable of. Japan's poor conduct toward foreign teachers is well documented in documentary films, teaching websites, and in the media. Companies like YBE end up on blacklists, warning teachers to stay away from companies that abuse foreign staff. Many "educational" entities in Japan are barred from obtaining employment visas due to their history of chronic illegality, abuse and the poor working conditions of non-Japanese. The working conditions at YBE for non-Japanese teachers are one of the worst in all of Japan.

Are you aware that the U.S. Department of State, and the United Nations both warn non-Japanese about the poor work conditions in Japan, as well as the rise in hate crimes, which are financed through hate groups like Nippon Kaigi. Most of Shinzo Abe's cabinet are members of Nippon Kaigi? Parents of YBE students should read the book, Nippon Kaigi no Kenkyu, as well as the book written by former Tokyo Judge Hiroshi Segi. These books address the criminality and corruption that exists in Japan's government and their propensity to engage in hate crimes aimed at non-Japanese.

### VI. ABUSE AND HARASSSMENT

Ishizaki had been informed of the issues presented in this statement of fact. This includes unpaid overtime, teachers having no lunch, and no breaks during the entire work day, as well as the pirated software, and copyright infringement being used by YBE to create all of the teaching material that is provided to your children.

Instead of taking precautionary measures to preserve the dignity of YBE, Ishizaki ignored these fact, and continued to harass Mr. S[redacted], which included removing Mr. S[redacted] from teacher meetings where all teachers were scheduled to attend those meetings, except Mr. S[redacted]. It must be noted that Mr. S[redacted] has the highest level of education of all YBE teachers, and more teaching experience than all YBE teachers combined.

The abusive conduct toward the students of YBE is illegal and has been preserved in great detail. The Kanagawa Prefectural Police has been presented with much of that evidence and has agreed that the teaching conditions at YBE, including slamming whiteboards with long sticks, forcing children to sit in chairs for long periods of time, berating and belittling the children, and shouting at them are abusive, and illegal. A full criminal investigation into these matters is now underway.

Ishizaki has harassed other teachers in the past. This includes teacher Gareth, who Ishizaki had planned to fire when he was first employed at YBE. Ishizaki's abusive conduct toward Gareth resulted in him quitting

prior to being terminated. This resulted in Gareth, who has a family to provide for, suffering economic hardship, and difficulty finding other employment.

YBE has an extremely difficult time finding quality teachers. This is because of the poor working environment and abuses that are heaped on teachers, and children of YBE. Classes have greatly decreased in size since Ishizaki began managing YBE. Ishizaki does not have the required skill to manage YBE, and has proven herself to be incompetent in operating the daily activities of YBE.

When Mr. S[redacted] could not get Ishizaki to take proper action to resolve these issues, he notified Ishizaki that he would take these matters to the labor bureau and the police. Ishizaki reacted by threatening Mr. S[redacted] by wrongfully claiming that a confidentiality clause in his contract prevented him from reporting these matters to government officials.

Mr. S[redacted] holds a Juris Doctorate degree, and has worked as a public defender in San Bernardino Public Defender's Office Juvenile Division, San Bernardino Public Defender's Office Misdemeanor Division, San Bernardino Public Defender's Office Misdemeanor Division, and Pomona County Family Law Court. Ishizaki's threats to try and intimidate Mr. S[redacted] are criminal in nature. Ishizaki has no legal knowledge as to what a confidentiality clause pertains to.

## VII. PENSION AND HEALTH INSURANCE

One of the most repulsive conduct perpetrated against non-Japanese employees, by Japanese businesses owners is where they do not pay into retirement pension as they are legally required to do. This applies to YBE. YBE has paid no money into Mr. S[redacted]'s pension, and has paid for no health insurance, as Clause 12 of Mr. S[redacted]'s contract states.

Clause 12 of the contract between YBE, and Mr. S[redacted], and signed by Ishizaki states: The employee shall be covered by health insurance, employee pension, employment insurance, and Worker's Accident Compensation Insurance.

The pension office of Chigasaki City, where Mr. S[redacted] resides has concluded that YBE has not paid any pension money as is required in the contract terms signed by Ishizaki. YBE owes more than 600,000 ¥ in unpaid pension to Mr. S[redacted]. Paying pension is not optional for a company, it is mandatory under Japanese civil code.

If the illegal conditions that exist at YBE do not cease immediately, Mr. S[redacted] and the teacher's union will hold a media conference, and expose YBE publicly.

Mr. S[redacted] is an active member of the teacher's union and has aided many teachers in legal proceedings against companies in Japan that create hostile, abusive, and poor working conditions for non-Japanese. Mr. S[redacted] is also an award winning journalist and photographer in the Japanese media. Mr. S[redacted] has worked with NHK, Japan Times, Tokyo Weekender, Nihongo News, Japan Today, and many other publications. For a list of Mr. S[redacted]'s published work go to: http://stackjones.com, or use internet search engines using the pseudonym Stack Jones.

## VIII. CONCLUSION

This statement of fact is being translated into Japanese for legal purposes, as YBE is being sued for fraud, misrepresentation, failure to pay pension, unpaid salary, unpaid overtime, and for creating an abusive and hostile working environment.

Ishizaki has proven that she has a history of abuse and making poor judgments regarding the management of the school your children attend. Mr. David gave notice he was quitting YBE because of the stressful, and



abusive conditions at YBE. Ishizaki also abused, harassed, and caused financial hardship to teacher Gareth who returned working at YBE because teachers John, David, Mr. S[redacted] Yuta, and Jessica wanted him to have his job back. Gareth is an excellent teacher, and needs to provide for his family as anyone must.

YBE and Ishizaki are in violation of Japan's copyright laws, international treaties, labor standards, criminal codes, and contractual terms in the YBE employment contract the company entered into with Mr. S[redacted]

If all issues addressed in this statement are not resolved, Mr. S[redacted] will file a lawsuit against YBE, its board members, and Ishizaki. Mr. S[redacted] will seek actual damages, loss of salary, and punitive damages based on fraud, abuse and harassment.

Ishizaki should resign from YBE as she has continuously proven herself to be unprofessional, and incompetent in operating the daily business practices of an educational entity. Ishizaki is unfit to operate an educational entity.

A copy of this notice is being provided to the Kannai Labor Bureau, Kanagawa Prefectural Police Headquarters, and parents of students who attend YBE. The advisors of Mirai Institute of Science and Technology will also receive a copy of this statement. This includes, Takauchi Kaoru, Kenichi Mogi, and Hiroko Sumita, as well as the Ministry of Education, where Ishizaki is currently seeking to obtain a license to operate of Mirai Institute of Science and Technology.

Signed,

s/ J[redacted] S[redacted]
J[redacted] S[redacted]
[redacted]
email@stackjones.com




167-8420

29
3.23
12-18

American Embassy
Consular section
10-5 Akasaka 1-chome
Minato-ku, Tokyo

AMERICAN EMBASSY
MAR 29 2017
TOKYO, JAPAN

横浜市保土ケ谷区川辺町二番七号
保土ケ谷警察署
〒240 電話045(331)〇一一〇番

→ on embassy documents

(1)

I am not being provided letter paper so I must write ~~this way~~. By the time you read this, I haven't eaten, or been provided medical treatment for 14 days. (approx.) I will not eat until I eat with my son. I will not change course.

The document provided shows former employer's prior bad acts which led to a 3 month labor bureau investigation (ongoing). At issue is: (approximate)

1. ¥880,000 unpaid pension.
2. 680,000 " overtime
3. 250,000 " (partial December 2016 salary)
4. 280,000 wrongful termination compensation.
5. 160,000 unpaid travel expenses

(*) no giving consideration whatsoever to numerous Ishizaki's reported crimes.

clearly substantial money needed to permanently leave Japan for employment in the U.S. (wife & son also leave) Mr. Tsuzuki, labor bureau supervisor @ Kansai office, ordered (Ishizaki) to pay Dec. salary, and provide 1.5 years of salary receipts which she had never turned over, after numerous requests. On 3.15.17. Tsuzuki gave my wife all receipts, ~~after demand~~ from Ishizaki. Wife immediately noticed shortage - over 12 month period of unpaid travel money. Ishizaki kept denying she fired me, and Tsuzuki permitted me to return to work. 3.16.17. I sent emails (2) to Yuto Watanabe (American native English speaker, (formerly convicted in Japan for gang fighting and carrying concealed weapon.) Our communication is American speak, which included "You fuck with me, you fuck with my son." I said Ishizaki has failed marriage (divorce), and not good mother. From these words, I now face minimum of 2 year prison. Prosecutor says my words were "wild" and "rough". I argue free speech, they argue libel - ↑ (*)

he obtained from Ishizaki after numerous demands

STATE-1232

*) I came to HKD to file complaint against employer for theft of salary, piracy of software, copyright infringement, harassment. My boss stated I called her a bad mother, and had no social skills. I was arrested for libel, which is a criminal offense in Japan.

Salary theft

| | |
|---|---|
| 250,000 | 12.17. pay |
| 680,000 | pension |
| 600,000 | overtime |
| 100,000 | travel expense |
| 280,000 | wrongful termination |

Embassy of the United States of America
1-10-5 Akasaka, Minato-ku
Tokyo 107-8420 JAPAN
Fax 81-3-3224-5856

March 22, 2017

Exploitation of foreign labor is a big issue in Japan. Why is nothing done about it? I needed these funds to relocate back to the U.S., where employment begins July 1st, 2017.

Mr. J[redacted] S[redacted]
c/o Hodogaya Police Station
2-7 Kawabe-cho, Hodogaya-ku
Yokohama-shi, Kanagawa-ken 240-0001

Dear Mr. S[redacted],

We have been notified of your arrest by Hodogaya Police Station. We try to visit U.S. citizens arrested in Japan as soon as we can. In the meantime, we would like to provide you with general information about arrests in Japan, and are enclosing a brochure entitled "Guidelines for Americans Arrested in Japan", and "Penal Institutions in Japan."

Please fill out the enclosed Privacy Act waiver form and mail it to us using the envelope provided. Without your written permission, we will not be able to speak to anyone, including members of your family, friends, or attorneys representing you, about your situation.

Sincerely,

(3)

American Citizen Services
U.S. Embassy Tokyo

The HPD is denying me access to outside contacts, and all basic necessities. soap, toothbrush, (one) 1 bath in 11 days, no bedding as I cannot walk to pick it up and carry it. Exacerbating pain is the plastic covered tatami, which causes chest, leg, ankle, kidney and organ pain - severe pain. HPD are not medical exper. It appears they lack even basic first aid skills such as CPR. I estimate by the time you receive this, I will be unconscious, and without medical assistance. HPD violates ① Covenant against cruel and unusual punishment of prisoners/detainees, ② protection of political an civil rights, etc. treaties Japan ratified, and are signatories to. The HPD is also in violation of Japanese Penal Code, that mandates medical treatment.

Prior to detention I had filed a police report with (2)
Chigasaki police dept., based on, accounting fraud, harassment, sofware piracy, copyright infringement and child abuse at company, providing applicable statutes, and irrefutable proof. I was told the matter would be turned over to HPD.

After giving notice of returning to work, Ishizaki (boss) called HPD and stated, " she felt fear and couldn't leave her home. My 2 emails stated as follows: (regarding work)

1. I will not be abusive to children.
2. " " " use pirated softwar, or infringe copyrights material.
3. I will go to HPD before going to company so they can accompany me to work.
4. I will bring a camera to record what transpires so there is no more "he said", "she said" regarding communication to labor bureau.

3.17.17. I left ~~home~~ home, first instructing Wife to notify HPD that I was going there at approx. 9:30, and I would need interpreter ~~and~~ to be accompanied to hostile work place. I also gave instructions to call Mr. Tsuzuki to confirm my return to work. I arrived at Hodogaya train station 9:15, and was forced into police van without arrest warrant. The four-page document P. I submitted to HPD, I include in this ~~letter~~ statement. The HPD intentional withheld it from prosecutor and refuse to address. (if HPD sends it)

By the time you receive this, I have not eaten since 3.16.17 at dinner. My condition is dire. I am hallucinating, and cannot walk. My heart pain is much worse, numbing to left shoulder and bicep now severe, great liver and kidney pain, autonomic nerve system shutting down, respiratory system inflamed, etc. I will not eat until I eat with my son.

P. provided herein stating "to parents of 4BB..." written

2.『日本で逮捕されたアメリカ人への手引書』
内容： 大使館の役割・日本での刑事手続きについて・役に立つ日本語・弁護士リスト・当番弁護士連絡先

2

# GUIDELINES FOR AMERICANS ARRESTED IN JAPAN

US MISSION, JAPAN

American Embassy
Consular Section
10-5 Akasaka 1-chome
Minato Ku, Tokyo 107-8420, Japan

(4)

I am facing minimum 2 years in prison and the destruction of my family, which would leave my son in a pauperous state. Ishizaki's actions are retaliatory for me going to govt. officials for redress. Instead of the assistance of HPD, I am facing prison, when in June, I was preparing to permanently leave Japan. This detention is costing me a good job that includes 2 yr. administrative level training which leads to a 6 figure salary. Further, I lose health insurance, life insurance, etc. as part of the employment package with the Hawaii board of ed. Sometime between now and May, I will receive 5 employment offers. If I don't respond, it's over! It took me 4 months to jump all hurdles to get to the contract stage.

---

I was tortured extensively by Chiba police / prosecutors. My injuries, more than 3 years later are still untreated. I appealed that farce to the Supreme court, exhausting my funds, attempting to clear my name. I have suffered great mental illness as a result. Finally, Feb. 22nd 2017 I filed suit in U.S. Fed ct. Southern District Florida against Japan's ministry of Justice, et al. for crimes against humanity, HR violations, & torture under ATS, and TVPA. Japanese officials are entirely aware as during 1st day detention - 19 hour interrogation, where when no interpreter was present I was repeatedly asked about this... I know what these people do, I had been subjected to it extensively. Today I was denied paper which I purchased, and they gave me 40 envelopes instead of 4 / Now, because I can't walk, I
to which I paid for.

am not permitted to clean myself at all. I was held in isolation, 24/7 lighting for demanding to see a doctor. They tried to force me to eat rice, which I cannot defeat at this time.

[redacted]

[redacted]

Emergency request:

(5)

(1.) I am asking / pleading Embassy to seek a court order to compel HPD chief of police to provide medical treatment for previously documented needed treatment, and for sustained treatment and observation related to not eating.

(2.) To remove me from the hostile HPD Ryuchi Kangoku facility to another center close to prosecutor.

---

Please provide a copy of these (5) pages, and supporting (4) page document to contacts including mother and sisters. / I make my fears of returning to Japan known to U.S. Senators, including Bill Nelson and Bernie Sanders... please provide copies.

USEFUL PHRASES

I want to contact the American consul. amerika no ryoji to hanashi o shitai
アメリカの領事と話をしたい

I want to see a doctor (dentist). isha (haisha) ni mite hoshii
医者（歯医者）にみてほしい

Good morning/ohayo おはよう Good afternoon/konichiwa こんにちは
Good evening/konbanwa こんばんは How are you?/ogenki desu ka お元気ですか
I am fine (I feel bad)/genkidesu 元気です（元気ではありません）
Goodbye /sayonara さようなら (Good night/oyasumi nasai おやすみなさい)

| | | |
|---|---|---|
| Hello! Anyone there? | dareka imasuka? | 誰かいますか |
| Please excuse me, but ... | sumimasen ga ... | すみませんが... |
| Pardon me | oyurushi kudasai | お許し下さい |

Will you help me please douzo watashi o tasukete kudasai
どうぞ私を助けて下さい

I have read all these books (magazines), can I have some of my other books (magazines)?
korera no hon (zasshi) o zenbu yonde shimaimashita. hokano hon (zasshi) o kudasai.
これらの本（雑誌）を全部読んでしまいました。他の本（雑誌）をください。
Please save these books (magazines) for me.
korera no hon (zasshi) o watashino tameni totteoite kudasai.
これらの本（雑誌）を私のために取っておいて下さい。
Please give these books to the American consul when he/she comes.
amerika no ryoji ga kitara korerano hon o watashite kudasai.
アメリカの領事が来たらこれらの本を渡して下さい。
Please throw these books (magazines) away.
korera no hon (zasshi) o sutete kudasai.
これらの本（雑誌）を捨てて下さい。

I want to buy ... ...o kaitai ...を買いたい
I want to buy some snacks/keishoku. 軽食

swelling/haremono はれもの
wound/kizu 傷
I can't move my ... ...ga itakute ugokasemasen ...が痛くて動かせません
It hurts.

NERVOUS TENSION

I'm in a nervous state. shinkeikabin no jotai desu 神経過敏の状態です
I'm feeling depressed. ki ga fusaide imasu 気がふさいでいます
I want some sleeping pills. suiminyaku ga hoshiino desu ga 睡眠薬が欲しいのですが

I can't eat. shokuga susumimasen 食がすすみません
sleep. nemuremasen 眠れません
I'm having nightmares. yume de unasaremasu 夢でうなされます
Can you prescribe a ...? ... o shoho shite itadakemasuka ...を処方して頂けますか

sedative/chinseizai 鎮静剤
tranquilizer/torankiraiza トランキライザー
anti-depressant/anti-depresanto アンチ・デプレッサント

3.30.17.

PRESCRIPTIONS AND DOSAGE

What kind of medicine kore wa donna kusuri desu これはどんな薬です？

The following document marked ①-⑤ is to be mailed to my wife, as HPD refuse to provide this to her. It is urgent to contact her immediately, as I don't have much time left. This document contains what must be done prior to indictment. Please keep a copy for records.

Still no medical treatment. Heart, liver, kidneys failing. Black things like crawling ants are visible, but I know they are not real. However hallucination

(6)

Please provide my wife a copy of ~~this~~ the statement. ~~as well.~~ (A) below. Please phone and read it, so she can't act quickly. Indictment is Finally, quickly to come - She cannot delay.

Time is of the essence as indictment fast approaches. I am cooperating with prosecutor, but police have violated numerous rules of criminal procedure, including having me sign a statement that I was not facing a criminal charge but only a fine. I wrote what they wanted, and it was used to charge me with "public nuisance", a crime minimum 6 mos. prison, which was also used to raid my home, and seize property unknown to me. I have not been provided that warrant.

---

(A) Tell my wife to have her family, all of them, mother, father, sisters & our son go to Kannai prosecutor office, and plead for leniency. It is imperative they do this, as minimum 2 year prison is assured without prosecutor choosing to seek a fine instead of prison. If she does not take this step, there will be no leniency. She must tell prosecutor Ishizaki's rude conduct and insults made to my wife. Tell my family to non-stop call Senators for help. At some point the embassy is going to have to disclose this to the media. When is this? When I am in a comatose state?

---

In a nutshell: Japanese officials want to send me to prison, for writing 2 sentences, not sent to Ishizaki, but to another party (Watanabe), they are interpreting everyday English language as w.l.d rough.

Jack Stone

date / day unknown

Shizuoka (Hamamatsu) 053-455-3009
Shizuoka (Numazu) 055-931-1848

This site is managed by the U.S. Department of State. External links to other Internet sites should not be construed as an endorsement of the views or privacy policies contained therein.

(7)

~~Recently~~, I also stated Ishizaki should have jumped in front of a train a long time ago. This is in regards to me one time being late for work (due to suicide victim who jumped in front of the train I was on) when I arrived at work Ishizaki berated me for being late, questioning me why I didn't take another train, and other irrational comments. She was already aware there was a suicide prior to my arrival. I was 58 year old at the time of this verbal assault.

Ishizaki doesn't like me because I refused to engage in abusive conduct toward children, including using physical force, keeping (one) year old children in a chair for four hours, as "training" toward the next class level, which is more abusive.

---

I want to raise my son in America. A free society. He is 3 yrs. 3 months old and no Japanese child has ever played with him. Japanese ostracize children they call "hafu",




107-8420

American Embassy
Consular Section
10-5 Akasaka 1-chome
Minato-ku, Tokyo

"Notice on Ports
of Yokohama
Bilingual Ed"
document forwarded
to W. Fe

AMERICAN EMBASSY
MAR 29 2017
TOKYO, JAPAN

横浜市保土ケ谷区川辺町二番七号
保土ケ谷警察署
〒240 電話〇四五(331)〇一一〇代

*Embassy of the United States of America*
*1-10-5 Akasaka, Minato-ku*
*Tokyo 107-8420 JAPAN*
*Fax 81-3-3224-5856*

March 29, 2017

Mr. J S
c/o Hodogaya Police Station
2-7 Kawabe-cho, Hodogaya-ku
Yokohama-shi, Kanagawa-ken 240-0001

Dear Mr. S ,

After we visited you on March 24, we passed on your message to [redacted] We also contacted your wife and relayed your request about the lawyer.

On March 29, [redacted] sent us an email below and we are forwarding her messages to y[redacted]

"At this time, no one [redacted] has the funds or means to retain an attorney for J .

We ask that you please let [redacted] know that we are all very concerned and ask that he [redacted]ake good care of his health and to please cooperate in order to get himself released.

We would also ask the he understand that [redacted] is looking forward to his speedy return back home with his new family in tow."

Sincerely,

American Citizen Services
U.S. Embassy Tokyo

ASAP

Please file with court an emergency order to compel / force the Hodogaya Police chief to provide medical care.

I have great heart, liver and kidney pain, and severe numbing, as well as hallucinating from lack of food / nutrients.

I also am refused medical treatment for a pre-existing condition.

J [redacted] S [redacted]

4/17 left a message on the wife's voice mail asking for her address.

no call as of 4/11. (MW)

AMERICAN [illegible]ASSY
MAR 28 [illegible]

[redacted]

[redacted]

Please forward
all letters to wife
this Friday.
April 07

Dave

[redacted]




107-8426

American Embassy
Consular Section
10-5 Akasaka 1-chome
Minato-ku, tokyo

AMERICAN EMBASSY
MAR 29 2017
TOKYO, JAPAN

横浜市保土ケ谷区川辺町二番七号
保土ケ谷警察署
〒240 電話045(335)0110(代)

United States Department of State
Bureau of Consular Affairs

# Activity Log

| Description | Type | Source | Created By | Create Date |
|---|---|---|---|---|
| New Arrest Service Created | Status Update | System | [redacted] | 21-Oct-2013 |
| New Arrest Service Created. | | | | |
| New Case | Status Update | System | | 21-Oct-2013 |
| A new case was created. - TKY201329439562167 | | | | |
| Subject Core Biographical Data Updated | Status Update | System | | 21-Oct-2013 |
| Modified by user: [redacted]<br><br>Critical Field Added: Subject Passport<br>Field Type Added: New Subject Passport [redacted] Issue Date: 07-Apr-[redacted] Expiration Date: 06-Apr[redacted] Place of Issue: United States Of America - DEPARTMENT<br><br>Critical Field Change: Subject Country of Birth<br>New Value: USA - United States Of America<br>Old Value: No Previous Value<br><br>Critical Field Change: Subject State of Birth<br>New Value:<br>Old Value: No Previous Value | | | | |
| Initial Visit By CONOFF | Arrest Visit | User | [redacted] | 21-Oct-2013 |

United States Department of State
Bureau of Consular Affairs

# Activity Log

<table>
<tr><th>Description</th><th>Type</th><th>Source</th><th>Created By</th><th>Create Date</th></tr>
<tr><td colspan="5">On 21-Oct-2013, a ConOff visited AmCit J S (PDOB ) for an initial arrest visit at the Narashino Police Station in Chiba, Japan. He said that he was arrested on Sat 19-Oct-2013 on suspicion of assault. He said that he was involved in a dispute with train station employees, which he said escalated when he spit in the direction of one of the employees. He claimed that there was a previous incident on 01-Oct-2013 with one of the employees at the train station.<br><br>Mr. S said that he has not eaten since Friday before he was arrested because he is prostesting his arrest. ConOff advised Mr. S to eat. He appeared to be very tired when he entered the meeting room, but was able to stand and walk on his own. ConOff confirmed with police authrities that Mr. S is refusing to eat.<br><br>Mr. S reported no mistreatment while within the detention facility, but said he was transported to the prosecutors office without adequate clothing for cold weather. He said that he takes medicine for a leg injury but has not had access to medical treatment since his arrest. He said that he was told that he will see a doctor tomorrow Tue 22-Oct-2013.<br><br>Mr. S said that he has not been given access to a lawyer and said that he was told it would cost money. ConOff explained the Japanese duty lawyer system and that his entitled to one free visit and that financial assistance may be available from Japanese authorities.<br><br>He signed and returned his Privacy Act Waiver, and authorized release of information to his fiancee M S and employer Hitomi Katsuyama 0434-873871. He also authorized release of information to family and friends not listed.<br><br>Mr. S said that he has lived in Japan since 2007, and has worked as a teacher at a Japanese university. He said that he has a background in law and that he is a writter who publishes a blog and has been interviewed by major U.S. television news networks about life in Japan. He said that his fiancee is seven months pregnant, and asked that Post contact his fiancee regarding his location and arrest.<br><br>Mr. S received the information packet, and ConOff informed him that the Embassy would visit again in about one month.</td></tr>
<tr><td>PAW 10-21-13</td><td>Attach File</td><td>User</td><td>[redacted]</td><td>22-Oct-2013</td></tr>
<tr><td colspan="5">See attached</td></tr>
<tr><td>Refusing To Eat 10-21-13</td><td>Case Note</td><td>User</td><td>[redacted]</td><td>22-Oct-2013</td></tr>
<tr><td colspan="5">From: Capistrano, Norm<br>Sent: Monday, October 21, 2013 5:37 PM<br>To: Korff, Meena F<br>Subject: FW: New Arrest case from the weekend: S , J (DOB: )<br><br>Dear Meena,<br>We wanted to bring to your attention a recent arrestee, J S (DOB ) who is refusing to eat in order to protest his arrest in Japan. The detailed notes are in ACS+, but to summarize he has not eaten since he was arrested Saturday, and we visited him for the first time today Monday 21-Oct-2013. We confirmed with the police authorities that he is refusing to eat the meals that are served, but he is drinking water. He signed a PAW authorizing release of information to any family and friends, and have urged them to try to persuade Mr. S to eat as well when they visit. Post will continue to monitor the situation daily.<br><br>Sincerely,<br>Norm Capistrano<br>Tokyo ACS Officer</td></tr>
</table>

United States Department of State
Bureau of Consular Affairs

# Activity Log

| Description | Type | Source | Created By | Create Date |
|---|---|---|---|---|
| Proof of Citizenship Data Updated | Status Update | System | [redacted] | 12-Nov-2013 |
| Modified by user: KASAICX<br><br>Critical Field Added: Evidence of Citizenship<br>Field Type Added: New Evidence of Citizenship [redacted] Issue Date: 07-Apr-[redacted] Expiration Date: 06-Apr-[redacted] Place of Issue: United States Of America - DEPARTMENT | | | | |
| Indicted 11-8-13 | Case Note | User | [redacted] | 12-Nov-2013 |
| On November 8, 2013, Mr. S was indicted for assault causing injury.<br><br>According to the police, Mr. S said he rather eat rice than bread, so the police changed his meal back to rice this weekend[redacted] | | | | |
| Contact With The Police 11-25-13 | Case Note | User | [redacted] | 26-Nov-2013 |
| Sent: Monday, November 25, 2013 2:49 PM<br><br>Around 14:10, November 25, I spoke with Mr. Fujisaki, Detention Section of Narashino Police.<br><br>I expressed our concern over Mr. S?s unstable emotional conditions and the injury he recently sustained during the detention.<br><br>Mr. Fujisaki said that Mr. S has been eating recently, but he usually leaves a half of the portion every time. Mr. S told the police that he doesn?t eat meat, and the police try to give him meal without meat.<br><br>Mr. Fujisaki reported that after the recent consular visit, Mr. S has been relatively calm. In addition, his girlfriend visited him twice, most recently on Friday, November 22.<br><br>According to Mr. Fujisaki, on November 8 when he came back from the prosecutor?s office (note: this is the date he was indicted for assault causing injury), Mr. S was very angry, and started to hurt himself by punching his face 4 times by his right fist and another 4 times by his left fist. To protect him, the police had to place him in a protective cell, using the restraint for the arms and legs. The police uses this kind of restraint only once a year or so. The length of the period Mr. S was tied was one hour and 13 minutes. The police used a belt with a handcuff. The handcuff was attached to the belt in front, and the handcuff itself is not steel, but with cloth. I have seen a controversial leather handcuff, and asked Mr. Fujisaki whether it was like a leather handcuff. He said no. The ankles and the knees were tied with ropes.<br><br>On November 12 when a doctor made a scheduled regular visit to detainees, he noticed that Mr. S?s foot had inflammation and recommended he should visit a hospital. Therefore, Mr. S was taken to a hospital on the following day, November 13, and the doctor found that his middle right toe was broken (not the ankle where tied with a rope) , and the doctor placed some bandage with cast. However, Mr. S took the cast by himself, and he redid the bandage by himself. He was supposed to return to the hospital on November 27. The police has no idea why his middle toe was broken, but the police officers has noticed when Mr. S had bad moods, he hit the steps and floor very hard. | | | | |
| Contact With Chiba District Court 11-25-13 | Case Note | User | [redacted] | 26-Nov-2013 |

Sensitive But Unclassified (SBU) - Information protected under INA 222(f) and 9 FAM 40.4.

Generated: 21-Sep-2018 \| TKY \| [redacted]



STATE-1252

United States Department of State
Bureau of Consular Affairs

# Activity Log

| Description | Type | Source | Created By | Create Date |
|---|---|---|---|---|
| Interim Update from the Chiba District Court on Nov. 25:<br><br>I spoke with a clerk of the court, Ms. Karakama, who sent us the notification of the detention of J S on November 8, 2013.<br><br>The paper we received on November 12, 2013, indicates Mr. S was detained on November 8, 2013, for the charge of assault causing injury.<br>He was initially arrested on October 19, 2013, for assault incident in October.<br><br>To clarify the case, Mr. S was charged for:<br>1. Assault (w/o causing injury) occurred in October, but after the investigation, this charge was changed to assault causing injury, and he was indicted for the assault causing injury on November 8, 2013. The No. 2 Criminal Division (Mr. Miyama) is in charge of this case. Mr. Miyama said that the court already appointed an attorney, and sent Mr. S the notification on November 22.<br>Court appointed attorney: Ms. Too Kushida (?????), TEL: 043-222-5853<br>First court date: December 19, 2013, 15:10<br><br>2. Separately, I found out from Ms. Karakama of the court, that the investigation revealed another assault case that occurred in September, and Mr. S was re-arrested for assault (w/o causing injury) on November 14, 2013. The victim and that the incident happened is different from the October incident. | | | | |
| Visited By Leslie Glass 11-21-13 | Arrest Visit | User | KASAI, CHIHARU | 26-Nov-2013 |
| On November 21, 2013, a Consular Associate (CA) visited detained U.S. citizen J S Mr. S was visited after his meeting with the prosecutor?s office. Prior to entering the interview room, CA was informed that Mr. S was in a highly agitated and emotional state and that there would be a few guards outside his room if assistance was needed. Upon entering the interview room, CA notice Mr. S was visibly upset and crying. He reported severe mistreatment saying that the prison guards used a torture device where a rope was wrapped around his feet and stretched to the point of breaking a bone in his foot. He had a previous foot injury that was healing and that the mistreatment received from the guards resulted in an additional break. He was taken to Tsudanuma Hospital for treatment on November 13 where his injury was treated and foot placed in a bandaged half cast. It took some time to get Mr. S composed enough to discuss his situation in a calm manner. He is concerned that he has been in jail for 32 days and no attorney has been assigned to his case. He also concerned that the prosecutor?s office is filing additional charges against him. CA informed him that we cannot solicit an attorney on his behalf but one will be assigned to his case if he cannot afford to pay. Mr. S did say that he was visited by an attorney earlier and he had his name and number in his paperwork. CA informed him that a representative from the U.S. Embassy ACS unit will visit him monthly until his sentencing. He was relieved to hear this and was able to give the CA a letter, via the prison officials, that was too large to fit in an envelope. CA turned letter over to appropriate personnel in ACS. After a lengthy conversation, no requests were made from CA but Mr. S seemed to be under control and in better state of mind. | | | | |
| Indicted For Second Charge 12-3-13 | Case Note | User | [redacted] | 05-Dec-2013 |
| On December 3, 2013, Mr. S was indicted for his second charge, assault without causing injury. | | | | |
| Privacy Act Waiver Updated | Status Update | System | | 06-Dec-2013 |

United States Department of State
Bureau of Consular Affairs

# Activity Log

| Description | Type | Source | Created By | Create Date |
|---|---|---|---|---|
| Modified by user: [redacted]<br><br>Critical Field Change: Privacy Act Wavier Comments<br>New Value: SECTION A: Toou KUSHIDA (lawyer: 043-222-5853)<br>Old Value: SECTION A: M S (girlfriend), ; Hitomi Katsuyama, Azalea English Language School, tel: 0434-87-3871.<br><br>Critical Field Change: Privacy Act Wavier Level<br>New Value: Limited Waiver<br>Old Value: Full Waiver<br><br>Critical Field Removed: Wavier Removed<br>Field Removed: 4<br><br>Critical Field Change: Privacy Act Wavier Date Taken<br>New Value: 06-Dec-2013<br>Old Value: 21-Oct-2013 | | | | |
| Visited By Leslie Glass 12-16-13 | Arrest Visit | User | [redacted] | 17-Dec-2013 |
| On December 16, 2013 a Consular Associate visited detained U.S. citizen J S . The Consular Associate provided the Single Affidavit for Marriage to Mr. S for his signature and subsequent notary. Mr. S 's attorney will provide funds for the notarial service. Mr. S briefly discussed his case and appeared to be in a better emotional state. He had no new allegations of torture and is looking forward to the birth of his child. His fiancee visits and provides clothes and other necessities for him. The meeting ended amicably. | | | | |
| Transferred To Chiba Detention 12-20-13 | Case Note | User | [redacted] | 26-Dec-2013 |
| On December 20, 2013, Mr. S was transferred to Chiba Detention Center. | | | | |
| Visited By Thomas Duval 1-22-14 | Arrest Visit | User | [redacted] | 23-Jan-2014 |
| On January 22, 2014, a Consular officer visited J S (DOB: ) at Chiba Detention Center.<br><br>Mr. S 's girlfriend had a son on .<br><br>Mr. S explained, in exhaustive and sometimes repetitive detail, what happened to him. Feeling as if he is caught in a Kafka-esque web of circumstance directed by people who are persecuting him because he is not Japanese, he often broke into sobs as he explained the terror he feels as he waits for his sentencing tomorrow.<br><br>His previous injury to his right foot was documented in previous visits. He showed ConOff his left foot, which he says is very difficult to walk on. His left heel appears swollen and purple; three toes were purple, two with patches of black skin.<br><br>Mr. S says that there is videotaped evidence which shows his innocence, and described several instances of resistance to his jailers. Despite that, Mr. S burst into tears repeatedly saying he just wanted to go home, and mentioned several times his belief that he "could not take a year in a Japanese prison.". He suggested that he might consider suicide.<br><br>ConOff tried to offer encouragement, citing Mr. S 's new son as a reason for living and talking about Martin Luther King. Mr S thanked ConOff for his calming demeanor and again burst into tears as he left the interview room. | | | | |

**Sensitive But Unclassified (SBU) – Information protected under INA 222(f) and 9 FAM 40.4.**

United States Department of State
Bureau of Consular Affairs

# Activity Log

| Description | Type | Source | Created By | Create Date |
|---|---|---|---|---|
| Proof of Citizenship Data Updated | Status Update | System | DUVAL, THOMAS | 04-Feb-2014 |
| Modified by user: DUVALTA<br><br>Critical Field Change: Citizenship Status<br>New Value: Confirmed US Citizen<br>Old Value: Unknown<br><br>Critical Field Change: Status Recorded By<br>New Value: DUVAL, THOMAS<br>Old Value: No Previous Value | | | | |
| Released 2-4-14 | Case Note | User | [redacted] | 04-Feb-2014 |
| Mr. Kushida, Jack S[illegible]'s attorney called to report that today was his sentencing day, and the court found guilty, and sentenced him to the imprisonment with forced labor for one year & six months. The sentence was suspended for four years, and Mr. S[illegible] was released from custody. | | | | |
| Case Closed | Status Update | System | [redacted] | 04-Feb-2014 |
| Closed Case: TKY201329439562167 - Arrest Service was closed by [redacted] on 2/4/2014 3:47:18 PM | | | | |
| Arrest Service Closed | Status Update | System | [redacted] | 04-Feb-2014 |
| Arrest Service was closed on 10/21/2013 9:29:53 AM by [redacted]<br>Arrest Service was closed by [redacted] on 2/4/2014 3:47:18 PM | | | | |

United States Department of State
Bureau of Consular Affairs

# Activity Log

| Description | Type | Source | Created By | Create Date |
|---|---|---|---|---|
| New Arrest Service Created | Status Update | System | [redacted] | 22-Mar-2017 |
| New Arrest Service Created. | | | | |
| New Case | Status Update | System | [redacted] | 22-Mar-2017 |
| A new case was created. - TKY201708159385759 | | | | |
| Name check executed 03/22/17 09:32 AM (UTC+09:00) | Name Check Results | System | [redacted] | 22-Mar-2017 |
| Name Check batch 1 executed 3/22/2017 9:32:51 AM (UTC+09:00) by [redacted]<br>Results for Subject 'S , J ', received 3/22/2017 9:32 [redacted]:00):<br>CLASS-E: 1 hit(s) (Complete)<br>CLASP: 0 hit(s) (Complete)<br>IPDB: 1 hit(s) (Complete)<br>MIV: 2 hit(s) (Complete)<br>SSA: 1 hit(s) (Error)<br><br>Total CLASS-E Hits: 1<br>Total CLASP Hits: 0<br>Total IPDB Hits: 1<br>Total MIV Hits: 2<br>Total SSA Hits: 1 | | | | |
| Notification By Police 3-22-17 | Case Note | User | [redacted] | 22-Mar-2017 |
| On March 22, Hodogaya Police (045-335-0110) Detention Section notified J S 's arrest as follows (also made a follow-up call to the Criminal Investigation Section):<br><br>Name: J S<br>DPOB:<br>Passport#: [redacted] issued 2/2[redacted](expires 2/1[redacted] – from ACS+ (police confirmed Mr. S 's ID by his Japanese resident card)<br>Date & Place of Arrest: March 17, 2017 at Hodogaya Police Station, Yokohama-shi, Kanagawa-ken<br>Charge: Violation of anti-nuisance ordinance<br>Place of Detention: Hodogaya Police Station, Kanagawa-ken<br><br>Post confirmed with the police that Mr. S did not request the Embassy to be notified of his arrest when he was arrested. However, he changed his mind and signed the form to request the notification on March 22.<br>According to the police, Mr. S has been sending annoying emails to his employer, and since his employer felt that s/he was being threatened, the employer has been consulting with the police.<br>Mr. S 's first ten day detention order expires on March 27. | | | | |
| Info Provided By Police On Mr. S 'S Condition | Case Note | User | [redacted] | 22-Mar-2017 |

United States Department of State
Bureau of Consular Affairs

# Activity Log

| Description | Type | Source | Created By | Create Date |
|---|---|---|---|---|
| March 22, 2017<br>When Post asked about Mr. S's health condition, the police informed Post that Mr. S has been refusing to eat since he was arrested other than drinking water and having a half-cup of miso soup this morning. The police has explained him in Japanese that they take orders once a week and he can buy bread, soft drink and milk if he prefers. However, Mr. S has not made any requests about the meals provided. The police officer at the detention section also informed us that Mr. S has been refusing to cooperate with his investigation. When Post asked if the police would have Mr. S see a doctor and would be treated with I.V. if this continues, the police only commented that they were aware of what Mr. S did when he was arrested in Chiba and mentioned that he accused the doctor. The police said that Mr. S was also on a hunger strike when he was previously arrested. | | | | |
| PAW 3-24-17 | Attach File | User | [redacted] | 24-Mar-2017 |
| See attached. | | | | |
| Privacy Act Waiver Updated | Status Update | System | | 24-Mar-2017 |
| Modified by user: [redacted]<br><br>Critical Field Change: Privacy Act Wavier Comments<br>New Value: [redacted]<br>Old Value: SECTION A: Toru KUSHIDA (lawyer: 043-222-5853)<br><br>Critical Field Change: Privacy Act Wavier Date Taken<br>New Value: 24-Mar-2017<br>Old Value: 06-Dec-2013<br><br>Critical Field Added: Wavier Added<br>Field Type Added: 4 | | | | |
| Contacted The Police 3-27-17 | Case Note | User | [redacted] | 03-Apr-2017 |
| March 27, 2017<br><br>According to the Hodogaya Police, Mr. S eats Miso soup for breakfast and drinks hot water with soy-bean sauce, but eats no solid food.<br>The police is in close communication with a doctor by telephone, and the doctor advised the police to get him water/hot water and salt.<br>He ate one bite of Japanese radish after a CONOFF saw him last Friday.<br>Regular check-ups are conducted twice a month and Mr. S can see a doctor next Thursday, March 30. Post passed his urological difficulties, heart problem and numbness to a police officer so that a doctor can better understand his health condition when sees him next time. | | | | |
| Contacted The Police 3-29-17 | Case Note | User | [redacted] | 03-Apr-2017 |
| March 29, 2017<br><br>According to the Hodogaya Police, Mr. S has not eaten anything other than Miso soup and water. The police reported that they continue to monitor Mr. S's health condition. The police has been told by the doctor to report him immediately if Mr. S stops going to the toilet. The police informed Post that the doctor will conduct a regular check-up of their detainees, including Mr. S on March 30 as scheduled. | | | | |

United States Department of State
Bureau of Consular Affairs

# Activity Log

<table>
<tr><th>Description</th><th>Type</th><th>Source</th><th>Created By</th><th>Create Date</th></tr>
<tr><td>Contacted The Police 3-31-17</td><td>Case Note</td><td>User</td><td>[redacted]</td><td>03-Apr-2017</td></tr>
<tr><td colspan="5">March 31, 2017<br><br>Post confirmed with the police that Mr. S saw a doctor on March 30. The doctor diagnosed him nothing wrong except for malnutrition. The doctor has prescribed him a liquid supplement, which Mr. S is taking. The police said that Mr. S seems weak but can walk, takes shower and shaves without having others' support. According to the police, Mr. S received letters from his wife and the Embassy, and he has changed his attitude. The police reported that Mr. S told the police that he wanted to apologize the victim. The police also reported that Mr. S refused to see his wife on 3/29 because he thought that his child was with his wife in a visiting room, although his child was actually waiting in a separate room, which he did not know.<br><br>Post confirmed with the police that Mr. S has funds to purchase items he wants. Regarding the paper he mentioned he was denied, the police reported that detainees are not allowed to use a notebook to write a letter and must use letter papers.</td></tr>
<tr><td>Visited By CONOFF 3-24-17</td><td>Arrest Visit</td><td>User</td><td>[redacted]</td><td>24-Mar-2017</td></tr>
<tr><td colspan="5">On March 24, 2017 a consular officer visited U.S. citizen detainee J S (DPOB ) at Hodogaya police station in Yokohama. Before the interview police indicated to conoff that S has not been eating. He was helped into the interview room by policemen and initially slumped forward. He appeared disheveled and initially appeared to be having trouble holding himself steady; however, he soon sat up and was afterwards entirely responsive and communicative. At times breaking down in tears, S spoke stridently and emotionally about his previous arrest and what he considers to be mistreatment by Japanese authorities over a period of years. He maintained that since his arrest "a week earlier" he had been interrogated "for 19 hours" at a stretch, and had been thrown to the floor and treated roughly. He had no visible injuries, but showed conoff several toes that seemed blue and black, and said this was a consequence of mistreatment while he had been arrested in 2013-2014. S said he takes no medication; however, he complained that since his current detention began, his "heart hurts" and he is numb. He complained of urological difficulties related to past surgery that make it difficult for him to urinate. S said he had asked to see a doctor but had not been allowed to see one. (Note: after the interview, conoff conveyed to a police officer that S wanted to see a doctor; the police officer responded that he had been able to see a doctor, but affirmed that he should be able to see a doctor again if he is having difficulty). Conoff urged S to take care of his health and to eat. Stone signed a PAW naming specific relatives and Members of Congress, and asked that conoff tell his sister and his mother in Florida about his arrest, and ask that they work with his wife to retain an English-speaking lawyer, specifically requesting "Hiroshi Tsukawa", who S said is a lawyer that he has engaged in the past.</td></tr>
<tr><td>Proof of Citizenship Data Updated</td><td>Status Update</td><td>System</td><td>HAFNER, MATTHEW</td><td>07-Apr-2017</td></tr>
<tr><td colspan="5">Modified by user: HAFNERMJ<br><br>Critical Field Change: Status Recorded By<br>New Value: HAFNER, MATTHEW<br>Old Value: No Previous Value<br><br>Critical Field Change: Citizenship Status<br>New Value: Confirmed US Citizen<br>Old Value: Unknown</td></tr>
<tr><td>Proof of Citizenship Data Updated</td><td>Status Update</td><td>System</td><td>[redacted]</td><td>22-Mar-2017</td></tr>
</table>

Sensitive But Unclassified (SBU) - Information protected under INA 222(f) and 9 FAM 40.4.

United States Department of State
Bureau of Consular Affairs

# Activity Log

| Description | Type | Source | Created By | Create Date |
|---|---|---|---|---|
| Modified by user: [redacted]<br><br>Critical Field Added: Evidence of Citizenship<br>Field Type Added: New Evidence of Citizenship [redacted], Issue Date: [redacted], Expiration Date: [redacted]), Place of Issue: Japan - TOKYO | | | | |
| Case Closed | Status Update | System | [redacted] | 07-Apr-2017 |
| Closed Case: TKY201708159385759 – Arrest Service was closed by [redacted] on 4/7/2017 5:07:05 PM | | | | |
| Arrest Service Closed | Status Update | System | [redacted] | 07-Apr-2017 |
| Arrest Service was closed on 3/22/2017 9:32:50 AM by [redacted]<br>Arrest Service was closed by [redacted] on 4/7/2017 5:07:05 PM | | | | |

[redacted]

[redacted]

RELEVANCY

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted],

[redacted]

[redacted]

[redacted]

[redacted];

[redacted]:

[redacted]

[redacted]:

[redacted] [redacted]

[redacted] [redacted]

[redacted]

[redacted] [redacted]

[redacted]

[redacted] [redacted]

RELEVANCY

[redacted]

RELEVANCY

[redacted]

RELEVANCY

[redacted]

RELEVANCY

[redacted]

RELEVANCY

[redacted]

RELEVANCY

[redacted]

(7) [redacted]

RELEVANCY

[redacted]

RELEVANCY

[redacted]

[redacted]

RELEVANCY

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

e. [redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted] [redacted]

[redacted]

[redacted]

[redacted] [redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]