UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JACK STONE,

*Plaintiff,*

v.

U.S. EMBASSY TOKYO, *et al.*,

*Defendants.*

Civil Action No. 19-3273 (RC)

**DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR ORDER FOR EMERGENCY FUNDS**

Defendants respectfully submit the following opposition to Plaintiff's emergency motion for order for emergency funds. *See* ECF No. 118. Plaintiff's filing demands that Defendants immediately provide emergency financial support to Plaintiff, "due to financial circumstances Defendants alone are responsible for creating." *Id.* at 1. Plaintiff cites guidance from the U.S. Department of State website regarding assistance for U.S. citizens located abroad who are temporarily destitute because of unforeseen circumstances. *Id.*; *see also* https://travel.state.gov/content/travel/en/international-travel/emergencies/emergency-financial-assistance.html. As explained in the attached Declaration of Scott Renner, Acting Managing Director of the Office of Overseas Citizens Services within the U.S. Department of State's Bureau of Consular Affairs, the emergency financial assistance available to destitute U.S. citizens overseas through the U.S. Department of State: (i) is authorized in the form of a loan to be repaid by the recipient in full; and (ii) is provided only upon submission of a completed application form. *See* Ex. A ¶ 3. As of June 10, 2020, the records maintained by the U.S. Department of State indicate that Plaintiff has not submitted an application for emergency cash assistance. *Id.* ¶ 4. Thus, Plaintiff is asking this Court to order relief for which he has not yet even applied.

To the extent Plaintiff seeks emergency assistance as a form of monetary damages in connection with this action, as Defendants' Motion for Summary Judgment makes clear, Plaintiff's demand for monetary damages is barred by the doctrine of sovereign immunity. *See* ECF No. 120-1 at 24-25. In sum, there is no legal basis for Plaintiff's motion and, for the foregoing reasons, Defendants respectfully request that the Court deny the motion. A proposed order is submitted herewith.

Dated: June 19, 2020

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By: */s/ Katherine B. Palmer-Ball*
KATHERINE B. PALMER-BALL
D.C. Bar #1014003
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
Phone: (202) 252-2537
katherine.palmer-ball@usdoj.gov

*Counsel for Defendants*