# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Jack Stone,<br><br>Plaintiff,<br><br>v.<br><br>United States Embassy, Tokyo, *et al.*,<br><br>Defendants. | ) | Civil Action No. 19-cv-3273 (RC) |

**DECLARATION OF SCOTT RENNER**

Pursuant to 28 U.S.C. § 1746, I, Scott Renner, do hereby declare and state as follows:

1. I am the Acting Managing Director of the Office of Overseas Citizens Services within the U.S. Department of State's Bureau of Consular Affairs. The Directorate of Overseas Citizens Services includes the Office of American Citizens Services and Crisis Management, which assists U.S. citizens overseas directly and through support to U.S. Embassies and Consulates abroad. My duties include ensuring that the Directorate of Overseas Citizens Services provides consistent and timely guidance to our overseas posts on issues affecting U.S. citizens overseas, including the provision of emergency services, the adjudication of passports, and the documentation of births and deaths of U.S. citizens overseas. Based on my professional skills, training, experience, responsibilities and personal knowledge, I have been designated to provide this declaration.

2. The statements I make in this declaration are based on my personal knowledge, which includes knowledge acquired through information furnished to me in the course of my

official duties as Acting Director of the Office of Overseas Citizens Services and agency files that I personally reviewed in the course of my official duties.

3. The emergency cash assistance available to destitute U.S. citizens overseas through the Department are authorized as loans to be repaid by the recipient in full. There is an application form that must be filled out and a promissory note must be signed by the applicant. In addition to specific eligibility requirements for the applicant, the loans are subject to the availability of particular funds in the Department. The emergency cash assistance available to destitute U.S. citizens cannot be provided without the submission of a completed application form.

4. As of June 10, 2020, our records indicate that the Department had not received an application for emergency cash assistance from Mr. Stone.

Executed on this 17th day of June, 2020, in Washington, DC.

SCOTT RENNER
Acting Managing Director
Office of Overseas Citizen Services
United States Department of State