**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JACK STONE,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF STATE CA/OCS/CI, AND U.S. EMBASSY TOKYO,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. CV 19-3273 |

**JULY 4th 2020**
**NOTICE FOR JUDGE RUDOLPH CONTRERAS**

Plaintiff requests Judge Contreras watch the video posted on YouTube by District of Columbia Appellate Court, Chief Judge Anna Blackburne-Rigsby.

See: https://www.youtube.com/watch?v=7XV3SUPKZw4.

Chief Judge Blackburne-Rigsby's eloquent speech may aid in reminding Contreras why he is on the bench, why he took the oaths he has, and who the people are that he is supposed to represent and protect, which includes the Plaintiff and his minor children.

Filed,

July 4th 2020

Jack Stone
/s/ Jack Stone
Maison Sato 101
2-2-15 Tsunogoro
Aoba, Sendai, Miyagi
Japan 980-0874
Email: mail@stackjones.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 26th 2020, I served a copy of this Filing, via CM/ECF on the following persons, Katherine B. Palmer-Ball, Assistant United States Attorney, at katherine.palmer-ball@usdoj.gov.

/s/ Jack Stone