UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JACK STONE,

*Plaintiff,*

v.

U.S. EMBASSY TOKYO, *et al.*,

*Defendants.*

Civil Action No. 19-3273 (RC)

**DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR ORDER FOR EMERGENCY FUNDS SUPPLEMENT**

Defendants respectfully submit the following opposition to Plaintiff's demand for emergency funds supplement. *See* ECF No. 134. Plaintiff's filing supplements and is largely duplicative of Plaintiff's prior emergency motion for emergency funds. *See* ECF No. 118. Plaintiff "demands immediate, emergency monetary compensation to replace assets Plaintiff has liquidated, which were located in Japan, prior to moving to the United States, in March of 2018." ECF No. 134 at 2. In addition, "Plaintiff demands to be put in the financial and other situation, namely living conditions his family was in prior to Defendants interference," and argues that "[b]ut for Defendants unreasonably refusing to reissue Plaintiff's child a passport these poor conditions would not exist." *Id.* Plaintiff requests that the Court "compel immediately emergency financial assistance in the amount of 32,726.00 USD." *Id.* at 8.

As Defendants previously explained in response to Plaintiff's last motion for emergency funds, the emergency financial assistance available to destitute U.S. citizens overseas through the U.S. Department of State: (i) is authorized in the form of a loan to be repaid by the recipient in full; and (ii) is provided only upon submission of a completed application form. *See* ECF No. 131-1 ¶ 3. As of June 10, 2020, the records maintained by the U.S. Department of State indicated that

Plaintiff had not submitted an application for emergency cash assistance. *Id.* ¶ 4. Plaintiff's supplement does not suggest that he has since submitted any application. Thus, Plaintiff continues to ask this Court to order relief for which he has not yet even applied.

To the extent Plaintiff seeks emergency assistance as a form of monetary damages in connection with this action, as Defendants have previously noted, Plaintiff's demand for monetary damages is barred by the doctrine of sovereign immunity in this Administrative Procedure Act case. *See* ECF No. 120-1 at 24-25; ECF No. 131 at 2. Thus, there is no legal basis for Plaintiff's motion and, for the foregoing reasons, Defendants respectfully request that the Court deny the motion. A proposed order is submitted herewith.

Dated: July 7, 2020

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By: *<u>/s/ Katherine B. Palmer-Ball</u>*
KATHERINE B. PALMER-BALL
D.C. Bar #1014003
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
Phone: (202) 252-2537
katherine.palmer-ball@usdoj.gov

*Counsel for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JACK STONE,

*Plaintiff*,

v.

U.S. EMBASSY TOKYO, *et al.*,

*Defendants*.

Civil Action No. 19-3273 (RC)

**[PROPOSED] ORDER**

Upon consideration of Defendants' Opposition to Plaintiff's Motion for Order 6.24.20 Demand for Emergency Funds Supplement (ECF No. 134), and the entire record herein, it is hereby:

**ORDERED** that Plaintiff's Motion is **DENIED**.

**SO ORDERED.**

______________
Date

____________________________
United States District Judge