UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACK STONE,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. EMBASSY TOKYO, *et al.*,<br><br>*Defendants*. | Civil Action No. 19-3273 (RC) |

**DEFENDANTS' COMBINED OPPOSITION TO [1] PLAINTIFF'S MOTION TO COMPEL CONSULAR REPORT OF BIRTH ABROAD AND [2] PLAINTIFF'S MOTION TO UNSEAL CERTAIN RECORDS**

Defendants, the United States Department of State ("Department of State") and the United States Embassy in Tokyo, Japan ("U.S. Embassy"), respectfully submit the following combined opposition to: [1] Plaintiff's Motion to Compel Consular Report of Birth Abroad (ECF No. 156) and [2] Plaintiff's Motion to Unseal Certain Records (ECF No. 157).

## I. Plaintiff's Motion to Compel Consular Report of Birth Abroad (ECF No. 156)

On July 19, 2020, Plaintiff filed a motion to compel a "Consular Report of Birth Abroad for a U.S. Citizen to Plaintiff's second child." ECF No. 156 at 1. On July 24, 2020, this Court issued a Memorandum Opinion and Order, *see* ECF Nos. 159-90, granting Plaintiff leave to amend the Second Amended Complaint (ECF No. 39) to "include a request for an order to compel U.S. citizenship for his second-born child," and directing that Plaintiff file a Third Amended Complaint including such claim on or before August 24, 2020. ECF No. 159 at 1. Plaintiff's claim concerning a Consular Report of Birth Abroad for his putative second child[1] will therefore be addressed

[1] As the Court noted, "[t]here is some uncertainty as to whether Plaintiff is the biological father of this child." ECF No. 160 at 8 n.6.

through any amendment by Plaintiff to the operative complaint to add such a claim, and Plaintiff's motion to compel is therefore premature and should be denied under the circumstances.

**II. Plaintiff's Motion to Unseal Certain Records (ECF No. 157)**

On July 19, 2020, Plaintiff also filed a motion to unseal certain records—namely four pages from the administrative record. *See* ECF No. 157 at 1, 3 (citing Administrative Record 401-500 at pp. 28, 29, 40, and 41). Defendants note that public versions of the pages from the record that Plaintiff cites are already available on the docket. *See* ECF No. 122-6 at 28-29, 40-41. Plaintiff's motion to unseal these records should therefore be denied as moot.

**********

For the foregoing reasons, Defendants respectfully request that the Court deny Plaintiff's motions. A proposed order is submitted herewith.

Dated: August 3, 2020

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By: <u>*/s/ Katherine B. Palmer-Ball*</u>
KATHERINE B. PALMER-BALL
D.C. Bar #1014003
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
Phone: (202) 252-2537
katherine.palmer-ball@usdoj.gov

*Counsel for Defendants*