**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JACK STONE,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF STATE CA/OCS/CI, AND U.S. EMBASSY TOKYO,<br><br>Defendants. | ) | Case No. CV 19-3273 |

**PLAINTIFF'S MOTION FOR CLARIFICATION AS TO WHY THE COURT DISMISSED WIFE'S VISA RELATED ISSUE AS FUTILE, WHERE THE COURT WRONGFULLY CLAIMED NO FINAL AGENCY ACTION OCCURRED WHEN FACTUALLY DEFENDANTS DENIED VISA, JANUARY 4TH 2020**

The Court's Memorandum, [DE160] dismissed Plaintiff's cause of action regarding wife's visa.

The Court wrongfully ruled there was no final agency action, where emphatically there was. *Exhibit A., is a true and correct copy of Defendants' denial of Plaintiff's wife's visa. Exhibit B., is a true and correct copy of Defendants' visa denial notice.*

Exhibit A., proves the wife's visa was denied. Further, Exhibit B., further supports the visa was denied. Yet, the Court held the visa was not denied, and that there was no "final agency action."

The denial occurred January 4th 2020, and cannot be refuted. Yet, the Court held otherwise.

How a visa denial, that includes a demand Plaintiff's wife depart the U.S. within 33-days, under threat of removal proceedings, and, where the denial was NOT appealable is not final agency action is a matter the Court must clarify.

For purposes of appeal, Plaintiff demands the Court explain its ruling.

It's long past time this Court stop relying on Defendants' perjury, and fraud on the court, and, at the very least act as if the Court has integrity.

It's bad enough Plaintiff has no contact with the forum, has no representation, and has to take on the U.S. Department of State, which resorts to any means to cause as much harm to Plaintiff and his family as possible. In that, having to repeatedly address the Court's errors, which the Court ignores is intolerable.

Contreras has repeatedly ignored Defendants perjury and fraud on the court.

Judge Contreras has no judicial experience with family or children related matters and the Court's extensive and unacceptable delays in responding to emergency filings proves this as fact.

Moreover, Contreras previously represented Defendant, and was a colleague of the U.S. AG's attorneys that sign off on Defendants' filings. Even further, Contreras previous presided as a military judge, in a capacity to protect Defendants and Defendant contractors which committed atrocities that include extrajudicial killings, torture, and other appalling war crimes and other human right violations.

Contreras cares not for the plight of Plaintiff and his family.

Finally, Contreras should have never been appointed to Plaintiff's case, and the erroneous ruling to dismiss the wife's visa related issues proves this as fact.

**<u>Demand</u>**

For the foregoing Plaintiff seeks clarification of the Court's Memorandum Order for appeals purposes.

Filed,

September 21st 2020

Jack Stone
/s/ Jack Stone
Maison Sato 101
2-2-15 Tsunogoro
Aoba, Sendai, Miyagi
Japan 980-0874
Email: mail@stackjones.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 21st 2020, I served a copy of this Filing, via CM/ECF on the following persons, Katherine B. Palmer-Ball, Assistant United States Attorney, at katherine.palmer-ball@usdoj.gov.

<u>/s/ Jack Stone</u>

# EXHIBIT A.

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
National Benefits Center
P.O. Box 648004
Lee's Summit, MO 64002

U.S. Citizenship and Immigration Services

January 4, 2019

[redacted] SUZUKI
[redacted]

MSC1891529971

A214-965-628

RE: I-485, Application to Register Permanent Residence or Adjust Status

**NOTICE OF DECISION**

Dear [redacted] SUZUKI:

On August 2, 2018, you filed a Form I-485, Application to Register Permanent Residence or Adjust Status, with U.S. Citizenship and Immigration Services (USCIS).

After a thorough review of your application and the record of evidence, we must inform you that we are denying your application.

To qualify for adjustment under section 245 of the Immigration and Nationality Act (INA), an applicant must:

- Be inspected and admitted or paroled into the United States;
- Be eligible to receive an immigrant visa;
- Be admissible to the United States for permanent residence; and
- Have an immigrant visa immediately available at the time the application is filed.

You must demonstrate that you are eligible to adjust status to a lawful permanent resident (LPR). See Title 8, Code of Federal Regulations (8 CFR), section 245.1.

**Statement of Facts and Analysis, Including Reason(s) for Denial**

You filed Form I-485 based on being the beneficiary of an immigrant petition.

On August 23, 2018, USCIS issued a Request for Evidence (RFE) advising you that the evidence supporting the application was insufficient to establish your eligibility for adjustment at the time you filed the application. The RFE required you submit:

- A completed and signed Form I-864, Affidavit of Support, for the petitioner/sponsor listed on Form I-130. Even if a joint sponsor will be used, the petitioner/sponsor must submit Form I-864. (The Form I-134 is

NBLI485NBCI48000008854552 1 of 3

www.uscis.gov

not acceptable to use for Adjustment of Status.) Also, provide copies of the petitioner/sponsor's most recent Federal income tax returns and all supporting tax documents (W-2s, 1099s, Form 2555, and tax schedules).

On September 17, 2018, you responded to the Request for Evidence. You submitted:

- A completed Form I-864 from the petitioner/sponsor.
- A copy of a foreign language income tax return for Japan for tax year 2017, and an English translation.
- A copy of the petitioner/sponsor's birth certificate.
- A copy of the applicant's foreign language birth certificate, with an English translation.
- A copy of a Consular Report of a Birth Abroad for the applicant's and petitioner/sponsor's child.

After reviewing the evidence, USCIS has concluded that you are not eligible to adjust status because you failed to submit:

- A complete Federal Income Tax Return submitted to the Internal Revenue Service (IRS) from the petitioner/sponsor on Form I-864, Affidavit of Support, for the most recent tax year.

You have not established that you are eligible for adjustment under INA 245. Therefore, USCIS must deny your Form I-485. See 8 CFR, sections 103.2(b)(11) and (12).

Since this Form I-485 has been denied, the condition upon which your Employment Authorization document and/or Advance Parole document was based, no longer exists. Therefore, USCIS has determined that any pending Application for Employment Authorization, Form I-765, and/or Application for Travel Document, Form I-131, related to the Form I-485 are also denied.

Any unexpired Employment Authorization document based upon this Form I-485 is revoked as of 18 days from the date of this notice pursuant to 8 CFR 274a.14(b)(2), unless you submit, within 18 days, proof that your Form I-485 remains pending. The decision shall be final and no appeal shall lie from the decision to revoke the authorization. Any unexpired Advance Parole document based upon this Form I-485 is terminated as of the date of this notice pursuant to 8 CFR 212.5(e)(2)(i). Any unexpired Employment Authorization document and/or Advance Parole document based upon this Form I-485 should be returned to the local USCIS office.

You may not appeal this decision. However, if you are issued a Notice to Appear, you will have an opportunity to renew your application for adjustment of status and/or to request any other relief that may be available in removal proceedings before an Immigration Judge. See Title 8, Code of Federal Regulations (8 CFR), section 245.2(a)(5)(ii). Furthermore, this decision is without prejudice to future applications filed with the appropriate USCIS office.

If you believe that the denial of your Form I-485 is in error, you may file a motion to reopen or a motion to reconsider using Form I-290B, Notice of Appeal or Motion. You must submit Form I-290B within 30 days from the date of this notice (33 days if this notice was received by mail). If USCIS does not receive the motion to reopen or reconsider within the required period, this decision will become final.

To access Form I-290B or if you need additional information, please visit the USCIS Web site at www.uscis.gov or call our USCIS Contact Center toll free at 1-800-375-5283. You may also contact the USCIS office having jurisdiction over your current place of residence.

The motion shall be filed on Form I-290B, together with the current fee and mailed to:

NATIONAL BENEFITS CENTER
c/o Chicago Lock Box
Post Office Box 7219
Chicago, IL 60680

The evidence of record shows that, when you filed your application, you were present in the United States contrary to law.

You are not authorized to remain in the United States. If you do not intend to file a motion or appeal on this decision and fail to depart the United States within 33 days of the date of this letter, USCIS may issue you a Notice to Appear and commence removal proceedings against you with the immigration court. This may result in your being removed from the United States and found ineligible for a future visa or other U.S. immigration benefit. See sections 237(a) and 212(a)(9)(B) of the INA.

To review information regarding your period of authorized stay, check travel compliance, or find information on how to validate your departure from the United States with Customs and Border Protection (CBP), please see (https://i94.cbp.dhs.gov/I94/#/home).

Sincerely,

Robert M. Cowan
Director
Officer: LA1749

# EXHIBIT B.


egov.uscis.gov/casestatus/mycasestatus.do
Official Website of the Department of Homeland Security
Español
Login or Sign up
U.S. Citizenship and Immigration Services
FORMS
NEWS
CITIZENSHIP
GREEN CARD
TOOLS
LEGAL RESOURCES
X
my
Decision Notice Mailed
On January 4, 2019, we denied your Form I-485, Application to Register Permanent Residence or Adjust Status, [redacted] We mailed you a decision notice that explains why we denied your case and your options. Please follow the instructions in the notice. If you do not receive your denial notice by January 19, 2019, please go to www.uscis.gov/e-request to request a copy of the notice. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.
Enter Another Receipt Number
CHECK STATUS