Attachment:
Email from Plaintiff to Court (September 5, 2020)

**From:** Jack Stone <[redacted]>
**Sent:** Saturday, September 5, 2020 5:32 PM
**To:** [redacted] <[redacted]>
**Subject:** MESSAGE TO CUNTRERAS

THIS MESSAGE IS NOT MEANT FOR CUNTRERAS' ASSISTANT, BUT INSTEAD FOR CUNTRERAS DIRECTLY.

It appears filing a judicial qualifications complaint against CUNTreras is “futile", because he’s imbedded himself in the Judicial Circuit Council. That’s certainly the best ways to cover up ineptness, incompetence and corruption of a judge.

As it would be a waste of time to file a complaint against CUNTreras with his buddies, then my message is for him REMOVE HIMSELF FROM THIS MATTER.

I’ll file a complaint anyway.

Judicial councils are panels of the United States federal courts charged with making "necessary and appropriate orders for the effective and expeditious administration of justice" within their circuits.

Expeditious must not be a word in the Spanish language, as it is apparent this judicial jackass in incapable of understanding the gravity of matters concerning children and human rights.

MESSAGE TO CUNTRERAS...

GET OFF OF THIS CASE. YOU HAVE CAUSED GREAT SUFFERING TO MY FAMILY WITH YOUR RECKLESS AND INEXCUSABLE DELAYS, AND POOR HANDLING OF MATTERS THAT REQUIRED EXPEDITIOUS ACTION WHILE YOU SLEEP AT THE WHEEL.

THERE ARE MORE THAN 175 FILINGS FOR A FUCKING PASSPORT AND NEARLY TWO YEARS OF YOU NOT DOING A GODDAMN THING, BUT DRAGGING THIS ON AND ON, TO THE POINT OF TOTAL DISASTER AND RUIN.

I FILE EMERGENCY MOTIONS THAT YOU IGNORE, WHILE YOUR FORMER CLIENT RECEIVES IMMEDIATE RESPONSES, ALWAYS IN THEIR FAVOR, DESPITE THE RULE OF LAW.

THAT YOU DISMISSED AN ISSUE FALSELY CLAIMING “THERE WAS NO FINAL AGENCY ACTION” WHEN THERE CERTAINLY WAS, SHOWS YOU ARE UNSKILLED AND UNFIT TO BE INVOLVED IN AN APA MATTER.

YOU ARE RECKLESS AND A PERFECT MODEL EXAMPLE OF WHY THE U.S. IS ON THE RAPID DECLINE.

MY HATRED FOR YOU CANNOT BE OVERSTATED. THERE IS NO WORD IN THE ENGLISH DICTIONARY THAT CAN DESCRIBE THE LEVEL OF DISDAIN, DISRESPECT AND HATRED I HAVE FOR YOU AND I'M NOT AFRAID TO TELL YOU THAT AND WOULD SHOUT IT REPEATEDLY IN YOUR FACE IF I HAD THE OPPORTUNITY.

IT WOULD TAKE AN ARMY TO PULL ME OFF OF YOU, AS I WOULD NOT BE ABLE TO CONTROL THAT URGE, DUE TO THE EXTENSIVE HARM YOU HAVE PERMITTED MY FAMILY TO SUFFER.

I WISH UPON YOU GREAT SUFFERING AND THE GREATEST PSYCHOLOGICAL AND PHYSICAL PAIN POSSIBLE FOR YOUR ENTIRE FAMILY.

YOU ARE MORE THAN AN UNCARING POS SOCIOPATH, YOUR ARE A COMPLETE FAILURE.

IF THIS WAS AN EXPERIMENT TO PUSH ME OVER THE EDGE, THEN YOU HAVE SUCCEEDED.

GET OFF THIS CASE.

FUCK YOU, FUCK YOUR COURT, AND FUCK YOUR GOVERNMENT.

I HOPE BEFORE I'M DEAD I WITNESS THE FALL OF THAT NATION, WHICH APPARENTLY SEEMS TO BE NOT TOO FAR OFF IN THE FUTURE.

JS

