**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JACK STONE,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF STATE CA/OCS/CI, AND U.S. EMBASSY TOKYO,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. CV 19-3273 |

**PLAINTIFF'S NOTICE OF OBJECTION DUE DEFENDANT REPEAT PROVOCATIONS AND PLAITNIFF DEMANDS THE COURT INTERVENE TO PREVENT DEFENDANTS FROM CONTINUING TO ENGAGE PLAINTIFF DIRECTLY, BUT INSTEAD THROUGH THE COURT, OR THROUGH THEIR COUNSEL EXCLUSIVELY**

**AND**

**NOTICE OF APPEAL TO UNSEAL DOCUMENTS, AS THE SEALING THEREOF RESULTS IN PREJUDICE TO PLAINTIFF'S APA DAMAGES CLAIM**

## I.
## Defendant Provocations

The court has permitted defendants to engage in repeat provocations, and communicate directly with me, even where defendants are represented by counsel.

Defendants have repeatedly sent communications directly to me without the knowledge or consent of their counsel, even where I have repeatedly told defendants to cease, and have repeatedly told defendants to communicate through their counsel. Even so, defendants ignore these requests, which are now demands.

I have previously notified the court regarding these provocations, but the court takes no action. The court's inaction stokes the ongoing provocations.

The provocations of defendants are especially notable regarding the issue of citizenship documents to my minor child, were defendants have repeatedly initiated contact, without

discussing the matter with their counsel, sending threatening letter defendants intend to deny issuance of said citizenship documents by an arbitrary deadline of Dec. 18th 2020. The court was already made aware of these abuses, but takes no action and neither does defendant's counsel, Ball-Palmer.

I have presented the unwanted and harassing communications, which amounts to cyberstalking, and harassment, as exhibits in filings, 10.15.20. CHILD'S REQUIRED TOKYO EMBASSY APPEARANCE and 10.26.20. U.S. TOKYO EMBASSY CITIZENSHIP DOCUMENT DENIAL.

Defendants are trying to provoke me into taking action that could result in great violence, including where I would have to go to my wife's family's home, and take my second child through force, just to take the child to the Tokyo Embassy to "interview" for the documents, before said arbitrary deadline.

Even so, under no circumstances will defendants, my wife, of this court prevent my child from obtaining citizenship documents. The faster the court acts appropriately the fast the matter is resolved. The court must admonish defendants to cease communicating with me directly.

## II.
## Notice of Appeal to Unseal Documents

The documents the court has ordered sealed is of public interest and greatly outweighs defendants' counsel fake claim that a parent similarly situated as myself, if they had access to the language in the sealed documents "may" commit some kind of vague fraud.

That a future event "may" happen, in the unlikelihood that another parents has the balls to take the action I have, that is, knowing damn well defendants are incompetent power drunk jackasses, who do not aid parents similarly situated as me whatsoever, and as such, are forced to take custody a child through force in a foreign country, and thereafter seek a "competent" court to get their child out of harms way is ridiculous and implausible.

Defendants can pose and posture their way through these proceedings, and repetitively seek extensions of time, but ultimately the three core issues will result in a reality check. Defendants will not prevail in the visa issues. Defendants will not prevail on passport denial. And, Defendants will not prevail on denial of citizenship documents.

Defendants believe they can goad me into taking wrongful action, but the reality is, defendants fail to see I have set them up for purposes of exposing their incompetence and treaty violations for a documentary film.

Time wounds all heels and when the smoke clears, I will prevail on the three core issues and defendants, their counsel, and this court will be publicly exposed for failing to protect my child, and failing to protect other children who are similarly situated as mine.

The only manner in which I can protest the cowardly acts of defendants at this point is to use angry and offensive words and that is exactly what I am doing and I am conscious about all of it. To quote the famous words of Rodney Dangerfield, "Really, you want to take me on and my staff of eleven writers!"

I have made it clear that language the court has arbitrarily ordered sealed is available on the DOJ website, encoded in the UCCJEA, and repeatedly reiterated in Supreme Court holdings, including those cited by myself and defendant's counsel. The same language is used in every family court case where there is a custody dispute, and cited repeatedly by both state appellate and federal courts.

This court cannot seal "health, safety, and well-being" and similar language.

The sealing of benign language such as where a parent "strands" a child in a foreign country, or destroys a passport to "strand" the child in a foreign country, or "abandons" the child, or fails to "provide the family with the means to sustain itself" is all language repeatedly quoted in case law, especially where a parent, generally the father fails to provide financially for a child, but demands visitation.

Similarly, near identical, if not identical language is used by the DOJ regarding abductions, by the writers of The Hague Convention, the writers of Congressional Acts, including ICARA and the Goldman Act and the European Parliament.

The only reason defendants seek such benign language sealed, is because they would be humiliated by taking the preposterous position they have regarding passport issuance.

Moreover, defendants sought the sealing of several pages, full pages black with redaction, recording matters that were used in passport denial. There can be no doubt what defendants and this court are attempting to hide from me are extrinsic matters that should not have been used as determining factors in passport denial. OF COURSE, this includes FOIA and defendants being

sued previously for the destruction of evidence, this court transparently claims are acts in good faith.

The court has repeatedly rewarded defendants abuses, repeatedly ignoring them to the point this case has devolved into complete lack of respect for the integrity of this court, devolving to the point that even the judge's own assistant has taken to "praying" for my family and stating she would do all she can to aid me in the underlying matter. Even so, unaware of these communications, Contreras, "admonishes" me for improper communications with the court.

It's long past time Contreras "admonish" defendants for their abuses, their arbitrary conduct, and order defendants to cease in making direct communication, AND, as the citizenship document is a matter currently before the court, any arbitrary action to deny citizenship document issuance, and steal my application fee money, and any further cyberstalking and harassment must cease.

The court must order defendants to "stay" the citizenship document matter as it is a matter before the court.

This case has de-evolved to the point of cyber-stalking, harassment and name calling because Contreras has no experience in family matters, and fails to recognize the seriousness of the issue before this court.

Moreover, failing to sanction defendants and hold them in contempt for repeatedly failing to turn over the complete record, the court relied on defendants perjured affidavits, and incomplete record, and ruled my wife's visa DENIED, and denied under threat of removal proceedings was not final agency action, after defendants stole more than 3000.00 USD from me in the process.

Without fail the court recognizes its error in the visa issue, yet continues to take no action hold defendants accountable.

Contreras has long been comfortable relying on his former clients of fifteen years, to the point that relationship poisons the court's ability of reason. The court's prejudice, relying on fraud, and misrepresentations of facts, resulted in the court denying my wife's visa issue as "futile" falsely claiming there was no final agency action. This core issue has resulted in all subsequent damages, damages that are challenged under the APA.

It’s not so ironic that defendants “Response to Third Amended Complaint” was SILENT on the visa dismissal issue as “futile.” Instead, of addressing defendant’s fraud on the court, defendants counsel attempts to claim the court “already resolved the issue.”

The court’s repeat mistakes are ripe for appeal and aid in seeking the unsealing of the documents that are the subject of this notice.

Finally, defendants demand sanctions and contempt against myself, for providing the very text the court sealed, text that is readily available in federal case holdings, state court holdings, DOJ publications, Treaties, Act of Congress and U.S. Supreme Court holdings.

As such, I am challenging the sealing of the publicly available benign text, and will demand the sealing of those matters be made available for public scrutiny, and to be unsealed to aid in my APA damages action against the abusive and overreaching defendants.

Alternatively, the court can remedy its own wrong, and unseal the text on its own.

Finally, defendants and this court made sure I could not financially provide for my children for the past two years.

Both were aware my visa would expire, and permitted it to happen.

Both were aware my child and I faced eviction and permitted it to happen.

This court has endangered myself and my children.

Defendants have endangered myself, my children and my wife.

I hold each of you in such contempt that if I was in your physical presence I would spit on you.

I have secured financing to produce a documentary film which will expose the defendants and this courts conduct.

The text this court has sealed to aid defendants, the judge’s former clients, is it publicly available, and are matters that are well accepted public policies, especially in family law. This is undeniable.

The sealed text is crucial to produce a compelling documentary and expose the extensive damaging history of defendants who have failed far too many parents who are similarly situated as I.

Defendants took on the wrong guy this time and assuredly the text defendants and this court attempt to hide from public access with be exposed, either through this court removing the seal

itself, the appellate court removing the appeal, or by exposure anyway. Any sanctions or contempt matters will be ignored and appealed.

Filed,

November 9th 2020

Jack Stone
Maison Sato 101
2-2-15 Tsunogoro
Aoba, Sendai, Miyagi
Japan 980-0874
Email: mail@stackjones.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 9th 2020, I served a copy of this filing via CM/ECF to Ball-Palmer.

/s/ Jack Stone