**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JACK STONE,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF STATE CA/OCS/CI, AND U.S. EMBASSY TOKYO,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) | Case No. CV 19-3273 |

**EMERGENCY DEMAND FOR PASSPORT ISSUANCE**

Plaintiff demands this Court issue an Order for passport to his minor child, issue it immediately and without any further delay.

Plaintiff doesn't have another year, or two for the appellate court to sit around jacking off over this matter.

January 2nd 2018 the mother abandoned the child, thereby triggering 8 FAM analysis that should have resulted in passport issuance.

The idiot judge who refused to recuse himself from this case, grossly prejudicing Plaintiff's rights, where Defendants were his former clients of 15 years, failed to provide any analysis whatsoever in refusing to order passport issuance.

The idiot judge who refused to recuse himself from this case, grossly prejudicing Plaintiff's rights, where Defendants were his former clients of 15 years, failed to provide any analysis whatsoever in refusing to order passport issuance under CFR 2012 Title 22 Vol.1 §51-28.

These are not mere blunders, but intentional, and reckless acts that result in great harm to Plaintiff's child.

The idiot judge cannot pretend to not recognize 8 FAM applied to the matter, as the clown judge took specific action to seal its content.

Defendants failure to issue passport triggered 8 FAM and CFR 2012 Title 22 Vol.1 §51-28 analysis on de novo review. Yet, the not so funny clown failed to do so, and this is pristine clear in the judge's order denying to issue a ruling for passport issuance.

October 2019, Federal judge Jill Otake ruled the child resides in the U.S.

Is the child at home in the U.S.?

The reason the child is in harms way, and not at home in the U.S. is because Defendants abuse their authority, and refuse to issue passport.

The reason the child is in harms way, and not at home in the U.S. is because this complete idiot who does not belong on the bench abuses his authority, and refuses to issue an order for passport issuance, even where CFR 2012 Title 22 Vol.1 §51-28 provided the judge that power.

November 27th 2019, Sendai family court in Japan dismissed the child's mother's attempts at using an improper venue, to thwart international law, to obtain custody of the child, in a parental rights abusive nation that is noncompliant to every relevant parental right Treaty.

The family court recognized that it lacked personal jurisdiction over Plaintiff, and that the mother created circumstances that endangered the child.

Unlike the judicial jackass in this case, the Japan court recognized the relevant rule of law, and that Article 16 of The Hague Convention forbade any Japan court from having authority over the matter.

September 2019, the child's mother abducted Plaintiff's second child domestically, which isn't even a crime in Japan, and no authorities have taken any action to preserve Plaintiff's parent-child relationship.

Japanese authorities stripped Plaintiff of visa rights to remain in Japan. This occurred nearly half a year ago. The judicial jackass pretends not to know this, when he has repeatedly been provided documentary proof of such.

**Japanese authorities ordered Plaintiff and his child evicted from their current dwelling place by January 21st 2021.**

Plaintiff and his child has no other place to go, and it is already winter, and the temperature as of this writing is four degrees below freezing. A foot of snow has already fallen and the region is only going to get colder over the next couple of months.

Under 8 FAM analysis there is no doubt that the mother who has refused to be the guarantor or Plaintiff's visa and who has refused to be guarantor on replacement housing, both matters REQUIRED to remedy these matters, clearly falls under 8 FAM, as proof the mother has abandoned the child and is not sustaining the family, in the foreign country she abducted the child into.

The Court knew visa expiration was going to happen and that eviction was going to happen, and that these matters were foreseeable. Instead of providing proper analysis and issuing an order for passport issuance, the entirely incompetent judge took no action whatsoever, except to ignore every relevant rule of law that should have resulted in passport issuance.

Instead of ending the two-year debacle, the Court tells Plaintiff to "try again" and reapply for passport under "changing circumstances."

Nothing has changed you fucking creep, except the dire circumstances have now culminated into a matter that results in circumstances that could ultimately lead the the child's imminent death, upon being thrown out into the street.

Reapplying for passport, under hostile circumstances where the Defendants is despised by Plaintiff and where if Plaintiff was in close proximity to any Defendant, would result in great bodily harm in an attack that Plaintiff would not be able to control, due the gross and excessive damage this fucking clown of a judge has permitted to fester, to far beyond boiling point.

Reapplying would not doubt result in Defendants, in their own words, denying passport issuance… "Let's just deny like we usually do."

The judge's inability to do any analysis as to how passports are supposed to be issued and refusal to issue an order for passport issuance shows the incompetent judge fails to recognize exigency, and fails to act to protect the child, and these failures amount to child abuse, child endangerment and imminent dangerous consequences the child faces, above all that the child has already suffered.

**When the colluding insider judicial jackass failed to order passport issuance, he failed to acknowledge Japan's leading child psychologist, Akiko Ohnogi, who has already held, PRIOR to filing suit, that the child has suffered permanent, and irreparable psychological, emotional and developmental harm. This should have been all that was needed for Defendants, and thereafter Contreras to provide passport to the child and put an end to the matter.**

Rudolph Contreras is such an incompetent idiot that he falsely claimed there was no final agency action in a related claim. Even so, the idiot shamefully continues to pretend there was no final agency action.

Contreras should find another fucking job, because he believes he is beyond reproach, fails to recognize the applicable rule of law, and fails to recognize his total lack of integrity.

Contreras has not moral compass and is an abomination as to what a judge is appointed for. In this case, is to protect children, but the not so funny clown judge has failed to do.

The not so funny clown circus side show freak, is about as funny as another not so funny clown, John Wayne Gacey, a clown who murdered two of Appellant's childhood friends.

This Court better know that there is a massive paper trail that leads to Contreras' incompetence in this matter.

**This Court better know that if Japanese authorities come to place the child onto the streets, Plaintiff will resort to force, including deadly force to ensure the child will not be placed out onto the streets.**

**Apparently, you motherfuckers want a showdown.**

**Plaintiff will give you that showdown, and is already well planned for it. If it comes to that, you can be assured there will be repercussions the U.S. and Japanese government will not be able to avoid.**

Contreras, you are a complete fucking idiot who does not belong on the bench. Contreras must never be assigned to cases that involve children.

Get the fuck off planet Earth, it is people like Contreras who have made this world a horrible place for all humanity.

**Plaintiff wishes nothing but great suffering and death to Contreras, and his immigrant family, as a result of failing to protect Plaintiff's children.**

Order passport be issued to the child, or U.S. and Japanese authorities will soon enough find out the consequences and wish you had.

Filed,

December 17th 2020

Jack Stone
Maison Sato 101
2-2-15 Tsunogoro
Aoba, Sendai, Miyagi
Japan 980-0874
Email: mail@stackjones.com