**UNITED STATES COURT OF APPEALS**
**DISTRICT OF COLUMBIA CIRCUIT**

USCA Case Number 20-5360

*From United States District Court for the District of Columbia*
*Judge Rudolph Contreras*
*Case No. 19-3273*

# DEMAND FOR EMERGENCY PASSPORT ORDER DUE APPELLANT'S CHILD BEING TARGETED WITH HATE CRIME RESULTING IN SERIOUS HEAD INJURIES

## I.
## M.S. Appellant's Minor Child Targeted With Hate Crime Matters This Court was Repeatedly Made Aware of But Recklessly Failed to Act Upon

This Court offensively demands decorum, but has done NOTHING to earn it.

April 18th 2021, for the first time in 2.5 years, Appellant let his child M.S. go outside, out of his sight for a few minutes without being supervised.

The entire time Appellant felt something was wrong, but shrugged it off as just another panic attack per the terror suffered since being falsely imprisoned in a foreign country, retained as hostages, subjected to cruel and unusual punishment, being tortured, where the child has repeatedly been endangered, where the U.S. government responsible for the disastrous circumstances fail to act, and, where the courts have failed to act in the best interest of the child and has failed to act to protect the child's health, safety and wellbeing.

Appellant finished preparing lunch and looked out the window where M.S. was supposed to be located, a playground, which is viewable from the window.

M.S. was not there.

Appellant ran down the stairs and could not locate the child, and after going to several locations to locate the child, he finally found the child, in a dark corner of a nearby building, unconscious, with five boys, mostly older and larger, standing over the child and beating him in the head with rocks.

*Exhibit A., is a photograph of two of the five children who participated in the attack. One child is still holding the rock he used to cause injury.*

Appellant's child is barely seven-years-old.

The DOS, their counsel at the U.S. AGs and Dept. of Justice, the DC lower court and this "Court" failed to aid to protect the child since age four, as emergency circumstances escalated, now, finally culminating in serious bodily harm, the result of a hate crime.

Appellant doesn't have a car, or cellphone to call for emergency help. Even if he did, Japanese can't speak English, not even at the most guttural level, even after at least six years

study in the English language, and where they can't enter college without taking an English test as part of the entrance exam.

Japan is, by far, the worst nation for being able to communicate in any second language. Appellant can communicate somewhat in Japanese, but not to the level that would pertain to emergency medical treatment of a minor child who had just suffered serious head injuries.

Appellant carried his child to an emergency room of a hospital, which is a few miles away.

Appellant had to deal with staff who can't communicate in English and who tried to turn the child away, claiming the emergency room was "closed on the weekend." Appellant refused to leave, and recorded the matter as exhibits for further legal proceedings and lawsuits for damages against the government which are assuredly to follow.

Appellant was told there was no emergency service, even though there were several people being treated at that time.

The staff told Appellant he had to "negotiate" treatment, but finally, the emergency room doctor who could speak fluently in English, took the child into the emergency room for emergency treatment.

*Exhibit B., are photographs of M.S. in the emergency room and during surgery.*

M.S. suffered a fractured skull.

This court, Contreras, and DOS counsel Katherine Palmer-Ball and Dhruman Sampat received audio recordings on their voicemail boxes of the child screaming for several minutes after becoming conscious. The child repeatedly screamed ITAI, ITAI, ITAI, which means IT HURTS, IT HURTS, IT HURTS!

M.S. repeatedly screamed YADA, YADA, YADA, which means NO, NO, NO!

The same audio recording was left with U.S. Supreme Court case analysis Mike Duggan, as well as several others, including media sources, congressman and senators, and human rights NGOs.

M.S. got his first ever haircut in the emergency room on that day, which he didn't want. The hair was cut so the doctor could staple his head shut.

Now M.S. has to be watched over for the next half year for subdural hematoma.

This Court has never once acted reasonable, or timely to protect the child, and at all times hasn't given a goddamn as damages mounted. What else can be expected of those who are drunk in their abhorrent abuses of power?

**Appellant and his children have been in the emergency waiting room for 2.5 years, without any semblance of due process or any attempt by those in position or power to end what government bad actors have created, all while the courts go out of their way to find any irrational reason to not provide relief.**

Appellant's visa to remain in Japan expired long ago.

DOS' imbecilic counsel claims this is not an exigent matter.

The child was ejected from housing under conditions of assault by Japanese police who had injured the child previously. DOS' imbecilic counsel claims this is not an exigent matter.

Not even haven reached the age of three, M.S. had already been assaulted by race hate crimes, twice. Once while in a stroller traveling though Akihabara station in Japan, where the

child was brutally back kicked causing the stroller to nearly topple. Appellant ran to the front of the stroller to block further attack, and was punched in the chest. This was all done in full view of two police officers who turned away, pretending not to notice.

The second attack on M.S. occurred after the family exited "Toys R Us", where Appellant and the child's mother has just finished purchasing the child's third birthday gifts.

As the child was being pushed in a stroller toward the Tsujido station to go home, a man approached, pushed the stroller, and stuck a lit cigarette into the chest area of the child's winter coat.

The man ran off and Appellant initially pursued the man to beat him unconscious. However, as the man ran off, Appellant looked back at his wife and child, and instead, decided it was time for the family to leave Japan.

Appellant and his family DID leave Japan.

After the second attack, the family approached the Tsujido station, where a hate rally was underway. Hundreds of racists had gathered to protest foreigners presence in Japan and moving through the state was something no one should have to endure.

The Asians in the U.S. who at this time are subjected to violent hate crimes is comparable to life of non-Japanese in Japan.

At the time of the initial race hate crimes perpetrated against M.S., the UN had already sent rapporteurs to Japan, where emergency hearings were held to condemn the escalation of hate crimes in Japan and where Japanese officials have failed to act to prevent it.

Appellant's friend Ric O'Barry was arrested twice and falsely charged with being an "eco-terrorist".

O'Barry was detained for 20 days, had his cancer medicine taken away, and interrogated 24/7 where Japanese officials repeatedly tried to coerce O'Barr sign false confessions statements, matters Japanese officials are notorious for doing.

After collapsing on day 19, O'Barry was rushed to the hospital, and fearing imminent death, was deported.

O'Barry was seventy-six-years-old.

In March of 2021, Japan's Supreme Court reversed all charges against O'Barry.

Appellant wrote O'Barry's legal argument that is currently being translated and used to sue Japanese officials for torture, human right violations, knowingly filing false charges, false imprisonment, assault and battery and trying to coerce false confession statements O'Barry was an eco-terrorist.

The same police had murdered Abubakkar Suraj, and tried to smuggle the man's corpse out of Japan.

The same police had planted DNA at an unsolved murder crime scene, to frame an innocent foreigner for the crime. When caught the police said, "He was the only foreigner living in the neighborhood."

These same police tortured Appellant and detained him for 109 days, having broken his leg while trying to coerce false confession statements Appellant had committed petty assault, several video recordings proved otherwise.

Japan is a hell hole.

Japan is a filthy, contaminated nation.

Japan is a racist, rights violating, third world nation, the U.S. props up as a civilized G7 nation, which it is not.

Japan has refused numerous calls by the UN to pass legislation to protect minorities.

Japan has refused to criminalize hate speech and hate crimes, which Japan's former prime ministry Shinzo Abe has claimed is "free speech."

This Court, as is the case with Contreras and DOS' counsel have no knowledge as to the influence of Nippon Kaigi on Japan's courts, and the nation's one party, LDP system, and, where all judges and all politicians are members of Nippon Kaigi, AKA Japan Conference.

The policies of Nippon Kaigi are publicly available, and they are to get rid of the U.S. written constitution, strip women of all human rights, and eject all non-Japanese from Japan, which includes children like M.S. and S.S., "hafu" children the Japanese racists consider half human and half animal.

These diabolical teachings have long been taught to Japanese children through the state sponsored Shinto Cult religion and non-Japanese children in Japan are constant targets of vicious hate crimes.

Japan's Ministry of Education even dictates that all children in Japan, regardless of race, must have black hair to attend school. If their hair is not black, they must die it black. This resulted in international foreign student exchange programs to refuse to permit their children go to Japan.

Japanese landlords and owners of rental property will not rent to non-Japanese and numerous restaurants and shops refuse to permit foreigners to even enter.

Under these circumstances, and where overwhelming exhibits have been presented, the U.S. government has falsely claimed no exigency exists, no special family matters exist, even where M.S. was long ago abandoned by the mother, and she has refused to be guarantor on housing or visa for Appellant to remain in Japan.

Fully aware of these matters, the lower court and this Court have repeatedly failed to act, as emergency circumstances exponentially increased, finally resulting in serious head injuries to M.S., matters entirely avoidable had any government official acted reasonably.

The DOS, their counsel and said courts even went so far as to permit Appellant lose a 161,000.00 USD employment contract, prior to eviction from housing, and prior to M.S.'s head trauma injuries.

These matters persisted as the assholes at the DOS, and their DOJ counsel repeatedly and falsely claim no exigency exists to order passport issuance, and such matters are not special family matters.

The lower court judge, a completely incompetent, vindictive idiot, refused to order passport, repeatedly as circumstances got more and more dangerous.

The idiots of this "Court", three ugly women, most likely barren of children, not knowing what it means to be a parent, who most likely have never had any meaningful relationship and assuredly if they did, are divorced, refused to recognize the dangerous situations as the dangerous circumstances continued to spiral out of control.

Appellant's children are not safe in Japan and the woeful incompetence of the courts is why an Extraordinary Emergency Writ was filed at the Supreme Court, because the lower court judges have already repeatedly proven unfitness.

The DOS and USCIS failed to finalize Appellant's wife's approved visa, after taking and additional 1225.00 USD to expedite and adjust status.

The U.S. Supreme Court on April 20th 2021, heard arguments in Sanchez v. Mayorkas, regarding more than 20,000 Plaintiffs who paid fees to adjust status, but were refused visas anyway, and instead, ordered to leave the country.

Appellants wife was ordered to leave the country, after entering lawfully, and paying in excess of 3500.00 USD for a visa that was approved, but not finalized.

Moreover, this court failed to address any filing, **including its own order for appointment of counsel, but instead, let these matters fester until Appellant's child suffered serious head injuries, after having already been repeatedly been the target of hate crimes because the child was "not Japanese." Even with notice of the injury suffered, this Court has the audacity to remain silent.**

This reckless court and the reckless and unconscionably unbearable lower court judge Rudolph Contreras ignored the fact that the DOS failed to block abduction out of Florida, then failed to initiative return order proceedings, and failed in Goldman Act mandates NOT OPTIONAL. *See: https://docs.house.gov/meetings/FA/FA16/20170406/105845/HHRG-115-FA16-Transcript-20170406.pdf.*

**NOT OPTIONAL MEANS JUST THAT.**

When a parent seeks the DOS to block their child from being abducted out of the U.S., to block the child from boarding a plane, and from being taken into a country the DOS and Congress hold noncompliant to the Hague Convention, and noncompliant to the Goldman Act and noncompliant to the International Child Abduction Remedies Act which implements the Convention, and fails to do so, the DOS is accountable for damages that ensue, damages that fall under the Administration Procedures Act or the Federal Torts Claims Act.

Thereafter, the DOS repeatedly refused to reissue passport, instead, falsely imprisoning Appellant and M.S. in a foreign nation for the next 2.5 years, resulting in total financial ruin, misconduct that amounts to hostage-like conditions, cruel and unusual punishment, torture, child abuse and child endangerment.

False imprisonment for such an extensive duration of time amounts to cruel and unusual punishment and Appellant has not committed any crime.

Little wonder so many people want to kill Americans and see the collapse of that appalling, rights abusing country.

Appellant's family has suffered extensive psychological and emotional trauma, including Appellant's wife and children.

At least three top children's doctors in Japan reported, M.S. suffers irreparable harm, even going so far as to refer the child to counseling, which the child has attended.

Yet, the government has not countered any of these officials position, and the lower court and this Court, instead of relying on experts, rely on DOS counsel who are not child psychologists, who falsely and absurdly claim there is no exigency in any of these matters.

DOS staff, Chloe Dybdal (Dybdhal) even went so far as to file a perjured affidavit, falsely claiming she had "emailed" a document to Appellant with instructions to "finalize" the wife's visa.

DOS counsel Katherine Palmer-Ball provided Dybdhal's "sworn affidavit" to the lower court, which in reality had been mailed, to a wrong address.

When Appellant sought to obtain a copy, Palmer-Ball claims the DOS cannot produce a copy of Dybdhal's "email".

Despite the repeat perjury of DOS staff, where at all times pertinent to the visa process, all communications were done via regular mail, in Miami, Florida, not an address that doesn't exist in Japan, the courts get on their knees and lap at the backside of the trousers of those who have harmed Appellant and his family.

Now, as a result of both reckless courts failure to order passport, and failure to remove M.S. from dangerous situations, Appellant's child suffered serious head trauma, because of a race hate crime, when both courts were fully informed of past race based attacks, but instead, chose to ignore them, as the ignore repeat perjured affidavits, and repeat abuses.

The U.S. government owes Appellant and his family significant damages.

Appellant doesn't give a goddamn about your bullshit case law history, your twisted and convoluted interpretations of federal statutes, or your abject failures in equity and justice.

**APPELLANT DEMANDS PASSPORTS ISSUE IMMEDIATELY TO M.S. AND S.S., WHO ARE U.S. CITIZENS, AND WHO AT ALL TIMES FACE DANGEROUS CIRCUMSTANCES IN A COUNTRY THAT REFUSES TO PASS LEGISLATION TO PROTECT THEIR MINORITY STATUS.**

**APPELLANT DEMANDS PASSPORTS ISSUE WITHOUT FURTHER DELAY.**

**APPELLANT DEMANDS THE DEPARTMENT OF STATE IMMEDIATELY ISSUE CONSULAR REPORT OF BIRTH ABROAD OF A U.S. CITIZEN AND SOCIAL SECURITY CARD TO APPELLANT'S CHILD S.S., BECAUSE THOSE DOCUMENTS ARE REQUIRED AND BECAUSE S.S. IS A U.S. CITIZEN AS PER INA 301-309, AND WITHOUT THOSE DOCUMENTS, THE CHILD IS LEFT DE FACTO STATELESS.**

**APPELLANT DEMANDS HIS WIFE'S VISA ISSUE WITHOUT FURTHER DELAY.**

**APPELLANT DEMANDS MONETARY COMPENSATION IN THE AMOUNT OF 250,000.00 USD, DUE ONGOING HARMS SUFFERED, WHETHER DAMAGES ARE PAID THROUGH THE ADMINISTRATIVE PROCEDURES ACT OR THE FEDERAL TORTS CLAIMS ACT.**

## II.

**Japan's Reckless Decision to Dump Millions of Tons of Radiation Contaminated Water into the Pacific Ocean**

This Court would have to be sleeping under a rock to not know Japan has three uncontrollable nuclear reactor meltdowns at the Daiichi Nuclear facility in Fukushima, which is less than 50 miles from where Appellant and his two children are located.

There is a fourth failed reactor that has melted down called Daini, which is just south of the failed Daiichi reactors.

The failed Daini reactor is located in the town of Tomioka, which has been abandoned since 3.11.11.

Even with four nuclear reactors located directly on the coast, south of where Appellant and his children are located, Japan has decided to dump millions of tons of radiation contaminated water into the Pacific Ocean, above the radiation contamination that has flowed daily out of said reactors and Abukuma River, which flows north toward Sendai, which is where Appellant and M.S. are located, and, within 40km of where Appellant's second child S.S. is located.

The entire regions seafood, produce, rice and dairy is banned for sale in numerous countries, including the U.S., and Japan as well, but it is sold anyway, and makes up the greater portion of "food" in the region.

*Attached as Exhibit C., are graphs that shows Appellant's children's locations , where the nuclear reactors that have melted down are located and articles published April 19th and 20th, the day after M.S. was hospitalized with serious head trauma injuries.*

In light of what occurred to Appellant's child on April 18th 2021, and this new revelation that Japan is going to dump millions of tons of radiation contaminated water, literally in Appellant's backyard, it is time for this Court to remedy it's reckless handling of the underlying matter and order passports be issued, and citizenship documents be issued without further delay.

Within less than 50 miles, and where the Pacific Ocean vortex will carry the radiation contaminated water directly to Appellant's location, Japan has decided to dump millions of tons of radiation contaminated water in the Pacific Ocean anyway, even over the condemnation and protests of all neighboring states.

This dumping, without question, affects the health, safety and wellbeing of all people in the region, including Appellant and his children.

Yet, even so, Japan is going to worsen the already horrific circumstances of Appellant and his children, by dumping millions of ton of radiation contaminated waste water less than 50 miles south of where they are located, which will be carried directly to their location due the Pacific Ocean vortex directional flow.

Radiation contaminated water washes up on the shore, dries up and becomes airborne. It's taken in the roots of the region's crops, precipitates and falls as rain, creating an endless cycle of dangerous radiation contamination.

Chernobyl is one failed reactor.

Fukushima is FOUR and Japanese officials have never been able to contain any of it, but instead, do all they can to pretend everything is fine, resorting to language such as, “There is no immediate harm”.

Appellant and his family have been through enough, due reckless and incompetent government bad actors, to have to endure the furtherance of dumping high levels of radiation into the local environment.

Finally, Appellant brought suit in the Court of Federal Claims. Judge Thompson Dietz held Appellant’s cause of action was not frivolous and not baseless, which is a holding contrary to that of this Court and the lower court in failing to act upon the DOS failing to finalize the wife’s visa, failing to block abduction out of Florida, failing to initiate return order proceedings, Japan’s Central Authorities failing to order the return of M.S., and the DOS repeatedly refusing to reissue passport.

If one court held the issues raised were not frivolous and not baseless, failure to order passport issuance, failure to issue CRBA and Social Security card, and failure to finalize wife’s visa, and failure to compensate for damages are matters appealable to the Supreme Court, where there is ambiguity in the lower courts rulings, this Court’s ruling and that of Judge Dietz.

As such, an Extraordinary Emergency Writ has already been filed with the U.S. Supreme Court, a matter that can be avoided if this Court acts accordingly, which it has not.

The United States government, the DOS, USCIS, Department of Justice, and the federal court judges have failed to protect Appellant and his children.

Appellant demands this Court remedy these wrongs.

April 21st 2021

Jack Stone
Takasago Municipal Housing
P-Building, 2-507
6-19-10 Fukumuro
Miyagino-ku, Miyagi-ken
Japan 983-0005
Email: mail@stackjones.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 21st 2021, I served a copy of this filing via CM/ECF.

/s/ Jack Stone

# EXHIBIT A.



# EXHIBIT B.









# EXHIBIT C.


Daiichi and Daini are both Nuclear Disaster Sites.
Tomioka, Naraha, Hirono, Soma, Minamisoma,
Date and Portions of Iwaki have been evacuated
since 3.11.11.
The media doesn't discuss Daini, only Daiichi.
Both have nuclear reactors that melted down.
Three at Daiichi and one at Daini.
10km = 6 miles.
Fukushima Daiichi
Nuclear Power Plant
Fukushima Daini
Nuclear Power Plant
Yonezawa
Kunimi
Marumori
Shinchi
Date
Soma
Fukushima
Kitakata
Kawamata
Minamisoma
Aizubange
Nihonmatsu
Inawashiro
Namie
Futaba
Tomioka
Naraha
Hirono
10 km
Shirakawa
Ishikawa
Furudono
Iwaki
Nasu
Tanagura
Nasushiobara
Hanawa


Petitioner's Location
Location of Mass Radiation Dumping Out of Abukuma River Which Accumulates After Flowing Throughout Entire Fukushima Prefecture a Few Kilometers South of Respondent's Location
Petitioner's Second Child's Location
No Go Zones
Fukushima
Sendai
Yamagata
Yonezawa

# Japan bears responsibility for all of mankind with plan to dump nuclear wastewater into ocean

RT.com

20 Apr, 2021 10:00



The Chinese Foreign Ministry said Japan must take responsibility for its actions after it announced plans to release Fukushima's nuclear wastewater into the ocean without undertaking consultations with its neighbors.

Speaking on Tuesday, Foreign Ministry spokesman Wang Wenbin said that Japan had not reached a consensus with the international community or its neighbors on the best and safest way to dispose of the wastewater from the Fukushima nuclear plant.

Wang said Japan had five options available but elected for the cheapest option. Tokyo *"has not exhausted safe disposal methods. For its own self-interest, Japan unilaterally chooses the ocean with the least economic cost,"* he stated.

The spokesman argued that the option chosen by the government in Tokyo was the worst outcome for the global community. *"The emission plan leaves the world with the greatest environmental, health and safety risks, and transfers the responsibility to all mankind. This is an extremely irresponsible behavior."*

Last week, Tokyo announced it would be dumping the wastewater from the meltdown at the Fukushima nuclear plant into the ocean. The plan, which was widely rumored to be Tokyo's preferred option, has been met with condemnation by Japan's neighbors.

Greenpeace previously stated that the water contains *"dangerous levels of carbon-14,"* a radioactive substance that has the *"potential to damage human DNA."*

More than a million tons of wastewater, which is known to contain radioactive tritium, is planned to be dumped in the Pacific Ocean.

# Seoul students shave heads in front of Japanese embassy to protest Tokyo's plan for dumping Fukushima nuclear wastewater

20 Apr, 2021 10:51



More than 30 college students in South Korea's capital have shaved their heads in front of the Japanese embassy to show their opposition to Tokyo's plan to dump more than a million tons of nuclear wastewater into the ocean.

On Tuesday, crowds gathered around the Japanese embassy in Seoul to watch college students, both girls and boys, shave their heads in protest, calling on Tokyo to ditch their plans to dump nuclear wastewater from the defunct Fukushima power plant into the ocean.

As their heads were shaved, the students wore protective sheets covered in messages for their cause. One read: *"The Japanese government should immediately cancel the plan to release the contaminated water"* and *"We will continue to work until Japan stops the discharge of contaminated water."*